EXHIBIT A

Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California St, Ste 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No.<br><br>**CLRA VENUE DECLARATION OF SIMON S. GRILLE PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |

I, Simon S. Grille, declare as follows:

1. I am a partner of Girard Sharp, LLP and counsel for Plaintiffs in this action. I am admitted to practice in California and before this Court and am a member in good standing of the State Bar of California.

2. This declaration is made pursuant to California Civil Code section 1780(d). I make this declaration based on my research of public records and upon personal knowledge and, if called upon to do so, could and would testify competently thereto.

3. The Class Action Complaint has been filed in the proper place for trial of this action.

4. Defendant Patreon has its principal place of business at 600 Townsend Street, Suite 500, San Francisco, California 94103.

5. Patreon is headquartered and conducts substantial business within San Francisco County. In addition, a substantial part of the conduct, representations, and omissions giving rise to the violations of law alleged herein occurred in San Francisco County.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of May 2022 in California.

/s/ *Simon S. Grille*
Simon S. Grille