Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 22-cv-03131<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named
2  parties, there is no such interest to report.

4  Dated: May 27, 2022                        Respectfully submitted,

   By: /s/ *Simon S. Grille*
   Adam E. Polk (SBN 273000)
   Simon Grille (SBN 294914)
   Kimberly Macey (SBN 342019)
   **GIRARD SHARP LLP**
   601 California Street, Suite 1400
   San Francisco, CA 94108
   Telephone: (415) 981-4800
   apolk@girardsharp.com
   sgrille@girardsharp.com
   kmacey@girardsharp.com

   *Attorneys for Plaintiffs*