| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Simon S. Grille, Esq.<br>Girard Sharp LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108 | | | | |
| Telephone No: 415-981-4800   FAX No: 415-981-4846 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Northern District Of California | | | | |
| Plaintiff(s): Brayden Stark, et al | | | | |
| Defendant: Patreon, Inc. | | | | |
| **PROOF OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV03131JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; CLRA Venue Declaration of Simon S. Grille Pursuant to California Civil Code Section 1780(d); Civil Case Cover Sheet; Plaintiffs' Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Regarding Covid-19 Procedures for Judge Spero; Standing Order for All Judges - Contents of Joint Case Management Statement; Civil Staniding Orders for Magistrate Judge Joseph C. Spero

3. a. Party served:           Patreon, Inc.
   b. Person served:          Jennifer Lee, Service of Process Intake Clerk

4. Address where the party was served:    Incorporating Services, Ltd.
                                          7801 Folsom Blvd., Suite 202
                                          Sacramento, CA 95826

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., May. 31, 2022 (2) at: 2:56PM

7. **Person Who Served Papers:**                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason Marshall                                 d. **The Fee** for Service was:
   b. **Class Action Research & Litigation**         e. I am: (3) registered California process server
      P O Box 740                                        (i)   Independent Contractor
      Penryn, CA 95663                                   (ii)  Registration No.:    1998-61
   c. (916) 663-2562, FAX (916) 663-4955                 (iii) County:              Sacramento
                                                         (iv)  Expiration Date:     Tue, Jun. 28, 2022

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Jun. 01, 2022

                                                                    (Jason Marshall)

Judicial Council Form                PROOF OF SERVICE                                        sigri.234209
Rule 2.150.(a)&(b) Rev January 1, 2007    Summons & Complaint