| | |
|---|---|
| 1 | Fred Norton (CA SBN 224725) |
| | fnorton@nortonlaw.com |
| 2 | Nathan Walker (CA SBN 206128) |
| | nwalker@nortonlaw.com |
| 3 | Bree Hann (CA SBN 215695) |
| 4 | bhann@nortonlaw.com |
| | Gil Walton (CA SBN 324133) |
| 5 | gwalton@nortonlaw.com |
| | THE NORTON LAW FIRM PC |
| 6 | 299 Third Street, Suite 200 |
| 7 | Oakland, CA 94607 |
| | Telephone: (510) 906-4900 |
| 8 | |
| | Attorneys for Defendant |
| 9 | PATREON, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PATREON, INC., <br><br> Defendant. | Case No. 3:22-cv-03131-JCS <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

1   WHEREAS, Plaintiffs filed a Complaint with this Court on May 27, 2022.

2   WHEREAS, Plaintiffs served the Complaint and a Summons on Defendant Patreon on May 31, 2022;

4   WHEREAS, Defendant Patreon's deadline to respond to the Complaint is due on June 21, 2022, absent an extension of time;

6   WHEREAS, the parties agree that additional time is appropriate for Defendant Patreon to respond to the Complaint;

8   WHEREAS, extending the deadline for Defendant Patreon to respond to the Complaint until August 5, 2022 will not alter the date of any event or any deadline already fixed by Court order;

10   IT IS HEREBY STIPULATED by the parties, pursuant to Civil L.R. 6-1(a), that the time for Defendant Patreon to respond to the Complaint is extended until August 5, 2022.

12   By signature below, counsel for Defendant Patreon hereby attests that the other signatory below has concurred in the filing of this document.

Date: June 22, 2022         THE NORTON LAW FIRM PC

/s/ *Nathan Walker*
Nathan Walker
Attorneys for Defendant
Patreon, Inc.

Date: June 22, 2022         GIRARD SHARP LLP

/s/ *Simon Grille*
Simon Grille
Attorneys for Plaintiffs