| | |
|---|---|
| 1 | Fred Norton (CA SBN 224725) |
| 2 | fnorton@nortonlaw.com |
|   | Nathan Walker (CA SBN 206128) |
| 3 | nwalker@nortonlaw.com |
|   | Bree Hann (CA SBN 215695) |
| 4 | bhann@nortonlaw.com |
|   | Gil Walton (CA SBN 324133) |
| 5 | gwalton@nortonlaw.com |
|   | THE NORTON LAW FIRM PC |
| 6 | 299 Third Street, Suite 200 |
| 7 | Oakland, CA 94607 |
|   | Telephone: (510) 906-4900 |
| 8 | |
|   | Attorneys for Defendant |
| 9 | PATREON, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DEFENDANT PATREON, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Defendant Patreon, Inc. ("Patreon") certify that Patreon has no parent corporation and that to Patreon's knowledge, no public corporation owns more than 10% of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date:  August 3, 2022                          THE NORTON LAW FIRM PC

/s/ *Nathan Walker*
Nathan Walker
Attorneys for Defendant
Patreon, Inc.