Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING PATREON, INC.'S MOTION TO DISMISS COMPLAINT** |

Having considered Defendant Patreon, Inc.'s Motion to Dismiss Complaint (the "Motion"), and the other papers submitted by the parties, hearing the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

- Defendant Patreon Inc.'s Motion is GRANTED;
- Plaintiffs' Complaint is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:

THE HONORABLE JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE