Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DEFENDANT PATREON, INC.'S REQUEST FOR JUDICIAL NOTICE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Evidence 201(b), Defendant Patreon, Inc. ("Patreon") respectfully requests that this Court take judicial notice of the documents listed below, true and correct copies of which are attached, in support of Patreon's concurrently filed Motion to Dismiss Complaint.

Rule 201 allows the Court to take judicial notice of facts that are not subject to reasonable dispute where the facts "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). In evaluating a motion to dismiss a complaint, a court properly can take judicial notice of a document, even if it is not attached to the complaint, "if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003); *see also Branch v. Tunnell*, 14 F.3d 449, 453 (9th Cir. 1994) ("We have said that a document is not 'outside' the complaint if the complaint specifically refers to the document and if its authenticity is not questioned."), *overruled on other grounds by Galbraith v. Cnty. of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002).

Patreon respectfully requests that this Court take judicial notice of the following documents, which Plaintiffs refer to repeatedly in their Complaint (*see* Dkt. 1, ¶¶ 47, 85), which underlie the Plaintiffs' claims (*id.*), and the accuracy of which cannot reasonably be questioned:

1. **Patreon's Terms of Use**, in the period covering February 2019 to the present (the period during which the Plaintiffs have had a Patreon account (*see* Dkt. 1, ¶¶ 18, 19, 24, 27)). A true and correct copy of Patreon's Terms of Use, effective and updated in this period, is attached as Exhibits 1 through 4 to the Declaration of Tyler Layton ("Layton Declaration"), which is attached as Exhibit A.

2. **Patreon's Privacy Policy**, in the period covering February 2019 to the present. A true and correct copy of Patreon's Privacy Policy, effective and updated in this period, is attached as Exhibits 5 through 10 to the Layton Declaration (attached as Exhibit A). The Privacy Policy is incorporated by reference and hyperlink into the Patreon Terms of Use.

3. **Patreon's Cookie Policy**, in the period covering February 2019 to the present. A true and correct copy of Patreon's Cookie Policy, effective in the period from April 2019 through the present is attached as Exhibit 11 to the Layton Declaration (attached as

Exhibit A). Before April 2019, Patreon's Cookie Policy was part of the Patreon Privacy Policy. *See* Layton Declaration ¶ 18. The Cookie Policy is incorporated by reference and hyperlink into Patreon Terms of Use. *Id.*

Patreon respectfully requests that the Court take judicial notice of these documents in full.

Date: August 5, 2022

THE NORTON LAW FIRM PC

*/s/ Nathan Walker*

Nathan Walker
Attorneys for Defendant
PATREON, INC.

# EXHIBIT A

Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF TYLER LAYTON IN SUPPORT OF DEFENDANT PATREON, INC.'S REQUEST FOR JUDICIAL NOTICE** |

I, Tyler Layton, declare:

1. I submit this declaration in support of Patreon's Request for Judicial Notice. The statements in this declaration are based on personal knowledge and follow reasonable investigation. If called upon as a witness to testify to the truth of these statements, I could do so competently under oath.

2. Patreon is a company that provides an online platform that allows individual fans, known as "patrons," to provide financial support to their favorite artists, called "creators," on an ongoing basis.

3. I have been employed at Patreon as Senior Legal Counsel since October 2021. In my role as Senior Legal Counsel, I serve as in-house legal counsel for Patreon.

4. As part of my job at Patreon, I am familiar with current and past versions of Patreon's Terms of Use, Privacy Policy, and Cookie Policy. I am also familiar with how Patreon archives historical versions of its Terms of Use, Privacy Policy, and Cookie Policy in the ordinary course of business, and I understand how to retrieve historical versions of these documents.

5. As detailed below, Patreon periodically updates its Terms of Use, Privacy Policies, and Cookie Policies. The terms of each iteration of Patreon's Terms of Use, Privacy Policies, and Cookie Policies are substantially the same with respect to the matters for which these documents are cited in Patreon's Motion to Dismiss.

***Terms of Use***

6. Attached as Exhibit 1 is a true and correct copy of Patreon's current Terms of Use, effective since October 15, 2021. A copy of the current Terms of Use is publicly available at https://www.patreon.com/policy/legal.

7. Attached as Exhibit 2 is a true and correct copy of Patreon's Terms of Use, with an effective date of July 1, 2020. A copy of this version of the Terms of Use is publicly available at https://www.patreon.com/policy/oldterms.

8. Attached as Exhibit 3 is a true and correct copy of Patreon's Terms of Use, with effective dates of December 20, 2019 (for new users) and January 1, 2020 (for existing users).

9. Attached as Exhibit 4 is a true and correct copy of Patreon's Terms of Use, with an update date of December 18, 2018.

***Privacy Policy***

10. Patreon's Privacy Policy is incorporated by reference and hyperlink into Patreon Terms of Use. *See, e.g.,* Exhibit 1 at p.2 ("By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy.") (blue and underline, and hyperlinked, in original).

11. Attached as Exhibit 5 is a true and correct copy of Patreon's current Privacy Policy, effective since July 15, 2022. A copy of the current Privacy Policy is publicly available at https://privacy.patreon.com/policies.

12. Attached as Exhibit 6 is a true and correct copy of the Patreon Privacy Policy, with an effective date of November 18, 2020. A copy of this version of the Privacy Policy is publicly available at https://privacy.patreon.com/policies?name=patreon-privacy-policy-past-version.

13. Attached as Exhibit 7 is a true and correct copy of the Patreon Privacy Policy, with an effective date of July 24, 2020.

14. Attached as Exhibit 8 is a true and correct copy of the Patreon Privacy Policy, with an effective date of December 31, 2019.[1]

15. Attached as Exhibit 9 is a true and correct copy of the Patreon Privacy Policy, with an effective date of April 29, 2019.

16. Attached as Exhibit 10 is a true and correct copy of the Patreon Privacy Policy, with an effective May 25, 2018.

***Cookie Policy***

17. Patreon's Cookie Policy is incorporated by reference and hyperlink into Patreon's Terms of Use. *See, e.g.,* Exhibit 1 at p.2.

[1] This version of the Privacy Policy states that it is effective on December 31, 2019 at the bottom, but states "Effective Date: October 15, 2019" at the top. I understand that the "October 15, 2019" date was included in this version of the Privacy Policy in error.

18. Attached as Exhibit 11 is a true and correct copy of Patreon's current Cookie Policy, which has been in effect since December 31, 2019. Before December 31, 2019, Patreon's cookie policy was part of Patreon's Privacy Policy.

I declare under penalty of perjury under the laws of the United States that the statements in this Declaration are true and correct to the best of my knowledge, and that this Declaration was executed on August 5, 2022, in Oakland, California.

Tyler Layton

# EXHIBIT 1

```
**************************[ 1. row ]**************************
UID                          | 60249657
email                        | [redacted]owens@gmail.com
Created                      | 2021-08-17 19:26:34
terms_last_accepted          | 2021-08-17 19:26:34
user_external_auth_clients_id | [redacted]
client_id                    | [redacted]
client                       | 1
```

# EXHIBIT 2

```
const { fields } = this.state
    return (
      <Box>
        {!hideTitle && (
          <Text
            align={Text.Align.Center}
            size={Text.Size.Lg}
            el={Text.Element.H1}
            font={Text.Font.Title}
            weight={Text.Weight.Bold}
            intl
            intl-description="Title of signup form"
          >
            Sign up
          </Text>
        )}
        <Card>
          {error && (
            <Text
              align={Text.Align.Center}
              el={Text.Element.P}
              color={Text.Color.Error}
            >
              {error}
            </Text>
          )}
          <Box mv={1}>
            {/* onClick event is assigned by `googleButtonInit` */}
            <div ref={this.googleButtonRef}>
              <Button
                icon={IconSocialGoogle}
                color={Button.Color.White}
                size={Button.Size.Md}
                iconProps={{
                  size: Button.Icon.Size.Xs,
                  fill: [
                    Icon.Fill.GoogleRed,
                    Icon.Fill.GoogleYellow,
                    Icon.Fill.GoogleGreen,
                    Icon.Fill.GoogleBlue,
                  ],
                }}
                variant={Button.Variant.Outline}
                onClick
                fluid
                block
                disabled={!renderAsClient II isLoading}
```

```
                intl
                intl-description="CTA to signup on Patreon with a Google account"
              >
                Sign up with Google
              </Button>
            </div>
          </Box>
          {!facebookEnabled && (
            <Button
              /* class attr allows Mozilla Facebook Container to add a badge, see
GROW-845 */
              className="FacebookConnectButton"
              icon={IconSocialFacebook}
              color={Button.Color.White}
              size={Button.Size.Md}
              iconProps={{
                size: Button.Icon.Size.Xs,
                fill: [Icon.Fill.FacebookBlue],
              }}
              onClick={this.submitFacebookSignupHandler}
              variant={Button.Variant.Outline}
              fluid
              block
              disabled={!renderAsClient || isLoading}
              intl
              intl-description="CTA to signup on Patreon with a Facebook account"
            >
              Sign up with Facebook
            </Button>
          )}
          <Box
            pt={1}
            display={Box.Display.Flex}
            verticalAlign={Box.VerticalAlign.Middle}
            alignItems={Box.AlignItems.Center}
          >
            <Box flexGrow={1} bb />
            <Box ph={1}>
              <Text
                align={Text.Align.Center}
                el={Text.Element.P}
                color={Text.Color.Gray2}
                intl
                intl-description="Separator text, creator has an option to signup with
social providers, or provide their email and name below"
                intl-screenshot="signup-option-separator"
              >
```

```
                or
              </Text>
            </Box>
            <Box flexGrow={1} bb />
          </Box>
          {localError && (
            <Banner variant={Banner.Variant.Critical} inline>
              {localError}
            </Banner>
          )}
          <Form
            buttonText={__('Sign up', undefined, '')}
            onSubmit={this.submitSignupHandler}
            inputs={fields}
            isLoading={
              !renderAsClient ||
              isLoading ||
              isVerifyEmailInProgress
            }
            {...this.props.reform.signup}
          >
            <Box mv={2}>
              <span>
                {showRecaptcha && (
                  <InvisibleRecaptcha
                    ref={this.recaptchaRef}
                    verifyCallback={this.onCaptchaVerify}
                    sitekey={RECAPTCHA_KEY}
                  />
                )}
              </span>
            </Box>
          </Form>
          <TermsAndPolicies />
        </Card>
        <LoginRedirect
          handleClick={() => this.props.onChangeContext(LOGIN)}
        />
      </Box>
    )
  }
}
```

# EXHIBIT 3

We use cookies to improve your experience using this site. More information

Accept

# Sign up

Sign up with Google

Sign up with Facebook

or

Name

Email

Confirm email

Password

By signing up, you agree to Patreon's Terms of Use, Privacy Policy and Cookie Policy.

# EXHIBIT 4

We use cookies to improve your experience using this site. More information

Accept

# Sign up

Sign up with Google

Sign up with Facebook

or

Name

Email

Confirm email

Password

By signing up, you agree to Patreon's Terms of Use, Privacy Policy and Cookie Policy.

# EXHIBIT 5

Product For creators Pricing Resources Starter kits Find a creator Log in Create on Patreon

We use cookies to improve your experience using this site. More information Accept



# Terms of use

Patreon is a membership platform that enables creators to be paid by their fans. One of our core behaviors is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make this easy to get through. Above every section we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text if you have questions.

TOPICS

Welcome to Patreon!
Your account
Abusive conduct
All about being a creator
All about being a patron
Patreon's role
Account deletion
Your creations
Your third-party apps
Patreon's creations
Indemnity
Warranty disclaimer
Limit of liability
Dispute resolution
Governing law
Everything else

Back to Policy

## Welcome to Patreon!

### TLDR: By using Patreon you agree to these terms.

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We," "our" or "us" refers to Patreon Inc. and our subsidiaries. "Patreon" refers to this platform and the services offered by us.

By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy. We can collect and use your information in accordance with those policies.

## Your account

### TLDR: You must be at least 13 years old to register for an account. You are responsible for your account.

When you create an account you must provide us with accurate information, in good faith, and you agree to keep your information updated if it changes.

To create an account you must be at least 13 years old. To join a creator's membership as a patron, or provide a membership as a creator, you must be at least 18 years old or have your parent's permission.

You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security on our Security Policy page.

## Abusive conduct

### TLDR: Be responsible and don't violate our policies.

You are responsible for all activity on your account. If you violate our policies we may terminate your account.

Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator raising funds on Patreon, we may be held accountable for what you do with those funds. As a result, we also look at what you do with your membership off our platform.

You can find more detailed information in the Community Guidelines and Security Policy. These policies cover most issues, but if you find a new and creative way to hurt Patreon or our community we may take action to prevent it.

## All about being a creator

### TLDR: A creator is someone who offers membership to patrons on Patreon. There are a lot of details here involving payments, fees, taxes and restrictions that you should read in full if you are a creator.

[illegible]

## All about being a patron

### TLDR: A patron is someone who joins a creator's membership on Patreon. Depending on the creator's preference, you will be charged either a set amount per month or per creation. You can cancel your membership subscription at any time.

[illegible]

subscription. Patreon remits all tax collected to the applicable taxing authority. As tax is largely dependant on your location, you are responsible for keeping your address complete and up to date.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3%. Please contact your bank for more information.

**Refunds**. Our policy is No Refunds, though we will allow for some exceptions where refunds are granted in our sole discretion.

## Patreon's role

### TLDR: We proactively look at some pages and posts on Patreon and review reported pages to identify potential violations of our guidelines.

We proactively look at some pages and posts on Patreon to make sure creators follow our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and may include looking at what is supported by funds received through Patreon.

In most situations we will work with creators to resolve any potential violations and allow the creator to continue using Patreon. Terminating accounts is not an action we take lightly and is done in only the most extreme cases.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

As a global company based in the United States with operations in other countries, we must comply with economic sanctions and trade restrictions, including those implemented by the Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury. This means that Patreon cannot take part in transactions that involve designated people, places, or items that originate from those places, as determined by agencies like OFAC. You can read our Sanctions Policy here.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our community. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. You can learn more in our Privacy Policy.

## Account deletion

### TLDR: You can delete your account here. We can disable your account at our discretion.

You can permanently delete your account at any time by going to our Privacy Center. On that page you can also see what information is deleted and what we continue to store after the account is deleted.

We can terminate or suspend your account at any time at our discretion. We can also cancel any membership subscriptions and remove any descriptions, posts or benefits at our discretion.

You may not bring a claim against us for suspending or terminating another person's account, and you agree you will not bring such a claim. If you try to bring such a claim, you are responsible for the damages caused, including attorneys fees and costs.

These terms remain in effect even if you no longer have an account.

## Your creations

### TLDR: You keep complete ownership of all creations, but you give us permission to use them on Patreon. Make sure you have permission to use creations that you offer on Patreon.

You keep full ownership of all creations that you offer on Patreon, but we need licenses from you to operate Patreon effectively.

By posting creations on Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your creation. The purpose of this license is strictly limited to allow us to provide and promote memberships to your patrons. We will never try to steal your creations or use them in an exploitative way.

You may not post creations that infringe others' intellectual property or proprietary rights.

Patrons may not use creations posted by creators in any way not authorized by the creator.

## Your third-party apps

### TLDR: You may grant Patreon permission to access third-party apps. You may also revoke that permission.

You may grant Patreon access to your third-party accounts, such as Google, YouTube, Facebook, Instagram, Twitter, and Twitch, in order for some Patreon features to operate. Each time you connect your third-party account, that third-party account will present a page that describes the information that Patreon can access.

At any time, you can revoke Patreon's access to those accounts using the respective third party's security settings page.

These are the links for each service:

| | | | |
|---|---|---|---|
| **Google** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **YouTube** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Facebook** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Instagram** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Twitter** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Twitch** | Terms of Service | Privacy Policy | Revoke Patreon's Access |

## Patreon's creations

### TLDR: You can use our copyrights or trademarks to promote your Patreon page, but can't use them for anything else without our permission.

Our creations are protected by copyright, trademark and trade secret laws. Some examples of our creations are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page. You can learn more about the correct use of our logo in our Brand Guidelines.

You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

## Indemnity

### TLDR: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense.

Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.

## Warranty disclaimer

### TLDR: We do our best to make sure Patreon works as expected, but stuff happens.

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law.**

**The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates and third party service providers.**

## Limit of liability

### TLDR: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements.**

**For this clause "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.**

## Dispute resolution

### TLDR: If you have a problem please talk to us, but you are limited in how you can resolve disputes. You waive your right to trial by jury and your right to participate in a class action proceeding.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or related to your use of Patreon, and it cannot be resolved after you talk with us, then it must be resolved by arbitration. This arbitration must be administered by JAMS under the JAMS Streamlined Arbitration Rules and Procedures, except as expressly provided below. Judgment on the arbitration may be entered in any court with jurisdiction. Arbitrations may only take place on an individual basis. No class arbitrations or other other grouping of parties is allowed. By agreeing to these terms you are waiving your right to trial by jury or to participate in a class action or representative proceeding; we are also waiving these rights.

For creators and patrons who are consumers, we also follow the JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness for consumer arbitrations done under these terms. For the purpose of an arbitration subject to the consumer standards, if any portion of these terms do not follow that standard, that portion is severed from these terms.

This clause does not limit either party's ability to file an action in a court with jurisdiction to seek injunctive or other equitable relief for disputes relating to intellectual property, proprietary data or to enforce this dispute resolution clause, including your agreement not to assert claims related to the suspension or termination of another person's account. In any such action, the court rather than an arbitrator must decide whether such a claim is arbitrable and must decide whether the party is entitled to the requested injunctive or other equitable relief.

## Governing law

### TLDR: Any disputes with us must be resolved in San Francisco under California law.

California law, excluding its conflict of law provisions, governs these terms and all other Patreon policies. If a lawsuit does arise, both parties consent to the exclusive jurisdiction and venue of the courts located in San Francisco, California.

## Everything else

### TLDR: These terms are the final word on Patreon's policies and we will tell you if we change them.

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future.

We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means you accept the new terms or policies.

If you are not in the European Union, then these terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you are located in the EU, then these terms are an agreement with Patreon Ireland Limited, Suite 3, One Earlsfort Centre, Lower Hatch Street, Dublin 2L, Ireland.

If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com.

Effective immediately for users on Patreon from July 1, 2020. You can find the old terms of use here.

# EXHIBIT 6

# Terms of use

Patreon is a membership platform that enables creators to be paid by their fans. One of our core behaviors is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make this easy to get through. Above every section we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text if you have questions.

TOPICS

Welcome to Patreon!

Your account

Abusive conduct

## Welcome to Patreon!

To summarize: by using Patreon you agree to these terms.

All about being a creator

All about being a patron

Patreon's role

Account deletion

Your creations

Your third-party apps

Patreon's creations

Indemnity

Warranty disclaimer

Limit of liability

Dispute resolution

Everything else

Back to Policy

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We," "our" or "us" refers to Patreon Inc. and our subsidiaries. "Patreon" refers to this platform and the services offered by us. By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy. We can collect and use your information in accordance with those policies.

---

# Your account

## To summarize: You must be at least 13 years old to register for an account. You are responsible for your account.

When you create an account you must provide us with accurate information, in good faith, and you agree to keep your information updated if it changes. To create an account you must be at least 13 years old. To join a creator's membership as a patron, or provide a membership as a creator, you must be at least 18 years old or have your parent's permission. You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security on our Security

Policy page.

---

## Abusive conduct

### To summarize: Be responsible and don't violate our policies.

You are responsible for all activity on your account. If you violate our policies we may terminate your account. Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator raising funds on Patreon, we may be held accountable for what you do with those funds. As a result, we also look at what you do with your membership off our platform. You can find more detailed information in the Community Guidelines and Security Policy. These policies cover most issues, but if you find a new and creative way to hurt Patreon or our community we may take action to prevent it.

---

## All about being a creator

### To summarize: A creator is someone who creates a membership page on Patreon to engage with patrons who have purchased memberships from Patreon to support the creator's

creations. There are a lot of details below involving payments, fees, taxes and restrictions that you should read in full if you are a creator.

### Membership

To become a creator, simply launch your page to start your membership. When you join Patreon, you become part of the Patreon community. You can use creator tools that Patreon provides, showcase your creations, provide merchandise to patrons through Patreon's Merch service, and receive recurring revenue from your page. Memberships are for your most passionate fans. On Patreon, you can provide your patrons something exciting that gives them unique benefits they want, like additional access, merchandise, exclusivity, and engaging experiences. In turn, you will receive loyal support from your patrons, and recurring revenue from memberships that patrons have purchased from Patreon.

### Payments

As a creator you make your membership available on Patreon, and we provide membership to your patrons on a subscription basis. We also handle payments issues such as fraud, chargebacks and resolution of payments disputes. We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for

violations of our policies or for compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reason to you promptly. If you have questions about a payments block, please reach out to us. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent. Sometimes activities like refunds can put your account balance into the negative. If your balance becomes negative then we reserve the right to recover those funds from future payments. If you are a creator of 18+ content, to comply with payment processing rules you must verify that participants in your content are the age of majority, and you must store their consent to participate. A consent form template is located in our Help Center, where you may get additional information about these requirements.

**Fees**

As a creator there are two fees associated with your membership on Patreon. The first is the platform fee, which varies depending on the level of service you select. The second is the payment processing fee, which is dependent on the currency selected by the creator.

- The payment processing fee in US Dollars is 2.9% plus $0.30 per successful pledge for pledges over $3, and 5% fee plus $0.10 per successful pledge for pledges of $3 or less.PayPal payments from non-US patrons have an additional 1% fee. Founding creators have a

legacy platform fee and the legacy payment processing rate. The legacy payment processing rate varies depending on a number of factors, including the membership subscription amount, card type and number of other memberships joined by a patron.

- The payment processing fee in Euro is 3.4% plus €0.35 per successful pledge for pledges over €3, and 5% fee plus €0.15 per successful pledge for pledges of €3 or less.
- The payment processing fee in British Pounds is 3.4% plus £0.35 per successful pledge for pledges over £3, and 5% fee plus £0.15 per successful pledge for pledges of £3 or less.
- The payment processing fee in Canadian Dollars is 3.2% plus CA$0.35 per successful pledge for pledges over CA$3, and 5% fee plus CA$0.10 per successful pledge for pledges of CA$3 or less.
- The payment processing fee in Australian Dollars is 3.0% plus AU$0.30 per successful pledge for pledges over AU$3, and 5% fee plus AU$0.10 per successful pledge for pledges of AU$3 or less.

You can see how much processing fees are for any membership subscription on your creator dashboard.
Depending on your patrons' locations, some banks may charge your patron a foreign transaction fee for their membership subscription. Patreon does not control this charge, but it is typically around 3.0% .

### Tax

We collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any income or withholding taxes which may be due as a result of payments received. You can learn more in our Tax Help Center. We are additionally responsible for a number of transactional taxes across the world. These include but are not limited to VAT on payments for electronically supplied services to patrons in the EU, GST as an operator of an electronic distribution platform (EDP) within Australia, and state sales tax as a result of 'marketplace laws' within the United States. For the purpose of electronically-supplied services, creators make a supply of those services to us, and then we supply them to the patron. To learn more about how we handle transaction taxes, please check our VAT guide. In locales where Patreon is required to collect transaction tax from patrons, pledges processed from patrons will reflect the tier or custom pledge amount plus the applicable tax. Applicable tax will not be taken from a pledge, but rather will be charged in addition to the pledge. Once settled, the tax amount will be automatically deducted for remittance to the applicable taxing authority. A record of the transaction tax portion of the pledge will be available on your earnings details page. As a creator on our site, it is your responsibility to provide accurate information when you are engaging with the sales tax weighting tool and, generally, when listing benefits transferred within your tiers.

### Restrictions

We don't allow creations and benefits that violate our policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A summary of those rules is that we don't allow:

- Illegal creations or benefits.
- Creations or benefits that are abusive towards other people.
- Creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.
- Creations or benefits with real people engaging in sexual acts.
- Benefits that involve raffles or prizes based on chance.

If your fans include people under the age of 18, then please remind them that they need permission to join your membership, and those under the age of 13 cannot use Patreon. We are not required to allow any particular person or group of persons to be your patron.
As a creator you are also responsible for keeping patron data safe. You can see what is required in our Data Processing Agreement. An account is tied to your creative output and cannot be sold or transferred for use by another creator.

---

## All about being a patron

To summarize: A patron is someone

who purchases memberships from Patreon to support their favorite creators' creations. Through a paid membership on Patreon, patrons directly interact with creators they support, using tools supplied by Patreon, and through our platform have the opportunity to engage with a greater community of patrons and creators.

As a patron, you're joining Patreon to be part of an exciting movement to support a creator's membership while you get special benefits, which may include access to your creator, merchandise (when offered), exclusivity, and engaging experiences with the creator and patron community. In exchange, you pay Patreon for membership programs, on a subscription basis, to access and support creators you like.

The timing and amount of each membership subscription depends on the type of membership agreement you enter into, and the creator you support. You can see the details as you join, as well as in the receipt sent to you after each successful payment. You can view all your active membership subscriptions and billing history on your membership page.

To become a patron, simply create an account, add your preferred payment method, and join a membership program on Patreon to start

supporting your creator! There are three types of membership subscriptions. One is a monthly subscription where you pay per month. The second is a per creation subscription where you pay based on the number of creations a creator posts in that month. You can set a limit on the number of creations you pay for in a single month under the per subscription model. The third membership option is an annual membership, where you pay for a year of access up front, at a discounted rate. Not all offerings allow for all three subscription types. Your options will be presented to you in the payment flow.

You may cancel your membership payments at any time. Annual memberships may be cancelled, or increased, but not lowered. Terminating or lowering the tier support of membership will go into effect in the subsequent (not current) payment term, except for annual memberships which can be terminated or increased but not lowered. Increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment for an annual membership during the term, you will get a credit for any payment already made in that term.

For monthly or per creation payments, canceling your support may result in your loss of access to a creator's patron-only posts and benefits.

These include when you cancel your membership subscription, your payment method fails, the creator blocks you, or the creator deletes their account. We are not required to allow you to be a

patron of any particular creator.

Creators' memberships vary and we have limited control over the quality and specific offerings. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep Patreon safe.

If you are located in the jurisdiction in which Patreon is required to charge and collect tax (e.g. VAT or, sales tax), then this tax is added to the total charge. Except in limited circumstances, this tax is shown when you set up the initial membership subscription. Patreon remits all tax collected to the applicable taxing authority. As tax is largely dependent on your location, you are responsible for keeping your address complete and up to date.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3% . Please contact your bank for more information.

**Refunds.** Our policy is No Refunds, though we will allow for some exceptions where refunds are granted in our sole discretion.

---

## Patreon's role

To summarize: We proactively look at some pages and posts on Patreon

some pages and posts on Patreon and review reported pages to identify potential violations of our guidelines.

We proactively look at some pages and posts on Patreon to make sure creators follow our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and may include looking at what is supported by funds received through Patreon.

In most situations we will work with creators to resolve any potential violations and allow the creator to continue using Patreon. Terminating accounts is not an action we take lightly and is done in only the most extreme cases.

Patreon reserves the right to remove a creator or patron from participating in annual memberships. Removal of the creator or patron from participation in annual memberships will prohibit the creator from accepting new annual payments, and prohibit the patron from making new annual payments, but will not result in an automatic removal of the creator or patron from the platform, unless there is an independent basis for their removal from the platform.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

As a global company based in the United States with operations in other countries, we must comply with economic sanctions and trade restrictions, including those implemented by the

Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury. This means that Patreon cannot take part in transactions that involve designated people, places, or items that originate from those places, as determined by agencies like OFAC. You can read our Sanctions Policy here.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our community. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. You can learn more in our Privacy Policy.

---

## Account deletion

### To summarize: You can delete your account here. We can disable your account at our discretion.

You can permanently delete your account at any time by going to our Privacy Center. On that page you can also see what information is deleted and what we continue to store after the account is

deleted. We can terminate or suspend your account at any time at our discretion. We can also cancel any membership subscriptions and remove any descriptions, posts or benefits at our discretion. You may not bring a claim against us for suspending or terminating another person's account, and you agree you will not bring such a claim. If you try to bring such a claim, you are responsible for the damages caused, including attorneys fees and costs. These terms remain in effect even if you no longer have an account.

---

## Your creations

### To summarize: You keep complete ownership of all creations, but you give us permission to use them on Patreon. Make sure you have permission to use creations that you offer on Patreon.

You keep full ownership of all creations that you offer on Patreon, but we need licenses from you to operate Patreon effectively. By posting creations on Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your creation. The purpose of this license is strictly limited to allow us to provide and

promote memberships to your patrons. We will

never try to steal your creations or use them in an exploitative way. You may not post creations that infringe others' intellectual property or proprietary rights. We may ask you for consent verification for collaborators depicted in content funded through Patreon. Patrons may not use creations posted by creators in any way not authorized by the creator.

---

## Your third-party apps

### To summarize: You may grant Patreon permission to access third-party apps. You may also revoke that permission.

You may grant Patreon access to your third-party accounts, such as Google, YouTube, Facebook, Instagram, Twitter, and Twitch, in order for some Patreon features to operate. Each time you connect your third-party account, that third-party account will present a page that describes the information that Patreon can access. At any time, you can revoke Patreon's access to those accounts using the respective third party's security settings page. These are the links for each service:

| | | | |
|---|---|---|---|
| Google | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| YouTube | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| Facebook | Terms of Service | Privacy Policy | Revoke Patreon's Access |

| | | | |
|---|---|---|---|
| Instagram | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| Twitter | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| Twitch | Terms of Service | Privacy Policy | Revoke Patreon's Access |

## Patreon's creations

### To summarize: You can use our copyrights or trademarks to promote your Patreon page, but can't use them for anything else without our permission.

Our creations are protected by copyright, trademark and trade secret laws. Some examples of our creations are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page. You can learn more about the correct use of our logo in our Brand Guidelines. You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

## Indemnity

## Indemnity

### To summarize: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense. Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.

---

## Warranty disclaimer

### To summarize: We do our best to make sure Patreon works as expected, but stuff happens.

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law. The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates and third party service providers.**

---

## Limit of liability

To summarize: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements. For this clause "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.**

---

## Dispute resolution

To summarize: If you have a problem please talk to us. Any disputes with us must be resolved in San Francisco under California law.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or in relation to your use of Patreon, then the dispute will be resolved in the federal or state courts located in San Francisco, California. Both parties consent to the exclusive jurisdiction and venue of the San Francisco courts for the purpose of resolving any such dispute. California law, excluding its conflict of law provisions, governs these terms, all other Patreon policies, and any dispute that arises between you and Patreon.

---

## Everything else

### To summarize: These terms are the final word on Patreon's policies and we will tell you if we change them.

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future. We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means

Continuing to use Patreon after a change means you accept the new terms or policies. These terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com. Effective immediately for users on Patreon from October 15th, 2021 You can find the old terms of use here.

Language: English (United States)

United States

PRODUCT

Lite

Pro

Premium

Pricing

FOR CREATORS

Podcasters

Video Creators

Musicians

Visual Artists

Writers & Journalists

Communities

Gaming Creators

Nonprofits

Tutorials and Education

Local Businesses

Creators-of-all-kinds

RESOURCES

Blog

Patreon U

Creator Community

Help Center & FAQ

App Directory

Developers

COMPANY

About

Press

Careers

Privacy

Policy & Terms

Privacy Preferences

Accessibility

Impressum

## Your Privacy

Patreon determines the use of personal data collected on our media properties and across the internet. We may collect data that you submit to us directly or data that we collect automatically including from cookies (such as device information or IP address). Please read our Privacy Policy to learn about our privacy practices or click "Your Preferences" to exercise control over your data.

**Accept**

**Your Preferences**