Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DEFENDANT PATREON, INC.'S REQUEST FOR JUDICIAL NOTICE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Evidence 201(b), Defendant Patreon, Inc. ("Patreon") respectfully requests that this Court take judicial notice of the documents listed below, true and correct copies of which are attached, in support of Patreon's concurrently filed Motion to Dismiss Complaint.

Rule 201 allows the Court to take judicial notice of facts that are not subject to reasonable dispute where the facts "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). In evaluating a motion to dismiss a complaint, a court properly can take judicial notice of a document, even if it is not attached to the complaint, "if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003); *see also Branch v. Tunnell*, 14 F.3d 449, 453 (9th Cir. 1994) ("We have said that a document is not 'outside' the complaint if the complaint specifically refers to the document and if its authenticity is not questioned."), *overruled on other grounds by Galbraith v. Cnty. of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002).

Patreon respectfully requests that this Court take judicial notice of the following documents, which Plaintiffs refer to repeatedly in their Complaint (*see* Dkt. 1, ¶¶ 47, 85), which underlie the Plaintiffs' claims (*id.*), and the accuracy of which cannot reasonably be questioned:

1. **Patreon's Terms of Use**, in the period covering February 2019 to the present (the period during which the Plaintiffs have had a Patreon account (*see* Dkt. 1, ¶¶ 18, 19, 24, 27)). A true and correct copy of Patreon's Terms of Use, effective and updated in this period, is attached as Exhibits 1 through 4 to the Declaration of Tyler Layton ("Layton Declaration"), which is attached as Exhibit A.

2. **Patreon's Privacy Policy**, in the period covering February 2019 to the present. A true and correct copy of Patreon's Privacy Policy, effective and updated in this period, is attached as Exhibits 5 through 10 to the Layton Declaration (attached as Exhibit A). The Privacy Policy is incorporated by reference and hyperlink into the Patreon Terms of Use.

3. **Patreon's Cookie Policy**, in the period covering February 2019 to the present. A true and correct copy of Patreon's Cookie Policy, effective in the period from April 2019 through the present is attached as Exhibit 11 to the Layton Declaration (attached as

Exhibit A). Before April 2019, Patreon's Cookie Policy was part of the Patreon Privacy Policy. *See* Layton Declaration ¶ 18. The Cookie Policy is incorporated by reference and hyperlink into Patreon Terms of Use. *Id.*

Patreon respectfully requests that the Court take judicial notice of these documents in full.

Date: August 5, 2022

THE NORTON LAW FIRM PC

*/s/ Nathan Walker*

Nathan Walker
Attorneys for Defendant
PATREON, INC.

# EXHIBIT A

Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF TYLER LAYTON IN SUPPORT OF DEFENDANT PATREON, INC.'S REQUEST FOR JUDICIAL NOTICE** |

I, Tyler Layton, declare:

1. I submit this declaration in support of Patreon's Request for Judicial Notice. The statements in this declaration are based on personal knowledge and follow reasonable investigation. If called upon as a witness to testify to the truth of these statements, I could do so competently under oath.

2. Patreon is a company that provides an online platform that allows individual fans, known as "patrons," to provide financial support to their favorite artists, called "creators," on an ongoing basis.

3. I have been employed at Patreon as Senior Legal Counsel since October 2021. In my role as Senior Legal Counsel, I serve as in-house legal counsel for Patreon.

4. As part of my job at Patreon, I am familiar with current and past versions of Patreon's Terms of Use, Privacy Policy, and Cookie Policy. I am also familiar with how Patreon archives historical versions of its Terms of Use, Privacy Policy, and Cookie Policy in the ordinary course of business, and I understand how to retrieve historical versions of these documents.

5. As detailed below, Patreon periodically updates its Terms of Use, Privacy Policies, and Cookie Policies. The terms of each iteration of Patreon's Terms of Use, Privacy Policies, and Cookie Policies are substantially the same with respect to the matters for which these documents are cited in Patreon's Motion to Dismiss.

***Terms of Use***

6. Attached as Exhibit 1 is a true and correct copy of Patreon's current Terms of Use, effective since October 15, 2021. A copy of the current Terms of Use is publicly available at https://www.patreon.com/policy/legal.

7. Attached as Exhibit 2 is a true and correct copy of Patreon's Terms of Use, with an effective date of July 1, 2020. A copy of this version of the Terms of Use is publicly available at https://www.patreon.com/policy/oldterms.

8. Attached as Exhibit 3 is a true and correct copy of Patreon's Terms of Use, with effective dates of December 20, 2019 (for new users) and January 1, 2020 (for existing users).

9. Attached as Exhibit 4 is a true and correct copy of Patreon's Terms of Use, with an update date of December 18, 2018.

***Privacy Policy***

10. Patreon's Privacy Policy is incorporated by reference and hyperlink into Patreon Terms of Use. *See, e.g.,* Exhibit 1 at p.2 ("By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy.") (blue and underline, and hyperlinked, in original).

11. Attached as Exhibit 5 is a true and correct copy of Patreon's current Privacy Policy, effective since July 15, 2022. A copy of the current Privacy Policy is publicly available at https://privacy.patreon.com/policies.

12. Attached as Exhibit 6 is a true and correct copy of the Patreon Privacy Policy, with an effective date of November 18, 2020. A copy of this version of the Privacy Policy is publicly available at https://privacy.patreon.com/policies?name=patreon-privacy-policy-past-version.

13. Attached as Exhibit 7 is a true and correct copy of the Patreon Privacy Policy, with an effective date of July 24, 2020.

14. Attached as Exhibit 8 is a true and correct copy of the Patreon Privacy Policy, with an effective date of December 31, 2019.[1]

15. Attached as Exhibit 9 is a true and correct copy of the Patreon Privacy Policy, with an effective date of April 29, 2019.

16. Attached as Exhibit 10 is a true and correct copy of the Patreon Privacy Policy, with an effective May 25, 2018.

***Cookie Policy***

17. Patreon's Cookie Policy is incorporated by reference and hyperlink into Patreon's Terms of Use. *See, e.g.,* Exhibit 1 at p.2.

[1] This version of the Privacy Policy states that it is effective on December 31, 2019 at the bottom, but states "Effective Date: October 15, 2019" at the top. I understand that the "October 15, 2019" date was included in this version of the Privacy Policy in error.

18. Attached as Exhibit 11 is a true and correct copy of Patreon's current Cookie Policy, which has been in effect since December 31, 2019. Before December 31, 2019, Patreon's cookie policy was part of Patreon's Privacy Policy.

I declare under penalty of perjury under the laws of the United States that the statements in this Declaration are true and correct to the best of my knowledge, and that this Declaration was executed on August 5, 2022, in Oakland, California.

Tyler Layton

# EXHIBIT 1

# Terms of use

Patreon is a membership platform that enables creators to be paid by their fans. One of our core behaviors is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make this easy to get through. Above every section we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text if you have questions.

TOPICS

Welcome to Patreon!
Your account
Abusive conduct

## Welcome to Patreon!

To summarize: by using Patreon you agree to these terms.

All about being a creator

All about being a patron

Patreon's role

Account deletion

Your creations

Your third-party apps

Patreon's creations

Indemnity

Warranty disclaimer

Limit of liability

Dispute resolution

Everything else

Back to Policy

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We," "our" or "us" refers to Patreon Inc. and our subsidiaries. "Patreon" refers to this platform and the services offered by us. By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy. We can collect and use your information in accordance with those policies.

---

# Your account

## To summarize: You must be at least 13 years old to register for an account. You are responsible for your account.

When you create an account you must provide us with accurate information, in good faith, and you agree to keep your information updated if it changes. To create an account you must be at least 13 years old. To join a creator's membership as a patron, or provide a membership as a creator, you must be at least 18 years old or have your parent's permission. You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security on our Security

Policy page.

## Abusive conduct

### To summarize: Be responsible and don't violate our policies.

You are responsible for all activity on your account. If you violate our policies we may terminate your account. Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator raising funds on Patreon, we may be held accountable for what you do with those funds. As a result, we also look at what you do with your membership off our platform. You can find more detailed information in the Community Guidelines and Security Policy. These policies cover most issues, but if you find a new and creative way to hurt Patreon or our community we may take action to prevent it.

## All about being a creator

### To summarize: A creator is someone who creates a membership page on Patreon to engage with patrons who have purchased memberships from Patreon to support the creator's

creations. There are a lot of details below involving payments, fees, taxes and restrictions that you should read in full if you are a creator.

**Membership**

To become a creator, simply launch your page to start your membership. When you join Patreon, you become part of the Patreon community. You can use creator tools that Patreon provides, showcase your creations, provide merchandise to patrons through Patreon's Merch service, and receive recurring revenue from your page. Memberships are for your most passionate fans. On Patreon, you can provide your patrons something exciting that gives them unique benefits they want, like additional access, merchandise, exclusivity, and engaging experiences. In turn, you will receive loyal support from your patrons, and recurring revenue from memberships that patrons have purchased from Patreon.

**Payments**

As a creator you make your membership available on Patreon, and we provide membership to your patrons on a subscription basis. We also handle payments issues such as fraud, chargebacks and resolution of payments disputes. We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for

violations of our policies or for compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reason to you promptly. If you have questions about a payments block, please reach out to us. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent. Sometimes activities like refunds can put your account balance into the negative. If your balance becomes negative then we reserve the right to recover those funds from future payments. If you are a creator of 18+ content, to comply with payment processing rules you must verify that participants in your content are the age of majority, and you must store their consent to participate. A consent form template is located in our Help Center, where you may get additional information about these requirements.

**Fees**

As a creator there are two fees associated with your membership on Patreon. The first is the platform fee, which varies depending on the level of service you select. The second is the payment processing fee, which is dependent on the currency selected by the creator.

- The payment processing fee in US Dollars is 2.9% plus $0.30 per successful pledge for pledges over $3, and 5% fee plus $0.10 per successful pledge for pledges of $3 or less.PayPal payments from non-US patrons have an additional 1% fee. Founding creators have a

legacy platform fee and the legacy payment processing rate. The legacy payment processing rate varies depending on a number of factors, including the membership subscription amount, card type and number of other memberships joined by a patron.

- The payment processing fee in Euro is 3.4% plus €0.35 per successful pledge for pledges over €3, and 5% fee plus €0.15 per successful pledge for pledges of €3 or less.
- The payment processing fee in British Pounds is 3.4% plus £0.35 per successful pledge for pledges over £3, and 5% fee plus £0.15 per successful pledge for pledges of £3 or less.
- The payment processing fee in Canadian Dollars is 3.2% plus CA$0.35 per successful pledge for pledges over CA$3, and 5% fee plus CA$0.10 per successful pledge for pledges of CA$3 or less.
- The payment processing fee in Australian Dollars is 3.0% plus AU$0.30 per successful pledge for pledges over AU$3, and 5% fee plus AU$0.10 per successful pledge for pledges of AU$3 or less.

You can see how much processing fees are for any membership subscription on your creator dashboard.
Depending on your patrons' locations, some banks may charge your patron a foreign transaction fee for their membership subscription. Patreon does not control this charge, but it is typically around 3.0% .

### Tax

We collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any income or withholding taxes which may be due as a result of payments received. You can learn more in our Tax Help Center. We are additionally responsible for a number of transactional taxes across the world. These include but are not limited to VAT on payments for electronically supplied services to patrons in the EU, GST as an operator of an electronic distribution platform (EDP) within Australia, and state sales tax as a result of 'marketplace laws' within the United States. For the purpose of electronically-supplied services, creators make a supply of those services to us, and then we supply them to the patron. To learn more about how we handle transaction taxes, please check our VAT guide. In locales where Patreon is required to collect transaction tax from patrons, pledges processed from patrons will reflect the tier or custom pledge amount plus the applicable tax. Applicable tax will not be taken from a pledge, but rather will be charged in addition to the pledge. Once settled, the tax amount will be automatically deducted for remittance to the applicable taxing authority. A record of the transaction tax portion of the pledge will be available on your earnings details page. As a creator on our site, it is your responsibility to provide accurate information when you are engaging with the sales tax weighting tool and, generally, when listing benefits transferred within your tiers.

### Restrictions

We don't allow creations and benefits that violate our policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A summary of those rules is that we don't allow:

- Illegal creations or benefits.
- Creations or benefits that are abusive towards other people.
- Creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.
- Creations or benefits with real people engaging in sexual acts.
- Benefits that involve raffles or prizes based on chance.

If your fans include people under the age of 18, then please remind them that they need permission to join your membership, and those under the age of 13 cannot use Patreon. We are not required to allow any particular person or group of persons to be your patron.
As a creator you are also responsible for keeping patron data safe. You can see what is required in our Data Processing Agreement. An account is tied to your creative output and cannot be sold or transferred for use by another creator.

---

## All about being a patron

To summarize: A patron is someone

who purchases memberships from Patreon to support their favorite creators' creations. Through a paid membership on Patreon, patrons directly interact with creators they support, using tools supplied by Patreon, and through our platform have the opportunity to engage with a greater community of patrons and creators.

As a patron, you're joining Patreon to be part of an exciting movement to support a creator's membership while you get special benefits, which may include access to your creator, merchandise (when offered), exclusivity, and engaging experiences with the creator and patron community. In exchange, you pay Patreon for membership programs, on a subscription basis, to access and support creators you like.

The timing and amount of each membership subscription depends on the type of membership agreement you enter into, and the creator you support. You can see the details as you join, as well as in the receipt sent to you after each successful payment. You can view all your active membership subscriptions and billing history on your membership page.

To become a patron, simply create an account, add your preferred payment method, and join a membership program on Patreon to start

supporting your creator! There are three types of membership subscriptions. One is a monthly subscription where you pay per month. The second is a per creation subscription where you pay based on the number of creations a creator posts in that month. You can set a limit on the number of creations you pay for in a single month under the per subscription model. The third membership option is an annual membership, where you pay for a year of access up front, at a discounted rate. Not all offerings allow for all three subscription types. Your options will be presented to you in the payment flow.

You may cancel your membership payments at any time. Annual memberships may be cancelled, or increased, but not lowered. Terminating or lowering the tier support of membership will go into effect in the subsequent (not current) payment term, except for annual memberships which can be terminated or increased but not lowered. Increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment for an annual membership during the term, you will get a credit for any payment already made in that term.

For monthly or per creation payments, canceling your support may result in your loss of access to a creator’s patron-only posts and benefits.

These include when you cancel your membership subscription, your payment method fails, the creator blocks you, or the creator deletes their account. We are not required to allow you to be a

patron of any particular creator.

Creators' memberships vary and we have limited control over the quality and specific offerings. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep Patreon safe.

If you are located in the jurisdiction in which Patreon is required to charge and collect tax (e.g. VAT or, sales tax), then this tax is added to the total charge. Except in limited circumstances, this tax is shown when you set up the initial membership subscription. Patreon remits all tax collected to the applicable taxing authority. As tax is largely dependent on your location, you are responsible for keeping your address complete and up to date.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3% . Please contact your bank for more information.

**Refunds.** Our policy is No Refunds, though we will allow for some exceptions where refunds are granted in our sole discretion.

---

## Patreon's role

To summarize: We proactively look at

some pages and posts on Patreon

## some pages and posts on Patreon and review reported pages to identify potential violations of our guidelines.

We proactively look at some pages and posts on Patreon to make sure creators follow our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and may include looking at what is supported by funds received through Patreon.

In most situations we will work with creators to resolve any potential violations and allow the creator to continue using Patreon. Terminating accounts is not an action we take lightly and is done in only the most extreme cases.

Patreon reserves the right to remove a creator or patron from participating in annual memberships. Removal of the creator or patron from participation in annual memberships will prohibit the creator from accepting new annual payments, and prohibit the patron from making new annual payments, but will not result in an automatic removal of the creator or patron from the platform, unless there is an independent basis for their removal from the platform.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

As a global company based in the United States with operations in other countries, we must comply with economic sanctions and trade restrictions, including those implemented by the

Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury. This means that Patreon cannot take part in transactions that involve designated people, places, or items that originate from those places, as determined by agencies like OFAC. You can read our Sanctions Policy here.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our community. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. You can learn more in our Privacy Policy.

---

## Account deletion

### To summarize: You can delete your account here. We can disable your account at our discretion.

You can permanently delete your account at any time by going to our Privacy Center. On that page you can also see what information is deleted and what we continue to store after the account is

deleted. We can terminate or suspend your account at any time at our discretion. We can also cancel any membership subscriptions and remove any descriptions, posts or benefits at our discretion. You may not bring a claim against us for suspending or terminating another person's account, and you agree you will not bring such a claim. If you try to bring such a claim, you are responsible for the damages caused, including attorneys fees and costs. These terms remain in effect even if you no longer have an account.

---

## Your creations

### To summarize: You keep complete ownership of all creations, but you give us permission to use them on Patreon. Make sure you have permission to use creations that you offer on Patreon.

You keep full ownership of all creations that you offer on Patreon, but we need licenses from you to operate Patreon effectively. By posting creations on Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your creation. The purpose of this license is strictly limited to allow us to provide and

promote memberships to your patrons. We will

never try to steal your creations or use them in an exploitative way. You may not post creations that infringe others' intellectual property or proprietary rights. We may ask you for consent verification for collaborators depicted in content funded through Patreon. Patrons may not use creations posted by creators in any way not authorized by the creator.

---

## Your third-party apps

### To summarize: You may grant Patreon permission to access third-party apps. You may also revoke that permission.

You may grant Patreon access to your third-party accounts, such as Google, YouTube, Facebook, Instagram, Twitter, and Twitch, in order for some Patreon features to operate. Each time you connect your third-party account, that third-party account will present a page that describes the information that Patreon can access. At any time, you can revoke Patreon's access to those accounts using the respective third party's security settings page. These are the links for each service:

| | | | |
|---|---|---|---|
| Google | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| YouTube | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| Facebook | Terms of Service | Privacy Policy | Revoke Patreon's Access |

| | | | |
|---|---|---|---|
| Instagram | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| Twitter | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| Twitch | Terms of Service | Privacy Policy | Revoke Patreon's Access |

## Patreon's creations

### To summarize: You can use our copyrights or trademarks to promote your Patreon page, but can't use them for anything else without our permission.

Our creations are protected by copyright, trademark and trade secret laws. Some examples of our creations are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page. You can learn more about the correct use of our logo in our Brand Guidelines. You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

## Indemnity

## Indemnity

To summarize: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense. Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.

---

## Warranty disclaimer

To summarize: We do our best to make sure Patreon works as expected, but stuff happens.

**Patreon is provided “as is” and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law. The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates and third party service providers.**

---

## Limit of liability

To summarize: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements. For this clause "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.**

---

## Dispute resolution

To summarize: If you have a problem please talk to us. Any disputes with us must be resolved in San Francisco under California law.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or in relation to your use of Patreon, then the dispute will be resolved in the federal or state courts located in San Francisco, California. Both parties consent to the exclusive jurisdiction and venue of the San Francisco courts for the purpose of resolving any such dispute. California law, excluding its conflict of law provisions, governs these terms, all other Patreon policies, and any dispute that arises between you and Patreon.

---

# Everything else

## To summarize: These terms are the final word on Patreon's policies and we will tell you if we change them.

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future. We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means

Continuing to use Patreon after a change means you accept the new terms or policies. These terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com. Effective immediately for users on Patreon from October 15th, 2021 You can find the old terms of use here.

PRODUCT

Lite
Pro
Premium
Pricing

FOR CREATORS

Podcasters
Video Creators
Musicians
Visual Artists
Writers & Journalists
Communities
Gaming Creators
Nonprofits
Tutorials and Education
Local Businesses
Creators-of-all-kinds

RESOURCES

Blog
Patreon U
Creator Community
Help Center & FAQ
App Directory
Developers

COMPANY

About
Press
Careers
Privacy
Policy & Terms
Privacy Preferences
Accessibility
Impressum

Language: English (United States)

United States

## Your Privacy

Patreon determines the use of personal data collected on our media properties and across the internet. We may collect data that you submit to us directly or data that we collect automatically including from cookies (such as device information or IP address). Please read our Privacy Policy to learn about our privacy practices or click "Your Preferences" to exercise control over your data.

**Accept**

**Your Preferences**

# EXHIBIT 2

We use cookies to improve your experience using this site. More information



# Terms of use

Patreon is a membership platform that enables creators to be paid by their fans. One of our core behaviors is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we hope this is different. Above each section are "too long; didn't read" summaries. We hope these summaries are helpful, but please read the full version of the text if you have questions.

TOPICS

Welcome to Patreon!
Your account
Abusive conduct
All about being a creator
All about being a patron
Patreon's role
Account deletion
Your creations
Your third-party apps
Patreon's creations
Indemnity
Warranty disclaimer
Limit of liability
Dispute resolution
Governing law
Everything else

Back to Policy

## Welcome to Patreon!

### TLDR: By using Patreon you agree to these terms.

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We", "our" or "us" refers to Patreon Inc. and our subsidiaries. "Patreon" refers to this platform and the services offered by us.

By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy. We can collect and use your information in accordance with those policies.

## Your account

### TLDR: You must be at least 13 years old to register for an account. You are responsible for your account.

When you create an account you must provide us with accurate information, in good faith, and you agree to keep your information updated if it changes.

To create an account you must be at least 13 years old. To join a creator's membership as a patron, or provide a membership as a creator, you must be at least 18 years old or have your parent's permission.

You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security on our Security Policy page.

## Abusive conduct

### TLDR: Be responsible and don't violate our policies.

You are responsible for all activity on your account. If you violate our policies we may terminate your account.

Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator raising funds on Patreon, we may hold you accountable for what your patrons do with those funds. As a result, we also look at what you do with your membership off of our platform.

You can find more detailed information in the Community Guidelines and Security Policy. These policies cover most issues, but if you find a new and creative way to hurt Patreon or our community we may take action to prevent it.

## All about being a creator

### TLDR: A creator is someone who offers membership to patrons on Patreon. There are a lot of details here involving payments, fees, taxes and restrictions that you should read in full if you are a creator.

**Membership**

To become a creator simply launch your page to start your membership. Memberships are for your most passionate fans. You're inviting them to be part of something exciting that gives them unique benefits they want, like additional access, merchandise, exclusivity, and engaging experiences. In exchange, patrons pay on a subscription basis.

**Payments**

As a creator you make your membership available on Patreon, and we provide membership to your patrons on a subscription basis. We also handle payments issues such as fraud, chargebacks and resolution of payments disputes.

We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for violations of our policies or for compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reason to you promptly. If you have questions about a payments block, please reach out to us. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent.

Sometimes activities like refunds can put your account balance into the negative. If your balance becomes negative then we reserve the right to recover those funds from future payments.

**Fees**

As a creator there are two fees associated with your membership on Patreon. The first is the platform fee, which varies depending on the level of service you select. The second is the payment processing fee, which is dependent on the currency selected by the creator.

- The payment processing fee in U.S. Dollars is 2.9% plus $0.30 per successful pledge for pledges over $3, and 5% plus $0.10 per successful pledge for pledges of $3 or less. PayPal payments from non-US patrons have an additional 1% fee. Founding creators have a legacy platform fee and the legacy payment processing rate. The legacy payment processing rate varies depending on a number of factors, including the membership subscription amount, card type and number of other memberships joined by a patron.
- The payment processing fee in Euros is 3.4% plus €0.35 per successful pledge for pledges over €3, and 5% plus €0.15 per successful pledge for pledges of €3 or less.
- The payment processing fee in British Pounds is 3.4% plus £0.35 per successful pledge for pledges over £3, and 5% plus £0.15 per successful pledge for pledges of £3 or less.

You can see how much processing fees are for any membership subscription on your creator dashboard.

Depending on your patrons' locations, some banks may charge your patron a foreign transaction fee for their membership subscription. Patreon does not control this charge, but it is typically around 3%.

**Tax**

We collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any income or withholding taxes which may be due as a result of payments received. You can learn more in our Tax Help Center.

We are additionally responsible for a number of transactional taxes across the world. These include but are not limited to VAT on payments for electronically supplied services to patrons in the EU, GST as an operator of an electronic distribution platform (EDP) within Australia, and state sales tax as a result of 'marketplace laws' within the United States. For the purpose of electronically-supplied services, creators make a supply of those services to us, and then we supply them to the patron. To learn more about how we handle transaction taxes, please check our VAT guide.

In locales where Patreon is required to collect transaction tax from patrons, pledges processed from patrons will reflect the tier or custom pledge amount plus the applicable tax. Applicable tax will not be taken from a pledge, but rather will be charged in addition to the pledge. Once settled, the tax amount will be automatically deducted for remittance to the applicable taxing authority. A record of the transaction tax portion of the pledge will be available on your earnings details page.

As a creator on our site, it is your responsibility to provide accurate information when you are engaging with the sales tax weighting tool and, generally, when listing benefits transferred within your tiers.

**Restrictions**

We don't allow creations and benefits that violate our policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A summary of those rules is that we don't allow:

- Illegal creations or benefits.
- Creations or benefits that are abusive towards other people.
- Creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.
- Creations or benefits with real people engaging in sexual acts.
- Benefits that involve raffles or prizes based on chance.

If your fans include people under the age of 18, then please remind them that they need permission to join your membership, and those under the age of 13 cannot use Patreon. We are not required to allow any particular person or group of persons to be your patron.

As a creator you are also responsible for keeping patron data safe. You can see what is required in our Data Processing Agreement.

An account is tied to your creative output and cannot be sold or transferred for use by another creator.

## All about being a patron

### TLDR: A patron is someone who joins a creator's membership on Patreon. Depending on the creator's preference, you will be charged either a set amount per month or per creation. You can cancel your membership subscription at any time.

To become a patron simply create an account, add your preferred payment method and join a creator's membership!

There are three types of membership subscriptions. One is a monthly subscription where you pay per month. The second is a per creation subscription where you pay based on the number of creations a creator posts in that month. You can set a limit on the number of creations you pay for in a single month under the per subscription model. The third membership option is an annual membership, where you pay for a year of access up front, at a discounted rate. Not all offerings allow for all three subscription types. Your options will be presented to you in the payment flow.

The timing and amount of each membership subscription depends on the type of membership agreement you enter into, and the creator you support. You can see the details as you join, as well as in the receipt sent to you after each successful payment. You can view all your active membership subscriptions and billing history on your membership page.

You may cancel or lower the annual membership payments at any time. Terminating or lowering the tier support of an annual membership will go into effect in the subsequent (not current) payment term. Increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment for an annual membership during the term, you will get a credit for any payment already made in that term.

For monthly or per creation payments, canceling your support may result in your loss of access to a creator's patron-only posts and benefits.

These include when you cancel your membership subscription, your payment method fails, the creator blocks you, or the creator deletes their account. We are not required to allow you to be a patron of any particular creator.

Creators' memberships vary and we have limited control over the quality and specific offerings. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep Patreon safe.

If you are located in the jurisdiction in which Patreon is required to charge and collect tax (e.g. VAT or, sales tax), then this tax is added to the total charge. Except in limited circumstances, this tax is shown when you set up the initial membership subscription. Patreon remits all tax collected to the applicable taxing authority. As tax is largely dependant on your location, you are responsible for keeping your address complete and up to date.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3%. Please contact your bank for more information.

**Refunds**. Our policy is No Refunds, though we will allow for some exceptions where refunds are granted in our sole discretion.

## Patreon's role

### TLDR: We proactively look at some pages and posts on Patreon and review reported pages to identify potential violations of our guidelines.

We proactively look at some pages and posts on Patreon to make sure creators follow our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and may include looking at what is supported by funds received through Patreon.

In most situations we will work with creators to resolve any potential violations and allow the creator to continue using Patreon. Terminating accounts is not an action we take lightly and is done in only the most extreme cases.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

As a global company based in the United States with operations in other countries, we must comply with economic sanctions and trade restrictions, including those implemented by the Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury. This means that Patreon cannot take part in transactions that involve designated people, places, or items that originate from those places, as determined by agencies like OFAC. You can read our Sanctions Policy here.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our community. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. You can learn more in our Privacy Policy.

## Account deletion

### TLDR: You can delete your account here. We can disable your account at our discretion.

You can permanently delete your account at any time by going to our Privacy Center. On that page you can also see what information is deleted and what we continue to store after the account is deleted.

We can terminate or suspend your account at any time at our discretion. We can also cancel any membership subscriptions and remove any descriptions, posts or benefits at our discretion.

You may not bring a claim against us for suspending or terminating another person's account, and you agree you will not bring such a claim. If you try to bring such a claim, you are responsible for the damages caused, including attorneys fees and costs.

These terms remain in effect even if you no longer have an account.

## Your creations

### TLDR: You keep complete ownership of all creations, but you give us permission to use them on Patreon. Make sure you have permission to use creations that you offer on Patreon.

You keep full ownership of all creations that you offer on Patreon, but we need licenses from you to operate Patreon effectively.

By posting creations on Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your creation. The purpose of this license is strictly limited to allow us to provide and promote memberships to your patrons. We will never try to steal your creations or use them in an exploitative way.

You may not post creations that infringe others' intellectual property or proprietary rights.

Patrons may not use creations posted by creators in any way not authorized by the creator.

## Your third-party apps

### TLDR: You may grant Patreon permission to access third-party apps. You may also revoke that permission.

You may grant Patreon access to your third-party accounts, such as Google, YouTube, Facebook, Instagram, Twitter, and Twitch, in order for some Patreon features to operate. Each time you connect your third-party account, that third-party account will present a page that describes the information that Patreon can access.

At any time, you can revoke Patreon's access to those accounts using the respective third party's security settings page.

These are the links for each service:

| | | | |
|---|---|---|---|
| **Google** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **YouTube** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Facebook** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Instagram** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Twitter** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Twitch** | Terms of Service | Privacy Policy | Revoke Patreon's Access |

## Patreon's creations

### TLDR: You can use our copyrights or trademarks to promote your Patreon page, but can't use them for anything else without our permission.

Our creations are protected by copyright, trademark and trade secret laws. Some examples of our creations are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page. You can learn more about the correct use of our logo in our Brand Guidelines.

You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

## Indemnity

### TLDR: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense.

Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.

## Warranty disclaimer

### TLDR: We do our best to make sure Patreon works as expected, but stuff happens.

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law.**

**The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates and third party service providers.**

## Limit of liability

### TLDR: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements.**

**For this clause "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.**

## Dispute resolution

### TLDR: If you have a problem please talk to us, but you are limited in how you can resolve disputes. You waive your right to trial by jury and your right to participate in a class action proceeding.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or related to your use of Patreon, and it cannot be resolved after you talk with us, then it must be resolved by arbitration. This arbitration must be administered by JAMS under the JAMS Streamlined Arbitration Rules and Procedures, except as expressly provided below. Judgment on the arbitration may be entered in any court with jurisdiction. Arbitrations may only take place on an individual basis. No class arbitrations or other other grouping of parties is allowed. By agreeing to these terms you are waiving your right to trial by jury or to participate in a class action or representative proceeding; we are also waiving these rights.

For creators and patrons who are consumers, we also follow the JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness for consumer arbitrations done under these terms. For the purpose of an arbitration subject to the consumer standards, if any portion of these terms do not follow that standard, that portion is severed from these terms.

This clause does not limit either party's ability to file an action in a court with jurisdiction to seek injunctive or other equitable relief for disputes relating to intellectual property, proprietary data or to enforce this dispute resolution clause, including your agreement not to assert claims related to the suspension or termination of another person's account. In any such action, the court rather than an arbitrator must decide whether such a claim is arbitrable and must decide whether the party is entitled to the requested injunctive or other equitable relief.

## Governing law

### TLDR: Any disputes with us must be resolved in San Francisco under California law.

California law, excluding its conflict of law provisions, governs these terms and all other Patreon policies. If a lawsuit does arise, both parties consent to the exclusive jurisdiction and venue of the courts located in San Francisco, California.

## Everything else

### TLDR: These terms are the final word on Patreon's policies and we will tell you if we change them.

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future.

We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means you accept the new terms or policies.

If you are not in the European Union, then these terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you are located in the EU, then these terms are an agreement with Patreon Ireland Limited, Suite 3, One Earlsfort Centre, Lower Hatch Street, Dublin 2L, Ireland.

If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com.

Effective immediately for users on Patreon from July 1, 2020. You can find the old terms of use here.



© Patreon Sitemap

*600 Townsend Street, Suite 500*
*San Francisco, CA 94103*
*USA*
*Phone: +1 (833) 972-8766*

# EXHIBIT 3

We use cookies to improve your experience using this site. More information

Accept





Welcome to Patreon
Your account
Abusive conduct
All about being a creator
Indemnity
Warranty disclaimer
Limit of liability
Dispute resolution
Governing law
Everything else

Back to Policy

# Terms of use

[illegible]

## Welcome to Patreon!

### TLDR: By using Patreon you agree to these terms.

[illegible]

## Your account

### TLDR: You must be at least 13 years old to register for an account. You are responsible for your account.

[illegible]

## Abusive conduct

### TLDR: Be responsible and don't violate our policies.

[illegible]

## All about being a creator

### TLDR: A creator is someone who offers membership to patrons on Patreon. There are a lot of details here involving payments, fees, taxes and restrictions that you should read in full if you are a creator.

[illegible]

## All about being a patron

### TLDR: A patron is someone who joins a creator's membership on Patreon. Depending on the creator's preference, you will be charged either a set amount per month or per creation. You can cancel your membership subscription at any time.

To become a patron simply create an account, add your preferred payment method and join a creator's membership!

There are three types of membership subscriptions. One is a monthly subscription where you pay per month. The second is a per creation subscription where you pay based on the number of creations a creator posts in that month. You can set a limit on the number of creations you pay for in a single month under the per subscription model. The third membership option is an annual membership, where you pay for a year of access up front, at a discounted rate. Not all offerings allow for all three subscription types. Your options will be presented to you in the payment flow.

The timing and amount of each membership subscription depends on the type of membership agreement you enter into, and the creator you support. You can see the details as you join, as well as in the receipt sent to you after each successful payment. You can view all your active membership subscriptions and billing history on your membership page.

You may cancel or lower the annual membership payments at any time. Terminating or lowering the tier support of an annual membership will go into effect in the subsequent (not current) payment term. Increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment for an annual membership during the term, you will get a credit for any payment already made in that term.

For monthly or per creation payments, canceling your support may result in your loss of access to a creator's patron-only posts and benefits.

These include when you cancel your membership subscription, your payment method fails, the creator blocks you, or the creator deletes their account. We are not required to allow you to be a patron of any particular creator.

Creators' memberships vary and we have limited control over the quality and specific offerings. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep Patreon safe.

If you are located in the EU, then VAT is added to the total charge. This is shown when you set up the initial membership subscription.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3%. Please contact your bank for more information.

**Refunds**. Our policy is No Refunds, though we will allow for some exceptions where refunds are granted in our sole discretion.

## Patreon's role

### TLDR: We proactively look at some pages and posts on Patreon and review reported pages to identify potential violations of our guidelines.

We proactively look at some pages and posts on Patreon to make sure creators follow our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and may include looking at what is supported by funds received through Patreon.

In most situations we will work with creators to resolve any potential violations and allow the creator to continue using Patreon. Terminating accounts is not an action we take lightly and is done in only the most extreme cases.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

As a global company based in the United States with operations in other countries, we must comply with economic sanctions and trade restrictions, including those implemented by the Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury. This means that Patreon cannot take part in transactions that involve designated people, places, or items that originate from those places, as determined by agencies like OFAC. You can read our Sanctions Policy here.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our community. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. You can learn more in our Privacy Policy.

## Account deletion

### TLDR: You can delete your account here. We can disable your account at our discretion.

You can permanently delete your account at any time by going to our Privacy Center. On that page you can also see what information is deleted and what we continue to store after the account is deleted.

We can terminate or suspend your account at any time at our discretion. We can also cancel any membership subscriptions and remove any descriptions, posts or benefits at our discretion.

You may not bring a claim against us for suspending or terminating another person's account, and you agree you will not bring such a claim. If you try to bring such a claim, you are responsible for the damages caused, including attorneys fees and costs.

These terms remain in effect even if you no longer have an account.

## Your creations

### TLDR: You keep complete ownership of all creations, but you give us permission to use them on Patreon. Make sure you have permission to use creations that you offer on Patreon.

You keep full ownership of all creations that you offer on Patreon, but we need licenses from you to operate Patreon effectively.

By posting creations on Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your creation. The purpose of this license is strictly limited to allow us to provide and promote memberships to your patrons. We will never try to steal your creations or use them in an exploitative way.

You may not post creations that infringe others' intellectual property or proprietary rights.

Patrons may not use creations posted by creators in any way not authorized by the creator.

## Your third-party apps

### TLDR: You may grant Patreon permission to access third-party apps. You may also revoke that permission.

You may grant Patreon access to your third-party accounts, such as Google, YouTube, Facebook, Instagram, Twitter, and Twitch, in order for some Patreon features to operate. Each time you connect your third-party account, that third-party account will present a page that describes the information that Patreon can access.

At any time, you can revoke Patreon's access to those accounts using the respective third party's security settings page.

These are the links for each service:

| | | | |
|---|---|---|---|
| **Google** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **YouTube** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Facebook** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Instagram** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Twitter** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Twitch** | Terms of Service | Privacy Policy | Revoke Patreon's Access |

## Patreon's creations

### TLDR: You can use our copyrights or trademarks to promote your Patreon page, but can't use them for anything else without our permission.

Our creations are protected by copyright, trademark and trade secret laws. Some examples of our creations are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page. You can learn more about the correct use of our logo in our Brand Guidelines.

You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

## Indemnity

### TLDR: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense.

Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.

## Warranty disclaimer

### TLDR: We do our best to make sure Patreon works as expected, but stuff happens.

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law.**

**The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates and third party service providers.**

## Limit of liability

### TLDR: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements.**

**For this clause "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.**

## Dispute resolution

### TLDR: If you have a problem please talk to us, but you are limited in how you can resolve disputes. You waive your right to trial by jury and your right to participate in a class action proceeding.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or related to your use of Patreon, and it cannot be resolved after you talk with us, then it must be resolved by arbitration. This arbitration must be administered by JAMS under the JAMS Streamlined Arbitration Rules and Procedures, except as expressly provided below. Judgment on the arbitration may be entered in any court with jurisdiction. Arbitrations may only take place on an individual basis. No class arbitrations or other other grouping of parties is allowed. By agreeing to these terms you are waiving your right to trial by jury or to participate in a class action or representative proceeding; we are also waiving these rights.

For creators and patrons who are consumers, we also follow the JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness for consumer arbitrations done under these terms. For the purpose of an arbitration subject to the consumer standards, if any portion of these terms do not follow that standard, that portion is severed from these terms.

This clause does not limit either party's ability to file an action in a court with jurisdiction to seek injunctive or other equitable relief for disputes relating to intellectual property, proprietary data or to enforce this dispute resolution clause, including your agreement not to assert claims related to the suspension or termination of another person's account. In any such action, the court rather than an arbitrator must decide whether such a claim is arbitrable and must decide whether the party is entitled to the requested injunctive or other equitable relief.

## Governing law

### TLDR: Any disputes with us must be resolved in San Francisco under California law.

California law, excluding its conflict of law provisions, governs these terms and all other Patreon policies. If a lawsuit does arise, both parties consent to the exclusive jurisdiction and venue of the courts located in San Francisco, California.

## Everything else

### TLDR: These terms are the final word on Patreon's policies and we will tell you if we change them.

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future.

We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means you accept the new terms or policies.

If you are not in the European Union, then these terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you are located in the EU, then these terms are an agreement with Patreon Ireland Limited, Suite 3, One Earlsfort Centre, Lower Hatch Street, Dublin 2L, Ireland.

If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com.

Effective immediately for users joining Patreon on or after December 20th, 2019. Effective for existing users on, and applicable to claims not yet asserted by, January 1st, 2020. You can find the old terms of use here.

# EXHIBIT 4

PATREON

Log in

# Terms of Use

## Welcome to Patreon!

These are Patreon's terms of use (stick with us here). We know that most people skim through terms of use statements because they're boring and go right over our heads, but we have done everything we can to make this easy to get through. At the beginning of every section, you'll see the biggest takeaway of the following portion. By using Patreon, you agree to these terms and we will always tell you if we change them. These summaries are not legally binding, but they give you a short version of the terms. Summaries appear highlighted at the start of every section.




Patreon Inc. is a U.S. entity located at 600 Townsend Street Suite 500, San Francisco, CA. We also have a UK entity named Patreon DLC, Ltd. located at 18 Soho Square, London, Greater London, W1D 3QL, United Kingdom. We are a platform where patrons can support and engage with creators. These are Patreon's terms of use and apply to all users of the Patreon website and mobile applications. "We," "our" or "us" refers to Patreon Inc. and Patreon DLC, Ltd., collectively, "Patreon". Our use of "Patreon" here refers to this website and the services offered by us.

By using Patreon you agree to these terms. You acknowledge that you have read and understood these terms. You also agree to our **privacy policy**, **community guidelines** and any other policies we post on Patreon.

Patreon is a platform. We are not responsible for the quality, timing or legality of content or rewards.

We may sometimes make changes to these terms. If we make material changes that adversely affect your rights under these terms, then we will let you know by posting an announcement on the site or sending you an email prior to the changes coming into effect. Continuing to use Patreon after a change to these terms means you accept the new terms.

## Account Creation

You must be at least 13 years old to register for an account, and to pay or accept money there are other requirements. You are responsible for your account.




When you register for an account you must provide us with accurate information. If you don't provide us with accurate information then we may not be able to assist you with accessing your account.

To register for an account you must be at least 13 years old. To give or receive pledges you must be at least 18 years old or have your parent's permission. If you know a user is under the age of 13, please **report them** to us.

You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. If you believe your account is compromised, you must **contact us** immediately.

## User Conduct

Don't do bad stuff. Be responsible and use common sense.

You are responsible for all the activity on your account. If you do bad things we may terminate your account. For starters:



- **Illegal Activities** - Don't break the law or encourage others to break the law.
- **Abuse** - Don't harass or bully others, or promote violence or hatred towards others.
- **Personal Information** - Don't distribute others' personal information or otherwise abuse it. Creators with access to their patrons' personal information should not use it for anything unrelated to Patreon.
- **Fraud** - Don't post information that is false or otherwise misleading.
- **Impersonation** - Don't impersonate anyone. Don't use another's account, or allow others to use your account.
- **Username Squatting** - Don't create an account to prevent others from using the name or to sell the name.
- **Intellectual Property** - Don't infringe on others' intellectual property rights.
- **Spam** - Don't spam others or distribute unsolicited advertising material.
- **Malware** - Don't use Patreon to host or distribute, malicious or destructive software
- **Endorsement** - Don't claim endorsement by Patreon without our prior written approval.
- **Service Degradation** - Don't degrade others' use of Patreon.
- **Data Mining** - Don't crawl, scrape or otherwise index information on Patreon. If you are doing this to create a useful feature then we may allow it, but you must check with us first.
- **Reward Sharing** - Don't support a creator and then share their patron-only content without permission from the creator.
- **Reverse Engineering** - Don't take apart Patreon to figure out our secret sauce. If you want to do this as part of our bug bounty program, then please ask to be invited through HackerOne first.

Please also see our community guidelines for specific guidance in some of these areas. These guidelines are not meant to be exhaustive. If you find a new and creative way to hurt Patreon or our users we may take action to prevent it.

## All About Being a Patron

Patrons pledge money to creators for creating content. Depending on the creator's preference, you will be charged either a set amount per month or per creation. Patreon is not responsible for the quality, timing or legality of content or rewards.

To become a patron simply create an account, update your preferred payment method (either credit card or PayPal) and pledge to any creator!

There are two types of pledges. One is a monthly subscription where you pay creators per month. The other is a content subscription where you pay creators for certain creations.

If you support a creator on a per month basis, then you are charged on behalf of the creator immediately at the time of the pledge for the full amount of the subscription. Beginning in the month after the month in which you made your initial pledge, your payment is batched with your other existing pledges and charged at the start of the month.

PATREON

Log in



month, following the month in which the creation was published. You can set a limit on the number of creations for which you may be charged in a single month.

For both per month and per creation support, you may cancel your pledge at any time.

Depending on your location, some banks may charge you a 3% foreign transaction fee for your pledge, which will be assessed in addition to the pledge amount. Patreon does not control this charge. Please contact your bank for information.

If you are located in the EU, then VAT is added to the total charge. This is shown when you set up the initial pledge amount.

We may grant refunds at our sole discretion.

In certain situations you may lose access to a creator's patron-only content, including rewards. These include when you cancel your pledge, your payment method fails, the creator blocks you, or the creator deletes their account.

We have no control over the quality, timing or legality of content or rewards. We do not grant refunds for failure to deliver rewards. We do attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help **reporting suspicious creator pages** so we can improve Patreon.

---

## All About Being a Creator

> Creators launch a page that allows patrons to support them. You appoint us as your agent to collect and process payments on your behalf, and our fee is 5% of your pledges. You are responsible for any taxes you owe based on the payments you receive. You must also follow our rules about content and rewards.

To become a creator, you may convert your regular account to a creator account or directly make a creator account, and launch the page.



You may choose to charge patrons per month or per creation, in either case most payments are processed at the start of each month. In connection with your charges to patrons, you appoint us as your limited agent for the sole purpose of receiving, holding, and settling payments to you. As your agent, our receipt of funds from a patron on your behalf is the same as receipt of funds by you directly, and you will only have recourse against us, and not against any patron, for any failure by us to settle funds to you. We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for violations of the terms or compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reasons to you promptly. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent.

Our fee to process transactions on your behalf is 5% of processed pledges. Separate payment processing fees vary based on the pledge amount, but are typically under 5% of the total amount we process for you process across all patrons. Depending on your patrons' locations, some banks may charge your patron a 3% foreign transaction fee for their pledge, which will be assessed in addition to the pledge amount. Patreon does not control this charge.

We do not handle most tax payments, but we collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any taxes.

The one area of taxes where we handle payments on your behalf is VAT payments for electronically supplied services to patrons in the EU. For the purpose of electronically supplied services, creators make a supply of that content to us, and then we supply it to the patron. To learn more about how we handle VAT, please check our **VAT guide**.

PATREON Log in

- Create any content or reward with nudity, or realistic depictions of sexual or violent acts, unless you flag the page as Adult Content and make the posts only viewable by patrons.
- Use raffles, or any prizes based on chance, as a reward.
- Create content or rewards using others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.

Please also see our **community guidelines** for specific guidance in some of these areas.

If your potential patrons are under the age of 18, please remind them that they need permission to pledge. Anyone under the age of 13 cannot have an account.

We are not party to the agreement between creators and patrons. If a patron requests a refund from us, at our sole discretion we may grant a refund. We deduct the refunded amount from future payments to you.

## Patreon's Role

While Patreon supports content creation, we do not legally endorse any content on our site. If content is reported we may remove it, but we do not take that action lightly.



We only provide a platform for creators and patrons to interact. We do not screen or endorse any content on Patreon. If you see content that violates these terms, then let us know and we may remove it.

Removing content or terminating accounts is not an action we take lightly and we may take a while to investigate or open the issue up to further discussion with the community.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our users. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. Information can include the existence of your account, pledge amounts and length of support. Actions can include creating, editing or deleting pledges and any other interaction with creators such as posting messages or liking posts.

## Account Disabling

You can disable your account manually. We can disable it at our discretion.

You can permanently disable your account at any time by heading to your account settings and selecting 'disable my account.' From there, follow the requested steps to confirm. You can see what information is deleted and what we continue to store after the account is disabled in our privacy policy.

We can terminate or suspend your account at any time at our discretion. We can also cancel any pledges and remove any content or rewards at our discretion.

These terms remain in effect after your account is disabled.

## Your Content




You keep complete ownership of all content, but give us permission to use it on Patreon. Make sure you have permission to use content that you post on Patreon.



You keep full ownership of all content that you post on Patreon, but to operate we need licenses from you.

By posting content to Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your content. The purpose of this license is to allow us to operate Patreon, promote Patreon and promote your content on Patreon. We are not trying to steal your content or use it in an exploitative way.

You may not post content that infringes on others' intellectual property or proprietary rights.

Patrons may not use content posted by creators in any way not authorized by the creator.

---

## Patreon's Content

You can use our content as part of Patreon, but can't use it for anything else without our permission.

Content we create is protected by copyright, trademark and trade secret laws. Some examples of our content are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page.

You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our content unless we give you permission in writing. Please ask if you have any questions.




---

## Copyright Infringement

If someone on Patreon is using your copyright without permission, then please send an email to **copyright@patreon.com**. This is complicated, so make sure to read the long version before you send us an email.



If you believe that any content on Patreon infringes your copyrights, please send written notice to:

Copyright Agent
Patreon, Inc.
600 Townsend Street
Suite 500
San Francisco, CA, USA 94103
copyright@patreon.com

You may also send a notice to:

Copyright Agent
Patreon DLC, Ltd.
18 Soho Square
Suite 500
London, Greater London, W1D 3QL, United Kingdom
copyright@patreon.com

This notice should include the following information:

- The electronic or physical signature of the copyright owner, or a person authorized to act on their behalf.
- A description of the copyrighted work that you claim has been infringed.
- A description of the exact location on Patreon of the content that you claim is infringing. This description must allow us to find and identify the content.
- Your name, address, telephone number and email address.
- A statement by you that: a) you believe in good faith that the use of the content that you claim to infringe your copyright is not authorized by law, the copyright owner, or the owner's agent, b) all information contained in your copyright notice is accurate, and c) under penalty of perjury, you are either the copyright owner, or authorized to act on their behalf.

If your content has been removed because of a DMCA notice, but you believe the content was not infringing on another's copyrights, then you may send a written counter-notice to have the content restored. Your counter-notice should include the following information:

- Your electronic or physical signature.
- A description of the content that was removed and the exact location of the content on Patreon before it was removed.
- Your name, address, telephone number and email address.
- A statement under penalty of perjury that you believe in good faith that the content was removed by mistake or misidentification.
- A statement that you consent to the jurisdiction of the U.S. Federal District Court for the judicial district in which you are located, or if you are outside the U.S., the Northern District of California, and that you will accept service of process from the party that originally sent us the DMCA notice.

In appropriate circumstances we may also terminate the accounts of repeat infringers.

For more information about DMCA notices please see our **DMCA guide**.

## Indemnity

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense.

Your obligation to indemnify under this clause also applies to our affiliates, officers, directors, employees, agents and third party service providers.



## Warranty Disclaimer

We do our best to make sure Patreon works as expected, but stuff happens.



**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law.**

**The disclaimers of warranty under this clause also apply to our affiliates and third party service providers.**

## Limit of Liability

**If you lose money as a result of using Patreon, any payment to you is limited to how much you have paid us, and we don't have to pay you if your loss is unexpected.**

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with failure to deliver rewards and from losses caused by conflicting contractual agreements.**

**For this clause "we" and "our" is defined to include our affiliates, officers, directors, employees, agents and third party service providers.**



## Dispute Resolution

If you have a problem please talk to us, but you are limited in how you can resolve disputes. You waive your right to trial by jury and your right to participate in a class action proceeding.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or related to your use of Patreon, and it cannot be resolved after you talk with us, then it must be



any court with jurisdiction. Arbitrations may only take place on an individual basis. No class arbitrations or other grouping of parties is allowed. By agreeing to these terms you are waiving your right to trial by jury or to participate in a class action or representative proceeding, we are also waiving these rights.

We follow the **JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness** for all arbitrations done under these terms. If any portion of these terms do not follow that standard, that portion is severed from these terms.

This clause does not limit either party's ability to seek injunctive or other equitable relief for disputes relating to intellectual property or proprietary data.

## Governing Law

Any disputes with us must be resolved in San Francisco under California law.

California law, excluding its conflict of law provisions, governs these terms and all other Patreon policies. If a lawsuit does arise, both parties consent to the exclusive jurisdiction and venue of the courts located in San Francisco, California.




## Everything Else

These terms are the final word on Patreon's policies.



These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future.

If you have any questions, please email legal@patreon.com.

Effective November 1st, 2016. Last updated on December 18, 2018

**Prior policies**.

Illustrations by Li Chen of **Exocomics**.

PATREON

Log in

Privacy Policy

GET IT ON Google Play

Download on the App Store

© 2019 Patreon, Inc.

# EXHIBIT 5

English

# The data we collect, how it's used, and who we share it with

We care about your privacy and want to help you understand how we collect, use, and share your personal information. The data practices described in our Privacy Center apply to both patrons and creators.



Issa Rae

**Show me how the Privacy Center works →**

PATREON

Data Practices | Privacy Policy | View Past Requests | Make a Privacy Request

**PATREON PRIVACY POLICY**

Welc...

Infor...

# Patreon Privacy Policy

**Effective Date:** July 15, 2022

Patro...
Creat...
Additi...
Infor...
How ...
Infor...
Infor...
Infor...
Infor...
Your ...
Com...
Com...
Exerc...
Acco...
Cont...
Estab...
Prohi...
Our D...
Secur...
Child...

# Welcome to Patreon!

Patreon is a platform where patrons can support and engage with creators. This updated Privacy Policy applies to patrons, creators and all users of our platform, and is part of our **Terms of Use**.

Patreon is a global company. By using our platform, you agree that your personal information that you provide directly to us, or that we collect through your use of the platform, may be transferred to and stored in the United States and handled as described in this Policy.

# Information You Provide Through Your Account

This is information that you provide to us through text fields, such as your name, payment information and benefits. The information we collect differs depending on whether you make an account, become a patron or become a creator.

- First and Last Name
- Email Address
- Username
- Password
- State and Country of Residence

We're taking a different approach to privacy

Show Me

You may also sign up using a Facebook or Google account. We will ask for permission to access basic information from your Facebook or Google account, such as your name, email and profile picture. You can choose to stop sharing that information with us at any time by going to Facebook or Google to remove Patreon's access to that account and your ability to log in.

You also have the option to add more information to your public profile, such as a location, social media links and an about section, which we store along with any comments or messages you submit on Patreon.

## Patrons

A patron is someone who joins Patreon's membership platform to support a creator's membership content. As a patron you must provide your payment information to our payment processors. You can see the Privacy Policy for these payment processors on the **PayPal**, **Stripe**, and **Checkout** sites. Patreon does not receive your full card number at this time. Payment processors provide us with a token that represents your account, your card's expiration date, card type and the last four digits of your card number. If you are required to provide

your name and email address to the payment processor then they also provide us with that information.

We collect and process information about the creators you support, the level at which you support them, what benefits you receive and how often you support them. As a patron, if you select a benefit tier with a physical benefit then you will provide your shipping information, including phone number, so the creator or Patreon can ship you the benefit or provide updates related to the shipment.

# Creators

A creator is someone who creates and provides content for their patrons through Patreon's membership platform. To become a creator, you must create a page that describes what you are creating and any benefits you are offering. To receive payouts you have to create an account with one of our payment partners: PayPal, Stripe or Payoneer. We may also require your bank account information to process payouts. You must also provide us with additional information for tax purposes. Depending on your location you may have to fill out a form with some combination of your:

- First and Last Name

- Address
- Social Security Number or Employer Identification Number
- Country of Citizenship
- Foreign Tax Identification Number
- Date of Birth
- Your Nonprofit Registration Number, if you are a nonprofit business
- Bank Account Information for Payouts
- Phone Number

# Additional Information We Collect

## Automatically Collected Information

We collect information automatically as you navigate the site or through our third-party analytics providers. We may store usage information such as the type of device you use to access Patreon, your operating system, browser type, IP address, device ID, the pages you visit or request, links clicked, referring sites, user interactions and your search terms. We also derive your location from your self-disclosed country, your IP address and your payment card.

## Forums and Messaging

When you participate in a forum, we

collect the comments you make as well as record how many times users visit, the activity on the site, where users have replied, with whom they've communicated, private messages, IP address and from which location the user was last logged in. We use **Discourse** and **Discord** to help us host and operate our Forums. This means that they may access your information to help provide the Forum. You can find their privacy policies hyperlinked above.

## User Surveys

From time to time, we may solicit your participation in user surveys. In order to better understand and serve our user base, we may ask you for demographic information, including information related to your gender, ethnicity, race, age, sexual orientation, earnings and accessibility, which you may choose to share or not. We collect such information to ensure we provide fair and equal access to our services and to showcase creators to patrons for greater discoverability. We will store your survey responses as and when you participate in the surveys.

## Event Information

We may request information from you at in-person and online events. This is done to better tailor the event experience to those attending. This information may

include your name, email address, payment details, mobile phone number and QR code, demographic information, social media and other online accounts you maintain, details around the types of works you create, and survey or feedback responses.

### Blogs

We may collect and store your email address, your comments and your profile information from our blog sites to better understand your interests and improve our services to you.

## Information Collected by Third Parties

### Cookies

We use Cookies on our website that collect information to allow us and third parties to understand your use of Patreon. Please see our **cookie policy** for more information on our use of cookies on Patreon.

### Social Media Features and Widgets

We use social media features, including the Facebook Like button and widgets, such as the Share button or similar interactive mini-programs that run on Patreon. If you provide your social media information to us, we may use it to

interact with you on these social networks. These features may collect your IP address and other personal data, including which page you are visiting on our site, and may set a cookie to enable the feature to function properly. Social media features and widgets are either hosted by a third party or directly on Patreon. Your interactions with these Features are governed by the privacy policy of the company providing it. For more information on the technologies used by these social networks, please refer to their specific privacy notices. We have provided links to the most used social networks below for easy reference:

- Facebook: **https://www.facebook.com/about/privacy/**
- Twitter: **https://twitter.com/privacy**
- YouTube: **https://policies.google.com/privacy**
- Instagram: **https://help.instagram.com/155833707900388**
- Twitch: **https://www.twitch.tv/p/legal/privacy-notice/**

# How We Use Your Information

We process your information to:

- verify your identity to comply with US federal, state, and international

laws

- allow you to sign in to your account
- ● allow you to support a creator's membership programme on Patreon
- process membership payments and payouts
- send merchandise to your shipping address
- send you emails relevant to your usage, as controlled by your email preferences
- reply to your questions
- provide to you existing and enhanced services related to your Patreon account
- promote your Patreon account for greater discoverability
- spotlight and celebrate creators
- market Patreon products and services to you or to audiences similar to you based on your networks and common factors that others have with you, unless you opt out, as controlled by your email preferences
- understand how you use the service and create better tools for creators to serve patrons
- conduct research and development to improve Patreon and develop future products
- prevent fraud and abuse on Patreon
- provide you with reasonable accommodation, if you notify us of a disability

## Information We Share with Creators

By becoming a patron of a creator, you agree to have the following information shared with that creator:

- your name and email address, and other profile information you've provided
- any messages you send creators through Patreon
- your physical address, city, state, and country
- your phone number, when you have signed up to support a creator who engages with you via text messages, when you are receiving a benefit that requires shipping, or when you have signed up for event notifications via text
- all information about your pledge, including amount and start date but not your full payment card information
- some aggregated and anonymised data about how you use Patreon that cannot be linked back to you or to any individual user

Creators agree to the terms of our Data Processing Agreement (DPA) when they

start their membership programme. This DPA is called the Creator Privacy Promise. The Creator Privacy Promise is a creator's promise to protect the privacy of their patrons during and beyond their Patreon relationship. You can view a copy of the **Creator Privacy Promise here**.

## Information We Share with Third Parties

We never sell your information to third parties. We will only share data with third parties, other than with creators, under the following circumstances:

- with your consent, to creators' service providers, to deliver benefits, such as shipping packages to you. You should read these service providers' privacy policies to see how they use and share your data.
- with our service providers, who are companies that are contractually engaged with us to provide us with services, such as order fulfilment, email management, analysing data trends, credit card processing, multi-currency settlement solutions, increasing our brand awareness and user engagement with marketing initiatives, and fraud detection and prevention. These companies may

have access to your data to perform their services, and are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.

- to protect the security or integrity of Patreon as well as to protect the rights, property and safety of Patreon, its employees, users or others if we believe that disclosure is reasonably necessary to comply with a law, regulation or other valid legal process (e.g. subpoenas or warrants served on Patreon). If we are going to release your data, we will do our best to promptly notify you by email unless we are prohibited by law from doing so.
- in connection with the sale, merger, bankruptcy, sale of assets or reorganisation of our company. We will notify you if a different company receives your data. The promises in this privacy policy apply to any data transferred to a new entity.
- with third-party apps used by creators to help run their membership programmes. There is a list of apps in our **apps directory**. While we try to keep this list up to date, we often experiment with new third-party app providers and this list may not be exhaustive.
- with partners in our Partners Directory who may have access to

your data to perform their services and who are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.

## Information Patreon Collects from Third Party Apps

When you create a Patreon account, you can elect to connect your social account(s) (e.g. Twitter, Facebook, Google, YouTube and Twitch) with Patreon and we will collect and store some social information from those platforms, such as:

- follower or subscriber counts
- post or upload counts
- view, like, and comment counts

This social information allows us to provide you with a better Patreon experience and also helps guide future development of Patreon. We use this data to:

- help creators and patrons find each other on Patreon
- assess how to make creators more successful on Patreon
- analyse and describe our business

# Information We Share with the Public

The following information is publicly accessible:

- your profile and your social media links and location if you add that information
- the creators you support are publicly displayed by default. If you flag your account as private, we will not display the creators you support
- any posts, likes or comments you make
- your aggregated or anonymised usage data in blog posts, press releases or in other ways to share information about Patreon's usage. Aggregated or anonymised data cannot be linked back to any individual Patreon user
- monthly pledge value and goals that creators choose to make public
- number of patrons

# Your Preferences and Rights over Data

## Choosing Your Preferences

The Settings link is located by clicking on your avatar or profile at the top right-hand of your screen, after your log into

your Patreon account. Settings lets you see your account preferences. You can see and adjust your settings by viewing your preferences and, if you wish, by changing your selections.

## Marketing Activities

By agreeing to our terms of use, you expressly agree that Patreon may:

- provide you with information about your service, service enhancements or new Patreon products while you are on our website or using our apps.
- send you messages regarding your existing service or enhancements related to your existing service when you are off our platform via email or via text if you have signed up for a service or event notification that uses text messages.
- send you messages related to services we provide which are separate from your existing service via email, which you may opt out of.
- market Patreon to you and audiences similar to you based on your networks and common factors that others have with you unless you opt out.
- send you marketing emails or texts if you don’t have a Patreon account but have consented to receiving such messages, which you may opt out of.
- ask for demographic information to

spotlight and celebrate creators.
- promote your account for greater discoverability.
- ship physical items to you via mail as part of a promotional activity.

## Opting out of Marketing

You may object to the use of your data for marketing purposes at any time, free of charge, when we collect your personal information and in every marketing communication. You may also object to the use of your data for marketing upon creation of your account or anytime thereafter by opting out **here**.

Opting out will stop marketing emails. Please allow up to 30 days for your opt-out request to be processed. If you have an account with Patreon, you will continue to receive service-related emails and texts if you have opted into receiving texts. You will also continue to receive service-related shipments of benefits to the designated delivery address.

We will never sell your information to third parties for marketing purposes without your prior consent.

## Accessing, Updating or Exporting the Information in Your Account

You can access and update certain information associated with your account on the settings pages. Additionally, you

can delete your account or export your personal information by going to privacy.patreon.com.

### Deleting Your Account

You may self-initiate a deletion of your account directly at privacy.patreon.com by clicking on the Make a Privacy Request button and submitting an "Erase" request. Please be aware that this action is final and cannot be reversed. If you would like to transport your data, please be sure to download your data first before you delete your account.

### Turning off Email Notifications

You can change your email notifications in your **email settings**. While this allows you to stop many notification emails, we will still send some critical service emails.

### Turning off Mobile Notifications

If you download the Patreon App you may also receive notifications on your mobile device. These can be disabled in the App settings.

### Verification of Requests

Users maintain password-protected accounts with Patreon. If you submit a request to exercise your privacy rights, you will be asked to verify the request by logging in to your Patreon account.

If we are unable to verify your request then, for your protection, we reserve the

right to deny the request.

## Compliance with EU Privacy Laws and Privacy Shield

Patreon is an international company that complies with the General Data Protection Regulation (GDPR). We act as Data Controllers, as defined under the GDPR, and we process personal data based on our legitimate interests and for contractual necessity in providing you the Service, as described in "How We Use Your Information". We also process and share personal information based on notification and users' consent, which our users may revoke at any time.

Patreon relies on various legal bases to lawfully execute international transfers of personal information, including standard contract clauses approved by the European Commission.

Patreon complies with the EU-US Privacy Shield Framework and Swiss-US Privacy Shield Framework as set forth by the US Department of Commerce regarding the collection, use and retention of personal information transferred from the European Union and Switzerland to the United States. Patreon has certified to the Department of Commerce that it

adheres to the Privacy Shield Principles. If there is any conflict between the terms in this Privacy Policy and the Privacy Shield Principles, the Privacy Shield Principles take precedence. To learn more about the Privacy Shield programme and to view our certification, please visit **https://www.privacyshield.gov/**.

Under limited circumstances you may invoke binding arbitration before the Privacy Shield Panel. More Information about this arbitration process can be found at **https://www.privacyshield.gov/article?id=G-Arbitration-Procedures**.

Patreon is responsible for the processing of personal information it receives or subsequently transfers to a third party acting as an agent on Patreon's behalf. Patreon complies with the Privacy Shield Principles for all onward transfers of personal information, including the onward transfer liability provisions.

With respect to the personal information received or transferred pursuant to the Privacy Shield Frameworks, Patreon is subject to the regulatory enforcement powers of the US Federal Trade Commission.

# Compliance with

## California Privacy Laws

Patreon's headquarters are located in California, USA, and we are subject to the California Consumer Privacy Act.

Effective 1 January 2020, the California Consumer Privacy Act (CCPA) allows California residents to request access to the specific pieces and categories of personal information that the business has collected about the consumer, the categories of sources for that information, the business or commercial purposes for collecting the information, and the categories of third parties with which the information was shared.

Patreon provides California residents and all users with the right to view, access or transport their information at the **Patreon Privacy Center**. All users also have the right to submit a request for deletion of information by going to the **Patreon Privacy Center**, clicking on the "Make a Privacy Request" button and requesting "Erase".

## Exercising Your Data Rights

Users in certain locations may have

certain rights under the General Data Protection Regulation (GDPR) or under the California Consumer Privacy Act (CCPA) regarding data that Patreon controls as a Data Controller as defined under the GDPR, including:

- the right of access to their personal data,
- the right to correct or rectify any inaccurate personal data,
- the right to restrict or oppose the processing of personal data,
- the right to erase or delete their personal data,
- the right to personal data portability, and
- the right to opt-out of the sale of personal information.

You can exercise rights over your data on Patreon in the following ways:

- accessing, reviewing, modifying, and updating your data by logging into your account at Patreon and going to your **account settings**.
- viewing our privacy policy or viewing our data practices by going online to our **Patreon Privacy Center**, where the Data Practices tab describes how we use your data, and the Policies tab shows you our privacy policy.
- downloading your data to port it, or deleting your data altogether, by

clicking on the "Make a Privacy Request" button at the **Patreon Privacy Center**.

- deleting a previously-disabled account by emailing Patreon at **privacy@patreon.com**.
- opting out of marketing by entering your email address at this **opt out link**.
- going to **FAQ support** online for data-related issues, or calling our U.S. toll-free phone number at 1 (833) 972-8766.

If you are unable to log into your account, and are unable to recover your account with a password reset in order to lodge your privacy request, then you may reach out to **privacy@patreon.com**. We reserve the right to decline you access to or recovery of your account, at our discretion, to prevent an unauthorized takeover of your account.

# Account Holders with Disabilities

Patreon is committed to accessibility for its account holders with disabilities. If you are having difficulty accessing your account, please email us at **accessibility@patreon.com** for assistance.

# Contacting our Data Protection Officers

If you have privacy concerns or questions, you can contact our European or US Data Protection Officers (DPOs) via email at **privacy@patreon.com**.

You may also mail a letter to the DPO with your questions.

- For US users, post should be sent to "Patreon Privacy Team, 600 Townsend Street, Suite 500, San Francisco, CA 94103"
- For EU users, post should be sent to "Patreon Privacy Team, Patreon Ireland Limited, Suite 3, One Earlsfort Center, Lower Hatch Street, Dublin 2, Ireland"

# Establishing an Authorized Agent

You may designate an authorised agent to make a request on your behalf. In order to designate an authorised agent to make a request on your behalf, you must provide a valid power of attorney, the requester's valid government ID and the authorised agent's valid government ID. Please contact **privacy@patreon.com**

with your request. To protect your information from account takeover, we may decline access to or recovery of your account at our discretion.

## Prohibition against Discrimination

We do not discriminate against users who exercise their privacy rights.

## Our Data Retention Period

We retain your account information for ten years after your account is last active unless you delete, or you request that we delete, your account. We may continue to retain some information even after you delete your account if we are required to do so in order to comply with various laws.

## Security

The security of your personal information is important to us and we follow industry standards to protect it. You can learn more on our **Security Policy** page.

# Children

Patreon is not intended for children under the age of 13 and children may not create an account or otherwise use Patreon.

# Changes

We may sometimes make changes to this policy. If we make material changes that adversely affect your rights under this policy, we will let you know by posting an announcement on the site or sending you an email in advance of the changes coming into effect. Continuing to use Patreon after a change to this policy means you accept the new policy. If you have any questions, please email **privacy@patreon.com**.

You can find the old Privacy Policy **here**.

- **Help Center & FAQs**
- **App Directory**
- **Creator Blog**
- **Community Guidelines**
- **Terms of Use**

- **Privacy Policy**

Transcend

**Our Approach to Privacy** **Return to Main Site**

# EXHIBIT 6

English

# The data we collect, how it's used, and who we share it with

We care about your privacy and want to help you understand how we collect, use, and share your personal information. The data practices described in our Privacy Center apply to both patrons and creators.




**Show me how the Privacy Center works →**

PATREON

Data Practices | Privacy Policy | View Past Requests | Make a Privacy Request


PATREON PRIVACY POLICY

Welc...

Infor...

Patro...


# Patreon Privacy Policy – Past Version

**Effective Date:** November 18, 2020

Patro...
Creat...
Additi...
Infor...
How ...
Infor...
Infor...
Infor...
Infor...
Your ...
Com...
Com...
Exerc...
Acco...
Cont...
Estab...
Prohi...
Our D...
Secur...
Child...

# Welcome to Patreon!

Patreon is a platform where patrons can support and engage with creators. This updated Privacy Policy applies to patrons, creators and all users of our platform, and is part of our **Terms of Use**.

Patreon is a global company. By using our platform, you agree that your personal information that you provide directly to us, or that we collect through your use of the platform, may be transferred to and stored in the United States and handled as described in this Policy.

# Information You Provide Through Your Account

This is information that you provide to us through text fields, such as your name, payment information and benefits. The information we collect differs depending on whether you make an account, become a patron or become a creator.

- First and Last Name
- Email Address
- Username
- Password
- State and Country of Residence

We're taking a different approach to privacy

Show Me

You may also sign up using a Facebook or Google account. We will ask for permission to access basic information from your Facebook or Google account, such as your name, email and profile picture. You can choose to stop sharing that information with us at any time by going to Facebook or Google to remove Patreon's access to that account and your ability to log in.

You also have the option to add more information to your public profile, such as a location, social media links and an about section, which we store along with any comments or messages you submit on Patreon.

## Patrons

A patron is someone who joins Patreon's membership platform to support a creator's membership content. As a patron you must provide your payment information to our payment processors. You can see the Privacy Policy for these payment processors on the **PayPal**, **Stripe**, and **Checkout** sites. Patreon does not receive your full card number at this time. Payment processors provide us with a token that represents your account, your card's expiration date, card type and the last four digits of your card number. If you are required to provide

your name and email address to the payment processor then they also provide us with that information.

We collect and process information about the creators you support, the level at which you support them, what benefits you receive and how often you support them. As a patron, if you select a benefit tier with a physical benefit then you will provide your shipping information, including phone number, so the creator or Patreon can ship you the benefit or provide updates related to the shipment.

## Creators

A creator is someone who creates and provides content for their patrons through Patreon's membership platform. To become a creator, you must create a page that describes what you are creating and any benefits you are offering. To receive payouts you have to create an account with one of our payment partners: PayPal, Stripe or Payoneer. We may also require your bank account information to process payouts. You must also provide us with additional information for tax purposes. Depending on your location you may have to fill out a form with some combination of your:

- First and Last Name

- Address
- Social Security Number or Employer Identification Number
- Country of Citizenship
- Foreign Tax Identification Number
- Date of Birth
- Your Nonprofit Registration Number, if you are a nonprofit business
- Bank Account Information for Payouts
- Phone Number

# Additional Information We Collect

## Automatically Collected Information

We collect information automatically as you navigate the site or through our third-party analytics providers. We may store usage information such as the type of device you use to access Patreon, your operating system, browser type, IP address, device ID, the pages you visit or request, links clicked, referring sites, user interactions and your search terms. We also derive your location from your self-disclosed country, your IP address and your payment card.

## Forums and Messaging

When you participate in a forum, we

collect the comments you make as well as record how many times users visit, the activity on the site, where users have replied, with whom they've communicated, private messages, IP address and from which location the user was last logged in. We use **Discourse** and **Discord** to help us host and operate our Forums. This means that they may access your information to help provide the Forum. You can find their privacy policies hyperlinked above.

## User Surveys

From time to time, we may solicit your participation in user surveys. In order to better understand and serve our user base, we may ask you for demographic information, including information related to your gender, ethnicity, race, age, sexual orientation, earnings and accessibility, which you may choose to share or not. We collect such information to ensure we provide fair and equal access to our services and to showcase creators to patrons for greater discoverability. We will store your survey responses as and when you participate in the surveys.

## Event Information

We may request information from you at in-person and online events. This is done to better tailor the event experience to those attending. This information may

include your name, email address, payment details, mobile phone number and QR code, demographic information, social media and other online accounts you maintain, details around the types of works you create, and survey or feedback responses.

### Blogs

We may collect and store your email address, your comments and your profile information from our blog sites to better understand your interests and improve our services to you.

## Information Collected by Third Parties

### Cookies

We use Cookies on our website that collect information to allow us and third parties to understand your use of Patreon. Please see our **cookie policy** for more information on our use of cookies on Patreon.

### Social Media Features and Widgets

We use social media features, including the Facebook Like button and widgets, such as the Share button or similar interactive mini-programs that run on Patreon. If you provide your social media information to us, we may use it to

interact with you on these social networks. These features may collect your IP address and other personal data, including which page you are visiting on our site, and may set a cookie to enable the feature to function properly. Social media features and widgets are either hosted by a third party or directly on Patreon. Your interactions with these Features are governed by the privacy policy of the company providing it. For more information on the technologies used by these social networks, please refer to their specific privacy notices. We have provided links to the most used social networks below for easy reference:

- Facebook: **https://www.facebook.com/about/privacy/**
- Twitter: **https://twitter.com/privacy**
- YouTube: **https://policies.google.com/privacy**
- Instagram: **https://help.instagram.com/155833707900388**
- Twitch: **https://www.twitch.tv/p/legal/privacy-notice/**

# How We Use Your Information

We process your information to:

- verify your identity to comply with US federal, state, and international

laws

- allow you to sign in to your account
- ● allow you to support a creator's membership programme on Patreon
- process membership payments and payouts
- send merchandise to your shipping address
- send you emails relevant to your usage, as controlled by your email preferences
- reply to your questions
- provide to you existing and enhanced services related to your Patreon account
- promote your Patreon account for greater discoverability
- spotlight and celebrate creators
- market Patreon products and services to you or to audiences similar to you based on your networks and common factors that others have with you, unless you opt out, as controlled by your email preferences
- understand how you use the service and create better tools for creators to serve patrons
- conduct research and development to improve Patreon and develop future products
- prevent fraud and abuse on Patreon
- provide you with reasonable accommodation, if you notify us of a disability

## Information We Share with Creators

By becoming a patron of a creator, you agree to have the following information shared with that creator:

- your name and email address, and other profile information you've provided
- any messages you send creators through Patreon
- your physical address, city, state, and country
- your phone number, when you have signed up to support a creator who engages with you via text messages, when you are receiving a benefit that requires shipping, or when you have signed up for event notifications via text
- all information about your pledge, including amount and start date but not your full payment card information
- some aggregated and anonymised data about how you use Patreon that cannot be linked back to you or to any individual user

Creators agree to the terms of our Data Processing Agreement (DPA) when they

start their membership programme. This DPA is called the Creator Privacy Promise. The Creator Privacy Promise is a creator's promise to protect the privacy of their patrons during and beyond their Patreon relationship. You can view a copy of the **Creator Privacy Promise here**.

## Information We Share with Third Parties

We never sell your information to third parties. We will only share data with third parties, other than with creators, under the following circumstances:

- with your consent, to creators' service providers, to deliver benefits, such as shipping packages to you. You should read these service providers' privacy policies to see how they use and share your data.
- with our service providers, who are companies that are contractually engaged with us to provide us with services, such as order fulfilment, email management, analysing data trends, credit card processing, multi-currency settlement solutions, increasing our brand awareness and user engagement with marketing initiatives, and fraud detection and prevention. These companies may

have access to your data to perform their services, and are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.

- to protect the security or integrity of Patreon as well as to protect the rights, property and safety of Patreon, its employees, users or others if we believe that disclosure is reasonably necessary to comply with a law, regulation or other valid legal process (e.g. subpoenas or warrants served on Patreon). If we are going to release your data, we will do our best to promptly notify you by email unless we are prohibited by law from doing so.
- in connection with the sale, merger, bankruptcy, sale of assets or reorganisation of our company. We will notify you if a different company receives your data. The promises in this privacy policy apply to any data transferred to a new entity.
- with third-party apps used by creators to help run their membership programmes. There is a list of apps in our **apps directory**. While we try to keep this list up to date, we often experiment with new third-party app providers and this list may not be exhaustive.
- with partners in our Partners Directory who may have access to

your data to perform their services and who are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.

## Information Patreon Collects from Third Party Apps

When you create a Patreon account, you can elect to connect your social account(s) (e.g. Twitter, Facebook, Google, YouTube and Twitch) with Patreon and we will collect and store some social information from those platforms, such as:

- follower or subscriber counts
- post or upload counts
- view, like, and comment counts

This social information allows us to provide you with a better Patreon experience and also helps guide future development of Patreon. We use this data to:

- help creators and patrons find each other on Patreon
- assess how to make creators more successful on Patreon
- analyse and describe our business

# Information We Share with the Public

The following information is publicly accessible:

- your profile and your social media links and location if you add that information
- the creators you support are publicly displayed by default. If you flag your account as private, we will not display the creators you support
- any posts, likes or comments you make
- your aggregated or anonymised usage data in blog posts, press releases or in other ways to share information about Patreon's usage. Aggregated or anonymised data cannot be linked back to any individual Patreon user
- monthly pledge value and goals that creators choose to make public
- number of patrons

# Your Preferences and Rights over Data

## Choosing Your Preferences

The Settings link is located by clicking on your avatar or profile at the top right-hand of your screen, after your log into

your Patreon account. Settings lets you see your account preferences. You can see and adjust your settings by viewing your preferences and, if you wish, by changing your selections.

## Marketing Activities

By agreeing to our terms of use, you expressly agree that Patreon may:

- provide you with information about your service, service enhancements or new Patreon products while you are on our website or using our apps.
- send you messages regarding your existing service or enhancements related to your existing service when you are off our platform via email or via text if you have signed up for a service or event notification that uses text messages.
- send you messages related to services we provide which are separate from your existing service via email, which you may opt out of.
- market Patreon to you and audiences similar to you based on your networks and common factors that others have with you unless you opt out.
- send you marketing emails or texts if you don't have a Patreon account but have consented to receiving such messages, which you may opt out of.
- ask for demographic information to

spotlight and celebrate creators.

- promote your account for greater discoverability.
- ship physical items to you via mail as part of a promotional activity.

## Opting out of Marketing

You may object to the use of your data for marketing purposes at any time, free of charge, when we collect your personal information and in every marketing communication. You may also object to the use of your data for marketing upon creation of your account or anytime thereafter by opting out **here**.

Opting out will stop marketing emails. Please allow up to 30 days for your opt-out request to be processed. If you have an account with Patreon, you will continue to receive service-related emails and texts if you have opted into receiving texts. You will also continue to receive service-related shipments of benefits to the designated delivery address.

We will never sell your information to third parties for marketing purposes without your prior consent.

## Accessing, Updating or Exporting the Information in Your Account

You can access and update certain information associated with your account on the settings pages. Additionally, you

can delete your account or export your personal information by going to privacy.patreon.com.

### Deleting Your Account

You may self-initiate a deletion of your account directly at privacy.patreon.com by clicking on the Make a Privacy Request button and submitting an "Erase" request. Please be aware that this action is final and cannot be reversed. If you would like to transport your data, please be sure to download your data first before you delete your account.

### Turning off Email Notifications

You can change your email notifications in your **email settings**. While this allows you to stop many notification emails, we will still send some critical service emails.

### Turning off Mobile Notifications

If you download the Patreon App you may also receive notifications on your mobile device. These can be disabled in the App settings.

### Verification of Requests

Users maintain password-protected accounts with Patreon. If you submit a request to exercise your privacy rights, you will be asked to verify the request by logging in to your Patreon account.

If we are unable to verify your request then, for your protection, we reserve the

right to deny the request.

# Compliance with EU Privacy Laws and Privacy Shield

Patreon is an international company that complies with the General Data Protection Regulation (GDPR). We act as Data Controllers, as defined under the GDPR, and we process personal data based on our legitimate interests and for contractual necessity in providing you the Service, as described in "How We Use Your Information". We also process and share personal information based on notification and users' consent, which our users may revoke at any time.

Patreon relies on various legal bases to lawfully execute international transfers of personal information, including standard contract clauses approved by the European Commission.

Patreon complies with the EU-US Privacy Shield Framework and Swiss-US Privacy Shield Framework as set forth by the US Department of Commerce regarding the collection, use and retention of personal information transferred from the European Union and Switzerland to the United States. Patreon has certified to the Department of Commerce that it

adheres to the Privacy Shield Principles. If there is any conflict between the terms in this Privacy Policy and the Privacy Shield Principles, the Privacy Shield Principles take precedence. To learn more about the Privacy Shield programme and to view our certification, please visit **https://www.privacyshield.gov/**.

Under limited circumstances you may invoke binding arbitration before the Privacy Shield Panel. More Information about this arbitration process can be found at **https://www.privacyshield.gov/article?id=G-Arbitration-Procedures**.

Patreon is responsible for the processing of personal information it receives or subsequently transfers to a third party acting as an agent on Patreon's behalf. Patreon complies with the Privacy Shield Principles for all onward transfers of personal information, including the onward transfer liability provisions.

With respect to the personal information received or transferred pursuant to the Privacy Shield Frameworks, Patreon is subject to the regulatory enforcement powers of the US Federal Trade Commission.

# Compliance with

# California Privacy Laws

Patreon's headquarters are located in California, USA, and we are subject to the California Consumer Privacy Act.

Effective 1 January 2020, the California Consumer Privacy Act (CCPA) allows California residents to request access to the specific pieces and categories of personal information that the business has collected about the consumer, the categories of sources for that information, the business or commercial purposes for collecting the information, and the categories of third parties with which the information was shared.

Patreon provides California residents and all users with the right to view, access or transport their information at the **Patreon Privacy Center**. All users also have the right to submit a request for deletion of information by going to the **Patreon Privacy Center**, clicking on the "Make a Privacy Request" button and requesting "Erase".

# Exercising Your Data Rights

Users in certain locations may have

certain rights under the General Data Protection Regulation (GDPR) or under the California Consumer Privacy Act (CCPA) regarding data that Patreon controls as a Data Controller as defined under the GDPR, including:

- the right of access to their personal data,
- the right to correct or rectify any inaccurate personal data,
- the right to restrict or oppose the processing of personal data,
- the right to erase or delete their personal data,
- the right to personal data portability, and
- the right to opt-out of the sale of personal information.

You can exercise rights over your data on Patreon in the following ways:

- accessing, reviewing, modifying, and updating your data by logging into your account at Patreon and going to your **account settings**.
- viewing our privacy policy or viewing our data practices by going online to our **Patreon Privacy Center**, where the Data Practices tab describes how we use your data, and the Policies tab shows you our privacy policy.
- downloading your data to port it, or deleting your data altogether, by

clicking on the "Make a Privacy Request" button at the **Patreon Privacy Center**.

- deleting a previously-disabled account by emailing Patreon at **privacy@patreon.com**.
- opting out of marketing by entering your email address at this **opt out link**.
- going to **FAQ support** online for data-related issues, or calling our U.S. toll-free phone number at 1 (833) 972-8766.

If you are unable to log into your account, and are unable to recover your account with a password reset in order to lodge your privacy request, then you may reach out to **privacy@patreon.com**. We reserve the right to decline you access to or recovery of your account, at our discretion, to prevent an unauthorized takeover of your account.

# Account Holders with Disabilities

Patreon is committed to accessibility for its account holders with disabilities. If you are having difficulty accessing your account, please email us at **accessibility@patreon.com** for assistance.

## Contacting our Data Protection Officers

If you have privacy concerns or questions, you can contact our European or US Data Protection Officers (DPOs) via email at **privacy@patreon.com**.

You may also mail a letter to the DPO with your questions.

- For US users, post should be sent to "Patreon Privacy Team, 600 Townsend Street, Suite 500, San Francisco, CA 94103"
- For EU users, post should be sent to "Patreon Privacy Team, Patreon Ireland Limited, Suite 3, One Earlsfort Center, Lower Hatch Street, Dublin 2, Ireland"

## Establishing an Authorized Agent

You may designate an authorised agent to make a request on your behalf. In order to designate an authorised agent to make a request on your behalf, you must provide a valid power of attorney, the requester’s valid government ID and the authorised agent’s valid government ID. Please contact **privacy@patreon.com**

with your request. To protect your information from account takeover, we may decline access to or recovery of your account at our discretion.

## Prohibition against Discrimination

We do not discriminate against users who exercise their privacy rights.

## Our Data Retention Period

We retain your account information for ten years after your account is last active unless you delete, or you request that we delete, your account. We may continue to retain some information even after you delete your account if we are required to do so in order to comply with various laws.

## Security

The security of your personal information is important to us and we follow industry standards to protect it. You can learn more on our **Security Policy** page.

# Children

Patreon is not intended for children under the age of 13 and children may not create an account or otherwise use Patreon.

# Changes

We may sometimes make changes to this policy. If we make material changes that adversely affect your rights under this policy, we will let you know by posting an announcement on the site or sending you an email in advance of the changes coming into effect. Continuing to use Patreon after a change to this policy means you accept the new policy. If you have any questions, please email **privacy@patreon.com**.

You can find the old Privacy Policy **here**.

- **Help Center & FAQs**
- **App Directory**
- **Creator Blog**
- **Community Guidelines**
- **Terms of Use**

- Privacy Policy

Transcend

Our Approach to Privacy Return to Main Site

# EXHIBIT 7

**Patreon is getting a new look!**
We're slowly releasing an updated navigation experience for creators and patrons. Learn more about what's changing **here**.

PATREON Support

Visit Patreon U

Patreon Help Center > Security and Guidelines > Policies

**Policies**

- Impact of international sanctions against Russia
- Why can't I view or create adult content in my country?
- Former Patreon Privacy Policy
- Sanctions Policy
- Patreon's refund policy

# Former Patreon Privacy Policy

## Welcome to Patreon!

Patreon is a platform where patrons can support and engage with creators. This updated Privacy Policy applies to patrons, creators, and all users of our platform and is part of our Terms of Use.

Patreon is a global company. By using our platform, you agree that your personal information that you provide directly to us, or that we collect through your use of the platform, may be transferred to and stored in the United States and handled as described in this Policy.

## Information You Provide Through Your Account

This is information that you provide to us through text fields, such as your name, payment information, and benefits. The information we collect differs depending on if you make an account, become a patron, or become a creator.

- First and Last Name
- Email address
- Username
- Password

- State and Country of Residence.

You may also sign up using a Facebook or Google account. We will ask permission to access basic information from your Facebook or Google account such as your name, email, and profile picture. You can choose to stop sharing that information with us at any time by going to Facebook or Google to remove Patreon's access to that account and your ability to log in.

You also have the option to add more information to your public profile, such as a location, social media links, and an about section, which we store along with any comments or messages you submit on Patreon.

# Patrons

A patron is someone who joins Patreon's membership platform to support a creator's membership content. As a patron, you must provide your payment information to our payment processors. You can find the privacy policy for these payment processors on the PayPal, Stripe, and Checkout sites. At this time, Patreon does not receive your full card number. Payment processors provide us with a token that represents your account, your card's expiration date, card type and the last four digits of your card number. If you are required to provide your name and email address to the payment processor, then they also provide us with that information.

We collect and process information about the creators you support, the level at which you support them, what benefits you receive, and how often you support them. As a patron, if you select a benefit tier with a physical benefit, then you will provide your shipping information, including phone number, so the creator or Patreon can ship you the benefit, or provide updates related to the shipment

# Creators

A creator is someone who creates and provides content for their patrons through Patreon's membership platform. To become a creator, you must create a page that describes what you are creating and any benefits you are offering. To

receive payouts you have to create an account with one of our payment partner PayPal, Stripe, or Payoneer. We may also require your bank account informatio to process payouts. You must also provide us with additional information for ta purposes. Depending on your location you may have to fill out a form with som combination of your:

- First and Last Name
- Address
- Social Security Number or Employer Identification Number
- Country of citizenship
- Foreign tax identification number
- Date of birth
- Your nonprofit registration number, if you are a nonprofit business
- Bank account information for payouts
- Phone Number

# Additional Information We Collect

### Automatically Collected Information

We collect information automatically as you navigate the site or through our third party analytics providers. We may store usage information such as the typ of device you use to access Patreon, your operating system, browser type, IP address, and device ID, the pages you visit or request, links clicked, referring sites, user interactions, and your search terms. We also derive your location fro your self-disclosed country, your IP address, and your payment card.

### Forums and Messaging

When you participate in a forum, we collect the comments you make as well as record how many times users visit, the activity on the site, where users have replied, with whom they've communicated, private messages, IP address, and from which location the user was last logged in. We use Discourse and Discord to help us host and operate our Forums. This means that they may access your information to help provide the Forum. You can find their privacy policies hyperlinked above.

### User Surveys

From time to time, we may solicit your participation in user surveys. We may as you for demographic information, including information related to your gender, ethnicity, race, age, sexual orientation, earnings, and accessibility to better understand and serve our user base which you may elect to share or not. We collect such information to ensure we provide fair and equal access to our services and to showcase creators to patrons for greater discoverability. To the extent that you participate, we will store your survey responses.

### Event Information

At in-person and online events, we may request information from you. This is done to better tailor the event experience to those in attendance. This information may include your name, email address, payment details, mobile phone number and QR code, demographic information, social media and other online accounts you maintain, details around the types of works you create, an survey or feedback responses.

### Blogs

We may collect and store your email address, your comments, and your profile information from our blog sites to better understand your interests and improve our services to you.

## Information Collected by Third Parties

### Cookies

We use Cookies on our website that collect information to allow us and third parties to understand your use of Patreon. Please find our cookie policy for mo information on our use of cookies on Patreon.

### Social Media Features and Widgets

We use social media features, including the Facebook Like button and widgets such as the Share button or similar interactive mini-programs that run on Patreon. If you provide your social media information to us, we may use it to

interact with you on these social networks. These features may collect your IP address and other personal data including which page you are visiting on our site and may set a cookie to enable the feature to function properly. Social media features and widgets are either hosted by a third party or hosted directly on Patreon. Your interactions with these Features are governed by the privacy policy of the company providing it. For more information on the technologies used by these social networks, please refer to their specific privacy notices. We have provided links to the most used social networks below for easy reference:

- Facebook: https://www.facebook.com/about/privacy/
- Twitter: https://twitter.com/privacy
- YouTube: https://policies.google.com/privacy
- Instagram: https://help.instagram.com/155833707900388
- Twitch: https://www.twitch.tv/p/legal/privacy-notice/

# How We Use Your Information

We process your information to:

- verify your identity to comply with US federal, state, and international law
- allow you to sign in to your account
- allow you to support a creator's membership program on Patreon
- process membership payments and payouts
- send merchandise to your shipping address
- send you emails relevant to your usage, as controlled by your email preferences
- reply to your questions
- provide to you existing and enhanced services related to your Patreon account
- promote your Patreon account for greater discoverability
- spotlight and celebrate creators
- market Patreon products and services to you or to audiences similar to yo based on your networks and common factors that others have with you, unless you opt out, as controlled by your email preferences
- understand how you use the service, and create better tools for creators t serve patrons
- conduct research and development to improve Patreon and develop futur

products
- prevent fraud and abuse on Patreon
- provide you with reasonable accommodation, if you notify us of a disabili

## Information We Share with Creators

By becoming a patron of a creator, you agree to have the following information shared with that creator:

- your name and email address, and other profile information you've provided
- any messages you send creators through Patreon
- your physical address, city, state, and country
- your phone number, when you have signed up to support a creator who engages with you via text messages, when you are receiving a benefit that requires shipping, or when you have signed up for event notifications via text.
- all information about your pledge, including amount and start date, but n your full payment card information
- some aggregated and anonymized data about how you use Patreon that cannot be linked back to you or to any individual user

Creators agree to the terms of our Data Processing Agreement (DPA) when they start their membership program. This DPA is called the Creator Privacy Promise The Creator Privacy Promise is a creator's promise to protect the privacy of the patrons during and beyond their Patreon relationship. You can view a copy of t [Creator Privacy Promise here](#).

## Information We Share with Third Partie

We never sell your information to third parties. We will only share data with thi parties, other than with creators, under the following circumstances:

- with your consent, to creators' service providers, to deliver benefits, such as to ship packages to you. You should read these service providers' privacy policies to find how they use and share your data.
- with our service providers, who are companies that are contractually

engaged with us to provide us with services, such as order fulfillment, email management, analyzing data trends, credit card processing, multi currency settlement solutions, increasing our brand awareness and user engagement with marketing initiatives, and fraud detection and preventio These companies may have access to your data to perform their services and are obligated by contract to safeguard any of the data they receive from us to the same extent that Patreon protects it.

- to protect the security or integrity of Patreon, and to protect the rights, property, or safety of Patreon, its employees, users, or others, if we believ that disclosure is reasonably necessary to comply with a law, regulation, another valid legal process (e.g., subpoenas or warrants served on Patreon). If we are going to release your data, we will do our best to provic you promptly with notice by email, unless we are prohibited by law from doing so.
- in connection with the sale, merger, bankruptcy, sale of assets, or reorganization of our company. We will notify you if a different company receives your data. The promises in this privacy policy apply to any data transferred to a new entity.
- with third party apps used by creators to help run their membership programs. There is a list of apps in our apps directory. While we try to kee this list up to date, we often experiment with new third party app providers, and this list may not be exhaustive.
- with partners in our Partners Directory, who may have access to your data to perform their services, and who are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.

## Information Patreon Collects from Thirc Party Apps

When you create a Patreon account, you can elect to connect your social account(s) (e.g. Twitter, Facebook, Google, YouTube, Twitch) with Patreon, and we will collect and store some social information from those platforms, such as

- follower or subscriber counts,
- post or upload counts,

- view, like, and comment counts.

This social information allows us to provide you a better Patreon experience an also helps guide the future development of Patreon. We use this data to:

- help creators and patrons find each other on Patreon
- assess how to make creators more successful on Patreon
- analyze and describe our business

# Information We Share with the Public

The following information is publicly accessible:

- your profile, and your social media links and location if you add that information
- by default, the creators you support are publicly displayed. If you flag you account as private, we will not display the creators you support
- any posts, likes, or comments you make
- your aggregated or anonymized usage data in blog posts, press releases, c in other ways to share information about Patreon's usage. Aggregated or anonymized data cannot be linked back to any individual Patreon user.
- monthly pledge value and goals that creators choose to make public
- number of patrons

# Your Preferences and Rights over Data

### Choosing Your Preferences

The Settings link is located by clicking on your avatar or profile at the top right hand of your screen, after your log into your Patreon account. Settings lets you find your account preferences. You can find and adjust your settings by viewing your preferences and, if you wish, by changing your selections.

### Marketing Activities

By agreeing to our terms of use, you expressly agree that Patreon may:

- provide you with information about your service, service enhancements, c

new Patreon products, while you are on our web site or using our apps.

- send you messages regarding your existing service, or enhancements related to your existing service, when you are off our platform, via email, o via text, if you have signed up for a service or event notification that uses text messages.
- send you messages related to services we provide that are separate from your existing service via email, from which you may opt out.
- market Patreon to you and audiences similar to you based on your networks and common factors that others have with you unless you opt o
- to send you marketing emails or texts if you don't have a Patreon account but have consented to receive such messages, from which you may opt out.
- ask for demographic information to spotlight and celebrate creators
- promote your account for greater discoverability
- ship physical items to you via mail as part of a promotional activity

### Opting out of Marketing

You may object to the use of your data for marketing purposes at any time, free of charge, when we collect your personal information and in every marketing communication. You may also object to the use of your data for marketing upon creation of your account or anytime thereafter, by opting out here.

Opting out will stop marketing emails. Please allow up to 30 days for your opt-out request to be processed.  If you have an account with Patreon, you will continue to receive service-related emails, and texts, if you have opted into receiving texts. You will also continue to receive service-related shipments of benefits to the designated delivery address.

We will never sell your information to third parties for marketing purposes without your prior consent.

### Accessing, Updating or Exporting the Information in Your Account

You can access and update certain information associated with your account o the settings pages. Additionally, you can delete your account, or export your personal information, by going to privacy.patreon.com.

### Deleting Your Account

You may self-initiate a deletion of your account directly at privacy.patreon.com, clicking on the Take Control button, and submitting an “Erase” request. Please be aware that this is a final act and cannot be reversed. If you would like to transport your data, please be sure to download your data first, before you delete your account.

### Turning off Email Notifications

You can change your email notifications in your email settings. While this allow you to stop many notification emails, we will still send some critical service emails.

### Turning off Mobile Notifications

If you download the Patreon App you may also receive notifications on your mobile device. These can be disabled in the App settings.

### Verification of Requests

Users maintain password protected accounts with Patreon. If you submit a request to exercise your privacy rights, you will be asked to verify the request b logging into your Patreon account.

If we are unable to verify your request, then for your protection, we reserve the right to deny the request.

## Compliance with EU Privacy Laws and Privacy Shield

Patreon is an international company that complies with the General Data Protection Regulation (GDPR). We act as Data Controllers, as defined under the GDPR, and process personal data based on our legitimate interests, and for contractual necessity in providing you the Service as described in “How We Us Your Information.” We also process and share personal information based on notification and users’ consent, which our users may revoke at any time.

Patreon complies with the EU-U.S. Privacy Shield Framework and Swiss-U.S. Privacy Shield Framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal information transferred from the European Union and Switzerland to the United States. Patreon has certified to the Department of Commerce that it adheres to the Privacy Shield Principles. If there is any conflict between the terms in this privacy policy and the Privacy Shield Principles, the Privacy Shield Principles shall govern. To lea more about the Privacy Shield program, and to view our certification, please vis https://www.privacyshield.gov/

# Compliance with California Privacy Laws

Patreon's headquarters are located in California, USA, and we are subject to th California Consumer Privacy Act.

Effective January 1, 2020, the California Consumer Privacy Act (CCPA) allows California residents to request access to the specific pieces and categories of personal information that the business has collected about the consumer, the categories of sources for that information, the business or commercial purpose for collecting the information, and the categories of third parties with which th information was shared.

Patreon provides California residents, and all users, the right to view, access, o transport their information at the Patreon Privacy Center. All users also have th right to submit a request for deletion of information by going to the Patreon Privacy Center, clicking on the "Take Control" button, and requesting "Erase."

# Exercising Your Data Rights

Users in certain locations may have certain rights under the General Data Protection Regulation (GDPR) or under the California Consumer Privacy Act (CCPA) regarding data that Patreon controls as a Data Controller as defined under the GDPR, including:

- the right of access to their personal data;
- the right to correct or rectify any inaccurate personal data;

- the right to restrict or oppose the processing of personal data;
- the right to erase or delete their personal data;
- the right to personal data portability; and
- the right to opt-out of the sale of personal information.

You can exercise rights over your data on Patreon in the following ways:

- accessing, reviewing, modifying, and updating your data by logging into your account at Patreon and going to your account settings.
- viewing our privacy policy or viewing our data practices by going online tc our Patreon Privacy Center, where the Data Practices tab describes how we use your data, and the Policies tab shows you our privacy policy.
- downloading your data to port it, or deleting your data altogether, by clicking on the "Take Control" button at the Patreon Privacy Center.
- deleting a previously-disabled account by emailing Patreon at privacy@patreon.com.
- opting out of marketing by entering your email address at this opt out link
- going to FAQ support online for data-related issues, or calling our U.S. tol free phone number at 1 (833) 972-8766.
- If you are unable to log into your account and are unable to recover your account with a password reset in order to lodge your privacy request, then you may reach out to privacy@patreon.com. We reserve the right to declir your access to or recovery of your account, at our discretion, to prevent a unauthorized takeover of your account.

# Account Holders with Disabilities

Patreon is committed to accessibility for its account holders with disabilities. If you are having difficulty accessing your account, please email us at accessibility@patreon.com for assistance.

# Contacting our Data Protection Officers

If you have privacy concerns or questions, you can contact our European or US Data Protection Officers (DPOs) via email at privacy@patreon.com.

You may also mail a letter to the DPO with your questions.

- For U.S. users, mail to “Patreon Privacy Team, 600 Townsend Street, Suite 500, San Francisco, CA 94103”
- For E.U. users, mail to “Patreon Privacy Team, Patreon Ireland Limited, Suite 3, One Earlsfort Center, Lower Hatch Street, Dublin 2, Ireland.”

# Establishing an Authorized Agent

You may designate an authorized agent to make a request on your behalf. In order to designate an authorized agent to make a request on your behalf, you must provide a valid power of attorney, the requester’s valid government ID, and the authorized agent’s valid government ID. Please contact privacy@patreon.co with your request. To protect your information from account takeover, we may decline access to or recovery of your account at our discretion.

# Prohibition against Discrimination

We do not discriminate against users who exercise their privacy rights.

# Our Data Retention Period

We retain your account information for ten years after your account is last activ unless you delete, or you request us to delete your account. We may continue t retain some information, even after you delete your account if we are required t do so in order to comply with various laws.

# Security

The security of your personal information is important to us and we follow industry standards to protect it. You can learn more on our Security Policy page

# Children

Patreon is not directed at children under the age of 13, and children may not create an account or otherwise use Patreon.

# Changes

We may sometimes make changes to this policy. If we make material changes that adversely affect your rights under this policy, we will let you know by posting an announcement on the site or sending you an email in advance of th changes coming into effect. Continuing to use Patreon after a change to this policy means you accept the new policy. If you have any questions, please ema privacy@patreon.com.

Effective immediately for existing users and users joining Patreon on or after July 24th, 2020.

You can find the old privacy policy here.

Mit sofortiger Wirkung gültig für bestehende Nutzer und für Nutzer, die Patreo am oder nach dem 20. Juli 2020 beitreten.

Die alte Datenschutzrichtlinie finden Sie hire.

- Help Center & FAQs
- App Directory
- Creator Blog
- Community Guidelines
- Terms of Use
- Privacy Policy

Email Patreon Support

Was this article helpful?

✓ Yes × No

## Related articles

Data Processing Agreement - Creator Privacy Promise

Sanctions Policy

How do I cancel?

Why Doxing Is Not Allowed on Patreon

Make my memberships private

**About**

**Careers**

**Create on Patreon**

**Brand**

**Press**

**Partners**

**Sitemap**

**Blog**

**Community Guidelines**

**Terms of Use**

**Privacy Policy**

**Accessibility**

© 2020 Patreon

Powered by Zendesk

# EXHIBIT 8

# The data we collect, how it's used, and who we share it with

We care about your privacy and want to help you understand how we collect, use, and share your personal information. The data practices described in our Privacy Center apply to both patrons and creators.

Show me how the Privacy Center works →




PATREON

Data Practices | Our Policies | Take Control

PRIVACY POLICY
- Patreon Privacy Policy
- Welcome to Patreon!
- Information You Provide Through Your Account
- Patrons
- Creators
- Additional Information We Collect
- Information Collected by Third Parties
- How We Use Your Information
- Information We Share with Creators
- Information We Share with Third Parties
- Information Patreon Collects from Third Party...
- Information We Share with the Public
- Your Preferences and Rights over Data
- Compliance with EU Privacy Laws and Privacy...
- Compliance with California Privacy Laws


We're taking a different approach to privacy

Show Me

# Privacy Policy

**Effective Date:** October 15, 2019

## Patreon Privacy Policy

## Welcome to Patreon!

Patreon is a platform where patrons can support and engage with creators. This privacy policy applies to patrons, creators, and all users of our platform, and is part of our **Terms of Use**.

Patreon is a global company. By using our platform, you agree that your personal information that you provide directly to us or that we collect through your use of the platform may be transferred to and stored in the United States and handled as described in this Policy.

## Information You Provide Through Your Account

This is information that you provide to us through text fields, such as your name, payment information and benefits. The information we collect differs depending on if you make an account, become a patron, or become a creator.

- Email address
- Username
- Password
- State and Country of Residence

You may also sign up using a Facebook or Google account. We will ask permission to access basic information from your Facebook or Google account, such as your name, email, and profile picture. You can choose to stop sharing that information with us at any time by going to Facebook or Google to remove Patreon's access to that account and your ability to log in.

You also have the option to add more information to your public profile, such as a location, social media links and an about section, which we store along with any comments or messages you submit on Patreon.

## Patrons

A patron is someone who joins Patreon's membership platform to support a creator's content. As a patron you must provide your payment information to our payment processors. You can see the privacy policy for these payment processors on the **PayPal**, **Stripe**, and **Checkout** sites. At this time, Patreon does not receive your full card number. Payment processors provide us with a token that represents your account, your card's expiration date, card type and the last four digits of your card number. If you are required to provide your name and email address to the payment processor, then they also provide us with that information.

We collect and process information about the creators you support, the level at which you support them, what benefits you receive and how often you support them. As a patron, if you select a benefit tier with a physical benefit, then you have to provide your shipping information so the creator can ship you the benefit.

## Creators

A creator is someone who creates and provides content for their patrons through Patreon's membership platform. To become a creator, you must create a page that describes what you are creating and any benefits you are offering. To receive payouts you have to create an account with one of our payment partners: PayPal, Stripe, or Payoneer. We may also require your bank account information to process payouts. You must provide us with additional information for tax purposes. Depending on your location you may have to fill out a form with some combination of your:

- Legal name
- Address
- Social security number or employer identification number
- Country of citizenship
- Foreign tax identification number
- Date of birth
- Your nonprofit registration number, if you are a nonprofit business

## Additional Information We Collect

### Automatically Collected Information:

We collect information automatically as you navigate the site or through our third party analytics providers. We may store usage information such as the type of device you use to access Patreon, your operating system, browser type, IP address, and device ID, the pages you visit or request, links clicked, referring sites, user interactions and your search terms. We also derive your location from your self-disclosed country, your IP address, and from your payment card.

### Forums and Messaging:

When you participate in a forum, we collect the comments you make as well as record how many times users visit, the activity on the site, where users have visited, with whom they've communicated, private messages, IP address, and from which location the user was last logged in. We use **Discourse** to help us host and operate our Forums. This means that they may access our information to help provide the Forum. You can find their **Privacy Policy** here.

### User Surveys

From time to time, we may solicit your participation in user surveys. To the extent that you participate, we will store your responses.

### Event Information

At in-person events, we may request information from you. This is done to better tailor the event experience to those in attendance. This information may include your name, email address, payment details, mobile phone number and QR code, social media and other online accounts you maintain, details around the types of works you create, and survey or feedback responses.

## Information Collected by Third Parties

### Cookies

We use Cookies on our website that collect information to allow us and third parties to understand your use of Patreon. Please see our **cookie policy** for more information on our use of cookies on Patreon.

### Social Media Features and Widgets

We use social media features, including the Facebook Like button and widgets, such as the Share button or similar interactive mini-programs that run on Patreon. If you provide your social media information to us, we may use it to interact with you on these social networks. These features may collect your IP address and other personal data including which page you are visiting on our site and may set a cookie to enable the feature to function properly. Social media features and widgets are either hosted by a third party or hosted directly on Patreon. Your interactions with those features are governed by the privacy policy of the company providing it. For more information on the technologies used by these social networks, please refer to their specific privacy notices listed below:

- Facebook: **https://www.facebook.com/about/privacy/**
- Twitter: **https://twitter.com/privacy**
- YouTube: **https://policies.google.com/privacy**
- Instagram: **https://help.instagram.com/155833707900388**

## How We Use Your Information

We process your information to:

- verify your identity to comply with federal laws
- provide Patreon services to you
- allow you to sign in to your account
- allow you to join a creator's membership program on Patreon
- process a creator's membership payments
- send you emails relevant to your usage, as controlled by your email preferences
- reply to your questions
- market Patreon to you, as controlled by your email preferences
- understand how you use the service and create better tools for creators to serve patrons
- conduct research and development to improve Patreon and develop future products
- prevent fraud and abuse on Patreon
- ship merchandise to you if a benefit includes it
- allow us to provide you with reasonable accommodation, if you notify us of a disability

## Information We Share with Creators

By becoming a patron of a creator, you agree to have the following information shared with that creator:

- your name and email address, and other profile information you've provided
- any messages you send creators through Patreon
- your physical address, city, state, country, and phone number, if you have signed up for a benefit that requires shipping
- all information about your pledge, including amount and start date, but not your full payment card information
- some aggregated and anonymized data about how you use Patreon that cannot be linked back to you or to any individual user

Creators agree to the terms of our Data Processing Agreement (DPA) when they start their membership program. This DPA is called the Creator Privacy Promise. The Creator Privacy Promise is a Creator's promise to protect the privacy of patrons during and beyond their Patreon relationship. You can view a copy of the **Creator Privacy Promise here**.

## Information We Share with Third Parties

We never sell your information to third parties. We will only share data with third parties, other than with Creators, under the following circumstances:

- with your consent, with service providers used by creators to deliver benefits, such as to ship packages to you. You should read these service providers' privacy policies to see how they use and share your data.
- with our service providers, who are companies that are contractually engaged with us to provide us with services, such as order fulfillment, email management, analyzing data trends, credit card processing and fraud detection and prevention. These companies may have access to your data to perform their services, and are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.
- to protect the security or integrity of Patreon, and to protect the rights, property, or safety of Patreon, its employees, users, or others, if we believe that disclosure is reasonably necessary to comply with a law, regulation, or other valid legal process (e.g., subpoenas or warrants served on Patreon). If we are going to release your data, we will do our best to provide you with notice in advance by email, unless we are prohibited by law from doing so.
- in connection with the sale, merger, bankruptcy, sale of assets or reorganization of our company. We will notify you if a different company receives your data. The promises in this privacy policy apply to any data transferred to a new entity.
- with third party apps used by creators to help run their membership programs. There is a list of apps in our **apps directory**. While we try to keep this list up to date, we often experiment with new third party app providers, and this list may not be exhaustive.
- with partners in our Partners Directory, who may have access to your data to perform their services, and who are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.

## Information Patreon Collects from Third Party Apps

When you create a Patreon account, you can elect to connect your social account(s) (e.g. Twitter, Facebook, Google, YouTube, Twitch) with Patreon, and we will collect and store some social information from those platforms, such as:

- follower or subscriber counts,
- post or upload counts,
- view, like, and comment counts.

This social information allows us to provide you a better Patreon experience, and also helps guide future development of Patreon. We use this data to:

- help creators and patrons find each other on Patreon
- assess how to make creators more successful on Patreon
- analyze and describe our business

## Information We Share with the Public

The following information is publicly accessible:

- your profile, and your social media links and location if you add that information
- by default the creators you support are publicly displayed. If you flag your account as private, we will not display the creators you support
- any posts, likes, or comments you make
- your aggregated or anonymized usage data in blog posts, press releases, or in other ways to share information about Patreon's usage. Aggregated or anonymized data cannot be linked back to any individual Patreon user.
- monthly pledge value and goals that creators choose to make public
- number of patrons

## Your Preferences and Rights over Data

### Choosing Your Preferences

The Settings link is located by clicking on your avatar or profile at the top right hand of your screen. Settings lets you see your account preferences. You can see and adjust your settings by viewing your preferences and, if you wish, by changing your selections.

### Marketing Activities

We do not send marketing emails unless you explicitly consent to receiving them. These marketing emails do not require a Patreon account. You may object to the use of your data for direct marketing purposes at any time, free of charge, when we collect your personal information and in every marketing communication. We will never provide your information to third parties for marketing purposes without your prior consent.

### Accessing, Updating or Exporting the Information in Your Account

You can access and update certain information associated with your account on the settings pages. Additionally, you can modify or delete your account, or export your personal information, by going to privacy.patreon.com.

### Disabling or Deleting Your Account

You can disable your account if you go to your **account settings** while you are logged into Patreon. Click the "Disable My Account" link to have your account immediately disabled and removed from public view. Please be aware that this is a final act and you cannot log into your account again after clicking this link. When you disable your account, we immediately remove your ability to log in. Even if an account is disabled, some information may be retained by our analytics providers on their own servers. You may also self-initiate a deletion of your account directly at privacy.patreon.com. To delete a previously-disabled account, please contact privacy@patreon.com.

### Turning off Email Notifications

You can change your email notifications in your **email settings**. While this allows you to stop many notification emails, we will still send some critical service emails.

### Turning off Mobile Notifications

If you download the Patreon App you may also receive notifications on your mobile device. These can be disabled in the App settings.

VERIFICATION OF REQUESTS

Users maintain password protected accounts with Patreon. If you submit a request to exercise your privacy rights, you will be asked to verify the request by logging into your Patreon account.

If we are unable to verify your request, then for your protection, we reserve the right to deny the request.

## Compliance with EU Privacy Laws and Privacy Shield

Patreon is an international company that complies with the General Data Protection Regulation (GDPR). We act as Data Controllers, as defined under the GDPR, and process personal data based on our legitimate interests, and for contractual necessity in providing you the Service as described in "How We Use Your Information." We also process and share personal information based on notification and users' consent, which our users may revoke at any time. We apply the same principles of privacy protection to all of our users, not just to data subjects in the EU and UK.

Patreon complies with the EU-U.S. Privacy Shield Framework and Swiss-U.S. Privacy Shield Framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal information transferred from the European Union and Switzerland to the United States. Patreon has certified to the Department of Commerce that it adheres to the Privacy Shield Principles. If there is any conflict between the terms in this privacy policy and the Privacy Shield Principles, the Privacy Shield Principles shall govern. To learn more about the Privacy Shield program, and to view our certification, please visit **https://www.privacyshield.gov/**

## Compliance with California Privacy Laws

Patreon's headquarters are located in California, USA, and we are subject to the California Consumer Privacy Act.

Effective January 1, 2020, the California Consumer Privacy Act (CCPA) allows California residents to request access to the specific pieces and categories of personal information that the business has collected about the consumer, the categories of sources for that information, the business or commercial purposes for collecting the information, and the categories of third parties with which the information was shared. Patreon provides you the right to view, access, modify, or transport your information at **https://privacy.patreon.com**. California residents also have the right to submit a request for deletion of information at privacy@patreon.com.

If you are unable to log into and access your personal information on Patreon, and are unable to recover your account with a password reset in order to lodge your request for personal information or for disabling or deleting your account, you may reach out to privacy@patreon.com. We reserve the right to decline you access or recovery at our discretion to prevent an unauthorized takeover of your account.

## Exercising Your Data Rights

Users in certain locations may have certain rights under the General Data Protection Regulation (GDPR) or under the California Consumer Privacy Act (CCPA) regarding data that Patreon controls as a Data Controller as defined under the GDPR, including:

- the right of access to their personal data;
- the right to correct or rectify any inaccurate personal data;
- the right to restrict or oppose the processing of personal data;
- the right to erase or delete their personal data;
- the right to personal data portability; and
- the right to opt-out of the sale of personal information.

You can exercise rights over your data on Patreon in the following ways:

By calling our toll-free phone number: 1-833-972-8766

By emailing Patreon: privacy@patreon.com

By physical mail: Patreon, Privacy Team, 600 Townsend Street, Suite 500, San Francisco, CA 94103

By going online and editing, disabling, deleting, or exporting your data yourself **here**.

## Account Holders with Disabilities

Patreon is committed to accessibility for its account holders with disabilities. If you have a disability and are having difficulty accessing our systems to modify, transport, or delete part of or all of your account, please email us at privacy@patreon.com for assistance.

## Contacting our Data Protection Officers

If you have privacy concerns or questions, you can contact our European or US Data Protection Officers (DPOs) via email at privacy@patreon.com, or by sending a letter to Patreon Data Privacy Officer, 600 Townsend Street, Suite 500, San Francisco, CA 94103.

## Establishing an Authorized Agent

You may designate an authorized agent to make a request on your behalf. In order to designate an authorized agent to make a request on your behalf, you must provide a valid power of attorney, the requester's valid government ID, and the authorized agent's valid government ID. Please contact privacy@patreon.com with your request. To protect your information from account takeover, we may decline access to or recovery of your account at our discretion.

## Prohibition against Discrimination

We do not discriminate against users who exercise their privacy rights.

## Our Data Retention Period

We retain your information for ten years after your account is last active, unless you delete, or you request us to delete, your account.

## Security

The security of your personal information is important to us and we follow industry standards to protect it. You can learn more on our **Security Policy** page.

## Children

Patreon is not directed at children under the age of 13, and children may not create an account or otherwise use Patreon.

## Changes

We may sometimes make changes to this policy. If we make material changes that adversely affect your rights under this policy, we will let you know by posting an announcement on the site or sending you an email in advance of the changes coming into effect. Continuing to use Patreon after a change to this policy means you accept the new policy. If you have any questions, please email privacy@patreon.com.

Effective immediately for users joining Patreon on or after December 31st, 2019.

Effective for existing users on December 31st, 2019.

You can find the old privacy policy **here**.

# EXHIBIT 9

**Articles in this section**

Former Patreon Privacy Policy

Data Processing Agreement - Creator Privacy Promise

Why Doxing Is Not Allowed on Patreon

What information do third-party apps receive about my Patreon account?

# Former Patreon Privacy Policy

weston

Follow

(April 29, 2019 - December 31, 2019) for our current Privacy Policy please visit here.

## WELCOME TO PATREON!

Patreon is a membership platform where creators can be paid by their fans. We care about your privacy and want to help you understand how we collect, use and share your personal information. This privacy policy applies to patrons, creators, and all users of our platform, and is part of our Terms of Use.

Patreon is a global company. By using our platform, you agree that your personal information that you provide directly to us or that we collect through your use of the platform, may be transferred to and stored in the United States and handled as described in this Policy.

## INFORMATION YOU PROVIDE THROUGH YOUR ACCOUNT

This is information that you provide to us through text fields, such as your name, payment information and benefits. The information we collect differs depending on if you make an account, become a patron, or become a creator.

1. Email address
2. Username
3. Password
4. State and Country of Residence.

You may also sign up using a Facebook account. We will ask permission to access basic information from your Facebook account, such as your name, email, and profile picture. You can choose to stop sharing that information with us at any time by going to Facebook to remove Patreon's access to that account and your ability to log in.

You also have the option to add more information to your public profile, such as a location, social media links and an about section, which we store along with any comments or messages you submit on Patreon.

## PATRONS

A patron is someone who joins a creator's membership program through Patreon. As a patron you must provide your payment information to our payment processors. You can see the privacy policy for these payment processors on the PayPal, Stripe, and Checkout sites. Patreon does not receive your full card number. Payment processors provide us with a token that represents your account, your card's expiration date, card type and the last four digits of your card number. If you are required to provide your name and email address to the payment processor, then they also provide us with that information.

We collect and process information about the creators you support, the level at which you support them, what benefits you receive and how often you support them. As a patron, if you select a benefit tier with a physical benefit, then you have to provide your shipping information so the creator can ship you the benefit.

## CREATORS

A creator is someone who starts a membership program for patrons. To become a creator, you must create a page that describes what you are creating and any benefits you are offering. To receive payouts you have to create an account with one of our payment partners: PayPal, Stripe, or Payoneer. We may also require your bank account information to process payouts. You must also provide us with additional information for tax purposes. Depending on your location you may have to fill out a form with some combination of your:

1. Legal name
2. Address
3. Social security number or employer identification number
4. Country of citizenship
5. Foreign tax identification number
6. Date of birth
7. Your nonprofit registration number, if you are a nonprofit business

## ADDITIONAL INFORMATION WE COLLECT

### Automatically Collected Information:

We collect information automatically as you navigate the site or through our third party analytics providers. We may store usage information such as the type of device you use to access Patreon, your operating system, browser type, IP address, and device ID, the pages you visit or request, links clicked, referring sites, user interactions and your search terms. We also derive your location from your IP address.

### Forums and Messaging:

When you participate in a forum, we collect the comments you make as well as record how many times users visit, the activity on the site, where users have replied, with whom they've communicated, private messages, IP address, and from which location the user was last logged in. We use Discourse to help us host and operate our Forums. This means that they may access your information to help provide the Forum. You can find their Privacy Policy here.

### User Surveys

From time to time, we may solicit your participation in user surveys. To the extent that you participate, we will store your responses.

### Event Information

At in-person events, we may request information from you. This is done to better tailor the event experience to those in attendance. This information may include your name, email address, payment details, social media and other online accounts you maintain, details around the types of works you create and survey or feedback responses.

## INFORMATION COLLECTED BY THIRD PARTIES

### Cookies

We use Cookies on our website that collect information to allow us and third parties to understand your use of Patreon. Please see our cookie policy for more information on our use of cookies on Patreon.

### Social Media Features and Widgets

We use social media features, including the Facebook Like button and widgets, such as the Share button or similar interactive mini-programs that run on Patreon. If you provide your social media information to us, we may use it to interact with you on these social networks. These features may collect your IP address and other personal data including which page you are visiting on our site and may set a cookie to enable the feature to function properly. Social media features and widgets are either hosted by a third party or hosted directly on Patreon. Your interactions with these Features are governed by the privacy policy of the company providing it. For more information on the technologies used by these social networks, please refer to their specific privacy notices listed below:

- Facebook: https://www.facebook.com/about/privacy/
- Twitter: https://twitter.com/privacy
- YouTube: https://policies.google.com/privacy
- Instagram: https://help.instagram.com/155833707900388

## HOW WE USE YOUR INFORMATION

We process your information to:

1. provide Patreon services to you
2. allow you to sign in to your account
3. allow you to join a creator's membership program on Patreon
4. process a creator's membership payments
5. send you emails relevant to your usage, as controlled by your email preferences
6. reply to your questions
7. market Patreon to you, as controlled by your email preferences
8. understand how you use the service and create better tools for creators to serve patrons
9. conduct research and development to improve Patreon and develop future products
10. prevent fraud and abuse on Patreon
11. ship merchandise to you if a benefit includes it

## INFORMATION WE SHARE WITH CREATORS

By becoming a patron of a creator, you agree to have the following information shared with that creator:

1. your email address and other profile information you've provided
2. any messages you send creators through Patreon
3. your physical address, city, state, country, and phone number, if you have signed up for a benefit that requires shipping
4. all information about your pledge, including amount and start date, but not your full payment card information
5. some aggregated and anonymized data about how you use Patreon that cannot be linked back to any individual user

Creators must sign our Data Processing Agreement (DPA) when they start their membership program. This DPA is called the Creator Privacy Promise. The Creator Privacy Promise is a Creator's promise to protect the privacy of patrons during and beyond their Patreon relationship. You can view a copy of the Creator Privacy Promise here.

## INFORMATION WE SHARE WITH THIRD PARTIES

We never sell your information to a third party. We will only share data with third parties, other than with Creators, under the following circumstances:

1. with your consent, with service providers used by creators to deliver benefits, such as to ship packages to you. You should read these service providers' privacy policies to see how they use and share your data.
2. with our service providers, who are companies that are contractually engaged with us to provide us with services, such as order fulfillment, email management, analyzing data trends, credit card processing and fraud detection and prevention. These companies may have access to your data to perform their services and are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.
3. to protect the security or integrity of Patreon, and to protect the rights, property, or safety of Patreon, its employees, users, or others, if we believe that disclosure is reasonably necessary to comply with a law, regulation, or other valid legal process (e.g., subpoenas or warrants served on Patreon). If we are going to release your data, we will do our best to provide you with notice in advance by email, unless we are prohibited by law from doing so.
4. in connection with the sale, merger, bankruptcy, sale of assets or reorganization of our company. We will notify you if a different company receives your data. The promises in this privacy policy apply to any data transferred to a new entity.
5. with third party apps used by creators to help run their membership programs. There is a list of apps in our apps directory. While we try to keep this list up to date, we often experiment with new third party app providers, and this list may not be exhaustive.
6. with partners in our Partners Directory, who may have access to your data to perform their services, and who are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.

## INFORMATION WE SHARE WITH THE PUBLIC

The following information is publicly accessible:

1. your profile, and your social media links and location if you add that information
2. by default the creators you support are publicly displayed. If you flag your account as private, we will not display the creators you support
3. any posts, likes, or comments you make
4. your aggregated or anonymized usage data in blog posts, press releases, or in other ways to share information about Patreon's usage. Aggregated or anonymized data cannot be linked back to any individual Patreon user.
5. monthly pledge value and goals that creators choose to make public
6. number of patrons

## YOUR PREFERENCES AND RIGHTS OVER DATA

### Choosing Your Preferences

The Settings link is located by clicking on your avatar or profile at the top right hand of your screen. Settings lets you see your account preferences. You can see and adjust your settings by viewing your preferences and, if you wish, by changing your selections.

### Marketing Activities

We do not send marketing emails unless you explicitly consent to receiving them. These marketing emails do not require a Patreon account. You may object to the use of your data for direct marketing purposes at any time, free of charge, when we collect your personal information and in every marketing communication. We will never provide your information to third parties for marketing purposes without your prior consent.

## EXERCISING YOUR DATA RIGHTS

Users in certain locations may have certain rights in their personal data stored and processed by Patreon, including:

- the right of access to their personal data;
- the right to correct or rectify any inaccurate personal data;
- the right to restrict or oppose the processing of personal data;
- the right to erase their personal data; and
- the right to personal data portability

You can exercise rights over your data in the following ways:

### Accessing, Updating or Exporting the Information in Your Account

You can access and update certain information associated with your account on the settings pages, as described in the Choosing Your Preferences section above. To exercise your rights to data portability please contact privacy@patreon.com.

### Disabling or Deleting Your Account

You can disable your account if you go to your account settings while you are logged into Patreon. Click the "Disable My Account" link to have your account immediately disabled and removed from public view. Please be aware that this is a final act and you cannot log into your account again after clicking this link. When you disable your account, we immediately remove your ability to log in. Even if an account is disabled, some information may be retained by our analytics providers on their own servers. To delete your account, please contact privacy@patreon.com.

### Turning off Email Notifications

You can change your email notifications in your email settings. While this allows you to stop many notification emails, we will still send some critical service emails.

### Turning off Mobile Notifications

If you download the Patreon App you may also receive notifications on your mobile device. These can be disabled in the App settings.

## OUR DATA RETENTION PERIOD

We retain your information for ten years after your account is last active, unless you request we delete your account.

## CONTACTING OUR DATA PROTECTION OFFICERS

Patreon is an international company that complies with the General Data Protection Regulation (GDPR). We process personal data based on our legitimate interests and for contractual necessity in providing you the Service as described in "How We Use Your Information." We also process and share personal information based on users' consent, which they may revoke at any time. We apply the same principles of privacy protection to all of our users, not just to data subjects in the EU and UK. If you have privacy concerns or questions, you can contact our European or US Data Protection Officers (DPOs) via email at privacy@patreon.com, or by sending a letter to Patreon Data Privacy Officer, 600 Townsend Street, Suite 500, San Francisco, CA 94103.

## SECURITY

The security of your personal information is important to us and we follow industry standards to protect it. You can learn more on our Security Policy page.

## CHILDREN

Patreon is not directed at children under the age of 13, and children may not create an account or otherwise use Patreon.

## CHANGES

We may sometimes make changes to this policy. If we make material changes that adversely affect your rights under this policy, we will let you know by posting an announcement on the site or sending you an email prior to the changes coming into effect. Continuing to use Patreon after a change to this policy means you accept the new policy. If you have any questions, please email privacy@patreon.com.

Still need help? Send us a note

Was this article helpful?

Yes No

**Related articles**

Data Processing Agreement - Creator Privacy Promise

Why Doxing Is Not Allowed on Patreon

Make my memberships private

What information do third-party apps receive about my Patreon account?

Cancel my membership



© 2020 Patreon, Inc.

Powered by Zendesk

# EXHIBIT 10

PATREON

Log in

# Privacy Policy

Effective May 25, 2018

## Welcome to Patreon!

Patreon is a platform where patrons can support and engage with creators. We care about your privacy and want to help you understand how we collect, use and share your personal information. This privacy policy applies to patrons and creators, and is part of our **terms of use**.

## Information You Provide

This is information that you provide to us through text fields, such as your name, payment information, goals and rewards. The information we collect is different depending on if you are an account holder, become a patron by supporting a creator, or become a creator by creating your own Patreon page.

### All Accounts

To create an account on Patreon you have to provide your:

1. Email address
2. Username
3. Password

You may also sign up using a Facebook account and email address. We will ask permission to access basic information from that account, such as your name, profile picture, and friend list.

PATREON | Log in

You also have the option to add more information to your profile, such as a location, social media links and an about section, which we store along with any comments or messages you submit through Patreon.

Patrons

A patron is someone who financially supports creators through Patreon. To become a patron you have to provide one of our payment processors (Stripe or PayPal) with your payment information. You can see the privacy policy for these payment processors on the **PayPal** and **Stripe** sites. They provide us with a token that represents your account, your card's expiration date, card type and the last four digits of your credit card. If you provide them with a name and email address then they also provide us with that information.

We collect and process information about the creators you support, the level at which you support them, what rewards you receive and how often you support them.

As a patron, if you select a reward tier with a physical reward, then you have to provide your shipping information so the creator can ship you the reward.

Creators

A creator is someone who creates a Patreon page requesting financial support from patrons. To become a creator, you must create a page that describes what you are creating, any rewards you are offering and any financial goals you have. We collect and process this information along with any additional information you add to your profile. To receive payments you have to create an account with one of our payment partners: PayPal, Stripe or Payoneer. You must also provide us with additional information for tax purposes. Depending on your location you have to fill out a form with some combination of your:

1. Legal name
2. Address
3. Social security number or employer identification number
4. Country of citizenship
5. Foreign tax identification number
6. Date of birth
7. Your nonprofit registration number, if you are a nonprofit business

PATREON Log in

## Information We Collect

We collect information automatically as you navigate the site or through our third party analytics providers. We may store usage information such as the type of device you use to access Patreon, your operating system, browser type, IP address, and device ID, the pages you visit or request, links clicked, referring sites, user interactions and your search terms. We also derive your location from your IP address.

### Do Not Track

Our service does not support Do Not Track requests at this time, which means our third party analytics providers may associate your usage on Patreon with your usage on other sites.

### Cookies

We use third-party advertising cookies to present you with opportunities while on Patreon. We also use retargeting cookies to present you with Patreon advertising on other websites.

1. Sift: The **Sift** page and **privacy policy** explains their cookies and provides information on opt-out.
2. Visual Website Optimiser (Wingify): You can read the **Visual Website Optimiser** and its **privacy policy** to learn about its cookies and have the option to **opt-out.**
3. Facebook Custom Audiences: You can adjust your Facebook advertising settings from within your Facebook account and opt-out of advertisements from within the Facebook application.
4. Google Adwords: You can **adjust** the Google ads settings and **opt-out** of this program.
5. Twitter Tailored Audiences: You can **opt-out** of seeing interest-based advertising on Twitter.

We use Google Analytics, Amplitude, and KissInsights analytics cookies to see how you use Patreon so we can improve in a variety of ways. We encourage you to read the **Google privacy policy**. If you prefer to not have data reported by Google Analytics, you can install the **Google Analytics Opt-out Browser Add-on**. We also encourage you to read more about **Amplitude** and their **privacy policy**, and about **KissInsights**, their **privacy policy** and their **opt-out instructions**.

We also use third party vendors to provide delivery of rewards which you can read about in our “Information Shared with Third Parties” section below.

PATREON | Log in

## How We Use Your Information

We never sell your information to anyone. We use your information to:

1. provide Patreon services to you.
2. allow you to sign in to your account.
3. allow you to support creators through Patreon.
4. allow you to collect money as a creator.
5. send you emails relevant to your usage, as controlled by your email preferences.
6. reply to your questions.
7. understand how you use the service and market Patreon to you, including suggesting creators you may be interested in supporting.
8. create better tools for creators to serve patrons.
9. conduct research and development to improve Patreon and develop future products that our users may be interested in by analyzing how you use it.
10. prevent fraud and abuse on Patreon.

---

## Information Shared with Creators

If you are a patron, the following information is shared with the creators you support:

1. Your email address and other profile information.
2. Any messages you send them through Patreon.
3. Your physical address, city, state, country, and phone number, if you have signed up for a reward that requires shipping.
4. All information about your pledge, including amount and start date, but not your full payment card information.

PATREON Log in

## Information Shared with Third Parties

Personally Identifiable Information (PII) is data that includes a personal identifier like your name, email or address, or data that could reasonably be linked back to you. We will only share this data under the following circumstances:

1. With your permission, with service providers used by creators to deliver content and rewards.
2. With companies that are contractually engaged in providing us with services, such as order fulfillment, email management, analyzing data trends, credit card processing and fraud detection and prevention. These companies may have access to personal information to perform their services and are obligated by contract to safeguard any PII they receive from us.
3. To protect the security or integrity of Patreon, and to protect the rights, property, or safety of Patreon, its employees, users, or others, if we believe that disclosure is reasonably necessary to comply with a law, regulation, valid legal process (e.g., subpoenas or warrants served on us). If we are going to release your data, we will do our best to provide you with notice in advance by email, unless we are prohibited by law from doing so.
4. In connection with the sale, merger, bankruptcy, sale of assets or reorganization of our company. We will notify you if a different company receives your PII. The promises in this privacy policy apply to any data transferred to a new entity.
5. Our **apps directory** displays our most updated list of third party apps providers who help us deliver rewards. While we try to keep this list up to date, we often experiment with new third party apps providers, and this list may not be exhaustive.

## Information Shared with the Public

PATREON Log in

2. By default the creators you support are publicly displayed. If you flag your account as private, we will not display the creators you support.
3. Any posts or comments you make on a creator's page.
4. Your aggregated or anonymized usage data in blog posts, press releases, or in other ways to share information about Patreon's usage. Aggregated or anonymized data cannot be linked back to any individual Patreon user.

---

## Your Preferences and Rights over Data

### Choosing Your Preferences

The Settings link is located by clicking on your avatar or profile at the top right hand of your screen. Settings lets you see the what your account preferences are. You can see and adjust your settings by viewing your preferences and, if you wish, by changing your selections.

### Exercising Your Data Rights

You can exercise rights over your data in the following ways:

1. Modifying the Information in Your Account

   You can modify or delete certain information associated with your account on the settings pages, as described in the "Choosing Your Preferences" section above.

2. Disabling Your Account

   You can disable your account if you go to your **account settings** while you are logged into Patreon. Click the "Disable My Account" link to have your account immediately disabled and removed from public view. Please be aware that this is a final act and you cannot log into your account again after clicking this link. When you disable your account, we immediately remove your ability to log in. If you create a new account, you will be asked to use a different email address from the one you used previously. Even if an

PATREON Log in

3. Removing Marketing Emails

You can stop receiving marketing emails by changing your email settings. While this removes your marketing emails, service related emails are still sent, including how you can optimize your Patreon experience and suggestions for which creators to follow.

4. Turning off Mobile Notifications

If you download the Patreon App you may also receive notifications on your mobile device. These can be disabled in the App settings.

5. Understanding Our Data Retention Periods

We retain your information for ten years, unless you disable your account information from your **account settings**. Please note that once you disable your account, you will not be able to log in again. If you want to log into Patreon again by creating a new account, you may be prompted to use a new email address from the one you previously used on your disabled account.

6. Additional Questions Related to Privacy

For additional privacy-related questions about your account, you may email us at **privacy@patreon.com**.

## European Union Data Transfer

### Transfer of Data to the United States

We are based in the United States. By using our services you consent to the transfer of your personal data to the United States, and to the processing and use of that personal data in the United States. This processing and use is limited to what is described in this privacy policy and the terms of use.

PATREON

Log in

interest to you, unless you have opted out of marketing communications. If you are in the European Economic Area, where required by applicable law, we will obtain your consent before sending you any marketing communications. You may object to the use of your data for direct marketing purposes at any time, free of charge, when we collect your personal information and in every marketing communication. We will never provide your information to third parties for marketing purposes without your prior consent.

## Security

The security of your personal information is important to us and we follow industry standards to protect it. Full credit card numbers are never accessed by our system, and the most sensitive data we store, such as tax forms, are encrypted to keep them secure.

To further protect your information we suggest using a strong and unique password for your Patreon account. We also offer **two-factor authentication** as an additional security measure.

## Children

Patreon is not directed at children under the age of 13, and they may not create an account or otherwise use Patreon.

## Changes

We may sometimes make changes to this policy. If we make material changes that adversely affect your rights under this policy, we will let you know by posting an announcement on the

PATREON

Log in

If you have any questions, please email privacy@patreon.com.

Effective May 25, 2018. Last updated on May 22, 2018

About

Careers

Create on Patreon

Brand

Press

Partners

Sitemap

Help Center & FAQs

Developers

App Directory

Blog

Patreon U | Creator Coaching

Community Guidelines

Terms of Use

Privacy Policy

GET IT ON Google Play

Download on the App Store

© 2019 Patreon, Inc.

# EXHIBIT 11

# Cookie Policy

A cookie is a small text file that a website saves on your computer or mobile device when you visit the site. This small text file enables a site to remember your actions and preferences for a specified period of time, so you don't have to re-enter your login or settings information each time you visit a new page on our site.

TOPICS

Use on Patreon
"Do-not-track" technologies
How to manage cookies
Changes to cookie policy

## Use on Patreon

To summarize: Patreon uses cookies and other tracking technologies to provide our service. Cookies are not strictly necessary for the website to work, but it will provide you with a

Back to Policy

better browsing experience. If you choose to delete or block these cookies, some features of this site may not work as intended.

Cookies are not used to identify you personally and are not used for any purpose other than those described here.

**Security / Authentication:**

Some cookie and similar technology functions are necessary and vital to ensuring that Patreon works properly for visitors and members, such as maintaining the security, safety, and integrity on Patreon, authentication and logging in (including remembering permissions and consents you have granted), and ensuring the ability to securely complete transactions.

**Performance / Analytics and Research:**

Some technologies help provide performance data on how Patreon is functioning in order to make improvements to the platform. Data collected on site and app functionality and speed, how Patreon is used and detecting and gathering reporting on bugs helps improve Patreon and the services we offer.

**Preferences / Localization:**

Cookies enable your personalized views and settings. Some cookies help us provide localized

experiences — for example, by making sure you see Patreon in your preferred language.

**Social Networks / Marketing:**

Some technologies help you to interact with social networks you are signed into while using Patreon, such as logging in with the social network and other features you employ with the social network, or that are allowed in the social network's privacy policy. These may be set and controlled by the social networks, and your preferences with those social networks.

---

## "Do-not-track" technologies

We do not respond to web browser "Do-Not-Track" signals.

---

## How to manage cookies

You can control the use of cookies at the individual browser level. If you reject or delete cookies, our Services may no longer function as intended. Each browser provides different mechanisms for managing cookies. Look at your browser's help menu to determine the best way to modify your browser's cookie storage.

---

# Changes to cookie policy

We periodically update this Cookie Policy to account for changed legal and operational circumstances, to describe new cookies and tracking technologies, and to describe how those changes affect our use of your information. If we are going to use information in a manner that is materially different from that stated at the time of collection or make any material changes in our privacy practices, we will notify you. We will post those changes through a prominent notice on our website.

This policy is part of Patreon's Terms of Use and Privacy Policy. For more information, contact Patreon at privacy@patreon.com. Visit our privacy center to learn more about the specific cookies we use and how to to opt out of them.

Language: English (United States)

United States

PRODUCT

Lite
Pro
Premium
Pricing

FOR CREATORS

Podcasters
Video Creators
Musicians
Visual Artists
Writers & Journalists
Communities
Gaming Creators
Nonprofits
Tutorials and Education
Local Businesses
Creators-of-all-kinds

RESOURCES

Blog
Patreon U
Creator Community
Help Center & FAQ
App Directory
Developers

COMPANY

About
Press
Careers
Privacy
Policy & Terms
Privacy Preferences
Accessibility
Impressum

## Your Privacy

Patreon determines the use of personal data collected on our media properties and across the internet. We may collect data that you submit to us directly or data that we collect automatically including from cookies (such as device information or IP address). Please read our Privacy Policy to learn about our privacy practices or click "Your Preferences" to exercise control over your data.

**Accept**

**Your Preferences**