Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DEFENDANT PATREON, INC.'S NOTICE OF CONSTITUTIONAL QUESTION PURSUANT FEDERAL RULE OF CIVIL PROCEDURE 5.1 AND CIVIL LOCAL RULE 3-8**<br><br>Judge:   Hon. Joseph C. Spero |

**TO THE COURT, THE ATTORNEY GENERAL OF THE UNITED STATES, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Federal Rule of Civil Procedure 5.1(a) and Civil Local Rule 3-8(a), Defendant Patreon, Inc. ("Patreon") hereby gives notice that, in the above-captioned case, its Motion to Dismiss Complaint (Dkt. No. 21 in Case No. 3:22-cv-03131-JCS) draws into question the constitutionality of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, on its face and as the Plaintiffs seek to have that statute applied in this case. Specifically, Patreon raises the question of whether the VPPA, on its face and as Plaintiffs seek to apply it, is unconstitutional because it violates the First Amendment to the United States Constitution.

| | |
|---|---|
| Dated: August 6, 2022 | Respectfully submitted,<br>THE NORTON LAW FIRM PC<br><br>*/s/ Fred Norton*<br>Fred Norton<br>Nathan Walker<br>Bree Hann<br>Gil Walton<br>Attorneys for Defendant<br>PATREON, INC. |

# PROOF OF SERVICE

I am employed in the City of Oakland, State of California. I am over 18 years of age and not a party to this action. My business address is 299 Third Street, Suite 200, Oakland, CA 94607
On the date below I served a true copy of the following document(s):

1. **DEFENDANT PATREON, INC.'S NOTICE OF CONSTITUTIONAL QUESTION PURSUANT FEDERAL RULE OF CIVIL PROCEDURE 5.1 AND CIVIL LOCAL RULE 3-8**

2. **DEFENDANT PATREON, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**

on the parties listed below by certified mail:

**Merrick Garland**
**U.S. Attorney General**
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 90530-0001

**Stephanie M. Hinds**
**U.S. Attorney**
The United States Attorney's Office
450 Golden Gate Ave, 11th Floor
San Francisco, CA 94102

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Dated: August 6, 2022             */s/ Diana Abad*
                                   Diana Abad