Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>     v.<br><br>PATREON, INC.,<br><br>                 Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF SIMON S. GRILLE IN SUPPORT OF JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

I, Simon S. Grille, hereby declare:

1. I am a partner at Girard Sharp LLP, counsel for Plaintiffs Brayden Stark, Judd Oostyen, Kevin Black, and Maryann Owens ("Plaintiffs") in this matter. I have personal knowledge of the facts set forth herein, and, if called upon to testify, could and would testify competently thereto.

2. This declaration is made in support of the Joint Stipulation to Extend the Briefing Schedule on Defendant's Motion to Dismiss.

3. On August 5, 2022, Defendant filed a Motion to Dismiss Plaintiffs' Complaint.

4. Plaintiffs' deadline to respond to the Motion is currently August 19, 2022, absent an extension of time.

5. The Parties agree that additional time is appropriate for Plaintiffs to respond to the Motion to Dismiss.

6. The Parties now seek a modest extension of the current briefing schedule; specifically, the Parties respectfully request that Plaintiffs' response deadline be continued to September 9, 2022, that Defendant's reply be continued to September 30, 2022, and that the hearing on the Motion be continued to October 14, 2022, or as soon thereafter as is convenient for the Court.

7. The requested extension will not alter the date of any event or deadline already fixed by Court order.

8. The following scheduling modifications have occurred in this case:

- On June 22, Plaintiffs and Defendant filed a joint stipulation to extend Defendants' time to respond to the complaint, modifying the response deadline from its original date of June 21, 2022, to August 5, 2022 (ECF No. 13).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 10, 2022     By:     */s/ Simon S. Grille*
                                    Simon Grille (SBN 294914)
                                    **GIRARD SHARP LLP**

1

DECLARATION OF SIMON S. GRILLE IN SUPPORT OF JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
Case No. 3:22-cv-03131-JCS