Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

   Plaintiffs Brayden Stark, Judd Oostyen, Kevin Black, and Maryann Owens ("Plaintiffs") and Defendant Patreon, Inc. ("Defendant" or "Patreon") (together, the "Parties") respectfully submit this Joint Stipulation to Extend the Briefing Schedule on Defendant's Motion to Dismiss. (ECF No. 21).

   WHEREAS, on August 5, 2022, Defendant filed a Motion to Dismiss Plaintiffs' Complaint;

   WHEREAS, Plaintiffs' deadline to respond to the Motion is currently August 19, 2022, absent an extension of time;

   WHEREAS, the Parties agree that additional time is appropriate for Plaintiffs to respond to the Motion to Dismiss;

   WHEREAS, the Parties now seek a modest extension of the current briefing schedule; specifically, the Parties respectfully request that Plaintiffs' response deadline be continued to September 9, 2022, that Defendant's reply be continued to September 30, 2022, and that the hearing on the Motion be continued to October 14, 2022, or as soon thereafter as is convenient for the Court;

   WHEREAS, the requested extension will not alter the date of any event or deadline already fixed by Court order;

   WHEREAS, pursuant to Civil Local Rule 6-2(a)(2), Plaintiffs note the following scheduling modifications have occurred in this case:

- On June 22, Plaintiffs and Defendant filed a joint stipulation to extend Defendant's time to respond to the complaint, modifying the response deadline from its original date of June 21, 2022, to August 5, 2022 (ECF No. 13).

   NOW, THEREFORE, THE PARTIES STIPULATE, pursuant to Civil L.R. 6-2, that the time for Plaintiffs to respond to Defendant's Motion to Dismiss be extended until September 9, 2022, Defendant's reply be continued to September 30, 2022, and the hearing on the Motion to Dismiss to be extended to October 14, 2022, **at 9:30 AM by Zoom Webinar. Zoom Webinar ID: 161 926 0804. Passcode: 050855.**

**IT IS SO STIPULATED.**

   By signature below, counsel for Plaintiffs hereby attests that the other signatory below has concurred in the filing of this document.

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
Case No. 3:22-cv-03131-JCS

| | | | |
|---|---|---|---|
| Dated: August 10, 2022 | | By: | /s/ Simon S. Grille |

        Adam E. Polk (SBN 273000)
        Simon Grille (SBN 294914)
        Kimberly Macey (SBN 342019)
        **GIRARD SHARP LLP**

        *Attorneys for Plaintiffs*

Dated: August 10, 2022      By:  /s/ Nathan Walker
        Nathan Walker (SBN 206128)
        **THE NORTON LAW FIRM PC**

        *Attorney for Defendant*

## ATTESTATION

Pursuant to Local Rule 5-1(h)(3), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

        /s/ Simon S. Grille

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**IT IS HEREBY FURTHER ORDERED that the Initial Case Management Conference scheduled for August 26, 2022, at 2:00 PM is rescheduled to October 14, 2022, at 9:30 AM by Zoom Webinar. Zoom Webinar ID: 161 926 0804. Passcode: 050855. Case Management Statement due October 7, 2022.**

Date: August 15, 2022

        Hon. Joseph C. Spero
        United States Chief Magistrate Judge

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS
Case No. 3:22-cv-03131-JCS