BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Brayden STARK, Judd OOSTYEN, Kevin BLACK, and Maryann OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | **No. 3:22-cv-03131-JCS**<br><br>**DECLARATION OF LESLIE COOPER VIGEN** |

I, Leslie Cooper Vigen, hereby declare:

1. I am a Trial Attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch and counsel for the United States. I submit this declaration in support of the United States of America's Acknowledgment of Constitutional Challenge and Stipulated Request to Enlarge Time to Intervene.

1

Declaration of Leslie Cooper Vigen                                  Case No. 3:22-cv-03131-JCS

2. I have personal knowledge of the contents of this declaration, and I could and would testify competently thereto if called upon to do so.

3. On August 6, 2022, Defendant filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1 and Civil L.R. 3-8. *See* ECF No. 24.

4. The United States is authorized to intervene in any federal court action in which the constitutionality of an Act of Congress is drawn into question. 28 U.S.C. § 2403(a).

5. Pursuant to Federal Rule of Civil Procedure 5.1, the current deadline for the United States to intervene is October 5, 2022.

6. The United States has not yet decided whether to intervene in this action.

7. The approval of the Solicitor General is required for the United States to intervene in an action to defend the constitutionality of a federal statute, *see* 28 C.F.R. § 0.21, and that approval process often takes several weeks.

8. The United States requires additional time to decide whether to intervene due to the press of business for undersigned counsel—including an opposition to a motion to complete the administrative record due September 22, 2022 in the matter of *Beasley v. Del Toro*, 22-cv-667 (D.D.C.) and an initial scheduling conference scheduled for September 22, 2022 and related obligations in the matter of *Kariye v. Mayorkas*, 22-cv-1916 (C.D. Cal.)—and because the process of determining whether to intervene takes several weeks.

9. For these reasons, good cause exists to provide the United States with 30 additional days—until November 4, 2022—to decide whether to intervene for the limited purpose of defending the constitutionality of the VPPA.

10. If the United States decides to intervene, it will be prepared to file its notice of intervention and accompanying memorandum in defense of the constitutionality of the statute by no later than November 4, 2022.

11. This is the first modification of the time for the United States to decide whether to intervene in this matter. Plaintiffs and Defendant have otherwise stipulated to the following modifications of time:

    i. Extending Defendant's time to respond to the complaint from June 21, 2022 to August 5, 2022, *see* ECF No. 13; and

    ii. Extending the briefing schedule for Defendant's motion to dismiss as follows, *see* ECF No. 26:

        1. Continuing the deadline for Plaintiffs' response until September 9, 2022;

        2. Continuing the deadline for Defendant's reply until September 30, 2022; and

        3. Continuing the hearing until October 14, 2022.

12. This stipulated extension will not otherwise affect the deadlines in this matter.

13. This stipulated extension is requested for good cause, and is not intended to cause undue delay or otherwise prejudice any party.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed on September 16, 2022.

                */s/  Leslie Cooper Vigen*
                LESLIE COOPER VIGEN