BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for United States*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Brayden STARK, Judd OOSTYEN, Kevin BLACK, and Maryann OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | No. 3:22-cv-03131-JCS<br><br>**UNITED STATES OF AMERICA'S ACKNOWLEDGEMENT OF CONSTITUTIONAL CHALLENGE, STIPULATED REQUEST TO ENLARGE TIME TO INTERVENE, AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2, subject to the Court's approval, the United States, Plaintiffs, and Defendant, through their undersigned counsel of record, HEREBY STIPULATE as follows:

1

Stipulated Request to Enlarge Time                                                                Case No. 3:22-cv-03131-JCS

1. On August 6, 2022, Defendant filed a Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1 and Civil L.R. 3-8. *See* ECF No. 24.

2. In that Notice, Defendant states that its Motion to Dismiss, *see* ECF No. 21, "draws into question the constitutionality of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710," specifically "whether the VPPA, on its face and as Plaintiffs seek to apply it, is unconstitutional because it violates the First Amendment to the United States Constitution." ECF No. 24.

3. The United States is authorized to intervene in any federal court action in which the constitutionality of an Act of Congress is drawn into question. 28 U.S.C. § 2403(a).

4. Pursuant to Federal Rule of Civil Procedure 5.1, the current deadline for the United States to intervene is October 5, 2022.

5. The United States has not yet decided whether to intervene in this action to defend the constitutionality of the VPPA.

6. The approval of the Solicitor General is required for the United States to intervene in an action to defend the constitutionality of a federal statute, *see* 28 C.F.R. § 0.21, and that approval process often takes several weeks.

7. The United States requires additional time to decide whether to intervene due to the press of business for counsel for the United States, and because the process of determining whether to intervene takes several weeks.

8. For these reasons, the United States, Plaintiffs, and Defendant stipulate to provide the United States with 30 additional days—until November 4, 2022—to decide whether to intervene for the limited purpose of defending the constitutionality of the VPPA.

9. If the United States decides to intervene, it will be prepared to file its notice of intervention and accompanying memorandum in defense of the constitutionality of the statute by no later than November 4, 2022.

10. This is the first modification of the time for the United States to decide whether to intervene in this matter. Plaintiffs and Defendant have otherwise stipulated to the following modifications of time:

    i. Extending Defendant's time to respond to the complaint from June 21, 2022 to August 5, 2022, *see* ECF No. 13; and

    ii. Extending the briefing schedule for Defendant's motion to dismiss as follows, *see* ECF No. 26:

        1. Continuing the deadline for Plaintiffs' response until September 9, 2022;

        2. Continuing the deadline for Defendant's reply until September 30, 2022; and

        3. Continuing the hearing until October 14, 2022.

11. This stipulated extension will not otherwise affect the deadlines in this matter.

12. This stipulated extension is requested for good cause, and is not intended to cause undue delay or otherwise prejudice any party.

**IT IS SO STIPULATED.**

Dated: September 16, 2022

                                          Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General
                                          Civil Division

|     |     |
| --- | --- |
| 1   |     |
| 2   | LESLEY FARBY |
|     | Assistant Branch Director |
| 3   | Civil Division, Federal Programs Branch |

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Trial Attorney (D.C. Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0727
Email:  leslie.vigen@usdoj.gov

*Counsel for United States*

*/s/  Simon Grille*
Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

*Counsel for Plaintiffs*

By:     */s/ Nathan Walker*
Fred Norton (CA SBN 224725)
Nathan Walker (CA SBN 206128)
Bree Hann (CA SBN 215695)
Gil Walton (CA SBN 324133)
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900
fnorton@nortonlaw.com
nwalker@nortonlaw.com
bhann@nortonlaw.com
gwalton@nortonlaw.com

*Counsel for Defendant*

**ATTESTATION**

I hereby attest, pursuant to Civil L.R. 5-1(h)(3), that each of the other signatories to this stipulation have concurred in the filing of the document.

                                                     /s/ *Leslie Cooper Vigen*
                                                  LESLIE COOPER VIGEN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/16/2022

Hon. Joseph C. Spero
United States Chief Magistrate Judge