Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATREON, INC.,<br><br>    Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**NOTICE OF APPEARANCE OF TREVOR T. TAN** |

1  **PLEASE TAKE NOTICE** that Trevor T. Tan of Girard Sharp LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiffs Brayden Stark, Judd Oostyen, Kevin Black, and Maryann Owens.

Dated:  October 10, 2022

Respectfully submitted,

By: /s/ *Trevor T. Tan*

Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*