1   Fred Norton (CA SBN 224725)
    fnorton@nortonlaw.com
2   Nathan Walker (CA SBN 206128)
    nwalker@nortonlaw.com
3   Bree Hann (CA SBN 215695)
    bhann@nortonlaw.com
4   Gil Walton (CA SBN 324133)
    gwalton@nortonlaw.com
5   THE NORTON LAW FIRM PC
    299 Third Street, Suite 200
6   Oakland, CA 94607
    Telephone: (510) 906-4900
7
8
    Attorneys for Defendant
9   PATREON, INC.

10

11                          **UNITED STATES DISTRICT COURT**
                          **NORTHERN DISTRICT OF CALIFORNIA**
12                            **SAN FRANCISCO DIVISION**

13

14   BRAYDEN STARK, JUDD OOSTYEN,              Case No. 3:22-cv-03131-JCS
     KEVIN BLACK, and MARYANN OWENS,
15   individually and on behalf of all others similarly
     situated,                                 **DECLARATION OF NATHAN**
16                                             **WALKER IN SUPPORT OF**
                  Plaintiffs,                  **STIPULATION TO (1) EXTEND THE**
17                                             **TIME FOR RESPONSE TO THE FIRST**
            v.                                 **AMENDED COMPLAINT, (2) EXTEND**
18                                             **THE BRIEFING SCHEDULE ON ANY**
                                               **MOTION TO DISMISS THE FIRST**
19   PATREON, INC.,                            **AMENDED COMPLAINT, AND (3)**
                                               **ENLARGE TIME TO INTERVENE**
20                Defendant.

21

22

23

24

25

26

27

28

DECL. OF NATHAN WALKER IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME

1    I, Nathan L. Walker, hereby declare:

2    1.      I am a partner at The Norton Law Firm PC, counsel for Defendant Patreon, Inc.

3    ("Defendant" or "Patreon") in this case.  I have personal knowledge of the facts set forth herein, and, if

4    called upon to testify, could and would testify competently thereto.

5    2.      This declaration is made in support of the concurrently filed Stipulation to (1) Extend the

6    Time for Response to the First Amended Complaint, (2) Extend the Briefing Schedule on Any Motion to

7    Dismiss the First Amended Complaint, and (3) Enlarged Time to Intervene.

8    3.      On October 27, 2022, Plaintiffs Brayden Stark, Judd Oostyen, Kevin Black, and Maryann

9    Owens ("Plaintiffs") filed their First Amended Complaint.

10   4.      Patreon's deadline to respond to the First Amended Complaint is currently November 10,

11   2022, absent an extension of time.

12   5.      The Parties agree that additional time is appropriate for Patreon to respond to the First

13   Amended Complaint, and for the briefing and hearing on any motion by Patreon to dismiss the First

14   Amended Complaint.

15   6.      The Parties jointly stipulate and respectfully ask the Court to enter an order to:

16           (a)     Extend the time for Patreon to respond to the First Amended Complaint (ECF No.

17                   41), by two weeks, to November 23, 2022; and

18           (b)     Extend the briefing schedule on any motion filed by Patreon to dismiss the First

19                   Amended Complaint, as follows:  Plaintiffs' response deadline shall be continued

20                   to December 21, 2022; Patreon's reply shall be continued to January 13, 2023;

21                   and the hearing on the Motion shall be continued to January 27, 2023, or as soon

22                   thereafter as is convenient for the Court.

23   7.      In addition, the Parties and the United States jointly stipulate and respectfully ask the

24   Court to enlarge – by three days – the time for the United States intervene in this action for the limited

25   purpose of defending the constitutionality of the Video Privacy Protection Act ("VPPA").  Under the

26   stipulated Order at ECF 43, the United States has until seven days after the filing of any motion to

27   dismiss that raises a constitutional challenge to the VPPA to intervene in this action for the limited

28   purpose of defending the constitutionality of the VPPA.  With the requested extension, the United States

1

1    shall have until *ten days* after the filing of any such motion to dismiss to intervene in this action for the

2    limited purpose of defending the constitutionality of the VPPA.  If Defendant files such a motion, the

3    deadline for the United States to file any notice of intervention and any accompanying memorandum in

4    defense of the statute shall be ten days after the motion is filed.

5        8.    The Parties and the United States agree that the extensions of time set forth above are

6    appropriate.

7        9.    The extensions of time set forth above will affect the dates of the events set forth above,

8    but they will not alter the date of any other event or deadline already fixed by Court order.

9        10.    The following scheduling modifications have occurred in this case:

10    - Pursuant to stipulation, the Court extended Patreon's time to respond to the complaint,

11       from June 21, 2022, to August 5, 2022 (*see* ECF No. 13).

12    - Pursuant to stipulation, the Court extended the briefing schedule for Patreon's motion to

13       dismiss the original Complaint (*see* ECF No. 26).

14    - Pursuant to stipulation, the Court twice extended the time for the United States to decide

15       whether to intervene in this case for the purpose of defending the constitutionality of the

16       VPPA (*see* ECF No. 34 and 43).  Under the stipulated Order at ECF 43, if Patreon files a

17       motion to dismiss the First Amended Complaint that challenges the constitutionality of

18       the VPPA, the deadline for the United States file any notice of intervention shall be seven

19       days after the motion is filed (*see* ECF 43).

20    I declare under the laws of the United States that the statements in this declaration are true and

21    correct to the best of my knowledge, and that this declaration was executed on November 7, 2022 in

22    Palo Alto, California.

23

24    Dated:  November 7, 2022                    By:    */s/ Nathan Walker*
                                                         Nathan Walker

25

26

27

28

2

DECL. OF NATHAN WALKER IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME