| | |
|---|---|
| 1 | Fred Norton (CA SBN 224725) |
| | fnorton@nortonlaw.com |
| 2 | Nathan Walker (CA SBN 206128) |
| | nwalker@nortonlaw.com |
| 3 | Bree Hann (CA SBN 215695) |
| 4 | bhann@nortonlaw.com |
| | Gil Walton (CA SBN 324133) |
| 5 | gwalton@nortonlaw.com |
| | THE NORTON LAW FIRM PC |
| 6 | 299 Third Street, Suite 200 |
| 7 | Oakland, CA 94607 |
| | Telephone: (510) 906-4900 |
| 8 | |
| | Attorneys for Defendant |
| 9 | PATREON, INC. |
| 10 | *[Additional counsel listed on signature page]* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PATREON, INC., <br><br> Defendant. | Case No. 3:22-cv-03131-JCS <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND THE TIME FOR RESPONSE TO THE FIRST AMENDED COMPLAINT, (2) EXTEND THE BRIEFING SCHEDULE ON ANY MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, AND (3) ENLARGE TIME TO INTERVENE** |

Plaintiffs Brayden Stark, Judd Oostyen, Kevin Black, and Maryann Owens ("Plaintiffs") and Defendant Patreon, Inc. ("Defendant" or "Patreon") (together, the "Parties") jointly stipulate and respectfully ask the Court to enter an order to:

(1) Extend the time for Patreon to respond to the First Amended Complaint (ECF No. 41), by two weeks, to November 23, 2022;[1] and

(2) Extend the briefing schedule on any motion filed by Patreon to dismiss the First Amended Complaint, as follows: Plaintiffs' response deadline shall be continued to December 21, 2022; Patreon's reply shall be continued to January 13, 2023; and the hearing on the Motion shall be continued to January 27, 2023, or as soon thereafter as is convenient for the Court.

In addition, the Parties and the United States jointly stipulate and respectfully ask the Court to enlarge – by three days – the time for the United States intervene in this action for the limited purpose of defending the constitutionality of the Video Privacy Protection Act ("VPPA"). Under the stipulated Order at ECF 43, the United States has until seven days after the filing of any motion to dismiss that raises a constitutional challenge to the VPPA to intervene in this action for the limited purpose of defending the constitutionality of the VPPA. With the requested extension, the United States shall have until *ten days* after the filing of any such motion to dismiss to intervene in this action for the limited purpose of defending the constitutionality of the VPPA. If Defendant files such a motion, the deadline for the United States to file any notice of intervention and any accompanying memorandum in defense of the statute shall be ten days after the motion is filed.

The Parties and the United States agree that the extensions of time set forth above are appropriate.

The extensions of time set forth above will affect the date for the events set forth above, but they will not alter the date of any other event or deadline already fixed by Court order.

Pursuant to Civil Local Rule 6-2(a)(2), the Parties note the following scheduling modifications have occurred in this case:

---

[1] Patreon's deadline to respond to the First Amended Complaint is currently November 10, 2022, absent an extension of time.

1

- Pursuant to stipulation, the Court extended Patreon's time to respond to the complaint, from June 21, 2022, to August 5, 2022 (*see* ECF No. 13).
- Pursuant to stipulation, the Court extended the briefing schedule for Patreon's motion to dismiss the original Complaint (*see* ECF No. 26).
- Pursuant to stipulation, the Court twice extended the time for the United States to decide whether to intervene in this case for the purpose of defending the constitutionality of the VPPA (*see* ECF No. 34 and 43).  Under the stipulated Order at ECF 43, if Patreon files a motion to dismiss the First Amended Complaint that challenges the constitutionality of the VPPA, the deadline for the United States file any notice of intervention shall be seven days after the motion is filed (*see* ECF 43).

**IT IS SO STIPULATED.**

Dated:   November 7, 2022         By:    /s/ Simon S. Grille
                                          Adam E. Polk (SBN 273000)
                                          Simon Grille (SBN 294914)
                                          Kimberly Macey (SBN 342019)
                                          **GIRARD SHARP LLP**

                                          *Attorneys for Plaintiffs*

Dated:   November 7, 2022         By:    /s/ Nathan Walker
                                          Nathan Walker (SBN 206128)
                                          **THE NORTON LAW FIRM PC**

                                          *Attorney for Defendant*

Dated:   November 7, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs
Branch

By:   */s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Trial Attorney (D.C. Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for United States*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: November 8, 2022

_____
Hon. Joseph C. Spero
United States Magistrate Judge

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSE TO FIRST AMENDED COMPLAINT AND TO EXTEND THE BRIEFING SCHEDULE ON ANY MOTION TO DISMISS

**ATTESTATION**

By signature below, counsel for Patreon hereby attests that the other signatories above have concurred in the filing of this document.

Dated:  November 7, 2022  By:  */s/ Nathan Walker*
Nathan Walker (SBN 206128)
THE NORTON LAW FIRM PC
*Attorney for Defendant*

4

JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND TIME FOR RESPONSE TO FIRST AMENDED COMPLAINT AND TO EXTEND THE BRIEFING SCHEDULE ON ANY MOTION TO DISMISS