Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No.  3:22-cv-03131-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  November 18, 2022<br>Time:  2:00 p.m.<br>Courtroom: F, 15th Floor<br><br>Judge: Hon. Joseph C. Spero |

Pursuant to Civil Local Rule 16-10(d), Plaintiffs Brayden Stark, Judd Oostyen, Kevin Black, and Maryann Owens ("Plaintiffs"), and Defendant Patreon, Inc. ("Patreon") (collectively, "the Parties") hereby provide this Joint Case Management Statement in advance of the Court's Case Management Conference scheduled for November 18, 2022.

## I.  Developments Since the Initial Case Management Statement:

The Parties report the following developments in this action since their October 7, 2022 Initial Joint Case Management Statement and Rule 26(f) Report (ECF No. 37):

A.  In its October 13, 2022 Order, the Court: (i) granted in part and denied in part Defendant's Motion to Dismiss, (ii) granted Plaintiffs leave to amend their Complaint, and (iii) continued the Case Management Conference scheduled for October 14, 2022 to November 18, 2022 (ECF No. 40).

B.  Plaintiffs filed their First Amended Complaint on October 27, 2022 (ECF No. 41).

C.  Pursuant to stipulation, the Court extended the time for Patreon to respond to the First Amended Complaint and extended the briefing schedule on any motion by Patreon to dismiss the First Amended Complaint, to the dates set forth below:

- Response to complaint due: November 23, 2022
- Opposition to any Motion to Dismiss: December 21, 2022
- Reply to Opposition: January 13, 2023
- Hearing on any Motion to Dismiss: January 27, 2023

(*See* ECF No. 45).

D.  Pursuant to stipulation, the Court enlarged the time for the United States of America to intervene until ten (10) days after any motion to dismiss that raises a constitutional challenge to the Video Privacy Protection Act (ECF Nos. 43 and 45).

## II.  Discovery Status

Plaintiffs served Early Rule 34 Requests for Production on Defendant on July 20, 2022. Defendant served Early Rule 34 Requests for Production on Plaintiff on July 26, 2022. Both Parties have exchanged initial disclosures.

This Court entered the Parties' Stipulated Protective Order (ECF No. 29) and the Parties' Stipulation Regarding Discovery of Electronically Stored Information (ECF No. 30) on August 23, 2022. Both Parties produced documents on October 24, 2022 and are continuing to produce documents on a rolling basis. The Parties are also continuing to meet and confer about the scope of specific requests.

### III.   Case Schedule

Plaintiffs' Position:

This Court has not yet entered a case schedule. Plaintiffs' position is that this Court should enter a case schedule, and propose the following deadlines in this matter. Plaintiffs reserve the right to seek modification of the schedule upon a showing of good cause under Federal Rule of Civil Procedure 16.

| Event | Proposed Date |
|---|---|
| Initial Case Management Conference | Set for November 18, 2022 |
| Amendment of Pleadings | March 31, 2023 |
| Further Case Management Conferences | Every 90 days |
| Plaintiffs' motion for class certification | No later than September 22, 2023 |
| Defendant's opposition to motion for class certification | No later than October 23, 2023 |
| Plaintiffs' reply in support of motion for class certification | No later than November 13, 2023 |
| Hearing on Motion for Class Certification | December 8, 2023, or as soon thereafter as is convenient for the Court |
| Deadline to Amend the Complaint Regarding Class Certification Matters | 30 days after ruling on class certification |
| ADR | 30 days after ruling on class certification |
| Close of Fact Discovery | December 15, 2023 |
| Exchange Opening Expert Reports | January 12, 2024 |
| Exchange Rebuttal Expert Reports | February 12, 2024 |
| Close of Expert Discovery | March 12, 2024 |
| Motions for summary judgment and *Daubert* motions | April 15, 2024 |
| Responses to motions for summary judgment and *Daubert* motions | May 15, 2024 |

| Event | Proposed Date |
|---|---|
| Replies in support of motions for summary judgment and *Daubert* motions | June 5, 2024 |
| Hearing on motions for summary judgment and *Daubert* motions | June 21, 2024, or as soon thereafter as is convenient for the Court |
| Final Pretrial Conference | September 20, 2024 |
| Jury Trial | October 25, 2024 |

Patreon's Position:

Patreon plans to file a motion to motion to dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6). Until the Court rules on that motion and any later motion to dismiss by Patreon and the case is at issue, it is not clear which claims and issues will remain in the case (if any), and thus Patreon believes it is premature to propose dates for class certification, designation of experts, discovery cut-off, hearing of dispositive motions, and a pretrial conference and trial.

IV.     Settlement/ADR

Pursuant to Civil Local Rule 16-10(d), the Parties state that they have agreed to meet and confer regarding the selection of an ADR process when appropriate.

Dated: November 10, 2022        By:     */s/ Simon S. Grille*

Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| Dated: November 10, 2022 | By: | */s/ Nathan Walker* |
| | | Fred Norton (CA SBN 224725) |
| | | Nathan Walker (CA SBN 206128) |
| | | Bree Hann (CA SBN 215695) |
| | | Gil Walton (CA SBN 324133) |
| | | **THE NORTON LAW FIRM PC** |
| | | 299 Third Street, Suite 200 |
| | | Oakland, CA 94607 |
| | | Telephone: (510) 906-4900 |
| | | fnorton@nortonlaw.com |
| | | nwalker@nortonlaw.com |
| | | bhann@nortonlaw.com |
| | | gwalton@nortonlaw.com |
| | | |
| | | Attorneys for Defendant |
| | | PATREON, INC. |

### **FILER'S ATTESTATION**

I, Simon S. Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Simon S. Grille*