Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING PATREON, INC.'S MOTION TO DISMISS PLAINTIFFS' CLAIMS UNDER THE VPPA, THE CLRA, AND THE "FRAUD" PRONG OF THE UCL** |

Having considered Defendant Patreon, Inc.'s Motion to Dismiss Plaintiffs' Claims Under the VPPA, the CLRA, and the "fraud" Prong of the UCL (the "Motion"), and the other papers submitted by the parties, hearing the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

- Defendant Patreon Inc.'s Motion is GRANTED;
- Plaintiffs' claims the VPPA, the CLRA, and the "fraud" prong of the UCL are dismissed in their entirety with prejudice.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE