Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

*Additional Counsel listed on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PATREON, INC. TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS** |

Plaintiffs Brayden Stark and Judd Oostyen ("Plaintiffs"), Defendant Patreon, Inc. ("Defendant" or "Patreon"), and the United States as intervenor (together, the "Parties") jointly stipulate and respectfully ask the Court to enter an order to extend the time for Patreon to file its reply brief in support of its motion to dismiss (Dkt. 48) from its current due date of January 13, 2023 for one week, to January 20, 2023.

Defendant Patreon requested this extension because its lead counsel has been unavailable to devote the necessary time to the reply brief on account of personal matters. Specifically, lead counsel was unexpectedly unavailable for much of December as he tended to a family member in Georgia in hospice; that family member passed away on December 21 and lead counsel was unavailable until December 28 while attending to funeral matters. Shortly after returning to California, lead counsel contracted COVID-19 and had been unavailable to make the necessary progress on the brief. Counsel for Plaintiffs and the United States as intervenor have agreed to the requested extension.

The Parties have discussed and agree that they will appear at the previously scheduled case management conference and hearing on Patreon's motion to dismiss set for January 27, 2023, unless the Court prefers to postpone the hearing to a later date.

| | |
|---|---|
| Dated: January 10, 2023 | Respectfully submitted,<br>THE NORTON LAW FIRM PC<br><br>*/s/ Fred Norton*<br>Fred Norton<br>Attorneys for Defendant<br>PATREON, INC. |
| Dated: January 10, 2023 | GIRARD SHARP LLP<br><br>*/s/ Simon Grille*<br>Adam E. Polk (SBN 273000)<br>Simon Grille (SBN 294914)<br>Kimberly Macey (SBN 342019)<br>Attorneys for Plaintiffs |

1

Dated:   January 10, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

By:   */s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Trial Attorney (D.C. Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for United States*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PATREON, INC. TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS
CASE NO. 3:22-CV-03131-JCS

## **ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  January 10, 2023         */s/ Fred Norton*
                                 Fred Norton

3

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PATREON, INC. TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS
CASE NO. 3:22-CV-03131-JCS