Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PATREON, INC.,<br><br>    Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF FRED NORTON IN SUPPORT OF STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS** |

DECLARATION OF FRED NORTON IN SUPPORT OF STIPULATION TO EXTEND TIME

I, Fred Norton, hereby declare:

1. I am a partner at The Norton Law Firm PC, and I am lead counsel for Defendant Patreon, Inc. ("Defendant" or "Patreon") in this case. This declaration is made in support of the concurrently filed Stipulation for an Extension of Time for Patreon, Inc. to File Its Reply Brief In Support of its Motion to Dismiss. I have personal knowledge of the facts set forth herein, and, if called upon to testify, could and would testify competently thereto.

2. Plaintiffs Brayden Stark and Judd Oostyen ("Plaintiffs"), Patreon, and the United States as intervenor have jointly stipulate and respectfully ask the Court to enter an order to extend the time for Patreon to file its reply brief in support of its motion to dismiss (Dkt. 48) from its current due date of January 13, 2023 for one week, to January 20, 2023.

3. Defendant Patreon requested this extension because I have been unavailable to devote the necessary time to the reply brief on account of personal matters. Specifically, I was unexpectedly unavailable for much of December as I tended to a family member in Georgia in hospice; that family member passed away on December 21 and I was unavailable until December 28 while attending to funeral matters. Shortly after returning to California, I contracted COVID-19 and had been unavailable to make the necessary progress on the brief. Counsel for Plaintiffs and the United States as intervenor have agreed to the requested extension.

4. The extension of time set forth above will affect the date for Patreon's reply brief, but will not alter the date of any other event or deadline already fixed by Court order.

5. The following scheduling modifications have occurred in this case:

- Pursuant to stipulation, the Court extended Patreon's time to respond to the complaint, from June 21, 2022, to August 5, 2022 (*see* ECF No. 13).
- Pursuant to stipulation, the Court extended the briefing schedule for Patreon's motion to dismiss the original Complaint (*see* ECF No. 26).
- Pursuant to stipulation, the Court twice extended the time for the United States to decide whether to intervene in this case for the purpose of defending the constitutionality of the VPPA (*see* ECF No. 34 and 43).
- Pursuant to stipulation, the Court extended the briefing schedule for Patreon's motion

Case 3:22-cv-03131-JCS   Document 52-1   Filed 01/10/23   Page 3 of 3

to dismiss the Second Amended Complaint, as follows: Plaintiffs' response deadline was continued to December 21, 2022; Patreon's reply was continued to January 13, 2023; and the hearing on the Motion was continued to January 27, 2023.

I declare under the laws of the United States that the statements in this declaration are true and correct to the best of my knowledge, and that this declaration was executed on January 10, 2023 in Oakland, California.

Dated:  January 10, 2023                          By:     */s/ Fred Norton*
                                                                  Fred Norton

2
DECLARATION OF FRED NORTON IN SUPPORT OF STIPULATION TO EXTEND TIME