Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
kmacey@girardsharp.com

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>PATREON, INC.,<br><br>  Defendant. | Case No.  3:22-cv-03131-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  February 10, 2023<br>Time:  9:30 a.m.<br>Courtroom: F, 15th Floor<br><br>Judge: Hon. Joseph C. Spero |

Pursuant to Civil Local Rule 16-10(d), Plaintiffs Brayden Stark and Judd Oostyen ("Plaintiffs"), and Defendant Patreon, Inc. ("Patreon") (collectively, "the Parties") hereby provide this Joint Case Management Statement in advance of the Court's Case Management Conference scheduled for February 10, 2023.

## I.   Developments Since the Initial Case Management Statement:

The Parties report the following developments in this action since their November 10, 2022 Joint Case Management Statement (ECF No. 46):

A. The Court continued the Case Management Conference from November 18, 2022, to January 27, 2023 (ECF No. 47).

B. Patreon filed its Motion to Dismiss Plaintiffs' Claims Under the VPPA, the CLRA, and the "Fraud" Prong of the UCL ("Motion to Dismiss") on November 23, 2022 (ECF No. 48).

C. On December 5, 2022, the United States of America intervened in the matter for the limited purpose of defending the constitutionality of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, and filed a brief in opposition to Patreon's First Amendment challenge (ECF No. 49).

D. Plaintiffs Maryann Owens and Kevin Black filed a notice of voluntary dismissal of their claims without prejudice (ECF No. 50).

E. Plaintiffs filed an Opposition to Patreon's Motion to Dismiss on December 21, 2022 (ECF No. 51).

F. On January 10, 2023, per stipulation of the parties, the Court continued Patreon's deadline to file a Reply to Plaintiffs' Opposition to Patreon's Motion to Dismiss to January 20, 2023, and also continued the Case Management Conference and Motion Hearing to February 10, 2023 (ECF No. 53).

G. Patreon filed its Reply in Support of its Motion to Dismiss on January 20, 2023 (ECF No. 54).

## II. Discovery Status

Plaintiffs served Early Rule 34 Requests for Production on Defendant on July 20, 2022. Defendant served Early Rule 34 Requests for Production on Plaintiff on July 26, 2022. Both Parties have exchanged initial disclosures and have exchanged objections and responses to the initial discovery requests.

This Court entered the Parties' Stipulated Protective Order (ECF No. 29) and the Parties' Stipulation Regarding Discovery of Electronically Stored Information (ECF No. 30) on August 23, 2022.

Plaintiff served a second set of Requests for Production of Documents on December 20, 2022. Patreon responded with objections and responses to this set of Requests for Production of Documents on January 19, 2023. The parties are conferring about Patreon's responses and objections. Both Parties have produced documents and are continuing to produce documents on a rolling basis. The Parties are also continuing to meet and confer about specific requests.

## III. Case Schedule

<u>Plaintiffs' Position:</u>

This Court has not yet entered a case schedule. Plaintiffs' position is that this Court should enter a case schedule and propose the following deadlines in this matter. Plaintiffs reserve the right to seek modification of the schedule upon a showing of good cause under Federal Rule of Civil Procedure 16.

| Event | Proposed Date |
|---|---|
| Initial Case Management Conference | Set for February 10, 2023 |
| Amendment of Pleadings | March 31, 2023 |
| Further Case Management Conferences | Every 90 days |
| Plaintiffs' motion for class certification | No later than September 22, 2023 |
| Defendant's opposition to motion for class certification | No later than October 23, 2023 |
| Plaintiffs' reply in support of motion for class certification | No later than November 13, 2023 |
| Hearing on Motion for Class Certification | December 8, 2023, or as soon thereafter as is convenient for the Court |
| Deadline to Amend the Complaint Regarding Class Certification Matters | 30 days after ruling on class certification |

| Event | Proposed Date |
|---|---|
| ADR | 30 days after ruling on class certification |
| Close of Fact Discovery | December 15, 2023 |
| Exchange Opening Expert Reports | January 12, 2024 |
| Exchange Rebuttal Expert Reports | February 12, 2024 |
| Close of Expert Discovery | March 12, 2024 |
| Motions for summary judgment and *Daubert* motions | April 15, 2024 |
| Responses to motions for summary judgment and *Daubert* motions | May 15, 2024 |
| Replies in support of motions for summary judgment and *Daubert* motions | June 5, 2024 |
| Hearing on motions for summary judgment and *Daubert* motions | June 21, 2024, or as soon thereafter as is convenient for the Court |
| Final Pretrial Conference | September 20, 2024 |
| Jury Trial | October 25, 2024 |

Patreon's Position:

Until the Court rules on Patreon's pending Motion Dismiss and any later motion to dismiss by Patreon and the case is at issue, it is not clear which claims and issues will remain in the case (if any), and thus Patreon believes it is premature to propose dates for class certification, designation of experts, discovery cut-off, hearing of dispositive motions, and a pretrial conference and trial.

**IV.     Settlement/ADR**

Pursuant to Civil Local Rule 16-10(d), the Parties state that they have agreed to meet and confer regarding the selection of an ADR process when appropriate.

Dated: February 3, 2023          By:     /s/ Simon S. Grille
                                         Adam E. Polk (SBN 273000)
                                         Simon Grille (SBN 294914)
                                         Trevor T. Tan (SBN 281045)
                                         Kimberly Macey (SBN 342019)
                                         **GIRARD SHARP LLP**
                                         601 California Street, Suite 1400
                                         San Francisco, CA 94108

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Telephone: (415) 981-4800 |
| 2 |   |   | Facsimile: (415) 981-4846 |
|   |   |   | apolk@girardsharp.com |
| 3 |   |   | sgrille@girardsharp.com |
|   |   |   | ttan@girardsharp.com |
| 4 |   |   | kmacey@girardsharp.com |
| 5 |   |   | *Attorneys for Plaintiffs* |
| 6 |   |   |   |
| 7 | Dated: February 3, 2023 | By: | */s/ Nathan Walker* |
| 8 |   |   | Fred Norton (CA SBN 224725) |
|   |   |   | Nathan Walker (CA SBN 206128) |
| 9 |   |   | Bree Hann (CA SBN 215695) |
|   |   |   | Gil Walton (CA SBN 324133) |
| 10 |   |   | **THE NORTON LAW FIRM PC** |
|   |   |   | 299 Third Street, Suite 200 |
| 11 |   |   | Oakland, CA 94607 |
| 12 |   |   | Telephone: (510) 906-4900 |
|   |   |   | fnorton@nortonlaw.com |
| 13 |   |   | nwalker@nortonlaw.com |
|   |   |   | bhann@nortonlaw.com |
| 14 |   |   | gwalton@nortonlaw.com |
| 15 |   |   |   |
| 16 |   |   | Attorneys for Defendant PATREON, INC. |

**FILER'S ATTESTATION**

I, Simon S. Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

              */s/ Simon S. Grille*