# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| **Case No.:** 22-cv-03131-JCS | **Case Name:** Stark v. Patreon, Inc. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: February 10, 2023 | **Time:** 9:31-10:42 (1 H 11 M) |

**Attorney for Plaintiff:** Simone Grille, Trevor Tan
**Attorney for Defendant:** Nathan Walker, Fred Norton
**Attorney for Interested Party USA:** Leslie Cooper Vigen

**Deputy Clerk:** Karen Hom     **Court Reporter:** Ruth Levine Ekhaus

## ZOOM WEBINAR PROCEEDINGS

1. Motion to Dismiss First Amended Complaint [dkt 48] – Submitted
2. Initial Case Mgmt Conference – Not Held

## ORDERED AFTER HEARING

Oral arguments were heard. Motion taken under submission.
Updated joint case management conference statement due 4/7/2023.

**CASE CONTINUED TO:**   04/14/2023 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**Order to be prepared by:**
 [ ] Plaintiff      [ ] Defendant      [X] Court