UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>ZOOM CIVIL MINUTE ORDER</u>

| **Case No.:** 22-cv-03131-JCS | **Case Name:** Stark v. Patreon, Inc. | |
|---|---|---|
| **Magistrate Judge:** JOSEPH C. SPERO | **Date**: April 14, 2023 | **Time:** 29 M (2:40-3:04) |

**Attorney for Plaintiff:** Simon Grille
**Attorney for Defendant:** Nate Walker, Fred Norton for Patreon
**Attorney for Interested Party USA:** Leslie Vigen

**Deputy Clerk:** Karen Hom                **Court Reporter:** Not Reported

<u>ZOOM WEBINAR PROCEEDINGS</u>

1. Further Case Mgmt Conference - Held

<u>**ORDERED AFTER HEARING**</u>

The Motion to Bifurcate Discovery is DENIED, and discovery is open.
The Motion to Bifurcate Trial is DENIED without prejudice.
Except as modified, the Court adopted Plaintiff's schedule in the joint cmc statement, ECF 64.
Stipulation on briefing and disclosure of experts on constitutional question due by 4/21/2023.
Updated joint case mgmt. conference statement due 7/7/2023

**CASE CONTINUED TO:**   07/14/2023 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**PRETRIAL SCHEDULE:**

**Last day to seek leave to amend pleadings:  6/30/2023. No new parties may be added without leave of court.**
**Discovery Cutoff on Constitutional Question: 5/15/2023**
**Plaintiff's Motion for Class Certification to be filed no later than 3/15/2024. The reply brief is due four (4) weeks before the scheduled hearing date.**
**Discovery Cutoff: 7/10/2024**
**Expert Disclosure:    08/24/2024**
**Expert Rebuttal:  09/12/2024**
**Expert Discovery Cutoff:  10/14/2024**
**Pretrial Conference: will be set later.**
**Trial:   will be set later.**