Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Bree Hann (SBN 215695)
bhann@nortonlaw.com
Nathan Walker (SBN 206128)
nwalker@nortonlaw.com
Gil Walton (SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910

Attorneys for Defendant
PATREON, INC.

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER ON BRIEFING AND DISCOVERY ON CONSTITUTIONAL QUESTION**<br><br>Judge: Hon. Joseph C. Spero |

In accordance with the instructions the Court gave at the Case Management Conference on April 14, 2023, Plaintiffs Brayden Stark and Judd Oostyen ("Plaintiffs"), and Defendant Patreon, Inc. ("Patreon") (collectively, "the Parties") stipulate to—and respectfully ask the Court to approve—the schedule below for briefing and discovery on the question of whether the Video Privacy Protection Act violates the First Amendment to the U.S. Constitution:

| Event | Date |
| --- | --- |
| Each party to identify any issues on which they intend to offer expert(s) in connection with Defendant's Motion for Summary Judgment Re: Constitutional Question | August 23, 2023 |
| Last day for fact discovery on Constitutional Question, for purposes of Defendant's Motion for Summary Judgment Re: Constitutional Question | September 22, 2023 |
| Opening expert reports related to Constitutional Questions (simultaneous exchange) | September 22, 2023 |
| Rebuttal expert reports related to Constitutional Question (simultaneous exchange) | October 20, 2023 |
| Last day for expert depositions related to Constitutional Question | November 3, 2023 |
| Defendant's Motion for Summary Judgment Re: Constitutional Question | November 17, 2023 |
| Plaintiffs' Opposition to Defendant's Motion for Summary Judgment Re: Constitutional Question | December 21, 2023 |
| Defendant's Reply In Support of its Motion for Summary Judgment Re: Constitutional Question | January 19, 2024 |
| Hearing on Defendant's Motion for Summary Judgment Re: Constitutional Question | February 16, 2024 |

The Court has ordered that Plaintiffs' motion for class certification shall be filed no later than March 15, 2024. (*See* Order Dkt. 65). The Parties shall stipulate to a briefing schedule within 5 days of the filing, provided that, as the Court has ordered (*see id.*), the reply brief shall be filed four weeks before the scheduled hearing date.

The Parties reserve the right to seek modification of the schedule upon a showing of good cause under Federal Rule of Civil Procedure 16.

| | | | |
|---|---|---|---|
| Dated: April 20, 2023 | | By: | */s/ Simon S. Grille* |

Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Kimberly Macey (SBN 342019)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
kmacey@girardsharp.com

Attorneys for Plaintiffs

| | | | |
|---|---|---|---|
| Dated: April 20, 2023 | | By: | */s/ Nathan Walker* |

Fred Norton (CA SBN 224725)
Nathan Walker (CA SBN 206128)
Bree Hann (CA SBN 215695)
Gil Walton (CA SBN 324133)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900
fnorton@nortonlaw.com
nwalker@nortonlaw.com
bhann@nortonlaw.com
gwalton@nortonlaw.com

Attorneys for Defendant
PATREON, INC.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Date: April 21, 2023

3  _____
   Honorable Joseph C. Spero
4  UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

I, Nathan Walker, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Nathan Walker*