Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com

*Attorneys for Plaintiffs*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PATREON, INC.,<br><br>    Defendant. | Case No.  3:22-cv-03131-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  July 14, 2023<br>Time:  2:00 p.m.<br>Courtroom: F, 15th Floor<br><br>Judge: Hon. Joseph C. Spero |

Pursuant to Civil Local Rule 16-10(d), Plaintiffs Brayden Stark and Judd Oostyen ("Plaintiffs"), and Defendant Patreon, Inc. ("Patreon") (collectively, "the Parties") hereby provide this Joint Case Management Statement in advance of the Court's Case Management Conference scheduled for July 14, 2023.

**I.      Developments Since the Last Case Management Statement:**

The Parties report the following developments in this action since their April 7, 2023 Joint Case Management Statement (ECF No. 64):

A. The Court held a Case Management Conference on April 14, 2023 (ECF No. 65). Following the conference, the Court set the following deadlines (*See Id.*):

- 6/30/2023: Last day to seek leave to Amend Pleadings;
- 7/7/2023: Case Management Statement due;
- 7/14/2023: Case Management Conference;
- 3/15/2024: Motion for Class Certification due;
- 7/10/2024: Close of Fact Discovery;
- 8/24/2024: Designation of Experts due;
- 9/12/2024: Rebuttal Reports due; and
- 10/14/2024: Close of Expert Discovery.

B. On April 21, 2023, the Court granted the Parties' Stipulation on Briefing and Discovery of Constitutional Question (ECF No. 67). In its Order granting the Stipulation, the Court set the following deadlines (*See Id.*):

- August 23, 2023: Each party to identify any issues on which they intend to offer expert(s) in connection with Defendant's Motion for Summary Judgment Re: Constitutional Question;
- September 22, 2023: Last day for fact discovery on Constitutional Question, for purposes of Defendant's Motion for Summary Judgment Re: Constitutional Question;
- November 17, 2023: Defendant's Motion for Summary Judgment Re: Constitutional Question;

- December 21, 2023: Plaintiffs' Opposition to Defendant's Motion for Summary Judgment Re: Constitutional Question;
- January 19, 2024: Defendant's Reply In Support of its Motion for Summary Judgment Re: Constitutional Question; and
- 2/16/2024: Hearing on Motion for Summary Judgment re: Constitutional Question.

## II. Merits and Class Discovery

The Parties are producing documents on a rolling basis and conferring regarding the scope of production in response to specific Requests for Production. Plaintiffs are scheduled to depose Patreon designees under Fed. Rule of Civil Procedure 30(b)(6) on July 25 and August 1. The Parties are finalizing their negotiation of the topics for these depositions.

Plaintiffs are negotiating with nonparty Meta Platforms, Inc. ("Meta") regarding their subpoena requesting the Production of Documents. Plaintiffs have substantially narrowed the scope of their requests for purposes of obtaining documents and data relevant to class certification without prejudice to seeking additional information as the litigation progresses. If Plaintiffs and Meta are unable to agree to the scope of an initial production, Plaintiffs intend to seek to enforce their subpoena.

## III. Discovery Related to the First Amendment

Both parties have issued subpoenas to third parties requesting the production of documents related to the First Amendment briefing. These subpoenas include requests relating to the policies and practices of the subpoenaed party regarding transmission of personally identifiable information to third parties and/or law enforcement agencies.

## IV. Settlement/ADR

The Parties mediated with retired judge Jeremy Fogel on June 27, 2023 but did not reach agreement as to resolution. The parties have agreed to continue their discussions with the assistance of Judge Fogel.

| | | | |
|---|---|---|---|
| Dated: July 7, 2023 | | By: | /s/ Simon S. Grille |

Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com

*Attorneys for Plaintiffs*

| | | | |
|---|---|---|---|
| Dated: July 7, 2023 | | By: | /s/ Nathan Walker |

Fred Norton (CA SBN 224725)
Nathan Walker (CA SBN 206128)
Bree Hann (CA SBN 215695)
Gil Walton (CA SBN 324133)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900
fnorton@nortonlaw.com
nwalker@nortonlaw.com
bhann@nortonlaw.com
gwalton@nortonlaw.com

Attorneys for Defendant
PATREON, INC.

## **FILER'S ATTESTATION**

I, Simon S. Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

/s/ Simon S. Grille