Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated, | Case No.  3:22-cv-03131-JCS |
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT** |
| v. | Date:  October 6, 2023 |
| PATREON, INC., | Time:  2:00 p.m. |
| Defendant. | Courtroom: D, 15th Floor |
| | Judge: Hon. Joseph C. Spero |

1        Pursuant to Civil Local Rule 16-10(d), Plaintiffs Brayden Stark and Judd Oostyen ("Plaintiffs"),

2 and Defendant Patreon, Inc. ("Patreon") (collectively, "the Parties") hereby provide this Joint Case

3 Management Statement in advance of the Court's Case Management Conference scheduled for October

4 6, 2023.

5 **I.      Developments Since the Last Case Management Statement:**

6        The Parties report the following developments in this action since their July 7, 2023, Joint Case

7 Management Statement (ECF No. 68):

8       A.     The Court continued the Case Management Conference from July 14, 2023, to October 6,

9              2023 (ECF No. 69);

10       B.     The parties engaged in fact discovery as described in Sections II below;

11       C.     On September 22, 2023, the last day for fact discovery on the Constitutional Question,

12              for purposes of Defendant's Motion for Summary Judgment Re: Constitutional Question

13              passed;

14       D.     On September 22, 2023, the Parties exchanged opening expert reports in connection with

15              Defendant's Motion for Summary Judgment Re: Constitutional Question.

16 **II.     Discovery**

17        Discovery is ongoing. Plaintiffs deposed three of Patreon's designees under Federal Rule of Civil

18 Procedure 30(b)(6) on July 25, August 1, and September 28, 2023. Patreon is scheduled to depose

19 Plaintiff Brayden Stark on October 4, and the parties are in the process of scheduling the deposition of

20 Plaintiff Judd Oostyen.

21        The Parties have exchanged written discovery and are producing documents on a rolling basis.

22 The Parties are continuing to meet and confer with respect to specific requests. Plaintiffs have asked that

23 Patreon run additional search terms in several of its databases in response to Plaintiffs' existing RFPs.

24 Patreon has declined to do so and has stated that it believes Plaintiffs' request that Patreon run additional

25 search terms is unreasonable as to both timing and the overbreadth of the terms.  Lead trial counsel for

26 the parties conferred by video conference on September 29 with respect to both the Plaintiffs' RFPs, and

27 the second and third set of RFPs and first set of interrogatories that Patreon served on Plaintiffs. This

28 September 29th video conference was the parties' first meet and confer regarding Plaintiffs' responses

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-cv-03131-JCS

1  and objections to Patreon's second and third set of RFPs and first set of interrogatories. Plaintiffs are

2  considering the points raised by Patreon regarding their discovery responses during this conference.

3  Plaintiffs and Patreon anticipate submitting a Joint Letter in line with the Court's Civil Standing Order if

4  they are unable to resolve their disputes.

5          Nonparty Meta Platforms, Inc. ("Meta") made an initial production of documents in response to

6  Plaintiffs' subpoena. Plaintiffs are conferring with Meta regarding that production and anticipate further

7  productions from Meta.

8          Defendant Patreon served subpoenas to third parties requesting the production of documents

9  related to the First Amendment briefing.  These subpoenas include requests relating to the policies and

10  practices of the subpoenaed party regarding transmission of personally identifiable information to third

11  parties and/or law enforcement agencies.  A number of the third parties – including the National Center

12  for Missing and Exploited Children and Meta – have produced declarations and/or documents in

13  response to Patreon's subpoenas, and Patreon has provided these materials to Plaintiffs.  Plaintiffs have

14  also served subpoenas, received responses, and have been serving those responses on Patreon.

15          Patreon served on intervenor the United States of America[1] requests for production of documents

16  and requests for admissions related to the First Amendment briefing.  Patreon and the United States have

17  met and conferred in an effort to resolve disputes over the United States' responses to these discovery

18  requests.  Patreon and the United States anticipate submitting a Joint Letter in line with the Court's Civil

19  Standing Order.

20          Patreon contends that the expert report of law professor Neil Richards that Plaintiffs served in

21  connection with Patreon's First Amendment defense expresses inadmissible opinions on questions of

22  law.  If Plaintiffs do not withdraw the report, Patreon expects that it will move to strike. Plaintiffs

23  disagree with Patreon's contention that the expert report of law professor Neil Richards is inadmissible.

24  **III.    Case Schedule**

25          The current case schedule is as follows (ECF No. 67):

26          • Rebuttal expert reports related to Constitutional Question: October 20, 2023

27

28  [1] The United States has intervened in this case for the purpose of defending the constitutionality of the
VPPA.  (ECF No. 49).

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-cv-03131-JCS

- Last day for expert depositions related to Constitutional Question: November 3, 2023
- Defendant's Motion for Summary Judgment Re: Constitutional Question: November 17, 2023
- Plaintiffs' Opposition to Defendant's Motion for Summary Judgment Re: Constitutional Question:  December 21, 2023
- Defendant's Reply In Support of its Motion for Summary Judgment Re: Constitutional Question: January 19, 2024
- Hearing on Defendant's Motion for Summary Judgment Re: Constitutional Question February 16, 2024
- Plaintiff's Motion for Class Certification: March 15, 2024

The United States has requested that the schedule in this case be modified such that summary judgment briefing on the constitutionality of the VPPA would be either combined with, or postdate, summary judgment briefing on any other subject.  The government reached out to counsel for Plaintiffs and Defendant to confer about this request on September 28, 2023.  Plaintiffs do not object to the United States' request to modify the schedule.  Defendant's counsel has not yet had a sufficient opportunity to consider the government's request or to confer meaningfully with their client, but Defendant would likely oppose the request.  The parties and the United States will endeavor to continue to meet and confer in advance of the CMC and to be prepared to discuss the United States' request to modify the schedule during the CMC.

**IV.     Settlement/ADR**

The Parties mediated with retired judge Jeremy Fogel on June 27, 2023, but did not reach agreement as to resolution. The parties are scheduled to mediate again with Judge Fogel on November 15, 2023.


Dated: September 29, 2023                                    By: */s/ Reid Gaa*
                                                                              Adam E. Polk (SBN 273000)
                                                                              Simon Grille (SBN 294914)
                                                                              Trevor T. Tan (SBN 281045)
                                                                              Reid Gaa (SBN 330141)

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-cv-03131-JCS

1

2

**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

3

4

5

6

*Attorneys for Plaintiffs*

7

8

9 Dated: September 29, 2023

By: */s/ Nathan Walker*
Fred Norton (CA SBN 224725)
Nathan Walker (CA SBN 206128)
Bree Hann (CA SBN 215695)
Gil Walton (CA SBN 324133)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900
fnorton@nortonlaw.com
nwalker@nortonlaw.com
bhann@nortonlaw.com
gwalton@nortonlaw.com

Attorneys for Defendant
PATREON, INC.

10

11

12

13

14

15

16

17

18

19

20

21 **FILER'S ATTESTATION**

22     I, Reid Gaa, am the ECF User whose ID and password are being used to file this document. In

23 compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

24                                  */s/ Reid Gaa*

25

26

27

28

4

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:22-cv-03131-JCS