**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| **Case No.:** 22-cv-03131-JCS | **Case Name:** Stark v. Patreon, Inc. | |
|---|---|---|
| **Magistrate Judge:** JOSEPH C. SPERO | **Date**: October 6, 2023 | **Time:** 27 M (3:02-3:29 |

**Attorney for Plaintiff:** Simone Grille
**Attorney for Defendant:** William Fred Norton, Nathan Walker
**Attorney for Interested Party USA :** Leslie Vigen

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Further Case Mgmt Conference - Held

<u>**ORDERED AFTER HEARING**</u>

Parties to resolve their discovery issues on their own.
Plaintiff and Interested Party USA shall file an opening brief on the issue of when the Court should consider the constitutionality statute by 10/13/2023.
Defendant may file a response/opposition by 10/20/2023.
Plaintiff and Interested Party may file a reply brief by 10/27/2023.
Court will contact counsel if a hearing will be necessary.
Updated joint case management conference statement due February 9, 2024.

**CASE CONTINUED TO:**   February 16, 2024 at 9:30 AM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.