BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

LESLIE COOPER VIGEN
Senior Trial Counsel (DC Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for United States*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Brayden STARK, Judd OOSTYEN, Kevin BLACK, and Maryann OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | **No. 3:22-cv-03131-JCS**<br><br>**UNITED STATES OF AMERICA'S NOTICE**<br><br>Hon. Joseph C. Spero |

The United States of America respectfully notifies the Court that, upon further consideration, it has elected not to file a separate motion to modify the scheduling order in this matter, which would be due today under the Court's Minute Order of October 6, 2023. *See* ECF No. 72.

The United States reserves the right to argue in its response to Defendant's forthcoming motion for summary judgment that the Court should refrain from

ruling on a facial constitutional challenge prior to considering the non-constitutional grounds for resolving this matter that Defendant has stated it intends to raise at summary judgment. *See, e.g.*, *Gulf Oil Co. v. Bernard*, 452 U.S. 89, 99 (1981); *Fox Television Stations, Inc. v. Aereokiller, LLC*, 851 F.3d 1002, 1013 (9th Cir. 2017) ("We therefore adhere to the 'well established principle that the Court will not decide a constitutional question if there is some other ground upon which to dispose of the case.'" (quoting *Bond v. United States*, 572 U.S. 844, 855 (2014))).

Dated: October 13, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, D.C. 20005
Telephone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for United States*