AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Brayden Stark et al, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-03131 |
| Patreon, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patreon, Inc.

Date: 11/16/2023

/s/ Celine G. Purcell
*Attorney's signature*

Celine G. Purcell (305158)
*Printed name and bar number*

The Norton Law Firm PC
299 Third Street, Suite 200
Oakland CA 94607
*Address*

cpurcell@nortonlaw.com
*E-mail address*

(510) 906-4900
*Telephone number*

*FAX number*