Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING PATREON, INC.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' VPPA CLAIMS ON THE GROUND THAT THE VPPA VIOLATES THE FIRST AMENDMENT** |

1  Having considered Defendant Patreon, Inc.'s Motion for Summary Judgment On Plaintiffs'
2  VPPA Claims on The Ground That The VPPA Violates the First Amendment ("Motion for Summary
3  Judgment"), and the other papers submitted by the parties, hearing the arguments of counsel, and good
4  cause appearing, IT IS HEREBY ORDERED that Defendant Patreon's Motion for Summary Judgment
5  is GRANTED.

   IT IS SO ORDERED.

   Dated: _____

   _____
   HON. JOSEPH C. SPERO
   UNITED STATES DISTRICT JUDGE