# EXHIBIT 76

Unset
```
{
 "$insert_id": "e2fb3002-8db9-4518-8a48-c832d3782f9a",
 "$schema": 13,
 "_time": 1575150862502,
 "amplitude_attribution_ids": null,
 "amplitude_id": 124641730618,
 "app": 131297,
 "city": "Flagstaff",
 "client_event_time": "2019-11-30 21:54:22.502000",
 "client_upload_time": "2019-11-30 21:54:27.276000",
 "country": "United States",
 "data": {
  "group_ids": null
 },
 "device_carrier": null,
 "device_family": "Apple iOS",
 "device_id": "[Redacted]",
 "device_type": null,
 "display_name": "Sign Up : Success",
 "dma": "Phoenix, AZ",
 "event_id": 1575150867,
 "event_properties": {
  "method": "email",
  "origin_pathname": "[Redacted]
 },
 "event_time": "2019-11-30 21:54:22.502000",
 "event_type": "Sign Up : Success",
 "group_properties": {
 },
 "groups": {
 },
 "ip_address": "[Redacted]",
 "language": "English",
 "library": "http/1.0",
```

```
"location_lat": null,
"location_lng": null,
"os": "Mobile Safari UI/WKWebView 13",
"os_name": "Mobile Safari UI/WKWebView",
"os_version": "13",
"partner_id": null,
"paying": null,
"plan": null,
"platform": "Web",
"processed_time": "2019-11-30 21:54:30.774000",
"region": "Arizona",
"sample_rate": null,
"server_received_time": "2019-11-30 21:54:27.276000",
"server_upload_time": "2019-11-30 21:54:27.283000",
"session_id": 1575150859409,
"source_id": null,
"start_version": "d9229a421667e92ec72a5e4a9e8ad0de80f71edd",
"timeline_hidden": false,
"user_id": "27583806",
"user_properties": {
 "device_id_bucket": 110,
 "initialLandingPage": "<Redacted                              ",
 "initial_referrer":
"<https://Redacted




 "initial_referring_domain": "l.instagram.com",
 "is_bot": false,
 "is_creator": false,
 "is_launched": false,
 "is_logged_in": true,
 "is_patron": false,
 "is_team_lead": false,
 "last_month_income_cents": 0,
 "last_month_paid_patronage": 0,
```

```
  "referrer":
"<https://████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████

  "referring_domain": "l.instagram.com",
  "user_id_bucket": 861
 },
 "uuid": "██████████████████████████████████████",
 "version_name": "d████████████████████████████████████"
}
```

3