# EXHIBIT 77

