# EXHIBIT 78





 Sign Up | Patreon