# EXHIBIT 79




