# EXHIBIT 80

```
/**
 * @author @Patreon/creator-activation
 **/

import find from 'lodash/find'

import React from 'react'
import { Box, Text, TextButton } from '@patreon/studio'

const pages = [
    {
        id: 1,
        route: 'legal',
        hero: {
            thumb: 'https://c5.patreon.com/external/marketing/legal/terms.png',
            title: 'Terms of use',
            body: (
                <>
                    <Box mb={4}>
                        <Text el={Text.Element.P}>
                            Patreon is a membership platform that enables
                            creators to be paid by their fans. One of our core
                            behaviors is to put creators first, and these terms
                            attempt to do that. We know that most people skim
                            through terms of use because they're boring, but we
                            have done everything we can to make this easy to get
                            through. Above every section we'll summarize the
                            most important parts, but these summaries are not
                            legally binding, so please look at the full version
                            of the text if you have questions.
                        </Text>
                    </Box>
                </>
            ),
        },
        articles: [
            {
                title: 'Welcome to Patreon!',
                subtitle: 'TLDR: By using Patreon you agree to these terms.',
                body: (
                    <Box mb={4}>
                        <Text el={Text.Element.P}>
                            These are Patreon's terms of use, and they apply to
                            all users of the Patreon platform. "We," "our" or
                            "us" refers to Patreon Inc. and our subsidiaries.
                            "Patreon" refers to this platform and the services
                            offered by us.
                        </Text>
                        <Text el={Text.Element.P}>
                            By using Patreon you agree to these terms and to the{'
```

```
'}
                            <TextButton
                                ariaLabel="Other Policies"
                                href="https://patreon.com/policy"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                other policies
                            </TextButton>{' '}
                            we post. Please read them carefully and let us know
                            if you have any questions. For information about our
                            data practices, please see our{' '}
                            <TextButton
                                ariaLabel="Privacy Policy"
                                href="https://privacy.patreon.com"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Privacy Policy
                            </TextButton>
                            , including our{' '}
                            <TextButton
                                ariaLabel="Cookie Policy"
                                href="https://patreon.com/policy/cookies"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Cookie Policy
                            </TextButton>
                            . We can collect and use your information in
                            accordance with those policies.
                        </Text>
                    </Box>
                ),
            },
            {
                title: 'Your account',
                subtitle:
                    'TLDR: You must be at least 13 years old to register for an
account. You are responsible for your account.',
                body: (
```

```
                <>
                    <Box mb={4}>
                        <Text el={Text.Element.P}>
                            When you create an account you must provide us
                            with accurate information.
                        </Text>
                        <Text el={Text.Element.P}>
                            To create an account you must be at least 13
                            years old. To join a creator’s membership as a
                            patron, or provide a membership as a creator,
                            you must be at least 18 years old or have your
                            parent’s permission.
                        </Text>
                        <Text el={Text.Element.P}>
                            You are responsible for anything that occurs
                            when anyone is signed in to your account, as
                            well as the security of the account. Please{' '}
                            <TextButton
                                ariaLabel="Contact Us"

href="https://support.patreon.com/hc/en-us/requests/new"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                contact us
                            </TextButton>{' '}
                            immediately if you believe your account is
                            compromised. You can learn more about security
                            on our{' '}
                            <TextButton
                                ariaLabel="Security Policy"
                                href="https://patreon.com/policy/security"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Security Policy
                            </TextButton>{' '}
                            page.
                        </Text>
                    </Box>
                </>
            ),
        },
        {
```

```
title: 'Abusive conduct',
subtitle:
    'TLDR: Be responsible and don't violate our policies.',
body: (
    <>
        <Box mb={4}>
            <Text el={Text.Element.P}>
                You are responsible for all activity on your
                account. If you violate our policies we may
                terminate your account.
            </Text>
            <Text el={Text.Element.P}>
                Don't do anything illegal, abusive towards
                others, or that abuses our site in a technical
                way. If you are a creator raising funds on
                Patreon, we may be held accountable for what you
                do with those funds. As a result, we also look
                at what you do with your membership off our
                platform.
            </Text>
            <Text el={Text.Element.P}>
                You can find more detailed information in the{' '}
                <TextButton
                    ariaLabel="Community Guidelines"
                    href="https://patreon.com/policy/guidelines"
                    weight={TextButton.Weight.Normal}
                    variant={TextButton.Variant.Primary}
                    size={TextButton.Size.Md}
                    target={TextButton.Target.Blank}
                    inline
                >
                    Community Guidelines
                </TextButton>{' '}
                and{' '}
                <TextButton
                    ariaLabel="Security Policy"
                    href="https://patreon.com/policy/security"
                    weight={TextButton.Weight.Normal}
                    variant={TextButton.Variant.Primary}
                    size={TextButton.Size.Md}
                    target={TextButton.Target.Blank}
                    inline
                >
                    Security Policy
                </TextButton>
                . These policies cover most issues, but if you
                find a new and creative way to hurt Patreon or
                our community we may take action to prevent it.
            </Text>
        </Box>
```

```
                </>
            ),
        },
        {
            title: 'All about being a creator',
            subtitle:
                'TLDR: A creator is someone who offers membership to patrons on
Patreon. There are a lot of details here involving payments, fees, taxes and
restrictions that you should read in full if you are a creator.',
            body: (
                <>
                    <Box mb={4}>
                        <Box mt={4}>
                            <Text
                                el={Text.Element.P}
                                weight={Text.Weight.Bold}
                            >
                                Membership
                            </Text>
                            <Text el={Text.Element.P}>
                                To become a creator simply launch your page
                                to start your membership. Memberships are
                                for your most passionate fans. You’re
                                inviting them to be part of something
                                exciting that gives them unique benefits
                                they want, like additional access,
                                merchandise, exclusivity, and engaging
                                experiences. In exchange, patrons pay on a
                                subscription basis.
                            </Text>
                        </Box>
                        <Box mt={4}>
                            <Text
                                el={Text.Element.P}
                                weight={Text.Weight.Bold}
                            >
                                Payments
                            </Text>
                            <Text el={Text.Element.P}>
                                As a creator you make your membership
                                available on Patreon, and we provide
                                membership to your patrons on a subscription
                                basis. We also handle payments issues such
                                as fraud, chargebacks and resolution of
                                payments disputes.
                            </Text>
                            <Text el={Text.Element.P}>
                                We try to provide timely access to your
                                funds, but you may occasionally experience
                                delays in accessing your funds. We may also
```

```
                                        block or hold payments for violations of our
                                        policies or for compliance reasons,
                                        including collecting tax reporting
                                        information. When payments are delayed or
                                        blocked we try to communicate the reason to
                                        you promptly. If you have questions about a
                                        payments block, please{' '}
                                        <TextButton
                                            ariaLabel="Reach Out to Us"

href="https://patreon.zendesk.com/hc/en-us/requests/new"
                                            weight={TextButton.Weight.Normal}
                                            variant={TextButton.Variant.Primary}
                                            size={TextButton.Size.Md}
                                            target={TextButton.Target.Blank}
                                            inline
                                        >
                                            reach out to us
                                        </TextButton>
                                        . In order to protect creators, we may block
                                        patrons' payments if we believe them to be
                                        fraudulent.
                                    </Text>
                                    <Text el={Text.Element.P}>
                                        Sometimes activities like refunds can put
                                        your account balance into the negative. If
                                        your balance becomes negative then we may
                                        recover those funds from future payments.
                                    </Text>
                                </Box>
                                <Box mt={4}>
                                    <Text
                                        el={Text.Element.P}
                                        weight={Text.Weight.Bold}
                                    >
                                        Fees
                                    </Text>
                                    <Text el={Text.Element.P}>
                                        As a creator there are two fees associated
                                        with your membership on Patreon. The first
                                        is the platform fee, which varies depending
                                        on the{' '}
                                        <TextButton
                                            ariaLabel="Service Plans"

href="https://www.patreon.com/product/pricing"
                                            weight={TextButton.Weight.Normal}
                                            variant={TextButton.Variant.Primary}
                                            size={TextButton.Size.Md}
                                            target={TextButton.Target.Blank}
```

```
                                    inline
                        >
                            level of service you select
                        </TextButton>
                        . The second is the payment processing fee,
                        which is 2.9% plus 30 cents per successful
                        pledge for pledges over $3, and 5% plus 10
                        cents per successful pledge for pledges of
                        $3 or less. PayPal payments from non-US
                        patrons have an additional 1% fee.{' '}
                        <TextButton
                            ariaLabel="Founding Creator Pricing"
    href="https://support.patreon.com/hc/en-us/articles/360024952552#founderspricing"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            Founding creators
                        </TextButton>{' '}
                        have a legacy platform fee and the legacy
                        payment processing rate. The legacy payment
                        processing rate varies depending on a number
                        of factors, including the membership
                        subscription amount, card type and number of
                        other memberships joined by a patron. You
                        can see how much processing fees are for any
                        membership subscription on your{' '}
                        <TextButton
                            ariaLabel="Creator Dashboard"
                            href="https://www.patreon.com/edit/about"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            creator dashboard
                        </TextButton>
                        .
                    </Text>
                    <Text el={Text.Element.P}>
                        Depending on your patrons' locations, some
                        banks may charge your patron a foreign
                        transaction fee for their membership
                        subscription. Patreon does not control this
                        charge, but it is typically around 3%.
                    </Text>
```

```
                    </Box>
                    <Box mt={4}>
                        <Text
                            el={Text.Element.P}
                            weight={Text.Weight.Bold}
                        >
                            Tax
                        </Text>
                        <Text el={Text.Element.P}>
                            We do not handle most tax payments, but we
                            collect tax identification information and
                            report this to tax authorities as legally
                            required. You are responsible for reporting
                            any taxes, you can learn more in our{' '}
                            <TextButton
                                ariaLabel="Tax Help Center"
                                href="https://patreon.com/taxes"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Tax Help Center
                            </TextButton>
                            .
                        </Text>
                        <Text el={Text.Element.P}>
                            The one tax we do handle on your behalf is
                            VAT payments for electronically supplied
                            services to patrons in the EU. For the
                            purpose of electronically supplied services,
                            creators make a supply of those services to
                            us, and then we supply them to the patron.
                            To learn more about how we handle VAT,
                            please check our{' '}
                            <TextButton
                                ariaLabel="VAT Guide"

href="https://support.patreon.com/hc/en-us/articles/205259549-How-Does-VAT-Work-on-P
atreon-"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                VAT guide
                            </TextButton>
                            .
```

```
        </Text>
    </Box>
    <Box mt={4}>
        <Text
            el={Text.Element.P}
            weight={Text.Weight.Bold}
        >
            Restrictions
        </Text>
        <Text el={Text.Element.P}>
            We don't allow creations and benefits that
            violate our policies. You can learn more by
            visiting our{' '}
            <TextButton
                ariaLabel="Community Guidelines"
                href="https://patreon.com/policy/guidelines"
                weight={TextButton.Weight.Normal}
                variant={TextButton.Variant.Primary}
                size={TextButton.Size.Md}
                target={TextButton.Target.Blank}
                inline
            >
                Community Guidelines
            </TextButton>{' '}
            and{' '}
            <TextButton
                ariaLabel="Benefit Guidelines"
                href="https://patreon.com/policy/benefits"
                weight={TextButton.Weight.Normal}
                variant={TextButton.Variant.Primary}
                size={TextButton.Size.Md}
                target={TextButton.Target.Blank}
                inline
            >
                Benefit Guidelines
            </TextButton>
            . A summary of those rules is that we don't
            allow:
            <Box mv={4}>
                <ul>
                    <li>
                        Illegal creations or benefits.
                    </li>
                    <li>
                        Creations or benefits that are
                        abusive towards other people.
                    </li>
                    <li>
                        Creations or benefits that use
                        others' intellectual property,
```

```
                                    unless you have written
                                    permission to use it, or your
                                    use is protected by fair use.
                            </li>
                            <li>
                                Creations or benefits with real
                                people engaging in sexual acts.
                            </li>
                            <li>
                                Benefits that involve raffles or
                                prizes based on chance.
                            </li>
                        </ul>
                    </Box>
                </Text>
                <Text el={Text.Element.P}>
                    If your fans include people under the age of
                    18, then please remind them that they need
                    permission to join your membership, and
                    those under the age of 13 cannot use
                    Patreon.
                </Text>
                <Text el={Text.Element.P}>
                    As a creator you are also responsible for
                    keeping patron data safe. You can see what
                    is required in our{' '}
                    <TextButton
                        ariaLabel="Data Processing"
href="https://support.patreon.com/hc/en-us/articles/360026912432"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                    >
                        Data Processing Agreement
                    </TextButton>
                        .
                </Text>
                <Text el={Text.Element.P}>
                    An account is tied to your creative output
                    and cannot be sold or transferred for use by
                    another creator.
                </Text>
            </Box>
        </Box>
    </>
),
},
```

```
{
    title: 'All about being a patron',
    subtitle:
        'TLDR: A patron is someone who joins a creator's membership on
Patreon. Depending on the creator's preference, you will be charged either a set
amount per month or per creation. You can cancel your membership subscription at any
time.',
    body: (
        <>
            <Box mb={4}>
                <Text el={Text.Element.P}>
                    To become a patron simply create an account, add
                    your preferred payment method and join a
                    creator's membership!
                </Text>
                <Text el={Text.Element.P}>
                    There are two types of membership subscriptions.
                    One is a monthly subscription where you pay per
                    month. The other is a per creation subscription
                    where you pay based on the number of creations a
                    creator posts in that month. You can set a limit
                    on the number of creations you pay for in a
                    single month.
                </Text>
                <Text el={Text.Element.P}>
                    The timing and amount of each membership
                    subscription depends on the creator you support.
                    You can see the details as you join and in the
                    receipt sent to you after each successful
                    payment. You can view all your active membership
                    subscriptions and billing history on your{' '}
                    <TextButton
                        ariaLabel="Your Membership Page"
                        href="https://www.patreon.com/pledges"
                        weight={TextButton.Weight.Normal}
                        variant={TextButton.Variant.Primary}
                        size={TextButton.Size.Md}
                        target={TextButton.Target.Blank}
                        inline
                    >
                        membership page
                    </TextButton>
                    .
                </Text>
                <Text el={Text.Element.P}>
                    You may cancel your membership subscription at
                    any time. We may grant refunds at our sole
                    discretion.
                </Text>
                <Text el={Text.Element.P}>
```

```
                                        In certain situations you may lose access to a
                                        creator’s patron-only posts and benefits. These
                                        include when you cancel your membership
                                        subscription, your payment method fails, the
                                        creator blocks you, or the creator deletes their
                                        account.
                                    </Text>
                                    <Text el={Text.Element.P}>
                                        Creators’ memberships vary and we have limited
                                        control over the quality and specific offerings.
                                        We attempt to screen for fraudulent creator
                                        pages, but cannot guarantee the identity of
                                        creators or the validity of any claims they
                                        make. We appreciate your help{' '}
                                        <TextButton
                                            ariaLabel="Reporting Suspicious Pages"

href="https://support.patreon.com/hc/en-us/articles/204914235-How-do-I-report-conten
t-that-violates-community-guidelines"
                                            weight={TextButton.Weight.Normal}
                                            variant={TextButton.Variant.Primary}
                                            size={TextButton.Size.Md}
                                            target={TextButton.Target.Blank}
                                            inline
                                        >
                                            reporting
                                        </TextButton>{' '}
                                        suspicious creator pages so we can keep Patreon
                                        safe.
                                    </Text>
                                    <Text el={Text.Element.P}>
                                        If you are located in the EU, then VAT is added
                                        to the total charge. This is shown when you set
                                        up the initial membership subscription.
                                    </Text>
                                    <Text el={Text.Element.P}>
                                        Depending on your location, some banks may
                                        charge you a foreign transaction fee for your
                                        membership subscription. Patreon does not
                                        control this charge, but it is typically around
                                        3%. Please contact your bank for more
                                        information.
                                    </Text>
                                </Box>
                            </>
                        ),
                    },
                    {
                        title: 'Patreon’s role',
                        subtitle:
```

```
                    'TLDR: We proactively look at some pages and posts on Patreon
and review reported pages to identify potential violations of our guidelines.',
            body: (
                <>
                    <Box mb={4}>
                        <Text el={Text.Element.P}>
                            We proactively look at some pages and posts on
                            Patreon to make sure creators follow our{' '}
                            <TextButton
                                ariaLabel="Community Guidelines"
                                href="https://patreon.com/policy/guidelines"
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Community Guidelines
                            </TextButton>{' '}
                            and{' '}
                            <TextButton
                                ariaLabel="Benefit Guidelines"
                                href="https://patreon.com/policy/benefits"
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Benefit Guidelines
                            </TextButton>
                            . We also investigate reports of potential
                            violations. These investigations may take a
                            while to resolve and may include looking at what
                            is supported by funds received through Patreon.
                        </Text>
                        <Text el={Text.Element.P}>
                            In most situations we will work with creators to
                            resolve any potential violations and allow the
                            creator to continue using Patreon. Terminating
                            accounts is not an action we take lightly and is
                            done in only the most extreme cases.
                        </Text>
                        <Text el={Text.Element.P}>
                            Please let us know if you see potential
                            violations of our{' '}
                            <TextButton
                                ariaLabel="Community Guidelines"
                                href="https://patreon.com/policy/guidelines"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
```

```
                              target={TextButton.Target.Blank}
                              inline
                          >
                              Community Guidelines
                          </TextButton>
                          . You can{' '}
                          <TextButton
                              ariaLabel="How to Report Violations"

href="https://support.patreon.com/hc/en-us/articles/204914235-How-do-I-report-conten
t-that-violates-community-guidelines"
                              weight={TextButton.Weight.Normal}
                              variant={TextButton.Variant.Primary}
                              size={TextButton.Size.Md}
                              target={TextButton.Target.Blank}
                              inline
                          >
                              learn how to report them here
                          </TextButton>
                          .
                      </Text>
                      <Text el={Text.Element.P}>
                          We are constantly testing out new features with
                          the goal of making Patreon better. We may add or
                          remove features, and often test features with a
                          random subset of our community. If we believe a
                          feature is significantly different from these
                          terms, then we explain those differences in the
                          test.
                      </Text>
                      <Text el={Text.Element.P}>
                          With your permission, we may give other websites
                          or services the ability to verify information
                          about your Patreon account or perform actions on
                          your behalf. This permission is asked for when
                          you connect your Patreon account to these other
                          websites or services. You can learn more in our{' '}
                          <TextButton
                              ariaLabel="Privacy Policy"
                              href="https://privacy.patreon.com"
                              weight={TextButton.Weight.Normal}
                              variant={TextButton.Variant.Primary}
                              size={TextButton.Size.Md}
                              target={TextButton.Target.Blank}
                              inline
                          >
                              Privacy Policy
                          </TextButton>
                          .
                      </Text>
```

```
                </Box>
            </>
        ),
    },
    {
        title: 'Account deletion',
        subtitle: (
            <>
                TLDR: You can{' '}
                <TextButton
                    ariaLabel="Delete Your Account"
                    href="https://privacy.patreon.com/control"
                    weight={TextButton.Weight.Bold}
                    variant={TextButton.Variant.Primary}
                    size={TextButton.Size.Lg}
                    target={TextButton.Target.Blank}
                    inline
                >
                    delete your account here
                </TextButton>
                . We can disable your account at our discretion.
            </>
        ),
        body: (
            <>
                <Box mb={4}>
                    <Text el={Text.Element.P}>
                        You can permanently delete your account at any
                        time by going to our{' '}
                        <TextButton
                            ariaLabel="Privacy Policy"
                            href="https://privacy.patreon.com/control"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            Privacy Policy
                        </TextButton>
                        . On that page you can also see what information
                        is deleted and what we continue to store after
                        the account is deleted.
                    </Text>
                    <Text el={Text.Element.P}>
                        We can terminate or suspend your account at any
                        time at our discretion. We can also cancel any
                        membership subscriptions and remove any
                        descriptions, posts or benefits at our
                        discretion.
```

```
                            </Text>
                            <Text el={Text.Element.P}>
                                These terms remain in effect even if you no
                                longer have an account.
                            </Text>
                        </Box>
                    </>
                ),
            },
            {
                title: 'Your creations',
                subtitle:
                    'TLDR: You keep complete ownership of all creations, but you
give us permission to use them on Patreon. Make sure you have permission to use
creations that you offer on Patreon.',
                body: (
                    <>
                        <Box mb={4}>
                            <Text el={Text.Element.P}>
                                You keep full ownership of all creations that
                                you offer on Patreon, but we need licenses from
                                you to operate Patreon effectively.
                            </Text>
                            <Text el={Text.Element.P}>
                                By posting creations on Patreon you grant us a
                                royalty-free, perpetual, irrevocable,
                                non-exclusive, sublicensable, worldwide license
                                to use, reproduce, distribute, perform, publicly
                                display or prepare derivative works of your
                                creation. The purpose of this license is
                                strictly limited to allow us to provide and
                                promote memberships to your patrons. We will
                                never try to steal your creations or use them in
                                an exploitative way.
                            </Text>
                            <Text el={Text.Element.P}>
                                You may not post creations that infringe others'
                                intellectual property or proprietary rights.
                            </Text>
                            <Text el={Text.Element.P}>
                                Patrons may not use creations posted by creators
                                in any way not authorized by the creator.
                            </Text>
                        </Box>
                    </>
                ),
            },
            {
                title: 'Patreon’s creations',
                subtitle:
```

```
                    'TLDR: You can use our copyrights or trademarks to promote your
Patreon page, but can’t use them for anything else without our permission.',
                body: (
                    <>
                        <Box mb={4}>
                            <Text el={Text.Element.P}>
                                Our creations are protected by copyright,
                                trademark and trade secret laws. Some examples
                                of our creations are the text on the site, our
                                logo, and our codebase. We grant you a license
                                to use our logo and other copyrights or
                                trademarks to promote your Patreon page. You can
                                learn more about the correct use of our logo in
                                our{' '}
                                <TextButton
                                    ariaLabel="Brand Guidelines"
                                    href="https://www.patreon.com/brand"
                                    weight={TextButton.Weight.Normal}
                                    variant={TextButton.Variant.Primary}
                                    size={TextButton.Size.Md}
                                    target={TextButton.Target.Blank}
                                    inline
                                >
                                    Brand Guidelines
                                </TextButton>
                                .
                            </Text>
                            <Text el={Text.Element.P}>
                                You may not otherwise use, reproduce,
                                distribute, perform, publicly display or prepare
                                derivative works of our creations unless we give
                                you permission in writing.{' '}
                                <TextButton
                                    ariaLabel="Contact Us with Questions"

href="https://support.patreon.com/hc/en-us/requests/new?ticket_form_id=70716"
                                    weight={TextButton.Weight.Normal}
                                    variant={TextButton.Variant.Primary}
                                    size={TextButton.Size.Md}
                                    target={TextButton.Target.Blank}
                                    inline
                                >
                                    Please ask
                                </TextButton>{' '}
                                if you have any questions.
                            </Text>
                        </Box>
                    </>
                ),
            },
```

```
                    {
                        title: 'Indemnity',
                        subtitle:
                            'TLDR: If we are sued because of your use of or conduct on
Patreon, you have to help pay for it.',
                        body: (
                            <>
                                <Box mb={4}>
                                    <Text el={Text.Element.P}>
                                        You will indemnify us from all losses and
                                        liabilities, including legal fees, that arise
                                        from these terms or relate to your use of
                                        Patreon. We reserve the right to exclusive
                                        control over the defense of a claim covered by
                                        this clause. If we use this right then you will
                                        help us in our defense.
                                    </Text>
                                    <Text el={Text.Element.P}>
                                        Your obligation to indemnify under this clause
                                        also applies to our subsidiaries, affiliates,
                                        officers, directors, employees, agents and third
                                        party service providers.
                                    </Text>
                                </Box>
                            </>
                        ),
                    },
                    {
                        title: 'Warranty disclaimer',
                        subtitle:
                            'TLDR: We do our best to make sure Patreon works as expected,
but stuff happens.',
                        body: (
                            <>
                                <Box mb={4}>
                                    <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                                        Patreon is provided "as is" and without warranty
                                        of any kind. Any warranty of merchantability,
                                        fitness for a particular purpose,
                                        non-infringement, and any other warranty is
                                        excluded to the greatest extent permitted by
                                        law.
                                    </Text>
                                    <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                                        The disclaimers of warranty under this clause
                                        also apply to our subsidiaries, affiliates and
                                        third party service providers.
                                    </Text>
                                </Box>
                            </>
```

```
                ),
            },
            {
                title: 'Limit of liability',
                subtitle:
                    'TLDR: If you lose money as a result of using Patreon, any
payment to you is limited to the amount of money we have earned through your use of
Patreon.',
                body: (
                    <>
                        <Box mb={4}>
                            <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                                To the extent permitted by law, we are not
                                liable to you for any incidental, consequential
                                or punitive damages arising out of these terms,
                                or your use or attempted use of Patreon. To the
                                extent permitted by law, our liability for
                                damages is limited to the amount of money we
                                have earned through your use of Patreon. We are
                                specifically not liable for loss associated with
                                unfulfilled benefits and from losses caused by
                                conflicting contractual agreements.
                            </Text>
                            <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                                For this clause “we” and “our” is defined to
                                include our subsidiaries, affiliates, officers,
                                directors, employees, agents and third party
                                service providers.
                            </Text>
                        </Box>
                    </>
                ),
            },
            {
                title: 'Dispute resolution',
                subtitle:
                    'TLDR: If you have a problem please talk to us, but you are
limited in how you can resolve disputes. You waive your right to trial by jury and
your right to participate in a class action proceeding.',
                body: (
                    <>
                        <Box mb={4}>
                            <Text el={Text.Element.P}>
                                We encourage you to contact us if you have an
                                issue. If a dispute does arise out of these
                                terms or related to your use of Patreon, and it
                                cannot be resolved after you talk with us, then
                                it must be resolved by arbitration. This
                                arbitration must be administered by JAMS under
                                the JAMS Streamlined{' '}
```

```
                        <TextButton
                            ariaLabel="JAMS Streamlined Arbitration"

href="https://www.jamsadr.com/rules-streamlined-arbitration/"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            JAMS Streamlined Arbitration
                        </TextButton>
                        .
                        <Text>
                            {' '}
                            Judgment on the arbitration award may be
                            entered in any court with jurisdiction.
                            Arbitrations may only take place on an
                            individual basis. No class arbitrations or
                            other grouping of parties is allowed. By
                            agreeing to these terms you are waiving your
                            right to trial by jury or to participate in
                            a class action or representative proceeding;
                            we are also waiving these rights.
                        </Text>
                    </Text>
                    <Text el={Text.Element.P}>
                        We follow the{' '}
                        <TextButton
                            ariaLabel="JAMS Policy on Consumer Arbitrations"

href="https://www.jamsadr.com/consumer-minimum-standards/"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            JAMS Policy
                        </TextButton>{' '}
                        on Consumer Arbitrations Pursuant to Pre-Dispute
                        Clauses Minimum Standards of Procedural Fairness
                        for all arbitrations done under these terms. If
                        any portion of these terms do not follow that
                        standard, that portion is severed from these
                        terms.
                    </Text>
                    <Text el={Text.Element.P}>
                        This clause does not limit either party's
                        ability to seek injunctive or other equitable
```

```
                                    relief for disputes relating to intellectual
                                    property or proprietary data.
                              </Text>
                          </Box>
                    </>
                ),
            },
            {
                title: 'Governing law',
                subtitle:
                    'TLDR: Any disputes with us must be resolved in San Francisco
under California law.',
                body: (
                    <>
                        <Box mb={4}>
                            <Text el={Text.Element.P}>
                                California law, excluding its conflict of law
                                provisions, governs these terms and all other
                                Patreon policies. If a lawsuit does arise, both
                                parties consent to the exclusive jurisdiction
                                and venue of the courts located in San
                                Francisco, California.
                            </Text>
                        </Box>
                    </>
                ),
            },
            {
                title: 'Everything else',
                subtitle:
                    'TLDR: These terms are the final word on Patreon's policies and
we will tell you if we change them.',
                body: (
                    <>
                        <Box mb={4}>
                            <Text el={Text.Element.P}>
                                These terms and any referenced policies are the
                                entire agreement between you and us, and
                                supersede all prior agreements. If any provision
                                of these terms is held to be unenforceable, then
                                that provision is modified to the extent
                                necessary to enforce it. If a provision cannot
                                be modified, it is severed from these terms, and
                                all other provisions remain in force. If either
                                party fails to enforce a right provided by these
                                terms, it does not waive the ability to enforce
                                any rights in the future.
                            </Text>
                            <Text el={Text.Element.P}>
                                We may sometimes make changes to these terms and
```

```
                        policies. If we make material changes that
                        adversely affect your rights, then we will let
                        you know before the changes come into effect.
                        Continuing to use Patreon after a change means
                        you accept the new terms or policies.
                    </Text>
                    <Text el={Text.Element.P}>
                        If you are not in the European Union, then these
                        terms are an agreement with Patreon, Inc., 600
                        Townsend Street Suite 500, San Francisco, CA. If
                        you are located in the EU, then these terms are
                        an agreement with Patreon Ireland Limited, Suite
                        3, One Earlsfort Centre, Lower Hatch Street,
                        Dublin 2L, Ireland.
                    </Text>
                    <Text el={Text.Element.P}>
                        If you use accessibility tools and have
                        questions or concerns, please contact us at{' '}
                        <TextButton
                            ariaLabel="Accessibility @ Patreon"
                            href="mailto:accessibility@patreon.com"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Self}
                        >
                            accessibility@patreon.com
                        </TextButton>
                        .
                    </Text>
                    <Text el={Text.Element.P}>
                        Effective immediately for users joining Patreon
                        on or after April 29th, 2019. Effective for
                        existing users on June 1st, 2019. You can find
                        the{' '}
                        <TextButton
                            ariaLabel="Old Terms of Use"
                            href="https://www.patreon.com/oldterms"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            old terms of use here
                        </TextButton>
                        .
                    </Text>
                </Box>
            </>
```

```
                ),
            },
        ],
    },
    {
        id: 3,
        route: 'guidelines',
        hero: {
            title: 'Community Guidelines',
            thumb:

'https://c5.patreon.com/external/marketing/legal/communityGuidelines.png',
            body: (
                <>
                    <Box mb={4}>
                        <Text el={Text.Element.P}>
                            Be respectful of the people and communities on
                            Patreon. People are different. That’s what’s
                            beautiful about the internet and creativity:
                            communities of varying types can assemble and
                            flourish. We want Patreon to be an intimate and safe
                            venue for a diverse range of creators and their
                            communities. Please also look at our{' '}
                            <TextButton
                                ariaLabel="Benefit Guidelines"
                                href="https://patreon.com/policy/benefits"
                                target={TextButton.Target.Blank}
                                variant={TextButton.Variant.Primary}
                                inline
                            >
                                Benefit Guidelines
                            </TextButton>{' '}
                            for more details about benefits.
                        </Text>
                    </Box>
                </>
            ),
        },
        articles: [
            {
                title: 'How these guidelines are enforced',
                subtitle: null,
                body: (
                    <>
                        <Box mb={4}>
                            <Text el={Text.Element.P}>
                                Please realize that Patreon is a diverse
                                community and, while you may not necessarily
                                agree with someone’s point of view, it may not
                                be a violation of our Community Guidelines. That
```

```
                                said, when you see a page on Patreon that you
                                feel violates our community guidelines, please
                                take the time to report them via our reporting
                                tool. You can read more about how to{' '}
                                <TextButton
                                    ariaLabel="report a creator or a post here"

href="https://support.patreon.com/hc/en-us/articles/204914235"
                                    target={TextButton.Target.Blank}
                                    variant={TextButton.Variant.Primary}
                                    inline
                                >
                                    report a creator or a post here
                                </TextButton>
                                . A member of the Trust & Safety team will
                                review the report and if our Community
                                Guidelines have been violated, the case manager
                                will contact the creator to let them know that
                                they are outside these guidelines.
                            </Text>
                            <Text el={Text.Element.P}>
                                This is a commitment to creators. We know this
                                is your livelihood. We invest heavily in making
                                these decisions as fair and transparent as
                                possible. We always want creators to feel like
                                they have an open line of communication. So how
                                does this translate to moderation? Our first
                                reflex is always to try to educate creators to
                                help them understand how a rule has been broken
                                and how to remedy the issue. In cases where the
                                violation is particularly bad or intentional we
                                may take further action such as suspending or
                                removing their account. In the most extreme
                                cases we may ban a creator from using Patreon.
                            </Text>
                            <Text el={Text.Element.P}>
                                Because you are raising funds on Patreon, we may
                                be held accountable for what you do with those
                                funds, so we may also look at what you do with
                                your membership off our platform. As a result
                                when we talk about "On Patreon," it means the
                                creations you are funding on and through
                                Patreon. When reviewing a page, we look at how
                                creations are shared, where the page is linked
                                to and where the traffic comes from. No matter
                                what happens, we always give creators the
                                opportunity to appeal a decision by contacting
                                us and sending any relevant information they
                                believe was not considered. We may not change
                                our minds, but we will always listen.
```

```
                        </Text>
                    </Box>
                </ />
            ),
        },
        {
            title: 'Be safe, be respectful, make stuff',
            subtitle: null,
            body: (
                <>
                    <Box mb={4}>
                        <Text el={Text.Element.P>
                            These Community Guidelines exist to shape and
                            guide Patreon and the growing number of creators
                            and communities using it. This is not about
                            building an arbitrary framework of "right" or
                            "wrong." It's about making Patreon a place where
                            diverse creators and their communities feel
                            excited, supported, and happy to exist, while
                            still allowing for different—and sometimes even
                            conflicting—points of view.
                        </Text>
                        <Text el={Text.Element.P>
                            These guidelines summarize a thorough,
                            thoughtful, and living internal policy that we
                            spent time thinking about and defining with
                            guidance from community and safety experts.
                            We're proud of these guidelines because we
                            believe they will help creators build a safe and
                            supportive environment in which they can
                            continue to create, share and build intimate and
                            lasting relationships with their patrons.
                        </Text>
                    </Box>
                </ />
            ),
        },
        {
            title: 'Authenticity',
            subtitle: `TLDR: Patreon is for creators who put something original
out into the world. As a creator, you may not post creations that infringe on
others' intellectual property rights.`,
            body: (
                <>
                    <Box mb={4}>
                        <Text el={Text.Element.P>
                            <ul>
                                <li>
                                    You can't create fake pages or collect
                                    money for things you're not actually
```

```
                                doing. For example, you cannot create a
                                fan page for someone else.
                            </li>
                            <li>
                                You cannot pretend to be or impersonate
                                someone else by using the name, brand or
                                works of another to deceive patrons. We
                                will review satire and comedy in a
                                different way as we believe these
                                subgenres are original creations.
                            </li>
                            <li>
                                You also can’t use Patreon as a prank or
                                to fund non-activity. For example, a
                                Creator cannot collect funds for *not
                                doing* something, such as, I will stop
                                tweeting videos of playing the harmonica
                                badly if I reach $200 per month.
                            </li>
                        </ul>
                    </Text>
                </Box>
                <Box mb={4}>
                    <Text el={Text.Element.P}>
                        If you want to read more about our copyright
                        infringement policies, you can find more
                        information in our{' '}
                        <TextButton
                            ariaLabel="Copyright and Trademark Policy"
                            href="https://patreon.com/policy/copyright"
                            target={TextButton.Target.Blank}
                            variant={TextButton.Variant.Primary}
                        >
                            Copyright and Trademark Policy
                        </TextButton>
                        .
                    </Text>
                </Box>
            </>
        ),
    },
    {
        title: 'Bullying, harassment, and threats',
        subtitle: `TLDR: We don’t allow bullying or harassment because we
want Patreon to feel like a safe place for our various communities. At the same
time, we want people to be able to express themselves, be critical, and discuss
controversial issues.`,
        body: (
            <>
                <Box mb={4}>
```

```
<Text el={Text.Element.P}>
    We recognize that discussing celebrities, media
    or other public figures can sometimes involve
    harsh criticism, and we believe that is an
    appropriate part of free debate. However, we
    draw the line when it comes to harassing private
    figures, or taking any action that might affect
    people's physical safety, regardless of whether
    these people are private or public figures.
</Text>
<Text el={Text.Element.P}>
    As much as we want you to be able to express
    yourself, we want all of our users to have the
    right to express their opinion without feeling
    intimidated. Even the most difficult
    conversations should take place in the most
    respectful way. Here is how we define these
    behaviors.
</Text>
<Box mv={4}>
    <Text
        el={Text.Element.P}
        weight={Text.Weight.Bold}
    >
        Bullying and harassment:
    </Text>
    <Text el={Text.Element.P}>
        You cannot attempt to intimidate anyone,
        either directly or by using your influence
        over others. We treat real-life interactions
        more seriously than online interactions when
        analyzing whether a line has been crossed
        because it can be more threatening and lead
        to physical violence. When both sides engage
        in similar behavior, such as feuds between
        public figures, we are less likely to take
        action.
    </Text>
</Box>
<Box mb={4}>
    <Text
        el={Text.Element.P}
        weight={Text.Weight.Bold}
    >
        Threats:
    </Text>
    <Text el={Text.Element.P}>
        Anyone on Patreon should be able to express
        their opinion in a way that doesn't threaten
        another person. In this respect, we take
```

```
                        threats of violence very seriously. Any
                        creator or patron threatening the well-being
                        of an individual or group of people will be
                        removed. This includes threatening behavior
                        such as stalking or inciting others to
                        commit violent acts.
                    </Text>
                    <Text el={Text.Element.P}>
                        If you are a victim of this behavior and
                        feel that your personal safety is at risk,
                        we suggest you contact your local law
                        enforcement, in addition to reporting the
                        behavior to us.
                    </Text>
                </Box>
            </Box>
        </>
    ),
},
{
    title: 'Hate speech ',
    subtitle: `TLDR: Patreon connects creators to their patrons all over
the world. We are a global platform built on promoting creativity, which makes us a
very inclusive group. Therefore, there is no room on Patreon for projects funding
hate speech, such as calling for violence, exclusion, or segregation. This includes
serious attacks on people based on their race, ethnicity, national origin, religion,
sex, gender, sexual orientation, age, disability or serious medical conditions.`,
    body: (
        <>
            <Box mb={4}>
                <Text el={Text.Element.P}>
                    When reviewing an account for a potential hate
                    speech violation, we consider some of the
                    following questions:
                </Text>
            </Box>
            <Box mb={4}>
                <Text el={Text.Element.P}>
                    <ul>
                        <li>
                            Do the creations have historical or
                            educational value? For example, we don't
                            allow the use of the swastika for
                            propaganda and promoting hate, but it
                            would be acceptable to use it in an
                            educational video to talk about Germany
                            under the Third Reich.
                        </li>
                        <li>
                            Is there a call for violence against
```

```
                                        someone based on a characteristic like
                                        those listed above?
                                    </li>
                                    <li>
                                        Does the creator glorify a group that is
                                        known to support ideologies that would
                                        be classified as hate speech under this
                                        policy?
                                    </li>
                                    <li>
                                        Is the creator using racial slurs or
                                        negative depictions of someone based on
                                        a characteristic like those listed
                                        above?
                                    </li>
                                </ul>
                            </Text>
                        </Box>
                        <Box mb={4}>
                            <Text el={Text.Element.P}>
                                This list is not exhaustive, but we want to be
                                transparent about how we work in the grey areas
                                between speech and action. There can be a fine
                                line between political comments and hate speech.
                                If you come across what you believe to be hate
                                speech on Patreon, please take the time to
                                report it.
                            </Text>
                        </Box>
                    </>
                ),
            },
            {
                title: '18+ creations',
                subtitle: `TLDR: As we strive to create a community that is
inclusive and diverse, we want to take into consideration our diverse user base of
different ages and sensitivities. We ask creators to flag themselves as 18+ if their
creations may be considered inappropriate for people under 18 years of age. This may
include nudity or discussion around sexuality.`,
                body: (
                    <>
                        <Box mb={4}>
                            <Text el={Text.Element.P}>
                                We realize that the exact age of majority may
                                change depending on where you are, but most
                                places require a certain level of maturity to
                                view these creations and engage in these
                                activities.
                            </Text>
                            <Text el={Text.Element.P}>
```

```
        We also require that all public posts on your
        page be appropriate for all audiences/ages.
        Posts with mature themes must be marked as
        "Patron Only." It is important to note that we
        are not trying to create an arbitrary framework
        of "right" or "wrong," but rather giving people
        the tools to view only what they feel
        comfortable with.
    </Text>
    <Box mv={4}>
        <Text
            el={Text.Element.P}
            weight={Text.Weight.Bold}
        >
            Nudity:
        </Text>
        <Text el={Text.Element.P}>
            You can post nude creations on Patreon of
            both real and fictional subjects. Posts with
            mature themes should be marked as "Patron
            Only". This means that you cannot post
            nudity in public areas including your
            profile picture, banner, reward images or
            'about me' section.
        </Text>
        <Text el={Text.Element.P}>
            As a reminder, you should never post or
            share nude creations of any individual under
            the age of 18, including yourself. As a
            strong commitment to child safety, we will
            work with law enforcement whenever we come
            across child exploitation material. You can
            read more about our pornography policy in
            the next section.
        </Text>
        <Text el={Text.Element.P}>
            Lastly, we understand that you may make a
            mix 18+ creations and other types of
            creations, and that is okay with us too. We
            will always review your work within its
            context. However, if you have concerns,
            please let us know and we will provide you
            with guidance on how to maintain a dual
            presence.
        </Text>
    </Box>
    <Box mb={4}>
        <Text
            el={Text.Element.P}
            weight={Text.Weight.Bold}
```

```
        >
            Pornography and sexual services:
        </Text>
        <Text el={Text.Element.P}>
            We don't allow pornographic material or
            sexual services on Patreon, which we define
            as "real people engaging in sexual acts such
            as masturbation or sexual intercourse on
            camera." If you want to learn more, please
            make sure to also consult our{' '}
            <TextButton
                ariaLabel="Benefit Guidelines"
                href="https://patreon.com/policy/benefits"
                target={TextButton.Target.Blank}
                variant={TextButton.Variant.Primary}
            >
                Benefit Guidelines
            </TextButton>
            .
        </Text>
    </Box>
    <Box mb={4}>
        <Text
            el={Text.Element.P}
            weight={Text.Weight.Bold}
        >
            Offensive and graphic creations:
        </Text>
        <Text el={Text.Element.P}>
            We understand that artists sometimes have to
            push boundaries to create thought provoking
            art so we don't review offensive and graphic
            creations with strict black and white
            guidelines, instead we review them in the
            context of the whole creator page.
        </Text>
    </Box>
    <Text el={Text.Element.P}>
        However, we have zero tolerance when it comes to
        the glorification of sexual violence which
        includes bestiality, rape, and child
        exploitation (i.e., sexualized depiction of
        minors). This is true for illustrated, animated,
        or any other type of creations. Patreon reserves
        the right to review and remove accounts that may
        violate this guideline.
    </Text>
    <Text el={Text.Element.P}>
        We also do not allow other fringe sexual fetish
        creations, such as incest, necrophilia, or
```

```
                              fetish creations that is hard to distinguish
                              from non-consensual sex.
                        </Text>
                        <Text el={Text.Element.P}>
                              We understand that some topics on this list such
                              as incest or rape are a little bit more
                              complicated because these situations are,
                              unfortunately, part of real life. As a result,
                              when reviewing these types of creations, the
                              Trust and Safety team will take into
                              consideration context including personal,
                              historical or educational narrative. For
                              example, survivor stories or fiction such as
                              Game of Thrones or Lolita are allowed on
                              Patreon.
                        </Text>
                  </Box>
            </>
      ),
},
{
      title: 'Doxing',
      subtitle: `TLDR: We take a strong stance against doxing, which is
sharing an individual's private information or aggregating their public information
for the purpose of intimidating them through harassment.`,
      body: (
            <>
                  <Box mb={4}>
                        <Text el={Text.Element.P}>
                              We take this strong stance against doxing
                              because it is used to silence or intimidate
                              people with different viewpoints on the
                              internet. It can cause extensive emotional
                              trauma, and can put the victim's physical safety
                              at risk.
                        </Text>
                        <Text el={Text.Element.P}>
                              The most classic form of doxing is when an
                              individual's private personal information is
                              shared. This could be information such as a
                              phone number or home address. The definition of
                              private personal information can vary and may
                              mean that it is simply very difficult to find.
                        </Text>
                        <Text el={Text.Element.P}>
                              We also consider it to be doxing when an
                              individual's non-private information is
                              aggregated. For example, we would consider it
                              doxing if someone's profile picture was combined
                              with their real name, all of their known social
```

```
                            media accounts, and the city they lived in.
                        </Text>
                        <Text el={Text.Element.P}>
                            No matter the specific information shared, we
                            also evaluate the context around why it was
                            shared. If it looks like this information is
                            being shared for the purpose of making it easier
                            for a large group to harass that individual, we
                            are likely to consider it doxing.
                        </Text>
                        <Text el={Text.Element.P}>
                            When doxing takes place, we lose the ability to
                            have conversations. Doxing isn’t speech
                            countering speech, it is speech shutting down
                            others’ ability to speak. It removes our ability
                            to discuss ideas, grow as individuals and have a
                            safe space for disagreement.
                        </Text>
                    </Box>
                </>
            ),
        },
        {
            title: 'People who can’t use patreon',
            subtitle: `TLDR: Because Patreon empowers people financially, we
restrict both the types of media and projects that can be funded on Patreon, and
also which people can and cannot receive funds through Patreon. After creating a
Patreon page, any creator caught in the act or convicted of making credible violent
threats, committing violent crimes, malicious doxing, coordinating nonviolent harm
(such as fraud, money laundering and gambling), or encouraging others to do any of
these activities may be banned from using Patreon.`,
            body: (
                <>
                    <Box mb={4}>
                        <Box mv={4}>
                            <Text
                                el={Text.Element.P}
                                weight={Text.Weight.Bold}
                            >
                                Politicians:
                            </Text>
                            <Text el={Text.Element.P}>
                                You cannot use Patreon to fund your run for
                                office or to fund the political campaigns of
                                others.
                            </Text>
                        </Box>
                        <Box mv={4}>
                            <Text
                                el={Text.Element.P}
```

```
                                weight={Text.Weight.Bold}
                            >
                                Criminal or Harmful Past:
                            </Text>
                            <Text el={Text.Element.P}>
                                Any creator caught in the act or convicted
                                of making credible violent threats,
                                committing violent crimes, child abuse,
                                malicious doxing, coordinating nonviolent
                                harm (such as fraud, money laundering, and
                                gambling), or encouraging others to do any
                                of these activities, may be banned from
                                using Patreon.
                            </Text>
                        </Box>
                        <Box mb={4}>
                            <Text
                                el={Text.Element.P}
                                weight={Text.Weight.Bold}
                            >
                                Dangerous Organizations:
                            </Text>
                            <Text el={Text.Element.P}>
                                People with a dangerous criminal history or
                                a known affiliation with violent or
                                dangerous groups (including terrorist or
                                cyber terrorist organizations, organized
                                criminal groups, and violent hate groups),
                                cannot receive funds through Patreon, no
                                matter the purpose or apparent intention of
                                their Patreon page.
                            </Text>
                            <Text el={Text.Element.P}>
                                You can discuss these groups on Patreon but
                                any creator praising or actively supporting
                                these groups or their leaders won't be
                                allowed on Patreon.
                            </Text>
                        </Box>
                    </Box>
                </>
            ),
        },
        {
            title: 'Harmful and illegal activities',
            subtitle: `TLDR: We don’t allow funds to be collected for anything
that facilitates harmful or illegal activities. You cannot fund creations that
advocate, threaten, or show you causing harm to yourself, other people or animals.
In the same way, you cannot promote illegal activities such as property crime,
distribution of illegal weapons, or drug manufacturing.`,
```

```
body: (
    <>
        <Box mb={4}>
            <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                Self-harm:
            </Text>
            <Text el={Text.Element.P}>
                We don't allow any page that promotes or
                glorifies self-harm, such as pages that
                encourage self-injury, suicide, or an eating
                disorder. Examples include pages that glorify
                self-scarification or a pro-anorexia campaign.
                If we believe there's a credible risk the
                creator will harm themselves, we will work with
                law enforcement when needed. However, we allow
                creations that promotes awareness such as
                self-harm survival stories, especially if they
                have educational value.
            </Text>
            <Text el={Text.Element.P}>
                If you or someone close to you might be in
                danger of hurting themselves, please contact
                local authorities or seek help:{' '}
                <TextButton
                    ariaLabel="suicide hotlines link"
                    href="http://www.suicide.org/suicide-hotlines.html"
                    target={TextButton.Target.Blank}
                    variant={TextButton.Variant.Primary}
                >
                    http://www.suicide.org/suicide-hotlines.html
                </TextButton>
            </Text>
        </Box>
        <Box mb={4}>
            <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                Illegal activity:
            </Text>
            <Text el={Text.Element.P}>
                We don't allow pages that collect money for an
                illegal purpose, or that encourage others to
                break the law. For example, creators may not
                promote illegal weapons, drug manufacturing
                techniques or distribution, or property crime.
                For example, we don't allow creations that help
                organize or encourage vandalism. Note that we do
                allow street art.
            </Text>
        </Box>
        <Box mb={4}>
```

```
                        <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                            Dangerous activities:
                        </Text>
                        <Text el={Text.Element.P}>
                            We ask those creators who are posting dangerous
                            stunts to include a clear disclaimer. We also
                            require that this types of posts be marked as
                            “Patron Only" if it is too graphic or dangerous
                            for a general audience.
                        </Text>
                    </Box>
                </>
            ),
        },
        {
            title: 'Spam',
            subtitle: `TLDR: While it can be hard to grow a patron base, no one
likes being spammed. Be creative and original, don’t post repetitive comments or
send unwanted private messages to other members of the community.`,
            body: (
                <>
                    <Box mb={4}>
                        <Text el={Text.Element.P}>
                            These are some of the actions we consider to be
                            spamming, which is prohibited on Patreon:
                        </Text>
                    </Box>
                    <Box mb={4}>
                        <Text el={Text.Element.P}>
                            <ul>
                                <li>
                                    Don’t create pledging schemes; don’t
                                    contact other creators to have a
                                    pledge-for-a-pledge kind of trade deal.
                                </li>
                                <li>
                                    Don’t use Patreon to release or link to
                                    malware or phishing schemes.
                                </li>
                                <li>
                                    Don’t make misleading posts to grow your
                                    patronage.
                                </li>
                                <li>
                                    Don’t post comments on other creators’
                                    pages promoting your own page.
                                </li>
                                <li>
                                    Don’t send a large number of unsolicited
                                    private messages asking for support.
```

```
                                    </li>
                                    <li>
                                        Don't use incorrect tagging in order to
                                        drive more search results.
                                    </li>
                                    <li>
                                        Don’t post multiple paid posts per day
                                        if you are a per-post creator.
                                    </li>
                                </ul>
                            </Text>
                        </Box>
                        <Box mb={4}>
                            <Text el={Text.Element.P}>
                                When reviewing reports about spam, we will
                                distinguish between commercial spam and friendly
                                abuse such as legitimate creators spamming other
                                creators’ pages. If we determine the spam is
                                friendly abuse, the account will be flagged;
                                repeat offenses will lead to full removal of the
                                creator or patron page. Commercial spamming by
                                an account that is not a legitimate creator will
                                be removed from Patreon. In other words, be
                                creative and original because nobody likes Spam
                                (not the canned type).
                            </Text>
                        </Box>
                    </>
                ),
            },
            {
                title: 'Patron accounts',
                subtitle: `TLDR: The philosophy behind these guidelines also applies
to patrons. While we believe that creators are best at managing their communities
there are some instances when the Trust and Safety team will review reports for
patrons' behaviour. `,
                body: (
                    <>
                        <Box mb={4}>
                            <Text el={Text.Element.P}>
                                Creators report a patron’s post directly{' '}
                                <TextButton
                                    ariaLabel="report patrons post instructions"

href="https://support.patreon.com/hc/en-us/articles/204914235"
                                    target={TextButton.Target.Blank}
                                    variant={TextButton.Variant.Primary}
                                >
                                    following these instructions
                                </TextButton>
```

```
    . If you would like us to review the behavior of
    one of your patrons we will keep the review
    confidential. The Trust and Safety team reviews
    reports around hate speech, harassment and
    solicitation very carefully and we will take
    action against a patron account if we find that
    they are in clear violation of these guidelines.
</Text>
<Text el={Text.Element.P}>
    Please remember that we will not share any
    details related to what kind of action we might
    have taken against a patron's account. Most
    importantly, if you feel unsafe because a patron
    is stalking or harassing you, you should always
    try to seek the help of your local law
    enforcement and contact the closest cyber crime
    unit as they will have the most tools and means
    to help. Patreon will work closely with law
    enforcement when there is an investigation and
    if a law enforcement agency sends us a subpoena.
</Text>
<Text el={Text.Element.P}>
    This policy is part of Patreon's{' '}
    <TextButton
        ariaLabel="Terms of Use"
        href="https://patreon.com/policy/legal"
        target={TextButton.Target.Blank}
        variant={TextButton.Variant.Primary}
    >
        Terms of Use
    </TextButton>
    . For more information, contact Patreon at{' '}
    <TextButton
        ariaLabel="Email Guidelines"
        href="mailto:guidelines@patreon.com"
        target={TextButton.Target.Self}
        variant={TextButton.Variant.Primary}
    >
        guidelines@patreon.com
    </TextButton>
    . You can find the{' '}
    <TextButton
        ariaLabel="Old Community Guidelines"
        href="https://www.patreon.com/oldguidelines"
        target={TextButton.Target.Blank}
        variant={TextButton.Variant.Primary}
    >
        old community guidelines here
    </TextButton>
    .
```

```
                        </Text>
                    </Box>
                </>
            ),
        },
    ],
},
{
    id: 4,
    route: 'copyright',
    hero: {
        title: 'Copyright & Trademark',
        thumb:
            'https://c5.patreon.com/external/marketing/legal/copyright.png',
        body: (
            <>
                <Box mb={4}>
                    <Text
                        el={Text.Element.P}
                        align={{
                            xs: Text.Align.Center,
                            md: Text.Align.Left,
                        }}
                    >
                        Patreon loves creators of all types and has great
                        admiration and appreciation for their creative
                        contributions to the world. Patreon respects the
                        intellectual property rights granted to creative
                        works and seeks to promote such respect by others,
                        especially our creators.
                    </Text>
                    <Text
                        el={Text.Element.P}
                        align={{
                            xs: Text.Align.Center,
                            md: Text.Align.Left,
                        }}
                    >
                        Patreon’s policy is to terminate, in appropriate
                        circumstances, subscribers and account holders who
                        are repeat infringers. We rely on creators to fund,
                        post or link only to their own original creations on
                        our platform and to notify us when creations are
                        being misused, stolen or otherwise abused.
                    </Text>
                    <Text
                        el={Text.Element.P}
                        align={{
                            xs: Text.Align.Center,
                            md: Text.Align.Left,
```

```
                        }}
                    >
                        Intellectual property is a complex and nuanced area
                        of law and there are legal risks involved both in
                        sending notifications and counter-notifications. If
                        you are not already familiar with intellectual
                        property law, we recommend consulting with an
                        attorney for specific advice before bringing any
                        notifications or counter-notifications on Patreon.
                    </Text>
                </Box>
            </>
        ),
    },
    articles: [
        {
            title: 'Copyright',
            subtitle: null,
            body: (
                <>
                    <Box mb={4}>
                        <Text el={Text.Element.P}>
                            The Digital Millennium Copyright Act (DMCA)
                            provides a notice and takedown framework for
                            potential copyright infringements. This
                            framework allows copyright owners to bring a
                            notification of claimed infringement for any
                            potentially infringing works that may be hosted
                            or located on Patreon. Patreon acts
                            expeditiously to remove such works.
                        </Text>
                        <Text el={Text.Element.P}>
                            If a Patreon creator has potentially misused
                            your copyrighted work, please submit a
                            notification of claimed infringement by
                            following{' '}
                            <TextButton
                                ariaLabel="instructions to submit claim "
                                href="https://support.patreon.com/hc/en-us/articles/208377833"
                                target={TextButton.Target.Blank}
                                variant={TextButton.Variant.Primary}
                            >
                                these instructions
                            </TextButton>
                            . Be sure to conform to the applicable
                            notification provisions of section 512 of the
                            Copyright Act.
                        </Text>
                        <Text el={Text.Element.P}>
```

```
                                If you have received a notification of claimed
                                infringement on your Patreon page, you have the
                                option of removing the work or bringing a
                                counter-notification by following{' '}
                                <TextButton
                                    ariaLabel="instructions for
counter-notification"

href="https://support.patreon.com/hc/en-us/articles/208020666"
                                    target={TextButton.Target.Blank}
                                    variant={TextButton.Variant.Primary}
                                >
                                    these instructions
                                </TextButton>
                                . Be sure to conform to the applicable counter
                                notification provisions of section 512(g)(3) of
                                the Copyright Act. All notifications of claimed
                                infringement can either be mailed or emailed to
                                Patreon’s designated DMCA agent at:
                            </Text>
                            <Box mt={2}>
                                <Text el={Text.Element.P}>
                                    Patreon ATTN: Legal Department
                                    <br />
                                    600 Townsend Street, Suite 500
                                    <br />
                                    San Francisco, CA 94103
                                    <br />
                                </Text>
                                <Text el={Text.Element.P}>
                                    Email:{' '}
                                    <TextButton
                                        ariaLabel="Copyright Email"
                                        href="mailto:copyright@patreon.com"
                                        target={TextButton.Target.Self}
                                        variant={TextButton.Variant.Primary}
                                    >
                                        copyright@patreon.com
                                    </TextButton>
                                </Text>
                            </Box>
                        </Box>
                    </>
                ),
            },
            {
                title: 'Trademark',
                subtitle: null,
                body: (
                    <>
```

```
                        <Box mb={2}>
                            <Text el={Text.Element.P}>
                                A trademark is a brand name, slogan, or logo
                                that serves to identify a person or company’s
                                goods or services. For example: You’re now using
                                the Patreon® platform. The Patreon® trademark
                                helps distinguish this website from other online
                                platforms.
                            </Text>
                        </Box>
                        <Box mb={2}>
                            <Text el={Text.Element.P}>
                                If you are concerned that someone may be using
                                your trademark in a way that is likely to
                                confuse or mislead the public, please contact us
                                at{' '}
                                <TextButton
                                    ariaLabel="legal@patreon.com email"
                                    href="mailto:legal@patreon.com"
                                    target={TextButton.Target.Blank}
                                    variant={TextButton.Variant.Primary}
                                >
                                    legal@patreon.com
                                </TextButton>
                                . We will review your claim and take whatever
                                action we deem appropriate, including but not
                                limited to removal of the violative mark from
                                Patreon.
                            </Text>
                        </Box>
                    </>
                ),
            },
        ],
    },
    {
        id: 5,
        route: 'cookies',
        hero: {
            title: 'Cookie Policy',
            thumb:
                'https://c5.patreon.com/external/marketing/legal/cookies.png',
            body: (
                <>
                    <Text
                        el={Text.Element.P}
                        align={{ xs: Text.Align.Center, md: Text.Align.Left }}
                    >
                        A cookie is a small text file that a website saves on
                        your computer or mobile device when you visit the site.
```

```
                        This small text file enables a site to remember your
                        actions and preferences for a specified period of time,
                        so you don't have to re-enter your login or settings
                        information each time you visit a new page on our site.
                    </Text>
                </ />
            ),
        },
        articles: [
            {
                title: 'Use on Patreon',
                subtitle: `TLDR: Patreon uses cookies and other tracking
technologies
                to provide our service. Cookies are not strictly necessary for the
                website to work, but it will provide you with a better browsing
                experience. If you choose to delete or block these cookies, some
                features of this site may not work as intended.`,
                body: (
                    <>
                        <Box mb={2}>
                            <Box mb={4}>
                                <Text el={Text.Element.P}>
                                    Cookies are not used to identify you
                                    personally and are not used for any purpose
                                    other than those described here.
                                </Text>
                            </Box>
                            <Box mb={4}>
                                <Text
                                    el={Text.Element.P}
                                    weight={Text.Weight.Bold}
                                >
                                    Security / Authentication:
                                </Text>
                                <Text el={Text.Element.P}>
                                    Some cookie and similar technology functions
                                    are necessary and vital to ensuring that
                                    Patreon works properly for visitors and
                                    members, such as maintaining the security,
                                    safety, and integrity on Patreon,
                                    authentication and logging in (including
                                    remembering permissions and consents you
                                    have granted), and ensuring the ability to
                                    securely complete transactions.
                                </Text>
                            </Box>
                            <Box mb={4}>
                                <Text
                                    el={Text.Element.P}
                                    weight={Text.Weight.Bold}
```

```
                        >
                            Performance / Analytics and Research:
                        </Text>
                        <Text el={Text.Element.P}>
                            Some technologies help provide performance
                            data on how Patreon is functioning in order
                            to make improvements to the platform. Data
                            collected on site and app functionality and
                            speed, how Patreon is used and detecting and
                            gathering reporting on bugs helps improve
                            Patreon and the services we offer.
                        </Text>
                    </Box>
                    <Box mb={4}>
                        <Text
                            el={Text.Element.P}
                            weight={Text.Weight.Bold}
                        >
                            Preferences / Localization:
                        </Text>
                        <Text el={Text.Element.P}>
                            Cookies enable your personalized views and
                            settings. Some cookies help us provide
                            localized experiences — for example, by
                            making sure you see Patreon in your
                            preferred language.
                        </Text>
                    </Box>
                    <Box mb={4}>
                        <Text
                            el={Text.Element.P}
                            weight={Text.Weight.Bold}
                        >
                            Social Networks / Marketing:
                        </Text>
                        <Text el={Text.Element.P}>
                            Some technologies help you to interact with
                            social networks you are signed into while
                            using Patreon, such as logging in with the
                            social network and other features you employ
                            with the social network, or that are allowed
                            in the social network’s privacy policy.
                            These may be set and controlled by the
                            social networks, and your preferences with
                            those social networks.
                        </Text>
                    </Box>
                </Box>
            </>
        ),
```

```
            },
            {
                title: '"Do-not-track" technologies',
                subtitle: null,
                body: (
                    <>
                        <Box mb={2}>
                            <Text el={Text.Element.P}>
                                We do not respond to web browser "Do-Not-Track"
                                signals.
                            </Text>
                        </Box>
                    </>
                ),
            },
            {
                title: 'How to manage cookies',
                subtitle: null,
                body: (
                    <>
                        <Box mb={2}>
                            <Text el={Text.Element.P}>
                                You can control the use of cookies at the
                                individual browser level. If you reject or
                                delete cookies, our Services may no longer
                                function as intended. Each browser provides
                                different mechanisms for managing cookies. Look
                                at your browser's help menu to determine the
                                best way to modify your browser's cookie
                                storage.
                            </Text>
                        </Box>
                    </>
                ),
            },
            {
                title: 'Changes to Cookie Policy',
                subtitle: null,
                body: (
                    <>
                        <Box mb={2}>
                            <Text el={Text.Element.P}>
                                We periodically update this Cookie Policy to
                                account for changed legal and operational
                                circumstances, to describe new cookies and
                                tracking technologies, and to describe how those
                                changes affect our use of your information. If
                                we are going to use information in a manner that
                                is materially different from that stated at the
                                time of collection or make any material changes
```

```
                    in our privacy practices, we will notify you. We
                    will post those changes through a prominent
                    notice on our website.
                </Text>
                <Text el={Text.Element.P}>
                    This policy is part of Patreon’s{' '}
                    <TextButton
                        href="https://patreon.com/policy/legal"
                        weight={TextButton.Weight.Normal}
                        variant={TextButton.Variant.Primary}
                        size={TextButton.Size.Md}
                        target={TextButton.Target.Blank}
                    >
                        Terms of Use
                    </TextButton>{' '}
                    and{' '}
                    <TextButton
                        href="https://privacy.patreon.com"
                        weight={TextButton.Weight.Normal}
                        variant={TextButton.Variant.Primary}
                        size={TextButton.Size.Md}
                        target={TextButton.Target.Blank}
                    >
                        Privacy Policy
                    </TextButton>
                    . For more information, contact Patreon at{' '}
                    <TextButton
                        href="mailto:privacy@patreon.com"
                        weight={TextButton.Weight.Normal}
                        variant={TextButton.Variant.Primary}
                        size={TextButton.Size.Md}
                        target={TextButton.Target.Self}
                    >
                        privacy@patreon.com
                    </TextButton>
                    . Visit our{' '}
                    <TextButton
                        href="https://privacy.patreon.com"
                        weight={TextButton.Weight.Normal}
                        variant={TextButton.Variant.Primary}
                        size={TextButton.Size.Md}
                        target={TextButton.Target.Blank}
                    >
                        privacy center
                    </TextButton>{' '}
                    to learn more about the specific cookies we use
                    and how to to opt out of them.
                </Text>
            </Box>
        </>
```

```
            ),
        },
    ],
},
{
    id: 6,
    route: 'benefits',
    hero: {
        title: 'Benefit Guidelines',
        thumb:
            'https://c5.patreon.com/external/marketing/legal/benefits.png',
        body: (
            <>
                <Text
                    el={Text.Element.P}
                    align={{ xs: Text.Align.Center, md: Text.Align.Left }}
                >
                    Creations come in many forms, and while we don’t want to
                    restrict people’s creativity, there are limits to what
                    you can offer as a benefit or incentive to your patrons.
                </Text>
            </>
        ),
    },
    articles: [
        {
            title: 'How are these guidelines enforced?',
            subtitle: null,
            body: (
                <>
                    <Box mb={2}>
                        <Text el={Text.Element.P}>
                            We know most creators simply want to create
                            something beautiful to share with their fans,
                            but certain benefits are restricted. When trying
                            to decide what counts as a benefit the Trust and
                            Safety team does a complex and context sensitive
                            analysis to determine what patrons are paying
                            for and the value they receive. We also have to
                            make sure people aren’t circumventing our
                            guidelines by sharing prohibited benefits off of
                            Patreon that are not identified on Patreon.
                        </Text>
                        <Text el={Text.Element.P}>
                            As a result, the Trust and Safety team looks at
                            a creator’s entire online presence when
                            reviewing benefit tiers.
                        </Text>
                    </Box>
                </>
```

```
        ),
    },
    {
        title: 'Illegal creations and benefits',
        subtitle: null,
        body: (
            <>
                <Box mb={2}>
                    <Text el={Text.Element.P}>
                        Legality is very difficult to determine because
                        every country and state has different laws. As a
                        result we design our policies to make sense for
                        a global company, not just where you are
                        located. Here are some types of benefits that we
                        do not allow anywhere on Patreon. In some of
                        these cases, we will also report the account and
                        work with law enforcement to identify the
                        source. Benefits that are not allowed include:
                    </Text>
                </Box>
                <Box mb={2}>
                    <Text el={Text.Element.P}>
                        <ul>
                            <li>
                                Images of child abuse and sexual
                                depiction of minors.
                            </li>
                            <li>Images of human or animal abuse.</li>
                            <li>
                                Access to betting or gambling products
                                or services.
                            </li>
                        </ul>
                    </Text>
                </Box>
                <Box mb={2}>
                    <Text el={Text.Element.P}>
                        For information on benefits that infringe on
                        intellectual property rights please see our{' '}
                        <TextButton
                            ariaLabel="Copyright and Trademark policy"
                            href="https://patreon.com/policy/copyright"
                            target={TextButton.Target.Blank}
                            variant={TextButton.Variant.Primary}
                        >
                            Copyright and Trademark policy
                        </TextButton>
                        .
                    </Text>
                </Box>
```

```
        </>
    ),
},
{
    title: 'Drugs, medication, and supplements',
    subtitle: null,
    body: (
        <>
            <Box mb={2}>
                <Text el={Text.Element.P}>
                    Sometimes people want to share their experience
                    with struggles they faced and how they got
                    better as a way of helping others who are
                    struggling, and that’s more than okay. However,
                    we don’t want creators to encourage harmful or
                    dangerous behaviors. As a result, you cannot
                    offer the following as a benefit:
                </Text>
            </Box>
            <Box mb={2}>
                <Text el={Text.Element.P}>
                    <ul>
                        <li>Drugs or drug paraphernalia.</li>
                        <li>
                            Partial payment for drugs, medication or
                            supplements such as coupons, gift cards,
                            or any incentive to purchase or obtain
                            the categories mentioned above.
                        </li>
                        <li>
                            Medication or food supplements such as
                            weight loss, energy boost or miracle
                            cures.
                        </li>
                        <li>
                            Books or any other form of educational
                            material claiming that they can help
                            cure disease.
                        </li>
                    </ul>
                </Text>
            </Box>
            <Box mb={2}>
                <Text el={Text.Element.P}>
                    Note that Patreon allows creations engaging or
                    discussing alternative medicine as long as it
                    does not put people at risk. There is a fine
                    line, but there is a difference between "Medical
                    research on the use of CBD oil against dementia"
                    vs "How to cure cancer only with Yoga" and the
```

```
                            team actively reviews creations that might fall
                            under the second category.
                        </Text>
                    </Box>
                </>
            ),
        },
        {
            title: 'Weapons and explosives',
            subtitle: null,
            body: (
                <>
                    <Box mb={2}>
                        <Text el={Text.Element.P}>
                            We welcome creations about guns and other
                            weapons on Patreon, but because we are a global
                            company, we have some restrictions on the
                            benefits you can offer. You cannot offer the
                            following as benefits on Patreon:
                        </Text>
                    </Box>
                    <Box mb={2}>
                        <Text el={Text.Element.P}>
                            <ul>
                                <li>
                                    Offering lethal weapons as a benefit.
                                </li>
                                <li>Offering fireworks as a benefit.</li>
                                <li>
                                    Benefits offering partial payment such
                                    as coupons, gift cards, or any incentive
                                    to purchase or obtain firearms or
                                    explosives.
                                </li>
                                <li>
                                    Tutorials, instructions, or
                                    demonstrations for crafting or modifying
                                    weapons, such as 3D printed designs,
                                    manufacturing firearms, and other DIY
                                    creations.
                                </li>
                            </ul>
                        </Text>
                    </Box>
                </>
            ),
        },
        {
            title: 'Alcohol and smoking',
            subtitle: null,
```

```
body: (
    <>
        <Box mb={2}>
            <Text el={Text.Element.P}>
                You are welcome to create a page dedicated to
                beer tasting or making cocktails. The same is
                true if you want to review cigars and talk about
                the history of tobacco, but there are some
                limitations to the benefits you can offer. You
                cannot offer the following:
            </Text>
        </Box>
        <Box mb={2}>
            <Text el={Text.Element.P}>
                <ul>
                    <li>
                        Alcohol and smoking substances such as
                        tobacco, cigars, vapes, e-cigarette,
                        rolling paper, and cigarettes.
                    </li>
                    <li>
                        Offering promotions, coupons, or any
                        other incentives to purchase or obtain
                        alcohol and smoking products.
                    </li>
                    <li>Offering kits to brew alcohol.</li>
                </ul>
            </Text>
        </Box>
    </>
),
},
{
    title: 'Finance and Cryptocurrency',
    subtitle: null,
    body: (
        <>
            <Box mb={2}>
                <Text el={Text.Element.P}>
                    You are free to talk about and share creations
                    around financial advice and cryptocurrency, but
                    Patreon was not designed to launch an ICO or
                    create an investment scheme. Therefore, while
                    you can share creations and advice, you cannot
                    offer the following benefits:
                </Text>
            </Box>
            <Box mb={2}>
                <Text el={Text.Element.P}>
                    <ul>
```

```
                        <li>
                            Coins as part of a benefit or making
                            your patrons an investor.
                        </li>
                        <li>
                            Partial payment such as coupons, gift
                            cards, or any incentive to purchase or
                            obtain cryptocurrency.
                        </li>
                        <li>
                            It goes without saying, you can’t
                            organize any benefits like a pyramid
                            scheme, Ponzi scheme, or other
                            fraudulent scheme.
                        </li>
                        <li>
                            You cannot offer benefits that promise
                            patrons a financial benefit based on
                            following advice provided in the benefit
                            such as "if you pay $50 a month, my
                            advice will earn you 10 times that."
                        </li>
                    </ul>
                </Text>
            </Box>
        </>
    ),
},
{
    title: 'Sex work and sexual services',
    subtitle: null,
    body: (
        <>
            <Box mb={2}>
                <Text el={Text.Element.P}>
                    While we welcome nudity on Patreon, this is only
                    true for creators who follow both our{' '}
                    <TextButton
                        ariaLabel="Community Guidelines"
                        href="https://patreon.com/policy/guidelines"
                        target={TextButton.Target.Blank}
                        variant={TextButton.Variant.Primary}
                    >
                        Community Guidelines
                    </TextButton>{' '}
                    and these Benefit Guidelines. There is a fine
                    line between creations and experiences which is
                    highlighted in our{' '}
                    <TextButton
                        ariaLabel="Community Guidelines"
```

```
                    href="https://patreon.com/policy/guidelines"
                    target={TextButton.Target.Blank}
                    variant={TextButton.Variant.Primary}
                >
                    Community Guidelines
                </TextButton>
                . We understand that creators sometimes need to
                push the boundaries of what is acceptable to
                society, but we don't allow pornography or
                sexual services to be funded on Patreon. As a
                result, you cannot offer the following benefits:
            </Text>
        </Box>
        <Box mb={2}>
            <Text el={Text.Element.P}>
                <ul>
                    <li>
                        You cannot use Patreon to provide access
                        to pornographic material such as giving
                        access to a website or shared private
                        access to pornographic creations whether
                        on Patreon or on any other platform.
                        Pornography is defined as real people
                        engaging in sexual acts such as
                        masturbation or sexual intercourse on
                        camera.
                    </li>
                    <li>
                        You cannot use Patreon's payment system
                        to fund escort activity.
                    </li>
                    <li>
                        You cannot offer an erotic webcam
                        session to your patrons. This means that
                        we have a no nudity policy for creators
                        using CrowdCast.
                    </li>
                    <li>
                        18+ creators featuring real people
                        cannot offer benefits that are limited
                        to a single patron, such as a custom
                        video or audio file specifically created
                        for one patron, or a page made for one
                        patron. That does not mean that you
                        cannot have polls or have your patrons
                        actively participating in your creative
                        process, but they can only do so for as
                        long as the benefits are delivered to a
                        larger group of patrons/fans and are
                        within our guidelines.
```

```
                            </li>
                        </ul>
                    </Text>
                </Box>
                <Box mb={2}>
                    <Text el={Text.Element.P}>
                        Here the question really comes down to what your
                        patrons are paying for on Patreon. We are also
                        happy to provide you with more education on how
                        to maintain a dual presence and dual
                        monetization if you want to have more than just
                        18+ creations.
                    </Text>
                </Box>
            </>
        ),
    },
    {
        title: 'Health, hygiene and consumables',
        subtitle: null,
        body: (
            <>
                <Box mb={2}>
                    <Text el={Text.Element.P}>
                        Creations related to cooking, how to make your
                        own products and discussing health are allowed,
                        but creators cannot offer ingredients or
                        consumables as a benefit.
                    </Text>
                </Box>
            </>
        ),
    },
    {
        title: 'Multi-level marketing and direct selling',
        subtitle: null,
        body: (
            <>
                <Box mb={2}>
                    <Text el={Text.Element.P}>
                        Patreon is not a platform to launch a direct
                        sales business or facilitate MLMs. Patreon is
                        not meant to be a means to promote a direct
                        sales business, but a place for creators to
                        launch creative endeavors. Products manufactured
                        and sold by direct marketing companies are not a
                        benefit to be offered on Patreon.
                    </Text>
                </Box>
            </>
```

```
            ),
        },
        {
            title: 'Raffles',
            subtitle: null,
            body: (
                <>
                    <Box mb={2}>
                        <Text el={Text.Element.P}>
                            Everyone loves the thrill and the idea of
                            winning a prize which means that raffles can
                            seem like an attractive way to win a bigger
                            audience. However, you cannot request payment
                            for raffles or giveaways as part of a benefit.
                            In other words, patrons should not have to pay
                            for the chance to win something. This includes
                            lotteries, raffles or even mystery boxes if the
                            value of the box is not guaranteed. If you want
                            to offer any form of giveaways to your
                            followers, make sure to open them to your fan
                            base in general, ensure they are not only
                            accessible to your patrons, and follow the
                            applicable laws. You can{' '}
                            <TextButton
                                ariaLabel="Read More - Raffle Rewards"
href="https://support.patreon.com/hc/en-us/articles/204199489"
                                target={TextButton.Target.Blank}
                                variant={TextButton.Variant.Primary}
                            >
                                read more about this here
                            </TextButton>
                            .
                        </Text>
                    </Box>
                </>
            ),
        },
        {
            title: 'Other things to note',
            subtitle: null,
            body: (
                <>
                    <Box mb={2}>
                        <Text el={Text.Element.P}>
                            This list is not exhaustive and might change in
                            the future as technologies evolve and life
                            simply happens. If you have doubts about your
                            projects, please contact the Trust and Safety
                            team using{' '}
```

```
                                <TextButton
                                    ariaLabel="Trust and Safety form request"

href="https://support.patreon.com/hc/en-us/requests/new?ticket_form_id=360000095391"
                                    target={TextButton.Target.Blank}
                                    variant={TextButton.Variant.Primary}
                                >
                                    this form
                                </TextButton>
                                . We are always happy to help.
                            </Text>
                            <Text el={Text.Element.P}>
                                This policy is part of Patreon’s{' '}
                                <TextButton
                                    ariaLabel="Terms of Use"
                                    href="https://patreon.com/policy/legal"
                                    target={TextButton.Target.Blank}
                                    variant={TextButton.Variant.Primary}
                                >
                                    Terms of Use
                                </TextButton>{' '}
                                and{' '}
                                <TextButton
                                    ariaLabel="Community Guidelines"
                                    href="https://patreon.com/policy/guidelines"
                                    target={TextButton.Target.Blank}
                                    variant={TextButton.Variant.Primary}
                                >
                                    Community Guidelines
                                </TextButton>
                                . For more information, contact Patreon at{' '}
                                <TextButton
                                    ariaLabel="guidelines@patreon.com"
                                    href="mailto:guidelines@patreon.com"
                                    target={TextButton.Target.Blank}
                                    variant={TextButton.Variant.Primary}
                                >
                                    guidelines@patreon.com
                                </TextButton>
                                .
                            </Text>
                        </Box>
                    </>
                ),
            },
        ],
    },
    {
        id: 7,
        route: 'security',
```

```
hero: {
    title: 'Security Policy',
    thumb:
        'https://c5.patreon.com/external/marketing/legal/security.png',
    body: (
        <>
            <Text
                el={Text.Element.P}
                align={{ xs: Text.Align.Center, md: Text.Align.Left }}
            >
                The security of your personal information is important
                to us. We use reasonable and appropriate physical,
                technical, and administrative industry safeguards to
                protect information from unauthorized access, use, loss,
                misuse or unauthorized alteration.
            </Text>
        </>
    ),
},

articles: [
    {
        title: 'What we do',
        subtitle: null,
        body: (
            <>
                <Box mb={2}>
                    <Text el={Text.Element.P}>
                        Our systems never access your full credit card
                        number, and we encrypt the most sensitive
                        information like tax information using transport
                        layer security (TLS). We also offer advanced
                        security measures, such as{' '}
                        <TextButton
                            ariaLabel="Two Factor Authentication"

href="https://support.patreon.com/hc/en-us/articles/206538086"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                        >
                            two-factor authentication
                        </TextButton>{' '}
                        for signing in, and{' '}
                        <TextButton
                            ariaLabel="CAPTCHA"

href="https://support.patreon.com/hc/en-us/articles/115004119043"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
```

```
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                            >
                                CAPTCHA verification
                            </TextButton>{' '}
                            in cases when a bot is detected, when a user
                            attempts to login from a suspicious IP address
                            or after rapid succession login attempts. We
                            only serve traffic over HTTPS, which encrypts
                            all data between you and us.
                        </Text>
                    </Box>
                </>
            ),
        },
        {
            title: 'What you should do',
            subtitle: null,
            body: (
                <>
                    <Box mb={2}>
                        <Text el={Text.Element.P}>
                            As a creator or patron, you can help prevent
                            unauthorized access to your account and
                            information by choosing a strong and unique
                            password which is stored in a password manager.
                            If you have any questions about the security of
                            your personal information, you can contact us at{'
'}

                            <TextButton
                                ariaLabel="Email Security"
                                href="mailto:security@patreon.com"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Self}
                            >
                                security@patreon.com
                            </TextButton>
                            .
                        </Text>
                        <Box mb={2}>
                            <Text el={Text.Element.P}>
                                If you are a security expert or researcher
                                and you believe that you have discovered a
                                security-related issue with Patreon, we
                                appreciate your help in disclosing the issue
                                to us responsibly. You can sign up for our
                                bug bounty program and submit bug reports to
                                us at{' '}
```

```
                        <TextButton
                            ariaLabel="Email Security"
                            href="mailto:security@patreon.com"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Self}
                        >
                            security@patreon.com
                        </TextButton>
                        . Please include a detailed description of
                        the issue and the steps required to
                        reproduce what you have observed when you
                        submit bug reports. For sensitive issues,
                        you can use our PGP key:{' '}
                        <TextButton
                            ariaLabel="Download PGP Key"

href="https://www.patreon.com/security_pgp_key.asc"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                        >
                            https://www.patreon.com/security_pgp_key.asc
                        </TextButton>
                    </Text>
                </Box>
            </Box>
        </>
    ),
},
{
    title: 'What you should not do',
    subtitle: null,
    body: (
        <>
            <Box mb={2}>
                <Text el={Text.Element.P}>
                    Please do not engage in any behavior that
                    endangers the security of our website and users.
                    Below are some examples of things you should not
                    do on Patreon.
                </Text>
                <Box mb={2}>
                    <ul>
                        <li>
                            <Text
                                el={Text.Element.Span}
                                weight={Text.Weight.Bold}
```

```
    >
        Illegal Activities
    </Text>{' '}
    - Don't break the law or encourage
    others to break the law.
</li>
<li>
    <Text
        el={Text.Element.Span}
        weight={Text.Weight.Bold}
    >
        Personal Information
    </Text>{' '}
    - Don't distribute others' personal
    information or otherwise abuse it.
    Creators with access to their patrons'
    personal information should not use it
    for anything unrelated to Patreon.
</li>
<li>
    <Text
        el={Text.Element.Span}
        weight={Text.Weight.Bold}
    >
        Spam
    </Text>{' '}
    - Don't spam others or distribute
    unsolicited advertising material.
</li>
<li>
    <Text
        el={Text.Element.Span}
        weight={Text.Weight.Bold}
    >
        Malware
    </Text>{' '}
    - Don't use Patreon to host or
    distribute, malicious or destructive
    software.
</li>
<li>
    <Text
        el={Text.Element.Span}
        weight={Text.Weight.Bold}
    >
        Service Degradation
    </Text>{' '}
    - Don't degrade others' use of Patreon
    or do any kind of brute force or load
    testing.
```

```
                                    </li>
                                    <li>
                                        <Text
                                            el={Text.Element.Span}
                                            weight={Text.Weight.Bold}
                                        >
                                            Data Mining
                                        </Text>{' '}
                                        - Don’t crawl, scrape or otherwise index
                                        information on Patreon. If you are doing
                                        this to create a useful feature then we
                                        may allow it, but you must check with us
                                        first.
                                    </li>
                                    <li>
                                        <Text
                                            el={Text.Element.Span}
                                            weight={Text.Weight.Bold}
                                        >
                                            Reverse Engineering
                                        </Text>{' '}
                                        - Don’t reverse engineer or access our
                                        code in any manner that is not
                                        authorized by us. If you are interested
                                        in improving Patreon’s security, email{' '}
                                        <TextButton
                                            ariaLabel="Email Security"
                                            href="mailto:security@patreon.com"
                                            weight={TextButton.Weight.Normal}
                                            variant={TextButton.Variant.Primary}
                                            size={TextButton.Size.Md}
                                            target={TextButton.Target.Self}
                                        >
                                            security@patreon.com
                                        </TextButton>{' '}
                                        to sign up for our bug bounty program.
                                    </li>
                                </ul>
                            </Box>
                            <Text el={Text.Element.P}>
                                If you engage in any of these behaviors, or
                                otherwise endanger the security of our website
                                and users we may terminate your account.
                            </Text>
                        </Box>
                    </>
                ),
            },
        ],
    },
```

```
    {
        id: 8,
        route: 'brand',
        hero: {
            title: 'Brand Guidelines',
            thumb: 'https://c5.patreon.com/external/marketing/legal/brand.png',
            body: <></>,
        },
        articles: [
            {
                title: '',
                subtitle: null,
                body: <></>,
            },
        ],
    },
    {
        id: 9,
        route: 'portal',
        hero: {
            title: 'Developer Portal',
            thumb:
                'https://c5.patreon.com/external/marketing/legal/developer.png',
            body: <></>,
        },
        articles: [
            {
                title: '',
                subtitle: null,
                body: <></>,
            },
        ],
    },
]
// Export a map of all pages by route
export const pagesByRoute = pages.reduce((map, page) => {
    if (page.route) {
        map[page.route] = page
    }
    return map
}, {})
export const pagesWithRoute = pages.reduce((arr, page) => {
    if (page.route) {
        arr.push(page)
    }
    return arr
}, [])
export const getPageByRoute = route => {
    return find(pages, page => {
        return page.route === route
```

```
    })
}
// Export a map of all pages by id
export const pagesById = pages.reduce((map, page) => {
    map[page.id] = page
    return map
}, {})

export const getRouteFromId = id => pagesById[id].route

export default pages
```