# EXHIBIT 81

# Terms of use

Patreon is a membership platform that enables creators to be paid by their fans. One of our core behaviors is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make this easy to get through. Above every section we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text if you have questions.

TOPICS
Welcome to Patreon!
Your account
Abusive conduct
All about being a creator
All about being a patron
Patreon's role
Account deletion
Your creations
Patreon's creations
Indemnity
Warranty disclaimer
Limit of liability
Dispute resolution
Governing law
Everything else

Back to Policy

## Welcome to Patreon!

**TLDR: By using Patreon you agree to these terms.**

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We," "our" or "us" refers to Patreon Inc. and our subsidiaries. "Patreon" refers to this platform and the services offered by us.

By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy. We can collect and use your information in accordance with those policies.

## Your account

**TLDR: You must be at least 13 years old to register for an account. You are responsible for your account.**

When you create an account you must provide us with accurate information.

To create an account you must be at least 13 years old. To join a creator's membership as a patron, or provide a membership as a creator, you must be at least 18 years old or have your parent's permission.

You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security on our Security Policy page.

## Abusive conduct

**TLDR: Be responsible and don't violate our policies.**

You are responsible for all activity on your account. If you violate our policies we may terminate your account.

Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator raising funds on Patreon, we may be held accountable for what you do with those funds. As a result, we also look at what you do with your membership off our platform.

You can find more detailed information in the Community Guidelines and Security Policy. These policies cover most issues, but if you find a new and creative way to hurt Patreon or our community we may take action to prevent it.

## All about being a creator

**TLDR: A creator is someone who offers membership to patrons on Patreon. There are a lot of details here involving payments, fees, taxes and restrictions that you should read in full if you are a creator.**

**Membership**

To become a creator simply launch your page to start your membership. Memberships are for your most passionate fans. You're inviting them to be part of something exciting that gives them unique benefits they want, like additional access, merchandise, exclusivity, and engaging experiences. In exchange, patrons pay on a subscription basis.

**Payments**

As a creator you make your membership available on Patreon, and we provide membership to your patrons on a subscription basis. We also handle payments issues such as fraud, chargebacks and resolution of payments disputes.

We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for violations of our policies or for compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reason to you promptly. If you have questions about a payments block, please reach out to us. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent.

Sometimes activities like refunds can put your account balance into the negative. If your balance becomes negative then we may recover those funds from future payments.

**Fees**

As a creator there are two fees associated with your membership on Patreon. The first is the platform fee, which varies depending on the level of service you select. The second is the payment processing fee, which is dependent on the currency selected by the creator.

- The payment processing fee in U.S. Dollars is 2.9% plus $0.30 per successful pledge for pledges over $3, and 5% plus $0.10 per successful pledge for pledges of $3 or less. PayPal payments from non-US patrons have an additional 1% fee. Founding creators have a legacy platform fee and the legacy payment processing rate. The legacy payment processing rate varies depending on a number of factors, including the membership subscription amount, card type and number of other memberships joined by a patron.
- The payment processing fee in Euros is 3.4% plus €0.35 per successful pledge for pledges over €3, and 5% plus €0.15 per successful pledge for pledges of €3 or less.
- The payment processing fee in British Pounds is 3.4% plus £0.35 per successful pledge for pledges over £3, and 5% plus £0.15 per successful pledge for pledges of £3 or less.

You can see how much processing fees are for any membership subscription on your creator dashboard.

Depending on your patrons' locations, some banks may charge your patron a foreign transaction fee for their membership subscription. Patreon does not control this charge, but it is typically around 3%.

**Tax**

We do not handle most tax payments, but we collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any taxes, you can learn more in our Tax Help Center.

The one tax we do handle on your behalf is VAT payments for electronically supplied services to patrons in the EU. For the purpose of electronically supplied services, creators make a supply of those services to us, and then we supply them to the patron. To learn more about how we handle VAT, please check our VAT guide.

**Restrictions**

We don't allow creations and benefits that violate our policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A summary of those rules is that we don't allow:

- Illegal creations or benefits.
- Creations or benefits that are abusive towards other people.
- Creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.
- Creations or benefits with real people engaging in sexual acts.
- Benefits that involve raffles or prizes based on chance.

If your fans include people under the age of 18, then please remind them that they need permission to join your membership, and those under the age of 13 cannot use Patreon.

As a creator you are also responsible for keeping patron data safe. You can see what is required in our Data Processing Agreement.

An account is tied to your creative output and cannot be sold or transferred for use by another creator.

## All about being a patron

**TLDR: A patron is someone who joins a creator's membership on Patreon. Depending on the creator's preference, you will be charged either a set amount per month or per creation. You can cancel your membership subscription at any time.**

To become a patron simply create an account, add your preferred payment method and join a creator's membership!

There are two types of membership subscriptions. One is a monthly subscription where you pay per month. The other is a per creation subscription where you pay based on the number of creations a creator posts in that month. You can set a limit on the number of creations you pay for in a single month.

The timing and amount of each membership subscription depends on the creator you support. You can see the details as you join and in the receipt sent to you after each successful payment. You can view all your active membership subscriptions and billing history on your membership page.

You may cancel your membership subscription at any time. We may grant refunds at our sole discretion.

In certain situations you may lose access to a creator's patron-only posts and benefits. These include when you cancel your membership subscription, your payment method fails, the creator blocks you, or the creator deletes their account.

Creators' memberships vary and we have limited control over the quality and specific offerings. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep Patreon safe.

If you are located in the EU, then VAT is added to the total charge. This is shown when you set up the initial membership subscription.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3%. Please contact your bank for more information.

## Patreon's role

**TLDR: We proactively look at some pages and posts on Patreon and review reported pages to identify potential violations of our guidelines.**

We proactively look at some pages and posts on Patreon to make sure creators follow our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and may include looking at what is supported by funds received through Patreon.

In most situations we will work with creators to resolve any potential violations and allow the creator to continue using Patreon. Terminating accounts is not an action we take lightly and is done in only the most extreme cases.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our community. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. You can learn more in our Privacy Policy.

## Account deletion

**TLDR: You can delete your account here. We can disable your account at our discretion.**

You can permanently delete your account at any time by going to our Privacy Policy. On that page you can also see what information is deleted and what we continue to store after the account is deleted.

We can terminate or suspend your account at any time at our discretion. We can also cancel any membership subscriptions and remove any descriptions, posts or benefits at our discretion.

These terms remain in effect even if you no longer have an account.

## Your creations

**TLDR: You keep complete ownership of all creations, but you give us permission to use them on Patreon. Make sure you have permission to use creations that you offer on Patreon.**

You keep full ownership of all creations that you offer on Patreon, but we need licenses from you to operate Patreon effectively.

By posting creations on Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your creation. The purpose of this license is strictly limited to allow us to provide and promote memberships to your patrons. We will never try to steal your creations or use them in an exploitative way.

You may not post creations that infringe others' intellectual property or proprietary rights.

Patrons may not use creations posted by creators in any way not authorized by the creator.

## Patreon's creations

**TLDR: You can use our copyrights or trademarks to promote your Patreon page, but can't use them for anything else without our permission.**

Our creations are protected by copyright, trademark and trade secret laws. Some examples of our creations are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page. You can learn more about the correct use of our logo in our Brand Guidelines.

You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

## Indemnity

**TLDR: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.**

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense.

Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.

## Warranty disclaimer

**TLDR: We do our best to make sure Patreon works as expected, but stuff happens.**

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law.**

**The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates and third party service providers.**

## Limit of liability

**TLDR: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.**

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements.**

**For this clause "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.**

## Dispute resolution

**TLDR: If you have a problem please talk to us, but you are limited in how you can resolve disputes. You waive your right to trial by jury and your right to participate in a class action proceeding.**

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or related to your use of Patreon, and it cannot be resolved after you talk with us, then it must be resolved by arbitration. This arbitration must be administered by JAMS under the JAMS Streamlined JAMS Streamlined Arbitration. Judgment on the arbitration award may be entered in any court with jurisdiction. Arbitrations may only take place on an individual basis. No class arbitrations or other grouping of parties is allowed. By agreeing to these terms you are waiving your right to trial by jury or to participate in a class action or representative proceeding; we are also waiving these rights.

We follow the JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness for all arbitrations done under these terms. If any portion of these terms do not follow that standard, that portion is severed from these terms.

This clause does not limit either party's ability to seek injunctive or other equitable relief for disputes relating to intellectual property or proprietary data.

## Governing law

**TLDR: Any disputes with us must be resolved in San Francisco under California law.**

California law, excluding its conflict of law provisions, governs these terms and all other Patreon policies. If a lawsuit does arise, both parties consent to the exclusive jurisdiction and venue of the courts located in San Francisco, California.

## Everything else

**TLDR: These terms are the final word on Patreon's policies and we will tell you if we change them.**

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future.

We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means you accept the new terms or policies.

If you are not in the European Union, then these terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you are located in the EU, then these terms are an agreement with Patreon Ireland Limited, Suite 3, One Earlsfort Centre, Lower Hatch Street, Dublin 2L, Ireland.

If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com.

Effective immediately for users joining Patreon on or after April 29th, 2019. Effective for existing users on June 1st, 2019.