# EXHIBIT 82




Product    For creators    Pricing    Find a creator    Log In

# Cookie Policy

A cookie is a small text file that a website saves on your computer or mobile device when you visit the site. This small text file enables a site to remember your actions and preferences for a specified period of time, so you don't have to re-enter your login or settings information each time you visit a new page on our site.

**TOPICS**

**Use on Patreon**

"Do-not-track" technologies

How to manage cookies

Changes to cookie policy

## Use on Patreon

To summarize: Patreon uses cookies and other tracking technologies to provide our service. Cookies are not strictly necessary for the website to work, but it will provide you with a

Back to Policy

better browsing experience. If you choose to delete or block these cookies, some features of this site may not work as intended.

Cookies are not used to identify you personally and are not used for any purpose other than those described here.

## Security / Authentication:

Some cookie and similar technology functions are necessary and vital to ensuring that Patreon works properly for visitors and members, such as maintaining the security, safety, and integrity on Patreon, authentication and logging in (including remembering permissions and consents you have granted), and ensuring the ability to securely complete transactions.

## Performance / Analytics and Research:

Some technologies help provide performance data on how Patreon is functioning in order to make improvements to the platform. Data collected on site and app functionality and speed, how Patreon is used and detecting and gathering reporting on bugs helps improve Patreon and the services we offer.

## Preferences / Localization:

Cookies enable your personalized views and settings. Some cookies help us provide localized

experiences — for example, by making sure you see Patreon in your preferred language.

**Social Networks / Marketing:**

Some technologies help you to interact with social networks you are signed into while using Patreon, such as logging in with the social network and other features you employ with the social network, or that are allowed in the social network's privacy policy. These may be set and controlled by the social networks, and your preferences with those social networks.

## "Do-not-track" technologies

We do not respond to web browser "Do-Not-Track" signals.

## How to manage cookies

You can control the use of cookies at the individual browser level. If you reject or delete cookies, our Services may no longer function as intended. Each browser provides different mechanisms for managing cookies. Look at your browser's help menu to determine the best way to modify your browser's cookie storage.

## Changes to cookie policy

We periodically update this Cookie Policy to account for changed legal and operational circumstances, to describe new cookies and tracking technologies, and to describe how those changes affect our use of your information. If we are going to use information in a manner that is materially different from that stated at the time of collection or make any material changes in our privacy practices, we will notify you. We will post those changes through a prominent notice on our website.

This policy is part of Patreon's [Terms of Use](#) and [Privacy Policy](#). For more information, contact Patreon at [privacy@patreon.com](mailto:privacy@patreon.com). Visit our [privacy center](#) to learn more about the specific cookies we use and how to to opt out of them.

| PRODUCT | FOR CREATORS | RESOURCES | COMPANY |
|---|---|---|---|
| Lite | Podcasters | Blog | About |
| Pro | Video Creators | Patreon U | Press |
| Premium | Musicians | Creator Community | Careers |
| Pricing | Visual Artists | Help Center & FAQ | Privacy |
|  | Writers & Journalists | App Directory | Policy & Terms |
|  | Communities | Developers | Privacy Preferences |
|  | Gaming Creators |  | Accessibility |
|  | Nonprofits |  | Impressum |
|  | Tutorials and Education |  |  |
|  | Local Businesses |  |  |
|  | Creators-of-all-kinds |  |  |

Language: English (United States)

United States

## Your Privacy

Patreon determines the use of personal data collected on our media properties and across the internet. We may collect data that you submit to us directly or data that we collect automatically including from cookies (such as device information or IP address). Please read our Privacy Policy to learn about our privacy practices or click "Your Preferences" to exercise control over your data.

**Accept**

Your Preferences