# EXHIBIT 83

# Former Patreon Privacy Policy

weston

Follow

(April 29, 2019 - December 31, 2019) for our current Privacy Policy please visit here.

## WELCOME TO PATREON!

Patreon is a membership platform where creators can be paid by their fans. We care about your privacy and want to help you understand how we collect, use and share your personal information. This privacy policy applies to patrons, creators, and all users of our platform, and is part of our Terms of Use.

Patreon is a global company. By using our platform, you agree that your personal information that you provide directly to us or that we collect through your use of the platform, may be transferred to and stored in the United States and handled as described in this Policy.

## INFORMATION YOU PROVIDE THROUGH YOUR ACCOUNT

This is information that you provide to us through text fields, such as your name, payment information and benefits. The information we collect differs depending on if you make an account, become a patron, or become a creator.

1. Email address
2. Username
3. Password
4. State and Country of Residence.

You may also sign up using a Facebook account. We will ask permission to access basic information from your Facebook account, such as your name, email, and profile picture. You can choose to stop sharing that information with us at any time by going to Facebook to remove Patreon's access to that account and your ability to log in.

You also have the option to add more information to your public profile, such as a location, social media links and an about section, which we store along with any comments or messages you submit on Patreon.

## PATRONS

A patron is someone who joins a creator's membership program through Patreon. As a patron you must provide your payment information to our payment processors. You can see the privacy policy for these payment processors on the PayPal, Stripe, and Checkout sites. Patreon does not receive your full card number. Payment processors provide us with a token that represents your account, your card's expiration date, card type and the last four digits of your card number. If you are required to provide your name and email address to the payment processor, then they also provide us with that information.

We collect and process information about the creators you support, the level at which you support them, what benefits you receive and how often you support them. As a patron, if you select a benefit tier with a physical benefit, then you have to provide your shipping information so the creator can ship you the benefit.

## CREATORS

A creator is someone who starts a membership program for patrons. To become a creator, you must create a page that describes what you are creating and any benefits you are offering. To receive payouts you have to create an account with one of our payment partners: PayPal, Stripe, or Payoneer. We may also require your bank account information to process payouts. You must also provide us with additional information for tax purposes. Depending on your location you may have to fill out a form with some combination of your:

1. Legal name
2. Address
3. Social security number or employer identification number
4. Country of citizenship
5. Foreign tax identification number
6. Date of birth
7. Your nonprofit registration number, if you are a nonprofit business

## ADDITIONAL INFORMATION WE COLLECT

### Automatically Collected Information:

We collect information automatically as you navigate the site or through our third party analytics providers. We may store usage information such as the type of device you use to access Patreon, your operating system, browser type, IP address, and device ID, the pages you visit or request, links clicked, referring sites, user interactions and your search terms. We also derive your location from your IP address.

### Forums and Messaging:

When you participate in a forum, we collect the comments you make as well as record how many times users visit, the activity on the site, where users have replied, with whom they've communicated, private messages, IP address, and from which location the user was last logged in. We use Discourse to help us host and operate our Forums. This means that they may access your information to help provide the Forum. You can find their Privacy Policy here.

### User Surveys

From time to time, we may solicit your participation in user surveys. To the extent that you participate, we will store your responses.

### Event Information

At in-person events, we may request information from you. This is done to better tailor the event experience to those in attendance. This information may include your name, email address, payment details, social media and other online accounts you maintain, details around the types of works you create and survey or feedback responses.

## INFORMATION COLLECTED BY THIRD PARTIES

### Cookies

We use Cookies on our website that collect information to allow us and third parties to understand your use of Patreon. Please see our cookie policy for more information on our use of cookies on Patreon.

### Social Media Features and Widgets

We use social media features, including the Facebook Like button and widgets, such as the Share button or similar interactive mini-programs that run on Patreon. If you provide your social media information to us, we may use it to interact with you on these social networks. These features may collect your IP address and other personal data including which page you are visiting on our site and may set a cookie to enable the feature to function properly. Social media features and widgets are either hosted by a third party or hosted directly on Patreon. Your interactions with these Features are governed by the privacy policy of the company providing it. For more information on the technologies used by these social networks, please refer to their specific privacy notices listed below:

- Facebook: https://www.facebook.com/about/privacy/
- Twitter: https://twitter.com/privacy
- YouTube: https://policies.google.com/privacy
- Instagram: https://help.instagram.com/155833707900388

## HOW WE USE YOUR INFORMATION

We process your information to:

1. provide Patreon services to you
2. allow you to sign in to your account
3. allow you to join a creator's membership program on Patreon
4. process a creator's membership payments
5. send you emails relevant to your usage, as controlled by your email preferences
6. reply to your questions
7. market Patreon to you, as controlled by your email preferences
8. understand how you use the service and create better tools for creators to serve patrons
9. conduct research and development to improve Patreon and develop future products
10. prevent fraud and abuse on Patreon
11. ship merchandise to you if a benefit includes it

## INFORMATION WE SHARE WITH CREATORS

By becoming a patron of a creator, you agree to have the following information shared with that creator:

1. your email address and other profile information you've provided
2. any messages you send creators through Patreon
3. your physical address, city, state, country, and phone number, if you have signed up for a benefit that requires shipping
4. all information about your pledge, including amount and start date, but not your full payment card information
5. some aggregated and anonymized data about how you use Patreon that cannot be linked back to any individual user

Creators must sign our Data Processing Agreement (DPA) when they start their membership program. This DPA is called the Creator Privacy Promise. The Creator Privacy Promise is a Creator's promise to protect the privacy of patrons during and beyond their Patreon relationship. You can view a copy of the Creator Privacy Promise here.

## INFORMATION WE SHARE WITH THIRD PARTIES

We never sell your information to a third party. We will only share data with third parties, other than with Creators, under the following circumstances:

1. with your consent, with service providers used by creators to deliver benefits, such as to ship packages to you. You should read these service providers' privacy policies to see how they use and share your data.
2. with our service providers, who are companies that are contractually engaged with us to provide us with services, such as order fulfillment, email management, analyzing data trends, credit card processing and fraud detection and prevention. These companies may have access to your data to perform their services and are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.
3. to protect the security or integrity of Patreon, and to protect the rights, property, or safety of Patreon, its employees, users, or others, if we believe that disclosure is reasonably necessary to comply with a law, regulation, or other valid legal process (e.g., subpoenas or warrants served on Patreon). If we are going to release your data, we will do our best to provide you with notice in advance by email, unless we are prohibited by law from doing so.
4. in connection with the sale, merger, bankruptcy, sale of assets or reorganization of our company. We will notify you if a different company receives your data. The promises in this privacy policy apply to any data transferred to a new entity.
5. with third party apps used by creators to help run their membership programs. There is a list of apps in our apps directory. While we try to keep this list up to date, we often experiment with new third party app providers, and this list may not be exhaustive.
6. with partners in our Partners Directory, who may have access to your data to perform their services, and who are obligated by contract to safeguard any of your data they receive from us to the same extent that Patreon protects it.

## INFORMATION WE SHARE WITH THE PUBLIC

The following information is publicly accessible:

1. your profile, and your social media links and location if you add that information
2. by default the creators you support are publicly displayed. If you flag your account as private, we will not display the creators you support
3. any posts, likes, or comments you make
4. your aggregated or anonymized usage data in blog posts, press releases, or in other ways to share information about Patreon's usage. Aggregated or anonymized data cannot be linked back to any individual Patreon user.
5. monthly pledge value and goals that creators choose to make public
6. number of patrons

## YOUR PREFERENCES AND RIGHTS OVER DATA

### Choosing Your Preferences

The Settings link is located by clicking on your avatar or profile at the top right hand of your screen. Settings lets you see your account preferences. You can see and adjust your settings by viewing your preferences and, if you wish, by changing your selections.

### Marketing Activities

We do not send marketing emails unless you explicitly consent to receiving them. These marketing emails do not require a Patreon account. You may object to the use of your data for direct marketing purposes at any time, free of charge, when we collect your personal information and in every marketing communication. We will never provide your information to third parties for marketing purposes without your prior consent.

## EXERCISING YOUR DATA RIGHTS

Users in certain locations may have certain rights in their personal data stored and processed by Patreon, including:

- the right of access to their personal data;
- the right to correct or rectify any inaccurate personal data;
- the right to restrict or oppose the processing of personal data;
- the right to erase their personal data; and
- the right to personal data portability

You can exercise rights over your data in the following ways:

### Accessing, Updating or Exporting the Information in Your Account

You can access and update certain information associated with your account on the settings pages, as described in the Choosing Your Preferences section above. To exercise your rights to data portability please contact privacy@patreon.com.

### Disabling or Deleting Your Account

You can disable your account if you go to your account settings while you are logged into Patreon. Click the "Disable My Account" link to have your account immediately disabled and removed from public view. Please be aware that this is a final act and you cannot log into your account again after clicking this link. When you disable your account, we immediately remove your ability to log in. Even if an account is disabled, some information may be retained by our analytics providers on their own servers. To delete your account, please contact privacy@patreon.com.

### Turning off Email Notifications

You can change your email notifications in your email settings. While this allows you to stop many notification emails, we will still send some critical service emails.

### Turning off Mobile Notifications

If you download the Patreon App you may also receive notifications on your mobile device. These can be disabled in the App settings.

## OUR DATA RETENTION PERIOD

We retain your information for ten years after your account is last active, unless you request we delete your account.

## CONTACTING OUR DATA PROTECTION OFFICERS

Patreon is an international company that complies with the General Data Protection Regulation (GDPR). We process personal data based on our legitimate interests and for contractual necessity in providing you the Service as described in "How We Use Your Information." We also process and share personal information based on users' consent, which they may revoke at any time. We apply the same principles of privacy protection to all of our users, not just to data subjects in the EU and UK. If you have privacy concerns or questions, you can contact our European or US Data Protection Officers (DPOs) via email at privacy@patreon.com, or by sending a letter to Patreon Data Privacy Officer, 600 Townsend Street, Suite 500, San Francisco, CA 94103.

## SECURITY

The security of your personal information is important to us and we follow industry standards to protect it. You can learn more on our Security Policy page.

## CHILDREN

Patreon is not directed at children under the age of 13, and children may not create an account or otherwise use Patreon.

## CHANGES

We may sometimes make changes to this policy. If we make material changes that adversely affect your rights under this policy, we will let you know by posting an announcement on the site or sending you an email prior to the changes coming into effect. Continuing to use Patreon after a change to this policy means you accept the new policy. If you have any questions, please email privacy@patreon.com.

© 2020 Patreon, Inc.

Powered by Zendesk