# EXHIBIT 84

```unset
{
 "$insert_id": "aadada9d-9715-4b0b-99fc-edc2a2cf5c22",
 "$schema": 13,
 "_time": 1613134331250,
 "amplitude_attribution_ids": null,
 "amplitude_id": 233516962844,
 "app": 131297,
 "city": "San Diego",
 "client_event_time": "2021-02-12 12:52:11.250000",
 "client_upload_time": "2021-02-12 12:52:15.861000",
 "country": "United States",
 "data": {
  "group_ids": null
 },
 "device_carrier": null,
 "device_family": "Generic Android",
 "device_id": "Redacted",
 "device_type": null,
 "display_name": "Sign Up : Success",
 "dma": "San Diego, CA",
 "event_id": 1613134336,
 "event_properties": {
  "method": "email",
  "origin_pathname": "Redacted"
 },
 "event_time": "2021-02-12 12:52:11.250000",
 "event_type": "Sign Up : Success",
 "group_properties": {
 },
 "groups": {
 },
 "ip_address": "Redacted",
 "language": "English",
 "library": "http/1.0",
 "location_lat": null,
 "location_lng": null,
```

```
"os": "Chrome Mobile 88",
"os_name": "Chrome Mobile",
"os_version": "88",
"partner_id": null,
"paying": null,
"plan": null,
"platform": "Web",
"processed_time": "2021-02-12 12:53:19.653000",
"region": "California",
"sample_rate": null,
"server_received_time": "2021-02-12 12:52:15.861000",
"server_upload_time": "2021-02-12 12:52:15.869000",
"session_id": 1613134330016,
"source_id": null,
"start_version": "b46bde15e25bb3f0da182082c912addd9ce22203",
"timeline_hidden": false,
"user_id": "Redacted",
"user_properties": {
 "browser_language": "en-US,en-GB,en",
 "device_id_bucket": 396,
 "initialLandingPage": "<https://Redacted",
 "initial_referrer": "<https://www.youtube.com/>",
 "initial_referring_domain": "www.youtube.com",
 "is_bot": false,
 "is_creator": false,
 "is_launched": false,
 "is_logged_in": true,
 "is_patron": false,
 "is_team_lead": false,
 "last_month_income_cents": 0,
 "last_month_paid_patronage": 0,
 "referrer": "<https://www.youtube.com/>",
 "referring_domain": "www.youtube.com",
 "user_id_bucket": 30
},
"uuid": "Redacted",
```

```
  "version_name": "Redacted                                              3"
}
```