# EXHIBIT 85

