# EXHIBIT 86