# EXHIBIT 87