# EXHIBIT 88

```
/**
 * @author @Patreon/creator-product
 **/

import styled from 'styled-components'

import React, { Fragment } from 'react'
import { Box, Text, TextButton } from '@patreon/studio'
import { DateTime, Percent } from '@patreon/stele'

import { SupportedCurrency } from 'components/Currency'

import getZendeskUrl from 'utilities/get-zendesk-url'

import getSupportUrl from 'utilities/get-support-url'

import { CURRENCIES, getCurrencyList } from 'libs/currency'

import {
    MICROTRANSACTION_CEILING_AMOUNT_CENTS,
    MICROTRANSACTION_PERCENTAGE,
    MICROTRRANSACTION_FEE_AMOUNT_CENTS,
    TRANSACTION_FEE_PERCENTAGE,
    TRANSACTION_FEE_AMOUNT_CENTS,
} from 'constants/transaction-fees'

const StyledTable = styled.table`
    width: 100%;
    td {
        padding-bottom: 2px;
    }
`
const onePercent = 0.01
const threePercent = 0.03
const decemberSixteenthTwentyTwenty = new Date('2020 12 16')

const usdPaypalText = (
    <Fragment
        intl
        intl-legal
        intl-description="Paypal processing fees for legacy patrons"
    >
        PayPal payments from non-US patrons have an additional{' '}
        <Percent value={onePercent} /> fee.{' '}
        <TextButton
            ariaLabel={__(
                'Founding Creator Pricing',
                undefined,
                'Link to support article about founding creator pricing',
            )}
            href={getSupportUrl('/articles/360024952552')}
            weight={TextButton.Weight.Normal}
            variant={TextButton.Variant.Primary}
            size={TextButton.Size.Md}
```

```
                target={TextButton.Target.Blank}
                inline
            >
                Founding creators
            </TextButton>{' '}
            have a legacy platform fee and the legacy payment processing rate.
The
            legacy payment processing rate varies depending on a number of
factors,
                including the membership subscription amount, card type and number
of
                other memberships joined by a patron.
        </Fragment>
)

const fees = getCurrencyList().map(value => {
    const currencyCode = value.code
    const currencyName = value.getLocalizedName()
    const feePercent = TRANSACTION_FEE_PERCENTAGE[currencyCode]
    const feeAmountCent = TRANSACTION_FEE_AMOUNT_CENTS[currencyCode]
    const microCeiling =
MICROTRANSACTION_CEILING_AMOUNT_CENTS[currencyCode]
    const microPercent = MICROTRANSACTION_PERCENTAGE[currencyCode]
    const microFee = MICROTRRANSACTION_FEE_AMOUNT_CENTS[currencyCode]

    return (
        <li>
            <Text
                intl
                intl-legal
                intl-description="Payment Processing fees by currency."
            >
                The payment processing fee in {currencyName} is{' '}
                <Percent value={feePercent} minimumFractionDigits={1} />
plus{' '}
                <SupportedCurrency
                    value={feeAmountCent}
                    currency={currencyCode}
                />{' '}
                per successful pledge for pledges over{' '}
                <SupportedCurrency
                    value={microCeiling}
                    currency={currencyCode}
                />
                , and <Percent value={microPercent} /> fee plus{' '}
                <SupportedCurrency value={microFee}
currency={currencyCode} />{' '}
                per successful pledge for pledges of{' '}
                <SupportedCurrency
                    value={microCeiling}
                    currency={currencyCode}
                />{' '}
                or less.
            </Text>
```

```
                    <Text>{value === CURRENCIES.USD && usdPaypalText}</Text>
            </li>
        )
})

export const termsOfUse = {
    route: 'legal',
    hero: {
        eventName: 'Terms of use',
        thumb:
'https://c5.patreon.com/external/marketing/legal/terms.png',
        title: (
            <Fragment
                intl
                intl-legal
                intl-description="Title of section in terms of use page"
            >
                Terms of use
            </Fragment>
        ),
        body: (
            <Box
                mb={4}
                intl
                intl-legal
                intl-description="Section summarizing terms of use page"
            >
                <Text el={Text.Element.P}>
                    Patreon is a membership platform that enables creators
to be
                    paid by their fans. One of our core behaviors is to
put
                    creators first, and these terms attempt to do that. We
know
                    that most people skim through terms of use because
they're
                    boring, but we have done everything we can to make
this easy
                    to get through. Above every section we'll summarize
the most
                    important parts, but these summaries are not legally
                    binding, so please look at the full version of the
text if
                    you have questions.
                </Text>
            </Box>
        ),
    },
    articles: [
        {
            title: (
                <Fragment
                    intl
                    intl-legal
```

```
                    intl-description="Title of section in terms of use
page about agreement to policies and terms"
                >
                    Welcome to Patreon!
                </Fragment>
            ),
            subtitle: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Subtitle in terms of use page
summarizing agreement to policies and terms"
                >
                    To summarize: By using Patreon you agree to these
terms.
                </Fragment>
            ),
            body: (
                <Box
                    mb={4}
                    intl
                    intl-screenshot="terms-of-use-welcome"
                    intl-legal
                    intl-description="Section in terms of use page about
agreement to policies and terms"
                >
                    <Text el={Text.Element.P}>
                        These are Patreon’s terms of use, and they apply
to all

                        users of the Patreon platform. “We,” “our” or “us”
                        refers to Patreon Inc. and our subsidiaries.
“Patreon”

                        refers to this platform and the services offered
by us.
                    </Text>
                    <Text el={Text.Element.P}>
                        By using Patreon you agree to these terms and to
the{' '}

                        <TextButton
                            ariaLabel={__(
                                'Other Policies',
                                undefined,
                                "Link to a page with all Patreon's
policies",
                            )}
                            href="https://patreon.com/policy"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            other policies
                        </TextButton>{' '}
```

```
                            we post. Please read them carefully and let us
know if
                            you have any questions. For information about our
data
                            practices, please see our{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Privacy Policy',
                                    undefined,
                                    'Link to privacy policy page',
                                )}
                                href="https://privacy.patreon.com"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Privacy Policy
                            </TextButton>
                            , including our{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Cookie Policy',
                                    undefined,
                                    'Link to cookie policy page',
                                )}
                                href="https://patreon.com/policy/cookies"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Cookie Policy
                            </TextButton>
                            . We can collect and use your information in
accordance
                            with those policies.
                        </Text>
                    </Box>
                ),
            },
            {
                title: (
                    <Fragment
                        intl
                        intl-legal
                        intl-description="Title of section in terms of use
page about user accounts"
                    >
                        Your account
                    </Fragment>
                ),
```

```
            subtitle: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Subtitle in terms of use page
summarizing user accounts"
                >
                    To summarize: You must be at least 13 years old to
register

                    for an account. You are responsible for your account.
                </Fragment>
            ),
            body: (
                <Box
                    mb={4}
                    intl
                    intl-screenshot="terms-of-use-your-account"
                    intl-legal
                    intl-description="Section in terms of use page about
user accounts"
                >
                    <Text el={Text.Element.P}>
                        When you create an account you must provide us
with

                        accurate information, in good faith, and you agree
to

                        keep your information updated if it changes.
                    </Text>
                    <Text el={Text.Element.P}>
                        To create an account you must be at least 13 years
old.

                        To join a creator’s membership as a patron, or
provide a

                        membership as a creator, you must be at least 18
years

                        old or have your parent’s permission.
                    </Text>
                    <Text el={Text.Element.P}>
                        You are responsible for anything that occurs when
anyone

                        is signed in to your account, as well as the
security of

                        the account. Please{' '}
                        <TextButton
                            ariaLabel={__(
                                'Contact Us',
                                undefined,
                                'Link to a support page to ask a question
or file a ticket',
                            )}
                            href={getSupportUrl('/requests/new')}
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
```

```
                            target={TextButton.Target.Blank}
                            inline
                        >
                            contact us
                        </TextButton>{' '}
                        immediately if you believe your account is
compromised.
                        You can learn more about security on our{' '}
                        <TextButton
                            ariaLabel={__(
                                'Security Policy',
                                undefined,
                                'Link to security policy page',
                            )}
                            href="https://patreon.com/policy/security"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            Security Policy
                        </TextButton>{' '}
                        page.
                    </Text>
                </Box>
            ),
        },
        {
            title: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Title of section in terms of use
page about abusive conduct"
                >
                    Abusive conduct
                </Fragment>
            ),
            subtitle: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Subtitle in terms of use page
summarizing abusive conduct"
                >
                    To summarize: Be responsible and don’t violate our
policies.
                </Fragment>
            ),
            body: (
                <Box
                    mb={4}
                    intl
```

```
                        intl-screenshot="terms-of-use-abusive-conduct"
                        intl-legal
                        intl-description="Section in terms of use page about
abusive conduct"
                    >
                        <Text el={Text.Element.P}>
                            You are responsible for all activity on your
account. If
                            you violate our policies we may terminate your
account.
                        </Text>
                        <Text el={Text.Element.P}>
                            Don't do anything illegal, abusive towards others,
or
                            that abuses our site in a technical way. If you
are a
                            creator raising funds on Patreon, we may be held
                            accountable for what you do with those funds. As a
                            result, we also look at what you do with your
membership
                            off our platform.
                        </Text>
                        <Text el={Text.Element.P}>
                            You can find more detailed information in the{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Community Guidelines',
                                    undefined,
                                    'Link to community guidelines page',
                                )}
                                href="https://patreon.com/policy/guidelines"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Community Guidelines
                            </TextButton>{' '}
                            and{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Security Policy',
                                    undefined,
                                    'Link to security policy page',
                                )}
                                href="https://patreon.com/policy/security"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Security Policy
```

```
                        </TextButton>
                        . These policies cover most issues, but if you
find a
                        new and creative way to hurt Patreon or our
community we
                        may take action to prevent it.
                    </Text>
                </Box>
            ),
        },
        {
            title: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Title of section in terms of use
page about being a creator on Patreon"
                >
                    All about being a creator
                </Fragment>
            ),
            subtitle: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Subtitle in terms of use page
summarizing being a creator on Patreon"
                >
                    To summarize: A creator is someone who creates a
membership
                    page on Patreon to engage with patrons who have
purchased
                    memberships from Patreon to support the creator’s
creations.
                    There are a lot of details below involving payments,
fees,
                    taxes and restrictions that you should read in full if
you
                    are a creator.
                </Fragment>
            ),
            body: (
                <Box
                    mb={4}
                    intl
                    intl-screenshot="terms-of-use-about-being-creator"
                    intl-legal
                    intl-description="Section in terms of use page about
being a creator on Patreon"
                >
                    <Box mt={4}>
                        <Text el={Text.Element.P}
weight={Text.Weight.Bold}>
                            Membership
```

```
                                    </Text>
                                    <Text el={Text.Element.P}>
                                        To become a creator, simply launch your page
to
                                        start your membership. When you join Patreon,
you
                                        become part of the Patreon community. You can
use
                                        creator tools that Patreon provides, showcase
your
                                        creations, provide merchandise to patrons
through
                                        Patreon's Merch service, and receive recurring
                                        revenue from your page. Memberships are for
your
                                        most passionate fans. On Patreon, you can
provide
                                        your patrons something exciting that gives
them
                                        unique benefits they want, like additional
access,
                                        merchandise, exclusivity, and engaging
experiences.
                                        In turn, you will receive loyal support from
your
                                        patrons, and recurring revenue from
memberships that
                                        patrons have purchased from Patreon.
                                    </Text>
                                </Box>
                                <Box mt={4}>
                                    <Text el={Text.Element.P}
weight={Text.Weight.Bold}>
                                        Payments
                                    </Text>
                                    <Text el={Text.Element.P}>
                                        As a creator you make your membership
available on
                                        Patreon, and we provide membership to your
patrons
                                        on a subscription basis. We also handle
payments
                                        issues such as fraud, chargebacks and
resolution of
                                        payments disputes.
                                    </Text>
                                    <Text el={Text.Element.P}>
                                        We try to provide timely access to your funds,
but
                                        you may occasionally experience delays in
accessing
                                        your funds. We may also block or hold payments
for
                                        violations of our policies or for compliance
```

```
                                reasons, including collecting tax reporting
                                information. When payments are delayed or
blocked we
                                try to communicate the reason to you promptly.
If
                                you have questions about a payments block,
please{' '}
                                <TextButton
                                    ariaLabel={__(
                                        'Reach Out to Us',
                                        undefined,
                                        'Link to support article about how to
contact Patreon',
                                    )}
                                    href={getZendeskUrl('/requests/new')}
                                    weight={TextButton.Weight.Normal}
                                    variant={TextButton.Variant.Primary}
                                    size={TextButton.Size.Md}
                                    target={TextButton.Target.Blank}
                                    inline
                                >
                                    reach out to us
                                </TextButton>
                                . In order to protect creators, we may block
                                patrons' payments if we believe them to be
                                fraudulent.
                            </Text>
                            <Text el={Text.Element.P}>
                                Sometimes activities like refunds can put your
                                account balance into the negative. If your
balance
                                becomes negative then we reserve the right to
                                recover those funds from future payments.
                            </Text>
                        </Box>
                        <Box mt={4}>
                            <Text el={Text.Element.P}
weight={Text.Weight.Bold}>
                                Fees
                            </Text>
                            <Text el={Text.Element.P}>
                                As a creator there are two fees associated
with your
                                membership on Patreon. The first is the
platform
                                fee, which varies depending on the{' '}
                                <TextButton
                                    ariaLabel={__(
                                        'Service Plans',
                                        undefined,
                                        'Link to pricing page listing
available plans',
                                    )}
```

```
href="https://www.patreon.com/product/pricing"
                              weight={TextButton.Weight.Normal}
                              variant={TextButton.Variant.Primary}
                              size={TextButton.Size.Md}
                              target={TextButton.Target.Blank}
                              inline
                          >
                              level of service you select
                          </TextButton>
                          . The second is the payment processing fee,
which is
                          dependent on the currency selected by the
creator.
                          <Box mv={4}>
                              <ul>{fees}</ul>
                          </Box>
                          You can see how much processing fees are for
any
                          membership subscription on your{' '}
                          <TextButton
                              ariaLabel={__(
                                  'Creator Dashboard',
                                  undefined,
                                  'Link to creator dashboard page',
                              )}
                              href="https://www.patreon.com/edit/about"
                              weight={TextButton.Weight.Normal}
                              variant={TextButton.Variant.Primary}
                              size={TextButton.Size.Md}
                              target={TextButton.Target.Blank}
                              inline
                          >
                              creator dashboard
                          </TextButton>
                          .
                      </Text>
                      <Text el={Text.Element.P}>
                          Depending on your patrons' locations, some
banks may
                          charge your patron a foreign transaction fee
for
                          their membership subscription. Patreon does
not
                          control this charge, but it is typically
around{' '}
                          <Percent
                              value={threePercent}
                              minimumFractionDigits={1}
                          />{' '}
                          .
                      </Text>
                  </Box>
                  <Box mt={4}>
```

```
                              <Text el={Text.Element.P}
weight={Text.Weight.Bold}>
                                  Tax
                              </Text>
                              <Text el={Text.Element.P}>
                                  We collect tax identification information and
report
                                  this to tax authorities as legally required.
You are
                                  responsible for reporting any income or
withholding
                                  taxes which may be due as a result of payments
                                  received. You can learn more in our{' '}
                                  <TextButton
                                      ariaLabel={__(
                                          'Tax Help Center',
                                          undefined,
                                          'Link to the tax help page',
                                      )}
                                      href={getSupportUrl(
                                          '/articles/207477063-Taxes-101-for-
creators',
                                      )}
                                      weight={TextButton.Weight.Normal}
                                      variant={TextButton.Variant.Primary}
                                      size={TextButton.Size.Md}
                                      target={TextButton.Target.Blank}
                                      inline
                                  >
                                      Tax Help Center
                                  </TextButton>
                                  .
                              </Text>
                              <Text el={Text.Element.P}>
                                  We are additionally responsible for a number
of
                                  transactional taxes across the world. These
include
                                  but are not limited to VAT on payments for
                                  electronically supplied services to patrons in
the
                                  EU, GST as an operator of an electronic
distribution
                                  platform (EDP) within Australia, and state
sales tax
                                  as a result of 'marketplace laws' within the
United
                                  States. For the purpose of electronically-
supplied
                                  services, creators make a supply of those
services
                                  to us, and then we supply them to the patron.
To
```

```
                                    learn more about how we handle transaction
taxes,
                                    please check our{' '}
                                    <TextButton
                                        ariaLabel={__(
                                            'VAT Guide',
                                            undefined,
                                            'Link to support article about VAT at
Patreon',
                                        )}
                                        href={getSupportUrl(
                                            '/articles/205259549-How-Does-VAT-
Work-on-Patreon-',
                                        )}
                                        weight={TextButton.Weight.Normal}
                                        variant={TextButton.Variant.Primary}
                                        size={TextButton.Size.Md}
                                        target={TextButton.Target.Blank}
                                        inline
                                    >
                                        VAT guide
                                    </TextButton>
                                    .
                                </Text>
                                <Text el={Text.Element.P}>
                                    In locales where Patreon is required to
collect
                                    transaction tax from patrons, pledges
processed from
                                    patrons will reflect the tier or custom pledge
                                    amount plus the applicable tax. Applicable tax
will
                                    not be taken from a pledge, but rather will be
                                    charged in addition to the pledge. Once
settled, the
                                    tax amount will be automatically deducted for
                                    remittance to the applicable taxing authority.
A
                                    record of the transaction tax portion of the
pledge
                                    will be available on your earnings details
page.
                                </Text>
                                <Text el={Text.Element.P}>
                                    As a creator on our site, it is your
responsibility
                                    to provide accurate information when you are
                                    engaging with the sales tax weighting tool
and,
                                    generally, when listing benefits transferred
within
                                    your tiers.{' '}
                                </Text>
                            </Box>
```

```
                    <Box mt={4}>
                        <Text el={Text.Element.P}
weight={Text.Weight.Bold}>
                            Restrictions
                        </Text>
                        <Text el={Text.Element.P}>
                            We don’t allow creations and benefits that
violate
                            our policies. You can learn more by visiting
our{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Community Guidelines',
                                    undefined,
                                    'Link to community guidelines page',
                                )}

href="https://patreon.com/policy/guidelines"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Community Guidelines
                            </TextButton>{' '}
                            and{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Benefit Guidelines',
                                    undefined,
                                    'Link to benefit guidelines page',
                                )}
                                href="https://patreon.com/policy/benefits"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Benefit Guidelines
                            </TextButton>
                            . A summary of those rules is that we don’t
allow:
                            <Box mv={4}>
                                <ul>
                                    <li>Illegal creations or
benefits.</li>
                                    <li>
                                        Creations or benefits that are
abusive
                                        towards other people.
                                    </li>
                                    <li>
```

```
                                        Creations or benefits that use
others
                                        {"' "} intellectual property,
unless you
                                        have written permission to use it,
or
                                        your use is protected by fair use.
                                    </li>
                                    <li>
                                        Creations or benefits with real
people
                                        engaging in sexual acts.
                                    </li>
                                    <li>
                                        Benefits that involve raffles or
prizes
                                        based on chance.
                                    </li>
                                </ul>
                            </Box>
                        </Text>
                        <Text el={Text.Element.P}>
                            If your fans include people under the age of
18,
                            then please remind them that they need
permission to
                            join your membership, and those under the age
of 13
                            cannot use Patreon. We are not required to
allow any
                            particular person or group of persons to be
your
                            patron.
                        </Text>
                        <Text el={Text.Element.P}>
                            As a creator you are also responsible for
keeping
                            patron data safe. You can see what is required
in
                            our{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Data Processing',
                                    undefined,
                                    'Link to support article about data
processing agreement',
                                )}

href={getSupportUrl('/articles/360026912432')}
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
```

```
                            >
                                Data Processing Agreement
                            </TextButton>
                            .
                        </Text>
                        <Text el={Text.Element.P}>
                            An account is tied to your creative output and
                            cannot be sold or transferred for use by
another
                            creator.
                        </Text>
                    </Box>
                </Box>
            ),
        },
        {
            title: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Title of section in terms of use
page about being a patron on Patreon"
                >
                    All about being a patron
                </Fragment>
            ),
            subtitle: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Subtitle in terms of use page
summarizing being a patron on Patreon"
                >
                    To summarize: A patron is someone who purchases
memberships
                    from Patreon to support their favorite creators'
creations.
                    Through a paid membership on Patreon, patrons directly
                    interact with creators they support, using tools
supplied by
                    Patreon, and through our platform have the opportunity
to
                    engage with a greater community of patrons and
creators.
                </Fragment>
            ),
            body: (
                <Box
                    mb={4}
                    intl
                    intl-screenshot="terms-of-use-being-a-patron"
                    intl-legal
                    intl-description="Section in terms of use page about
being a patron on Patreon"
```

```
                              >
                      <Text el={Text.Element.P}>
                          As a patron, you're joining Patreon to be part of
an
                          exciting movement to support a creator's
membership
                          while you get special benefits, like access to
your
                          creator, merchandise (when offered), exclusivity,
and
                          engaging experiences with the creator and patron
                          community. In exchange, you pay Patreon for
membership
                          programs, on a subscription basis, to access and
support
                          creators you like. To become a patron, simply
create an
                          account, add your preferred payment method, and
join a
                          membership program on Patreon to start supporting
your
                          creator!
                      </Text>
                      <Text el={Text.Element.P}>
                          There are three types of membership subscriptions.
One
                          is a monthly subscription where you pay per month.
The
                          second is a per creation subscription where you
pay
                          based on the number of creations a creator posts
in that
                          month. You can set a limit on the number of
creations
                          you pay for in a single month under the per
subscription
                          model. The third membership option is an annual
                          membership, where you pay for a year of access up
front,
                          at a discounted rate. Not all offerings allow for
all
                          three subscription types. Your options will be
presented
                          to you in the payment flow.
                      </Text>

                      <Text el={Text.Element.P}>
                          The timing and amount of each membership
subscription
                          depends on the type of membership agreement you
enter
                          into, and the creator you support. You can see the
                          details as you join, as well as in the receipt
sent to
```

```
            you after each successful payment. You can view
all your
            active membership subscriptions and billing
history on
            your{' '}
            <TextButton
                ariaLabel={__(
                    'Memberships',
                    undefined,
                    'Link to page listing user memberships',
                )}
                href="https://patreon.com/pledges"
                variant={TextButton.Variant.Primary}
                size={TextButton.Size.Md}
                target={TextButton.Target.Blank}
                inline
            >
                membership page
            </TextButton>
            .
        </Text>

        <Text el={Text.Element.P}>
            You may cancel your membership payments at any
time.
            Annual memberships may be cancelled, or increased,
but
            not lowered. Terminating or lowering the tier
support of
            membership will go into effect in the subsequent
(not
            current) payment term, except for annual
memberships
            which can be terminated or increased but not
lowered.
            Increasing your payment to a higher tier level in
an
            annual membership will go into effect in the
current
            payment term. When you increase your payment for
an
            annual membership during the term, you will get a
credit
            for any payment already made in that term.
        </Text>

        <Text el={Text.Element.P}>
            For monthly or per creation payments, canceling
your
            support may result in your loss of access to a
creator’s
            patron-only posts and benefits.
        </Text>
```

```
                    <Text el={Text.Element.P}>
                        These include when you cancel your membership
                        subscription, your payment method fails, the
creator
                        blocks you, or the creator deletes their account.
We are
                        not required to allow you to be a patron of any
                        particular creator.
                    </Text>

                    <Text el={Text.Element.P}>
                        Creators’ memberships vary and we have limited
control
                        over the quality and specific offerings. We
attempt to
                        screen for fraudulent creator pages, but cannot
                        guarantee the identity of creators or the validity
of
                        any claims they make. We appreciate your help{' '}
                        <TextButton
                            ariaLabel={__(
                                'Report suspicious content',
                                undefined,
                                'Link to report suspicious content',
                            )}
                            href={getSupportUrl(
                                '/articles/204914235-How-do-I-report-
content-that-violates-community-guidelines',
                            )}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            reporting
                        </TextButton>{' '}
                        suspicious creator pages so we can keep Patreon
safe.
                    </Text>

                    <Text el={Text.Element.P}>
                        If you are located in the jurisdiction in which
Patreon
                        is required to charge and collect tax (e.g. VAT
or,
                        sales tax), then this tax is added to the total
charge.
                        Except in limited circumstances, this tax is shown
when
                        you set up the initial membership subscription.
Patreon
                        remits all tax collected to the applicable taxing
                        authority. As tax is largely dependant on your
location,
```

```
                        you are responsible for keeping your address
complete
                        and up to date.
                    </Text>

                    <Text el={Text.Element.P}>
                        Depending on your location, some banks may charge
you a
                        foreign transaction fee for your membership
                        subscription. Patreon does not control this
charge, but
                        it is typically around <Percent
value={threePercent} />{' '}
                        . Please contact your bank for more information.
                    </Text>

                    <Text el={Text.Element.P}>
                        <b>Refunds</b>. Our policy is No Refunds, though
we will
                        allow for some exceptions where refunds are
granted in
                        our sole discretion.
                    </Text>
                </Box>
            ),
        },
        {
            title: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Title of section in terms of use
page about Patreon's role"
                >
                    Patreon’s role
                </Fragment>
            ),
            subtitle: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Subtitle in terms of use page
summarizing Patreon's role"
                >
                    To summarize: We proactively look at some pages and
posts on
                    Patreon and review reported pages to identify
potential
                    violations of our guidelines.
                </Fragment>
            ),
            body: (
                <Box
                    mb={4}
```

```
                    intl
                    intl-screenshot="terms-of-use-patreon-role"
                    intl-legal
                    intl-description="Section in terms of use page about
Patreon's role"
                >
                    <Text el={Text.Element.P}>
                        We proactively look at some pages and posts on
Patreon
                        to make sure creators follow our{' '}
                        <TextButton
                            ariaLabel={__(
                                'Community Guidelines',
                                undefined,
                                'Link to community guidelines page',
                            )}
                            href="https://patreon.com/policy/guidelines"
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            Community Guidelines
                        </TextButton>{' '}
                        and{' '}
                        <TextButton
                            ariaLabel={__(
                                'Benefit Guidelines',
                                undefined,
                                'Link to benefit guidelines page',
                            )}
                            href="https://patreon.com/policy/benefits"
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            Benefit Guidelines
                        </TextButton>
                        . We also investigate reports of potential
violations.
                        These investigations may take a while to resolve
and may
                        include looking at what is supported by funds
received
                        through Patreon.
                    </Text>
                    <Text el={Text.Element.P}>
                        In most situations we will work with creators to
resolve
                        any potential violations and allow the creator to
                        continue using Patreon. Terminating accounts is
not an
```

```
                              action we take lightly and is done in only the
most
                              extreme cases.
                       </Text>
                       <Text el={Text.Element.P}>
                              Patreon reserves the right to remove a creator or
patron
                              from participating in annual memberships. Removal
of the
                              creator or patron from participation in annual
                              memberships will prohibit the creator from
accepting new
                              annual payments, and prohibit the patron from
making new
                              annual payments, but will not result in an
automatic
                              removal of the creator or patron from the
platform,
                              unless there is an independent basis for their
removal
                              from the platform.
                       </Text>
                       <Text el={Text.Element.P}>
                              Please let us know if you see potential violations
of
                              our{' '}
                              <TextButton
                                  ariaLabel={__(
                                      'Community Guidelines',
                                      undefined,
                                      'Link to community guidelines page',
                                  )}
                                  href="https://patreon.com/policy/guidelines"
                                  weight={TextButton.Weight.Normal}
                                  variant={TextButton.Variant.Primary}
                                  size={TextButton.Size.Md}
                                  target={TextButton.Target.Blank}
                                  inline
                              >
                                  Community Guidelines
                              </TextButton>
                              . You can{' '}
                              <TextButton
                                  ariaLabel={__(
                                      'How to Report Violations',
                                      undefined,
                                      'Link to page on how to report
violations',
                                  )}
                                  href={getSupportUrl(
                                      '/articles/204914235-How-do-I-report-
content-that-violates-community-guidelines',
                                  )}
                                  weight={TextButton.Weight.Normal}
```

```
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                        >
                            learn how to report them here
                        </TextButton>
                        .
                    </Text>
                    <Text el={Text.Element.P}>
                        As a global company based in the United States
with
                        operations in other countries, we must comply with
                        economic sanctions and trade restrictions,
including
                        those implemented by the Office of Foreign Assets
                        Control ("OFAC") of the U.S. Department of the
Treasury.
                        This means that Patreon cannot take part in
transactions
                        that involve designated people, places, or items
that
                        originate from those places, as determined by
agencies
                        like OFAC. You can read our{' '}
                        <TextButton
                            ariaLabel={__(
                                'Sanctions Policy',
                                undefined,
                                'Linkt to learn more about sanctions
policy',
                            )}
                            href={getSupportUrl(
                                '/articles/360038061371-Sanctions-Policy',
                            )}
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            Sanctions Policy here
                        </TextButton>
                        .
                    </Text>
                    <Text el={Text.Element.P}>
                        We are constantly testing out new features with
the goal
                        of making Patreon better. We may add or remove
features,
                        and often test features with a random subset of
our
                        community. If we believe a feature is
significantly
```

```
                            different from these terms, then we explain those
                            differences in the test.
                        </Text>
                        <Text el={Text.Element.P}>
                            With your permission, we may give other websites
or
                            services the ability to verify information about
your
                            Patreon account or perform actions on your behalf.
This
                            permission is asked for when you connect your
Patreon
                            account to these other websites or services. You
can
                            learn more in our{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Privacy Policy',
                                    undefined,
                                    'Link to privacy policy page',
                                )}
                                href="https://privacy.patreon.com"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Privacy Policy
                            </TextButton>
                            .
                        </Text>
                    </Box>
                ),
            },
            {
                title: (
                    <Fragment
                        intl
                        intl-legal
                        intl-description="Title of section in terms of use
page about account deletion"
                    >
                        Account deletion
                    </Fragment>
                ),
                subtitle: (
                    <Fragment
                        intl
                        intl-legal
                        intl-description="Subtitle in terms of use page
summarizing account deletion"
                    >
                        To summarize: You can{' '}
```

```
                <TextButton
                    ariaLabel={__(
                        'Delete Your Account',
                        undefined,
                        'Link to more information on deleting your
account',
                    )}
                    href="https://privacy.patreon.com/#patreon-
profile-information"
                    weight={TextButton.Weight.Bold}
                    variant={TextButton.Variant.Primary}
                    size={TextButton.Size.Lg}
                    target={TextButton.Target.Blank}
                    inline
                >
                    delete your account here
                </TextButton>
                . We can disable your account at our discretion.
            </Fragment>
        ),
        body: (
            <Box
                mb={4}
                intl
                intl-legal
                intl-description="Section in terms of use page about
account deletion"
            >
                <Text el={Text.Element.P}>
                    You can permanently delete your account at any
time by
                    going to our{' '}
                    <TextButton
                        ariaLabel={__(
                            'Privacy Policy',
                            undefined,
                            'Link to more information on privacy
policy',
                        )}
                        href="https://privacy.patreon.com/#patreon-
profile-information"
                        weight={TextButton.Weight.Normal}
                        variant={TextButton.Variant.Primary}
                        size={TextButton.Size.Md}
                        target={TextButton.Target.Blank}
                        inline
                    >
                        Privacy Center
                    </TextButton>
                    . On that page you can also see what information
is
                    deleted and what we continue to store after the
account
                    is deleted.
```

```
                </Text>
                <Text el={Text.Element.P}>
                    We can terminate or suspend your account at any
time at
                    our discretion. We can also cancel any membership
                    subscriptions and remove any descriptions, posts
or
                    benefits at our discretion.
                </Text>
                <Text el={Text.Element.P}>
                    You may not bring a claim against us for
suspending or
                    terminating another person's account, and you
agree you
                    will not bring such a claim. If you try to bring
such a
                    claim, you are responsible for the damages caused,
                    including attorneys fees and costs.
                </Text>
                <Text el={Text.Element.P}>
                    These terms remain in effect even if you no longer
have
                    an account.
                </Text>
            </Box>
        ),
    },
    {
        title: (
            <Fragment
                intl
                intl-legal
                intl-description="Title of section in terms of use
page about user creations"
            >
                Your creations
            </Fragment>
        ),
        subtitle: (
            <Fragment
                intl
                intl-legal
                intl-description="Subtitle in terms of use page
summarizing user creations"
            >
                To summarize: You keep complete ownership of all
creations,
                but you give us permission to use them on Patreon.
Make sure
                you have permission to use creations that you offer on
                Patreon.
            </Fragment>
        ),
        body: (
```

```
                    <Box
                        mb={4}
                        intl
                        intl-legal
                        intl-description="Section in terms of use page about
user creations"
                        >
                        <Text el={Text.Element.P}>
                            You keep full ownership of all creations that you
offer
                            on Patreon, but we need licenses from you to
operate
                            Patreon effectively.
                        </Text>
                        <Text el={Text.Element.P}>
                            By posting creations on Patreon you grant us a
                            royalty-free, perpetual, irrevocable, non-
exclusive,
                            sublicensable, worldwide license to use,
reproduce,
                            distribute, perform, publicly display or prepare
                            derivative works of your creation. The purpose of
this
                            license is strictly limited to allow us to provide
and
                            promote memberships to your patrons. We will never
try
                            to steal your creations or use them in an
exploitative
                            way.
                        </Text>
                        <Text el={Text.Element.P}>
                            You may not post creations that infringe others
                            {"' "}
                            intellectual property or proprietary rights.
                        </Text>
                        <Text el={Text.Element.P}>
                            Patrons may not use creations posted by creators
in any
                            way not authorized by the creator.
                        </Text>
                    </Box>
                ),
            },
            {
                title: (
                    <Fragment
                        intl
                        intl-legal
                        intl-description="Title of section in terms of use
page about third party apps"
                        >
                        Your third-party apps
                    </Fragment>
```

```
            ),
            subtitle: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Subtitle in terms of use page
summarizing third party apps"
                >
                    To summarize: You may grant Patreon permission to
access
                    third-party apps. You may also revoke that permission.
                </Fragment>
            ),
            body: (
                <Fragment
                    intl
                    intl-screenshot="terms-of-use-third-party-apps"
                    intl-legal
                    intl-description="Section in terms of use page about
third party apps. 'Google', 'Youtube', 'Facebook', 'Instagram', 'Twitter',
'Twitch' are proper nouns."
                >
                    <Box mb={4}>
                        <Text el={Text.Element.P}>
                            You may grant Patreon access to your third-
party
                            accounts, such as Google, YouTube, Facebook,
                            Instagram, Twitter, and Twitch, in order for
some
                            Patreon features to operate. Each time you
connect
                            your third-party account, that third-party
account
                            will present a page that describes the
information
                            that Patreon can access.
                        </Text>
                        <Text el={Text.Element.P}>
                            At any time, you can revoke Patreon’s access
to
                            those accounts using the respective third
party’s
                            security settings page.
                        </Text>
                        <Text el={Text.Element.P}>
                            These are the links for each service:
                        </Text>
                        <StyledTable>
                            <tr>
                                <td>
                                    <Text weight={Text.Weight.Bold}>
                                        Google
                                    </Text>
                                </td>
```

```
                                        <td>
                                            <TextButton
                                                ariaLabel={__(
                                                    'Google Terms of Use',
                                                    undefined,
                                                    'Link to the Google terms of
use',
                                                )}
                                                target={TextButton.Target.Blank}

href="https://policies.google.com/terms"
                                            >
                                                Terms of Service
                                            </TextButton>
                                        </td>
                                        <td>
                                            <TextButton
                                                ariaLabel={__(
                                                    'Google Privacy Policy',
                                                    undefined,
                                                    'Link to the Google privacy
policy',
                                                )}
                                                target={TextButton.Target.Blank}

href="https://policies.google.com/privacy"
                                            >
                                                Privacy Policy
                                            </TextButton>
                                        </td>
                                        <td>
                                            <TextButton
                                                ariaLabel={__(
                                                    'Revoke Patreon access for
Google',
                                                    undefined,
                                                    'Link to revoke Patreon access
on your Google account',
                                                )}
                                                target={TextButton.Target.Blank}

href="https://security.google.com/settings/security/permissions"
                                            >
                                                Revoke Patreon's Access
                                            </TextButton>
                                        </td>
                                    </tr>
                                    <tr>
                                        <td>
                                            <Text weight={Text.Weight.Bold}>
                                                YouTube
                                            </Text>
                                        </td>
                                        <td>
```

```
                                        <TextButton
                                            ariaLabel={__(
                                                'Youtube Terms of Use',
                                                undefined,
                                                'Link to the Youtube terms of
use',
                                            )}
                                            target={TextButton.Target.Blank}
href="https://www.youtube.com/t/terms"
                                        >
                                            Terms of Service
                                        </TextButton>
                                    </td>
                                    <td>
                                        <TextButton
                                            ariaLabel={__(
                                                'Youtube Privacy Policy',
                                                undefined,
                                                'Link to the Youtube privacy
policy',
                                            )}
                                            target={TextButton.Target.Blank}
href="https://policies.google.com/terms"
                                        >
                                            Privacy Policy
                                        </TextButton>
                                    </td>
                                    <td>
                                        <TextButton
                                            ariaLabel={__(
                                                'Revoke Patreon access for
Youtube',
                                                undefined,
                                                'Link to revoke Patreon access
on your Youtube account',
                                            )}
                                            target={TextButton.Target.Blank}
href="https://security.google.com/settings/security/permissions"
                                        >
                                            Revoke Patreon's Access
                                        </TextButton>
                                    </td>
                                </tr>
                                <tr>
                                    <td>
                                        <Text weight={Text.Weight.Bold}>
                                            Facebook
                                        </Text>
                                    </td>
                                    <td>
                                        <TextButton
```

```
                                        ariaLabel={__(
                                            'Facebook Terms of Use',
                                            undefined,
                                            'Link to the Facebook terms of
use',
                                        )}
                                        target={TextButton.Target.Blank}

href="https://www.facebook.com/terms.php"
                                    >
                                        Terms of Service
                                    </TextButton>
                                </td>
                                <td>
                                    <TextButton
                                        ariaLabel={__(
                                            'Facebook Privacy Policy',
                                            undefined,
                                            'Link to the Facebook privacy
policy',
                                        )}
                                        target={TextButton.Target.Blank}

href="https://www.facebook.com/policy.php"
                                    >
                                        Privacy Policy
                                    </TextButton>
                                </td>
                                <td>
                                    <TextButton
                                        ariaLabel={__(
                                            'Revoke Patreon access for
Facebook',

                                            undefined,
                                            'Link to revoke Patreon access
on your Facebook account',
                                        )}
                                        target={TextButton.Target.Blank}

href="https://www.facebook.com/settings?tab=applications"
                                    >
                                        Revoke Patreon's Access
                                    </TextButton>
                                </td>
                            </tr>
                            <tr>
                                <td>
                                    <Text weight={Text.Weight.Bold}>
                                        Instagram
                                    </Text>
                                </td>
                                <td>
                                    <TextButton
                                        ariaLabel={__(
```

```
                                        'Instagram Terms of Use',
                                        undefined,
                                        'Link to the Instagram terms
of use',
                                    )}
                                    target={TextButton.Target.Blank}
href="https://help.instagram.com/581066165581870"
                                >
                                    Terms of Service
                                </TextButton>
                            </td>
                            <td>
                                <TextButton
                                    ariaLabel={__(
                                        'Instagram Privacy Policy',
                                        undefined,
                                        'Link to the Instagram privacy
policy',
                                    )}
                                    target={TextButton.Target.Blank}
href="https://help.instagram.com/402411646841720"
                                >
                                    Privacy Policy
                                </TextButton>
                            </td>
                            <td>
                                <TextButton
                                    ariaLabel={__(
                                        'Revoke Patreon access for
Instagram',
                                        undefined,
                                        'Link to revoke Patreon access
on your Instagram account',
                                    )}
                                    target={TextButton.Target.Blank}
href="https://www.instagram.com/accounts/manage_access/"
                                >
                                    Revoke Patreon's Access
                                </TextButton>
                            </td>
                        </tr>
                        <tr>
                            <td>
                                <Text weight={Text.Weight.Bold}>
                                    Twitter
                                </Text>
                            </td>
                            <td>
                                <TextButton
                                    ariaLabel={__(
                                        'Twitter Terms of Use',
```

```
                                            undefined,
                                            'Link to the Twitter terms of
use',
                                        )}
                                        target={TextButton.Target.Blank}
                                        href="https://twitter.com/en/tos"
                                    >
                                        Terms of Service
                                    </TextButton>
                                </td>
                                <td>
                                    <TextButton
                                        ariaLabel={__(
                                            'Twitter Privacy Policy',
                                            undefined,
                                            'Link to the Twitter privacy
policy',
                                        )}
                                        target={TextButton.Target.Blank}
href="https://twitter.com/en/privacy"
                                    >
                                        Privacy Policy
                                    </TextButton>
                                </td>
                                <td>
                                    <TextButton
                                        ariaLabel={__(
                                            'Revoke Patreon access for
Twitter',
                                            undefined,
                                            'Link to revoke Patreon access
on your Twitter account',
                                        )}
                                        target={TextButton.Target.Blank}
href="https://twitter.com/settings/applications"
                                    >
                                        Revoke Patreon's Access
                                    </TextButton>
                                </td>
                            </tr>
                            <tr>
                                <td>
                                    <Text weight={Text.Weight.Bold}>
                                        Twitch
                                    </Text>
                                </td>
                                <td>
                                    <TextButton
                                        ariaLabel={__(
                                            'Twitch Terms of Use',
                                            undefined,
```

```
                                            'Link to the Twitch terms of
use',
                                        )}
                                        target={TextButton.Target.Blank}
href="https://www.twitch.tv/p/legal/terms-of-service/"
                                    >
                                        Terms of Service
                                    </TextButton>
                                </td>
                                <td>
                                    <TextButton
                                        ariaLabel={__(
                                            'Twitch Privacy Policy',
                                            undefined,
                                            'Link to the Twitch privacy
policy',
                                        )}
                                        target={TextButton.Target.Blank}
href="https://www.twitch.tv/p/legal/privacy-notice/"
                                    >
                                        Privacy Policy
                                    </TextButton>
                                </td>
                                <td>
                                    <TextButton
                                        ariaLabel={__(
                                            'Revoke Patreon access for
Twitch',
                                            undefined,
                                            'Link to revoke Patreon access
on your Twitch account',
                                        )}
                                        target={TextButton.Target.Blank}
href="https://www.twitch.tv/settings/connections"
                                    >
                                        Revoke Patreon's Access
                                    </TextButton>
                                </td>
                            </tr>
                        </StyledTable>
                    </Box>
                </Fragment>
            ),
        },
        {
            title: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Title of section in terms of use
page about patreon's creations"
```

```
                >
                    Patreon’s creations
                </Fragment>
            ),
            subtitle: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Subtitle in terms of use page
summarizing patreon's creations"
                >
                    To summarize: You can use our copyrights or trademarks
to
                    promote your Patreon page, but can’t use them for
anything
                    else without our permission.
                </Fragment>
            ),
            body: (
                <Box
                    mb={4}
                    intl
                    intl-legal
                    intl-description="Section in terms of use page about
patreon's creations"
                >
                    <Text el={Text.Element.P}>
                        Our creations are protected by copyright,
trademark and
                        trade secret laws. Some examples of our creations
are
                        the text on the site, our logo, and our codebase.
We
                        grant you a license to use our logo and other
copyrights
                        or trademarks to promote your Patreon page. You
can
                        learn more about the correct use of our logo in
our{' '}
                        <TextButton
                            ariaLabel={__(
                                'Brand Guidelines',
                                undefined,
                                "Link to Patreon's brand guidelines",
                            )}
                            href="https://www.patreon.com/brand"
                            weight={TextButton.Weight.Normal}
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                            inline
                        >
                            Brand Guidelines
                        </TextButton>
```

```
                            .
                        </Text>
                        <Text el={Text.Element.P}>
                            You may not otherwise use, reproduce, distribute,
                            perform, publicly display or prepare derivative
works of
                            our creations unless we give you permission in
writing.{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Contact Us with Questions',
                                    undefined,
                                    'Link to a support page to ask a question
or file a ticket',
                                )}
                                href={getSupportUrl(
                                    '/hc/en-
us/requests/new?ticket_form_id=70716',
                                )}
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                Please ask
                            </TextButton>{' '}
                            if you have any questions.
                        </Text>
                    </Box>
                ),
            },
            {
                title: (
                    <Fragment
                        intl
                        intl-legal
                        intl-description="Title of section in terms of use
page about indemnity"
                    >
                        Indemnity
                    </Fragment>
                ),
                subtitle: (
                    <Fragment
                        intl
                        intl-legal
                        intl-description="Subtitle in terms of use page
summarizing indemnity"
                    >
                        To summarize: If we are sued because of your use of or
                        conduct on Patreon, you have to help pay for it.
                    </Fragment>
                ),
```

```
        body: (
            <Box
                mb={4}
                intl
                intl-legal
                intl-description="Section in terms of use page about
indemnity"
            >
                <Text el={Text.Element.P}>
                    You will indemnify us from all losses and
liabilities,
                    including legal fees, that arise from these terms
or
                    relate to your use of Patreon. We reserve the
right to
                    exclusive control over the defense of a claim
covered by
                    this clause. If we use this right then you will
help us
                    in our defense.
                </Text>
                <Text el={Text.Element.P}>
                    Your obligation to indemnify under this clause
also
                    applies to our subsidiaries, affiliates, officers,
                    directors, employees, agents and third party
service
                    providers.
                </Text>
            </Box>
        ),
    },
    {
        title: (
            <Fragment
                intl
                intl-legal
                intl-description="Title of section in terms of use
page about warranty disclaimer"
            >
                Warranty disclaimer
            </Fragment>
        ),
        subtitle: (
            <Fragment
                intl
                intl-legal
                intl-description="Subtitle in terms of use page
summarizing warranty disclaimer"
            >
                To summarize: We do our best to make sure Patreon
works as
                expected, but stuff happens.
            </Fragment>
```

```
                ),
                body: (
                    <Box
                        mb={4}
                        intl
                        intl-legal
                        intl-description="Section in terms of use page about
warranty disclaimer"
                    >
                        <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                            Patreon is provided "as is" and without warranty
of any
                            kind. Any warranty of merchantability, fitness for
a
                            particular purpose, non-infringement, and any
other
                            warranty is excluded to the greatest extent
permitted by
                            law.
                        </Text>
                        <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                            The disclaimers of warranty under this clause also
apply
                            to our subsidiaries, affiliates and third party
service
                            providers.
                        </Text>
                    </Box>
                ),
            },
            {
                title: (
                    <Fragment
                        intl
                        intl-legal
                        intl-description="Title of section in terms of use
page about limit of liability"
                    >
                        Limit of liability
                    </Fragment>
                ),
                subtitle: (
                    <Fragment
                        intl
                        intl-legal
                        intl-description="Subtitle in terms of use page
summarizing limit of liability"
                    >
                        To summarize: If you lose money as a result of using
                        Patreon, any payment to you is limited to the amount
of
                        money we have earned through your use of Patreon.
                    </Fragment>
                ),
```

```
            body: (
                <Box
                    mb={4}
                    intl
                    intl-legal
                    intl-description="Section in terms of use page about
limit of liability"
                >
                    <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                        To the extent permitted by law, we are not liable
to you
                        for any incidental, consequential or punitive
damages
                        arising out of these terms, or your use or
attempted use
                        of Patreon. To the extent permitted by law, our
                        liability for damages is limited to the amount of
money
                        we have earned through your use of Patreon. We are
                        specifically not liable for loss associated with
                        unfulfilled benefits and from losses caused by
                        conflicting contractual agreements.
                    </Text>
                    <Text el={Text.Element.P} weight={Text.Weight.Bold}>
                        For this clause “we” and “our” is defined to
include our
                        subsidiaries, affiliates, officers, directors,
                        employees, agents and third party service
providers.
                    </Text>
                </Box>
            ),
        },
        {
            title: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Title of section in terms of use
page about dispute resolution"
                >
                    Dispute resolution
                </Fragment>
            ),
            subtitle: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Subtitle in terms of use page
summarizing dispute resolution"
                >
                    To summarize: If you have a problem please talk to us.
Any
```

```
                        disputes with us must be resolved in San Francisco
under
                        California law.
                    </Fragment>
                ),
                body: (
                    <Box
                        mb={4}
                        intl
                        intl-legal
                        intl-description="Section in terms of use page about
dispute resolution. 'JAMS Streamlined Arbitration', 'Consumer Arbitrations
Pursuant to Pre-Dispute
                        Clauses Minimum Standards of Procedural Fairness' are
proper legal terms."
                    >
                        <Text el={Text.Element.P}>
                            We encourage you to contact us if you have an
issue. If
                            a dispute does arise out of these terms or in
relation
                            to your use of Patreon, then the dispute will be
                            resolved in the federal or state courts located in
San
                            Francisco, California. Both parties consent to the
                            exclusive jurisdiction and venue of the San
Francisco
                            courts for the purpose of resolving any such
dispute.
                        </Text>
                        <Text el={Text.Element.P}>
                            California law, excluding its conflict of law
                            provisions, governs these terms, all other Patreon
                            policies, and any dispute that arises between you
and
                            Patreon.
                        </Text>
                    </Box>
                ),
            },
            {
                title: (
                    <Fragment
                        intl
                        intl-legal
                        intl-description="Title of section in terms of use
page about everything not mentioned in other sections"
                    >
                        Everything else
                    </Fragment>
                ),
                subtitle: (
                    <Fragment
                        intl
```

```
                    intl-legal
                    intl-description="Subtitle in terms of use page
summarizing everything not mentioned in other sections"
            >
                    To summarize: These terms are the final word on
Patreon's
                    policies and we will tell you if we change them.
            </Fragment>
        ),
        body: (
            <Box
                mb={4}
                intl
                intl-legal
                intl-description="Section in terms of use page about
everything not mentioned in other sections"
            >
                    <Text el={Text.Element.P}>
                        These terms and any referenced policies are the
entire
                        agreement between you and us, and supersede all
prior
                        agreements. If any provision of these terms is
held to
                        be unenforceable, then that provision is modified
to the
                        extent necessary to enforce it. If a provision
cannot be
                        modified, it is severed from these terms, and all
other
                        provisions remain in force. If either party fails
to
                        enforce a right provided by these terms, it does
not
                        waive the ability to enforce any rights in the
future.
                    </Text>
                    <Text el={Text.Element.P}>
                        We may sometimes make changes to these terms and
                        policies. If we make material changes that
adversely
                        affect your rights, then we will let you know
before the
                        changes come into effect. Continuing to use
Patreon
                        after a change means you accept the new terms or
                        policies.
                    </Text>
                    <Text el={Text.Element.P}>
                        If you are not in the European Union, then these
terms
                        are an agreement with Patreon, Inc., 600 Townsend
Street
```

```
                            Suite 500, San Francisco, CA. If you are located
in the
                            EU, then these terms are an agreement with Patreon
                            Ireland Limited, Suite 3, One Earlsfort Centre,
Lower
                            Hatch Street, Dublin 2L, Ireland.
                        </Text>
                        <Text el={Text.Element.P}>
                            If you use accessibility tools and have questions
or
                            concerns, please contact us at{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Accessibility @ Patreon',
                                    undefined,
                                    'Email to contact patreon about
accessibility',
                                )}
                                href="mailto:accessibility@patreon.com"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Self}
                            >
                                accessibility@patreon.com
                            </TextButton>
                            .
                        </Text>
                        <Text el={Text.Element.P}>
                            Effective immediately for users on Patreon from{'
'}
                            <DateTime
                                value={decemberSixteenthTwentyTwenty}
                                type={DateTime.Type.Date}
                                format={'long'}
                            />{' '}
                            You can find the{' '}
                            <TextButton
                                ariaLabel={__(
                                    'Old Terms of Use',
                                    undefined,
                                    'Link to old version of terms of use
policy',
                                )}
                                href="https://www.patreon.com/policy/oldterms"
                                weight={TextButton.Weight.Normal}
                                variant={TextButton.Variant.Primary}
                                size={TextButton.Size.Md}
                                target={TextButton.Target.Blank}
                                inline
                            >
                                old terms of use here
                            </TextButton>
                            .
```

```
                </Text>
            </Box>
        ),
    },
],
}
```