# EXHIBIT 89

```
/**
 * @author @Patreon/creator-product
 **/

import React, { Fragment } from 'react'
import { Box, Text, TextButton } from '@patreon/studio'

export const cookiesPolicy = {
    route: 'cookies',
    hero: {
        eventName: 'Cookie Policy',
        title: (
            <Fragment
                intl
                intl-legal
                intl-description="Title of section in cookie policy page"
            >
                Cookie Policy
            </Fragment>
        ),
        thumb:
'https://c5.patreon.com/external/marketing/legal/cookies.png',
        body: (
            <Text
                el={Text.Element.P}
                align={{ xs: Text.Align.Center, md: Text.Align.Left }}
                intl
                intl-legal
                intl-description="Section in cookie policy page"
            >
                A cookie is a small text file that a website saves on your
                computer or mobile device when you visit the site. This small
                text file enables a site to remember your actions and
                preferences for a specified period of time, so you don't have to
                re-enter your login or settings information each time you visit
                a new page on our site.
            </Text>
        ),
    },
    articles: [
        {
            title: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Title of section in cookie policy page about how Patreon uses cookies"
                >
                    Use on Patreon
                </Fragment>
            ),
```

```
              subtitle: (
                  <Fragment
                      intl
                      intl-legal
                      intl-description="Subtitle of section in cookie policy
page summarizing how Patreon uses cookies"
                  >
                      To summarize: Patreon uses cookies and other tracking
                      technologies to provide our service. Cookies are not
                      strictly necessary for the website to work, but it
will
                      provide you with a better browsing experience. If you
choose
                      to delete or block these cookies, some features of
this site
                      may not work as intended.
                  </Fragment>
              ),
              body: (
                  <Box
                      mb={2}
                      intl
                      intl-screenshot="cookie-policy-how-patreon-uses"
                      intl-legal
                      intl-description="Section in cookie policy page about
how Patreon uses cookies"
                  >
                      <Box mb={4}>
                          <Text el={Text.Element.P}>
                              Cookies are not used to identify you
personally and
                              are not used for any purpose other than those
                              described here.
                          </Text>
                      </Box>
                      <Box mb={4}>
                          <Text el={Text.Element.P}
weight={Text.Weight.Bold}>
                              Security / Authentication:
                          </Text>
                          <Text el={Text.Element.P}>
                              Some cookie and similar technology functions
are
                              necessary and vital to ensuring that Patreon
works
                              properly for visitors and members, such as
                              maintaining the security, safety, and
integrity on
                              Patreon, authentication and logging in
(including
                              remembering permissions and consents you have
                              granted), and ensuring the ability to securely
                              complete transactions.
                          </Text>
```

```
							</Box>
							<Box mb={4}>
								<Text el={Text.Element.P}
weight={Text.Weight.Bold}>
									Performance / Analytics and Research:
								</Text>
								<Text el={Text.Element.P}>
									Some technologies help provide performance
data on
									how Patreon is functioning in order to make
									improvements to the platform. Data collected
on site
									and app functionality and speed, how Patreon
is used
									and detecting and gathering reporting on bugs
helps
									improve Patreon and the services we offer.
								</Text>
							</Box>
							<Box mb={4}>
								<Text el={Text.Element.P}
weight={Text.Weight.Bold}>
									Preferences / Localization:
								</Text>
								<Text el={Text.Element.P}>
									Cookies enable your personalized views and
settings.
									Some cookies help us provide localized
experiences —
									for example, by making sure you see Patreon in
your
									preferred language.
								</Text>
							</Box>
							<Box mb={4}>
								<Text el={Text.Element.P}
weight={Text.Weight.Bold}>
									Social Networks / Marketing:
								</Text>
								<Text el={Text.Element.P}>
									Some technologies help you to interact with
social
									networks you are signed into while using
Patreon,
									such as logging in with the social network and
other
									features you employ with the social network,
or that
									are allowed in the social network's privacy
policy.
									These may be set and controlled by the social
									networks, and your preferences with those
social
									networks.
```

```
                </Text>
            </Box>
        </Box>
    ),
},
{
    title: (
        <Fragment
            intl
            intl-legal
            intl-description="Title of section in cookie policy page about Do-Not-Track technology"
        >
            "Do-not-track" technologies
        </Fragment>
    ),
    subtitle: null,
    body: (
        <Box
            mb={2}
            intl
            intl-legal
            intl-description="Section in cookie policy page about Do-Not-Track technology"
        >
            <Text el={Text.Element.P}>
                We do not respond to web browser "Do-Not-Track" signals.
            </Text>
        </Box>
    ),
},
{
    title: (
        <Fragment
            intl
            intl-legal
            intl-description="Title of section in cookie policy page about how users can manage cookies"
        >
            How to manage cookies
        </Fragment>
    ),
    subtitle: null,
    body: (
        <Box
            mb={2}
            intl
            intl-legal
            intl-description="Section in cookie policy page about how users can manage cookies"
        >
            <Text el={Text.Element.P}>
```

```
                                You can control the use of cookies at the
individual
                                browser level. If you reject or delete cookies,
our
                                Services may no longer function as intended. Each
                                browser provides different mechanisms for managing
                                cookies. Look at your browser's help menu to
determine
                                the best way to modify your browser's cookie
storage.
                    </Text>
                </Box>
            ),
        },
        {
            title: (
                <Fragment
                    intl
                    intl-legal
                    intl-description="Title of section in cookie policy
page about changes to the policy"
                >
                    Changes to Cookie Policy
                </Fragment>
            ),
            subtitle: null,
            body: (
                <Box
                    mb={2}
                    intl
                    intl-screenshot="cookie-policy-changes-to-policy"
                    intl-legal
                    intl-description="Section in cookie policy page about
changes to the policy"
                >
                    <Text el={Text.Element.P}>
                        We periodically update this Cookie Policy to
account for
                        changed legal and operational circumstances, to
describe
                        new cookies and tracking technologies, and to
describe
                        how those changes affect our use of your
information. If
                        we are going to use information in a manner that
is
                        materially different from that stated at the time
of
                        collection or make any material changes in our
privacy
                        practices, we will notify you. We will post those
                        changes through a prominent notice on our website.
                    </Text>
                    <Text el={Text.Element.P}>
```

```
            This policy is part of Patreon's{' '}
            <TextButton
                ariaLabel={__(
                    'Terms of Use',
                    undefined,
                    'Link to terms of use page',
                )}
                href="https://patreon.com/policy/legal"
                weight={TextButton.Weight.Normal}
                variant={TextButton.Variant.Primary}
                size={TextButton.Size.Md}
                target={TextButton.Target.Blank}
            >
                Terms of Use
            </TextButton>{' '}
            and{' '}
            <TextButton
                ariaLabel={__(
                    'Privacy Policy',
                    undefined,
                    'Link to privacy policy page',
                )}
                href="https://privacy.patreon.com"
                weight={TextButton.Weight.Normal}
                variant={TextButton.Variant.Primary}
                size={TextButton.Size.Md}
                target={TextButton.Target.Blank}
            >
                Privacy Policy
            </TextButton>
            . For more information, contact Patreon at{' '}
            <TextButton
                ariaLabel={__(
                    'Privacy Email',
                    undefined,
                    'Email to contact Patreon about privacy',
                )}
                href="mailto:privacy@patreon.com"
                weight={TextButton.Weight.Normal}
                variant={TextButton.Variant.Primary}
                size={TextButton.Size.Md}
                target={TextButton.Target.Self}
            >
                privacy@patreon.com
            </TextButton>
            . Visit our{' '}
            <TextButton
                ariaLabel={__(
                    'Privacy Center',
                    undefined,
                    'Link to privacy center page',
                )}
                href="https://privacy.patreon.com"
                weight={TextButton.Weight.Normal}
```

```
                            variant={TextButton.Variant.Primary}
                            size={TextButton.Size.Md}
                            target={TextButton.Target.Blank}
                        >
                            privacy center
                        </TextButton>{' '}
                        to learn more about the specific cookies we use and how
                        to to opt out of them.
                    </Text>
                </Box>
            ),
        },
    ],
}
```