# EXHIBIT 92