# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF JOHN SHEHAN ON BEHALF OF THE NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN** |

Decl. of John Shehan

I, John Shehan, hereby declare:

1. I am the Senior Vice President, Exploited Children Division & International Engagement at the National Center for Missing & Exploited Children (NCMEC). I have personal knowledge of the facts set forth herein, and, if called upon to testify, could and would testify competently thereto.

2. I have been employed at NCMEC since February 2000. In my role at NCMEC, I am responsible for overseeing NCMEC's CyberTipline. I am familiar with the operations of the CyberTipline, including the procedures involving the receipt and processing of reports by NCMEC and the procedures used to generate and maintain reports. As discussed in greater detail below, NCMEC regularly prepares reports that summarize the data it receives about suspected child sexual abuse material online. I am personally familiar with those reports, the underlying data that they summarize, and the manner in which NCMEC collects, summarizes, and reports that data.

3. In 1984, John and Revé Walsh and other child advocates founded NCMEC as a private, non-profit organization to serve as the national clearinghouse and resource center for information about missing and exploited children. NCMEC's mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization. NCMEC works with families, victims, private industry, law enforcement, and the public to assist with preventing child abductions, recovering missing children, and providing services to deter and combat child sexual exploitation.

4. NCMEC operates the CyberTipline, a national mechanism for the public and electronic service providers (ESPs) to report instances of suspected child sexual exploitation. Since its inception in 1998, the CyberTipline has received more than 172 million reports.

5. The CyberTipline receives reports from the public and online electronic service providers (ESPs). To date more than 1,500 ESPs are registered to make reports, and 17% of these are non U.S. based companies who voluntarily choose to report to the CyberTipline. In 2022, 236 companies submitted CyberTipline reports and 5 ESPs (Facebook, Instagram, Google, WhatsApp, and Omegle) accounted for more than 90% of the reports. Reports made to the CyberTipline by ESPs can include images, videos and other files related to the child sexual exploitation incident being reported.

6. Reports are submitted to NCMEC using a web-based form or API that allows the

submitter to provide detail about the child victim; the platform or service where the content was requested, obtained, or distributed; the suspect who requested, obtained, or distributed the suspected CSAM content; and the content itself. As part of its regular organization activities, NCMEC compiles reports submitted to the CyberTipline in a database. NCMEC makes every effort to ensure that the database accurately and correctly reflects the information that ESPs and the public have submitted to it, and NCMEC routinely relies on that data in conducting its operations and making reports to law enforcement.

7. The CyberTipline receives reports about multiple forms of online child sexual exploitation. Reports regarding child sexual abuse material (CSAM), legally referred to as child pornography, make up the largest reporting category. Over 99.5% of the reports received by the CyberTipline in 2022 regarded incidents of suspected CSAM. Suspected CSAM represented a similar percentage of reports to NCMEC in prior years.

8. The volume of reports and the quantity of reported CSAM content submitted to the CyberTipline have increased exponentially over the past 25 years. In 2019, the CyberTipline received 16,939,877 reports of suspected child pornography (possession, manufacture, or distribution) online. In 2020, there were 21,669,264 such reports, in 2021, there were 29,309,106, and in 2022, there were 31,901,234.

9. When ESPs report suspected child sexual abuse material to NCMEC, a web-based form or API allows the submitter to provide detailed information about the child victim; the platform or service where the content was requested, obtained, or distributed; the suspect who requested, obtained, or distributed the suspected CSAM content; and the content itself. Attached as **Exhibit A** to this declaration is a true and correct copy of a template of the CyberTipline report that demonstrates the particular data fields that ESPs may fill out when making a report.

10. As indicated in the template, NCMEC requests, and ESPs are able to submit, the following information about the suspect who requested, obtained, or distributed the suspected CSAM content:

    a. Name

      b. Home address/Business address

      c. Mobile phone number/Business phone number

      d. Email address/Screen or User Name/Display Name

      e. Profile URL with the product or service

11. As indicated in the template, NCMEC requests, and ESPs are able to submit the same information about persons who received the suspected CSAM content.

12. Even if the ESP does not provide a name for the suspect or recipient, NCMEC may be able to identify a potential identity and/or location for that person by using a phone number that the ESP provided. The template provides examples (at pages 10-11 of the template) of how NCMEC can resolve the phone number to a potential name and location using publicly available online queries.

13. When ESPs report suspected child sexual abuse material to NCMEC, they can also upload files that they are reporting to the CyberTipline. Uploaded files may consist of one or more image, video, and/or related content concerning child sexual exploitation. The chart below shows the total number of uploaded files reported to NCMEC's CyberTipline in CY 2019, CY 2020, CY 2021, and CY 2022, broken down by images, videos, and other content.

14.

| Files Uploaded with CyberTipline Reports Submitted by ESPs (images, videos, other content) | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| Images | 27,788,353 | 33,690,561 | 39,939,298 | 49,404,779 |
| Videos | 41,280,853 | 31,654,163 | 44,856,209 | 37,775,034 |
| Other Content | 102,308 | 120,590 | 196,228 | 1,197,394 |
| Total Files | 69,171,514 | 65,465,314 | 84,991,735 | 88,377,207 |

15. When ESPs upload a file, NCMEC also requests, and ESPs are able to submit, a filename for the upload, the "original filename" as it appeared on the ESP's product or service, and the original URL where the file was located.

16. When NCMEC receives a CyberTipline report, its primary focus is to determine which

jurisdiction the report relates to so the report can be made available to the appropriate law enforcement agency for its independent review and potential investigation. NCMEC makes reports available to U.S. law enforcement agencies, including the Internet Crimes Against Children (ICAC) Units, federal and local law enforcement agencies, as well as international law enforcement agencies.

17. To further assist law enforcement with prioritization, NCMEC also categorizes reports it receives from the tech industry as "actionable" or "informational." An actionable report is one where the tech company provides sufficient information for law enforcement. This typically includes user details, imagery, and a possible location. NCMEC designated 49% of the reports from the tech industry as "actionable" when referring them to law enforcement in 2022.

18. NCMEC makes CyberTipline reports, including our additional analysis, available to law enforcement around the world. These efforts help law enforcement prioritize the most urgent cases, allowing them to take fast action when a child is most at risk. In 2022, NCMEC staff escalated over 49,000 reports to law enforcement as the reported incident was urgent in nature or there was information that a child was in imminent danger.

19. Each year, NCMEC publishes data about the CyberTipline reports it receives.

    a. Attached as **Exhibit B** to this declaration is a true and correct copy of NCMEC's data showing the 2019 CyberTipline reports by ESP, published by NCMEC on its website. This report accurately summarizes NCMEC's organization records, in its regularly maintained database, identifying the specific ESPs that made CyberTipline reports in 2019 and the number of reports by each. As indicated in the report, in 2019, the CyberTipline received 16.9 million reports related to suspected child sexual exploitation from approximately 150 ESPs. These reports contained 69.1 million videos, images, and files.

    b. Attached as **Exhibit C** to this declaration is a true and correct copy of NCMEC's data showing the 2020 CyberTipline reports by ESP, published by NCMEC on its website. This report accurately summarizes NCMEC's organization records, in its regularly maintained database, identifying the specific ESPs that made CyberTipline reports in

    2020 and the number of reports by each. As indicated in the report, in 2020, the CyberTipline received 21.4 million reports related to suspected child sexual exploitation from over 160 ESPs.

  c. Attached as **Exhibit D** to this declaration is a true and correct copy of NCMEC's data showing 2021 CyberTipline reports by ESP, published by NCMEC on its website. This report accurately summarizes NCMEC's organization records, in its regularly maintained database, identifying the specific ESPs that made CyberTipline reports in 2021 and the number of reports by each. As indicated in the report, in 2021, the CyberTipline received 29.1 million reports related to suspected child sexual exploitation from over 200 ESPs.

  d. Attached as **Exhibit E** to this declaration is a true and correct copy of a report that NCMEC prepared in consultation with the Office of Juvenile Justice and Delinquency Prevention regarding CyberTipline activity in 2022. That report accurately summarizes NCMEC's organization records, in its regularly maintained database, describing the number and nature of the reports that NCMEC received from ESPs in 2022 and preceding years.

20. In response to a subpoena that Patreon, Inc. served on NCMEC, I asked my direct report, Bettye Allwang, to ask NCMEC's Data Science Manager, Jennifer Penrose, to conduct searches of NCMEC's CyberTipline database for specific information. In particular, the data searched and compiled includes data showing the number of reports in which an ESP submitted data concerning the suspect or recipient and also concerning the specific image or video containing suspected CSAM content. This includes only ESPs where, based on information NCMEC has received from that ESP, they are known to be headquartered within the United States.

21. Attached hereto as **Exhibit F** is a true and correct copy of the results of the above-referenced searches detailing the number of reports in which an ESP submitted data from 2019-2022 concerning the suspect or recipient and also concerning the specific image or video containing suspected CSAM content. As indicated in Exhibit F, "Domestic" refers to CyberTipline reports NCMEC geo-

5

DECL. OF JOHN SHEHAN

located to a location within the United States. As indicated in Exhibit F, "International" refers to CyberTipline reports NCMEC geo-located to a location outside of the United States.

22.  Attached hereto as **Exhibit G** is a true and correct copy of a Declaration of Jennifer Penrose explaining her efforts to search and compile data from NCMEC's database that is populated in Exhibit F.

I declare under the laws of the United States that the statements in this declaration are true and correct to the best of my knowledge, and that this declaration was executed on September 22, 2023 in Alexandria, Virginia.

_____  
JOHN SHEHAN  
SVP, Exploited Children Division  
& International Engagement  
Exploited Children Division

9-22-23  
DATE

City/County of Alexandria  
Commonwealth of Virginia

The foregoing instrument was subscribed and sworn before me this **22** day of September, 2023 by John Shehan.

Notary Public: VA Notary Signature _Maria Harris_

MARIA RACHELLE HARRIS  
NOTARY PUBLIC  
REGISTRATION # 7771007  
COMMONWEALTH OF VIRGINIA  
MY COMMISSION EXPIRES  
JUNE 30, 2026

My Commission Stamp _____

6  
DECL. OF JOHN SHEHAN