# EXHIBIT A



CyberTipline Report 129375831 | 1

# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

## Reporting Electronic Service Provider (ESP)

**Submitter:**

Test ESP
Michael Smith

Business Address:
1101 King Street
      Ste 701
Alexandria, VA 20000

Home Address:
2222 Cherohala Skyway Apt N
Alexandria, VA 20000

Business Phone: 777-444-2309
Business Phone: +1 8775551234 x1234 (Verified 09-05-2018 12:00:00 UTC)

**Point of Contact for Law Enforcement:**

Adam Venkat

Business Address:
1101 King St #701
Alexandria, VA 22314

Business Address:
699 Prince St
Alexandria, VA 22314

Business Phone: 777-777-7777
Business Phone: +1 8775551234 x1234 (Verified 09-05-2018 12:00:00 UTC)
Email: gawef@ncmec.org (Verified)
Email: gawef2@ncmec.org (Verified)

http://missingkids.org/legalurl

## Company Information

**Company**
    Template
    Text

## Relevant Terms of Service

**Terms**
    Of Service
    Text

## Incident Information

| | |
|---|---|
| **Incident Type:** | Child Pornography (possession, manufacture, and distribution) |
| **Incident Time:** | 12-10-2012 12:00:00 UTC |
| **Description of Incident Time:** | It happened at that time online and was noticed 10 minutes later |
| **ESP Escalation:** | Escalate it! |

## Newsgroup

| | |
|---|---|
| **Newsgroup Name:** | CSAI Newsgroup |
| **Email Address:** | email3@example.com |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



| | |
|---|---|
| Email Address: | email4@example.com |
| Newsgroup Content: | `This newsgroup has child sexual abuse images` |
| Additional Information: | This newsgroup was found to have child sexual abuse images |

## Chat/Instant Messaging

| | |
|---|---|
| Chat Service/IM Client: | AIM |
| Chat Room Name: | CSAIChat |
| Chat Logs: | `This chat room has child sexual abuse images` |
| Additional Information: | This chat room was found to have child sexual abuse images |

## Online Gaming

| | |
|---|---|
| Game Name: | Football 25 |
| Game Console: | Gamedeck |
| Game Chat Logs: | `This game's chat room has child sexual abuse images` |
| Additional Information: | This game's chat room was found to have child sexual abuse images |

## Cell Phone

| | |
|---|---|
| Phone: | +1 727-333-1234 x1234 (Verified 09-05-2018 12:00:00 UTC) |
| Location: | Latitude 36.8506 Longitude -75.9779 |
| Additional Information: | This is the cell phone number |

## Email

| | |
|---|---|
| Email Address: | email1@example.com |
| Email Address: | email2@example.com |
| Email Body: | `This is the content of the email.` |
| Additional Information: | This email has child sexual abuse images |

## Not Internet-Related

| | |
|---|---|
| Location: | A white van |
| Home Address: | 1 First St<br>Anytown, DC 20000 |
| Business Address: | 2 Second St<br>Anytown, DC 20000 |
| Additional Information: | child sexual abuse images happened here |

## Peer to Peer

| | |
|---|---|
| Peer-to-Peer Client: | Emule |
| IP Address: | 194.71.107.15 Port: 8080 (Possible Proxy) - Upload at 12-12-2012 13:22:00 UTC |
| IP Address: | 194.71.107.16 Port: 65535 (Possible Proxy) - Upload at 12-12-2012 13:22:00 UTC |
| IP Address: | 194.71.107.17 Port: 1 (Possible Proxy) - Upload at 12-12-2012 13:22:00 UTC |
| IP Address: | 80.94.76.5 Port: 12345 (Possible Proxy) - Upload at 12-12-2012 13:22:00 UTC |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 129375831 | 3

| | |
|---|---|
| Peer to Peer Filenames: | `csai.jpg` |
| Additional Information: | child sexual abuse images was shared here |

## Webpage/URL (Third Party Content)

| | |
|---|---|
| URL: | http://badurl.com/csai |
| URL: | http://badurl.com/csai2 |
| Additional Information: | This page has child sexual abuse images |

## Child Victim

| | |
|---|---|
| Name: | John Sweetboy |
| Home Address: | 155 Grenbreyer Lane<br>Kidstown, MD 10000 |
| Home Address: | Room 107, House Hall<br>College Town, MD 10000 |
| Mobile Phone: | 757-555-4321 |
| Business Phone: | +1 8775551234 x1234 (Verified 09-05-2018 12:00:00 UTC) |
| Date of Birth: | 07-11-2004 |
| Approximate Age: | 8 |
| School Name: | State College Institute and University |
| Email Address: | 'john.sweetboy?@email.con (Verified) |
| Email Address: | john_doe2@email.con |
| Email Address: | email2@example.com |
| ESP Product/Service: | Myspace |
| Screen/User Name: | jsweetboy |
| Display Name: | JSWEET |
| ESP User ID: | childid |
| Profile URL: | http://myspace.com/jsweetboy |
| Profile URL: | http://myspace.com/jsweetboy2 |
| IP Address: | 69.10.25.46 (Login)<br>Port: 9600<br>12-08-2012 10:42:52 UTC |
| IP Address: | 98.137.149.56 (Login)<br>Port: 1100<br>12-08-2012 12:00:00 UTC |
| Device ID (ICCID): | 654321 (Login) |
| Device ID (SSID): | collegewifi (Login) |
| Estimated Location: | Hagerstown, Maryland, US at 12-04-2012 18:00:00 UTC (Verified) |
| Additional Information: | This child is suspected of being a victim of the suspect last year |

## Child Victim

| | |
|---|---|
| Name: | Sam Generic |
| Home Address: | 8000 Wishshire Boulevard<br>Angel City, CA 90000 US |
| Business Address: | 500 South Good View Street<br>Movie Town, CA 90000 IN |
| Mobile Phone: | 310-555-1234 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



| | |
|---|---|
| Business Phone: | +1 8775551234 x1234 (Verified 09-05-2018 12:00:00 UTC) |
| Date of Birth: | 01-01-1964 |
| Approximate Age: | 13 |
| School Name: | Town Middle School |
| Email Address: | samg@email.com (Verified) |
| Email Address: | john_doe3@email.con |
| Email Address: | email4@example.com |
| ESP Product/Service: | Facebook Messenger |
| Screen/User Name: | samg |
| ESP User ID: | samg123 |
| Profile URL: | http://facebook.com |
| IP Address: | 199.181.132.250 (Login)<br>Port: 502<br>02-12-2014 09:00:00 UTC |
| IP Address: | 184.173.141.231 (Login)<br>Port: 30912<br>02-12-2014 10:00:00 UTC |
| Device ID (ICCID): | 01010101 (Login) |
| Additional Information: | This child is suspected of being a victim of the suspect last year |

## Suspect

| | |
|---|---|
| Name: | John Doe |
| Home Address: | 101 College Campus Way<br>College Town, MD 10000 |
| Business Address: | Allan Street<br>Business Town, MD 10000 |
| Mobile Phone: | 814-555-1212 |
| Business Phone: | +1 8775551234 x1234 (Verified 09-05-2018 12:00:00 UTC) |
| Date of Birth: | 01-20-1944 |
| Approximate Age: | 72 |
| Vehicle Description: | Old beat up ford pickup |
| Email Address: | john_doe!@email.con (Verified) |
| Business Email Address: | john_doe1@email.con (Verified 09-05-2018 12:00:00 UTC) |
| Email Address: | email1@example.com |
| Email Address: | email3@example.com |
| ESP Product/Service: | Myspace |
| Screen/User Name: | badguyjoe |
| Display Name: | BADDEST JOE GUY |
| Display Name: | BAD GUY JOE |
| ESP User ID: | ABC123 |
| Profile URL: | http://myspace.com/jdoe |
| Profile URL: | http://myspace.edu/jdoe2 |
| IP Address: | 195.39.252.44 |
| IP Address: | 195.39.252.44 |
| IP Address: | 174.121.194.34 (Purchase)<br>Port: 3551<br>12-10-2012 13:20:00 UTC<br>Possible Proxy |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



| | |
|---|---|
| IP Address: | 208.80.152.201 (Upload)<br>Port: 65000<br>12-11-2012 13:21:00 UTC<br>Possible Proxy |
| IP Address: | 72.247.244.88 (Registration)<br>Port: 7060<br>12-12-2012 13:22:00 UTC<br>Possible Proxy |
| IP Address: | 173.231.140.219 (Login)<br>Port: 40301<br>12-10-2012 13:23:00 UTC<br>Possible Proxy |
| Device ID (ICCID): | 123456 (Upload)<br>12-10-2012 13:23:00 UTC |
| ESP Group Identifier – possible involvement in online group related to CSE: | badguys |
| Estimated Location: | Frederick, Maryland, US at 12-01-2012 12:00:00 UTC (Verified) |
| Additional Information: | Found to assault young children |

## Recipient

| | |
|---|---|
| Name: | John Smith |
| Home Address: | 456 Main Ave<br>فنم, TN 38000 |
| Business Address: | 901 Riverfront St<br>Μέμφις, TN 38000 |
| Mobile Phone: | +1 901-555-8888 (Verified 02-01-2020 00:00:00 UTC) |
| Home Phone: | +1 901-555-1111 |
| Date of Birth: | 01-01-1990 |
| Approximate Age: | 30 |
| Email Address: | j_smith@email.test (Verified 02-01-2020 01:00:00 UTC) |
| Email Address: | j_smith@work.test |
| ESP Product/Service: | Social Network Service |
| Screen/User Name: | sendcsam |
| Display Name: | SEND CSAM |
| Display Name: | SCAM SEND |
| ESP User ID: | sendcsam |
| Profile URL: | https://socialnetwork.test/sendcsam |
| Profile URL: | https://socialnetwork.test/sendcsam2 |
| IP Address: | 205.130.13.50 (Login)<br>01-20-2020 06:00:00 UTC |
| IP Address: | 105.130.13.50 (Upload)<br>Port: 109<br>01-20-2020 08:00:00 UTC<br>Possible Proxy |
| Device ID (IMEI): | 35-209900-176148-1 (Login)<br>01-25-2020 08:00:00 UTC |
| Device ID (IMEISV): | 35-209900-176148-23 (Login)<br>01-25-2020 08:00:00 UTC |
| ESP Group Identifier – possible involvement in online group related to CSE: | csamgroup |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*



CyberTipline Report 129375831 | 6

| | |
|---|---|
| Account Temporarily Disabled: | Yes<br>Disabled: 02-20-2020 00:00:00 UTC<br>Re-enabled: 02-21-2020 00:00:00 UTC |
| Account Permanently Disabled: | Yes<br>Disabled: 02-22-2020 00:00:00 UTC |
| Estimated Location: | Manf, Tennessee, US (Not Verified) |
| Additional Information: | Received the content. |

## Recipient

| | |
|---|---|
| Name: | Jane Smith |
| Home Address: | 456 Main Ave<br>مَنْف, TN 38000 |
| Business Address: | 901 Front St<br>Μέμφις, TN 38000 |
| Mobile Phone: | +1 901-555-8889 (Verified 02-01-2020 00:00:00 UTC) |
| Home Phone: | +1 901-555-1111 |
| Date of Birth: | 01-01-1991 |
| Approximate Age: | 29 |
| Email Address: | j_smith2@email.test (Verified 02-01-2020 01:00:00 UTC) |
| Email Address: | j_smith@work2.test |
| ESP Product/Service: | Social Network Service |
| Screen/User Name: | sendcsai |
| Display Name: | csai send |
| Display Name: | send scai |
| ESP User ID: | sendcsai |
| Profile URL: | https://socialnetwork.test/sendcsai |
| Profile URL: | https://socialnetwork.test/sendcsai2 |
| IP Address: | 205.130.13.50 (Login)<br>01-20-2020 12:00:00 UTC |
| IP Address: | 105.130.13.50 (Upload)<br>Port: 3<br>01-20-2020 14:00:00 UTC<br>Possible Proxy |
| Device ID (IMEI): | 35-209900-176149-1 (Login)<br>01-25-2020 14:00:00 UTC |
| Device ID (IMEISV): | 35-209900-176149-23 (Login)<br>01-25-2020 14:00:00 UTC |
| ESP Group Identifier – possible involvement in online group related to CSE: | csamgroup |
| Account Temporarily Disabled: | Yes<br>Disabled: 02-20-2020 00:00:00 UTC<br>Re-enabled: 02-21-2020 00:00:00 UTC |
| Account Permanently Disabled: | Yes<br>Disabled: 02-22-2020 00:00:00 UTC |
| Estimated Location: | Manf, Tennessee, US (Not Verified) |
| Additional Information: | Also received the content. |

## Law Enforcement

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 129375831 | 7

The Reporting ESP also received an inquiry from the following Law Enforcement Agency:

| | |
|---|---|
| Received Legal Process by Domestic Law Enforcement Agency: | Yes |
| Received Legal Process by Foreign Law Enforcement Agency: | Yes |
| Foreign Law Enforcement Country: | CN |
| Law Enforcement Agency Name: | Los Angeles Police Department |
| Investigator Name: | Joe Friday |
| Business Address: | 123 Supulveda<br>Los Angeles, CA 90000 |
| Business Address: | 123 Pennsylvania Ave<br>Anytown, DC 20000 |
| Business Phone: | phone |
| Business Phone: | +1 8775551234 x1234 (Verified 09-05-2018 12:00:00 UTC) |
| Business Phone: | +1 8775551234 x1234 (Verified 09-05-2018 12:00:00 UTC) |
| Email Address: | joe.friday!@email.com (Verified) |
| Email Address: | joe.friday2@email.com (Verified) |
| Case Number: | 12345 |

## Additional Information Submitted by the Reporting ESP

There is suspected cover up by the website owner.

## Uploaded File Information

| | |
|---|---|
| Number of uploaded files: | 2 |

## Uploaded File Information

| | |
|---|---|
| Filename: | 14017961.jpg |
| MD5: | 50cfd186b453482914c225bdfa045027 |
| Original Filename Associated with File: | original_end-user_filename.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Reported File Tags: | Bestiality, Viral |
| Metadata provided separately by ESP for the file? | Yes |
| Image Categorization by ESP:<br>(See Section B for further explanation) | A1 |
| Original Binary Hash of File (SHA1): | 0123456789abcdeffedcba987654321012345678 |
| Original Binary Hash of File (MD5): | 50cfd186b453482914c225bdfa045027 |
| Original URL Where File was Located: | https://imagesite.example.com/images |
| Additional Information: | Here is some reported file context.Here is some more reported file context. |

Source Information:

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 129375831 | 8

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 69.171.224.11 | Upload | 01-04-2012 21:00:00 UTC |
| Device ID (ICCID) | 1234567890 | Upload | 01-04-2012 21:00:00 UTC |
| Device ID (IMEI) | 0987654321 | Upload | 01-04-2012 21:00:00 UTC |

## Uploaded File Information

| | |
|---|---|
| Filename: | 5607365.jpg |
| MD5: | e868c4dd1a883f4a3bbc13a928219d8f |
| Original Filename Associated with File: | mypicture.jpg |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Reported File Tags: | Infant |
| Metadata provided separately by ESP for the file? | Yes |
| Original Binary Hash of File (SHA1): | 0123456789abcdeffedcba987654321012345678 |
| Original Binary Hash of File (MD5): | e868c4dd1a883f4a3bbc13a928219d8f |
| Original URL Where File was Located: | https://imagesite.example.com/user/profile.jpg |
| Additional Information: | Here is some reported file context.Here is some more reported file context. |

Source Information:

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 69.171.224.11 | Upload | 01-04-2012 21:00:00 UTC |
| Device ID (ICCID) | 1234567890 | Upload | 01-04-2012 21:00:00 UTC |
| Device ID (IMEI) | 0987654321 | Upload | 01-04-2012 21:00:00 UTC |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.