# EXHIBIT B



# 2019 CyberTipline Reports by Electronic Service Providers (ESP)

NCMEC's CyberTipline is the nation's centralized reporting system for the online exploitation of children, including child sexual abuse material, child sex trafficking and online enticement.
In 2019, the CyberTipline received 16.9 million reports related to suspected child sexual exploitation. These reports contained 69.1 million videos, images and files.

The following is a breakdown of reports by electronic service providers.

*Report totals for related platforms and companies have been combined.

| ESP | Number of Reports |
|---|---|
| 4chan | 1,380 |
| 4shared | 117 |
| Absolute Software Corporation | 3 |
| Adobe Systems Incorporated | 825 |
| Afilias USA | 171 |
| Airbnb, Inc. | 59 |
| Amazon | 8 |
| Amino Apps | 383 |
| Apple Inc | 205 |
| Ask.fm | 103 |
| Asurion Corporation | 1 |
| AT&T WorldNet Service | 2 |
| Automattic* | 10,443 |
| Bark Technologies Inc | 316 |
| Bitly | 3 |
| Box | 53 |
| Cafepress | 1 |
| Care.com | 7 |
| Chatango LLC | 6 |
| Chatrandom | 218 |

Copyright © 2020 National Center for Missing & Exploited Children. All rights reserved.

2019 Reports by ESP   2

| ESP | Number of Reports |
|---|---|
| Cloudflare, Inc. | 1,173 |
| Cloudmark, Inc. | 1 |
| Club Domains, LLC | 1 |
| Cogent Communications | 2 |
| Comcast Cable Communications, LLC | 27 |
| Craigslist | 11 |
| Deluxe Corporation/ColoCrossing / HudsonValleyHost | 22 |
| DeviantART, Inc. | 20 |
| Digital Ocean | 16 |
| Directnic.com | 1 |
| Discord Inc. | 19,480 |
| Dropbox, Inc. | 5,113 |
| EasyOnlineSolutions/MojoHost/ North Tone/ Hosthead | 18 |
| eBay Inc. | 45 |
| Ello.co | 828 |
| Endurance International Group* | 96 |
| Enom | 33 |
| Etsy, Inc. | 3 |
| Evasyst, Inc. (dba Kast) | 1 |
| Facebook* | 15,884,511 |
| FreeDNS.Afraid.org | 1 |
| Gab AI Inc. | 5 |
| Gaggle.Net, Inc. | 2,222 |
| Giphy, Inc. | 7 |
| GitHub | 2 |
| GoDaddy.com/Wild West Domains | 25 |
| GoGuardian | 27 |
| Google* | 449,283 |
| Grindr | 13 |
| Gumroad | 1 |
| Hacker Factor | 608 |
| Hewlett Packard Enterprise | 1 |
| Hosting Services Inc/Midphase/WestHost/ Autica/VPS | 46 |
| HostMantis | 1 |
| IAC / excite / myway / zwinky / mindspark | 5 |

Copyright © 2020 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| Imagebam/ Flixya Entertainment/ videobam | 4,256 |
| Imgur, LLC | 73,929 |
| IMVU, Inc. | 31 |
| INHOPE | 74,165 |
| Internet Archive | 88 |
| JNJ Mobile, Inc. (d/b/a MocoSpace) | 50 |
| KnownHost/ PrivateSystems Networks | 1 |
| LegitScript, LLC | 3 |
| LEGO System A/S | 61 |
| Letgo/Ambatana | 28 |
| Linden Lab/ SecondLife | 36 |
| LinkedIn Corporation | 88 |
| Linode LLC | 14 |
| LiveMe | 2 |
| LookingGlass Cyber Solutions, Inc. | 2 |
| Marinus Analytics LLC / Traffic Jam | 5 |
| Match Group, LLC* | 810 |
| MediaFire | 156 |
| MediaLab AI* | 38 |
| The Meet Group* | 5,709 |
| MeWe | 4,318 |
| Microsoft* | 123,839 |
| motherless | 1,836 |
| Movie Star Planet | 6 |
| Multi Media, LLC/Zmedianow, LLC/ Chaturbate | 1,466 |
| myrete/whoshere | 7 |
| Name.com | 8 |
| NameCheap | 28 |
| Neustar | 40 |
| Nexeon Technologies | 1 |
| Niteflirt/Phrendly.com/Platphorm, LLC | 42 |
| OfferUp | 3 |
| Omegle.com LLC | 3,470 |
| OTI Holdings,Inc.* | 75 |
| Patreon | 5 |
| PayPal Inc. | 322 |

Copyright © 2020 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| Photobucket | 120 |
| Pinger, Inc. | 5 |
| Pinterest Inc. | 7,360 |
| Porkbun LLC | 3 |
| ProBoards | 37 |
| Public Interest Registry | 89 |
| Quora | 1 |
| Rabbit | 2,969 |
| Redbubble Inc. | 3 |
| Reddit, Inc. | 724 |
| Reflected Networks, Inc | 234 |
| Remind | 1 |
| Roblox | 675 |
| Scratch Foundation | 2 |
| sendvid | 2,044 |
| Shutterfly | 5 |
| SimilarWorlds | 2 |
| SmugMug-Flickr | 2,545 |
| Smule | 7 |
| Snapchat | 82,030 |
| Social Minds ApS | 14 |
| Softlayer | 1 |
| Sony Interactive Entertainment | 237 |
| Sprint Nextel | 3 |
| StackPath, LLC/Highwinds | 3 |
| StarNow | 4 |
| Stelivo, LLC | 2,771 |
| Streamable (Apricot Mountain Inc.) | 1 |
| Sykes | 2 |
| Synchronoss Technologies, Inc | 251 |
| Taboola | 2 |
| Take-Two Interactive Software, Inc | 1 |
| The Walt Disney Company | 2 |
| Thorn | 12 |
| Thumbtack | 1 |
| TikTok | 596 |
| TrevorSpace | 6 |

Copyright © 2020 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---:|
| Twitch Interactive, Inc. | 541 |
| Twitter, Inc. | 45,726 |
| Various, Inc./FriendFinder/Tangotime | 22 |
| Verizon Media | 13,418 |
| Verizon Online | 136 |
| Verizon Wireless | 4 |
| Vero Labs, Inc. | 75 |
| Vimeo LLC | 306 |
| Visual Supply Company (VSCO) | 4 |
| Vokal (First Media) | 116 |
| Web.com/Network Solutions/Register/NameBargain | 1 |
| Weebly, Inc. | 12 |
| West Interactive Services Corporation | 140 |
| Wickr Inc. | 1 |
| Wikimedia Foundation Inc. | 13 |
| Wistia Inc. | 4 |
| Younow | 459 |
| Yubo | 3 |
| Zendesk Inc. | 2 |
| Zoom Video Communications, Inc | 57 |
| **Totals:** | **16,836,694** |

Copyright © 2020 National Center for Missing & Exploited Children. All rights reserved.