# EXHIBIT C



# 2020 CyberTipline Reports by Electronic Service Providers (ESP)

NCMEC's CyberTipline is the nation's centralized reporting system for the online exploitation of children, including child sexual abuse material, child sex trafficking and online enticement. In 2020, the CyberTipline received more than 21.7 million reports. 21.4 million of these reports were from Electronic Service Providers that report instances of apparent child sexual abuse material that they become aware of on their systems.

Higher numbers of reports can be indicative of a variety of things including larger numbers of users on a platform or how robust an ESP's efforts are to identify and remove abusive content. NCMEC applauds ESPs that make identifying and reporting this content a priority and encourages all companies to increase their reporting to NCMEC. These reports are critical to helping remove children from harmful situations and to stopping further victimization.

The following is a breakdown of reports by electronic service providers.

*Report totals for related platforms and companies have been combined.

| ESP | Number of Reports |
| --- | --- |
| 4chan | 1,143 |
| 4shared | 95 |
| Absolute Software Corporation | 2 |
| Adobe | 1,207 |
| Afilias USA | 271 |
| Airbnb | 25 |
| Airtime Media | 42 |
| Amazon / Twitch | 2,235 |
| Amino Apps | 97 |
| animebw | 3 |
| Apple | 265 |
| Ask.fm | 109 |
| Asurion Corporation | 6 |
| AT&T WorldNet Service | 2 |
| Automattic* | 9,130 |
| Bark Technologies | 661 |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
| --- | --- |
| Big Fish Games | 1 |
| Box | 153 |
| Bublup | 5 |
| Care.com | 1 |
| Center for International Cyber Intelligence | 1 |
| Chatango | 18 |
| Cloudflare | 3,769 |
| Cogent Communications | 1 |
| Comcast Cable Communications | 10 |
| Deluxe Corporation/ColoCrossing/HudsonValleyHost | 14 |
| deviantART | 6 |
| Digital Ocean | 60 |
| Directnic.com | 1 |
| Discord | 15,324 |
| Donuts | 1 |
| Dropbox | 20,928 |
| Dynadot | 1 |
| EasyOnlineSolutions/MojoHost/North Tone/Hosthead | 23 |
| Ebay | 20 |
| Electronic Arts | 1 |
| Ello.co | 88 |
| Endurance International Group* | 73 |
| Enom | 67 |
| Etsy | 1 |
| Evasyst | 4 |
| Facebook* | 20,307,216 |
| Fotoloce | 8 |
| FreeDNS.Afraid.org | 2 |
| Gaggle | 3,952 |
| Giphy | 22 |
| GitHub | 2 |
| Globtech* | 1,907 |
| GLU MOBILE | 3 |
| GoDaddy | 30 |
| GoFundMe | 1 |
| GoGuardian | 40 |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| Google | 546,704 |
| Grindr | 302 |
| Gumroad | 5 |
| Hacker Factor | 523 |
| Hewlett Packard Enterprise | 11 |
| Hosting Services Inc/Midphase/WestHost/Autica/VPS | 26 |
| IAC/excite/myway/zwinky/mindspark | 3 |
| Imagebam/Flixya Entertainment/videobam | 10,820 |
| Imgur | 31,571 |
| IMVU | 16 |
| Indeed | 2 |
| INHOPE* | 57,170 |
| Internet Archive | 143 |
| Interspace Technologies (Byte) | 75 |
| JMS Internet, | 35 |
| JNJ Mobile Inc, dba MocoSpace | 5 |
| LBRY INC | 4 |
| LegitScript | 3 |
| LEGO System A/S | 52 |
| Letgo/Ambatana | 7 |
| Life on Air Inc/Houseparty | 2,482 |
| Linden Lab/SecondLife | 63 |
| LinkedIn | 60 |
| Linode | 22 |
| LiveMe | 1 |
| LookingGlass Cyber Solutions | 2 |
| Marinus Analytics LLC/Traffic Jam | 32 |
| Match Group* | 3,387 |
| MediaFire | 421 |
| MediaLab AI* | 14,515 |
| Medium | 2 |
| Meet Group* | 6,384 |
| Mega | 2 |
| Mercari | 1 |
| MeWe | 3,566 |
| Microsoft* | 96,776 |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| MindGeek* | 13,229 |
| MMGuardian | 31 |
| motherless | 3,036 |
| Multi Media, LLC/Zmedianow, LLC/Chaturbate | 1,367 |
| myrete/whoshere | 3 |
| NameCheap | 45 |
| National Center on Sexual Exploitation | 33 |
| Neustar | 4 |
| Nexeon Technologies | 3 |
| Niteflirt/Phrendly.com/Platphorm, LLC | 28 |
| Notion Labs | 1 |
| OfferUp | 2 |
| Omegle | 20,265 |
| OTI Holdings | 26 |
| OVH US LLC | 4 |
| Patreon | 19 |
| PayPal | 282 |
| Photobucket | 6 |
| PicsArt | 113 |
| Pinger | 3 |
| Pinterest | 3,432 |
| Porkbun | 7 |
| ProBoards | 4 |
| Public Interest Registry | 240 |
| Quora | 2 |
| Reddit | 2,233 |
| RedGIFs | 37 |
| Reflected Networks | 130 |
| Remind | 1 |
| RingCentral | 8 |
| Roblox | 2,203 |
| Scratch Foundation | 15 |
| Scruff App/Perry Street Software | 6 |
| sendvid | 1,166 |
| SimilarWorlds | 18 |
| Slack Technologies | 599 |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| SmugMug-Flickr | 895 |
| Smule | 3 |
| Snapchat | 144,095 |
| Sniffies | 3 |
| Sony Interactive Entertainment | 836 |
| Sprint Nextel | 1 |
| StackPath/Highwinds | 70 |
| StarNow | 5 |
| Stelivo | 6,184 |
| SurveyMonkey | 1 |
| Sykes | 35 |
| Synchronoss Technologies | 2,056 |
| Taboola | 1 |
| Take-Two Interactive Software | 1 |
| The Walt Disney Company | 2 |
| Thorn | 46 |
| ThumbSnap | 1 |
| Thumbtack | 3 |
| TikTok* | 22,692 |
| Tsu, Inc | 2 |
| Twitter | 65,062 |
| Uncharted Software | 40 |
| Various, Inc./FriendFinder/Tangotime | 9 |
| VeriSign | 30 |
| Verizon Media | 10,267 |
| Verizon Online | 130 |
| Verizon Wireless | 1 |
| Vero Labs | 329 |
| Vimeo | 209 |
| Vistaprint | 2 |
| Visual Supply Company | 29 |
| Vokal (First Media) | 160 |
| Web.com/Network Solutions/ Register/ NameBargain | 2 |
| Weebly | 5 |
| West Interactive Services Corporation | 180 |
| WeTransfer | 82 |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.

| ESP | Number of Reports |
|---|---|
| Wikimedia Foundation | 11 |
| Wildlife Studios | 41 |
| WildWorks | 5 |
| Wink | 15 |
| Younow | 862 |
| Yubo | 42 |
| Zendesk | 1 |
| Zoom Video Communications | 499 |
| **Totals:** | **21,447,786** |

Copyright © 2021 National Center for Missing & Exploited Children. All rights reserved.