# EXHIBIT D



# 2021 CyberTipline Reports by Country

Most CyberTipline reports involve the upload of child sexual abuse material by users outside of the U.S. This is largely due to the fact that ESPs must comply with 18 USC 2258A which requires U.S. companies to report to the CyberTipline if they become aware of suspected CSAM on their platforms and servers.  Because these companies have users worldwide and those incidents are reported to NCMEC, by extension the CyberTipline serves as a global clearinghouse.

Most CyberTipline reports include geographic indicators related to the upload location of the CSAM. It is important to note that country-specific numbers may be impacted by the use of proxies and anonymizers. In addition, each country applies its own national laws when assessing the reported content. These numbers are not indicative of the level of child sexual abuse in a particular country.

The following is a breakdown of reports by country.

| Country / Territory | Number of Reports |
|---|---|
| Afghanistan | 283,116 |
| Aland Islands | 21 |
| Albania | 15,985 |
| Algeria | 1,171,653 |
| American Samoa | 114 |
| Andorra | 104 |
| Angola | 13,346 |
| Anguilla | 70 |
| Antarctica | 4 |
| Antigua and Barbuda | 149 |
| Argentina | 91,957 |
| Armenia | 3,486 |
| Aruba | 527 |
| Australia | 65,535 |
| Austria | 7,580 |
| Azerbaijan | 42,763 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| Country / Territory | Number of Reports |
| --- | --- |
| Bahamas | 858 |
| Bahrain/Bahrein | 32,346 |
| Bangladesh | 1,743,240 |
| Barbados | 597 |
| Belarus | 5,636 |
| Belgium | 15,762 |
| Belize | 8,297 |
| Benin | 3,683 |
| Bermuda | 91 |
| Bhutan | 14,518 |
| Bolivia | 36,551 |
| Bosnia and Herzegovina | 10,930 |
| Botswana | 1,998 |
| Bouvet Island | 1 |
| Brazil | 437,091 |
| British Indian Ocean Territory | 45 |
| British Virgin Islands | 79 |
| Brunei | 3,214 |
| Bulgaria | 13,584 |
| Burkina Faso | 2,528 |
| Burma/Myanmar | 540,301 |
| Burundi | 1,486 |
| Cambodia | 395,793 |
| Cameroon | 8,325 |
| Canada | 62,084 |
| Cape Verde Islands | 3,855 |
| Caribbean Netherlands | 74 |
| Cayman Islands | 175 |
| Central African Republic | 241 |
| Chad | 713 |
| Chile | 45,087 |
| Christmas Island | 1 |
| Cocos (Keeling) Islands | 168 |
| Colombia | 440,203 |
| Comoros | 3,963 |
| Congo | 1,151 |
| Congo, The Democratic Republic of the | 5,368 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| Country / Territory | Number of Reports |
|---|---:|
| Cook Islands | 61 |
| Costa Rica | 16,623 |
| Cote d'Ivoire (Ivory Coast) | 17,676 |
| Croatia | 4,744 |
| Cuba | 13,779 |
| Curacao | 366 |
| Cyprus | 2,657 |
| Czech Republic | 15,004 |
| Denmark | 5,891 |
| Djibouti | 1,281 |
| Dominica | 128 |
| Dominican Republic | 144,150 |
| Ecuador | 118,322 |
| Egypt | 622,633 |
| El Salvador | 35,868 |
| Equatorial Guinea | 157 |
| Eretria | 1,199 |
| Estonia | 2,729 |
| Ethiopia | 6,851 |
| Falkland Islands | 15 |
| Faroe Islands | 76 |
| Federated States of Micronesia | 200 |
| Fiji | 8,175 |
| Finland | 6,079 |
| France | 98,233 |
| French Guiana | 313 |
| French Polynesia | 477 |
| Gabon | 1,873 |
| Gambia, The | 298 |
| Georgia | 7,168 |
| Germany | 79,701 |
| Ghana | 19,733 |
| Gibraltar | 123 |
| Greece | 14,616 |
| Greenland | 289 |
| Grenada | 438 |
| Guadeloupe | 314 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| Country / Territory | Number of Reports |
| --- | --- |
| Guam | 695 |
| Guatemala | 65,076 |
| Guernsey | 69 |
| Guiana, French | 2 |
| Guinea | 3,808 |
| Guinea-Bissau | 168 |
| Guyana | 3,254 |
| Haiti | 4,314 |
| Honduras | 44,142 |
| Hong Kong | 20,722 |
| Hungary | 31,710 |
| Iceland | 567 |
| India | 4,699,515 |
| Indonesia | 1,861,135 |
| Iran | 223,144 |
| Iraq | 1,220,470 |
| Ireland | 7,327 |
| Isle of Man | 100 |
| Israel | 23,411 |
| Italy | 37,480 |
| Jamaica | 3,743 |
| Japan | 49,487 |
| Jersey | 194 |
| Jordan | 113,846 |
| Kazakhstan | 16,752 |
| Kenya | 17,983 |
| Kiribati | 179 |
| Kosovo | 3,361 |
| Kuwait | 78,803 |
| Kyrgyzstan | 3,822 |
| Lao People's Democratic Republic | 43,809 |
| Latvia | 1,537 |
| Lebanon | 46,528 |
| Lesotho | 850 |
| Liberia | 1,770 |
| Libya | 270,811 |
| Liechtenstein | 17 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| Country / Territory | Number of Reports |
|---|---:|
| Lithuania | 3,509 |
| Luxembourg | 2,005 |
| Macao | 1,005 |
| Macedonia | 6,045 |
| Madagascar | 79,174 |
| Malawi | 969 |
| Malaysia | 269,671 |
| Maldives | 9,638 |
| Mali | 2,637 |
| Malta | 750 |
| Marshall Islands | 105 |
| Martinique | 317 |
| Mauritania | 5,943 |
| Mauritius | 7,430 |
| Mayotte | 966 |
| Mexico | 786,215 |
| Moldova | 9,547 |
| Monaco | 494 |
| Mongolia | 21,656 |
| Montenegro | 2,517 |
| Montserrat | 2 |
| Morocco | 347,443 |
| Mozambique | 6,691 |
| Namibia | 906 |
| Nauru | 49 |
| Nepal | 263,130 |
| Netherlands | 36,790 |
| Netherlands Antilles | 2 |
| New Caledonia | 2,375 |
| New Zealand | 9,971 |
| Nicaragua | 37,012 |
| Niger | 828 |
| Nigeria | 57,654 |
| Niue | 1 |
| North Korea | 2 |
| Northern Mariana Islands | 317 |
| Norway | 7,807 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| Country / Territory | Number of Reports |
|---|---:|
| Oman | 64,156 |
| Pakistan | 2,030,801 |
| Palau | 157 |
| Palestinian Territory | 39,095 |
| Panama | 10,613 |
| Papua New Guinea | 7,076 |
| Paraguay | 13,309 |
| People's Republic of China | 7,644 |
| Peru | 192,943 |
| Philippines | 3,188,793 |
| Poland | 37,758 |
| Portugal | 34,415 |
| Puerto Rico | 6,703 |
| Qatar | 73,536 |
| Reunion | 3,198 |
| Romania/Rumania | 32,765 |
| Russian Federation | 81,897 |
| Rwanda | 1,248 |
| Saint Bartelemey | 9 |
| Saint Kitts and Nevis | 80 |
| Saint Lucia | 446 |
| Saint Martin | 20 |
| Saint Pierre and Miquelon | 62 |
| Saint Vincent and the Grenadines | 407 |
| Samoa | 463 |
| San Marino | 5 |
| Sao Tome and Principe | 412 |
| Saudi Arabia | 708,980 |
| Senegal | 3,752 |
| Serbia | 22,695 |
| Seychelles | 812 |
| Sierre Leone | 1,185 |
| Singapore | 53,603 |
| Sint Maarten | 88 |
| Slovakia | 7,275 |
| Slovenia | 3,162 |
| Solomon Islands | 1,466 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| Country / Territory | Number of Reports |
|---|---:|
| Somalia | 29,636 |
| South Africa | 50,875 |
| South Korea | 53,329 |
| South Sudan | 1,840 |
| Spain | 33,136 |
| Sri Lanka | 152,811 |
| Sudan | 31,198 |
| Surinam | 2,062 |
| Swaziland | 384 |
| Sweden | 19,635 |
| Switzerland | 7,180 |
| Syria | 77,152 |
| Taiwan | 38,316 |
| Tajikistan | 4,036 |
| Tanzania | 7,068 |
| Thailand | 589,515 |
| Timor-Leste | 3,783 |
| Togo | 1,391 |
| Tokelau | 4 |
| Tonga | 188 |
| Trinidad and Tobago | 4,552 |
| Tunisia | 164,562 |
| Turkey | 289,046 |
| Turkmenistan | 161 |
| Turks and Calcos Islands | 151 |
| Tuvalu | 25 |
| Uganda | 4,538 |
| Ukraine | 67,852 |
| United Arab Emirates | 327,820 |
| United Kingdom | 97,727 |
| United States | 716,474 |
| Uruguay | 6,320 |
| US Virgin Islands | 200 |
| Uzbekistan | 7,168 |
| Vanuatu | 1,414 |
| Vatican City | 1 |
| Venezuela | 150,778 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| Country / Territory | Number of Reports |
|---|---:|
| Vietnam | 716,065 |
| Wallis and Futuna | 24 |
| Western Sahara | 77 |
| Yemen Arab Republic | 243,340 |
| Zambia | 3,881 |
| Zimbabwe | 810 |
| No Country Listed* | 1,193,266 |
| **Total:** | **29,397,681** |

*Reasons include no IP address included in the report, proxy IPs, etc. When the country is unknown, reports are referred to US federal law enforcement.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.