# EXHIBIT E



Office of Justice Programs

U.S. Department of Justice
CY 2022 Report to the Committees on Appropriations

National Center for Missing and Exploited Children (NCMEC) Transparency

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

The Office of Justice Programs (OJP), the Office of Juvenile Justice and Delinquency Prevention (OJJDP) provides this report on National Center for Missing and Exploited Children (NCMEC) Transparency, consonant with the joint explanatory statement accompanying the Consolidated Appropriations Act, 2022 (Public Law 117-103), which clarified House Report 117-97. The joint explanatory statement states that:

> The agreement clarifies that the report requested in House language under the heading "National Center for Missing and Exploited Children (NCMEC) Transparency" shall include the following information: (1) the number of reports submitted to the CyberTipline by Electronic Service Providers containing suspected CSAM disaggregated by how many images and videos are deemed to be unique using hash-matching technology; (2) the number of reports submitted to the CyberTipline by Electronic Service Providers containing suspected CSAM with unique images and videos after deconfliction or deduplication of visually similar imagery; (3) the number of unique image and video files reviewed by the Child Victim Identification Program (CVIP); (4) the total number of unique image and video files reviewed by the CVIP disaggregated by whether there was a known or suspected relationship between the suspected offender and the victim, including disaggregation by the type of relationship; and (5) the number of CSAM series containing unidentified minor victims added to the NCMEC's CVIP database of victims for the first time.

The information, opinions, and conclusions expressed below were provided by NCMEC in response to the above referenced request.

I.   **Introduction**

The National Center for Missing & Exploited Children (NCMEC) is a private, non-profit organization created as a grassroots response to an unthinkable tragedy. In 1981, 6-year-old Adam Walsh was with his mother in a Florida shopping mall when he vanished without a trace. The search for Adam revealed many inadequacies that plagued missing child investigations at the time. There was no coordinated response to search for Adam, no AMBER Alert system to quickly deliver critical information to the public, no national sex offender registry to search for nearby offenders, and no place for families to go for guidance or emotional support.

Revé and John Walsh endured 10 excruciating days searching for Adam before he was found murdered 100 miles away. The Walsh's channeled their grief and came together with other child advocates to create NCMEC in 1984. Over the past 38 years, NCMEC has grown into the leading nonprofit organization and the nation's clearinghouse and resource center on missing and exploited children issues. Today NCMEC's more than 400 employees manage numerous public-private partnerships and utilize NCMEC's unique resources to help find missing children, combat child sexual exploitation, and prevent child victimization through five main programs of work relating to: (1) missing

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

children; (2) exploited children; (3) community outreach; (4) educational and professional resources; and (5) family support.

NCMEC manages two core programs to combat child sexual exploitation: (1) the CyberTipline; and (2) the Child Victim Identification Program (CVIP).

## II. Background on the CyberTipline

In March 1998, NCMEC created the CyberTipline to serve as an online mechanism for members of the public and electronic communication service providers[1] (ESPs) to report incidents of suspected child sexual exploitation including: child sex trafficking, online enticement of children for sexual acts; child sexual molestation; child sexual abuse material (CSAM) (referred to in U.S. law as child pornography); child sex tourism; unsolicited obscene materials sent to children; misleading domain names; and misleading words or digital images. U.S.-based ESPs are legally required to report apparent child pornography they become aware of to the CyberTipline (see 18 U.S.C. § 2258A).

The volume of reports and the quantity of reported CSAM content submitted to the CyberTipline have increased exponentially over the past 25 years. When the CyberTipline became operational in CY 1998, NCMEC received 4,560 reports relating to child sexual exploitation. In CY 2020, NCMEC received over 21.7 million reports to the CyberTipline; in CY 2021, it received 29.3 million; and in CY 2022, it received over 32 million.[2] Appendix A contains a chart showing the total number of CyberTipline reports received from CY 1998 to CY 2022.

While the number of reports submitted to the CyberTipline has consistently increased over time, the adoption of end-to-end encryption on social media platforms, either as a user option or by default on user accounts, will dramatically curtail ESPs' ability to detect and report child sexual exploitation on their platforms. Based on recent disclosures from ESPs, NCMEC anticipates that widespread adoption of end-to-end encryption by reporting ESPs will begin at some point in CY 2023 and eventually may result in a loss of up to 80% of NCMEC's CyberTipline reports. Each report that is lost because an ESP cannot detect and report child sexual exploitation occurring on its platform represents a child who is less likely to be recovered and safeguarded and whose active abuse or repeated revictimization will continue unabated.

---

[1] A provider is defined as: (A) an electronic communication service provider, which is a provider of any service that provides to users thereof the ability to send or receive wire or electronic communication (18 U.S.C. § 2258E(2); 18 U.S.C. § 2510(15)); or (B) a remote computing service, which means the provision to the public of computer storage or processing services by means of an electronic communications system. (18 U.S.C. § 2258E(2); 18 U.S.C. § 2711(2)).

[2] References to CY 2020 refer to the timeframe from January 1, 2020 through December 31, 2020; references to CY 2021 refer to the timeframe from January 1, 2021 through December 31, 2021; and references to CY 2022 refer to the timeframe from January 1, 2022 through December 31, 2022.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

A. <u>Public vs. ESP Reporting and Geographic Location and Categories of Exploitation of CyberTipline Reports</u>

While ESPs have a statutory requirement to report apparent child pornography they become aware of to NCMEC's CyberTipline and are legally permitted to submit reported content to the CyberTipline, members of the public also may submit information relating to apparent child sexual exploitation online via NCMEC's 24/7 call center (1-800-THE-LOST) or the public reporting form available on NCMEC's website (https://report.cybertip.org/). The chart below shows the number of CyberTipline reports NCMEC received from members of the public in CY 2020, CY 2021, and CY 2022.

| CyberTipline Reports Submitted by Members of the Public and ESPs | CY 2020 | CY 2021 | CY 2022 |
|---|---|---|---|
| Total CyberTipline Reports | 21,751,085 | 29,397,681 | 32,059,029 |
| Public CyberTipline Reports | 303,299 | 240,598 | 256,504 |
| ESP CyberTipline Reports | 21,447,786 | 29,157,083 | 31,802,525 |

As more people around the world have gained access to the internet, smartphones with cameras, and inexpensive computer storage, U.S.-based ESPs more frequently report international users who are sexually exploiting children on U.S.-based platforms to the CyberTipline. Additionally, some ESPs based outside the United States report suspected CSAM to NCMEC's CyberTipline even though they have no legal obligation to do so. Currently, NCMEC receives more reports relating to international users than reports relating to U.S.-based users. The chart below shows the number of CyberTipline reports NCMEC received in CY 2020, CY 2021, and CY 2022 that related to U.S. users and international users.

| CyberTipline Reports Relating to U.S. and International Users | CY 2020 | CY 2021 | CY 2022 |
|---|---|---|---|
| U.S. | 887,252<br>4.1% | 724,503<br>2.5% | 1,920,963<br>6% |
| International | 20,602,529<br>94.7% | 27,479,912<br>93.5% | 28,825,411<br>89.9% |
| Unknown | 261,304<br>1.2% | 1,193,266<br>4% | 1,312,655<br>4.1% |
| Total | 21,751,085 | 29,397,681 | 32,059,029 |

All reports submitted to the CyberTipline are categorized by the type of child sexual exploitation that is being reported. The chart below shows the categorizations provided by reporting members of the public or reporting ESPs for CyberTipline reports submitted to NCMEC in CY 2020, CY 2021, and CY 2022.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| Categorization of CyberTipline Reports | CY 2020 | CY 2021 | CY 2022 |
|---|---|---|---|
| Child Pornography (possession, manufacture, distribution) | 21,669,264 | 29,309,106 | 31,901,234 |
| Misleading Words or Digital Images on the Internet | 8,689 | 5,825 | 7,517 |
| Online Enticement of Children for Sexual Acts | 37,872 | 44,155 | 80,524 |
| Child Sex Trafficking | 15,879 | 16,032 | 18,336 |
| Unsolicited Obscene Material Sent to a Child | 3,547 | 5,177 | 35,624 |
| Misleading Domain Name | 3,109 | 3,304 | 1,948 |
| Child Sexual Molestation | 11,770 | 12,458 | 12,906 |
| Child Sex Tourism | 955 | 1,624 | 940 |

B. **Details of CSAM-Related Content Reported to the CyberTipline**

  i. **Images, Videos, and Other Content Reported to the CyberTipline**

  ESPs are permitted under U.S. law to upload files relating to the incident they are reporting to the CyberTipline.[3] Uploaded files may consist of one or more image, video, and/or related content concerning child sexual exploitation. The chart below shows the total number of uploaded files reported to NCMEC's CyberTipline in CY 2020, CY 2021, and CY 2022, broken down by images, videos, and other content.

| Files Uploaded with CyberTipline Reports Submitted by ESPs (Images, Videos, Other Content) | CY 2020 | CY 2021 | CY 2022 |
|---|---|---|---|
| Images | 33,690,561 | 39,939,298 | 49,404,779 |
| Videos | 31,654,163 | 44,856,209 | 37,775,034 |
| Other Content | 120,590 | 196,228 | 1,197,394 |
| Total | 65,465,314 | 84,991,735 | 88,377,207 |

  ii. **CyberTipline Reports Submitted by ESPs Containing Suspected CSAM Disaggregated by Number of Unique and Visually Similar Images and Videos**

  CSAM that is circulated online may consist of new or existing content. New content often depicts current sexual abuse of a child or content that an offender is distributing online for the first time. Unfortunately, once content is shared online, it continues to be re-shared and re-circulated among offenders. A majority of uploaded files reported to the CyberTipline consists of existing, or previously seen, content that has circulated for years and continues to be traded and shared online among offenders. This re-circulation of CSAM not only violates federal law, and normalizes child sexual abuse

---

[3] 18 U.S.C. § 2258A(b)(4).

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

among offenders, but also perpetuates long-lasting damage on survivors and can leave survivors struggling in their recovery process. NCMEC is aware of many survivors whose CSAM continues to be distributed thousands and tens of thousands of times a year, even many years after their recovery from the hands-on abuse.

NCMEC utilizes multiple image and video identification technologies to determine the number of CyberTipline reports that are reporting new CSAM content and the number of reports that are reporting previously seen content. Two algorithms widely used in investigations and forensic examination are MD5 and SHA1 algorithms. Images that share the same MD5 hash are identical – as are images that share the same SHA1 hash.[4] Visually similar images or videos appear identical when viewed by the human eye but contain minor differences, such as those that may be caused by cropping, resizing, or implementing slight color alterations to images and videos. Images or videos that share the same PhotoDNA signature or Videntifier fingerprint value are visually similar, though not identical.[5]

The chart below summarizes the number of reports submitted to the CyberTipline by ESPs in CY 2020, CY 2021, and CY 2022 that contained unique images and videos based on MD5 hashing and visually similar images and videos based on PhotoDNA and Videntifier technology.

| CyberTipline Reports Submitted by ESPs Containing Unique and Visually Similar Images/Videos Based on MD5 and Hash-Matching Technologies | CY 2020 | CY 2021 | CY 2022 |
|---|---|---|---|
| Total CyberTipline reports | 21,751,085 | 29,397,681 | 32,059,029 |
| CyberTipline reports disaggregated by reports containing unique images based on MD5 hash values | 14,269,712 | 21,814,959 | 23,404,207 |
| CyberTipline reports disaggregated by reports containing visually similar images/videos determined by PhotoDNA and Videntifier technology | 8,854,071 | 16,589,193 | 19,307,139 |

---

[4] A hash value can be thought of as a digital fingerprint of a file that can be used to uniquely identify it. The contents of a file are processed using a cryptographic algorithm producing a unique numerical value, which is referred to as the hash value. If the contents are modified in any way, the value of the hash will also change significantly.

[5] PhotoDNA hashing and Videntifier technology creates matches among groups of images or videos that are visually similar but contain slight variations.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

The CyberTipline report totals shown above as containing unique and visually similar reported images and videos can be broken down further into the total of unique reported images and videos and the total of visually similar images and videos.

The chart below shows the total numbers of unique images and videos and visually similar images and videos submitted to the CyberTipline by ESPs in CY 2020, CY 2021, and CY 2022.

| | CY 2020–Unique Images and Videos Determined by MD5 Hashing | CY 2020–Visually Similar Images and Videos Determined by PhotoDNA and Videntifier Technology | CY 2021–Unique Images and Videos Determined by MD5 Hashing | CY 2021–Unique Images and Videos Determined by PhotoDNA and Videntifier Technology | CY 2022–Unique Images and Videos Determined by MD5 Hashing | CY 2022–Unique Images and Videos Determined by PhotoDNA and Videntifier Technology |
|---|---|---|---|---|---|---|
| **Unique and Visually Similar Images/Videos Contained in CyberTipline Reports Submitted by ESPs as Determined by Hash-Matching Technology** | | | | | | |
| Images | 18,154,650 | 10,416,996 | 23,660,093 | 16,901,958 | 26,421,535 | 18,821,051 |
| Videos | 9,178,521 | 3,724,122 | 12,965,188 | 5,103,431 | 16,978,366 | 8,315,811 |
| Total | 27,333,171 | 14,141,118 | 36,625,281 | 22,005,389 | 43,399,901 | 27,136,862 |

## C. ESPs Registered to Report to the CyberTipline

In CY 2020, 42 new ESPs were registered to report to the CyberTipline; in CY 2021, this number increased to 149 new ESPs; and in CY 2022 68 new ESPs were registered to report to the CyberTipline. As of December 31, 2022, over 1,500 total ESPs had access to report to NCMEC's CyberTipline.  NCMEC requires ESPs to register with the CyberTipline in order to access the secure reporting mechanism that permits ESPs to submit content (images and videos) with their reports. ESPs that are not registered can still submit reports to the CyberTipline through NCMEC's public reporting form available at https://report.cybertip.org or by calling NCMEC's 1-800-THE-LOST hotline, however ESPs cannot submit content through either of these reporting mechanisms.

The landscape of the ESP industry changes every year as ESPs are created, merge or split into different companies. As a result, NCMEC continuously engages in outreach with new companies to assist them with registering to report to the CyberTipline. The chart below shows the number of new ESPs NCMEC helped to register to report to the CyberTipline in CY 2020, CY 2021, and CY 2022.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| ESPs Registered to Report to the CyberTipline | CY 2020 | CY 2021 | CY 2022 |
|---|---|---|---|
| New ESPs Registered by NCMEC | 42 | 149 | 68 |

### D. CyberTipline Reports Made Available to Law Enforcement

When NCMEC receives a CyberTipline report, its primary focus is to determine which jurisdiction the report relates to so it can be made available to the appropriate law enforcement agency for its independent review and potential investigation. NCMEC is required by law to make available every CyberTipline report it receives to law enforcement. See 18 U.S.C. § 2258A(c).  NCMEC makes reports available to U.S. law enforcement agencies, including the Internet Crimes Against Children (ICAC) Units, federal and local law enforcement agencies, as well as international law enforcement agencies.

The chart below shows CyberTipline reports made available to law enforcement agencies in CY 2020, CY 2021, and CY 2022. It is important to note that CyberTipline reports are sometimes made available to more than one law enforcement agency. This may occur because a report contains multiple geographic locations for a reported offender and a reported child victim, or for a sender and recipient of CSAM. In these cases, NCMEC will make the CyberTipline report available to all relevant law enforcement agencies. The totals below reflect the agencies NCMEC made reports available to based on reports received by NCMEC during CY 2020, CY 2021, and CY 2022.

| Law Enforcement Recipients of CyberTipline Reports | CY 2020 | CY 2021 | CY 2022 |
|---|---|---|---|
| Internet Crimes Against Children (ICACs) Units | Actionable: 273,619<br>Informational: 11,835<br>Total: 285,454 | Actionable: 395,173<br>Informational: 11,900<br>Total: 407,073 | Actionable: 491,655<br>Informational: 400,715<br>Total: 892,370 |
| Local Law Enforcement | Actionable: 2,485<br>Informational: 0<br>Total: 2,485 | Actionable: 1,731<br>Informational: 3<br>Total: 1,734 | Actionable: 1,462<br>Informational: 3<br>Total: 1,465 |
| Federal Law Enforcement | Actionable: 529,899<br>Informational: 339,944<br>Total: 869,843 | Actionable: 916,064<br>International: 590,383<br>Total: 1,506,447 | Actionable: 1,356,988<br>Informational: 997,475<br>Total: 2,354,463 |
| International Law Enforcement | Actionable: 9,242,815<br>Informational: 11,380,684<br>Total: 20,623,499 | Actionable: 17,129,598<br>Informational: 10,400,331<br>Total: 27,529,929 | Actionable: 13,995,567<br>Informational: 15,010,413<br>Total: 29,005,980 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

As noted in the above chart, CY 2022 report numbers are differentiated between "actionable" and "informational" reports. NCMEC staff and automated systems provide report analysis to support law enforcement's prioritization and review of CyberTipline reports made available to the ICACs and to Federal and Local law enforcement. This analysis includes differentiating between CyberTipline reports that are deemed "actionable" and reports that are deemed "informational" based on the information that an ESP or reporting party voluntarily has chosen to include in a report. There are no legal requirements directing what information an ESP must include in a CyberTipline report, and as a result many ESPs do not consistently provide actionable information when submitting reports to NCMEC's CyberTipline. An actionable report contains information indicative of a suspected prior, ongoing, or planned child sexual exploitation incident. An informational report either contains severely limited information in which there is no apparent child sexual exploitation nexus or in which frequently seen child sexual exploitation or abuse material has been shared in a non-malicious context, such as for inappropriate comedic effect or out of moral outrage or concern for the child depicted. NCMEC's designation of a report as actionable or informational enables law enforcement to focus on reports that are most likely to lead to the recovery of a child and the arrest of an offender.

### E.  Law Enforcement Feedback Relating to CyberTipline Reports

NCMEC utilizes several methods to encourage law enforcement to provide feedback regarding CyberTipline reports, including creating and providing law enforcement with a feedback system. The system contains numerous structured fields and free text fields for law enforcement to provide feedback on reports they have received. The following are examples of structured feedback fields provided through the feedback system. Parenthetical responses are provided as options from a drop-down menu:

**Case Status** (Conviction; Arrest; Ongoing Investigation; Referred; Closed)

<u>If ARREST</u>: Did you identify a child victim (Yes; No)

<u>If ARREST</u>: Did you identify any additional victims? (Yes; No). How many?

<u>If CLOSED</u>: Please indicate the reason(s) for closing the report (Unable to locate subject; ESP legal response does not contain information; No crime committed; No prosecutorial merit; Alleged child is an adult; Age of child victim is unable to be determined; False Report; Unfounded; Person or User Reported is deceased; Other)

<u>If CLOSED</u>: Does this case involve self-production (Yes; No). Have you identified the child victim? (Yes; No)

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

**Was the information provided by NCMEC useful?** (Yes; No)

> If NO: Please indicate the reason(s) the information was not helpful (Stale information; Limited Information; Other)

Feedback from law enforcement provides valuable insights for reporting ESPs and allows NCMEC analysts to consider improvements to the efficiency of the CyberTipline process that, ultimately, can lead to more successful efforts to recover children from exploitative situations. Law enforcement agencies are not generally required by law to provide feedback on CyberTipline reports, and NCMEC has no authority to require such feedback be submitted. Despite NCMEC's efforts to facilitate and obtain feedback, most agencies provide little or no feedback. The chart below shows the amount of feedback provided by law enforcement relating to CyberTipline reports submitted to NCMEC in CY 2020, CY 2021, and CY 2022.

| Instances of Law Enforcement Feedback Relating to CyberTipline Reports | CY 2020 | CY 2021 | CY 2022 |
|---|---|---|---|
| Internet Crimes Against Children (ICACs) Units | 186,528 | 226,879 | 204,517 |
| Local Law Enforcement | 816 | 91 | 51 |
| Federal Law Enforcement | 336 | 303 | 478 |
| International Law Enforcement | 46,583 | 36,948 | 56,689 |

### F. NCMEC's Voluntary Initiatives for ESPs that Choose Proactive Efforts to Combat CSAM

In addition to handling tens of millions of CyberTipline reports each year, NCMEC engages in several voluntary initiatives to support the efforts of ESPs to detect, report, and remove CSAM-related content from their platforms. NCMEC's hash-sharing programs are the largest voluntary initiatives NCMEC manages to combat online child sexual exploitation. NCMEC supports four hash-sharing initiatives: (1) Non-Governmental Apparent Child Pornography Hash-Sharing Initiative; (2) Exploitative Hash-Sharing Initiative; (3) Industry Hash-Sharing Initiative; and (4) Youth-Produced Imagery Hash-Sharing Initiative. ESPs may choose to voluntarily participate in one or all four of these hash-sharing initiatives.

The Non-Governmental Hash-Sharing Initiative enables ESPs who choose to participate to download and utilize lists of CSAM hashes compiled by NCMEC and other international non-governmental organizations. The hashes added by NCMEC to this Initiative are derived solely from images and videos reported to NCMEC's CyberTipline by ESPs. The chart below shows the number of MD5 hashes added by NCMEC in CY 2020, CY 2021, and CY 2022 to the Non-Governmental Apparent Child Pornography Hash-Sharing Initiative.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| NCMEC MD5 Hashes Added to Non-Governmental Apparent Child Pornography Hash-Sharing Initiative | | |
|---|---|---|
| **CY 2020** | **CY 2021** | **CY 2022** |
| 2,099,252 | 1,487,992 | 1,141,667 |

As of January 31, 2023, NCMEC has added 6,482,859 hashes to the Non-Governmental Apparent Child Pornography Hash-Sharing Initiative. Other non-governmental organizations have submitted an additional 6,827,053 hashes. As of January 31, 2023, 41 ESPs and 8 non-governmental organizations have voluntarily chosen to access this hash-sharing initiative.

NCMEC utilizes a multi-step process to review, flag, and validate hashes of apparent child pornography that it adds to the Non-Governmental Apparent Child Pornography Hash-Sharing Initiative. All new files reviewed for inclusion in the NCMEC Non-Governmental Apparent Child Pornography Hash-Sharing Initiative are validated through the following three-part review process:

1. File is visually reviewed and tagged by a trained member of NCMEC's Exploited Children Division for proposed content tag of "Apparent Child Sexual Abuse Material" and designated to be added to the Hash Sharing List;
2. File is secondarily reviewed and tagged by a trained senior or management member of NCMEC's Exploited Children Division, who must concur with the primary assessment to include the file as Apparent Child Sexual Abuse Material and add to the Hash Sharing List; and
3. File goes through a final third review process by a member of NCMEC's upper management for final review, concurrence, and approval for inclusion on the Hash Sharing List.

After the final review, approved file hashes are added by a member of NCMEC's upper management to the Non-Governmental Apparent Child Sexual Abuse Material Hash-Sharing Initiative through a tag application interface internal to NCMEC's CyberTipline database.

NCMEC's Exploitative Hash-Sharing Initiative enables ESPs that choose to participate to download and utilize lists of hashes compiled by NCMEC of images and videos that may not meet the U.S. legal definition of child pornography, but are sexually exploitative, and often are shared among offenders with images of CSAM. The hashes added by NCMEC to this Initiative are derived solely from images and videos reported to NCMEC's CyberTipline by ESPs. The chart below shows the number of MD5 hashes added by NCMEC in CY 2020, CY 2021, and CY 2022 to the Exploitative Hash-Sharing Initiative.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| NCMEC MD5 Hashes Added to Exploitative Hash-Sharing Initiative |||
|---|---|---|
| **CY 2020** | **CY 2021** | **CY 2022** |
| 56 | 237,404 | 70,870 |

As of January 31, 2023, NCMEC has added 314,001 hashes to the Exploitative Hash-Sharing Initiative, and 15 ESPs and 2 non-governmental organizations have voluntarily chosen to access this hash-sharing initiative.

NCMEC's Industry Apparent Child Pornography Hash-Sharing Initiative enables ESP participants to share hashes and PhotoDNA signatures of apparent CSAM with each other. Only ESPs may choose to participate in this initiative. Participating ESPs may share their lists of apparent CSAM hashes or download lists submitted by other ESPs, or both. The charts below show the number of MD5 hashes and PhotoDNA signatures added by ESPs in CY 2020, CY 2021, and CY 2022 to the Industry Apparent Child Pornography Hash-Sharing Initiative.

| MD5 Hashes Added by ESPs to Industry Apparent Child Pornography Hash-Sharing Initiative |||
|---|---|---|
| **CY 2020** | **CY 2021** | **CY 2022** |
| 13,933 | 7,130 | 3,818 |

| PhotoDNA Signatures Added by ESPs to Industry Apparent Child Pornography Hash-Sharing Initiative |||
|---|---|---|
| **CY 2020** | **CY 2021** | **CY 2022** |
| 599,456 | 447,523 | 1,266,429 |

As of January 31, 2023, ESPs have added 120,535 MD5 hashes and 2,973,022 PhotoDNA signatures to the Industry Apparent Child Pornography Hash-Sharing Initiative, and 37 ESPs have voluntarily chosen to access this hash-sharing initiative.

### III. Background on the Child Victim Identification Program

In 2002, NCMEC created the Child Victim Identification Program (CVIP) after repeatedly seeing images of the same children in CyberTipline reviews and trying to track which children had been identified by law enforcement and which children were still unidentified and potentially in abusive situations. Today, CVIP operates with three core goals: (1) to help verify if CSAM seized from offenders depicts previously identified child victims; (2) to help identify and locate unidentified child victims depicted in sexually abusive images/videos; and (3) to provide recovery services and restitution support to child survivors, their families, and their private legal counsel. Through these goals, NCMEC fulfills its clearinghouse role to verify that children depicted in CSAM are real children and also initiates notification to a child's appointed representatives that CSAM depicting the child has been distributed, thereby providing the child with a factual basis to pursue restitution.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

Even though U.S. law does not require law enforcement to submit CSAM seized from alleged offenders to CVIP, many law enforcement agencies choose to do so to further victim identification and notification. Each CSAM image and video file submitted to CVIP is entered into NCMEC's Child Recognition and Identification System (CRIS), a proprietary database created, supported, and maintained internally at NCMEC. CRIS conducts a computer analysis using hashing technologies to determine whether the files depict identified or unidentified children. After the CRIS review, a NCMEC analyst will review all images and videos that are not recognized through the automated analysis, to ensure none of the files contain known, identified child victims or new content that should be referred for victim identification. On a quarterly basis, NCMEC provides distribution information relating to known, identified child victims to the Child Pornography Victim Assistance program, which is part of the Federal Bureau of Investigation, United States Department of Justice, which manages the process of notifying individual victims that their images and videos have been circulated and they may be entitled to pursue restitution against the offender. NCMEC also distributes a report to the law enforcement agency that submitted the content to CVIP, which provides information relating to each identified child victim depicted in the files. As of January 31, 2023, NCMEC has reviewed over 374 million images and videos submitted to CVIP and has processed information relating to more than 25,000 identified child victims.

### A.  NCMEC Review of Images Submitted by Law Enforcement to CVIP

NCMEC categorizes images and videos submitted to CVIP for review into the following series[6] categories: (1) images/videos that are part of an identified series; (2) images/videos that NCMEC is tracking, but where the child victim has not yet been identified by law enforcement; (3) images/videos in which the age/identity of a child victim or the specific exploitative act cannot yet be determined; and (4) images/videos for which a series has not yet been created (many of these are youth-produced images/videos). A single image or video may contain multiple children who are part of different series. The chart below shows the total number of files NCMEC's CVIP reviewed in CY 2020, CY 2021, and CY 2022 for each of these 4 series categories and also the number of unique images/videos reviewed by CVIP for each of these 4 series categories.

---

[6] A series consists of multiple sexually exploitative images and/or videos of a child. NCMEC compiles sexually exploitative images and videos of a child victim into series and provides a name for the series in order to better facilitate notification relating to distribution of a child's series and recirculation of series images.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| Images and Videos Reviewed by CVIP | CY 2020 | | CY 2021 | | CY 2022[7] | |
|---|---|---|---|---|---|---|
| Series Categories | Total Images/Videos | Unique Images/Videos (based on MD5 hash) | Total Images/Videos | Unique Images/Videos (based on MD5 hash) | Total Images/Videos | Unique Images/Videos (based on MD5 hash) |
| Images/videos in identified series | 2,660,911 | 1,127,580 | 4,357,304 | 1,655,382 | 3,152,534 | 1,573,110 |
| Images/videos that NCMEC is tracking, but where child victim is not yet identified by law enforcement | 780,584 | 369,126 | 1,317,105 | 533,245 | 1,030,269 | 597,529 |
| Images/videos where age/identity of child victim or exploitative act cannot yet be determined | 456,852 | 185,728 | 758,901 | 263,355 | 423,076 | 211,138 |
| Images/videos for which a series has not yet been created | 15,500,254 | 10,239,219 | 21,409,283 | 12,999,437 | 15,753,785 | 11,931,236 |
| **Total** (as detailed above, images/videos can contain multiple children from multiple series) | 19,382,864 | 11,909,990 | 27,817,218 | 15,436,187 | 20,337,545 | 14,299,303 |

---

[7] From March 2020 through March 2022, NCMEC's ability to review child sexual abuse material submitted by law enforcement to CVIP was limited by COVID-19 pandemic work-from-home requirements. With the return to the office in 2022, NCMEC has resumed the ability to review a greater volume of material at a faster pace. The increased numbers reflected in this section relating to CVIP review are reflective of the return to work environment after the easing of COVID-19 restrictions.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

B. <u>NCMEC Identification of Relationship Between Offender and Child Victim in CSAM Series</u>

NCMEC relies on law enforcement to provide information relating to the relationship between a suspected offender and a child victim depicted in an exploitative image or video, even though law enforcement does not provide relationship information regarding every series. For images and videos that are part of identified series and where law enforcement provides NCMEC with relationship information, NCMEC can disaggregate by whether there was a known or suspected relationship between the suspected offender and the child victim and also by the type of relationship. The chart below shows the number of images/videos reviewed by CVIP in CY 2020, CY 2021, and CY 2022 where law enforcement had provided relationship information for the series and where law enforcement had not provided relationship information.

| Images and Videos Reviewed by CVIP | CY 2020 | | CY 2021 | | CY 2022 | |
|---|---|---|---|---|---|---|
| Series Type | Total Images/ Videos | Unique Images/ Videos (based on MD5 hash) | Total Images/ Videos | Unique Images/ Videos (based on MD5 hash) | Total Images/ Videos | Unique Images/ Videos (based on MD5 hash) |
| Images/videos in series where law enforcement has provided relationship information to NCMEC | 1,805,649 | 968,836 | 3,048,315 | 1,348,840 | 2,215,595 | 1,241,723 |
| Images/videos where law enforcement has not provided relationship information to NCMEC | 17,577,215 | 10,941,154 | 24,768,903 | 14,087,347 | 18,121,950 | 13,057,580 |

The chart below shows the total number of unique images and videos reviewed by CVIP disaggregated by whether there was a known or suspected relationship between a suspected offender and a child victim and the type of relationship. It is important to note that images and videos can reflect more than one relationship when multiple offenders and/or children are depicted in the exploitation.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

| Unique Images and Videos Reviewed by CVIP Disaggregated by Relationship Between Suspected Offender and Child Victim | | | | | | |
|---|---|---|---|---|---|---|
| Relationship Type | CY 2020 | | CY 2021 | | CY 2022 | |
| | Total Images/Videos | Unique Images/Videos (based on MD5 hash) | Total Images/Videos | Unique Images/Videos (based on MD5 hash) | Total Images/Videos | Unique Images/Videos (based on MD5 hash |
| Aunt | 1,795 | 1,076 | 3,851 | 2,068 | 3,193 | 1,905 |
| Babysitter, Mentor, Coach, Teacher | 112,491 | 74,510 | 234,392 | 127,942 | 119,752 | 69,638 |
| Boyfriend | 2,563 | 2,046 | 14,141 | 8,488 | 10,385 | 8,124 |
| Brother | 13,401 | 6,303 | 23,532 | 9,611 | 22,710 | 9,543 |
| Brother-in-Law | 4,191 | 3,093 | 4,432 | 2,299 | 4,011 | 2,819 |
| Cousin | 6,949 | 4,987 | 10,733 | 5,266 | 12,346 | 6,612 |
| Father | 585,798 | 299,486 | 934,759 | 399,480 | 692,628 | 376,633 |
| Foster Sibling | 138 | 75 | 546 | 241 | 826 | 468 |
| Girlfriend | 0 | 0 | 335 | 335 | 8 | 7 |
| Grandfather | 11,466 | 7,331 | 17,250 | 8,881 | 16,906 | 9,289 |
| Grandmother | 24 | 23 | 34 | 24 | 36 | 26 |
| Guardian's Partner | 137,844 | 71,700 | 273,499 | 116,525 | 148,983 | 77,413 |
| Half Sibling | 1,152 | 655 | 2,495 | 1,160 | 2,539 | 1,250 |
| Legal Guardian | 42,504 | 21,481 | 45,810 | 21,974 | 40,745 | 20,354 |
| Mother | 62,470 | 35,090 | 131,777 | 50,956 | 80,981 | 49,396 |
| Neighbor/Family friend | 271,531 | 140,555 | 444,422 | 209,373 | 338,145 | 172,858 |
| Online Enticement/Self & Offender Produced | 92,316 | 68,626 | 233,177 | 90,386 | 178,465 | 115,319 |
| Other Relative | 13,048 | 7,450 | 21,525 | 12,031 | 33,076 | 26,190 |
| Photographer | 130,975 | 75,572 | 175,440 | 77,247 | 92,228 | 53,904 |
| Trafficking | 36,125 | 17,509 | 48,478 | 20,423 | 37,472 | 17,547 |
| Sister | 4,692 | 3,012 | 9,909 | 4,024 | 7,163 | 4,199 |
| Step-Father | 142,242 | 59,419 | 191,915 | 80,080 | 166,067 | 100,676 |
| Step-Grandparent | 10,986 | 5,507 | 24,032 | 9,312 | 14,808 | 7,830 |
| Step-Mother | 2,937 | 1,357 | 4,813 | 2,122 | 3,379 | 1,607 |
| Stranger | 6,558 | 4,185 | 10,578 | 4,630 | 8,513 | 5,592 |
| Uncle | 160,023 | 85,313 | 276,524 | 119,621 | 187,597 | 99,164 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

### C. Details of Identified Child Victims Added to NCMEC's CVIP Database of Victims

After law enforcement notifies NCMEC that a child victim has been identified, NCMEC adds that child to NCMEC's CVIP database of victims. The charts below show all identified victims added to NCMEC's CVIP database of victims for the first time in CY 2020, CY 2021, and CY 2022, separated by age and gender.

| Identified Victims Added to NCMEC's CVIP Database of Victims Separated by Age and Gender in CY 2020 | | | | |
|---|---|---|---|---|
| Gender | Pubescent | Prepubescent | Infant/Toddler | Grand Total |
| Male | 271 | 56 | 17 | 344 |
| Female | 263 | 149 | 17 | 429 |
| Total | 534 | 205 | 34 | 773 |

| Identified Victims Added to NCMEC's CVIP Database of Victims Separated by Age and Gender in CY 2021 | | | | |
|---|---|---|---|---|
| Gender | Pubescent | Prepubescent | Infant/Toddler | Grand Total |
| Male | 209 | 255 | 16 | 480 |
| Female | 615 | 344 | 38 | 997 |
| Total | 824 | 599 | 54 | 1,477 |

| Identified Victims Added to NCMEC's CVIP Database of Victims Separated by Age and Gender in CY 2022 | | | | |
|---|---|---|---|---|
| Gender | Pubescent | Prepubescent | Infant/Toddler | Grand Total |
| Male | 714 | 546 | 80 | 1,340 |
| Female | 1,984 | 1,012 | 128 | 3,124 |
| Total | 2,698 | 1,558 | 208 | 4,464 |

NCMEC also creates series for victim identification and tracking purposes prior to law enforcement having identified a child victim. The chart below indicates the number of new series of unidentified child victims that NCMEC added to its CVIP database of victims in CY 2020, CY 2021, and CY 2022 in order to further NCMEC's child identification efforts.

| New Series of Unidentified Child Victims Added to NCMEC's CVIP Database of Victims | | |
|---|---|---|
| CY 2020 | CY 2021 | CY 2022 |
| 2,394 | 5,139 | 6,692 |

### D. Law Enforcement Submission of Seized CSAM Content to NCMEC for Victim Identification

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

Even though law enforcement agencies are generally not legally required to submit files to CVIP, several Federal, State, and Local agencies and ICAC Units do submit images and videos files to CVIP for review.[8] During CY 2020, COVID restrictions requiring remote work impacted the number of image/video reviews that were submitted to CVIP. This impact is reflected in the lower submission numbers for CY 2020 shown below. Submission numbers increased beginning in CY 2021 and continuing into CY 2022 as remote work requirements eased. The chart below shows which agencies submitted files to CVIP, broken down by number of submissions and total files, in CY 2020, CY 2021, and CY 2022.

| Image/Video Reviews Submitted by Law Enforcement Agencies | CY 2020 | | CY 2021 | | CY 2022 | |
|---|---|---|---|---|---|---|
| | Reviews Submitted | # of Files Submitted | Reviews Submitted | # of Files Submitted | Reviews Submitted | # of Files Submitted |
| DHS Immigration and Customs Enforcement | 421 | 3,852,702 | 809 | 12,653,468 | 826 | 13,372,923 |
| Federal Bureau of Investigation | 718 | 7,571,524 | 1,193 | 7,886,714 | 1,128 | 16,247,247 |
| Other Federal Agencies | 23 | 18,926 | 56 | 4,913,651 | 40 | 624,301 |
| **Total Federal Agencies** | 1,162 | 11,443,152 | 2,058 | 25,453,833 | 1,994 | 30,244,471 |
| **Total Local/State/ICAC Agencies** | 1,855 | 3,583,801 | 2,589 | 10,067,264 | 2,077 | 3,318,782 |
| Coast Guard Investigative Service | 4 | 2,467 | 3 | 2,158 | 0 | 0 |
| Department of the Army CID | 30 | 30,300 | 66 | 177,293 | 72 | 127,810 |
| Naval Criminal Investigative Service | 65 | 43,919 | 104 | 86,613 | 100 | 129,209 |
| U.S. Air Force OSI | 14 | 22,517 | 37 | 142,774 | 26 | 31,048 |
| U.S. Marine Corps CID | 0 | 0 | 1 | 10 | 0 | 0 |
| **Total Military Agencies** | 113 | 99,203 | 211 | 408,848 | 198 | 288,067 |
| **Total International Agencies** | 17 | 37 | 19 | 213 | 33 | 445 |
| **Total Law Enforcement Submissions** | 3,147 | 15,126,193 | 4,877 | 35,930,158 | 4,302 | 33,851,765 |

---

[8] In addition to the lack of any legal requirements for law enforcement to submit seized content to NCMEC's CVIP to further child victim identification and restitution efforts, the current submission process is entirely manual and serves to disincentivize law enforcement agencies from submitting all content seized during the course of a CSAM investigation. Currently efforts are underway to create a legislative solution that would enable law enforcement to electronically transfer seized content directly to NCMEC's CVIP. This would enhance victim identification work, support survivors in restitution actions, ease the burden of a manual system on law enforcement, and ensure greater availability of a consistent data set of seized imagery.

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.

## Appendix A

| Date Range (Calendar Year) | Total Number of CyberTipline Reports Received by NCMEC |
|---|---:|
| CY2022 (1/1/22-12/31/22) | 32,059,029 |
| CY2021 (1/1/21-12/31/21) | 29,397,681 |
| CY2020 (1/1/20-12/31/20) | 21,751,085 |
| CY2019 (1/1/19-12/31/19) | 16,987,361 |
| CY2018 (1/1/18-12/31/18) | 18,462,422 |
| CY2017 (1/1/17-12/31/17) | 10,214,753 |
| CY2016 (1/1/16-12/31/16) | 8,297,923 |
| CY2015 (1/1/15-12/31/15) | 4,403,657 |
| CY2014 (1/1/14-12/31/14) | 1,106,071 |
| CY2013 (1/1/13-12/31/13) | 505,280 |
| CY2012 (1/1/12-12/31/12) | 415,650 |
| CY2011 (1/1/11-12/31/11) | 326,310 |
| CY2010 (1/1/10-12/31/10) | 223,374 |
| CY2009 (1/1/09-12/31/09) | 119,547 |
| CY2008 (1/1/08-12/31/08) | 102,029 |
| CY2007 (1/1/07-12/31/07) | 105,261 |
| CY2006 (1/1/06-12/31/06) | 76,584 |
| CY2005 (1/1/05-12/31/05) | 70,768 |
| CY2004 (1/1/04-12/31/04) | 112,017 |
| CY2003 (1/1/03-12/31/03) | 81,987 |
| CY2002 (1/1/02-12/31/02) | 43,078 |
| CY2001 (1/1/01-12/31/01) | 24,442 |
| CY2000 (1/1/00-12/31/00) | 19,245 |
| CY1999 (1/1/99-12/31/99) | 9,668 |
| CY1998 (1/1/98-12/31/98) | 4,560 |

Copyright © 2022 National Center for Missing & Exploited Children. All rights reserved.