# EXHIBIT F

**Exhibit F**

| | CY 2019 Reports Received | | CY 2020 Reports Received | | CY 2021 Reports Received | | CY 2022 Reports Received | |
|---|---|---|---|---|---|---|---|---|
| **Suspect/Recipient Identity** | **Domestic** | **International** | **Domestic** | **International** | **Domestic** | **International** | **Domestic** | **International** |
| Name | 1,589,397 | 14,478,160 | 512,044 | 19,709,636 | 987,311 | 25,485,196 | 1,513,955 | 26,237,990 |
| Home/Business address | 5,119 | 6,265 | 10,658 | 30,796 | 46,539 | 144,516 | 77,456 | 282,139 |
| Mobile/Business Phone Number | 1,115,269 | 10,040,650 | 352,876 | 13,473,624 | 670,317 | 22,249,104 | 1,179,148 | 21,759,589 |
| Email address/Screen or User Name/Display Name | 1,531,845 | 11,534,323 | 617,759 | 16,593,376 | 1,003,501 | 24,655,463 | 1,680,256 | 25,053,174 |
| Profile URL | 1,506,731 | 13,220,153 | 337,177 | 17,845,177 | 522,210 | 21,712,043 | 1,185,535 | 20,145,645 |
| Non-cumulative (de-duplicated) number of reports with suspect/recipient identifiers | 1,754,926 | 14,746,179 | 684,073 | 20,542,304 | 1,313,419 | 27,355,553 | 1,867,969 | 28,383,100 |
| **Video Identification** | **Domestic** | **International** | **Domestic** | **International** | **Domestic** | **International** | **Domestic** | **International** |
| Video uploaded | 1,418,214 | 10,004,850 | 384,358 | 12,209,882 | 820,912 | 21,511,917 | 926,408 | 19,457,384 |
| Video filename provided | 1,418,214 | 10,004,850 | 384,358 | 12,209,882 | 820,912 | 21,511,917 | 926,402 | 19,457,381 |
| Video "original name" provided | 10,396 | 44,930 | 30,191 | 196,340 | 36,637 | 346,577 | 75,546 | 993,520 |
| Video URL provided | 9,627 | 16,579 | 8,279 | 33,571 | 8,511 | 53,126 | 14,451 | 122,139 |
| Non-cumulative (de-duplicated) number of reports with video identifiers | 1,418,214 | 10,004,850 | 384,358 | 12,209,882 | 820,912 | 21,511,917 | 926,402 | 19,457,381 |
| **Total Non-Cumulative Reports** | **Domestic** | **International** | **Domestic** | **International** | **Domestic** | **International** | **Domestic** | **International** |
| Non-cumulative (de-duplicated) number of reports with **both** suspect/recipient and video identifiers | 1,290,227 | 10,002,637 | 367,880 | 12,207,948 | 795,659 | 21,510,010 | 903,264 | 19,438,412 |