# EXHIBIT G

 

### Declaration of Jennifer Penrose.docx

| | |
|---|---|
| DocVerify ID: | DFF923EE-2397-4561-81C6-495FDCBC64B4 |
| Created: | September 22, 2023 11:17:48 -8:00 |
| Pages: | 3 |
| Remote Notary: | Yes / State: VA |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: Jennifer Penrose (JP)**
September 22, 2023 12:07:41 -8:00 [B1F1EFC7E70A] [216.117.86.254]
JKPenrose@NCMEC.org (Principal) (Personally Known)

**E-Signature Notary: Daniel Spino (DJS)**
September 22, 2023 12:07:41 -8:00 [7D05CCE17E86] [69.255.126.133]
djspino@ncmec.org
I, Daniel Spino, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat.
All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



| | |
|---|---|
| 1 | |
| 2 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

BRAYDEN STARK and JUDD OOSTYEN, individually and on behalf of all others similarly situated,

               Plaintiffs,

   v.

PATREON, INC.,

               Defendant.

Case No. 3:22-cv-03131-JCS

**DECLARATION OF JENNIFER PENROSE ON BEHALF OF THE NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN**

DECL. OF JENNIFER PENROSE

I, Jennifer Penrose, hereby declare:

1.  I am the Data Science Manager at the National Center for Missing & Exploited Children (NCMEC).  I have personal knowledge of the facts set forth herein, and, if called upon to testify, could and would testify competently thereto.

2.  I have been employed at NCMEC since March 2021.  In my role at NCMEC, I manage the Data Science team, which serves as subject matter experts in data schemas housed at NCMEC and is responsible for supporting data requests related to the data that NCMEC maintains for its programs of work as the national clearinghouse for missing and exploited children. The Data Science team regularly queries and aggregates data for the Exploited Children Division, Missing Children Division, and Analytical Services Division to respond to internal and external data requests as they pertain to business operations.

3.  It is routine for the Data Science team to query and aggregate data for internal operation purposes or in response to external requests from stakeholders. When a request is received, the Data Science team gathers and validates the requirements of the request, converts the requirements into technical functionalities, and then internally validates the results before passing completed information along to the requesting party.

4.  On August 28, 2023, Bettye Allwang of the Exploited Children Division, on behalf of John Shehan, asked that I compile information showing the number of CyberTipline reports in which an ESP submitted data concerning the suspect or recipient and also concerning the specific image or video containing suspected CSAM content.

5.  Upon receiving the subject request, I, along with the Data Science team, filtered through the requisite CyberTipline reports based on the timeframe provided by the Exploited Children Division, 2019-2022. I then worked with our Data Science team to complete a set of SQL Joins, commonly known as "Structured Query Language Joins", which is a framework for querying data that allows you to match data from one table to data from another table based upon a value in one table having an equivalent value in another table.

6.  Data Science performed the SQL Joins in order to associate which data is contained

1

DECL. OF JENNIFER PENROSE



within each CyberTipline report. Through such processes, the Data Science Team was able to filter CyberTipline reports in the relevant timeframe by Name; Home/Business Address; Mobile/Business Phone Number; Email Address/Screen or User Name/Display Name, and Profile URL. Based on these results, the Data Science Team was then able to count unique CyberTipline reports appearing within those specific parameters.

7. After counting the unique CyberTipline reports appearing within the specific parameters, Data Science reviewed the logic internally as a team. Afterwards, the Data Science team reviewed the logic with Bettye Allwang of the Exploited Children Division. After receiving feedback from the Exploited Children Division, Data Science performed a final check of the data and conducted an internal sample to make sure the requested information was accurately reflected in the final output.

8. This completed data set was provided to Bettye Allwang with the Exploited Children Division on September 19, 2023. This information is reflected in Paragraph 21 of the Declaration of John Shehan.

I declare under the laws of the United States that the statements in this declaration are true and correct to the best of my knowledge, and that this declaration was executed on September 22, 2023 in Alexandria, Virginia.

*Jennifer Penrose*
Signed on 2023/09/22 12:07:41 -8:00

JENNIFER PENROSE                                   09/22/2023
Data Science Manager                               DATE
Technology Division

City of Alexandria
Commonwealth of Virginia

The foregoing instrument was subscribed and sworn before me this 22nd day of September, 2023 by Jennifer Penrose.

Notary Public: VA Remote Notary Signature  *(signature)*
Signed on 2023/09/22 12:07:41 -8:00

Daniel John Spino
Registration # 8006998
Electronic Notary Public
Commonwealth of Virginia
My commission expires the 30 day of Jun 2026

My Commission Stamp   Notary Stamp 2023/09/22 12:07:41 PST

Notarial act performed by audio-visual communication

2

DECL. OF JENNIFER PENROSE

