| | |
|---|---|
| 1 | Julie E. Schwartz, Bar No. 260624 |
| 2 | JSchwartz@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 4 | Telephone: 206.359.8000<br>Facsimile: 206.359.9000 |
| 5 | Michael C. Bleicher, Bar No. 313892 |
| 6 | MBleicher@perkinscoie.com<br>PERKINS COIE LLP |
| 7 | 700 Thirteenth Street, N.W., Suite 800<br>Washington, D.C. 20005-3960 |
| 8 | Telephone: +1.202.654.6200<br>Facsimile: +1.202.654.6211 |

Attorneys for GOOGLE LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PATREON, INC., <br><br> Defendant. | Case No. 3:22-cv-03131-JCS <br><br> **DECLARATION OF LUKE MORRIS ON BEHALF OF GOOGLE LLC** <br><br> Judge: Hon. Joseph C. Spero |

1  I, Luke Morris, hereby declare:

2      1.    I am a Policy Specialist at Google LLC (Google).  I have personal knowledge of
3  the facts set forth herein, and, if called upon to testify, could and would testify competently
4  thereto.

5      2.    I have been employed at Google since 2019.  In my role at Google, I manage a
6  high volume of legal requests from various agencies, courts, and parties in civil litigation. As part
7  of my role, I review, process, and respond to legal requests related to investigations, respond to
8  inquiries from law enforcement agents or third-party attorneys, and develop and launch scalable
9  policies and processes for managing large volumes of these request.

10     3.    Among other business activities, Google operates an online video sharing media
11 platform called YouTube.  YouTube operates a user-generated content hosting platform on which
12 users may upload, view, and share video content, as well as download and share video content.
13 YouTube also includes a search function that allows users to search for specific video content.

14     4.    Anyone who wants to upload videos to the YouTube platform must agree to the
15 Terms of Service for both Google and YouTube, including Google's Privacy Policy.  True and
16 correct copies of the Terms of Service for Google that have been in effect over the last five years
17 are attached to this declaration as **Exhibits A** through **C**; true and correct copies of the Privacy
18 Policies for Google that have been in effect over the last five years are attached to this declaration
19 as **Exhibits D** through **R**; and true and correct copies of the Terms of Service for YouTube that
20 have been in effect over the last five years are attached to this declaration as **Exhibits S** through
21 **W**.

22     5.    Google's Terms of Service, which a user must accept as part of registering a
23 Google account, prohibit Google's services from being used in violation of the law and to abuse
24 or harm others, and specifically calls out child pornography as violative content.

25     6.    Among other things, subscribers to the YouTube platform are able to upload video
26 that is viewable by other subscribers and members of the public, search for video uploaded by
27 other subscribers, share video that was uploaded by other subscribers, download video, and share
28 video privately with other subscribers.

7. Google and YouTube are committed to fighting child sexual abuse material (CSAM) online. CSAM is illegal, and none of Google's platforms or services may be used to store or share this content. Google's and YouTube's Terms of Service accordingly prohibit such conduct. Across Google, teams work around-the-clock to identify, remove, and report this content, using a combination of industry-leading automated detection tools and specially-trained reviewers. Google also receives reports from third parties and its users, which complement its ongoing work. Pursuant to and as required by 18 U.S.C. § 2258A, Google reports facts and circumstances of apparent violations of federal law involving CSAM to the National Center for Missing and Exploited Children (NCMEC), the clearinghouse and comprehensive reporting center in the United States for issues related to child exploitation. Google does so as to all platforms, including but not limited to YouTube, as discussed below.

8. Google has a strong business interest in enforcing its Terms of Service and ensuring its services are free of illegal content, including apparent CSAM. Accordingly, Google independently and voluntarily takes steps to monitor and safeguard its platform. If its products or services were to become associated with being a haven for abusive content and conduct, including CSAM, users will stop using them. Ridding its services of CSAM is critically important to protect Google's users, product, brand, and business interests. Based on these private, non-government interests, Google has undertaken voluntary efforts to remove and then report CSAM as required by federal law for many years.

9. Google regularly publishes a Transparency Report online that provides data about Google's efforts and resources to identify and combat CSAM on its platforms, including YouTube.  I am personally familiar with the Transparency Report, the data that it summarizes, and the methods that Google uses to collect and store that data as part of its routine business practices.

10. When Google identifies CSAM on its platforms, it makes a "CyberTipline" report to NCMEC pursuant to and as required by 18 U.S.C. § 2258A. A single report may contain one or more pieces of content depending on the circumstances. This content could include, for example, images, videos, URLs, and/or text soliciting CSAM. The table below

summarizes the number of pieces of content that Google has reported to NCMEC as required by law over the three years of January 2020 to December 2022, solely with respect to content on YouTube. (A piece of content may be identified in more than one account or on more than one occasion, so this metric may include pieces of content reported more than once.) This data is also publicly available online at https://transparencyreport.google.com/child-sexual-abuse-material/reporting?hl=en.

| Time Period | Total Pieces of Content on YouTube Reported to NCMEC |
|---|---|
| January to June 2020 | 71,954 |
| July to December 2020 | 99,591 |
| January to June 2021 | 133,041 |
| July to December 2021 | 135,517 |
| January to June 2022 | 271,452 |
| July to December 2022 | 359,931 |

11. Examples of NCMEC reports submitted by Google show that Google may provide information including the suspect's name, mobile phone number, email address, and IP addresses, as well as a file upload with the actual content that the suspect had posted. For example, I have reviewed and can confirm that the docket for *United States v. Brillhart*, No. 2:22-cr-00053 (M.D. Florida) contains examples of such reports.

12. A CyberTipline report that Google sends to NCMEC pursuant to and as required by 18 U.S.C. § 2258A may include information identifying the user who is responsible for the illegal content, the minor victim, the illegal content itself, and other contextual facts. It may be the case that more than one report is sent on a particular user or piece of content — for example, in cases where content is identified from multiple sources. The table below summarizes the number of CyberTipline reports that Google has made to NCMEC over the three years of January 2020 to December 2022, solely with respect to content on YouTube. (This metric also includes supplemental CyberTipline reports that Google escalates to NCMEC, which provides additional information on egregious cases of sexual abuse of children, including the hands-on or ongoing sexual abuse of children and the production of CSAM.) This data is also publicly available online at https://transparencyreport.google.com/child-sexual-abuse-material/reporting?hl=en.

| Time Period | Total Reports to NCMEC of YouTube Content |
|---|---|
| January to June 2020 | 69,961 |
| July to December 2020 | 118,994 |
| January to June 2021 | 124,733 |
| July to December 2021 | 123,963 |
| January to June 2022 | 217,610 |
| July to December 2022 | 238,827 |

13.  In addition to CyberTipline reports to NCMEC, Google provides emergency disclosure information to governments consistent with the particular circumstances described in its Terms of Service and policies published on the Google and YouTube websites. As stated in the Google Privacy Policy (which applies to YouTube users), Google collects information about user activity, including what "videos you watch." Google's Privacy Policy states that Google may "analyze your content to help us detect abuse such as spam, malware, and illegal content." As the policy further states, Google "will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to … [d]etect, prevent, or otherwise address fraud, security, or technical issues," or "[p]rotect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law."

14.  In addition, Google's Terms of Service (which also apply to YouTube Users) state that Google may disclose user information "[i]f we reasonably believe that we can prevent someone from dying or from suffering serious physical harm, we may provide information to a government agency — for example, in the case of bomb threats, school shootings, kidnappings, suicide prevention, and missing persons cases."

15.  Google does not systematically track the number of occasions when it has disclosed user information (including data concerning users viewing, uploading, searching for, downloading, or sharing video content on YouTube) under all the circumstances described in its Terms of Service and Privacy Policy. Nonetheless, based on my own personal knowledge and familiarity with Google's practices and data, I am aware that Google has notified third parties in the United States about a specific YouTube user's activity with respect to particular videos, either to detect, prevent, or otherwise address fraud, security, or technical issues or to prevent someone

1 | from dying or suffering from physical harm.

2 |     I declare under the laws of the United States that the statements in this declaration are
3 | true and correct to the best of my knowledge, and that this declaration was executed on October
4 | 13, 2023, in New York City, New York.

                                                                  By:    */s/ Luke Morris*
                                                                             Luke Morris