UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF LILI NGUYEN ON BEHALF OF TIKTOK INC.** |

DECL. OF LILI NGUYEN

I, Lili Nguyen, hereby declare:

1. I am Global Head of Child Safety Operations at TikTok Inc. I have personal knowledge of the facts set forth herein, and, if called upon to testify, could and would testify competently thereto.

2. I have been employed by Bytedance Inc. since November 1, 2021. In my role at TikTok, I manage the operational team responsible for escalations involving child sexual exploitation and abuse on the TikTok platform. This includes the review of content, investigation of accounts, penalty action, and reporting of incidents of child sexual exploitation and abuse to the National Center for Missing and Exploited Children (NCMEC).

3. TikTok operates an online short-form mobile video sharing media platform, also called TikTok ("TikTok Platform"). The TikTok Platform is a user-generated content hosting platform on which users may upload, view, and share video content, as well as download and share video content. TikTok also includes a search function that allows users to search for specific video content.

4. Anyone who wants to access or use the TikTok Platform or TikTok's related services (its websites, services, applications, products, and content) must agree to the Terms of Service, Privacy Policy, and Community Guidelines for TikTok.

5. Among other things, users of the TikTok Platform are able to upload video that is viewable by other users and members of the public, search for video uploaded by other users, share video that was uploaded by other users, download video, and share video privately with other users.

6. TikTok is committed to youth safety on its platform. A true and accurate copy of its Community Guidelines related to Youth Safety is available at https://www.tiktok.com/community-guidelines/en/youth-safety/, and a copy is attached to this declaration at Exhibit A.

7. TikTok regularly publishes a Community Guidelines Enforcement Report. I am personally familiar with the Community Guidelines Enforcement Report, the data that it summarizes,

and the methods that TikTok uses to collect and store that data as part of its routine business practices. A true and accurate copy of the most recent version of that report is available at https://www.tiktok.com/transparency/en-us/community-guidelines-enforcement-2023-1/ and is attached to this Declaration as Exhibit B.

8. We may remove or disable access to content for reasons that may include finding the content objectionable, in violation of our Terms of Service or our Community Policy, or otherwise harmful to the Services or our users. We report CSAM and supporting evidence to NCMEC and to any additional relevant legal authorities. TikTok's Community Guidelines Enforcement Report, attached as Exhibit B, discloses the volume of videos removed from the TikTok Platform for violating TikTok's policies over the period from July 2019 to March 2023, including the volume of videos removed for violating TikTok's "minor safety" policy, and the volume of videos removed for violating the "minor safety" policy that also violated the "sexual exploitation involving minors" sub-policy.

9. TikTok's "sexual exploitation involving minors" sub-policy prohibits a broad range of content, including "minors in minimal clothing," and "sexually explicit dancing"; these two categories represent the majority of content removed under that sub-policy. Consistent with our policies and legal obligations, we report CSAM and supporting evidence to NCMEC. The table below summarizes the number of reports that TikTok has made to NCMEC over the period from July 2019 to March 2023.

| Time Period | Total Reports to NCMEC of TikTok Content |
|---|---|
| January to December 2019 | 596 |
| January to December 2020 | 22,692 |
| January to December 2021 | 154,618 |
| January to December 2022 | 288,125 |

10. TikTok reports relevant data to NCMEC consistent with its statutory obligations and its Community Guidelines policy. The information in TikTok's NCMEC reports often includes a file of the

reportable content (the vast majority of which is video content), and information about the user in TikTok's possession, including the username and personal information the user provides to TikTok (which may include an email address or phone number).

11. In addition to reports to NCMEC, in certain emergency circumstances, TikTok voluntarily discloses information about a specific TikTok user's activity with respect to particular content to law enforcement entities if there is a danger of death or serious physical injury to any person that requires disclosure without delay of communications relating to the emergency. TikTok's Law Enforcement Guidelines, a true and accurate copy of which is attached as Exhibit C, describe the circumstances under which TikTok provides data.

12. TikTok keeps records of its disclosures of user activity in response to information requests, including the number of occasions when it has disclosed user information (including data concerning users viewing, uploading, searching for, downloading, or sharing video content on TikTok) under the circumstances described in its Privacy Policy and Guidelines for Law Enforcement. For example, based on the data that TikTok collects and records in its regular course of business, TikTok has disclosed information about a specific TikTok user's activity with respect to particular content, either to respond to subpoenas, court orders, legal process, or legal claims; or to protect and defend the rights, interests, safety, and security of the TikTok Platform, its affiliates, users, or the public. The vast majority of user content on TikTok is video.

13. I declare under the laws of the United States that the statements in this declaration are true and correct to the best of my knowledge, and that this declaration was executed on October 26, 2023 in Mountain View, California.

By: *(signature)*
Lili Nguyen