# Exhibit A

 

Overview

Community Principles

**Youth Safety and
Well-Being**

Safety and Civility

Mental and Behavioral
Health

Sensitive and Mature
Themes

Integrity and
Authenticity

Regulated Goods and
Commercial Activities

Privacy and Security

For You feed Eligibility
Standards

Accounts and
Features

Enforcement

# Youth Safety and Well-Being

Last updated, March 2023

We are deeply committed to ensuring that TikTok is a safe and positive experience for people under the age of 18 (we refer to them as "youth" or "young people"). This starts by being old enough to use TikTok. **You must be 13 years and older to have an account.** There are additional age limitations based on local law in some regions. In the United States, there is a separate under 13 TikTok experience, which provides a more limited experience designed with additional safety protections and a dedicated Privacy Policy. If we learn someone is below the minimum age on TikTok, we will ban that account. If an account holder believes they were incorrectly banned, they can appeal the decision. Community members can report those who they believe are under the minimum age, either in-app or online.

Youth safety is our priority. We do not allow content that may put young people at risk of exploitation, or psychological, physical, or developmental harm. This includes child sexual abuse material (CSAM), youth abuse, bullying, dangerous activities and challenges, exposure to overtly mature themes, and consumption of alcohol, tobacco, drugs, or regulated substances. If we become aware of youth exploitation on our platform, we will ban the account, as well as any other

accounts belonging to the person.

Our goal is to provide young people with an experience that is developmentally appropriate and helps to ensure a safe space for self-exploration. We take several steps including: (1) limiting access to certain product features, (2) developing Content Levels that sort content by levels of thematic comfort, (3) using restrictive default privacy settings, and (4) making content created by anyone under 16 ineligible for the For You feed (FYF). **You must be 16 years and older to use direct messages, and be 18 years and older to go LIVE, to send gifts to a creator during a LIVE session, or to use monetization features.** You can learn more about TikTok's tools, controls, and educational content on our Youth Portal and in our Guardian's Guide.

In the sections that follow, we have many policies to promote youth safety on the platform. Click for more information and a consolidated list of all youth-specific policies.

| More information | ⌄ |
|---|---|

# Was it helpful?

| Yes | No |
|---|---|

Next article

## Safety and Civility

Read next ↗

# TikTok

**Company**
About TikTok
TikTok Browse
Newsroom
Contact
Careers
ByteDance

**Programs**
TikTok for Good
TikTok Embeds
Effect House
TikTok for Developers
Advertise on TikTok
TikTok Rewards

**Resources**
Help Center
Safety Center
Creator Portal
Community Guidelines
Transparency
Accessibility

**Legal**
Cookies Policy
Privacy Policy for Younger Users
Intellectual Property Policy
Law Enforcement
Privacy Policy
Terms of Service

English ▼

©2023 TikTok

---

**Product feedback** ✕

### How do you think we can improve?

Accuracy: The information provided didn't match what I see in the product ◯

Readability: The information was unclear and not easy to understand ◯

Relevancy: The information didn't match the title or header ◯

Details: The information is relevant to me, but lacking additional details or examples ◯