# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF DONTAE NELSON ON BEHALF OF META PLATFORMS, INC.** |

I, Dontae Nelson, declare as follows:

1. I am employed as a Law Enforcement Response Team Analyst by Meta Platforms, Inc. ("Meta"), headquartered in Menlo Park, California. The information in this declaration is based on my personal knowledge and information to which I have access in the normal course of my job and responsibilities.

2. Meta has a private, independent business interest in keeping its platform safe and free from harmful content and conduct, including content and conduct that sexually exploits children. Meta's Community Standards state in part: "We do not allow content or activity that sexually exploits or endangers children. When we become aware of apparent child exploitation, we report it to the National Center for Missing and Exploited Children (NCMEC), in compliance with applicable law." As of the date of this declaration, an authentic and operative version of Meta's Community Standards regarding Child Sexual Exploitation, Abuse and Nudity is available online at https://transparency.fb.com/en-gb/policies/community-standards/child-sexual-exploitation-abuse-nudity. Prior versions of the policy are available at the same link.

3. Meta discloses user data to NCMEC in accordance with Meta's Terms of Service and applicable law. As of the date of this declaration, an authentic and operative version of Meta's Terms of Service is available online at https://www.facebook.com/terms.php.

4. When Meta identifies an image or video that is reportable to NCMEC, Meta typically includes the image or video in its report to NCMEC and also includes information about the reported profile that may help to identify the user, where such information is available to it.

5. In the ordinary course of its business, Meta does not maintain statistics on the number of reports it has made to NCMEC that include specific types of files (e.g., audio, images, or videos). However, based on the information to which I have access in the normal course of my job and responsibilities, I am aware that Meta's reports to NCMEC regularly include video content.

6. Information about Meta's interactions with law enforcement is available online at https://about.meta.com/actions/safety/audiences/law. Meta's webpage states: "We work with law enforcement to help people on our platforms stay safe. This sometimes means providing information

to law enforcement officials that will help them respond to emergencies, including those that involve the immediate risk of harm, suicide prevention and the recovery of missing children." https://about.meta.com/actions/safety/audiences/law.

7. Meta discloses user data to law enforcement in accordance with Meta's Terms of Service and applicable law. As of the date of this declaration, aggregate statistics on the number of requests for user data that Meta receives from governments around the world government are available at https://transparency.fb.com/reports/government-data-requests.

8. In the ordinary course of its business, Meta does not maintain statistics on the number of reports it has made to law enforcement that include specific types of files (e.g., audio, images, or videos). However, based on the information to which I have access in the normal course of my job and responsibilities, I am aware that there have been occasions in which Meta's reports to law enforcement have involved video content.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 21, 2023 in Houston, Texas.

_____
Dontae Nelson
Law Enforcement Response Team Analyst