1  Fred Norton (CA SBN 224725)
   fnorton@nortonlaw.com
2  Nathan Walker (CA SBN 206128)
   nwalker@nortonlaw.com
3  Bree Hann (CA SBN 215695)
   bhann@nortonlaw.com
4  Celine G. Purcell (CA SBN
   305158) cpurcell@nortonlaw.com
5  Gil Walton (CA SBN 324133)
   gwalton@nortonlaw.com
6  THE NORTON LAW FIRM PC
   299 Third Street, Suite 200
7  Oakland, CA 94607
   Telephone: (510) 906-4900
8

9  Attorneys for Defendant
   PATREON, INC.

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14

15  BRAYDEN STARK and JUDD OOSTYEN,      Case No. 3:22-CV-03131-JCS
    on behalf of themselves and all others
16  similarly situated,                  **DECLARATION OF FRED NORTON IN
                                         SUPPORT OF MOTION FOR SUMMARY
17              Plaintiffs,              JUDGMENT**
           v.
18
    PATREON, INC.,
19
                Defendant.
20

21

22

23

24

25

26

27

28

───────────────────────────────────────────

Declaration of Fred Norton In Support of Motion for Summary Judgment
Case No. 3:22-CV-03131-JCS

I, Fred Norton, declare as follows:

1.      I am an attorney admitted to practice law in California and before this Court.  I am a partner at The Norton Law Firm PC and counsel of record for Defendant Patreon, Inc.  Except where otherwise stated, the statements in this declaration are based on my own personal knowledge and, if called to do so, I could and would testify competently to them.

2.      This declaration attaches and authenticates documents that were produced by Patreon with Bates prefix PTRN-STARK, identified in Patreon's summary judgment brief with the abbreviated prefix, PS.  That prefix refers to documents that were not in Patreon's possession, custody, or control but that were identified as a result of the investigation by counsel.  We used an alternative prefix to ensure that evidence obtained in an effort to respond to plaintiffs' claims after the lawsuit was filed would not be mistakenly relied upon to show Patreon's knowledge of some fact at an earlier point in time.  For some of the exhibits identified below, one or more of my colleagues at the firm downloaded the version of the document that was ultimately imaged, Bates-stamped, and produced in discovery, but I have also personally reviewed and downloaded from the internet an identical copy of each exhibit whenever I have so stated below.

3.      Attached as **Exhibit 1** is a true and correct copy of excerpts of the certified transcript of a suppression hearing in the matter of *United States v. Sporn*, Case No. 21-10016 (D. Kan.), which my office obtained by contacting the court reporter for that hearing, Jo Wilkinson, and paying the fee for the transcript, and which Patreon produced with Bates number beginning PTRN-STARK000120.  The transcript includes testimony by an employee of Twitter (now X Corp.) concerning a CyberTipline Report that Twitter submitted to the National Center for Missing and Exploited Children (NCMEC) and testimony by the employee and a law enforcement officer concerning the contents of the report.

4.      Attached as **Exhibit 2** is a true and correct copy of a brief filed by the United States in response to a motion to suppress in the matter of *United States v. Sporn*, Case No. 21-10016 (D. Kan.), which I downloaded from the docket in that case on the US Courts PACER website in October.  Patreon produced this document with the Bates number beginning with PTRN-STARK000575.  Beginning at PTRN-STARK000612, the government's brief attaches two CyberTipline Reports that Twitter submitted to the National Center for Missing and Exploited Children (NCMEC) concerning the

1

1  defendant in that case; Report Numbers 61606638 and 71133752.  The reports provide the identifying

2  information about the suspect, including his Twitter account user name, email address, cashapp

3  account, IP addresses, and Amazon wishlist URL (PTRN-STARK000615-16, 000626-17) and indicates

4  that the report attached an .mp4 video file that the user had accessed and distributed (PTRN-

5  STARK000620).

6      5.      Attached as **Exhibit 3** is a true and correct copy of the admitted exhibits list from the

7  suppression hearing in the matter of *United States v. Sporn*, Case No. 21-10016 (D. Kan.), which I

8  downloaded from docket in that matter on the US Courts PACER website in October.    Patreon

9  produced this document with the Bates number beginning with PTRN-STARK000633.  **Exhibit 3**

10  indicates that CyberTipline Report 61606638 and 71133752 were both admitted into evidence in that

11  matter.

12      6.      Attached as **Exhibit 4** is a true and correct copy of a CyberTipline Report that was

13  offered and admitted into evidence in the matter *United Stated of America v. Richard Brillhart* as

14  Government Exhibit A, according to the opposition filed by the United States, and which I downloaded

15  from the US Courts PACER system in October.  Patreon produced this document with the Bates

16  number beginning with PTRN-STARK000345.  **Exhibit 4** is a CyberTipline Report that Google

17  submitted to NCMEC concerning the defendant in that case.  The report provides the identifying

18  information about the suspect, including his name, cell phone number, verified gmail address, and IP

19  addresses, and indicates that the report attached a video file that the user had accessed and distributed

20  (PTRN-STARK000348).

21      7.      Attached as **Exhibit 5** is a true and correct copy of a CyberTipline Report that was

22  offered and admitted into evidence in the matter *United Stated of America v. Richard Brillhart*  as

23  Government Exhibit B, according to the opposition filed by the United States, and which I downloaded

24  from the US Courts PACER website in October.  Patreon produced this document with the Bates

25  number beginning with PTRN-STARK000354.  **Exhibit 5** is a CyberTipline Report that Google

26  submitted to NCMEC concerning the defendant in that case.  The report provides the identifying

27  information about the suspect, including his name, cell phone number, verified gmail address, and IP

28  addresses, and indicates that the report attached a video file that the user had accessed and distributed

(PTRN-STARK000357-58).

8.      Attached as **Exhibit 6** is a true and correct copy the sworn declaration of Anjali Shrestha, a team lead in the Legal Investigations Support team at Google LLC, which was filed in the matter *United Stated of America v. Richard Brillhart*, and which I downloaded from the US Courts PACER website in October.  Patreon produced this document with the Bates number beginning with PTRN-STARK000363.  Exhibit 6 includes the following sworn statement on behalf of Google:

> Google has a strong business interest in enforcing its Terms of Service and ensuring its services are free of illegal content, including apparent child sexual abuse material ("CSAM").  Accordingly, Google independently and voluntarily takes steps to monitor and safeguard its platform. If its products or services were to become associated with being a haven for abusive content and conduct, including CSAM, users will stop using them. Ridding its services of CSAM is critically important to protect Google's users, product, brand, and business interests. Based on these private, non-government interests, Google has undertaken voluntary efforts to remove and report CSAM for many years. As an illustration of Google's commitment to removing CSAM from its services, Google's Transparency Report for 2021 shows that it made 870,319 CyberTipline Reports to the National Center for Missing and Exploited Children ("NCMEC").

9.      Attached as **Exhibit 7** is a true and correct copy of excerpts of the certified transcript of a suppression hearing in the matter of *United States v. Batista Montijo*, Case No. 2:21-cr-75-SPC-NPM, which my office obtained by contacting the court reporter for that hearing and paying the fee for the transcript, and which Patreon produced with Bates number beginning PTRN-STARK000366.  The transcript includes testimony by an employee of Meta (Facebook) concerning a CyberTipline Report that Meta submitted to the National Center for Missing and Exploited Children (NCMEC) and the contents of that report.

10.      Attached as **Exhibit 8** is a true and correct copy of a CyberTipline Report that was offered and admitted into evidence in the matter *United States v. Batista Montijo*, Case No. 2:21-cr-75-SPC-NPM as Government Exhibit 1, according to the opposition filed by the United States, and which I downloaded from PACER in October.  Patreon produced this document with the Bates number beginning with PTRN-STARK000564.  **Exhibit 8** is a CyberTipline Report that Meta (Facebook) submitted to NCMEC concerning the defendant in that case.  The report provides the identifying information about the suspect, including his chat room name, name, date of birth, verified email address, screen/user name, Facebook profile URL, and IP addresses including a non-mobile IP address,

and a physical location, and indicates that the report attached a video file that the user had accessed and distributed (PTRN-STARK000566-67).

11.     Attached as **Exhibit 9** is a true and correct copy of the Department of Justice's annual report to the Committee on the Judiciary of the United States House of Representatives, pursuant to Section 107 of the USA PATRIOT Improvement and Reauthorization Act of 2005, for calendar year 2012, which was produced by Intervenor the United States in response to Patreon's discovery requests in this case, beginning with the Bates number USA-STARK000001.

12.     Attached as **Exhibit 10** is a true and correct copy of the Department of Justice's annual report to the Committee on the Judiciary of the United States House of Representatives, pursuant to Section 107 of the USA PATRIOT Improvement and Reauthorization Act of 2005, for calendar year 2013, which was produced by Intervenor the United States in response to Patreon's discovery requests in this case, beginning with the Bates number USA-STARK000003.

13.     Attached as **Exhibit 11** is a true and correct copy of the Department of Justice's annual report to the Committee on the Judiciary of the United States House of Representatives, pursuant to Section 107 of the USA PATRIOT Improvement and Reauthorization Act of 2005, for calendar year 2014, which was produced by Intervenor the United States in response to Patreon's discovery requests in this case, beginning with the Bates number USA-STARK000005.

14.     Attached as **Exhibit 12** is a true and correct copy of the Department of Justice's annual report to the Committee on the Judiciary of the United States House of Representatives, pursuant to Section 107 of the USA PATRIOT Improvement and Reauthorization Act of 2005, for calendar year 2015, which was produced by Intervenor the United States in response to Patreon's discovery requests in this case, beginning with the Bates number USA-STARK000007.

15.     Attached as **Exhibit 13** is a true and correct copy of the Department of Justice's annual report to the Committee on the Judiciary of the United States House of Representatives, pursuant to Section 107 of the USA PATRIOT Improvement and Reauthorization Act of 2005, for calendar year 2018, which was produced by Intervenor the United States in response to Patreon's discovery requests in this case, beginning with the Bates number USA-STARK000009.

16.     Attached as **Exhibit 14** is a true and correct copy of the Department of Justice's annual

4

report to the Committee on the Judiciary of the United States House of Representatives, pursuant to Section 107 of the USA PATRIOT Improvement and Reauthorization Act of 2005, for calendar year 2019, which was produced by Intervenor the United States in response to Patreon's discovery requests in this case, beginning with the Bates number USA-STARK000011.

17.   On August 3, 2023, Patreon served on the United States a timely request for documents seeking "Copies of ALL annual reports required by 18 U.S.C. § 2702(d) submitted by the Attorney General of the United States to the House and Senate Judiciary Committees concerning disclosures of records under the Electronic Communications Privacy Act, from January 1, 2013 to the present."  In response, the United States produced the reports for calendar years 2012-2015, 2018, and 2019, but not any reports covering the years 2016, 2017, 2020, 2021, or 2022.  On November 6, 2023, Leslie Vigen, counsel for Intervenor the United States, informed me by email that the 2020, 2021, and 2022 reports had not yet been submitted to Congress, and that the Department of Justice had not been able to locate the 2016 and 2017 reports despite having searched for them.

18.   Attached as **Exhibit 15** is a true and correct copy of the United States' Supplemental Responses to specific Requests for Admission (numbers 10, 12, and 13) that the United States provided in discovery in this litigation.

19.   Attached as **Exhibit 16** is a true and correct copy of Patreon's Requests for Production to the United States.  In discovery, Patreon sought documents from the United States

   a.   "sufficient to show the number of motions filed by the United States in United States District Courts pursuant to 18 U.S.C. § 2710(b)(3), concerning search warrants seeking information subject to 18 U.S.C. § 2710, from January 1, 2013 to the present" (RFP 3);

   b.   "sufficient to show the number of search warrants obtained by LAW ENFORCEMENT AGENCIES of the United States government that sought from a 'video tape service provider' 'personally identifiable information' concerning a 'consumer' (as those terms are defined in 18 U.S.C. § 2710(a)(1)-(4)), from January 1, 2013 to the present" (RFP 5); and

   c.   "sufficient to show the number of voluntary tips or reports that LAW ENFORCEMENT AGENCIES of the United States government received, from January 1, 2013 to the

5

present, from any 'video tape service provider' that included 'personally identifiable information' concerning a 'consumer' (as those terms are defined in 18 U.S.C. § 2710(a)(1)-(4))" (RFP 6).

20.     The United States objected and refused to provide any documents in response to these requests, arguing that such documents would be irrelevant to the constitutional questions in the case, would disclose confidential information about law enforcement practices, and would be unduly burdensome to locate and produce – even assuming that documents sufficient to show the numbers of such occurrences did exist.  With respect to RFP number 6 in particular, Ms. Vigen wrote in her meet and confer letter of September 22, 2023,

> [T]he FBI has conducted a reasonably diligent inquiry to determine whether it could provide the number of voluntary tips or reports received, from January 1, 2013 to the present, from any "video tape service provider" that included "personally identifiable information" concerning a "consumer" (as those terms are defined in 18 U.S.C. § 2710(a))....
>
> As part of the inquiry, FBI consulted with the divisions and units responsible for maintaining the FBI's central databases, case management systems, or other systems of records to determine if there was a mechanism for tracking or searching for the type of specific voluntary tips or reports containing the type of the information defined by 18 U.S.C. § 2710.  This included the system referenced in the September 8 letter [from Patreon counsel], the National Data Exchange (N-Dex), as well as other similar systems maintained by the FBI.   There is no reasonable way to centrally search or filter through those databases for the types of tips or reports described in Request 6.
>
> In addition, FBI consulted with the units who are also most likely to have received external tips or reports, such as the National Threat Operations Center and the Internet Crime Complaint Center, and other similar units.  Those units do not track the type of voluntary tips sought in the Request and indicated that they were not aware of any potentially responsive tips or reports received.  [footnote omitted]

21.     Attached as **Exhibit 17** is a true and correct copy of the United States' responses to interrogatories that the United States provided in response to discovery Patreon served on it in this litigation.  The United States agreed to provide interrogatory responses as part of a proposed compromise to resolve disputes over the adequacy of the United States' responses to Patreon's Requests for Production and to avoid motion practice.  In accepting the interrogatory responses, Patreon did not withdraw its prior requests for production nor did it concede that the government's objections were proper or its responses adequate.

22.     Interrogatory Number 1 in **Exhibit 17** states:  "State the number of motions filed by the

6

United States in United States District Courts pursuant to 18 U.S.C. § 2710(b)(3), concerning search warrants seeking information subject to 18 U.S.C. § 2710, from January 1, 2013 to the present."  As explained in greater detail in the objections and responses that the United States provided in response to Interrogatory Number 1, the United States was unable to provide any quantification of the number of such motions.

23.    Interrogatory Number 2 in **Exhibit 17** states:  "State the number of search warrants obtained by LAW ENFORCEMENT AGENCIES of the United States government that sought from a 'video tape service provider' 'personally identifiable information' concerning a 'consumer' (as those terms are defined in 18 U.S.C. § 2710(a)(1)-(4)), from January 1, 2013 to the present."  As explained in greater detail in the objections and responses that the United States provided in response to Interrogatory Number 3, the United States was unable to provide any quantification of the number of such warrants.

24.    Interrogatory Number 3 in **Exhibit 17** states:  "State the number of voluntary tips or reports that LAW ENFORCEMENT AGENCIES of the United States government received, from January 1, 2013 to the present, from any 'video tape service provider' that included 'personally identifiable information' concerning a 'consumer' (as those terms are defined in 18 U.S.C. § 2710(a)(1)-(4))."  As explained in greater detail in the objections and responses that the United States provided in response to Interrogatory Number 3, the United States was unable to provide any quantification of the number of such tips.

25.    Attached as **Exhibit 18** is a true and correct copy of the discovery related meet and confer letter sent on September 9, 2023 to the United States regarding the United States's objections and responses to Patreon's Requests for Admissions and Requests for Production, and the United States response to that letter, sent September 22, 2023.

26.    Attached as **Exhibit 19** is a true and correct copy of a document that I downloaded from the website of the United States Internal Revenue Service on or about November 7, 2023 at https://www.irs.gov/tax-professionals/irs-continuing-education-providers and which Patreon produced with Bates number beginning PTRN-STARK005273.  **Exhibit 19** bears the title "IRS Continuing Education Providers" and describes the IRS's rules and procedures for compliance by continuing

7

education providers for tax professionals.  Among other things, **Exhibit 19** explains what materials a provider must submit to obtain a "program number" from the IRS for an approved continuing education program, and includes a link to "sample program descriptions" that the provider must submit.

27.     Attached as **Exhibit 20** is a true and correct copy of a document that I downloaded from the website of the United States Internal Revenue Service on or about November 7, 2023 at https://www.irs.gov/pub/irs-utl/sampleprogramdescriptions.pdf and which Patreon produced with Bates number beginning PTRN-STARK005274.  **Exhibit 20** is the document that is hyperlinked to "sample program descriptions" phrase in **Exhibit 19**, "IRS Continuing Education Providers."  It bears the title "Continuing Education Program Descriptions" and states that

> When applying to become an IRS approved continuing education provider, applicants must ensure that programs submitted contain the following:
>
> • The program title should include a specific descriptor of the program content; and
>
> • The program description must succinctly describe the major elements or content of each program offered in a manner sufficient for the reviewer to make a determination that the program covers appropriate subject matter for the category (federal tax, federal tax-related, federal tax law updates, qualified retirement plan matters, or ethics). The description should also include who will be delivering the content (panel, speaker, or other method)….

The specific examples of program descriptions indicate that the description should indicate whether the program is pre-recorded and offered "on-line."

28.     Attached as **Exhibit 21** is a true and correct copy of a document that I downloaded from the website of the United States Internal Revenue Service on or about November 7, 2023 at https://www.irs.gov/tax-professionals/mandatory-information-reporting-for-continuing-education-providers and which Patreon produced with Bates number beginning PTRN-STARK005281.  **Exhibit 21** bears the title "Mandatory Information Reporting for Continuing Education Providers" and describes the information that the IRS requires continuing education providers for tax professionals to submit, including the attendee's first and last name, the attendee's Preparer Tax Identification Number (PTIN), and the Program Number.  **Exhibit 21** also includes a link to an Excel template document for reporting this information; a true and correct copy of that template is attached as **Exhibit 22** which Patreon produced with Bates number PTRN-STARK005282.  The template likewise requires

8

submission of the attendee's name, PTIN, and the official program number.

29.     Attached as **Exhibit 23** is a true and correct copy of a document that I downloaded from the internet on or about November 7, 2023 at https://mytaxcoursesonline.com/our-courses/individual-programs/2023-annual-federal-tax-refresher-aftr-6-hours-online, and which Patreon produced with Bates number beginning PTRN-STARK005283.  **Exhibit 23** is the website of a company called My Tax Courses Online, and offers a "6-hour IRS-approved online video course" to satisfy continuing education requirements for tax professionals.

30.     Attached as **Exhibit 24** is a true and correct copy of a document that I downloaded from the internet on or about November 7, 2023 at https://taxprocpe.com/continuing-education/, and which Patreon produced with Bates number beginning PTRN-STARK005286.  **Exhibit 24** is the website of a company called Tax Pro CPE:  Cloud-Based Video CPA and the web page offers a catalog of "online video based CE" to satisfy continuing education requirements for tax professionals.

31.     Attached as **Exhibit 25** is a true and correct copy of a document that I downloaded from the internet in October at https://insurance. kansas.gov/continuing-education/, and which Patreon produced with Bates number beginning PTRN-STARK000064.   **Exhibit 25** is a page from the Kansas Department of Insurance website that describes continuing education requirements for insurance providers.  **Exhibit 25** states that courses may be offered "online" (at PTRN-STARK000071), that courses must be approved by the Kansas Department of Insurance in advance (at PTRN-STARK000066, 70), and that "continuing education completion information must be submitted electronically … by the continuing education provider" (at PTRN-STARK000066, see also PTRN-STARK000071).

32.     Attached as **Exhibit 26** is a true and correct copy of a document that I downloaded from the internet on or about October at https://doi.nebraska.gov/producers/provide-education, and which Patreon produced with Bates number beginning PTRN-STARK005414.   **Exhibit 26** is a page from the Nebraska Department of Insurance website that describes continuing education procedures for education providers in Nebraska.  In response to the question, "Are we required to provide students with a Certificate of Completion?" the FAQ portion of the page states "No, this is not required. You're welcome to create your own, but please make it clear that they should not send it to the Department, as

9

1    the results are required to be uploaded by the course provider electronically."

2         33.    Attached as **Exhibit 27** is a true and correct copy of a document that I downloaded from

3    the internet in October at https://www.sdcourt.ca.gov/sdcourt/traffic3/trafficschool, and which Patreon

4    produced with Bates number beginning PTRN-STARK000116.  **Exhibit 27** is a page from the website

5    for the San Diego County Superior Court in California concerning compliance with traffic school

6    obligations for traffic offenses.  The web page states that traffic school may be completed online,

7    specifies that the participant in traffic school must provide their full name, date of birth, and driver's

8    license number to be credited with completing the course, and specifies that "Traffic schools are now

9    required to electronically notify the court of traffic school completion."

10        34.    Attached as **Exhibit 28** is a true and correct copy of a document that I downloaded from

11   the internet on or about November 3, 2023 at https://www.idrivesafely.com/traffic-school/california/,

12   and which Patreon produced with Bates number beginning PTRN-STARK005291.  **Exhibit 28** is a

13   page from a California traffic school that includes an option to satisfy traffic school obligations by

14   watching an "online video course."  In addition, the web page states that "When you finish your online

15   California traffic school course, we process your information that very same day and report your

16   completion information directly to the DMV …."

17        35.    On or about November 4, 2023, I viewed the website for Anthology Inc.,

18   www.anthology.com, and specifically the page at https://www.anthology.com/products/teaching-and-

19   learning/learning-effectiveness/blackboard-learn.  According to its website, Anthology is a company

20   that offers learning management software, including a product called Blackboard Learn for students in

21   kindergarten through twelfth grade.

22        36.    Attached as **Exhibit 29** is a thumb drive containing a true and correct copy of a 6

23   minute, 44 second video that I downloaded from YouTube at

24   https://www.youtube.com/watch?v=A9najKb_DCM in October.  Patreon identified this webpage in its

25   production at Bates number PTRN-STARK000635.  The video, which has the title, "Blackboard:

26   Tracking Student Access," describes particular functionality of Blackboard learning management

27   software to track whether specific students accessed specific instructional materials, including video.

28   At approximately 0:45 to 0:47 of the video, it illustrates a class assignment to watch a particular

                                              10

embedded video shown in an embedded thumbnail. The remainder of the video explains how the software allows an instructor to run reports that show whether any given student accessed particular educational content, broken down in detail.

37.     Attached as **Exhibit 30** is a true and correct copy of a document that I downloaded from the internet in October  at https://www.gvsu.edu/cms4/asset/FBFED394-058C-483D-1A2FF1EF7D8FE4EC/fac911_statistics-view.pdf, and which Patreon produced with Bates number beginning PTRN-STARK000636.  **Exhibit 30** is a page from a website describing how Blackboard educational software can be configured to track whether particular student users have accessed particular content.

38.     Attached as **Exhibit 31** is a true and correct copy of a document that I downloaded from the internet in October at https://www.anthology.com/trust-center/terms-of-use, and which Patreon produced with Bates number beginning PTRN-STARK004596.  **Exhibit 31** is the terms of service for Blackboard.  The terms of service as published on the Blackboard and Anthology websites do not include a form distinct and separate from any form setting forth other legal or financial obligations of the consumer.

39.     Attached as **Exhibit 32** is a true and correct copy of a document that I downloaded from the internet in October at https://www.anthology.com/trust-center/privacy-statement, and which Patreon produced with Bates number beginning PTRN-STARK004620.  **Exhibit 32** is the Privacy Statement for Anthology.  The Privacy Statement as published on the Anthology website does not include a form distinct and separate from any form setting forth other legal or financial obligations of the consumer.

40.     On or about November 4, 2023, I visited the website for Instructure, Inc., at https://www.instructure.com/canvas.  According to its website, Instructure is a company that offers learning management software, including a product called Canvas for students in kindergarten through twelfth grade and for students in higher education.

41.     Attached hereto as **Exhibit 33** is a true and correct copy of excepts from the Form 10-K filed by Instructure for the year 2021, which I downloaded from the SEC's EDGAR website and which Patreon produced with Bates number beginning PTRN-STARK005295.  According to Instructure's 10-K at page 2, the company is "the U.S. LMS [learning management software] market share leader in

both Higher Education and paid K-12 with 7,436 global customers, representing Higher Education

institutions and districts and schools in more than 100 countries."  At page 3, the company states that

"[o]ur customers include State Universities of California, Florida, and Utah, all of the Ivy League

universities, international Higher Education and K-12 systems, and many of our nation's largest K-12

system."  At page 3, the Form 10-K describes Instructure's Canvas platform as including the following

elements, quoted verbatim:

      a.  Canvas LMS. As the cornerstone of our platform, Canvas LMS is designed to give education customers of all sizes and at every level an extensive set of flexible tools to support and enhance content creation, management, and delivery of face-to-face, blended and online instruction.

      b.  Canvas Studio. An online video platform that seamlessly integrates with Canvas LMS, which enables customers to host, manage, edit and deliver impactful and engaging video learning experiences.

      c.  Canvas Network. An invitation-only offering allowing institutions to host and deliver large-scale online courses, often called Massive Open Online Courses ("MOOCs") to a much broader audience than just their own students.

      d.  Mastery Assessment. Solutions for assessment management and content that include Mastery Connect, a robust student Assessment Management System ("AMS"), and Mastery View Assessments and Mastery Item Banks, which provides a variety of assessment content solutions and analytics to inform daily instruction in the classroom and data which measure student learning and preparedness for exams mandated by federal and state regulations.

      e.  Impact. Solutions designed to help institutions drive adoption of new technology tools and evaluate their impact on student engagement and outcomes.

      f.  Elevate K-12 Analytics. A data and analytics solution that combines data from multiple systems to deliver interactive visualizations and dashboards so educators can measure, manage, and improve programs and student outcomes.

      g.  LearnPlatform. Tools to empower educational organizations to evaluate, select, and

1  manage the ongoing usage and effectiveness of digital learning products.

2      42.   Instructure's Form 10-K, at page 7, further explains that Canvas Studio is "an online

3  video platform designed to enable customers to host, manage, and deliver impactful video learning

4  experiences" and that it "enables teachers and students to … easily upload media and publish videos to

5  courses that can be viewed across devices and in multiple playback formats … [and] understand exactly

6  how students are engaging with media to help inform video strategy effectiveness."

7      43.   Attached as **Exhibit 34** is a true and correct copy of excerpts of a document that I

8  downloaded from the internet in October at

9  https://community.canvaslms.com/html/assets/Canvas_Instructor_Guide.pdf that bears the title,

10  "Canvas Instructor Guide," which Patreon produced with Bates number PTRN -STARK000641.  The

11  entire document is 3900 pages long, so I have attached only excerpts that bear on the particular issues

12  in Patreon's summary judgment motion.

13      44.   Attached as **Exhibit 35** is a true and correct copy of a document that I downloaded from

14  the internet in October at https://michigan.it.umich.edu/news/2021/01/13/does-canvas-allow-faculty-to-

15  track-students-

16  online/#:~:text=The%20rumor%20he%20hears%20most,video%20viewing%20activity%20in%20Can

17  vas. that bears the title, "Does Canvas allow faculty to track students online?" which Patreon produced

18  with Bates number PTRN -STARK004541.  The article describes the University of Michigan at

19  Dearborn's use of Canvas learning management software and quotes the university's Coordinator of

20  Digital Education as stating that if instructors "use the integrated video system in Canvas to say, post a

21  lecture, faculty can see which students have viewed it, how much of the video they watched, and if they

22  rewatched a video."

23      45.   Attached as **Exhibit 36** is a true and correct copy of a document that I downloaded from

24  the internet in October at https://tuftsedtech.screenstepslive.com/s/18992/m/73355/l/1058411-how-can-

25  i-see-general-and-individual-viewer-statistics-for-videos-in-media-gallery that bears the title, "How can

26  I see general and individual viewer statistics for videos in Media Gallery?" which Patreon produced

27  with Bates number PTRN-STARK004548.  The document explains, at PTRN-STARK004550, how

28  Canvas learning management software can be used to "see metrics about specific students' viewing of

1   the video," including the student's name, the number of times the student began watching the video,

2   and the percentage of the video the student watched.

3          46.     Attached as **Exhibit 37** is a true and correct copy of a document that I downloaded from

4   the internet in October at

5   https://cdn.filepicker.io/api/file/DBymlj3gRcGlFZX0gcEk?&fit=max#:~:text=Page%201-

6   ,How%20can%20I%20see%20if%20students%20have%20watched%20my%20posted,media%20file%

7   20or%20skipped%20segments. that bears the title, "How can I see if students have watched my posted

8   video on Canvas?" which Patreon produced with Bates number PTRN -STARK004551.  The document

9   states, "As an instructor, you can view analytics for a video or audio file in your course and see how

10  many users have viewed the video or audio file. Analytics can help you see if a user viewed the entire

11  media file or skipped segments."

12         47.     Attached as **Exhibit 38** is a true and correct copy of a document that I downloaded from

13  the internet in October at https://community.canvaslms.com/t5/Instructor-Guide/How-do-I-view-the-

14  course-access-report-for-an-individual-user/ta-p/754that bears the title, "How do I view the course

15  access report for an individual user?" which Patreon produced with Bates number PTRN -

16  STARK004558.  **Exhibit 38** demonstrates how to navigate the Canvas learning management software

17  to see "[t]he content a user has viewed" and "[t]he number of times the user has viewed the content."

18         48.     Attached as **Exhibit 39** is a thumb drive containing a true and correct copy of a 2

19  minute, 10 second video that I downloaded from YouTube at

20  https://www.youtube.com/watch?v=IApnO9chPFQ, with the title, "How to Tell if a Student Viewed an

21  Item in Canvas."  Patreon produced the URL for this video in its production at Bates number PTRN -

22  STARK004579.  The video explains how to tell if a particular student watched a particular video that

23  the instructor assigned.

24         49.     Attached as **Exhibit 40** is a thumb drive containing a true and correct copy of an excerpt

25  of a  39 minute, 55 second video that I screen recorded from

26  https://community.canvaslms.com/t5/InstructureCon-2018/ARC-DU-SOLEIL-A-Simpler-Way-to-

27  Engage-Students-with-Video/m-p/384160.  Patreon identified this webpage in its production at Bates

28  number PTRN-STARK000638.  At approximately the 17:00 minute mark where the recording begins,

the video discusses how the software indicates whether a particular student watched a particular video.

50.     Attached as **Exhibit 41** is a true and correct copy of a document that I downloaded from the internet in October at https://www.instructure.com/policies/terms-of-use, and which Patreon produced with Bates number beginning PTRN-STARK004789.   **Exhibit 41** is the Terms of Service for Instructure, including Canvas.  The Terms of Service as published on the Instructure websites do not include a form distinct and separate from any form setting forth other legal or financial obligations of the consumer.

51.     Attached as **Exhibit 42** is a true and correct copy of a document that I downloaded from the internet in October at https://www.instructure.com/policies/privacy, and which Patreon produced with Bates number beginning PTRN-STARK004777.   **Exhibit 42** is the Product Privacy Notice for Instructure, including Canvas.  The Privacy Notice as published on the Instructure websites does not include a form distinct and separate from any form setting forth other legal or financial obligations of the consumer.

52.     Attached as **Exhibit 43** is a true and correct copy of a document that I downloaded from the internet in October from the chrome web store located at https://chrome.google.com/webstore/detail/disconnect/jeoacafpbcihiomhlakheieifhpjdfeo , and which Patreon produced with Bates number PTRN -STARK005413.  **Exhibit 43** is the download page for the Disconnect tool, and describes the tool as having been named the "best privacy tool by the New York Times" in 2016, as the Innovation Award Winner for the Best Privacy and Security Software at South by Southwest in 2015, one of the 20 best innovations of the year by Popular Science, and one of the best Chrome extensions by Lifehacker.  The exhibit explains that Disconnect enables users to "visualize and block the invisible websites that track you."  As shown on **Exhibit 43**, the Chrome web store indicates that the Disconnect tool had, at the time of my download, 3,141 reviews and an average rating between 4 and 5 stars on a 5-star scale.

53.     Attached as **Exhibit 44** is a true and correct copy of a document that I downloaded from the internet in October at https://disconnectme/trackerprotection#trackers _we_ block, and which Patreon produced with Bates number beginning PTRN-STARK000014.  **Exhibit 44** describes the types of trackers that the Disconnect tool tracks and blocks, including trackers that collect and retain "data

regarding a particular user's or device's activity across multiple websites or applications that aren't owned by the data collector."

54.     Attached as **Exhibit 45** is a true and correct copy of a document that I downloaded from the internet in October at https://disconnectme/disconnect/help, and which Patreon produced with Bates number beginning PTRN-STARK000022.  **Exhibit 45** describes the Disconnect tool as permitting a user to identify and block web tracking by specific platforms, including specifically "facebook."

55.     Attached as **Exhibit 46** is a true and correct copy of a document that I downloaded from the internet in October at https://disconnectme/consumer, and which Patreon produced with Bates number beginning PTRN-STARK000046.  **Exhibit 46** explains (at PTRN-STARK000046) that the Disconnect tool has "over 750 million users" and can be used to "[b]lock trackers in websites,  apps, and email."  **Exhibit 46** further explains (at PTRN-STARK000056) that the Disconnect tool "prevent[s] trackers from collecting sensitive data and connecting online activity back to you through cookies, pixels, IPs, fingerprint data, and other surveillance technologies."

56.     Attached as **Exhibit 47** is a true and correct copy of a document that I downloaded from the internet in October at https://www.ghostery.com/ghostery-ad-blocker, and which Patreon produced with Bates number beginning PTRN-STARK000024.  **Exhibit 47** describes Ghostery as a mobile app that blocks "trackers that carry your personal information across the web."

57.     Attached as **Exhibit 48** is a true and correct copy of a document that I downloaded from the internet in October at https://chrome.google.com/webstore/detail/ghostery-privacy-ad-blo/mlomiejdfkolichcflejclcbmpeaniij, and which Patreon produced with Bates number beginning PTRN-STARK000033.  **Exhibit 48** states that Ghostery has "more than 100+ million downloads worldwide."

58.     Attached as **Exhibit 49** is a true and correct copy of a document I downloaded from the Washington Post website in October at https://www.washingtonpost.com/technology/2021/08/29/stop-facebook-tracking/, and which Patreon produced with Bates number beginning PTRN-STARK005221. **Exhibit 49** is an article titled "How to block Facebook from snooping on you" and is dated September 29, 2021.

59.     Attached as **Exhibit 50** is a true and correct copy of a document I downloaded from the

1    CNET website in October  at https://www.cnet.com/news/privacy/this-privacy-setting-helps-keep-

2    facebook-from-tracking-you/, and which Patreon produced with Bates number beginning PTRN-

3    STARK005226.  **Exhibit 50** is an article titled "This Privacy Setting Helps Keep Facebook From

4    Tracking You" and is dated December 12, 2022.  It describes a Facebook privacy setting that the

5    articles says was made available in 2019.

6         60.    Attached as **Exhibit 51** is a true and correct copy of a document I downloaded from the

7    Inc. magazine website on or about October 13, 2023 at https://www.inc.com/jason-aten/you-can-now-

8    stop-facebook-from-tracking-your-activity-on-other-websites-heres-how.html, and which Patreon

9    produced with Bates number beginning PTRN-STARK005231.  **Exhibit 51** is an article titled "You

10   Can Now Stop Facebook From Tracking Your Activity on Other Websites.  Here's How."  It describes

11   a Facebook privacy setting to manage off-facebook activity.

12        61.    Attached as **Exhibit 52** is a true and correct copy of a document that I downloaded on or

13   about October 13, 2023 from Meta's website at https:/ /engineering. fb.com/2019/08/20/data-

14   infrastructure/off-facebook-activity/, and which Patreon produced with Bates number beginning PTRN-

15   STARK004584.  **Exhibit 52** bears the title "Redesigning our systems to provide more control over Off-

16   Facebook activity" and the date of August 20, 2019.  The document describes the tools that Facebook

17   made available at that time "that would allow people to see the apps and websites that choose to share

18   activity with us and to disconnect that activity from their accounts."  The document explains the steps

19   that Facebook took so that users could modify their Facebook settings in such a way that a Facebook

20   user could choose to delete Facebooks records of their historical off-Facebook activity and "choose[] to

21   have off-site activity disconnected going forward."

22        62.    Attached as **Exhibit 53** is a true and correct copy of a document that I downloaded on or

23   about October 13, 2023 from Meta's online Facebook Help Center at

24   https://www.facebook.com/help/2207256696182627, and which Patreon produced with Bates number

25   beginning PTRN-STARK004592.  **Exhibit 53** bears the title "Review your activity off Meta

26   technologies" and explains how Facebook users can see what information from other websites is shared

27   with Meta as a result of Facebook business tools, including specifically the Meta Pixel.

28        63.    Attached as **Exhibit 54** is a true and correct copy of a document that I downloaded on or

1  about October 13, 2023 from Meta's online Facebook Help Center at

2  https://www.facebook.com/help/2871997 4190167 4 ?helpref=faq_ content, and which Patreon

3  produced with Bates number beginning PTRN-STARK004580.

4       64.    Attached as **Exhibit 55** is a true and correct copy of a document that I downloaded on or

5  about October 13, 2023 from Meta's website at https://www.facebook.com/help/33685893817 4917,

6  and which Patreon produced with Bates number beginning PTRN-STARK005239.  **Exhibit 55** bears

7  the title "Cookies on the Meta Products" and provides information about how Meta uses cookies to

8  track user activity.

9       65.    Attached as **Exhibit 56** is a true and correct copy of a document that I downloaded on or

10  about September 26, 2023 from Meta's website at

11  https://mbasic.facebook.com/privacy/policy/printable/,  and which Patreon produced with Bates number

12  beginning PTRN-STARK004796.  **Exhibit 56** is the Meta Privacy Policy.  The Meta Privacy policy

13  discloses, among other things, that

14      a.   The Privacy Policy "lets you know your rights."  (PTRN-STARK004797)

15      b.   The Meta Privacy Policy further states, at PTRN-STARK004802-03, that

16
17  We collect and receive information from partners, measurement vendors, marketing
vendors and other third parties about a variety of your information and activities on and
off our Products.

18
19  Here are some examples of information we receive about you:

20  - Your device information
21  - Websites you visit and cookie data, like through Social Plugins or the Meta Pixel
    - Apps you use
    - Games you play
22  - Purchases and transactions you make off of our Products using non-Meta
23    checkout experiences
    - Your demographics, like your education level
24  - The ads you see and how you interact with them
    - How you use our partners' products and services, online or in person
25  - Partners also share information like your email address, cookies and advertising
26    device ID with us. This helps us match your activities with your account, if you
    have one.

27      c.   The Meta Privacy Policy also states, at PTRN-STARK004805, that "We also receive

28      information using cookies and similar technologies, like the Meta Pixel or Social

18

Plugins, when you visit other websites and apps that use our Business Tools or other Meta Products. Read more about information we receive from partners, vendors and other third parties in this policy and in our Cookies Policy."

d. The Meta Privacy Policy also includes a link to the tool that permits a user to view and manage off-Facebook activity, PTRN-STARK004854.

66. Attached as **Exhibit 57** is a true and correct copy of a document that I downloaded in October from Meta's website at https://www.facebook.com/off_facebook_activity, which Patreon produced with Bates number beginning PTRN-STARK005265. **Exhibit 57** is the page that a user is directed by clicking on the link described in the previous exhibit, at PTRN-STARK004854. It provides the user with an option to "Disconnect future activity" with the explanation that if the user selects that option, "We'll disconnect information that businesses and organizations send us about your interactions with them."

67. Attached as **Exhibit 58** is a true and correct copy of a document that I downloaded on or about September 26, 2023 from Meta's website at https://www.facebook.com/legal/terms/plain _ text_ terms, and which Patreon produced with Bates number beginning PTRN-STARK004893. **Exhibit 58** is the Meta Terms of Use.

68. Attached as **Exhibit 59** is a true and correct copy of a document that I downloaded on or about October 13, 2023 from Meta's website at https://mbasic.facebook.com/privacy/policies/cookies/printable/, and which Patreon produced with Bates number beginning PTRN-STARK005248. **Exhibit 59** is the Meta Cookie Policy.

69. Attached as **Exhibit 60** is a true and correct copy of a document that I downloaded on or about September 26, 2023 from Reddit's website at https://www.redditinc.com/policies/user-agreement-september-25-2023, and which Patreon produced with Bates number beginning PTRN-STARK004967. **Exhibit 60** is the Reddit User Agreement

70. Attached as **Exhibit 61** is a true and correct copy of a document that I downloaded on or about September 26, 2023 from Reddit's website at https://www.reddit.com/policies/privacy-policy?rdt=58685, and which Patreon produced with Bates number beginning PTRN-STARK004960. **Exhibit 61** is the Reddit Privacy Policy.

71.     Attached as **Exhibit 62** is a true and correct copy of a document that I downloaded on or about September 26, 2023 from TikTok's website at https://www.tiktok.com/legal/page/us/terms-of-service/en, and which Patreon produced with Bates number beginning PTRN-STARK005033.  **Exhibit 62** is the TikTok Terms of Service.

72.     Attached as **Exhibit 63** is a true and correct copy of a document that I downloaded on or about September 26, 2023 from TikTok's website at https://www.tiktok.com/legal/page/us/privacy-policy/en, and which Patreon produced with Bates number beginning PTRN-STARK005018.  **Exhibit 63** is the TikTok Privacy Policy.

73.     Attached as **Exhibit 64** is a true and correct copy of a document that I downloaded on or about September 26, 2023 from WhatsApp's website at https://www.whatsapp.com/legal/terms-of-service, and which Patreon produced with Bates number beginning PTRN-STARK005134.  **Exhibit 64** is the WhatsApp Terms of Service.

74.     Attached as **Exhibit 65** is a true and correct copy of a document that I downloaded on or about September 26, 2023 from WhatsApp's website at https://www.whatsapp.com/legal/privacy-policy, and which Patreon produced with Bates number beginning PTRN-STARK005117.  **Exhibit 65** is the WhatsApp Privacy Policy.

75.     Attached as **Exhibit 66** is a true and correct copy of a document that I downloaded on or about September 26, 2023 from Twitter's (X's) website at https://twitter.com/en/tos/previous/version-18, and which Patreon produced with Bates number beginning PTRN-STARK005170.  **Exhibit 66** is the Twitter Terms of Service.

76.     Attached as **Exhibit 67** is a true and correct copy of a document that I downloaded on or about September 26, 2023 from Twitter's (X's) website at https://twitter.com/en/privacy/previous/version_19, and which Patreon produced with Bates number beginning PTRN-STARK005155.  **Exhibit 67** is the Twitter Privacy Policy.

77.     Attached as **Exhibit 68** is a true and correct copy of excerpts of the certified transcript of the Deposition of Brayden Stark, taken on October 4, 2023.

78.     Attached as **Exhibit 69** is a true and correct copy of excerpts of the rough transcript of the Deposition of Judd Oostyen, taken on November 7, 2023.  At the time of filing, we had not yet

20

1   received an official certified copy of Mr. Oostyen's deposition transcript.

2        79.      Attached as **Exhibit 70** is a true and correct copy of excerpts of the certified transcript of

3   the Deposition of Jason Byttow, taken on August 1, 2023.

4        80.      Attached as **Exhibit 71** is a true and correct copy of the complaint filed in *Patreon, Inc.*

5   *v. Does 1-50,* Case No. CGC-22-602931, as filed on November 14, 2022.

6        81.      Attached as **Exhibit 72** is a true and correct copy of the dockets for *United States v.*

7   *Sporn*, Case No. 21-10016 (D. Kan.) and *United States v. Batista Montijo*, Case No. 2:21-cr-75-SPC-

8   NPM that I downloaded on or about November 14, 2023.

9        82.      Attached as **Exhibit 73** is a true and correct copy of Plaintiffs' amended responses to

10  interrogatories that the Plaintiffs provided in response to discovery Patreon served on them in this

11  litigation.

12       83.      Interrogatory Number 4 in **Exhibit 73** states: "State the date YOU first learned of

13  tracking pixels and how YOU learned of them."  On November 10, 2023, Plaintiff Stark provided an

14  amended response that he "has been aware for several years that companies utilize tracking pixels in

15  order to track and monetize users' activity online.  Plaintiff Stark learned about tracking pixels when

16  the television program Adam Ruins Everything aired an episode regarding online tracking pixels and

17  through YouTube videos on the topic."  On November 10, 2023 Plaintiff Oostyen provided an amended

18  response that he "became aware of tracking pixels in the time period immediately preceding the filing

19  of this lawsuit."  After receiving Plaintiffs' amended responses, I searched online for a copy of the

20  episode of Adam Ruins Everything concerning online pixels, and located the video on YouTube at

21  https://www.youtube.com/watch?v=5pFX2P7JLwA.  The title of the six-minute, twenty-second

22  episode is "The Terrifying Cost of 'Free' Websites" and it discusses the use of tracking pixels used

23  specifically by Facebook and Google.

24       84.      Interrogatory Number 6 in **Exhibit 73** states:  "Identify the personal information YOU

25  allege Patreon shared with Meta through use of the Meta Pixel and the basis for that understanding."

26  Plaintiffs objected to the interrogatory "to the extent that it seeks premature disclosure of expert

27  information. Plaintiffs will produce expert report(s) pursuant to the deadlines established by Federal

28  Rule of Civil Procedure 26, court order, and/or the agreement of the parties."  Plaintiffs then provided

1   the following substantive response, in its entirety: "Plaintiffs allege that at least the following personal

2   information is shared with Meta through the use of the Meta Pixel: the titles of prerecorded video

3   content users view on Patreon's website; Facebook IDs; IP addresses; names; emails; and phone

4   numbers."

5        85.    Interrogatory Number 8 in **Exhibit 73** states: "Paragraph 67 of the First Amended Class

6   Action Complaint alleges, 'Patreon's wrongful acquisition and use of their personal and private

7   information deprived Plaintiffs and Class members of control over that information and prevented them

8   from realizing its full value for themselves.' (Dkt. 41). State the 'full value' of YOUR personal and

9   private information and how YOU would have realized it."  Plaintiffs' entire response was an objection

10  "to the extent that it seeks premature disclosure of expert information."  Plaintiffs did not disclose any

11  expert or expert report on this topic prior to the filing of Patreon's summary judgment motion.

12       86.    Attached as **Exhibit 74** is a true and correct copy of the Facebook Business Tools Terms

13  that were in effect on November 6, 2018, as pulled from The Wayback Machine from the link that

14  follows on November 15, 2023.

15  https://web.archive.org/web/20181106054429/https://www.facebook.com/legal/businesstech

16       87.    Attached as **Exhibit 75** is a true and correct copy of the Facebook Business Tools Terms

17  that were in effect on October 17, 2021, as pulled from The Wayback Machine from the link that

18  follows on November 15, 2023.

19  https://web.archive.org/web/20211017071203/https://www.facebook.com/legal/businesstech

20       88.    I have personally reviewed the terms of use, privacy policies, and other user legal terms

21  for numerous companies that distribute video to subscribers online, including Google, Meta, Reddit,

22  TikTok, Twitter, Anthology, Instructure, and Netflix.  I am not aware of any company that distributes

23  video to subscribers online that has a written form of consent to disclosure of a subscriber's identity and

24  specific videos they have requested or obtained, where such consent is in a form distinct and separate

25  from any form setting forth other legal or financial obligations of the consumer and where that consent

26  also allows the user to withdraw consent on a case-by-case basis.

27       89.    In the course of my representation of Patreon in this case, I have monitored other

28  putative class actions alleging violations of the VPPA.  My firm subscribes to LexMachina, which

1  offers a searchable database of civil litigation filings otherwise accessible on the US PACER system.

2  According to my searches on Lex Machina, since January 1, 2022, over 200 lawsuits have been filed

3  alleging violations of the VPPA on account of an online video distributor's alleged use of a tracking

4  pixel.  I am not aware of any case in which a defendant has avoided liability by successfully arguing

5  that it complied with the VPPA's terms and had obtained consent from the plaintiff using a form

6  distinct and separate from any form setting forth other legal or financial obligations of the consumer

7  and where that consent also allows the user to withdraw consent on a case-by-case basis.

8        I declare under the laws of the United States that the statements in this declaration are true and

9  correct to the best of my knowledge, and that this declaration was executed on November 17, 2023 in

10  Oakland, California.

*/s/ Fred Norton*
Fred Norton

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF FRED NORTON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:22-CV-03131-JCS