# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

```
THE UNITED STATES OF AMERICA,      )
                                   )
                    Plaintiff,     )   District Court
v.                                 )   Case No.
                                   )   21-10016
RANDY SPORN,                       )
                                   )
                    Defendant.     )
```

TRANSCRIPT OF PROCEEDINGS

VOLUME I

On the 14th day of February, 2022, came on to be heard proceedings in the above-entitled and numbered cause before the HONORABLE ERIC F. MELGREN, Judge of the United States District Court for the District of Kansas, sitting in Wichita, commencing at 1:00 P.M. Proceedings recorded by machine shorthand. Transcript produced by computer-aided transcription.

APPEARANCES:

The plaintiff appeared by and through:
        Mr. Jason W. Hart
        United States Attorney's Office
        301 North Main Street
        Suite 1200
        Wichita, Kansas  67202-4812

The defendant appeared in person and by and through:
        Mr. Mitch E. Biebighauser
        Federal Public Defender's Office
        850 Epic Center
        301 North Main Street
        Wichita, Kansas 67202

I N D E X

PAGE

WITNESSES
    For the Plaintiff
    EVAN ANDERSON
       Direct Examination By Mr. Hart                  5
       Cross-Examination By Mr. Biebighauser          61
       Redirect Examination By Mr. Hart               88
       Recross-Exam By Mr. Biebighauser               93
    SERGEANT STEPHANIE NEAL
       Direct Examination By Mr. Hart                 96
       Cross-Examination By Mr. Biebighauser         115

    For the Defendant
    RANDY SPORN
       Direct Exam By Mr. Biebighauser               127
       Cross-Examination By Mr. Hart                 133
       Redirect Exam By Mr. Biebighauser             148

EXHIBITS                                             ADMD
For the Plaintiff:
No. 1        CyberTip No. 61606638                    16
No. 2        CyberTip No. 71133752                    16
No. 3        Twitter Terms of Service                 23
No. 4        Twitter Privacy Policy                   23
No. 5        Twitter Rules                            23
No. 6        Twitter Child Sexual                     23
             Exploitation Policy
No. 7        Twitter's "Our Approach" re.             23
             Their enforcement policy
No. 8        Wichita Police Department               106
             search warrant application,
             warrant, and return for AT&T
No. 9        Wichita Police Department               106
             search warrant application,
             warrant, and return for Cox
No. 10       Wichita Police Department               106
             search warrant application,
             warrant, and return for
             Google
No. 11       Wichita Police Department               106
             search warrant application,
             warrant, and return for
             Yahoo
No. 12       Wichita Police Department               106
             search warrant application,
             warrant, and return for

3

No. 13          Twitter
                Twitter account suspended          54
                2-27-20


REPORTER'S CERTIFICATE                             161

PTRN-STARK_000122

| 13:00:16 | 1 | CLERK WOOD:  All rise. |
| 13:00:17 | 2 | The United States District Court for the District |
| 13:00:20 | 3 | of Kansas is now in session, the Honorable Eric F. |
| 13:00:22 | 4 | Melgren presiding. |
| 13:00:25 | 5 | THE COURT:  Good afternoon.  You may be seated. |
| 13:00:29 | 6 | The court calls the case of the United States v. |
| 13:00:34 | 7 | Randy Sporn, Case No. 21-10016.  United States appears by |
| 13:00:42 | 8 | Assistant United States Attorney Jason Hart, and the |
| 13:00:45 | 9 | defendant appears in person and by his counsel Assistant |
| 13:00:49 | 10 | Federal Public Defender Mitch Biebighauser.  This matter |
| 13:00:51 | 11 | comes before the court on a motion to suppress. |
| 13:00:53 | 12 | I understand, Mr. Hart, that we have a witness or |
| 13:00:59 | 13 | two that we're going to start with; is that correct? |
| 13:01:02 | 14 | MR. HART:  That is correct, Your Honor.  We have |
| 13:01:05 | 15 | Evan Anderson from Twitter online and Detective Steph -- |
| 13:01:09 | 16 | now Sergeant Stephanie Neal, who is present in the |
| 13:01:12 | 17 | hallway outside. |
| 13:01:14 | 18 | THE COURT:  All right.  Is there any -- pardon me. |
| 13:01:18 | 19 | Is there anything else we need to take up before we start |
| 13:01:20 | 20 | with the witnesses?  Mr. Biebighauser? |
| 13:01:21 | 21 | MR. BIEBIGHAUSER:  Your Honor, I invoked the rule |
| 13:01:24 | 22 | excluding witnesses.  It sounds like that's been done but |
| 13:01:26 | 23 | I'd like to formally invoke it. |
| 13:01:28 | 24 | THE COURT:  Very well.  It does sound like that's |
| 13:01:30 | 25 | already been complied with, so if there's nothing else, I |

PTRN-STARK_000123

| | | |
|---|---|---|
| 13:01:34 | 1 | guess we'll proceed.  So I hope that the witness is in a |
| 13:01:41 | 2 | warmer room than we are.  I think they were hanging meat |
| 13:01:45 | 3 | this morning, but we'll do the best we can. |
| 13:01:46 | 4 | So, Mr. Hart, you may proceed. |
| 13:01:48 | 5 | MR. HART:  Your Honor, would it be okay with the |
| 13:01:50 | 6 | court if I asked my questions from this table instead of |
| 13:01:54 | 7 | the podium? |
| 13:01:55 | 8 | THE COURT:  That's fine with me. |
| 13:01:56 | 9 | MR. HART:  Okay. |
| 13:01:58 | 10 | THE COURT:  And we'll need to start by swearing in |
| 13:02:00 | 11 | the witness. |
| 13:02:06 | 12 | Can you do that, Mr. Wood? |
| 13:02:09 | 13 | Can we identify the witness?  Who is our witness? |
| 13:02:12 | 14 | MR. HART:  Your Honor, it is Mr. Evan Anderson |
| 13:02:18 | 15 | with Twitter, and he's appearing by video teleconference. |
| 13:02:22 | 16 | THE COURT:  All right. |
| 13:02:23 | 17 | CLERK WOOD:  Mr. Anderson, will you raise your |
| 13:02:25 | 18 | right hand. |
| 13:02:25 | 19 | EVAN ANDERSON, |
| 13:02:25 | 20 | having been first duly sworn to testify the truth, the |
| 13:02:25 | 21 | whole truth, and nothing but the truth, testified via |
| 13:02:36 | 22 | Zoom as follows: |
| 13:02:40 | 23 | DIRECT EXAMINATION |
| 13:02:40 | 24 | BY MR. HART: |
| 13:02:40 | 25 | Q.    Good afternoon, sir.  Would you please introduce |

| | | |
|---|---|---|
| 13:02:41 | 1 | yourself to the Court. |
| 13:02:44 | 2 | A.     Yes.   My name is Evan Anderson.   I am lead policy |
| 13:02:48 | 3 | expert at Twitter within their Trust and Safety |
| 13:02:52 | 4 | Department. |
| 13:02:52 | 5 | Q.     And in that capacity with Twitter, what are your |
| 13:02:58 | 6 | duties there? |
| 13:02:58 | 7 | A.     My duties include maintaining and defining |
| 13:03:05 | 8 | policies relating to child safety for Twitter products. |
| 13:03:08 | 9 | Q.     And is how long have you been at Twitter? |
| 13:03:11 | 10 | A.     I've been at Twitter since August 2014. |
| 13:03:14 | 11 | Q.     So at this point a little past seven years? |
| 13:03:18 | 12 | A.     That's correct. |
| 13:03:19 | 13 | Q.     And as far as your education goes, what's your |
| 13:03:22 | 14 | educational background? |
| 13:03:24 | 15 | A.     I have a Bachelor of Arts from Marymount |
| 13:03:29 | 16 | University in Criminal Justice and Sociology. |
| 13:03:33 | 17 | Q.     And when is it that you graduated? |
| 13:03:35 | 18 | A.     2008. |
| 13:03:41 | 19 | Q.     All right.   Prior to your time at Twitter, where |
| 13:03:43 | 20 | was it that you worked? |
| 13:03:45 | 21 | A.     For a time I worked at a nonprofit consulting |
| 13:03:51 | 22 | firm.   That was about a year following my graduation from |
| 13:03:55 | 23 | Marymount University.   And then I worked five years at |
| 13:03:59 | 24 | the National Center For Missing and Exploited Children on |
| 13:04:02 | 25 | their Exploited Children Unit. |

Johanna L. Wilkinson, CSR, CRR, RMR

(316) 323-3500   redwoof58@yahoo.com

PTRN-STARK_000125

| | | |
|---|---|---|
| 13:04:05 | 1 | Q.    All right.  And while you were there at the |
| 13:04:07 | 2 | National Center For Missing and Exploited Children, and |
| 13:04:11 | 3 | would it be accurate to say that you folks in the field |
| 13:04:14 | 4 | will sometimes refer to this as NCMEC? |
| 13:04:18 | 5 | A.     That's correct. |
| 13:04:19 | 6 | Q.     While you were there, what were your duties and |
| 13:04:22 | 7 | responsibilities? |
| 13:04:24 | 8 | A.     I was the Cyber -- a CyberTipline analyst, |
| 13:04:31 | 9 | reviewing reports from the public and also companies -- |
| 13:04:34 | 10 | technology companies registered as electronic service |
| 13:04:37 | 11 | providers.  I also worked directly with law enforcement |
| 13:04:41 | 12 | or industry company representatives to just make sure |
| 13:04:45 | 13 | that the CyberTipline reporting process and referral |
| 13:04:48 | 14 | process worked smoothly. |
| 13:04:52 | 15 | Q.     Now, as far as it goes, fair to say you're not a |
| 13:04:54 | 16 | lawyer? |
| 13:04:55 | 17 | A.     Correct.  I have no legal training. |
| 13:04:58 | 18 | Q.     And as far as is it goes for Twitter, while you |
| 13:05:02 | 19 | are well familiar with Twitter's policies and practices |
| 13:05:08 | 20 | relating to child sexual exploitation material, your |
| 13:05:13 | 21 | wheelhouse is in sort of how those policies interact, not |
| 13:05:16 | 22 | necessarily the legal implications of those? |
| 13:05:20 | 23 | A.     Correct, just really focusing on the intersection |
| 13:05:25 | 24 | of online safety policies, policies pertaining to child |
| 13:05:29 | 25 | exploitation that are -- and the standards that are |

PTRN-STARK_000126

| 13:05:31 | 1 | associated with those throughout the internet industry |
| 13:05:34 | 2 | and how we deploy those at Twitter. |
| 13:05:37 | 3 | Q.    And as far as your computer -- I mean, we're |
| 13:05:42 | 4 | talking about a technology that exists on the internet |
| 13:05:45 | 5 | through computers.  Are you a computer forensic analyst? |
| 13:05:49 | 6 | A.    I'm not. |
| 13:05:51 | 7 | Q.    How would you esteem your, I guess, knowledge |
| 13:05:55 | 8 | relative to computer-related issues? |
| 13:06:00 | 9 | A.    I would say I have a moderate understanding of |
| 13:06:04 | 10 | technology, both powering products like Twitter but also |
| 13:06:09 | 11 | used to identify apparent violations of the policies that |
| 13:06:13 | 12 | we maintain. |
| 13:06:17 | 13 | Q.    All right.  So while not to the level of, I guess, |
| 13:06:19 | 14 | a computer forensics expert, you know more than the |
| 13:06:22 | 15 | average person regarding those sort of things? |
| 13:06:25 | 16 | A.    Certainly as relates to Twitter, yes. |
| 13:06:27 | 17 | Q.    All right.  And is that based solely upon your job |
| 13:06:30 | 18 | and the time that you've been there? |
| 13:06:32 | 19 | A.    That's right, my training and experience working |
| 13:06:36 | 20 | in this role. |
| 13:06:37 | 21 | Q.    And as far as experience testifying, have you |
| 13:06:40 | 22 | testified before? |
| 13:06:42 | 23 | A.    No, this is my first time. |
| 13:06:44 | 24 | Q.    All right.  Just so we know or so you know, if at |
| 13:06:49 | 25 | any point in time I ask a question or defense counsel or |

PTRN-STARK_000127

| | | |
|---|---|---|
| 13:06:52 | 1 | even the Court asks a question that doesn't make sense, |
| 13:06:55 | 2 | it's okay for you to ask us to repeat it in a way that |
| 13:06:59 | 3 | you either understand or breaks it into smaller parts. |
| 13:07:02 | 4 | Do you understand that? |
| 13:07:03 | 5 | A.    Yes, I do. |
| 13:07:04 | 6 | Q.    And if for some reason -- well, you've already |
| 13:07:09 | 7 | been doing this.  You've been answering questions out |
| 13:07:12 | 8 | loud with an audible and intelligible response.  If you |
| 13:07:15 | 9 | say things like "uh-huh" or "huh-uh," I may ask you to |
| 13:07:18 | 10 | clarify exactly what you're saying. |
| 13:07:20 | 11 | Do you understand? |
| 13:07:21 | 12 | A.    Yes, I do. |
| 13:07:22 | 13 | Q.    Now, I want to get us a general explanation of |
| 13:07:29 | 14 | what Twitter is, just for purposes of the record.  What |
| 13:07:33 | 15 | service does Twitter provide? |
| 13:07:36 | 16 | A.    We provide a service for logged-in users who have |
| 13:07:42 | 17 | an account on Twitter to post messages with a character |
| 13:07:48 | 18 | limit and a limit to how much media -- that could be |
| 13:07:52 | 19 | video or image or even a broadcast from their account -- |
| 13:07:57 | 20 | where they can post that for followers and non-followers, |
| 13:08:00 | 21 | people who are not interacting with them directly, to see |
| 13:08:03 | 22 | that message. |
| 13:08:04 | 23 | It has often been described as a pseudo-microphone |
| 13:08:10 | 24 | to the average person.  They can also control who sees |
| 13:08:16 | 25 | their posts through following relationships, where they |

PTRN-STARK_000128

| | | |
|---|---|---|
| 13:08:19 | 1 | accept.  They protect their tweets.  They allow users to |
| 13:08:24 | 2 | interact with their tweets only if they approve of the |
| 13:08:27 | 3 | follower relationship.  And we also allow for private |
| 13:08:33 | 4 | one-to-one or one-to-many direct messaging. |
| 13:08:38 | 5 | Q.     And as far as all of this service that Twitter |
| 13:08:41 | 6 | provides, is this all done on servers owned by Twitter? |
| 13:08:45 | 7 | A.     That's correct. |
| 13:08:46 | 8 | Q.     And this may sound like a silly question but I |
| 13:08:49 | 9 | need to ask it.  Is Twitter part of the government? |
| 13:08:54 | 10 | A.     No, it is not. |
| 13:08:55 | 11 | Q.     And just to be clear, I'm saying government as |
| 13:09:00 | 12 | though I'm referring to the United States government. |
| 13:09:02 | 13 | Would it be fair to say that Twitter has a footprint that |
| 13:09:07 | 14 | well exceeds the United States boundaries? |
| 13:09:08 | 15 | A.     Yes, it does.  The majority of the user base are |
| 13:09:12 | 16 | located outside of the United States. |
| 13:09:13 | 17 | Q.     And are you an arm or extension of any of those |
| 13:09:17 | 18 | other governments? |
| 13:09:18 | 19 | A.     No, we are not. |
| 13:09:20 | 20 | Q.     Are you paid or subsidized by the government? |
| 13:09:23 | 21 | A.     No, we are not. |
| 13:09:25 | 22 | Q.     And just to clarify, while I just said "the |
| 13:09:30 | 23 | government," I mean any government. |
| 13:09:31 | 24 | A.     That's correct. |
| 13:09:35 | 25 | Q.     Other than paying attention to the laws and |

*Johanna L. Wilkinson, CSR, CRR, RMR*

(316) 323-3500   redwoof58@yahoo.com

| | | |
|---|---|---|
| 13:09:39 | 1 | regulations, both here in the United States and abroad |
| 13:09:44 | 2 | for your daily operation, does the government or any |
| 13:09:50 | 3 | government tell you how to conduct your business there at |
| 13:09:52 | 4 | Twitter? |
| 13:09:53 | 5 | A.      No, they do not. |
| 13:09:54 | 6 | Q.      As far as Twitter goes, can you give us an idea -- |
| 13:09:58 | 7 | I guess I want to have an idea of the size or scope of |
| 13:10:01 | 8 | Twitter.  How many users did Twitter have last year? |
| 13:10:07 | 9 | A.      Oh, well, I can tell you based off of a recent |
| 13:10:13 | 10 | earnings call to the public.  Twitter shared that we have |
| 13:10:16 | 11 | over 200 million daily, active users.  I believe that's |
| 13:10:21 | 12 | been a pretty constant number for at least the past year, |
| 13:10:24 | 13 | so I believe that response can also cover for last year, |
| 13:10:27 | 14 | but that's the information I have awareness of right now. |
| 13:10:30 | 15 | Q.      And is that just U.S.-based users or global users? |
| 13:10:34 | 16 | A.      Global. |
| 13:10:39 | 17 | Q.      And you may or may not be able to answer this |
| 13:10:42 | 18 | question, given your title and duties, but how is it, |
| 13:10:47 | 19 | just generally, that Twitter makes money? |
| 13:10:51 | 20 | A.      Generally we make money off of advertising, |
| 13:10:57 | 21 | allowing private companies to take out ads for their |
| 13:11:02 | 22 | products or services, and those are serviced to users who |
| 13:11:08 | 23 | are using the product. |
| 13:11:09 | 24 | Q.      For a user to use the product, I want to talk |
| 13:11:12 | 25 | about that process.  How does a user go about setting up |

| | | |
|---|---|---|
| 13:11:19 | 1 | an account? |
| 13:11:20 | 2 | A.      They can access our service initially by |
| 13:11:25 | 3 | downloading the application from any mobile shop, mobile |
| 13:11:31 | 4 | online app store, as well as just going to Twitter.com in |
| 13:11:36 | 5 | any kind of -- in any browser, mobile or desktop or |
| 13:11:40 | 6 | laptop, and they provide a few credentials that they |
| 13:11:45 | 7 | decide -- they determine that they'd like to provide. |
| 13:11:47 | 8 | That can be email address or phone number that they use |
| 13:11:51 | 9 | to complete the registration steps.  And it's about three |
| 13:11:55 | 10 | steps to create an account. |
| 13:11:57 | 11 | Q.     And as far as setting up that account, does it |
| 13:12:02 | 12 | cost anything for a user to set up their account? |
| 13:12:05 | 13 | A.      No, it does not. |
| 13:12:07 | 14 | Q.     Now, when a user sets up an account, do you have |
| 13:12:12 | 15 | any agreements that you require of the user before they |
| 13:12:16 | 16 | start getting access to Twitter services? |
| 13:12:20 | 17 | A.      Yes.  Before they -- before they wrap up the |
| 13:12:25 | 18 | actual sign-up flow, they have to agree to our terms of |
| 13:12:29 | 19 | service, our privacy policies, as well as our cookies |
| 13:12:32 | 20 | policy. |
| 13:12:34 | 21 | Q.     All right.  Before -- going to ask you a lot of |
| 13:12:42 | 22 | questions about a number of those things.  Before we get |
| 13:12:45 | 23 | into that more detailed discussion of Twitter, the user |
| 13:12:48 | 24 | experience, how you guys deal with child sexual |
| 13:12:52 | 25 | exploitation material, I want to make sure you've |

| 13:12:54 | 1 | reviewed several exhibits which we'll be referencing as |
| 13:12:58 | 2 | we go along here. |
| 13:13:01 | 3 | Would it be accurate to say, in anticipation of |
| 13:13:05 | 4 | your testimony here this afternoon, I have provided you |
| 13:13:07 | 5 | copies of Government's Exhibits 1 through -- I believe |
| 13:13:10 | 6 | it's 7? |
| 13:13:12 | 7 | A.      Yes, you have.  I've received those and reviewed |
| 13:13:14 | 8 | them. |
| 13:13:15 | 9 | Q.     All right.  And are all of those things of which |
| 13:13:19 | 10 | you're familiar with? |
| 13:13:20 | 11 | A.      Yes, I am. |
| 13:13:21 | 12 | Q.     All right.  I'm going to go down sort of that list |
| 13:13:24 | 13 | more specifically. |
| 13:13:28 | 14 | MR. HART:  And I am going to share my screen as I |
| 13:13:31 | 15 | do so, if that's all right with the Court. |
| 13:13:37 | 16 | THE COURT:  Of course. |
| 13:13:37 | 17 | BY MR. HART: |
| 13:13:41 | 18 | Q.     All right.  And I'm going to pull up first what's |
| 13:13:49 | 19 | marked as Exhibit No. 1.  Whoops, it moved.  Of course, |
| 13:14:00 | 20 | it went to -- oh, it hung it up.  I'm sorry.  Let me stop |
| 13:14:10 | 21 | and reshare. |
| 13:14:22 | 22 | All right.  What we have here in Government's |
| 13:14:26 | 23 | Exhibit No.1, this is what purports to be CyberTipline |
| 13:14:29 | 24 | report 61606638.  Are you able to see that? |
| 13:14:34 | 25 | A.      Yes, I am. |

| | | |
|---|---|---|
| 13:14:35 | 1 | Q.      And with the caveat and acknowledgement that this |
| 13:14:41 | 2 | document does not include the attached files that are |
| 13:14:43 | 3 | referenced in it, does Government Exhibit 1 reflect the |
| 13:14:50 | 4 | CyberTip submitted to Twitter relating to the |
| 13:14:53 | 5 | mikeyfromtumbl1 account? |
| 13:14:55 | 6 | A.      Yes, it does. |
| 13:14:56 | 7 | Q.      And more specifically, if as we were -- if we were |
| 13:15:00 | 8 | to scroll through, this is Twitter's report then |
| 13:15:03 | 9 | contained in Section A on pages 1 through 5 of this |
| 13:15:14 | 10 | CyberTip? |
| 13:15:15 | 11 | A.      Yes. |
| 13:15:15 | 12 | Q.      And just so we are clear and in case it's |
| 13:15:18 | 13 | referenced later, was there a second duplicate report for |
| 13:15:21 | 14 | this account submitted as CyberTip 61621395? |
| 13:15:30 | 15 | A.      Yes. |
| 13:15:32 | 16 | Q.      All right.  And just so you know and to headline |
| 13:15:34 | 17 | it for the counsel and the Court, we don't plan to have |
| 13:15:39 | 18 | that one introduced since it's a duplicate of this one. |
| 13:15:46 | 19 |         While we do not have the attached files and just |
| 13:15:48 | 20 | so we're clear on what I'm talking about with you, I'm |
| 13:15:53 | 21 | scrolling down here to where it talks about uploaded file |
| 13:16:00 | 22 | information.  And this is on -- starts on page, I guess, |
| 13:16:04 | 23 | 3 and really, in substance, on page 4 and 5 of the |
| 13:16:09 | 24 | CyberTipline report.  But these files that were uploaded, |
| 13:16:12 | 25 | that is what we're referencing that's not included in |

| 13:16:16 | 1 | this document?  Is that a "yes"? |
| 13:16:21 | 2 | A.      Correct. |
| 13:16:32 | 3 | Q.      All right.  Now, I'm going to stop my share just |
| 13:16:35 | 4 | for a second and go on to No. 2.  And what I'm showing |
| 13:16:46 | 5 | you, are you able to see this, what's been marked as |
| 13:16:49 | 6 | Government's Exhibit No. 2? |
| 13:16:50 | 7 | A.      Yes. |
| 13:16:56 | 8 | Q.      And with this same acknowledgement or caveat that |
| 13:17:00 | 9 | this does not include the attached files, does Government |
| 13:17:02 | 10 | Exhibit No. 2 reflect the CyberTip that was submitted by |
| 13:17:06 | 11 | Twitter relating to the survinglife8 account? |
| 13:17:09 | 12 | A.      Yes, it does. |
| 13:17:11 | 13 | Q.      And in this -- for this particular CyberTip, is |
| 13:17:15 | 14 | Twitter's report contained in Section A on pages 1 |
| 13:17:17 | 15 | through 3? |
| 13:17:19 | 16 | A.      Yes. |
| 13:17:21 | 17 | Q.      And as it relates to both of these -- |
| 13:17:26 | 18 | MR. HART:  And, Your Honor, I would move to admit, |
| 13:17:28 | 19 | for purposes of our hearing today, Government's Exhibits |
| 13:17:30 | 20 | No. 1 and 2. |
| 13:17:32 | 21 | THE COURT:  Any objection? |
| 13:17:35 | 22 | MR. BIEBIGHAUSER:  A question of clarification, if |
| 13:17:36 | 23 | I can, Your Honor. |
| 13:17:37 | 24 | THE COURT:  All right. |
| 13:17:40 | 25 | MR. BIEBIGHAUSER:  Sir, first of all, can you hear |

PTRN-STARK_000134

| 13:17:41 | 1 | me? |
| 13:17:43 | 2 | THE WITNESS:  Yes, I can. |
| 13:17:44 | 3 | MR. BIEBIGHAUSER:  Okay.  My name is Mitch |
| 13:17:46 | 4 | Biebighauser.  I'm the attorney for Mr. Sporn.  Mr. Hart |
| 13:17:50 | 5 | was referring to these on pages 1 through 5 being |
| 13:17:52 | 6 | Twitter's report.  Did Twitter author this document? |
| 13:17:56 | 7 | THE WITNESS:  We fill in fields associated with |
| 13:18:00 | 8 | this online form that currently is being viewed as a PDF, |
| 13:18:03 | 9 | but it's filled out through an online process where we |
| 13:18:09 | 10 | map and fill in the fields of the form.  So the actual |
| 13:18:16 | 11 | skeletal structure of the form is created by NCMEC and |
| 13:18:19 | 12 | it's a standard CyberTip format for all electronic |
| 13:18:24 | 13 | service providers, and then we filled in the fields.  So |
| 13:18:27 | 14 | essentially anything associated with the accounts in |
| 13:18:30 | 15 | question or the files uploaded by Twitter and included in |
| 13:18:33 | 16 | the CyberTip would be items that we provided and filled |
| 13:18:36 | 17 | out. |
| 13:18:36 | 18 | MR. BIEBIGHAUSER:  That's all.  No objection. |
| 13:18:38 | 19 | THE COURT:  1 and 2 are admitted. |
| 13:18:41 | 20 | BY MR. HART: |
| 13:18:42 | 21 | Q.    Just I'm going to click out of this just to give |
| 13:18:50 | 22 | us a bit of a timeline and I'm going to go back to |
| 13:18:53 | 23 | Government's Exhibit No. 1.  When is -- I'm going to |
| 13:19:03 | 24 | share my screen in case that aids you in answering the |
| 13:19:06 | 25 | question.  But when is this report submitted by Twitter |

| 13:19:10 | 1 | to NCMEC? |
| 13:19:15 | 2 | A.      It would have been submitted on December 23rd, |
| 13:19:19 | 3 | 2019. |
| 13:19:19 | 4 | Q.      And is that what we see right here that I'm |
| 13:19:23 | 5 | highlighting? |
| 13:19:24 | 6 | A.      That's correct. |
| 13:19:25 | 7 | Q.      Okay.  And as far as when the reported account was |
| 13:19:36 | 8 | created, does that then appear on page 3?  And I'm -- and |
| 13:19:46 | 9 | when I say "page 3," I'm referring to the page numbers |
| 13:19:48 | 10 | that are up here at the top of the report, not the |
| 13:19:51 | 11 | document itself. |
| 13:19:55 | 12 | But as far as the creation of that account, does |
| 13:20:02 | 13 | that appear on page 3 where it lists the IP address upon |
| 13:20:06 | 14 | registration right here? |
| 13:20:07 | 15 | A.      Yes, that's correct. |
| 13:20:08 | 16 | Q.      Okay.  And so for this account it's what date |
| 13:20:13 | 17 | there? |
| 13:20:13 | 18 | A.      August 26th, 2019. |
| 13:20:17 | 19 | Q.      Okay.  And as far as termination or suspension of |
| 13:20:24 | 20 | this account goes, would the report or date/time as we |
| 13:20:32 | 21 | saw on the very front page, is that going to be the same |
| 13:20:35 | 22 | or later than when the account was terminated by Twitter? |
| 13:20:38 | 23 | A.      It would have been after the account was |
| 13:20:40 | 24 | terminated. |
| 13:20:41 | 25 | Q.      All right.  So the report gets generated after |

| | | |
|---|---|---|
| 13:20:44 | 1 | Twitter has terminated the account? |
| 13:20:46 | 2 | **A.      That's correct.** |
| 13:20:49 | 3 | Q.     And just so we're clear, does that apply to both |
| 13:20:53 | 4 | of these CyberTips, that same process is in play? |
| 13:20:58 | 5 | **A.      Yes.** |
| 13:20:58 | 6 | Q.     All right.  Now, just so we kind of have the front |
| 13:21:01 | 7 | end in our heads of the first CyberTip, this account |
| 13:21:05 | 8 | starts August 26th of 2019.  If we then go to the second |
| 13:21:16 | 9 | CyberTip and use that date of reporting from y'all that |
| 13:21:24 | 10 | appears on the front page, does that give us a window |
| 13:21:27 | 11 | that goes from August 26th then to April 28th of 2020? |
| 13:21:34 | 12 | **A.      That's correct.** |
| 13:21:35 | 13 | Q.     All right.  Now as it relates to that window of |
| 13:21:48 | 14 | time, I'm going to move on now to Government's Exhibits 3 |
| 13:21:52 | 15 | through 7.  And just so we kind of have an orientation to |
| 13:22:01 | 16 | this -- well, we'll just start out with the terms of |
| 13:22:04 | 17 | service. |
| 13:22:11 | 18 | Now, this document that I'm showing you, what's |
| 13:22:14 | 19 | been marked as Government's Exhibit No. 3, are you |
| 13:22:17 | 20 | familiar with this? |
| 13:22:18 | 21 | **A.      Yes, I am.** |
| 13:22:18 | 22 | Q.     And just generally, what is this that we're |
| 13:22:22 | 23 | looking at? |
| 13:22:23 | 24 | **A.      It details the terms of service for using the** |
| 13:22:28 | 25 | **Wayback Machine for a period that would have been** |

PTRN-STARK_000137

| | |
|---|---|
| 13:22:30 | 1 | applicable to the range associated with the accounts |
| 13:22:34 | 2 | being live on the service. |
| 13:22:38 | 3 | Q.    I'm going to say that in a slightly different way |
| 13:22:41 | 4 | then.  Does Government's Exhibits No. 3 reflect Twitter's |
| 13:22:44 | 5 | terms of service that were in effect between July of 2019 |
| 13:22:48 | 6 | and May of 2020? |
| 13:22:51 | 7 | A.    Yes. |
| 13:22:51 | 8 | Q.    Now, just to orientate ourselves, we see right |
| 13:22:55 | 9 | here at the very beginning it says, "We've made some |
| 13:22:57 | 10 | updates to our terms of service that go into effect |
| 13:23:00 | 11 | January 1st of 2020."  [As read.]  Do you see that? |
| 13:23:04 | 12 | A.    Yes. |
| 13:23:05 | 13 | Q.    For this exhibit do the terms that came into |
| 13:23:08 | 14 | effect on January 1st of 2020 show up right here at the |
| 13:23:12 | 15 | very beginning? |
| 13:23:15 | 16 | A.    Can you ask the question again?  I'm sorry. |
| 13:23:17 | 17 | Q.    I'm sorry.  In terms of when -- what we're looking |
| 13:23:21 | 18 | at here, does Government's Exhibit No. 3 actually have |
| 13:23:25 | 19 | the terms of service that are from January 1st, 2020, as |
| 13:23:29 | 20 | well as what was before January 1st of 2020? |
| 13:23:35 | 21 | A.    It would be -- let me see the document. |
| 13:23:44 | 22 | Q.    If I may ask my question slightly different. |
| 13:23:47 | 23 | A.    Sure. |
| 13:23:47 | 24 | Q.    'Cause it is a little confusing.  Do we actually |
| 13:23:50 | 25 | have both sides of January 1st, 2020, reflected in this |

PTRN-STARK_000138

| | | |
|---|---|---|
| 13:23:55 | 1 | document? |
| 13:24:00 | 2 | A.      I'm just confirming that.   Sorry. |
| 13:24:05 | 3 | Q.      Okay.   I'm going to scroll down to about page -- |
| 13:24:08 | 4 | I think it's 19 of the document. |
| 13:24:20 | 5 | A.      Okay.   Thanks for the time.   Yes, confirming that |
| 13:24:23 | 6 | the answer is yes. |
| 13:24:24 | 7 | Q.      All right.   And so we see here on page -- is it 19 |
| 13:24:29 | 8 | where the effective date of January 1st applies to |
| 13:24:32 | 9 | everything that goes above that?   Are you able to see |
| 13:24:43 | 10 | that, Mr. Anderson? |
| 13:24:45 | 11 | A.      On page 19?   I believe -- I'm sorry, did you say |
| 13:24:58 | 12 | above that or below that? |
| 13:25:00 | 13 | Q.      Above that.   Does that relate it to everything |
| 13:25:03 | 14 | that is effective January 1st of 2020? |
| 13:25:18 | 15 | A.      Yes, it does. |
| 13:25:19 | 16 | Q.      All right.   Then we see the next part where it |
| 13:25:21 | 17 | says, "Archive of previous terms effective January 1st," |
| 13:25:25 | 18 | then it goes into, I guess, the old terms.   Is that what |
| 13:25:28 | 19 | we're to understand? |
| 13:25:30 | 20 | A.      Yes, that's correct. |
| 13:25:31 | 21 | Q.      And if we go all the way down here almost to the |
| 13:25:34 | 22 | bottom, does that give us the date of when these were in |
| 13:25:40 | 23 | effect right here? |
| 13:25:47 | 24 | A.      Yes, that's correct. |
| 13:25:48 | 25 | Q.      All right.   And those went into effect what date? |

| 13:25:54 | 1 | A.      I'm sorry.   One minute.   It looks like my screen |
| 13:26:02 | 2 | is now -- |
| 13:26:13 | 3 |          Sorry, I lost the Zoom screen.   I have it back |
| 13:26:17 | 4 | now.   It's May 25th, 2018. |
| 13:26:18 | 5 | Q.      Okay.   And for -- similar to this, does |
| 13:26:25 | 6 | Government's Exhibit No. -- I'm going to stop my share |
| 13:26:29 | 7 | here and I'm going to go to Government's Exhibit 4, which |
| 13:26:33 | 8 | is the privacy policy.   Does that include the same sort |
| 13:26:45 | 9 | of -- the new stuff that's January 1st of 2020 is at the |
| 13:26:48 | 10 | very beginning and then it jumps to the older archived |
| 13:26:53 | 11 | stuff beginning at about page 20 of this document? |
| 13:26:58 | 12 | A.      That's correct. |
| 13:27:07 | 13 | Q.      All right.   Now, as it relates to those two |
| 13:27:09 | 14 | documents, are those the only two where you have both an |
| 13:27:15 | 15 | archived and sort of this change that happens midway |
| 13:27:20 | 16 | through our window of applicable time? |
| 13:27:23 | 17 | A.      Yes, that's correct. |
| 13:27:23 | 18 | Q.      All right.   So I'm going then to Government's |
| 13:27:26 | 19 | Exhibit No. 5.   Well, as to both, I'm going to back up. |
| 13:27:31 | 20 | As to both Government's Exhibit No. 3 and Government's |
| 13:27:33 | 21 | Exhibit No. 4, do those accurately reflect Twitter's |
| 13:27:37 | 22 | terms of service and the privacy policy that was in |
| 13:27:41 | 23 | effect at that window of time that we've identified? |
| 13:27:45 | 24 | A.      Yes, they do. |
| 13:27:47 | 25 | Q.      Okay.   And then turning to Government's Exhibit |

PTRN-STARK_000140

| | | |
|---|---|---|
| 13:27:51 | 1 | No. 5, I'm going to show you this one.  What are we |
| 13:27:58 | 2 | seeing here? |
| 13:28:01 | 3 | A.      **These are the Twitter rules.** |
| 13:28:05 | 4 | Q.      And were these in effect during that same time |
| 13:28:10 | 5 | period that we've described, July 2019 to May of 2020? |
| 13:28:14 | 6 | A.      **Yes.** |
| 13:28:15 | 7 | Q.      All right.  And then we're going to move to |
| 13:28:23 | 8 | Government's Exhibit No. 6.  I'm going to share that with |
| 13:28:26 | 9 | you.  What is it we're looking at here in Government's |
| 13:28:29 | 10 | Exhibit No. 6? |
| 13:28:31 | 11 | A.      **This is our Help Center Child Sexual Exploitation** |
| 13:28:36 | 12 | **Policy page.** |
| 13:28:36 | 13 | Q.      And would this have been in effect at the time -- |
| 13:28:40 | 14 | does Government's Exhibit No. 6 reflect Twitter's child |
| 13:28:44 | 15 | sexual exploitation policy in effect between July 2019 |
| 13:28:47 | 16 | and May of 2020? |
| 13:28:49 | 17 | A.      **Yes.** |
| 13:28:51 | 18 | Q.      And then, lastly, I'm going to show you what's |
| 13:28:57 | 19 | been marked as Government's Exhibit No. 7 and going to |
| 13:29:03 | 20 | ask you the same question:  does Government's Exhibit |
| 13:29:07 | 21 | No. 7 reflect Twitter's enforcement philosophy that was |
| 13:29:12 | 22 | in effect between July 2019 and May of 2020? |
| 13:29:14 | 23 |         THE COURT:  Mr. Hart, would you first have the |
| 13:29:16 | 24 | witness identify what Government's Exhibit No. 7 is? |
| 13:29:18 | 25 |         MR. HART:  Oh, yes, Your Honor. |

| | | |
|---|---|---|
| 13:29:21 | 1 | BY MR. HART: |
| 13:29:21 | 2 | Q.    Mr. Anderson, what are we looking at here in |
| 13:29:23 | 3 | Government's Exhibit No. 7? |
| 13:29:25 | 4 | A.    Yes, if you scroll down you'll actually -- yeah, |
| 13:29:29 | 5 | there we go.  It's a document that's available through |
| 13:29:33 | 6 | our Help Center, in the same area of the Help Center |
| 13:29:37 | 7 | where our Child Sexual Exploitation Policy page is |
| 13:29:40 | 8 | located.  And this outlines our comprehensive approach to |
| 13:29:44 | 9 | how we develop our policies, how we enforce them, in an |
| 13:29:48 | 10 | effort to communicate to users expectations around doing |
| 13:29:52 | 11 | business on and using Twitter as a service. |
| 13:29:57 | 12 | Q.    Now, I'm going to come back to each of these as we |
| 13:30:02 | 13 | sort of go along, but as it relates to this Government's |
| 13:30:04 | 14 | Exhibit No. 7, does this reflect your -- Twitter's |
| 13:30:08 | 15 | enforcement philosophy in effect between July 2019 and |
| 13:30:12 | 16 | May 2020? |
| 13:30:14 | 17 | A.    Yes. |
| 13:30:15 | 18 | Q.    All right. |
| 13:30:15 | 19 |      MR. HART:  Your Honor, I would move to admit |
| 13:30:17 | 20 | Government's Exhibits 3 through 7 inclusive. |
| 13:30:25 | 21 |      THE COURT:  Mr. Biebighauser? |
| 13:30:27 | 22 |      MR. BIEBIGHAUSER:  No objection. |
| 13:30:28 | 23 |      THE COURT:  3, 4, 5, 6, and 7 are admitted. |
| 13:30:35 | 24 | BY MR. HART: |
| 13:30:35 | 25 | Q.    All right.  Mr. Anderson, as you said before, the |

| 13:30:41 | 1 | users have to agree to the terms and policies.  Does that |
| 13:30:45 | 2 | include those rules that we referenced in Government's |
| 13:30:49 | 3 | Exhibit No. 5? |
| 13:30:52 | 4 | A.      Yes, those are all part of our terms of service. |
| 13:30:55 | 5 | Q.      Okay.  And just so we're clear, when you say |
| 13:30:58 | 6 | "those are all part," are you referring to Government's |
| 13:31:01 | 7 | Exhibit No. 6 and 7 as well? |
| 13:31:03 | 8 | A.      Yes, that's correct. |
| 13:31:05 | 9 | Q.      And what happens if a user doesn't agree to those |
| 13:31:11 | 10 | terms or doesn't follow your terms or rules? |
| 13:31:15 | 11 | A.      As is particularly laid out in the Child Sexual |
| 13:31:20 | 12 | Exploitation Policy page, if a user engages in activity |
| 13:31:24 | 13 | that crosses the lines established in that policy page |
| 13:31:27 | 14 | for when it comes to child sexual exploitation, for |
| 13:31:32 | 15 | example, or really if you go to any of those policies on |
| 13:31:34 | 16 | the help center which are summarized on the rules page, |
| 13:31:40 | 17 | the enforcement action might include permanent suspension |
| 13:31:45 | 18 | of the account. |
| 13:31:46 | 19 | Q.      All right.  Well, let's -- from Twitter's |
| 13:31:51 | 20 | perspective, why are these terms of service, rules, |
| 13:31:56 | 21 | policies, why are these things important? |
| 13:31:59 | 22 |         MR. BIEBIGHAUSER:  Objection, Your Honor. |
| 13:32:00 | 23 | A.      We -- |
| 13:32:01 | 24 |         THE COURT:  Just a second, please. |
| 13:32:02 | 25 |         MR. BIEBIGHAUSER:  Objection, Your Honor. |

| | | |
|---|---|---|
| 13:32:04 | 1 | Twitter's perspective is not relevant. |
| 13:32:07 | 2 | THE COURT:  Overruled.  You may answer the |
| 13:32:09 | 3 | question. |
| 13:32:11 | 4 | A.    We believe it's important for users to understand |
| 13:32:14 | 5 | what lines we establish for safe conduct and using the |
| 13:32:20 | 6 | platform responsibly as we see it and as we intend for |
| 13:32:24 | 7 | the services to be used. |
| 13:32:25 | 8 | We also, for some of the types of activity that |
| 13:32:29 | 9 | our experience informs us might take place on a platform |
| 13:32:33 | 10 | like Twitter, we want to make sure that people are aware |
| 13:32:36 | 11 | of how we maintain safety and promote a safe experience, |
| 13:32:41 | 12 | and we hope that users can join us in facilitating that. |
| 13:32:52 | 13 | BY MR. HART: |
| 13:32:56 | 14 | Q.    All right.  I'm going to now sort of shift gears |
| 13:33:03 | 15 | and go back to some of the terms of service, privacy |
| 13:33:12 | 16 | policy, those sort of things. |
| 13:33:13 | 17 | You've already indicated that the terms -- well, |
| 13:33:19 | 18 | would it be fair to say that the terms of service is sort |
| 13:33:22 | 19 | of the big global document, and then privacy policy, and |
| 13:33:25 | 20 | then it starts sort of coming down in these smaller |
| 13:33:30 | 21 | pieces where folks -- the way that Twitter responds to |
| 13:33:35 | 22 | those sort of things, it gets a little bit more granular. |
| 13:33:39 | 23 | Is that -- |
| 13:33:39 | 24 | A.    That's right. |
| 13:33:40 | 25 | Q.    Okay.  And so you've already explained how |

PTRN-STARK_000144

| | | |
|---|---|---|
| 13:33:44 | 1 | Twitter's terms of service apply.  I'm going to bring |
| 13:33:49 | 2 | that up, though, real quick.  And I'm going to page, I |
| 13:34:07 | 3 | believe, 19 because that's what would have been in effect |
| 13:34:12 | 4 | at the time both accounts were opened or registered; |
| 13:34:14 | 5 | correct? |
| 13:34:15 | 6 | A.     That's correct. |
| 13:34:19 | 7 | Q.     And as we go through this -- |
| 13:34:21 | 8 | THE COURT:  Mr. Hart, have you identified which |
| 13:34:23 | 9 | exhibit you're in? |
| 13:34:23 | 10 | MR. HART:  I'm sorry, Your Honor.  This is |
| 13:34:25 | 11 | Government's Exhibit No. 3. |
| 13:34:26 | 12 | THE COURT:  Thank you.  And this is page 19, as |
| 13:34:29 | 13 | actually marked by the page numbers in the document and |
| 13:34:33 | 14 | not -- |
| 13:34:34 | 15 | MR. HART:  It's both, Your Honor.  It's both the |
| 13:34:35 | 16 | page numbers in the document as well as the PDF document. |
| 13:34:39 | 17 | THE COURT:  All right. |
| 13:34:42 | 18 | BY MR. HART: |
| 13:34:42 | 19 | Q.     And just so we're clear, right out of the gates, |
| 13:34:47 | 20 | Mr. Anderson, there's two different sections right here |
| 13:34:50 | 21 | that we see.  Are there really different rules between |
| 13:34:56 | 22 | the United States v. The European Union? |
| 13:35:02 | 23 | A.     Substantively, I believe they are very similar. |
| 13:35:07 | 24 | There are -- because of European Union-oriented |
| 13:35:10 | 25 | regulations, there is additional language outlining that. |

PTRN-STARK_000145

| | | |
|---|---|---|
| 13:35:14 | 1 | Q.     All right.  How do you determine -- does Twitter |
| 13:35:18 | 2 | sort of figure out -- well, never mind.  Scratch that. |
| 13:35:25 | 3 | That's more me just being curious than asking a question |
| 13:35:28 | 4 | that's important. |
| 13:35:30 | 5 |        But fair to say right here we actually see, right |
| 13:35:33 | 6 | out of the gates, that you're telling the user what |
| 13:35:35 | 7 | comprises this whole agreement about what the conditions |
| 13:35:40 | 8 | are for access? |
| 13:35:43 | 9 | A.     That's correct. |
| 13:35:43 | 10 | Q.     And when we see these lines underneath things, are |
| 13:35:49 | 11 | those hyperlinks where if a user wanted to click on it |
| 13:35:52 | 12 | they could see that thing? |
| 13:35:53 | 13 | A.     That's correct. |
| 13:35:53 | 14 | Q.     Now, if we were to click on those, those would -- |
| 13:35:56 | 15 | for instance, the privacy policy.  That would take us to |
| 13:35:58 | 16 | what's been marked as Government's Exhibit No. 4? |
| 13:36:01 | 17 | A.     That's correct. |
| 13:36:02 | 18 | Q.     Twitter rules would then take us to Government's |
| 13:36:04 | 19 | Exhibit No. 5? |
| 13:36:06 | 20 | A.     That's correct. |
| 13:36:07 | 21 | Q.     And then within that you could drill down to |
| 13:36:10 | 22 | Government's Exhibit No. 6 and 7? |
| 13:36:13 | 23 | A.     That's correct. |
| 13:36:14 | 24 | Q.     All right.  And where you talk about using the |
| 13:36:26 | 25 | services, you agree to be bound by those terms, is that |

PTRN-STARK_000146

| | | |
|---|---|---|
| 13:36:29 | 1 | actually language that appears right here on page 20? |
| 13:36:33 | 2 | A.    Yes. |
| 13:36:37 | 3 | Q.    Okay.  And then here in this section right here of |
| 13:36:40 | 4 | Who May Use the Services, do you -- is that again |
| 13:36:44 | 5 | repeating this it's a conditional -- these are the |
| 13:36:47 | 6 | conditions of use? |
| 13:36:48 | 7 | A.    Correct. |
| 13:36:52 | 8 | Q.    And then as we go I'm still -- I'm now on page 21, |
| 13:36:56 | 9 | but it's just now Section 2.  Do y'all get into privacy |
| 13:37:01 | 10 | fairly quickly here? |
| 13:37:02 | 11 | A.    Yes, we do. |
| 13:37:03 | 12 | Q.    And when you're talking privacy, this is the |
| 13:37:06 | 13 | privacy policy that's referenced in Government's Exhibit |
| 13:37:08 | 14 | No. 4? |
| 13:37:10 | 15 | A.    That's correct. |
| 13:37:15 | 16 | Q.    And then when we get down here again into Section |
| 13:37:22 | 17 | 4 called Using the Services, when we see the "Please |
| 13:37:27 | 18 | review the Twitter Rules and Policies," is that again the |
| 13:37:31 | 19 | material that's referenced in Government's Exhibits 5, 6, |
| 13:37:34 | 20 | and 7? |
| 13:37:35 | 21 | A.    That's correct. |
| 13:37:41 | 22 | Q.    All right.  Now, I'm going to direct you to page |
| 13:37:46 | 23 | 24 of this, which just comes down here a little bit |
| 13:37:50 | 24 | lower, and I'm going to highlight a part here. |
| 13:38:04 | 25 | Are you able to see that? |

PTRN-STARK_000147

| 13:38:07 | 1 | A.      Yes, I am. |
| 13:38:07 | 2 | Q.     I'm going to scroll that up just a little bit so |
| 13:38:10 | 3 | it's a little easier for everyone to see. |
| 13:38:13 | 4 | The part that I've highlighted, what is it you're |
| 13:38:16 | 5 | essentially telling Twitter users? |
| 13:38:17 | 6 | MR. BIEBIGHAUSER:  Objection, Your Honor.  The |
| 13:38:18 | 7 | document speaks for itself. |
| 13:38:22 | 8 | THE COURT:  Well, I'll allow him to explain what |
| 13:38:25 | 9 | the document says, but that objection would be effective |
| 13:38:29 | 10 | if he then went beyond the language of the document to |
| 13:38:32 | 11 | try to explain what it meant. |
| 13:38:34 | 12 | MR. BIEBIGHAUSER:  I understood that to be the |
| 13:38:35 | 13 | question, Your Honor. |
| 13:38:36 | 14 | MR. HART:  Your Honor, I'll withdraw the question. |
| 13:38:38 | 15 | THE COURT:  All right. |
| 13:38:40 | 16 | BY MR. HART: |
| 13:38:40 | 17 | Q.     Mr. Anderson, you don't have to answer that |
| 13:38:42 | 18 | question, as I think we all agree the document does speak |
| 13:38:46 | 19 | for itself. |
| 13:38:47 | 20 | All right.  I'm going to now shift gears and go to |
| 13:38:50 | 21 | the privacy policy, so one moment while I get things out |
| 13:38:56 | 22 | of the way.  And because we're talking about the terms of |
| 13:39:05 | 23 | service that were in play at the time of the account's, I |
| 13:39:13 | 24 | guess, registration for both of these, I'm going directly |
| 13:39:15 | 25 | to page 20 of the document.  So let me get there. |

| | | |
|---|---|---|
| 13:39:22 | 1 | THE COURT:  Are we now on Exhibit 4? |
| 13:39:24 | 2 | MR. HART:  Exhibit 4, yes, Your Honor. |
| 13:39:32 | 3 | BY MR. HART: |
| 13:39:32 | 4 | Q.     All right.  Mr. Anderson, are you able to see what |
| 13:39:35 | 5 | I've pulled up here from Government's Exhibit No. 4? |
| 13:39:39 | 6 | A.     Yes. |
| 13:39:39 | 7 | Q.     And I believe this is actually page 21, but it's |
| 13:39:48 | 8 | effectively -- that's where the privacy policy that was |
| 13:39:50 | 9 | effective until January 1st, 2020, starts; is that right? |
| 13:39:54 | 10 | A.     That's correct. |
| 13:39:55 | 11 | Q.     Okay.  Now, I'm going to scroll down here to |
| 13:40:01 | 12 | Section 3.3, which is on page 32 of that document. |
| 13:40:16 | 13 | Are you with me so far? |
| 13:40:18 | 14 | A.     Yes. |
| 13:40:21 | 15 | Q.     Now, as far as what this -- well, I guess my |
| 13:40:25 | 16 | question is kind of going to be the document sort of |
| 13:40:33 | 17 | speaks for itself, but would it be accurate to say in |
| 13:40:42 | 18 | this section Twitter is alerting users that it may |
| 13:40:45 | 19 | preserve and disclose a user's data to protect the safety |
| 13:40:49 | 20 | and integrity of its platform? |
| 13:40:51 | 21 | MR. BIEBIGHAUSER:  Objection, Your Honor.  It's |
| 13:40:53 | 22 | accurate to say what it says.  It's not a rephrasing by |
| 13:40:56 | 23 | Mr. Hart. |
| 13:40:57 | 24 | THE COURT:  Overruled.  He's not asking for any |
| 13:40:59 | 25 | interpretation beyond the language that's there. |

| | | |
|---|---|---|
| 13:41:03 | 1 | BY MR. HART: |
| 13:41:04 | 2 | Q.    Mr. Anderson, is that an accurate statement of |
| 13:41:07 | 3 | what Twitter is advising users? |
| 13:41:12 | 4 | **A.    That's correct.** |
| 13:41:13 | 5 | Q.    And in this case is that then what Twitter |
| 13:41:19 | 6 | ultimately did relative to these two CyberTips? |
| 13:41:23 | 7 |      MR. BIEBIGHAUSER:  Objection.  Lack of -- |
| 13:41:26 | 8 | **A.    That is correct.** |
| 13:41:25 | 9 |      MR. BIEBIGHAUSER:  Lack of personal knowledge. |
| 13:41:27 | 10 |      THE COURT:  Can you lay a foundation for the |
| 13:41:28 | 11 | witness's ability to answer that last question, Mr. Hart? |
| 13:41:31 | 12 |      MR. HART:  I will go back, Your Honor.  We'll get |
| 13:41:33 | 13 | to that.  I'll put a bookmark to that and we may come |
| 13:41:37 | 14 | back to that, Your Honor.  I expect we'll cover that in |
| 13:41:41 | 15 | later questions as we get more into the substance of the |
| 13:41:44 | 16 | CyberTips.  All right. |
| 13:41:48 | 17 | BY MR. HART: |
| 13:41:48 | 18 | Q.    Mr. Anderson, I'm going to get out of No. 4 and |
| 13:41:54 | 19 | I'm going to No. 5, Government's Exhibit No. 5. |
| 13:41:57 | 20 |      MR. BIEBIGHAUSER:  Excuse me, Mr. Hart, to the |
| 13:41:58 | 21 | extent that the witness answered that last question, Your |
| 13:42:00 | 22 | Honor, I'd ask that it be stricken.  We were talking at |
| 13:42:06 | 23 | the same time. |
| 13:42:06 | 24 |      THE COURT:  He didn't answer it. |
| 13:42:07 | 25 |      THE REPORTER:  Yes, he did. |

*Johanna L. Wilkinson, CSR, CRR, RMR*

(316) 323-3500   redwoof58@yahoo.com

PTRN-STARK_000150

| | | |
|---|---|---|
| 13:42:09 | 1 | THE WITNESS:  I did answer. |
| 13:42:10 | 2 | THE COURT:  Hold on. |
| 13:42:17 | 3 | (Brief pause.) |
| 13:42:24 | 4 | THE COURT:  Oh, he did.  You're right, |
| 13:42:26 | 5 | Mr. Biebighauser.  While we were talking, the witness |
| 13:42:29 | 6 | said, "That is correct," so I'll strike that answer. |
| 13:42:34 | 7 | BY MR. HART: |
| 13:42:35 | 8 | Q.    Mr. Anderson, I'm now going to pull up what's been |
| 13:42:38 | 9 | marked and admitted as Government's Exhibit No. 5.  And |
| 13:42:44 | 10 | this is the Twitter rules that you discussed earlier. |
| 13:42:54 | 11 | Now, why -- just generally, why is it that Twitter has |
| 13:43:00 | 12 | these rules on -- why do they have these rules? |
| 13:43:05 | 13 | MR. BIEBIGHAUSER: Objection.  Irrelevant.  Why |
| 13:43:06 | 14 | Twitter has the rules is not relevant. |
| 13:43:10 | 15 | THE COURT:  Can you rephrase the question?  It's |
| 13:43:13 | 16 | awfully broad, Mr. Hart.  I'm not sure where you're |
| 13:43:16 | 17 | trying to head. |
| 13:43:17 | 18 | MR. HART:  Certainly, Your Honor. |
| 13:43:18 | 19 | BY MR. HART: |
| 13:43:18 | 20 | Q.    Mr. Anderson, are you trying to communicate the |
| 13:43:24 | 21 | expectations of your -- the conditions of using your |
| 13:43:27 | 22 | service to the users? |
| 13:43:30 | 23 | A.    **That's correct.** |
| 13:43:31 | 24 | Q.    And do these rules help you do that communication |
| 13:43:34 | 25 | to the users? |

PTRN-STARK_000151

| | | |
|---|---|---|
| 13:43:37 | 1 | A.      Yes, they do. |
| 13:43:39 | 2 | Q.      And as you go through these rules here, and |
| 13:43:43 | 3 | there's -- and I'm looking under Safety and then there's |
| 13:43:50 | 4 | Privacy.  But under Safety, there's these headings of |
| 13:43:53 | 5 | Violence, Terrorism, Child Sexual Exploitation, Abuse, |
| 13:43:56 | 6 | Harassment, and so on and so forth. |
| 13:44:00 | 7 | Why is Twitter highlighting these particular areas |
| 13:44:05 | 8 | and then providing this Learn More out to the right? |
| 13:44:10 | 9 | MR. BIEBIGHAUSER:  Objection.  Irrelevant again as |
| 13:44:12 | 10 | to why Twitter is doing it. |
| 13:44:13 | 11 | THE COURT:  Overruled. |
| 13:44:18 | 12 | A.      The reason is for us to make sure users understand |
| 13:44:22 | 13 | those policy areas.  We believe those policy areas |
| 13:44:25 | 14 | represent rather egregious behavior, and it's important |
| 13:44:29 | 15 | for every user to understand where lines are drawn and to |
| 13:44:33 | 16 | really, hopefully, avoid that activity or to understand |
| 13:44:35 | 17 | what's happening if they do see that kind of activity |
| 13:44:38 | 18 | happening on the platform. |
| 13:44:39 | 19 | BY MR. HART: |
| 13:44:39 | 20 | Q.      Do -- well, as it relates to that, do y'all |
| 13:44:43 | 21 | provide some examples of what would constitute a |
| 13:44:45 | 22 | violation of these different types of activities? |
| 13:44:48 | 23 | A.      In the Learn More sections, which go to the |
| 13:44:53 | 24 | specific policy pages, it details what would represent a |
| 13:44:57 | 25 | violation, as well as what is not in violation of the |

| | | |
|---|---|---|
| 13:45:00 | 1 | policy category. |
| 13:45:02 | 2 | Q.    As you look -- looking through these under Safety, |
| 13:45:07 | 3 | I notice they start with "You may not," "You may not," |
| 13:45:10 | 4 | and they continue.  If you skip past Child Exploitation |
| 13:45:14 | 5 | with a bunch of "You may not" statements, but the Child |
| 13:45:18 | 6 | Sexual Exploitation, I guess, rule is worded slightly |
| 13:45:23 | 7 | different.  Y'all state, "We have zero tolerance for |
| 13:45:27 | 8 | child sexual exploitation on Twitter." |
| 13:45:29 | 9 | Why does Twitter, I guess, take that approach to |
| 13:45:35 | 10 | child exploitation subject matter? |
| 13:45:38 | 11 | MR. BIEBIGHAUSER:  Objection.  Relevance. |
| 13:45:40 | 12 | THE COURT:  Overruled. |
| 13:45:44 | 13 | A.    We draw that distinction because of how serious we |
| 13:45:47 | 14 | believe the violations, if they occur, are. |
| 13:45:49 | 15 | BY MR. HART: |
| 13:45:50 | 16 | Q.    Is it important for Twitter's business that it be |
| 13:45:55 | 17 | known as sort of aggressively inhospitable to folks who |
| 13:46:00 | 18 | might deal in child sexual exploitation? |
| 13:46:03 | 19 | MR. BIEBIGHAUSER:  Objection.  Your Honor, I don't |
| 13:46:04 | 20 | need to object every time.  I think it's clear by now my |
| 13:46:07 | 21 | position.  Can I have a standing objection? |
| 13:46:09 | 22 | THE COURT:  You can have a standing objection, |
| 13:46:10 | 23 | but, obviously, what's going on here, Mr. Biebighauser, |
| 13:46:13 | 24 | is that the Government's trying to indicate what Twitter |
| 13:46:15 | 25 | wanted to communicate to users, which is extremely |

| | | |
|---|---|---|
| 13:46:19 | 1 | pertinent to this -- the purpose of this hearing. |
| 13:46:22 | 2 | Nevertheless, you can have a standing objection to this |
| 13:46:24 | 3 | entire line of inquiry, and the objection's overruled. |
| 13:46:30 | 4 | BY MR. HART: |
| 13:46:30 | 5 | Q.    Do you need me to repeat the question, |
| 13:46:32 | 6 | Mr. Anderson? |
| 13:46:33 | 7 | **A.    That'd be helpful.  Sorry.** |
| 13:46:34 | 8 | Q.    Is it important for Twitter's business that it be |
| 13:46:38 | 9 | known as aggressively inhospitable to folks who engage in |
| 13:46:42 | 10 | child sexual exploitation? |
| 13:46:44 | 11 | **A.    Yes, it is.** |
| 13:46:46 | 12 | Q.    And why is that? |
| 13:46:49 | 13 | **A.    We -- and this is echoed or reiterated in the** |
| 13:46:53 | 14 | **point around the "we have zero tolerance" for it.** |
| 13:46:58 | 15 | **People will not use Twitter.  Twitter cannot exist as a** |
| 13:47:01 | 16 | **platform if that kind of behavior is taking place on it.** |
| 13:47:06 | 17 | Q.    Well, what would happen to Twitter's business if |
| 13:47:08 | 18 | Twitter became known as a safe place or a haven for child |
| 13:47:12 | 19 | pornography or child sexual exploitation? |
| 13:47:16 | 20 | **A.    I imagine users would no longer use it.  Users who** |
| 13:47:20 | 21 | **are hoping to have a safe and secure experience would no** |
| 13:47:22 | 22 | **longer use it.** |
| 13:47:24 | 23 | Q.    All right.  Now, you reference the child sexual |
| 13:47:28 | 24 | exploitation.  Sort of the examples that you provide to |
| 13:47:32 | 25 | users about that, is that what's contained in |

PTRN-STARK_000154

| | | |
|---|---|---|
| 13:47:34 | 1 | Government's Exhibit No. 6? |
| 13:47:37 | 2 | A.      Yes. |
| 13:47:37 | 3 | Q.      All right.  I'm going to pull that up and share |
| 13:47:40 | 4 | that.  And out of the gates here do we then again see the |
| 13:47:54 | 5 | reiteration of the zero-tolerance-worded verbiage? |
| 13:47:57 | 6 | A.      Yes, that's correct. |
| 13:48:01 | 7 | Q.      And is -- what is in violation of this policy that |
| 13:48:05 | 8 | section that's got that heading, is that what you're |
| 13:48:08 | 9 | talking about where you're providing explanations? |
| 13:48:10 | 10 | A.      That's correct. |
| 13:48:15 | 11 | Q.      Now, does this -- as you look at this, are -- |
| 13:48:19 | 12 | well, is this something that you, in your capacity there |
| 13:48:22 | 13 | at Twitter, that you've helped develop this policy? |
| 13:48:25 | 14 | A.      Yes, it is. |
| 13:48:27 | 15 | Q.      And just so we are clear, this same sort of -- I |
| 13:48:33 | 16 | know we're talking about child sexual exploitation |
| 13:48:36 | 17 | material.  But just so we're clear, to somebody who's not |
| 13:48:39 | 18 | maybe paying attention to this, you guys have these sort |
| 13:48:42 | 19 | of policy statements for the other areas that we saw in |
| 13:48:45 | 20 | the rules; correct? |
| 13:48:46 | 21 | A.      That's correct. |
| 13:48:47 | 22 | Q.      And I know that we're focused on this.  I don't |
| 13:48:49 | 23 | want to imply that Twitter is only focused on this, but |
| 13:48:53 | 24 | that's what we're talking about, just so that we're |
| 13:48:56 | 25 | clear. |

PTRN-STARK_000155

| 13:48:56 | 1 | Does this -- the -- just as we look at this, does |
| 13:49:03 | 2 | this explanation, does this cover just child pornography |
| 13:49:05 | 3 | images or does your policy extend beyond child |
| 13:49:10 | 4 | pornography images? |
| 13:49:11 | 5 | **A.      It extends beyond images to also behavior or other** |
| 13:49:15 | 6 | **types of interactions, with accounts sharing content or** |
| 13:49:19 | 7 | **talking about activity or intent.** |
| 13:49:22 | 8 | Q.    All right.  And let's go to the section that is |
| 13:49:26 | 9 | called What Happens If You Violate This Policy.  This is |
| 13:49:32 | 10 | page 2 of that document.  Are you with me so far? |
| 13:49:35 | 11 | **A.      Yes.** |
| 13:49:38 | 12 | Q.    Now, when you say -- and you bold it here -- |
| 13:49:42 | 13 | "immediate and permanent suspension," what does that |
| 13:49:46 | 14 | mean? |
| 13:49:46 | 15 | MR. BIEBIGHAUSER:  Objection.  The document speaks |
| 13:49:47 | 16 | for itself. |
| 13:49:49 | 17 | THE COURT:  Sustained. |
| 13:49:53 | 18 | BY MR. HART: |
| 13:49:54 | 19 | Q.    When you say immediate and -- |
| 13:49:56 | 20 | MR. HART:  Your Honor, if I may ask the question a |
| 13:49:57 | 21 | slightly different way. |
| 13:49:58 | 22 | THE COURT:  Again, I think you can ask him to |
| 13:50:00 | 23 | indicate what the policy says.  And I understand your |
| 13:50:04 | 24 | difficulty, Mr. Hart, is that the policy says ten times |
| 13:50:07 | 25 | as many words as you want, and I don't think it's |

PTRN-STARK_000156

| | | |
|---|---|---|
| 13:50:11 | 1 | violative for you to go through and just highlight the |
| 13:50:13 | 2 | words that are pertinent to you.  I just don't think you |
| 13:50:16 | 3 | can ask him to interpret what the policy says. |
| 13:50:18 | 4 | BY MR. HART: |
| 13:50:22 | 5 | Q.     From a sort of the back-end technology side of |
| 13:50:24 | 6 | things, when you say "immediate and permanent |
| 13:50:27 | 7 | suspension," what does that mean relative to access to |
| 13:50:31 | 8 | the account? |
| 13:50:32 | 9 | A.     It will be suspended as in the user will no longer |
| 13:50:36 | 10 | be able to access it or modify any of its contents. |
| 13:50:40 | 11 | Q.     And I'll ask you when we get into the nuts and |
| 13:50:42 | 12 | bolts of how Twitter deals with that stuff, we'll get a |
| 13:50:46 | 13 | little more clarity on that.  But is that then again -- |
| 13:50:57 | 14 | well, actually, this language that we see right here of |
| 13:51:03 | 15 | "removed and then reported to the National Center For |
| 13:51:08 | 16 | Missing and Exploited Children," NCMEC, why do you guys |
| 13:51:14 | 17 | include that language? |
| 13:51:15 | 18 |     MR. BIEBIGHAUSER:  Objection.  Relevance. |
| 13:51:16 | 19 |     THE COURT:  Overruled. |
| 13:51:18 | 20 | A.     We do that to demonstrate our intent to act in |
| 13:51:25 | 21 | accordance with U.S. law, which requires electronic |
| 13:51:29 | 22 | service providers who have identified this type of -- any |
| 13:51:33 | 23 | violations of what we believe to be child sexual |
| 13:51:35 | 24 | exploitation activity to be reported to the National |
| 13:51:39 | 25 | Center For Missing and Exploited Children. |

Johanna L. Wilkinson, CSR, CRR, RMR

(316) 323-3500   redwoof58@yahoo.com

PTRN-STARK_000157

| | | |
|---|---|---|
| 13:51:39 | 1 | BY MR. HART: |
| 13:51:40 | 2 | Q.     Does that language come from Twitter or someone |
| 13:51:43 | 3 | else, from the government, from NCMEC?  Where's it come |
| 13:51:46 | 4 | from? |
| 13:51:46 | 5 | A.     It comes from -- Twitter intended to communicate |
| 13:51:50 | 6 | what our steps are whenever we identify a violation of |
| 13:51:53 | 7 | this policy, so it's 100 percent Twitter. |
| 13:51:55 | 8 | Q.     As a business, is it your, I guess, decision or |
| 13:52:00 | 9 | option whether you participate in the NCMEC CyberTipline? |
| 13:52:06 | 10 | A.     Yes, it is. |
| 13:52:07 | 11 | Q.     And just so we kind of understand, how many |
| 13:52:12 | 12 | CyberTips does Twitter submit to NCMEC each year? |
| 13:52:16 | 13 | A.     To give you an example of our most -- I don't have |
| 13:52:19 | 14 | the number of CyberTip submissions we've submitted to |
| 13:52:23 | 15 | date for 2022, but in 2020, for example, we submitted |
| 13:52:28 | 16 | 65,000 unique CyberTips. |
| 13:52:31 | 17 | Q.     And do you submit tips to other international or |
| 13:52:34 | 18 | foreign NCMEC-like organizations? |
| 13:52:38 | 19 | A.     No, we do not. |
| 13:52:39 | 20 | Q.     So NCMEC is the one place where you're -- well, |
| 13:52:45 | 21 | let me ask slightly different.  Do you ever submit tips |
| 13:52:49 | 22 | or, I guess, make reports directly to law enforcement |
| 13:52:54 | 23 | organizations? |
| 13:52:55 | 24 | A.     No, we do not. |
| 13:53:01 | 25 | Q.     All right.  And let's get into sort of the nuts |

PTRN-STARK_000158

| | | |
|---|---|---|
| 13:53:15 | 1 | and bolts of how Twitter goes about sort of doing these |
| 13:53:21 | 2 | sort of, I guess, enforcing your policies.  Okay? |
| 13:53:24 | 3 | A.    Okay. |
| 13:53:24 | 4 | Q.    I don't want to get into the proprietary detail, |
| 13:53:30 | 5 | but can you tell us how Twitter goes about detecting |
| 13:53:34 | 6 | child sexual exploitation material on its servers? |
| 13:53:38 | 7 |      MR. BIEBIGHAUSER:  Objection.  Relevance. |
| 13:53:40 | 8 | A.    Yes. |
| 13:53:40 | 9 |      THE COURT:  Overruled. |
| 13:53:44 | 10 | BY MR. HART: |
| 13:53:45 | 11 | Q.    And -- |
| 13:53:45 | 12 | A.    Yes, we -- sorry. |
| 13:53:47 | 13 | Q.    No, go ahead, please. |
| 13:53:48 | 14 | A.    Okay.  We facilitate users to submit reports if |
| 13:53:52 | 15 | they come across such material or have information about |
| 13:53:56 | 16 | activities that might be taking place, and we promptly |
| 13:53:59 | 17 | review those.  Our team members are full-time employees |
| 13:54:03 | 18 | of Twitter, review those and assess and in some cases |
| 13:54:07 | 19 | submit CyberTip reports from those reports. |
| 13:54:09 | 20 |      Additionally, we work to proactively identify |
| 13:54:14 | 21 | those, and we do that through anything from keyword |
| 13:54:18 | 22 | association -- keywords that are associated directly with |
| 13:54:22 | 23 | child sexual exploitation activity, as well as if we have |
| 13:54:26 | 24 | identified previously that an image or a video depicts |
| 13:54:29 | 25 | what we believe to be child sexual exploitation, in |

PTRN-STARK_000159

| | | |
|---|---|---|
| 13:54:33 | 1 | accordance with our policies, we'll label those and |
| 13:54:35 | 2 | attempt to surface similar content for us to review and |
| 13:54:40 | 3 | evaluate and, if necessary, report to NCMEC. |
| 13:54:43 | 4 | Q.     So as you've described it, there is both a |
| 13:54:49 | 5 | personnel, like actual human beings at Twitter, plus an |
| 13:54:53 | 6 | automated process so it's sometimes it can be blended. |
| 13:54:57 | 7 | Am I correct to understand that? |
| 13:54:59 | 8 | A.     Yes.  We use technology to assist the manual |
| 13:55:03 | 9 | review process and surfacing of content that might |
| 13:55:10 | 10 | violate our service -- I'm sorry, might violate our terms |
| 13:55:13 | 11 | of service. |
| 13:55:13 | 12 | Q.     And just so we're clear, this -- now we're in the |
| 13:55:16 | 13 | subject matter that is specifically in the wheelhouse of |
| 13:55:20 | 14 | your, I guess, unit there at Twitter? |
| 13:55:24 | 15 | A.     That's correct. |
| 13:55:26 | 16 | Q.     All right.  In this particular case, for |
| 13:55:29 | 17 | CyberTip -- the first CyberTip, Government's Exhibit |
| 13:55:31 | 18 | No. 1, CyberTip 61606638, how did that come to Twitter's |
| 13:55:40 | 19 | attention? |
| 13:55:42 | 20 | A.     A user submitted a report.  Our team promptly |
| 13:55:45 | 21 | reviewed that report, reviewed the account, and then |
| 13:55:49 | 22 | identified the -- what we believed to be examples of |
| 13:55:53 | 23 | violations of our policy that fall into the child sexual |
| 13:55:58 | 24 | exploitation activity category.  And we submitted the -- |
| 13:56:00 | 25 | we suspended the account, we ensured that we preserved |

| | | |
|---|---|---|
| 13:56:07 | 1 | the account at the time that we suspended it.  And then |
| 13:56:10 | 2 | once that preservation was successful, we submitted a |
| 13:56:13 | 3 | CyberTip to NCMEC, detailing the examples of the |
| 13:56:20 | 4 | violation that we identified, as well as a preservation |
| 13:56:24 | 5 | file in the form of a .zip file in the CyberTip. |
| 13:56:29 | 6 | Q.     All right.  Now, for the user report, just so |
| 13:56:37 | 7 | we're 100 percent on this, that then involves Twitter |
| 13:56:42 | 8 | personnel reviewing stuff that's in the account? |
| 13:56:46 | 9 | A.     That's correct. |
| 13:56:47 | 10 | Q.     Is it just the image or content that the other |
| 13:56:53 | 11 | user reported, or does Twitter take a broader view of the |
| 13:56:58 | 12 | entire account? |
| 13:57:00 | 13 | A.     We review the account comprehensively, so we look |
| 13:57:03 | 14 | at all of the content posted by the account.  We also, if |
| 13:57:07 | 15 | necessary, will look at the account interactions, so what |
| 13:57:11 | 16 | other accounts on the platform are they engaged with |
| 13:57:15 | 17 | through a following relationship or other -- you know, |
| 13:57:18 | 18 | maybe it might even include direct messaging activity as |
| 13:57:22 | 19 | well. |
| 13:57:22 | 20 | Q.     All right.  So how quick is the turnaround on |
| 13:57:27 | 21 | that? |
| 13:57:27 | 22 | A.     We aim to respond to every user report within 24 |
| 13:57:32 | 23 | hours, so generally it can take anywhere from that -- it |
| 13:57:36 | 24 | might take as long as 24 hours to get to a report, but |
| 13:57:39 | 25 | usually we are very quick and we will resolve those |

PTRN-STARK_000161

| 13:57:42 | 1 | matters within an hour. |
| 13:57:44 | 2 | Q.    All right.  On this point, when Twitter does then |
| 13:57:49 | 3 | detect child sexual exploitation material, what does |
| 13:57:54 | 4 | Twitter then do?  Walk me through those steps. |
| 13:57:59 | 5 | A.    We will -- once we've identified what we believe |
| 13:58:02 | 6 | to be a violation of our policies, as stated on our Help |
| 13:58:06 | 7 | Center page, we will then shut down the account, which |
| 13:58:09 | 8 | means we will -- the technical term used internally is |
| 13:58:14 | 9 | suspend the account, and that also locks anybody from |
| 13:58:17 | 10 | accessing that account or making any adjustments to the |
| 13:58:20 | 11 | content on the account. |
| 13:58:22 | 12 |     We then preserve the account, using a technical |
| 13:58:26 | 13 | system.  Once that preservation process is complete, we |
| 13:58:31 | 14 | then start the process to submit those -- the information |
| 13:58:36 | 15 | that we've selected to highlight and clarify what we |
| 13:58:43 | 16 | believe to be the violation of our policies are, which |
| 13:58:45 | 17 | also correspond to fields within the CyberTip report, all |
| 13:58:52 | 18 | of that gets sent electronically to NCMEC. |
| 13:58:54 | 19 | Q.    And as you have done that, you've talked about |
| 13:58:57 | 20 | suspending, preserving, submitting, does Twitter continue |
| 13:59:00 | 21 | to review the contents of the account to develop, I don't |
| 13:59:05 | 22 | know, detection terms or other image comparison data to |
| 13:59:11 | 23 | improve future detection efforts? |
| 13:59:14 | 24 |     MR. BIEBIGHAUSER:  Objection.  Relevance. |
| 13:59:16 | 25 |     THE COURT:  Overruled. |

PTRN-STARK_000162

44

| | | |
|---|---|---|
| 13:59:19 | 1 | A.      We would have reviewed that and identified those |
| 13:59:22 | 2 | kinds of indicators or things we believe might improve |
| 13:59:26 | 3 | our detection capabilities in the process of us reviewing |
| 13:59:29 | 4 | the account for violations. |
| 13:59:31 | 5 | BY MR. HART: |
| 13:59:31 | 6 | Q.      All right.  So this is sort of a learn as you go |
| 13:59:34 | 7 | augmenting your own? |
| 13:59:35 | 8 | A.      That's right. |
| 13:59:39 | 9 | Q.      Okay.  And just so we're clear, all of this is |
| 13:59:43 | 10 | happening on Twitter's servers because your servers are |
| 13:59:47 | 11 | where the contents are stored? |
| 13:59:49 | 12 | A.      That's correct. |
| 13:59:52 | 13 | Q.      And as far as the CyberTip goes -- this may sound |
| 14:00:05 | 14 | like a silly question -- but who chooses what Twitter |
| 14:00:08 | 15 | submits as a CyberTip? |
| 14:00:12 | 16 | A.      So the person who's submitting the CyberTips, |
| 14:00:15 | 17 | which would be a member of my team, would be selecting |
| 14:00:20 | 18 | text.  It could be from the account profile.  It could be |
| 14:00:23 | 19 | from a tweet.  It could be from a direct message.  These |
| 14:00:27 | 20 | are the different categories of user-generated content |
| 14:00:29 | 21 | areas where they can input their own content.  That might |
| 14:00:33 | 22 | include images or videos uploaded by the user to their |
| 14:00:38 | 23 | Twitter account. |
| 14:00:38 | 24 | And then we also -- our system will bundle that |
| 14:00:42 | 25 | together and fill out the fields using a technical |

PTRN-STARK_000163

| | | |
|---|---|---|
| 14:00:46 | 1 | process, and that also includes including the files.  So |
| 14:00:50 | 2 | if it's an image or a video, along with that zipped |
| 14:00:54 | 3 | preservation file which is the preservation that we |
| 14:00:57 | 4 | created before we created a submission process. |
| 14:00:59 | 5 | Q.     And you indicated these are -- the ones that are |
| 14:01:02 | 6 | selected are examples of what you've seen in the account? |
| 14:01:07 | 7 | A.     Yeah.   The intent is for it to be a comprehensive |
| 14:01:12 | 8 | account of the violation that we identified on our |
| 14:01:17 | 9 | servers. |
| 14:01:17 | 10 | Q.     All right.  Is there any law enforcement officer |
| 14:01:22 | 11 | involvement in the determination of what Twitter decides |
| 14:01:25 | 12 | to submit? |
| 14:01:27 | 13 | A.     No. |
| 14:01:28 | 14 | Q.     Can a user, not -- well, can a reporting user tell |
| 14:01:33 | 15 | you "You need to submit this thing," and do they have a |
| 14:01:36 | 16 | decision in what is submitted? |
| 14:01:38 | 17 | A.     No. |
| 14:01:39 | 18 | Q.     Can the user of the account tell you what you |
| 14:01:42 | 19 | submit? |
| 14:01:43 | 20 | A.     No. |
| 14:01:46 | 21 | Q.     Does NCMEC even tell you what you can or should |
| 14:01:49 | 22 | submit? |
| 14:01:51 | 23 | A.     No. |
| 14:01:54 | 24 | Q.     For both of these CyberTips, we have image files |
| 14:01:59 | 25 | or video files, and then there's also a .zip file.  Why |

PTRN-STARK_000164

| | | |
|---|---|---|
| 14:02:04 | 1 | does Twitter submit a .zip file as part of its CyberTip? |
| 14:02:09 | 2 | MR. BIEBIGHAUSER: Objection. Relevance. |
| 14:02:10 | 3 | THE COURT: Overruled. |
| 14:02:13 | 4 | A. We include that at the time because of at the time |
| 14:02:16 | 5 | that we are making that assessment that we are reporting |
| 14:02:19 | 6 | this matter to NCMEC, we have halted all business |
| 14:02:24 | 7 | relationships with the user, the person using that |
| 14:02:26 | 8 | account. We believe that providing a comprehensive |
| 14:02:31 | 9 | snapshot of the -- not only the account, the instances of |
| 14:02:35 | 10 | child sexual exploitation activity that we assessed, as |
| 14:02:38 | 11 | well as the entirety of the contents of that account, |
| 14:02:42 | 12 | might be helpful for further investigation into the |
| 14:02:45 | 13 | matter that we're reporting in the CyberTip. |
| 14:02:47 | 14 | BY MR. HART: |
| 14:02:48 | 15 | Q. Is that .zip file accessible to the user of the |
| 14:02:52 | 16 | account? |
| 14:02:53 | 17 | A. No, it's not. |
| 14:02:54 | 18 | Q. What happens to that, I guess, file after 90 days? |
| 14:03:00 | 19 | A. It is purged from our servers, so it's no longer |
| 14:03:03 | 20 | accessible by anyone. |
| 14:03:04 | 21 | Q. And just to be clear, the purging process is -- is |
| 14:03:12 | 22 | that specific to child sexual exploitation material, or |
| 14:03:15 | 23 | do you do that on any account that you suspend? |
| 14:03:19 | 24 | A. It's specific to our processes related to accounts |
| 14:03:23 | 25 | we are reporting to NCMEC in relation to child sexual |

PTRN-STARK_000165

| | | |
|---|---|---|
| 14:03:26 | 1 | exploitation violations of our policy. |
| 14:03:28 | 2 | Q.      So when you find child sexual exploitation, am I |
| 14:03:32 | 3 | correct to understand you take the position or, I guess, |
| 14:03:35 | 4 | do the action of you box up that stuff, you hand it off, |
| 14:03:38 | 5 | and after 90 days you get it off of your servers? |
| 14:03:43 | 6 | A.      That's correct. |
| 14:03:44 | 7 | Q.      Why -- I guess why does that Twitter take that |
| 14:03:47 | 8 | approach? |
| 14:03:48 | 9 |        MR. BIEBIGHAUSER:  Objection.  Relevance. |
| 14:03:49 | 10 |        THE COURT:  Overruled. |
| 14:03:53 | 11 | A.      We hold our role in that, whenever we identify |
| 14:03:57 | 12 | this type of instance or activity, as well as the role of |
| 14:04:02 | 13 | submitting the CyberTip, very seriously.  We believe that |
| 14:04:07 | 14 | providing -- and because of the fact that we've really |
| 14:04:10 | 15 | ceased all business transactions with that individual, we |
| 14:04:13 | 16 | would like to provide that comprehensive account at the |
| 14:04:17 | 17 | time we submit that CyberTip. |
| 14:04:20 | 18 | BY MR. HART: |
| 14:04:20 | 19 | Q.      As far as that .zip file goes, does it include |
| 14:04:28 | 20 | records that Twitter maintains such as IP logs or the |
| 14:04:32 | 21 | subscriber information, along with the direct messages, |
| 14:04:37 | 22 | tweet, public tweets, and things that the user has |
| 14:04:40 | 23 | created? |
| 14:04:42 | 24 | A.      It includes everything that that -- every activity |
| 14:04:47 | 25 | that that account engaged in during its time using the |

PTRN-STARK_000166

| | | |
|---|---|---|
| 14:04:51 | 1 | service, and that includes identifiers we collect to |
| 14:04:55 | 2 | facilitate that platform use. |
| 14:04:58 | 3 | Q.    All right. |
| 14:04:59 | 4 | A.    Such as IP addresses, et cetera. |
| 14:05:01 | 5 | Q.    Right.  So I'm sort of thinking in terms of if I |
| 14:05:05 | 6 | were to wall this off, like subscriber information versus |
| 14:05:07 | 7 | con at the point, this .zip file contains all of that? |
| 14:05:10 | 8 | A.    That's correct. |
| 14:05:11 | 9 | Q.    Would it be fair to say that the .zip file |
| 14:05:15 | 10 | presents that information in a different form or format |
| 14:05:18 | 11 | as what the user would see it if they interfaced with the |
| 14:05:22 | 12 | account? |
| 14:05:24 | 13 | A.    The .zip file is a raw -- it's a collection of the |
| 14:05:27 | 14 | raw information. |
| 14:05:29 | 15 | Q.    So does it look different than what the user -- |
| 14:05:32 | 16 | A.    Yes, it does. |
| 14:05:34 | 17 | Q.    Do you actually provide instructions for law |
| 14:05:37 | 18 | enforcement to figure out how to marry up that |
| 14:05:39 | 19 | information as part of your CyberTip? |
| 14:05:42 | 20 | A.    Yeah, that's correct.  If you noticed in Exhibit 1 |
| 14:05:45 | 21 | and 2, there are -- there's a Company Information |
| 14:05:50 | 22 | section.  And we detail how to cross-reference the |
| 14:05:53 | 23 | information that's enclosed in that .zip file. |
| 14:05:58 | 24 | Q.    Now, I'm going to get back to the first CyberTip, |
| 14:06:06 | 25 | CyberTip No. 1, and I'm going to share my screen.  This |

| | | |
|---|---|---|
| 14:06:20 | 1 | is Government's Exhibit No. 1.  Are you seeing that, |
| 14:06:23 | 2 | Mr. Anderson? |
| 14:06:24 | 3 | A.      Yes, I am. |
| 14:06:25 | 4 | Q.      I think you answered this earlier that right |
| 14:06:28 | 5 | here -- well, that's when you submitted it.  When is it |
| 14:06:32 | 6 | that the account is terminated? |
| 14:06:36 | 7 | A.      It would have been moments -- it can vary based on |
| 14:06:42 | 8 | the size of the actual files involved in the submission |
| 14:06:45 | 9 | process, but it's usually very soon before the submission |
| 14:06:50 | 10 | is transmitted to NCMEC. |
| 14:06:52 | 11 | Q.      All right.  It's -- and when you say "very soon," |
| 14:06:54 | 12 | that could be within 24 hours? |
| 14:06:56 | 13 | A.      That's correct. |
| 14:06:59 | 14 | Q.      So maybe December 22nd, but possibly as late as |
| 14:07:03 | 15 | December 23rd.  But, in any event, before the CyberTip is |
| 14:07:08 | 16 | actually submitted, the account has been terminated? |
| 14:07:11 | 17 | A.      That's correct. |
| 14:07:14 | 18 | Q.      And is that -- with the submission here, do we |
| 14:07:23 | 19 | actually see some IP logs that Twitter then includes as |
| 14:07:31 | 20 | part of its, I guess, just general report here on page -- |
| 14:07:36 | 21 | it's 5 of the document but it's page 3 of the CyberTip |
| 14:07:40 | 22 | itself. |
| 14:07:41 | 23 | A.      That's correct. |
| 14:07:42 | 24 | Q.      That's what we're seeing right here? |
| 14:07:45 | 25 | A.      Yes. |

| | | |
|---|---|---|
| 14:07:55 | 1 | Q.     And as we were to go through this, fair to say you |
| 14:07:58 | 2 | guys -- I think you mention this -- but you will actually |
| 14:08:01 | 3 | identify whether the reporting ESP viewed the entire |
| 14:08:05 | 4 | contents of the uploaded file and mark that Yes? |
| 14:08:10 | 5 | A.     That's correct. |
| 14:08:11 | 6 | Q.     And in this particular case for this particular |
| 14:08:15 | 7 | CyberTip, that would mean a Twitter staff member actually |
| 14:08:20 | 8 | looked at the thing? |
| 14:08:23 | 9 | A.     In every case of every CyberTip that Twitter |
| 14:08:26 | 10 | submits, the files where that Yes is indicated means that |
| 14:08:31 | 11 | our person who submitted the CyberTip, the employee, |
| 14:08:35 | 12 | reviewed the files in their entirety before selecting |
| 14:08:38 | 13 | them to be included. |
| 14:08:41 | 14 | Q.     Now, if you -- if we went to the sort of automated |
| 14:08:45 | 15 | process of, I guess, image comparison, would it be then a |
| 14:08:50 | 16 | different notation here? |
| 14:08:52 | 17 | A.     No.  We -- it's still a manual review. |
| 14:08:56 | 18 | Q.     Okay. |
| 14:08:56 | 19 | A.     We might leverage automated processes to assist |
| 14:09:00 | 20 | us, but it's all conducted manually by human beings, |
| 14:09:04 | 21 | employees of Twitter, employees employed -- sorry, |
| 14:09:07 | 22 | employees of Twitter.  Yeah, that's what I said. |
| 14:09:11 | 23 | Q.     Okay.  All right, let's -- I'm going to stop |
| 14:09:17 | 24 | sharing this.  Thank you for indulging my questions about |
| 14:09:21 | 25 | your process. |

| 14:09:23 | 1 | I'm going to shift gears to talk about |
| 14:09:26 | 2 | Government's Exhibit No. -- well, the second CyberTip, |
| 14:09:31 | 3 | which is reflected in Government's Exhibit No. 2.  You |
| 14:09:35 | 4 | need to have that pulled up for your benefit.  It's |
| 14:09:38 | 5 | CyberTipline report 71133752.  Accurate to say this |
| 14:09:46 | 6 | relates to the survinglife8 account? |
| 14:09:49 | 7 | A.      That's correct. |
| 14:09:50 | 8 | Q.      And for this CyberTip, how did this account come |
| 14:09:55 | 9 | to -- first come to Twitter's attention? |
| 14:09:59 | 10 | A.      The account in question was first -- it first came |
| 14:10:03 | 11 | to Twitter's attention due to a user report related to a |
| 14:10:10 | 12 | policy area not related to child sexual exploitation. |
| 14:10:15 | 13 | And then it was prompt -- it was escalated to our team to |
| 14:10:18 | 14 | review it. |
| 14:10:19 | 15 | After there was a preservation request submitted |
| 14:10:24 | 16 | to Twitter by, I believe it was, the Minnesota Internet |
| 14:10:33 | 17 | Crimes Against Children task force, at that time our team |
| 14:10:35 | 18 | who handles law enforcement requests escalated it to our |
| 14:10:38 | 19 | attention to review it because of the context that it was |
| 14:10:42 | 20 | submitted -- the preservation request came in from an |
| 14:10:46 | 21 | Internet Crimes Against Children task force. |
| 14:10:47 | 22 | Our team then reviewed the account.  The account |
| 14:10:52 | 23 | was -- already had been suspended due to violations of |
| 14:10:56 | 24 | that user report.  And the suspension was for content |
| 14:11:00 | 25 | associated with nonconsensual nudity at that time we |

| | | |
|---|---|---|
| 14:11:06 | 1 | assessed the content on the account, and we identified |
| 14:11:10 | 2 | what we believed to be child sexual exploitation activity |
| 14:11:12 | 3 | and so we then submitted a CyberTip as a result of that |
| 14:11:16 | 4 | review. |
| 14:11:16 | 5 | Q.    All right.  There was a lot going on there, but if |
| 14:11:20 | 6 | I understood you, it is first a user report from the |
| 14:11:27 | 7 | public that gets the account suspended? |
| 14:11:29 | 8 | A.    That's correct. |
| 14:11:30 | 9 | Q.    Did -- in the .zip file that Twitter subsequently |
| 14:11:34 | 10 | provides, do you actually include a text file that shows |
| 14:11:38 | 11 | when that was, the account was actually submitted the -- |
| 14:11:41 | 12 | or suspended the first time? |
| 14:11:43 | 13 | A.    That's correct. |
| 14:11:44 | 14 | Q.    And is that what's reflected in Government's |
| 14:11:48 | 15 | Exhibit No. 13? |
| 14:11:49 | 16 | A.    Yes, it is. |
| 14:11:53 | 17 | Q.    All right.  I'm going to share that screen with |
| 14:11:55 | 18 | you, share my screen with you.  And is this the -- I |
| 14:12:01 | 19 | mean, when you talk about "raw data," is this sort of the |
| 14:12:04 | 20 | text file that shows sort of, I guess, how Twitter |
| 14:12:10 | 21 | identifies when the, I guess, the times of suspension in |
| 14:12:16 | 22 | this case? |
| 14:12:16 | 23 | A.    Yes, that's correct. |
| 14:12:20 | 24 | Q.    And where do we see the first suspension? |
| 14:12:23 | 25 | A.    The first suspension would be the one listed at |

PTRN-STARK_000171

| | | |
|---|---|---|
| 14:12:26 | 1 | the top, which is stated with a time stamp, which would |
| 14:12:30 | 2 | be February 27th, 2020. |
| 14:12:33 | 3 | Q.    Is that what you're highlighting right here? |
| 14:12:35 | 4 | A.    That's correct. |
| 14:12:38 | 5 | Q.    Now, because this was not child sexual |
| 14:12:43 | 6 | exploitation, did this get on the track of, I guess, |
| 14:12:48 | 7 | deletion and purging? |
| 14:12:51 | 8 | A.    No, it did not. |
| 14:12:52 | 9 | Q.    And why is that? |
| 14:12:55 | 10 | A.    It had not at the time been flagged for my team to |
| 14:13:00 | 11 | review it, and at the time it was not assessed to be |
| 14:13:02 | 12 | violating policies pertaining to child sexual |
| 14:13:06 | 13 | exploitation, under which we have those distinct |
| 14:13:08 | 14 | processes set up for -- to make sure that we properly |
| 14:13:12 | 15 | dispose of content associated with child sexual |
| 14:13:15 | 16 | exploitation activity.  So at the time, come that |
| 14:13:18 | 17 | suspension in February 27th, 2020, it was not assessed to |
| 14:13:23 | 18 | be violating that policy. |
| 14:13:26 | 19 | Q.    Could a user then appeal that suspension and say, |
| 14:13:28 | 20 | Hey, I'm sorry, but reinstate my account" or something |
| 14:13:31 | 21 | like that? |
| 14:13:32 | 22 | A.    Users are allowed to appeal any account |
| 14:13:36 | 23 | suspension, including account suspensions for child |
| 14:13:39 | 24 | sexual exploitation.  We did not receive any appeals |
| 14:13:42 | 25 | associated with this account. |

PTRN-STARK_000172

| 14:13:43 | 1 | Q.      For that matter, did you receive any appeals of |
| 14:13:45 | 2 | the suspensions for the mikeyfromtumbl1 account? |
| 14:13:49 | 3 | A.      We did not. |
| 14:13:51 | 4 | Q.      All right.  So let's -- you talked about the first |
| 14:13:55 | 5 | date here.  The second date, is that what -- |
| 14:13:58 | 6 |          THE COURT:  Mr. Hart, what if we're going to |
| 14:14:00 | 7 | testify from this document I think it should be admitted. |
| 14:14:02 | 8 |          MR. HART:  Oh, I'm sorry, Your Honor.  I would |
| 14:14:04 | 9 | move to admit Government's Exhibit No. 13. |
| 14:14:07 | 10 |          MR. BIEBIGHAUSER:  No objection. |
| 14:14:07 | 11 |          THE COURT:  13 will be admitted. |
| 14:14:12 | 12 | BY MR. HART: |
| 14:14:13 | 13 | Q.      With regard to the second thing that you talked |
| 14:14:16 | 14 | about, there was a preservation request.  Where did that |
| 14:14:20 | 15 | come from? |
| 14:14:21 | 16 | A.      I believe it came from the Minnesota Internet |
| 14:14:27 | 17 | Crimes Against Children task force. |
| 14:14:27 | 18 | Q.      All right.  Is that referenced in the CyberTip |
| 14:14:29 | 19 | that's in Government's No. 2? |
| 14:14:31 | 20 | A.      Yes.  We do -- at the time that we submit the |
| 14:14:35 | 21 | CyberTip, we include, in the Additional Information |
| 14:14:39 | 22 | section of the report, that we -- because of that |
| 14:14:43 | 23 | inquiry, we disassociated the contact information with |
| 14:14:47 | 24 | that inquiry and summarized the point of contact in the |
| 14:14:51 | 25 | Additional Information section in case it's relevant. |

```
14:21:01   1  Q.     In your -- from your experience in the area, is
14:21:05   2  this approach that you're talking about, which to say is
14:21:11   3  to review the account to sort of augment your
14:21:14   4  understanding of child sexual exploitation images or
14:21:17   5  terms, is that at all unusual among providers like
14:21:25   6  Twitter?
14:21:25   7       MR. BIEBIGHAUSER:  Objection.  Relevance.
14:21:29   8       THE COURT:  Well, this is a hearing to the bench.
14:21:32   9  I can make relevant determinations.  I'm going to let him
14:21:37  10  answer, for what it's worth.
14:21:39  11  A.     I believe it's actually common practice and
14:21:42  12  believed to be an effective measure to aggressively
14:21:46  13  combat the issue of child sexual exploitation.
14:21:57  14  BY MR. HART:
14:22:02  15  Q.     At this point fair to say the account records, I
14:22:07  16  guess the records for survinglife8 and mikeyfromtumbl1,
14:22:12  17  would it be accurate under your processes both of those
14:22:16  18  accounts no longer exist on Twitter's servers?
14:22:21  19  A.     That's correct.
14:22:23  20  Q.     And is Twitter's, I guess, the business records
14:22:28  21  side as well as content, is that's what is now contained
14:22:32  22  in the .zip file that was submitted with the CyberTips?
14:22:36  23  A.     That's correct.
14:22:37  24  Q.     From your experience in the field and your
14:22:40  25  experience there at Twitter, are the records that you
```

PTRN-STARK_000178

| | | |
|---|---|---|
| 14:22:43 | 1 | submitted maintained just as you submitted them? |
| 14:22:47 | 2 | **A.      Yes.** |
| 14:22:51 | 3 | Q.     And I think you covered this, but for both of |
| 14:22:55 | 4 | these accounts were the accounts accessible to the user |
| 14:23:00 | 5 | after Twitter suspended and then later terminated the |
| 14:23:03 | 6 | account? |
| 14:23:05 | 7 | **A.      No.** |
| 14:23:06 | 8 | Q.     And I know I said "suspended" and "terminated." |
| 14:23:10 | 9 | Are those -- I think you said those are basically the |
| 14:23:12 | 10 | same thing? |
| 14:23:14 | 11 | **A.      We use those terms interchangeably.** |
| 14:23:17 | 12 | Q.     Okay.  Okay. |
| 14:23:29 | 13 |        MR. HART:  Mr. Anderson, I don't have -- I'm going |
| 14:23:31 | 14 | to stop sharing my screen.  I'm sorry.  I don't have |
| 14:23:34 | 15 | additional questions for you.  I'm going to tender you to |
| 14:23:38 | 16 | defense counsel for their examination. |
| 14:23:41 | 17 |        THE COURT:  Actually, that's my call. |
| 14:23:43 | 18 |        MR. HART:  I'm sorry. |
| 14:23:43 | 19 |        THE COURT:  And what I'm going to do is we're |
| 14:23:45 | 20 | going to take -- we've been here an hour and a half. |
| 14:23:47 | 21 | We're going to take a ten-minute break and then we'll |
| 14:23:50 | 22 | come back and do cross-examination by Mr. Biebighauser. |
| 14:23:52 | 23 | Let's come back, well, it will be ten minutes, which is |
| 14:23:57 | 24 | on our clocks 2:35 and whatever ten minutes is there.  So |
| 14:24:02 | 25 | we're in recess. |

PTRN-STARK_000179

| | | |
|---|---|---|
| 14:37:01 | 1 | BY MR. BIEBIGHAUSER: |
| 14:37:09 | 2 | Q.    Mr. Anderson, thank you for indulging there a bit |
| 14:37:13 | 3 | of setup.  My name is Mitch Biebighauser.  I'm an |
| 14:37:17 | 4 | attorney for Mr. Sporn.  I also have the opportunity here |
| 14:37:22 | 5 | from the Court to ask you a few questions about the |
| 14:37:24 | 6 | issues we have today.  And I'd like to start by taking a |
| 14:37:28 | 7 | step back and defining some terms from some things that |
| 14:37:31 | 8 | you said earlier, just to put them -- |
| 14:37:32 | 9 | A.    Okay. |
| 14:37:33 | 10 | Q.    -- I think, in their sort of layperson's |
| 14:37:35 | 11 | understanding or how we talk about them at the user |
| 14:37:38 | 12 | level. |
| 14:37:39 | 13 | You talked about how individuals can create an |
| 14:37:42 | 14 | account and how those accounts are set up, and then you |
| 14:37:45 | 15 | sort of veered into some of the functionality that |
| 14:37:47 | 16 | Twitter provides.  I want to talk about two of those. |
| 14:37:51 | 17 | one is the ability to tweet or the function of tweeting |
| 14:37:54 | 18 | on the platform, and also the function of sending a |
| 14:37:58 | 19 | direct message on the platform.  And since my questions |
| 14:38:02 | 20 | start for you, when I'm talking about a tweet, do you |
| 14:38:04 | 21 | know what I'm talking about? |
| 14:38:06 | 22 | A.    Yes, I do. |
| 14:38:06 | 23 | Q.    Okay.  What is that? |
| 14:38:08 | 24 | A.    It's the primary function through which a user |
| 14:38:11 | 25 | uses Twitter. |

| 14:52:57 | 1 | A.      Correct. |
| 14:52:58 | 2 | Q.     Okay.  So if there was -- if there's a statement |
| 14:53:01 | 3 | in that report that says the information was not provided |
| 14:53:04 | 4 | by NCMEC, you don't have any additional information to |
| 14:53:07 | 5 | provide either; is that correct? |
| 14:53:13 | 6 | A.     I'm sorry, is that a hypothetical question, or is |
| 14:53:16 | 7 | that regarding something that's specifically stated in |
| 14:53:19 | 8 | the CyberTip?  Just so I'm clear.  'Cause I understand |
| 14:53:21 | 9 | the details and everything that's included in the |
| 14:53:23 | 10 | CyberTip.  I just want to make sure I'm understanding |
| 14:53:26 | 11 | your question properly. |
| 14:53:26 | 12 | Q.     Sure.  Where the CyberTipline report says -- and |
| 14:53:29 | 13 | I'll try this one more time without pulling up the |
| 14:53:32 | 14 | exhibit.  Where the CyberTipline report says was the file |
| 14:53:35 | 15 | reviewed by the submitter, and that says "yes," you can |
| 14:53:39 | 16 | confirm that that was done; is that right? |
| 14:53:41 | 17 | A.     Yes, yes. |
| 14:53:41 | 18 | Q.     Okay.  Where it asks that same question and the |
| 14:53:45 | 19 | response is that the information was not provided by |
| 14:53:50 | 20 | Twitter, by the reporting agency -- |
| 14:53:51 | 21 | A.     I'm following. |
| 14:53:52 | 22 | Q.     -- you can't provide any additional information |
| 14:53:54 | 23 | about that, for -- I mean, you don't know anything more |
| 14:53:56 | 24 | than what the NCMEC report says about that; is that |
| 14:53:59 | 25 | right? |

PTRN-STARK_000194

| 14:53:59 | 1 | A.      What I can tell you is that we provide that |
| 14:54:03 | 2 | response for every CyberTip because that's a preservation |
| 14:54:07 | 3 | file, which includes more information technically than we |
| 14:54:10 | 4 | actually review in a given account review.  So there's |
| 14:54:14 | 5 | information that's in the body of the CyberTip that is |
| 14:54:18 | 6 | also included.  It's redundant in the preservation file. |
| 14:54:21 | 7 | So some of that, the contents of that .zip file, were |
| 14:54:25 | 8 | reviewed as part of our comprehensive account review. |
| 14:54:27 | 9 | And generally speaking, that includes all tweets a user |
| 14:54:31 | 10 | posts to their timeline, all -- in some cases when we |
| 14:54:35 | 11 | have context either because the user stipulated that they |
| 14:54:38 | 12 | were engaged in DM activity or because we were directly, |
| 14:54:41 | 13 | by a user report, indicated to look in the direct |
| 14:54:46 | 14 | messages, we would also review that material as well. |
| 14:54:49 | 15 | But we for sure reviewed every piece of media, so image |
| 14:54:54 | 16 | or video files, that account posted in tweet or profile |
| 14:55:00 | 17 | imagery form before we submitted a CyberTip. |
| 14:55:02 | 18 | Q.      You say "for sure."  You did not do that; is that |
| 14:55:05 | 19 | correct? |
| 14:55:05 | 20 | A.      I did not do that, but that is what I train every |
| 14:55:08 | 21 | single member of my team to do. |
| 14:55:09 | 22 | Q.      Okay.  But you don't know which team member that |
| 14:55:12 | 23 | you trained that completed the manual review in this |
| 14:55:15 | 24 | case; is that correct? |
| 14:55:15 | 25 | A.      I did not look into that information to have that, |

PTRN-STARK_000195

| 14:55:18 | 1 | to prepare myself with that information ahead of this. |
| 14:55:20 | 2 | Q.    And you did not supervise them as that process was |
| 14:55:22 | 3 | ongoing; is that correct? |
| 14:55:24 | 4 | A.    Correct. |
| 14:55:24 | 5 | Q.    You don't know what files they manually looked at |
| 14:55:27 | 6 | and manually didn't, just because you weren't there; is |
| 14:55:32 | 7 | that right? |
| 14:55:32 | 8 | A.    I know for certain that they looked at the ones |
| 14:55:34 | 9 | that they selected for submission -- inclusion in the |
| 14:55:37 | 10 | CyberTip. |
| 14:55:37 | 11 | Q.    Those are the ones that they highlight and say |
| 14:55:39 | 12 | they looked at; right? |
| 14:55:41 | 13 | A.    That's correct. |
| 14:55:41 | 14 | Q.    As to the others, though, you don't know? |
| 14:55:44 | 15 | A.    Correct, I can't speak to them. |
| 14:55:45 | 16 | Q.    And that's true for both CyberTiplines as it |
| 14:55:49 | 17 | relates to both reports; correct? |
| 14:55:50 | 18 | A.    That's correct. |
| 14:56:12 | 19 | Q.    Mr. Hart asked you about why you create these |
| 14:56:16 | 20 | policies and terms of service.  You remember those |
| 14:56:20 | 21 | questions? |
| 14:56:21 | 22 | A.    Yes, I do. |
| 14:56:22 | 23 | Q.    Okay.  I wrote down that one of your incentives |
| 14:56:24 | 24 | was to promote a safe experience.  Did I hear that right? |
| 14:56:28 | 25 | A.    Yes, that's correct. |

PTRN-STARK_000196

| 14:56:29 | 1 | Q. | And you said later, I think, that if you don't |
| 14:56:32 | 2 | have these and you didn't promote a safe experience, that |
| 14:56:34 | 3 | Twitter could not exist as a business.  Did I hear that |
| 14:56:37 | 4 | right, too? |
| 14:56:39 | 5 | **A.** | **Specifically that users would not use Twitter, is** |
| 14:56:43 | 6 | **our belief.** |
| 14:56:43 | 7 | Q. | Okay.  Right.  Users wouldn't use Twitter.  Is |
| 14:56:48 | 8 | Twitter a for-profit company? |
| 14:56:50 | 9 | **A.** | **Yes, we are.** |
| 14:56:51 | 10 | Q. | Users interact with the ads that you place on your |
| 14:56:54 | 11 | service? |
| 14:56:55 | 12 | **A.** | **That's correct.** |
| 14:56:56 | 13 | Q. | And when users interact with ads, either by |
| 14:56:59 | 14 | clicking them or viewing them, Twitter generates revenue? |
| 14:57:03 | 15 | **A.** | **That's correct.** |
| 14:57:04 | 16 | Q. | And so promoting the safe experience is one way to |
| 14:57:11 | 17 | keep users on your platform to maintain the business of |
| 14:57:14 | 18 | Twitter; is that right? |
| 14:57:15 | 19 | **A.** | **That's right.** |
| 14:57:16 | 20 | Q. | And when users aren't promoting a safe experience, |
| 14:57:20 | 21 | users can have their accounts terminated; is that |
| 14:57:23 | 22 | correct? |
| 14:57:23 | 23 | **A.** | **That's correct.** |
| 14:57:24 | 24 | Q. | There's a number of reasons that a Twitter user |
| 14:57:28 | 25 | can have their account terminated; is that right? |

PTRN-STARK_000197

| | | |
|---|---|---|
| 14:57:30 | 1 | A.      Yes, that's right. |
| 14:57:31 | 2 | Q.      Okay.  One of them, like we've talked about, is |
| 14:57:34 | 3 | for a violation of terms of service; is that correct? |
| 14:57:36 | 4 | A.      Yes. |
| 14:57:36 | 5 | Q.      Another is because they are creating a risk of |
| 14:57:39 | 6 | legal exposure for Twitter; is that correct? |
| 14:57:45 | 7 | A.      That's beyond my assessment and my job, my role. |
| 14:57:50 | 8 | It's really assessing the policies. |
| 14:57:52 | 9 | Q.      Did you say you helped draft the terms of service |
| 14:57:56 | 10 | that were operable at the time that we're dealing with |
| 14:57:59 | 11 | here? |
| 14:58:00 | 12 | A.      Not the terms of service specifically as far as |
| 14:58:04 | 13 | that specific exhibit is concerned.  I was involved in |
| 14:58:07 | 14 | the actual policy page associated with the Child Sexual |
| 14:58:11 | 15 | Exploitation Policy. |
| 14:58:11 | 16 | Q.      Okay.  Were you aware of the terms of service when |
| 14:58:14 | 17 | you created those privacy policies? |
| 14:58:17 | 18 | A.      Yes. |
| 14:58:17 | 19 | Q.      Okay.  Are you aware of the contents of those now? |
| 14:58:21 | 20 | A.      Yes. |
| 14:58:21 | 21 | Q.      Do you have it in front of you, Government's |
| 14:58:24 | 22 | Exhibit 3? |
| 14:58:25 | 23 | A.      The -- yeah, I could pull it up. |
| 14:58:27 | 24 | Q.      Okay.  Scroll down to page 35 and I'll ask you a |
| 14:58:30 | 25 | few questions.  I don't think we'll need to bring it up |

PTRN-STARK_000198

| | | |
|---|---|---|
| 15:20:54 | 1 | THE COURT:  Are we finished with this witness? |
| 15:20:56 | 2 | MR. HART:  I think so, Your Honor, yes. |
| 15:21:00 | 3 | THE COURT:  Mr. Anderson, we appreciate your |
| 15:21:02 | 4 | appearance today by Zoom, so thank you so much.  You are |
| 15:21:07 | 5 | discharged from any process of the court.  You're free to |
| 15:21:10 | 6 | log off.  Thank you, sir. |
| 15:21:11 | 7 | THE WITNESS:  Thank you. |
| 15:21:15 | 8 | (Witness logged off Zoom.) |
| 15:21:20 | 9 | THE COURT:  Mr. Hart, you indicated that we had |
| 15:21:21 | 10 | another witness.  Are we ready to call her? |
| 15:21:24 | 11 | MR. HART:  Yes, Your Honor.  It'll be now Sergeant |
| 15:21:31 | 12 | Stephanie Neal of the Wichita Police Department. |
| 15:21:53 | 13 | THE COURT:  Good morning, Sergeant.  If you would |
| 15:21:55 | 14 | come forward, my courtroom deputy is going to swear you |
| 15:21:58 | 15 | in, and then you can have a seat over there in the |
| 15:22:00 | 16 | witness box.  Thank you for waiting in our lovely hallway |
| 15:22:04 | 17 | all this time. |
| 15:22:05 | 18 | SERGEANT STEPHANIE NEAL, |
| 15:22:05 | 19 | having been first duly sworn to testify the truth, the |
| 15:22:05 | 20 | whole truth, and nothing but the truth, testified as |
| 15:22:17 | 21 | follows: |
| 15:22:18 | 22 | DIRECT EXAMINATION |
| 15:22:18 | 23 | BY MR. HART: |
| 15:22:36 | 24 | Q.    Good afternoon.  Ma'am, would you please introduce |
| 15:22:38 | 25 | yourself to the -- well, I'm sorry, I've been talking for |

| | | |
|---|---|---|
| 15:22:43 | 1 | a minute.  Let me get my words underneath my feet.  Would |
| 15:22:46 | 2 | you please state your name for the record. |
| 15:22:47 | 3 | A.       Stephanie Neal. |
| 15:22:49 | 4 | Q.       And -- |
| 15:22:52 | 5 |          THE COURT:  Ms. Neal, I can already tell you need |
| 15:22:54 | 6 | to talk into the microphone.  Can you see if the |
| 15:22:56 | 7 | microphone's even on? |
| 15:22:58 | 8 |          MR. HART:  It looks like it's on. |
| 15:22:59 | 9 |          THE COURT:  All right.  Thank you. |
| 15:23:00 | 10 | BY MR. HART: |
| 15:23:00 | 11 | Q.       Can you say that again? |
| 15:23:01 | 12 | A.       Stephanie Neal. |
| 15:23:03 | 13 | Q.       And, Ms. Neal, what do you do for a living? |
| 15:23:05 | 14 | A.       I'm a sergeant with the Wichita Police Department. |
| 15:23:07 | 15 | Q.       And how long have you been in that role? |
| 15:23:10 | 16 | A.       Since April of last year. |
| 15:23:11 | 17 | Q.       Prior to that what were you doing? |
| 15:23:15 | 18 | A.       I was a detective in ICAC. |
| 15:23:23 | 19 |          THE COURT:  She can't pull it closer to her |
| 15:23:25 | 20 | because it's fixed.  Jo, are you hearing her okay? |
| 15:23:33 | 21 |          THE REPORTER:  Barely. |
| 15:23:33 | 22 | BY MR. HART: |
| 15:23:34 | 23 | Q.       All right, Ms. Neal or Sergeant Neal, you're going |
| 15:23:36 | 24 | to have to speak nice and loud. |
| 15:23:37 | 25 | A.       Okay. |

PTRN-STARK_000216

| | | |
|---|---|---|
| 15:23:40 | 1 | Q.     Prior to becoming a sergeant you were -- and I'm |
| 15:23:44 | 2 | going to have to back off.  Before becoming a sergeant, |
| 15:23:47 | 3 | what was your role? |
| 15:23:47 | 4 | **A.     I was a detective in the ICAC section.** |
| 15:23:50 | 5 | Q.     And that's the Internet Crimes Against Children -- |
| 15:23:53 | 6 | **A.     Yes.** |
| 15:23:53 | 7 | Q.     -- Task Force at Wichita Police Department and |
| 15:23:57 | 8 | Sedgwick County Sheriff's Office? |
| 15:23:59 | 9 | **A.     Yes.** |
| 15:23:59 | 10 | Q.     How long have you been at the Wichita Police |
| 15:24:03 | 11 | Department altogether? |
| 15:24:04 | 12 | **A.     Seventeen years.** |
| 15:24:05 | 13 | Q.     What's your educational background? |
| 15:24:07 | 14 | **A.     I have a Bachelor in Arts degree from Washburn in** |
| 15:24:12 | 15 | **Political Science and then a Juris Doctorate from** |
| 15:24:14 | 16 | **Washburn.** |
| 15:24:19 | 17 | Q.     Now, you've referenced you're a juris doctor. |
| 15:24:23 | 18 | Have you ever practiced the law out in private practice? |
| 15:24:26 | 19 | **A.     No.** |
| 15:24:26 | 20 | Q.     All right.  Your experience has been almost |
| 15:24:30 | 21 | exclusively as -- well, has it been exclusively as a law |
| 15:24:34 | 22 | enforcement or police officer? |
| 15:24:35 | 23 | **A.     Yes.** |
| 15:24:35 | 24 | Q.     All right.  I'm going to shift gears to you and |
| 15:24:39 | 25 | talk to you about the CyberTips in this case or the |

PTRN-STARK_000217

| | | |
|---|---|---|
| 15:24:43 | 1 | investigation in this case.  How did you come to be |
| 15:24:45 | 2 | involved in the investigation into Mr. Randy Sporn? |
| 15:24:50 | 3 | **A.       On February 20th of 2020, I was assigned two** |
| 15:24:54 | 4 | **CyberTips from Twitter.  And then on May 18th of 2020, I** |
| 15:24:58 | 5 | **was assigned an additional CyberTip from Twitter.** |
| 15:25:02 | 6 | Q.       Now, when CyberTips get assigned to the detectives |
| 15:25:04 | 7 | there at the ICAC unit, does someone do an initial check |
| 15:25:10 | 8 | for prioritization? |
| 15:25:11 | 9 | **A.       Yes, Sergeant Swanson does.** |
| 15:25:14 | 10 | Q.       And what type of cases get the highest level of |
| 15:25:17 | 11 | priority? |
| 15:25:17 | 12 | **A.       Ones that are called Priority 1.  They're a** |
| 15:25:20 | 13 | **hands-on offense, so they believe -- you know, NCMEC** |
| 15:25:24 | 14 | **believes that someone is actively taking pictures of a** |
| 15:25:27 | 15 | **child or abusing a child.** |
| 15:25:28 | 16 | Q.       All right.  And those are -- typically come across |
| 15:25:31 | 17 | as somebody somewhere along the line has flagged this |
| 15:25:35 | 18 | seems to be going on right now? |
| 15:25:37 | 19 | **A.       Yes.** |
| 15:25:38 | 20 | Q.       Would it be fair to say that production type of |
| 15:25:42 | 21 | cases where there's child pornography that's being |
| 15:25:45 | 22 | produced also then get escalated? |
| 15:25:48 | 23 | **A.       Yes.** |
| 15:25:49 | 24 | Q.       Likewise, when you have a second tip come in that |
| 15:25:55 | 25 | is associated with a prior tip, how does that affect the |

PTRN-STARK_000218

| 15:25:58 | 1 | sort of prioritization? |
| 15:26:00 | 2 | A.      It moves it up, because then you can see that |
| 15:26:04 | 3 | there's additional -- you know, they're making new |
| 15:26:07 | 4 | accounts. |
| 15:26:07 | 5 | Q.      All right.  Now, in this case you've talked |
| 15:26:14 | 6 | about -- did you talk about two CyberTips or three |
| 15:26:17 | 7 | CyberTips? |
| 15:26:17 | 8 | A.      A CyberTip I got assigned to in February and then |
| 15:26:21 | 9 | the one in May. |
| 15:26:22 | 10 | Q.      All right.  The two that were assigned in |
| 15:26:24 | 11 | February, were those duplicates? |
| 15:26:27 | 12 | A.      Yes. |
| 15:26:30 | 13 | Q.      And what accounts did those relate to? |
| 15:26:33 | 14 | A.      The screen name or user account was |
| 15:26:38 | 15 | mikeyfromtumbl1. |
| 15:26:38 | 16 | Q.      And is that on Twitter? |
| 15:26:39 | 17 | A.      Yes. |
| 15:26:39 | 18 | Q.      And then the second, the May -- I'm sorry, I'm |
| 15:26:43 | 19 | going to screw that up, the May assignment, does that |
| 15:26:45 | 20 | relate to a survinglife8 account on Twitter? |
| 15:26:48 | 21 | A.      Yes. |
| 15:26:53 | 22 | Q.      Now, when you receive the CyberTips just |
| 15:26:57 | 23 | generally -- actually in this case specifically -- what |
| 15:27:00 | 24 | is involved as it relates to your review of the |
| 15:27:06 | 25 | CyberTips. |

| | | |
|---|---|---|
| 15:27:06 | 1 | A.      I went through the CyberTips.  I look at the |
| 15:27:08 | 2 | pictures and any accompanying documents that are sent |
| 15:27:10 | 3 | with them. |
| 15:27:11 | 4 | Q.     Do you pay attention to whether the uploaded |
| 15:27:14 | 5 | images or movies have been identified as either publicly |
| 15:27:17 | 6 | available or already viewed by Twitter? |
| 15:27:19 | 7 | A.      Yes. |
| 15:27:19 | 8 | Q.     And in this case for both CyberTips, had that |
| 15:27:25 | 9 | happened? |
| 15:27:26 | 10 | A.      Yes. |
| 15:27:28 | 11 | Q.     In this particular instance there was an included |
| 15:27:35 | 12 | .zip file.  Do you recall that? |
| 15:27:36 | 13 | A.      Yes. |
| 15:27:36 | 14 | Q.     What was contained in the .zip file for each of |
| 15:27:40 | 15 | these? |
| 15:27:42 | 16 | A.      There was the tweets, the subscriber information, |
| 15:27:47 | 17 | direct messages, and additional videos and pictures. |
| 15:27:49 | 18 | Q.     All right.  So you get a combination of -- well, |
| 15:27:52 | 19 | it's basically the user's account, would that be fair? |
| 15:27:55 | 20 | A.      Yes. |
| 15:27:58 | 21 | Q.     Now, from your experience doing this down at the |
| 15:28:02 | 22 | ICAC, has it been your experience that the providers will |
| 15:28:08 | 23 | frequently terminate the reported accounts prior to |
| 15:28:12 | 24 | submitting the CyberTip report? |
| 15:28:15 | 25 | A.      Yes. |

| | | |
|---|---|---|
| 15:28:20 | 1 | Q.      And when you looked at these particular CyberTips, |
| 15:28:24 | 2 | did you see anything notable about the registration for |
| 15:28:29 | 3 | the account? |
| 15:28:31 | 4 | A.      On the May CyberTip there was a phone number that |
| 15:28:35 | 5 | was included, but also both of the IP addresses -- |
| 15:28:42 | 6 | there's IP addresses that were similar in both the |
| 15:28:45 | 7 | mikeyfromtumbl account and the survinglife8 account. |
| 15:28:49 | 8 | Q.      All right.  So you noticed both of these accounts |
| 15:28:52 | 9 | had been registered from the same IP address? |
| 15:28:54 | 10 | A.      Yes. |
| 15:28:55 | 11 | Q.      Even though they're registered roughly four months |
| 15:29:00 | 12 | apart, one in August, August 26, and then one later, |
| 15:29:04 | 13 | December -- |
| 15:29:05 | 14 | A.      31st. |
| 15:29:05 | 15 | Q.      -- 31st.  And what does that mean?  In your |
| 15:29:13 | 16 | experience as a detective, what did that mean to you? |
| 15:29:15 | 17 | A.      That it's the same person creating new accounts. |
| 15:29:18 | 18 | Q.      And then you mention the phone number.  What was |
| 15:29:21 | 19 | important about the phone number for the second, the May |
| 15:29:25 | 20 | referral? |
| 15:29:26 | 21 | A.      I was able to run that phone number through our |
| 15:29:28 | 22 | records system, and it came back to Randy Sporn. |
| 15:29:31 | 23 | Q.      And what did you then learn about Randy Sporn? |
| 15:29:36 | 24 |         MR. BIEBIGHAUSER:  Objection.  Relevance. |
| 15:29:39 | 25 |         THE COURT:  Is it relevant? |

PTRN-STARK_000221

| | | |
|---|---|---|
| 15:29:43 | 1 | MR. HART:  Your Honor, I think only insofar as |
| 15:29:45 | 2 | what information the officer had later for the search |
| 15:29:48 | 3 | warrants, but that's included in the search warrants. |
| 15:29:50 | 4 | THE COURT:  Well, I'm going to let her answer.  If |
| 15:29:52 | 5 | it's not relevant, I'll discard it. |
| 15:29:55 | 6 | **A.    I learned that he was a registered sex offender** |
| 15:29:57 | 7 | **and had two prior convictions for hands-on offenses.** |
| 15:30:01 | 8 | BY MR. HART: |
| 15:30:02 | 9 | Q.    All right.  As it relates to those CyberTips -- |
| 15:30:10 | 10 | well, fair to say your observations -- we haven't covered |
| 15:30:13 | 11 | all the observations that you made about the individual |
| 15:30:15 | 12 | accounts based off the CyberTips; would that be fair? |
| 15:30:18 | 13 | **A.    Yes.** |
| 15:30:19 | 14 | Q.    Those observations are contained in later search |
| 15:30:22 | 15 | warrant affidavits; would that be right? |
| 15:30:24 | 16 | **A.    Yes.** |
| 15:30:24 | 17 | Q.    Okay.  And just so we're 100 percent, as far as |
| 15:30:36 | 18 | what you found in your review of the .zip files, did |
| 15:30:40 | 19 | those include the direct messages and tweets and things |
| 15:30:42 | 20 | like that? |
| 15:30:44 | 21 | **A.    Yes.** |
| 15:30:44 | 22 | Q.    And were you -- did you marry those up with the |
| 15:30:49 | 23 | media files that were also provided? |
| 15:30:51 | 24 | **A.    Yes, I did.** |
| 15:30:53 | 25 | Q.    And that sort of, I guess, marriage of those |

| | | |
|---|---|---|
| 15:45:03 | 1 | Q.     And he requested y'all come get that? |
| 15:45:07 | 2 | **A.     Yes.** |
| 15:45:07 | 3 | Q.     And fair to say that has no evidentiary value? |
| 15:45:10 | 4 | **A.     Correct.** |
| 15:45:11 | 5 | Q.     Not able to be powered up or anything like that? |
| 15:45:14 | 6 | **A.     Detective Asmussen said that he was unable to get** |
| 15:45:18 | 7 | **any extraction from it.** |
| 15:45:29 | 8 | MR. HART:   Thank you, Detective Neal.  I don't |
| 15:45:31 | 9 | have any further questions for you.  Sit tight in case |
| 15:45:36 | 10 | Mr. Biebighauser does. |
| 15:45:36 | 11 | THE COURT:   Cross-examination, Mr. Biebighauser? |
| 15:45:39 | 12 | CROSS-EXAMINATION |
| 15:45:39 | 13 | BY MR. BIEBIGHAUSER: |
| 15:45:55 | 14 | Q.     Sergeant? |
| 15:45:56 | 15 | **A.     Yes.** |
| 15:45:56 | 16 | Q.     Sergeant.  Sergeant, I want to go all the way back |
| 15:46:00 | 17 | to the beginning where your involvement with this |
| 15:46:03 | 18 | investigation began.  Did it start when you received a |
| 15:46:07 | 19 | report from the National Center For Missing and Exploited |
| 15:46:11 | 20 | Children?  Is that where you began your investigation? |
| 15:46:13 | 21 | **A.     Yes.** |
| 15:46:22 | 22 | Q.     Did you review that report after you received it? |
| 15:46:26 | 23 | **A.     Yes.** |
| 15:46:27 | 24 | Q.     Do you have a copy of it in front of you -- |
| 15:46:29 | 25 | **A.     No.** |

PTRN-STARK_000234

| 15:46:29 | 1 | Q. | -- the NCMEC reports? |
| 15:46:32 | 2 | A. | **No, I don't.** |
| 15:46:32 | 3 | Q. | If you need them, let me know. |
| 15:46:34 | 4 | A. | **Yeah.** |
| 15:46:34 | 5 | Q. | 'Cause I have some specific questions for you. |
| 15:46:36 | 6 | A. | **Okay.** |
| 15:46:42 | 7 | Q. | When you reviewed them, I think on direct |

15:46:44   8   examination you said you paid attention to files that had

15:46:47   9   and had not been previously reviewed by the reporting

15:46:52  10   ESP.  Is that something you do as a part of your review?

15:46:54  11   A.      **Yes.**

15:46:55  12   Q.      Did you do that in this case?

15:46:57  13   A.      **Yes.**

15:46:57  14   Q.      Do you remember that in the first pair of

15:47:02  15   duplicate NCMEC reports that that was related to account

15:47:06  16   mikeyfromtumbl1?  Does that ring a bell?

15:47:10  17   A.      **Yes.**

15:47:10  18   Q.      And there were some files that were media files,

15:47:13  19   like .MP4 or .JPEG, either video or image files?

15:47:19  20   A.      **I would have to look at them to see.**

15:47:20  21   Q.      Sure.

15:47:25  22           MR. BIEBIGHAUSER:  May I approach?

15:47:25  23           THE COURT:  You may.  And, again, you don't need

15:47:27  24   to ask, but thank you.

15:47:28  25           MR. BIEBIGHAUSER:  Okay.  Thank you.

PTRN-STARK_000235

| | | |
|---|---|---|
| 15:47:30 | 1 | BY MR. BIEBIGHAUSER: |
| 15:47:30 | 2 | Q.     I'll approach with Government's Exhibit 1.  Just |
| 15:47:39 | 3 | thumb through it and let me know if you recognize that. |
| 15:47:43 | 4 | A.     (The witness complies.)   Yes. |
| 15:47:58 | 5 | Q.     I asked you about the NCMEC report for the account |
| 15:48:03 | 6 | mikeyfromtumbll.  Is that the report we were talking |
| 15:48:06 | 7 | about? |
| 15:48:06 | 8 | A.     Yes. |
| 15:48:07 | 9 | Q.     Do you see in that report, starting -- the page |
| 15:48:13 | 10 | numbers are on the top right-hand corner -- starting at |
| 15:48:16 | 11 | page 4 there is a list of uploaded file information? |
| 15:48:20 | 12 | A.     Yes. |
| 15:48:22 | 13 | Q.     In the second what I'll call banner and then |
| 15:48:25 | 14 | subsequent, there are listed .JPEG and .MP4 files.  Do |
| 15:48:33 | 15 | you see that? |
| 15:48:33 | 16 | A.     Yes. |
| 15:48:34 | 17 | Q.     Those are images and videos? |
| 15:48:35 | 18 | A.     Yes. |
| 15:48:35 | 19 | Q.     In each of those banners are the information about |
| 15:48:39 | 20 | those files.  There's a question that asks about did the |
| 15:48:42 | 21 | reporting ESP view the entire contents of the uploaded |
| 15:48:45 | 22 | file.  Do you see that question? |
| 15:48:47 | 23 | A.     Yes. |
| 15:48:47 | 24 | Q.     And for each of the files, is the answer "yes"? |
| 15:48:50 | 25 | A.     Yes. |

PTRN-STARK_000236

| | | |
|---|---|---|
| 15:48:51 | 1 | Q.     At the beginning of that list, however, do you see |
| 15:48:54 | 2 | a different file with a .zip ending? |
| 15:48:59 | 3 | A.     Yes. |
| 15:48:59 | 4 | Q.     And it asks the same question:  "Did reporting ESP |
| 15:49:02 | 5 | view entire contents of uploaded file?"  Do you see that? |
| 15:49:05 | 6 | A.     Yes. |
| 15:49:06 | 7 | Q.     And the information, it says, "Information not |
| 15:49:08 | 8 | provided by the company."  Do you see that, too? |
| 15:49:10 | 9 | A.     Yes. |
| 15:49:10 | 10 | Q.     I'm going through this step by step because I want |
| 15:49:13 | 11 | to reflect back on your initial review.  Is this what you |
| 15:49:16 | 12 | were talking about when you said on direct examination "I |
| 15:49:17 | 13 | looked to see if the reporting ESP had viewed the |
| 15:49:20 | 14 | information"? |
| 15:49:21 | 15 | A.     Yes. |
| 15:49:24 | 16 | Q.     I'm going to ask you one big question about -- and |
| 15:49:27 | 17 | I'll -- may I -- I'll approach with what's been marked as |
| 15:49:30 | 18 | Government's Exhibit No. 2.  That should be the same -- a |
| 15:49:36 | 19 | NCMEC report for survinglife8.  You let me know if that's |
| 15:49:39 | 20 | what that is. |
| 15:49:43 | 21 | A.     Yes. |
| 15:49:44 | 22 | Q.     All right.  And that included one media file. |
| 15:49:56 | 23 | What file type was that? |
| 15:49:58 | 24 | A.     A JPEG. |
| 15:49:59 | 25 | Q.     Okay.  And then in addition it also included a |

PTRN-STARK_000237

| 15:50:04 | 1 | .zip file; right? |
|---|---|---|
| 15:50:05 | 2 | **A.      Yes.** |
| 15:50:07 | 3 | Q.      Maybe we can get all this out with one question. |
| 15:50:10 | 4 | Does it go through the same questions, same answers, and |
| 15:50:12 | 5 | are they the same for the difference between the media |
| 15:50:14 | 6 | files and the .zip files as it relates to this account? |
| 15:50:19 | 7 | **A.      Yes.** |
| 15:50:22 | 8 | Q.      On direct examination I think you said that in |
| 15:50:24 | 9 | your review of the .zip files you found several |
| 15:50:30 | 10 | additional file types in there:  videos, pictures, text |
| 15:50:34 | 11 | files, messages shared between one user and another user. |
| 15:50:38 | 12 | Is that everything that was in the .zip file? |
| 15:50:40 | 13 | **A.      Yes.** |
| 15:50:41 | 14 | Q.      Before you reviewed all of that information, had |
| 15:50:44 | 15 | you sought a search warrant to view that information? |
| 15:50:46 | 16 | **A.      No.** |
| 15:50:50 | 17 | Q.      After you searched it, I want to talk about what |
| 15:50:53 | 18 | you found in those files.  And I ask you this as one |
| 15:50:57 | 19 | global question but let's break it down.  You found image |
| 15:51:00 | 20 | files; right? |
| 15:51:00 | 21 | **A.      Yes.** |
| 15:51:00 | 22 | Q.      In both accounts? |
| 15:51:02 | 23 | **A.      Yes.** |
| 15:51:02 | 24 | Q.      And let's just -- let me ask you all my questions |
| 15:51:05 | 25 | about both accounts now, so we're clear.  You found image |

PTRN-STARK_000238

| 15:51:07 | 1 | files and video files? |
| 15:51:24 | 2 | A.      I know there are video files in the mikeytumbl |
| 15:51:30 | 3 | account. |
| 15:51:32 | 4 | Q.      Go ahead and review 'em and let me know. |
| 15:51:42 | 5 | A.      And then in the surviving8 [sic], I just say that |
| 15:51:47 | 6 | there are images but I don't state if they're pictures or |
| 15:51:49 | 7 | videos. |
| 15:51:49 | 8 | Q.      You say you "don't state."  What do you mean by |
| 15:51:51 | 9 | that? |
| 15:51:51 | 10 | A.      Well, 'cause when I went through them I counted as |
| 15:51:55 | 11 | to how many images that there were. |
| 15:51:56 | 12 | Q.      Okay.  So is that your testimony today, or are you |
| 15:51:59 | 13 | just relying on what you wrote at some other time? |
| 15:52:01 | 14 | A.      I'm relying on my report that I wrote at the time. |
| 15:52:04 | 15 | Q.      Okay.  So do you know now whether there were video |
| 15:52:07 | 16 | files in the survinglife8 account? |
| 15:52:09 | 17 | A.      Not at this time, no. |
| 15:52:10 | 18 | Q.      There were image files however; right? |
| 15:52:12 | 19 | A.      Yes. |
| 15:52:13 | 20 | Q.      And in both of those accounts was there a folder |
| 15:52:16 | 21 | called Direct Messages? |
| 15:52:17 | 22 | A.      Yes. |
| 15:52:17 | 23 | Q.      When you were looking at the direct messages, what |
| 15:52:21 | 24 | did you understand direct messages to be? |
| 15:52:24 | 25 | A.      That they're not on -- that not everybody can see |

PTRN-STARK_000239

| | | |
|---|---|---|
| 15:52:30 | 1 | them, just the two people who are exchanging those |
| 15:52:33 | 2 | messages, or group. |
| 15:52:33 | 3 | Q.    I'm going to dumb this way down just to lay a |
| 15:52:37 | 4 | foundation.  Were they direct messages from the Twitter |
| 15:52:40 | 5 | website service? |
| 15:52:41 | 6 | A.    They were direct messages from one account to |
| 15:52:43 | 7 | another account. |
| 15:52:44 | 8 | Q.    Okay.  And one of those accounts did you later |
| 15:52:46 | 9 | learn to belong to Mr. Sporn? |
| 15:52:49 | 10 | A.    Yes. |
| 15:52:51 | 11 | Q.    The direct messages, did they contain the images |
| 15:52:55 | 12 | and the videos that you were just mentioning? |
| 15:52:57 | 13 | A.    Yes, on the survinglife8 account. |
| 15:52:59 | 14 | Q.    Did they also include text messages? |
| 15:53:02 | 15 | A.    Well, they're not -- I mean, I don't know if |
| 15:53:05 | 16 | they're text messages or not, but they're messages. |
| 15:53:07 | 17 | Q.    Okay.  I don't mean text messages like on a phone. |
| 15:53:09 | 18 | A.    Yeah. |
| 15:53:09 | 19 | Q.    I just mean messages between two users. |
| 15:53:13 | 20 | A.    Yes. |
| 15:53:13 | 21 | Q.    Made of text. |
| 15:53:14 | 22 | A.    Yes. |
| 15:53:14 | 23 | Q.    Okay.  And those messages going back and forth, |
| 15:53:17 | 24 | you believe, were between Mr. Sporn and whoever his |
| 15:53:19 | 25 | intended recipient was? |

PTRN-STARK_000240

| | | |
|---|---|---|
| 15:53:21 | 1 | A.      Yes. |
| 15:53:30 | 2 | Q.      Did the .zip files also include other information |
| 15:53:35 | 3 | that was relevant to the creation of Mr. Sporn's |
| 15:53:38 | 4 | accounts? |
| 15:53:40 | 5 | A.      Yes. |
| 15:53:40 | 6 | Q.      Okay.  It would have included things like his |
| 15:53:43 | 7 | email address, his name, his telephone number, that sort |
| 15:53:45 | 8 | of thing? |
| 15:53:46 | 9 | A.      Yes. |
| 15:53:47 | 10 | Q.      At any time you were reviewing the contents of |
| 15:53:50 | 11 | those .zip files, did you stop and obtain a search |
| 15:53:54 | 12 | warrant to continue looking, or did you complete your |
| 15:53:56 | 13 | review of the entire .zip files before obtaining a search |
| 15:53:59 | 14 | warrant? |
| 15:53:59 | 15 | A.      Well, actually, in the survinglife8 account, if I |
| 15:54:03 | 16 | can go back to your previous question -- |
| 15:54:05 | 17 | Q.      Sure, please. |
| 15:54:05 | 18 | A.      -- it wasn't in the .zip file that I got his phone |
| 15:54:09 | 19 | number and the registration date.  It was in the original |
| 15:54:15 | 20 | CyberTip that NCMEC sent. |
| 15:54:16 | 21 | Q.      Okay.  You saw it in the CyberTip, but was it also |
| 15:54:19 | 22 | included in the .zip file? |
| 15:54:21 | 23 | A.      Yes. |
| 15:54:23 | 24 | Q.      Okay.  We'll just confine this then.  So before |
| 15:54:26 | 25 | looking at the direct messages, including the video and |

PTRN-STARK_000241

| 15:54:29 | 1 | the images and the text in those messages, did you ever |
|---|---|---|
| 15:54:31 | 2 | stop your review to obtain a search warrant? |
| 15:54:33 | 3 | A.     No. |
| 15:54:33 | 4 | Q.     You looked at all the files that you wanted to |
| 15:54:36 | 5 | before you ever obtained a search warrant to look at that |
| 15:54:38 | 6 | information? |
| 15:54:38 | 7 | **A.     I never obtained a search warrant for these** |
| 15:54:41 | 8 | **accounts.** |
| 15:54:43 | 9 | Q.     By "these accounts," did you understand them, |
| 15:54:45 | 10 | either then or later, to belong to Mr. Sporn? |
| 15:54:48 | 11 | A.     Yes. |
| 15:54:51 | 12 | Q.     I want to back out onto a different subject.  You |
| 15:54:55 | 13 | said that, on direct examination, you were talking about |
| 15:54:58 | 14 | the search warrants in general that you obtained later. |
| 15:55:01 | 15 | If they had been denied, you mentioned going to HSI |
| 15:55:05 | 16 | Ferreira.  Am I saying that name right? |
| 15:55:07 | 17 | A.     Yes. |
| 15:55:08 | 18 | Q.     You would have asked him for assistance; is that |
| 15:55:11 | 19 | what I understood? |
| 15:55:12 | 20 | A.     Yes. |
| 15:55:16 | 21 | Q.     In that event would it have been up to HSI |
| 15:55:18 | 22 | Ferreira to say "no"? |
| 15:55:20 | 23 | **A.     He could have.** |
| 15:55:21 | 24 | Q.     You didn't know because you didn't ask him; right? |
| 15:55:24 | 25 | **A.     I didn't need to.** |

PTRN-STARK_000242

C E R T I F I C A T E

       I, Johanna L. Wilkinson, United States Court Reporter in and for the District of Kansas, do hereby certify:

       That the above and foregoing proceedings were taken by me at said time and place in stenotype;

       That thereafter said proceedings were transcribed under my direction and supervision by means of computer-aided transcription, and that the above and foregoing constitutes a full, true and correct transcript of said proceedings;

       That I am a disinterested person to the said action.

       IN WITNESS WHEREOF, I hereto set my hand on this the 1st day of September, 2023.


                       s/ Johanna L. Wilkinson
                       Johanna L. Wilkinson, CSR, CRR, RMR
                       United States Court Reporter


*Johanna L. Wilkinson, CSR, CRR, RMR*

(316) 323-3500   redwoof58@yahoo.com