# EXHIBIT 3

CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.                                           Case No:  21-10016-EFM

RANDY SPORN,

        Defendant.

**Attorney for Plaintiff:  Jason Hart**
**Attorney for Defendant: Mitch Biebighauser**

| JUDGE: | Hon. Eric F. Melgren | DATE: | 2/15/2022 |
|---|---|---|---|
| CLERK: | Brian Wood | TAPE/REPORTER: | Jo Wilkinson |
| INTERPRETER: | | PROBATION: | |

**Motion Hearing**

After hearing testimony of the witnesses and arguments from counsel on the Motion to Suppress Evidence, the Court announced a written order will be forthcoming.

PTRN-STARK_000633

**EXHIBITS FOR** Plaintiff

CASE NO. -EFM
21-10016 USA v Sporn

| No. | Exhibit | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| 1 | CYBERTIP NO. 61606638 | ✓ | ✓ | ✓ | Anderson |
| 2 | " 71133752 | | | | " |
| 3 | TWITTER T.O.S. | | | | " |
| 4 | " PRIVACY POLICY | | | | " |
| 5 | " RULES | | | | " |
| 6 | " CHILD SEXUAL EXPLGN POLICY | | | | " |
| 7 | " "OUR APPROACH..." | | | | " |
| 8 | APPLICN, WARRANT, RETURN – ATT | | | | Neal |
| 9 | – COX | | | | " |
| 10 | – GOOGLE | | | | " |
| 11 | – YAHOO | | | | " |
| 12 | – TWITTER | | | | " |
| 13 | ACCT SUSPN – 2/27/20 | | | | |

PTRN-STARK_000634