# EXHIBIT 6

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

**Google**

February 17, 2023

GOVERNMENT EXHIBIT
Exhibit No.: 10
Case No.: 2:22-cr-53-SPC-NPM
UNITED STATES OF AMERICA
vs.
RICHARD EDWARD BRILLHART
Date Identified: Feb. 22, 2023
Date Admitted: Feb. 22, 2023

*Via Email Only*
*soleil.randall@dhs.gov*

Soleil Randall
8860 Salrose Lane
Fort Myers, FL 33912

### DECLARATION OF ANJALI SHRESTHA

I, Anjali Shrestha, declare as follows:

I am a team lead in the Legal Investigations Support team at Google LLC ("Google"), where I have been employed for 7 years. In my role, I produce records in response to legal process and testify to the authenticity of those records. The information in this declaration is based on information I have access to in the normal course of my job and responsibilities and upon information and belief:

Google provides Internet-based services. Google's Terms of Service, which a user must accept as part of registering a Google Account, prohibit our services from being used in violation of the law and to abuse or harm others, and specifically calls out child pornography as violative content. See Google's Terms of Service (last visited Feb. 17, 2023), available at https://policies.google.com/terms/archive/20200331?hl=en-US.

Google's Privacy Policy provides that Google may "analyze your content to help us detect abuse such as spam, malware, and illegal content." See Google's Privacy Policy (last visited Feb. 17, 2023), available at https://policies.google.com/privacy/archive/20210204?hl=en-US.

Google has a strong business interest in enforcing its Terms of Service and ensuring its services are free of illegal content, including apparent child sexual abuse material ("CSAM"). Accordingly, Google independently and voluntarily takes steps to monitor and safeguard its platform. If its products or services were to become associated with being a haven for abusive content and conduct, including CSAM, users will stop using them. Ridding its services of CSAM is critically important to protect Google's users, product, brand, and business interests. Based on these private, non-government interests, Google has undertaken voluntary efforts to remove and report CSAM for many years. As an illustration of Google's commitment to removing CSAM from its services, Google's Transparency Report for 2021 shows that it made 870,319 CyberTipline Reports to the National Center for Missing and Exploited Children ("NCMEC"). See Google's efforts to combat online child sexual abuse material, Google Transparency Report (last visited Feb. 13, 2023), available at https://transparencyreport.google.com/child-sexual-abuse-material/reporting?hl=en.

Among other voluntary efforts, Google uses a proprietary hashing technology to detect apparent CSAM. An offending file, after it is viewed by at least one Google employee or contractor (a "Google Reviewer") and confirmed to be apparent CSAM, is given a digital



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

fingerprint ("hash") that Google's computers can automatically recognize. This hash is then added to Google's repository of hashes of apparent CSAM. Comparing the hashes in that repository to hashes of content uploaded to Google's services allows Google to identify exact or very similar CSAM imagery and to prevent them from continuing to circulate on Google products. No hash is added to Google's hash repository unless the corresponding file first has been visually confirmed by a Google Reviewer to contain apparent CSAM.

When Google discovers CSAM that appears to constitute child pornography as defined in 18 U.S.C. § 2256 ("Reportable CSAM"), Google provides a report to NCMEC via the CyberTipline in accordance with 18 U.S.C. § 2258A. Google trains Google Reviewers on the legal obligation to report such material, on the statutory definition of child pornography, and on how to recognize it on our products and services. Google makes reports in accordance with that training.

When Google submits a CyberTipline Report as required by law it may also apply an industry classification label to the images or videos, for example, labeling them as to whether the offending content or conduct includes a pubescent minor (which has a content label of the letter "B") and whether the image involves an overt sex act (which has a content label of the number "1"). Under this classification system, an image or video that Google labels as "B1" involves a pubescent minor involved in a sex act.

Google may also include in CyberTipline Reports basic subscriber information ("BSI") of the violative account, which includes name, email address, IP address, and other information. The inclusion of this information in a CyberTipline Report is allowed under the federal CSAM reporting statute, 18 U.S.C. § 2258A(b).

When Google's product abuse detection system encounters a hash that matches a hash in its repository of apparent CSAM, in some cases Google automatically reports it to NCMEC without re-reviewing the image immediately preceding the making of the report. In these cases, Google will indicate in the CyberTipline Report that it has not viewed the content, which means that the content of the particular reported file was not viewed immediately preceding the sending of the report. Instead, the content was reported because a Google Reviewer had previously viewed a file, whose hash matched the hash of the reported content, to the extent of confirming the previously viewed file contained Reportable CSAM.

In other cases, Google undertakes a manual, human review immediately preceding making the report to confirm that the file contains Reportable CSAM. In these cases, Google will include a statement or indication in a CyberTipline report that a file was viewed by Google. In other words, when Google indicates in a CyberTipline report that a file was viewed by Google, it is referring to a viewing of that file by a human immediately preceding making the report.

Content reported to NCMEC by Google thus has been confirmed by Google Reviewers as containing Reportable CSAM, either immediately before making the report made to NCMEC, or previously when the hash was added to Google's repository of hashes of apparent CSAM.

On or about May 10, 2021, Google provided to NCMEC the information in CyberTipline Report 90034851. This CyberTipline Report reflects that two files were attached to the report, and Google indicated that a Google Reviewer had reviewed one of those files immediately before submitting the report, while it did not review the other immediately before submitting the report.

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



USLawEnforcement@google.com

www.google.com

The file viewed by a Google Reviewer immediately before submitting the report was given the label "B1." The file not viewed means only that a Google Reviewer did not review that file concurrently with or immediately preceding making the report. As discussed above, that means this file's hash matched a hash in Google's repository of hashes of apparent CSAM. The underlying image for that hash still would have been reviewed by a Google Reviewer before its hash was added to Google's repository of hashes. As such, there was no need to manually re-review the content when reporting to NCMEC.

On or about May 19, 2021, Google provided to NCMEC the information in CyberTipline Report 90533145. On or about May 24, 2021, Google provided to NCMEC the information in CyberTipline Report 91101569. Both CyberTipline Reports state that there was one video included in the report, and Google indicated that "[a] person at Google viewed the file to the extent necessary to confirm that it contained apparent child pornography concurrently to or immediately preceding the sending of the CyberTip." This language indicates that a Google Reviewer reviewed the video concurrent to or immediately preceding the submission of the CyberTip Report. A Google Reviewer reviewed the video "to the extent necessary" to confirm it contains apparent child pornography. Both CyberTipline Reports included the label "B1" for the video applied by the Google Reviewer.

The policies and procedures described in the paragraphs above are a true and accurate description of those used by Google in May 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 17, 2023.

*Anjali Shrestha* (signature)

Anjali Shrestha