# EXHIBIT 8



Middle District of Florida
Fort Myers Division

**GOVERNMENT EXHIBIT**

Exhibit No.: _____1_____

Case No.: 2:21-cr-75-SPC-NPM

UNITED STATES OF AMERICA

vs.

HERIBERTO BATISTA MONTIJO

Date Identified: 12/7/2021

Date Admitted: 12/7/2021

# CyberTipline Report 84991...

## Priority Level: E
(Report submitted by a registered Electronic S...

Received by NCMEC on 01-24-2021 17:26:31 UTC
All dates are displayed as MM-DD-YYYY
Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

**The following is a brief overview of information contained in this CyberTipline report:**

**Incident Type:** Apparent Child Pornography (Unconfirmed)
Files Not Reviewed by NCMEC

NCMEC Incident Type is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

**Total Uploaded Files:** 4

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.



CyberTipline Report 84991416 | i

## Contents

| | |
|---|---|
| Section A: Reported Information | 1 |
| Reporting Electronic Service Provider (ESP) | 1 |
| Incident Information | 1 |
| Chat/Instant Messaging | 1 |
| Suspect | 1 |
| Recipient | 1 |
| Uploaded File Information | 2–3 |
| Section B: Automated Information Added by NCMEC Systems | 5 |
| Explanation of Automated Information (in alphabetical order) | 5 |
| Further Information on Uploaded Files | 5 |
| Geo-Lookup (Suspect) | 5 |
| Geo-Lookup (Recipient) | 5 |
| Geo-Lookup (Uploaded Files) | 6 |
| Section C: Additional Information Provided by NCMEC | 7 |
| NCMEC Note #1 | 7 |
| Uploaded File Information | 7 |
| Section D: Law Enforcement Contact Information | 9 |
| Broward County Sheriff's Office | 9 |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 84991416 | 1

# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

## Reporting Electronic Service Provider (ESP)

**Submitter:**
Facebook

Business Address:
1601 Willow Road
Menlo Park, CA 94025 United States

**Point of Contact for Law Enforcement:**
https://www.facebook.com/records

## Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 01-23-2021 17:25:15 UTC

## Chat/Instant Messaging

**Chat Service/IM Client:** Messenger
**Chat Room Name:** Jeliz Vazquez

## Suspect

| | |
|---|---|
| **Name:** | Junior Martinez |
| **Date of Birth:** | 10-27-1997 |
| **Approximate Age:** | 23 |
| **Email Address:** | batistaheriberto@gmail.com (Verified) |
| **Screen/User Name:** | junitobs.santiago |
| **ESP User ID:** | 100003864620173 |
| **Profile URL:** | http://www.facebook.com/junitobs.santiago |
| **IP Address:** | 2607:fb90:1264:8427:0:25:9814:9a01 (Login)<br>01-11-2021 23:48:59 UTC |
| **IP Address:** | 2601:06c3:8380:3330:90ab:72f7:efb7:1077 (Other)<br>01-23-2021 16:02:50 UTC |
| **ESP Group Identifier – possible involvement in online group related to CSE:** | 1903477969791005 |
| **Additional Information:** | Estimated location on January 24, 2021 UTC: Lehigh Acres, Florida, US (Not Verified)<br>This report contains a recent, believed-to-be non-mobile IP address under event type Other. |

## Recipient

**Name:** Jeliz Vazquez

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 84991416 | 2

| | |
|---|---|
| Date of Birth: | 03-06-2001 |
| Approximate Age: | 19 |
| Screen/User Name: | jeliz.vazquez.7 |
| ESP User ID: | 100061665245900 |
| IP Address: | 2601:6c3:8380:3330:9f6:3d7a:c9c6:eef1 (Login)<br>01-12-2021 03:34:05 UTC |
| ESP Group Identifier – possible involvement in online group related to CSE: | 1903477969791005 |
| Additional Information: | Estimated location on January 24, 2021 UTC: Lehigh Acres, Florida, US (Not Verified) |

### Uploaded File Information

| | |
|---|---|
| Number of uploaded files: | 4 |

### Uploaded File Information

| | |
|---|---|
| Filename: | m2cH4jFIrQa3MnaL141671204_4953571501379650_6594502511211917184_n.mp4 |
| MD5: | b9b3ff8d19ed87e560db270e3ed84472 |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Additional Information: | This image was uploaded because it was sent two messages before Child Exploitation Imagery (CEI):<br>Uploaded by: 100003864620173<br>Image's unique ESP identifier: 4953568601379940<br>Relation to CEI: Sent two messages before the CEI was uploaded<br>CEI's NCMEC ID: 22fc189d0b5a14d2296b3273ec5086da |

### Uploaded File Information

| | |
|---|---|
| Filename: | 2nSryhT280KKxRAL140688874_744215596501653_1919149720829450076_n.mp4 |
| MD5: | 05e6ea96b8ab42115a8542fe43f91fd0 |
| Did Reporting ESP view entire contents of uploaded file? | No |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Image Categorization by ESP:<br>(See Section B for further explanation) | A1 |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 84991416 | 3

| | |
|---|---|
| **Additional Information:** | Info from file:<br>Sent in product: Messenger<br>File's unique ESP Identifier: 744215103168369<br>Messenger Thread Name: Jeliz Vazquez<br>Messenger Thread ID: 1903477969791005<br>The following messages were sent immediately preceding and following the uploaded CEI:<br>(January 23, 2021 at 17:23:55 UTC) 100003864620173:  {Uploaded content with the NCMEC identifier 20ed4d5583cca409f4f29342be4f11a6 and unique ESP identifier 1012489205824834. The content can be found in this report.}<br>(January 23, 2021 at 17:25:12 UTC) 100003864620173:  {Uploaded content with the NCMEC identifier ffe3c8d8d2f13ca9925c47e6454264e8 and unique ESP identifier 4953568601379940. The content can be found in this report.}<br>(January 23, 2021 at 17:25:15 UTC) 100061665245900:  Number 1 and where did you get that photo of my dad and brother and sister's<br><br>(January 23, 2021 at 17:25:15 UTC) 100003864620173:  This image was uploaded<br><br>Uploaded January 23, 2021 at 17:25:15 UTC |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 2601:6c3:8380:3330:90ab:72f7:efb7:1077 | Upload | 01-23-2021 17:25:15 UTC |

### Uploaded File Information

| | |
|---|---|
| **Filename:** | d3JRRT65VN0v9q9K141327307_1012489229158165_7908197843116209576_o.jpg |
| **MD5:** | 6d37567b37ad7458e70e3b8455682fb8 |
| **Did Reporting ESP view entire contents of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | (Information Not Provided by Company) |
| **Additional Information:** | This image was uploaded because it was sent three messages before Child Exploitation Imagery (CEI):<br>Uploaded by:  100003864620173<br>Image's unique ESP identifier:  1012489205824834<br>Relation to CEI:  Sent three messages before the CEI was uploaded<br>CEI's NCMEC ID:  22fc189d0b5a14d2296b3273ec5086da |

### Uploaded File Information

| | |
|---|---|
| **Filename:** | Hmx0Gr6nXMZXs4gI119985224_1799959486809521_2005647523510528953_o.jpg |
| **MD5:** | 09aaef6447d0c850e504da3f1871e71a |
| **Did Reporting ESP view entire contents of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | Yes |
| **Additional Information:** | This is the profile picture for the account 100003864620173 |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 84991416 | 4

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*



CyberTipline Report 84991416 | 5

# Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

### Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "Suspect," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on IP address(es) voluntarily provided by the reporting ESP.

### Further Information on Uploaded Files

Number of uploaded files in each categorization category:

A1:       1

The following categorization system was created by various ESPs in January 2014:

|   | Content Ranking | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value. |

### Geo-Lookup (Suspect)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2601:6c3:8380:3330:90ab:72f7:efb7:1077 | US | FL | Lehigh Acres | Fort Myers-Naples | 33936 | - | 26.5936/ -81.6619 | Comcast Cable/ Comcast Cable |
| 2607:fb90:1264:8427:0:25:9814:9a01 | US | FL | Miami | Miami-Fort Lauderdale | 33150 | - | 25.8538/ -80.2069 | T-Mobile USA/ T-Mobile USA |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*



CyberTipline Report 84991416 | 6

### Geo-Lookup (Recipient)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2601:6c3:8380:3330:9f6:3d7a:c9c6:eef1 | US | FL | Lehigh Acres | Fort Myers-Naples | 33936 | | 26.5936/ -81.6619 | Comcast Cable/ Comcast Cable |

### Geo-Lookup (Uploaded Files)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2601:6c3:8380:3330:90ab:72f7:efb7:1077 | US | FL | Lehigh Acres | Fort Myers-Naples | 33936 | | 26.5936/ -81.6619 | Comcast Cable/ Comcast Cable |

This concludes Section B

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

PTRN-STARK_000571



CyberTipline Report 84991416 | 7

# Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

**NCMEC Priority Level:** E (Report submitted by a registered Electronic Service Provider)
**NCMEC Classification*:** Apparent Child Pornography (Unconfirmed)
Files Not Reviewed by NCMEC
**International Country:** United States
**NCMEC Date Processed:** 02-17-2021 18:41:03 UTC
**Made Available to Law Enforcement by NCMEC:** Yes

NCMEC Classification is based on NCMEC's review of the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## NCMEC Note #1

*ECD-SNP 02-17-2021 18:41:03 UTC*

CT/TA for the following yielded negative or irrelevant results:
batistaheriberto*
2601:06c3:8380:3330:90ab:72f7:efb7:1077
2607:fb90:1264:8427:0:25:9814:9a01
junitobs.santiago
100003864620173
"Junior Martinez"

====

Based on the Comcast Cable IP, this report has been sent to the Broward ICAC.

## Uploaded File Information

**Files Not Viewed by NCMEC:**

NCMEC staff have not viewed the following uploaded files submitted with this report and have no information concerning the content of the uploaded files other than information voluntarily provided in the report by the reporting ESP.

### Files Not Viewed by NCMEC

| Filename | MD5 |
|---|---|
| m2cH4jFlrQa3MnaL141671204_4953571501379650_6594502511211917184_n.mp4 | b9b3ff8d19ed87e560db270e3ed84472 |
| 2nSryhT280KKxRAL140688874_744215596501653_1919149720829450076_n.mp4 | 05e6ea96b8ab42115a8542fe43f91fd0 |
| d3JRRT65VN0v9q9K141327307_1012489229158165_7908197843116209576_o.jpg | 6d37567b37ad7458e70e3b8455682fb8 |
| Hmx0Gr6nXMZXs4gl119985224_1799959486809521_2005647523510528953_o.jpg | 09aaef6447d0c850e504da3f1871e71a |

### This concludes Section C

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 84991416 | 8

If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 84991416 | 9

# Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

### Broward County Sheriff's Office

**Investigator:**

**Assigned Officer:** Access VPN
**Title:** Sgt. Rodriguez
**City/State:** Fort Lauderdale, FL
**Country:** United States
**Email Address:** Ana_Ochoa@bsosid.org,Elizabeth_Rodriguez@bsosid.org,William_cunneen@bsocesu.org

Time/Date was made available: 02-17-2021 18:41:03 UTC

This concludes Section D

This concludes CyberTipline Report 84991416

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.