# EXHIBIT 10



**U.S. Department of Justice**

Office of Legislative Affairs

Office of the Assistant Attorney General                    *Washington, D.C. 20530*

September 16, 2014

The Honorable Patrick J. Leahy
Chairman
Committee on the Judiciary
United States Senate
Washington, DC 20510

Dear Mr. Chairman:

    Section 107 of the USA PATRIOT Improvement and Reauthorization Act of 2005 requires the Department of Justice (the Department) to submit an annual report relating to emergency disclosures of the contents of communications by public electronic communication service providers or public remote communication service providers. *See* 18 U.S.C. § 2702(b)(8). Specifically, the Department is required to provide: (1) the "number of accounts from which the Department of Justice has received voluntary disclosures under subsection (b)(8)"; and (2) "a summary of the basis for disclosure" in circumstances in which the voluntary disclosures were made to the Department and "the investigation pertaining to those disclosures was closed without the filing of criminal charges."

    The Department recently discovered that last year's report, though finalized, was inadvertently not transmitted to Congress. We apologize for this oversight, and attach information covering last year's reporting obligations as well as the information required in this year's report. This report covers the period from January 1, 2012 through December 31, 2013.

    During the period January 1, 2012 through December 31, 2012, the Department requested and received voluntary disclosures from 36 accounts pursuant to section 2702(b)(8). During this period, nine investigations were closed without the filing of criminal charges; the disclosures involved: online threats, terrorist activity, an investigation related to a missing federal agent, two bomb threats, an online bomb threat to the White House, a possible child abduction, an online threat to a U.S. Government official, and a potential threat to a presidential candidate. Additionally, voluntary disclosures from 27 accounts were requested and received on behalf of foreign governments in emergency situations in 2012. Foreign charges were ultimately filed in one of those situations; we have no information as to whether the remaining 26 disclosures resulted in criminal charges by the foreign government.[1]

---

[1] It should be noted that two disclosure requests resulted in the disclosure of 24 relevant accounts: one request related to five accounts and the other related to 19 accounts.

The Honorable Patrick J. Leahy
Page Two

During the period January 1, 2013 through December 31, 2013, the Department requested and received voluntary disclosures on its own behalf from 51 accounts pursuant to section 2702(b)(8). During the period covered by this report, 13 disclosures affecting 12 accounts were made in investigations which were subsequently closed without the filing of criminal charges. In those investigations, the voluntary disclosures were made on the following bases: a possible abduction, multiple bomb threats, and multiple threats related to terrorist activity. Additionally, one voluntary disclosure was requested and received on behalf of a foreign government in an emergency situation. We have no information as to whether this disclosure resulted in criminal charges being pursued by the foreign government.

Furthermore, as an update to the report most recently submitted to Congress, a number of disclosures that were previously reported were in cases that have subsequently closed without the filing of criminal charges. This includes one disclosure previously reported in the 2008 report, two previously reported in the 2010 report, and three previously reported in the 2011 report.

Please do not hesitate to contact this office should you have any questions regarding the information provided in this report.

Sincerely,

Peter J. Kadzik
Assistant Attorney General

cc:   The Honorable Charles E. Grassley
      Ranking Minority Member