# EXHIBIT 12



**U.S. Department of Justice**

Office of Legislative Affairs

Office of the Assistant Attorney General           *Washington, D.C. 20530*

JUN 3 0 2017

The Honorable Robert W. Goodlatte
Chairman
Committee on the Judiciary
U.S. House of Representatives
Washington, DC 20515

The Honorable Charles E. Grassley
Chairman
Committee on the Judiciary
United States Senate
Washington, DC 20510

Dear Chairman Goodlatte and Chairman Grassley:

    Section 107 of the USA PATRIOT Improvement and Reauthorization Act of 2005 requires the Department of Justice (the Department) to submit an annual report relating to emergency disclosures of the contents of communications by public electronic communication service providers or public remote computing service providers. *See* 18 U.S.C. § 2702(b)(8). Specifically, the Department is required to provide: (1) the "number of accounts from which the Department of Justice has received voluntary disclosures under subsection (b)(8)"; and (2) "a summary of the basis for disclosure" in circumstances in which the voluntary disclosures were made to the Department and "the investigation pertaining to those disclosures was closed without the filing of criminal charges."

    Based on a nationwide data call, during the period January 1, 2015, through December 31, 2015, the Department requested and received voluntary disclosures on its own behalf from 332 accounts pursuant to section 2702(b)(8). During the period covered by this report, 16 disclosures affecting 22 accounts were made in investigations which were subsequently closed without the filing of criminal charges. In those investigations, the disclosures were made on the following bases: terrorist activities and/or threats, kidnapping, death threats, and a national security emergency.

    Furthermore, as an update to the report most recently submitted to Congress, a number of disclosures that were previously reported were in cases that have subsequently closed without the filing of criminal charges. This includes one disclosure previously reported in the 2010 report, nine previously reported in the 2012 report, nine previously reported in the 2013 report, and two previously reported in the 2014 report.

USA-STARK-000007

The Honorable Robert W. Goodlatte
The Honorable Charles E. Grassley
Page Two

      Under Section 602 of the USA FREEDOM Act of 2015, which amended Section 2702(d), the Department is now also required to submit an annual report relating to emergency disclosures of customer records made by public electronic communications service providers or public remote computing service providers pursuant to 18 U.S.C. § 2702(c)(4). Specifically, the Department is required to provide the "number of accounts from which the Department of Justice has received voluntary disclosures under subsection (c)(4)." The Department has taken steps to implement collection of this information and will provide its first report on voluntary emergency disclosures of customer records under Section 2702(c)(4) as soon as the information has been collected and can be reported on an annual basis.

      We hope this information is helpful. Please do not hesitate to contact this office if we may provide additional assistance regarding this or any other matter.

                                                    Sincerely,

                                                    Samuel R. Ramer
                                                    Acting Assistant Attorney General

cc:      The Honorable John Conyers, Jr.
         Ranking Member
         Committee on the Judiciary
         U.S. House of Representatives

         The Honorable Dianne Feinstein
         Ranking Member
         Committee on the Judiciary
         United States Senate