# EXHIBIT 13



**U.S. Department of Justice**

Office of Legislative Affairs

---

*Office of the Assistant Attorney General*          *Washington, D.C. 20530*

NOV 1 0 2020

The Honorable Jerrold Nadler
Chairman
Committee on the Judiciary
United States House of Representatives
Washington, DC  20515

The Honorable Lindsey Graham
Chairman
Committee on the Judiciary
United States Senate
Washington, DC  20510

Dear Mr. Chairman:

Section 107 of the USA PATRIOT Improvement and Reauthorization Act of 2005 requires the U.S. Department of Justice (the Department) to submit an annual report relating to emergency disclosures of the contents of communications by public electronic communication service providers or public remote computing service providers. *See* 18 U.S.C. § 2702(b)(8). Specifically, the Department is required to provide: (1) the "number of accounts from which the Department of Justice has received voluntary disclosures under subsection (b)(8)"; and (2) "a summary of the basis for disclosure" in circumstances in which the voluntary disclosures were made to the Department and "the investigation pertaining to those disclosures was closed without the filing of criminal charges."

Based on a nationwide data call, during the period January 1, 2018 through December 31, 2018, the Department received voluntary disclosures from 429 accounts pursuant to section 2702(b)(8).  During this period, some disclosures were made in investigations that were subsequently closed without the filing of criminal charges; these disclosures were made to investigate offenses including potential kidnappings and murder of federal employees, bomb threats, a hijacking threat, Internet threats, a suspected association with a terrorist organization; a mass shooting threat; and school shooting threats.

USA-STARK-000009

The Honorable Jerrold Nadler
The Honorable Lindsey Graham
Page Two

Furthermore, as an update to the report most recently submitted to Congress, a number of disclosures from accounts previously reported were in cases that have subsequently closed without the filing of criminal charges.  This includes one account previously reported in the 2013 report, two previously reported in the 2014 report, one previously reported in the 2015 report, five previously reported in the 2016 report, and eight previously reported in the 2017 report.

Under section 602 of the USA FREEDOM Act of 2015, which amended 18 U.S.C. § 2702(d), the Department is now also required to submit an annual report relating to emergency disclosures of customer records made by public electronic communications service providers or public remote computing service providers pursuant to 18 U.S.C. § 2702(c)(4).  Specifically, the Department is required to provide the "number of accounts from which the Department of Justice has received voluntary disclosures under subsection (c)(4)."

Based on a nationwide data call, during the period January 1, 2018 through December 31, 2018, the Department received voluntary disclosures from 804 accounts pursuant to section 2702(c)(4).

We hope this information is helpful.  Please do not hesitate to contact this office if we may provide additional assistance regarding this or any other matter.

Sincerely,

Stephen E. Boyd
Assistant Attorney General

cc:     The Honorable Jim Jordan
        Ranking Member

        The Honorable Dianne Feinstein
        Ranking Member

USA-STARK-000010