# EXHIBIT 14



U.S. Department of Justice

Office of Legislative Affairs

*Office of the Assistant Attorney General*     Washington, D.C. 20530

The Honorable Richard J. Durbin
Chairman
Committee on the Judiciary
United States Senate
Washington, DC 20510

The Honorable Jerrold Nadler
Chairman
Committee on the Judiciary
U.S. House of Representatives
Washington, DC 20515

Dear Chairman Durbin and Chairman Nadler:

    Section 107 of the USA PATRIOT Improvement and Reauthorization Act of 2005 requires the U.S. Department of Justice (the Department) to submit an annual report relating to emergency disclosures of the contents of communications by public electronic communication service providers or public remote computing service providers. *See* 18 U.S.C. § 2702(b)(8). Specifically, the Department is required to provide: (1) the "number of accounts from which the Department of Justice has received voluntary disclosures under subsection (b)(8)"; and (2) "a summary of the basis for disclosure" in circumstances in which the voluntary disclosures were made to the Department and "the investigation pertaining to those disclosures was closed without the filing of criminal charges."

    Based on a nationwide data call, during the period January 1, 2019, through December 31, 2019, the Department received voluntary disclosures from 315 accounts pursuant to section 2702(b)(8). During this period, 94 disclosures affecting 47 accounts were made in investigations that were subsequently closed without the filing of criminal charges. The 94 disclosures were made to investigate incidents including the following: threats to a federal prosecutor, to a community center, to a hospital, to police departments, to judges and police officers in a foreign country, to a major retail store, to airline facilities, to the Latin Grammy Awards, to a movie theater, to kill people or conduct mass shootings; kidnappings; potential bombings or shootings of schools; a solicitation to revolt against the United States; and a claim to have a low yield nuclear weapon.

    Furthermore, as an update to the report most recently submitted to Congress with data for 2018, a number of section 2702(b)(8) disclosures from accounts previously reported were in cases that have subsequently closed without the filing of criminal charges. This includes six

USA-STARK-000011

The Honorable Richard J. Durbin
The Honorable Jerrold Nadler
Page Two

accounts previously reported for the 2018 data, eight accounts previously reported for the 2017 data, six accounts for the 2016 data, seven accounts for the 2015 data, three accounts for the 2013 data, two accounts for the 2012 data, and ten accounts for the 2011 data. The disclosures from accounts previously reported included reports to investigate missing juveniles, kidnappings, training of ISIL foreign fighters, a potential mass shooting, a school bomb threat, and potential terrorist attacks, including potential attacks against a U.S. military base and a passenger train.

Under section 602 of the USA FREEDOM Act of 2015, which amended 18 U.S.C. § 2702(d), the Department is also required to submit an annual report relating to emergency disclosures of customer records made by public electronic communications service providers or public remote computing service providers pursuant to 18 U.S.C. § 2702(c)(4). Specifically, the Department is required to provide the "number of accounts from which the Department of Justice has received voluntary disclosures under subsection (c)(4)." Based on a nationwide data call, during the period January 1, 2019 through December 31, 2019, the Department received voluntary disclosures from 1,154 accounts pursuant to section 2702(c)(4).

We hope this information is helpful. Please do not hesitate to contact this office if we may provide additional assistance regarding this or any other matter.

Sincerely,

CHRISTINA CALCE
Digitally signed by CHRISTINA CALCE
Date: 2022.09.08 15:57:52 -04'00'

Christina M. Calce
Deputy Assistant Attorney General

cc:   The Honorable Jim Jordan
      Ranking Member

      The Honorable Charles E. Grassley
      Ranking Member