# EXHIBIT 15

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar No. 1019782)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Brayden STARK, Judd OOSTYEN, Kevin BLACK, and Maryann OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | No. 3:22-cv-03131-JCS<br><br>**UNITED STATES' SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION**<br><br>Honorable Joseph C. Spero |

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court of the Northern District of California, and pursuant to the agreement of Defendant and the United States, the United

States, by and through undersigned counsel, submits its Supplemental Responses to Defendant's First Set of Requests for Admission.

## GENERAL OBJECTIONS

The United States incorporates by reference all General Objections included in its September 5, 2023, Objections to Defendants' First Set of Requests for Admission.

## OBJECTIONS TO DEFINITIONS

The United States incorporates by reference all Objections to Definitions included in its September 5, 2023, Objections to Defendants' First Set of Requests for Admission.  Subject to and without waiver of those objections, the United States will interpret the terms "YOU" or "YOUR" to refer to the United States Department of Justice in these supplemental responses.  Any and all references to the "United States" in these supplemental responses and objections should be understood to refer to the United States Department of Justice, unless stated otherwise.

## OBJECTIONS TO INSTRUCTIONS

The United States incorporates by reference all Objections to Instructions included in its September 5, 2023, Objections to Defendants' First Set of Requests for Admission.

**SUPPLEMENTAL RESPONSES & OBJECTIONS TO SPECIFIC REQUESTS**

**Request for Admission No. 10**

ADMIT that the United States government has, since January 1, 1989, executed search warrants that seek "personally identifiable information" of "consumers" from "video tape service providers" as those terms are defined in 18 U.S.C. § 2710.

**Supplemental Response:**  Subject to and without waiving the objections set forth in the United States' Objections to Defendants' First Set of Requests for Admission, the United States admits Request for Admission No. 10.

**Request for Admission No. 12**

ADMIT that the United States government has, since January 1, 1989, obtained court orders allowing it to obtain "personally identifiable information" of "consumers" from "video tape service providers" as those terms are defined in 18 U.S.C. § 2710.

**Supplemental Response:** Subject to and without waiving the objections set forth in the United States' Objections to Defendants' First Set of Requests for Admission, the United States admits Request for Admission No. 12.

**Request for Admission No. 13**

ADMIT that the United States government has never, since January 1, 1989, sought a court order from any United States District Court pursuant to the procedures set forth in 18 U.S.C. § 2710(b)(3), authorizing disclosure of "personally identifiable information" of "consumers" from "video tape service providers," as those terms are defined in 18 U.S.C. § 2710.

**Supplemental Response:** Subject to and without waiving the objections set forth in the United States' Objections to Defendants' First Set of Requests for Admission, after a reasonably diligent investigation, the United States Department of Justice lacks sufficient knowledge or information to admit or deny Request for Admission No. 13. The United States' reasonably diligent investigation included multiple inquiries within the Federal Bureau of Investigation (FBI); multiple inquiries directed to specific sections of the U.S. Department of Justice most likely to deal with this information, including the Criminal Division's Computer Crime and Intellectual Property Section (CCIPS) and Child Exploitation and Obscenity Section (CEOS); and multiple inquires to Computer Hacking and Intellectual Property (CHIP) program members across the U.S. Department of Justice, including in individual U.S. Attorney's Offices. Information or knowledge the U.S. Department of Justice was able to readily obtain as a result of these reasonable inquiries was insufficient to enable it to admit or deny this Request. Any further investigation

would be disproportionate to the needs of the case, and the burden would outweigh any likely benefit, as explained further in the United States' Objections.

Dated: November 6, 2023

                              BRIAN M. BOYNTON
                              Principal Deputy Assistant Attorney General
                              Civil Division

                              LESLEY FARBY
                              Assistant Branch Director
                              Civil Division, Federal Programs Branch

                              */s/ Leslie Cooper Vigen*
                              LESLIE COOPER VIGEN
                              Senior Trial Counsel (D.C. Bar No. 1019782)
                              Civil Division, Federal Programs Branch
                              United States Department of Justice
                              1100 L Street, NW, Washington, D.C. 20005
                              Telephone: (202) 305-0727
                              Email:  leslie.vigen@usdoj.gov

                              *Counsel for United States*