# EXHIBIT 20

# CONTINUING EDUCATION PROGRAM DESCRIPTIONS

When applying to become an IRS approved continuing education provider, applicants must ensure that programs submitted contain the following:

- The program title should include a specific descriptor of the program content; and
- The program description must succinctly describe the major elements or content of each program offered in a manner sufficient for the reviewer to make a determination that the program covers appropriate subject matter for the category (federal tax, federal tax-related, federal tax law updates, qualified retirement plan matters, or ethics). The description should also include who will be delivering the content (panel, speaker, or other method). Additionally, ethics programs must address Circular 230 subject matters. Ethics programs cannot be a general ethical discussion such as the meaning of integrity, honesty or other moral principles.

Below are examples of continuing education programs titles and descriptions that meet the above criteria:

## Federal Taxation/Federal Tax Related Matters

Data Compromises – It's Not a Matter of If but When

This presentation was developed to heighten awareness and the importance of having an Information Security Plan (NIST Framework). Criminal Investigations (CI) will focus on the various types of data compromises impacting the tax professional industry. Our goal is to impress upon the audience a need of establishing and implementing a data security plan (Publications 4557 & 4524) which will include the various cyber defenses aimed to protect their data. As part of the presentation, CI will stress the significance of informing the IRS and related State Taxing Authorities upon discovery of the data loss. Tax Practitioners and payroll service providers retain records and other key data points that could be used to produce high consistency Stolen Identity Refund Fraud (SIRF) claims. When these types of claims are filed, the claims can mirror a taxpayer's correct tax information. Thereby, generating a higher probability of bypassing existing analytical filters designed to detect ID Theft claims.

Program Changes for Report of Foreign Bank and Financial Accounts

The Report of Foreign Bank and Financial Accounts TD Form 90-221.1 or FBAR is required of all U.S. persons having a financial interest in, or authority over, a financial account located in a foreign country if the aggregate value of the account(s) exceeds $10,000 at any time during the calendar year. In this seminar you will learn from your instructor about recent changes/revisions made to the FBAR form and instructions for the 2018 filing year, definition of a U.S. person, foreign financial accounts, and FBAR filing exceptions.

PTRN-STARK_005274

### Corporate Taxation

This on-line course examines and explains the basics of corporate taxation. It focuses on: regular and C corporations, their formation and operation under tax law; the advantages and disadvantages of corporations; incorporation and capitalization issues; basic tax rates and specialty taxes; the tax treatment of operational expenses and deduction; accounting periods and methods; and the dangers of multiple corporations and corporate distributions. This course, including examination, must be completed within one year of the date of purchase.

---

### Appeals – Our Role in Resolving Examination Disputes

This presentation will explore the Appeals process as it relates to tax disputes originating in the Examination function of the IRS. It will offer an insider's tour of the process beginning with the request for Appeals consideration (in response to Examination issuing a notice such as 30-day letter or Formal Notice of Claim Disallowance) and ending with the case closing from Appeals. The presenter will focus on providing the audience with the knowledge and tools to successfully understand and participate in all stages of the Appeal process.

---

### Top Employment Tax Issues

This instructor-led seminar will provide the latest information on employment taxes including what's new, what's on tap for the Small Business and Self-Employed Employment Tax unit that will affect taxpayers, and what practitioners need to know to help their clients. This session will also include information on questionable employment tax practices, current employment tax trends, and other facts that will benefit the tax practitioner in advising clients.

---

### Examination/Compliance Process

This instructor-led seminar will discuss current compliance initiatives in examination. Topics include a brief overview of the current organizational structure of the IRS Examination function and its role in the achievement of IRS' Strategic Plan. The presentation will encompass the four enforcement objectives of discouraging non-compliance by corporations, high-income individual taxpayers, and other taxpayers; assuring tax practitioners adherence to professional standards; deterring domestic and offshore based tax and financial criminal activity; and discouraging non-compliance within Tax Exempt and Government Entities.

PTRN-STARK_005275

The Ugly 1040 and The Ugly 1040 II

Examine the world of the 1040 and the issues that make for complex tax return preparation. This instructor-led, four-day conference can be taken separately or as part of a two-day presentation. The tax professional will discover, in a real-world environment, what they know and what they don't know about preparing a Form 1040 from the all-important interview with the client to the actual preparation utilizing issues such as:

- Who qualifies as a dependent;
- Filing status;
- Child Care Credit;
- Business entity and related deductions;
- Sale of assets and proper reporting; and
- Schedule A itemized requirements and deductions.

Introduction to the Decedent's Final Form 1040

This on-line course introduces the tax professional to unique issues when preparing and planning the Final Form 1040 for the taxpayer who has died. It discusses the importance of how to allocate the income and deductions, and the issues that face the estate and the surviving beneficiaries. You will learn which taxpayer is responsible for the inclusion of the income and the deductions that are associated with death and succession. This course, including examination, must be completed within one year of the date of purchase.

Individual Income Taxes – A Complete Guide to the 1040

Designed to make the tax practitioner comfortable with "high traffic issues", this self-study course enables participants to discuss and handle individual tax essentials. This course explains the practical aspects of return preparation and individual planning, bridging the gap between theory and application. Practical applications and illustrations are used to systematically explore tax deferral, reduction, and elimination opportunities accompanying return preparation. This course, including examination, must be completed within one year of the date of purchase.

PTRN-STARK_005276

## Federal Tax Law Updates

TCJA Changes Affecting Personal Residences

Refresh your skills in light of the TCJA and recent court rulings about deductions related to your client's personal residence. This session will address the following issues: how much/what kind of mortgage interest remains deductible; equitable ownership (what is it and when does it apply); and (of course) state and local property taxes.

---

Partnership Schedule K-1 - What you need to know in light of The Tax Cuts and Jobs Act!

Do you feel overwhelmed when your client hands you a Partnership K-1? Where do you start, what questions do you ask, and what do you need to know? What qualifies for the 20% QBI deduction? With the increasing popularity of pass through entities, it is more likely that you may be dealing with a K-1 from a partnership on your client's tax return. We will discuss how to take the K-1 items to the 1040 Tax Return and practice points on issues such as passive and active participation, basis issues, and unreimbursed partner expenses. Included in this session are real life examples, potential hazards, and resources to keep you in compliance and help you report the K-1 correctly.

---

S Corporation Hot Spots – What you need to know in light of The Tax Cuts and Jobs Act

For the last several years, S-Corporations have been the most popular entity for a small business. Now we have the Tax Cuts and Jobs Act that impact S-Corporations in a variety of ways. In this session, we will cover what you need to know about the tax act provisions and their effect on S-Corporation "hot spots". This will include a new analysis of reasonable compensation, health insurance, cash vs. accrual basis, shareholder loans and distributions, depreciation, fringe benefits, accountable plans, and revoking the S-election. It is more important than ever to understand the "hazard" areas of S-Corporations and what to watch out for!

---

Pros and Cons of Full Expensing and Section 179 under the new tax law

The TCJA now allows full expensing of certain property and continues the Section 179 deduction. This session will concentrate on:
- The limitations placed on expensing depending on when assets are placed into service
- What property qualifies for the new limitations
- The pros and cons of electing the full expensing or Section 179 options
- Consequences of later property disposals after full expensing has been elected and the impact of new like kind exchange rule changes.

---

PTRN-STARK_005277

## Ethics

Practicing before the IRS - Circular 230 A to Z

Due Diligence obligations of tax professionals. Overview of other key Circular 230 provisions. Practitioner responsibilities to their clients and to the Tax Administration System. Best Practices for all tax professionals. Office of Professional Responsibility Policies and Procedures.

---

Professional Tax Practice Responsibilities Conflicts of Interest

A panel of distinguished private tax professionals will join the Office of Professional Responsibility to discuss and debate a series of hypotheticals focused on the decisions and dilemmas faced by tax professionals in everyday tax practice, with an emphasis on conflicts of interest. The common and not so common scenarios will be evaluated using the relevant provisions in Circular 230. A good understanding of Circular 230 will enhance your understanding of this session.

---

Ethical Issues Arising in Day to Day Practice

Rarely does a day pass in a tax practice that a practitioner is not confronted, either directly or subtly, with an ethical issue. Circular 230 topics such as questions involving conflicts of interests, giving advice to clients in controversy matters, protecting confidentiality when communicating with third or related parties, addressing internal ethical barriers, and other problems can arise without warning. Panelists will address a series of such issues and discuss the day to day resolution of these and similar problems.

---

Ethical and Penalty Issues in Tax Practice

How does the IRS police the accuracy of tax returns? Can a taxpayer filing a return advance any reasonable arguable position? What are the tax practitioner's duties with respect to the accuracy of the taxpayer's tax return? When can a taxpayer rely on a practitioner for advice and when can the practitioner rely on information from the taxpayer? The lecturer will discuss real-world Circular 230 hypothetical situations to illustrate the ethical and penalty standards that apply to taxpayers and tax return preparers in every day practice.

---

PTRN-STARK_005278

## Qualified Retirement Matters

Cross-Testing and 401(a)(4)

H.S. 4126, the Retirement Fairness Act of 2009, introduced on November 19, 2009 and referred to the House Committee on Ways and Means, has re-ignited the discussion of whether cross-testing allocations of non-elective contributions should be permitted. While Congress is talking restricting, or prohibiting cross-testing, the IRS has been broadening the types of plans which can utilize allocation by individual classification and the way plans can classify employees for cross-testing purposes. This live web seminar discusses the history of cross-testing and Internal Revenue Code section 401(a)(4), recent IRS guidance on applying Treas. Reg. 1.401(a)(4)-8 to individual classification and classification by individual names, and the language of H.R. 4126.

Standardized or Non-Standardized

With the next generation of defined contribution prototypes on the horizon, now is the time to discuss the differences between standardized prototypes and non-standardized prototypes as defined by Rev. Proc. 2005-16. In this live web seminar, we discuss the definition of a prototype plan and the choices available in each type of plan for eligibility and compensation exclusions. We also discuss the differences between Internal Revenue Code sections 415(c)(3) and 414(s) compensation, the designed-based safe harbors described in Treas. Reg. 1.401(a)(4), and the allocation formulas permitted in standardized prototype plans and non-standardized prototype plans. Finally, we discuss issues to consider when amending or modifying a prototype plan.

How Much is Enough, What is a Meaningful Benefit?

In this live web seminar, we discuss what meaningful benefits are, along with the guidance issued by the IRS on meaningful benefits, the requirements of Internal Revenue Code section 401(a)(26) and the specific language of Treas. Reg. 1.401(a)(26)-3. Finally, we explore the meaning of both the Paul Schulz memorandum on meaningful benefits and the Carol Gold memorandum on meaningful benefits, along with the meaning of the clarification to the Carol Gold memorandum issued by the IRS in 2005.

PTRN-STARK_005279

## Special Enrollment Exam (SEE) Test Preparation

Test Prep Part 1 Individuals – 5 credit hours of test prep

This course will prepare you to take Part 1 - Individual Taxation.

Topics covered will include:
- Preliminary Work with Taxpayer Data
- Income and Assets
- Deductions and Credits
- Taxation and Advice
- Specialized Returns for Individuals

---

Test Prep Part 2 Businesses – 5 credit hours of test prep

This course will prepare you to take Part 2 – Business Taxation.

Topics covered will include:
- Business Entities
- Business Financial Information
- Specialized Returns for Businesses

---

Test Prep Part 3 Representation Practices and Procedures – 2 credit hours of ethics

This course will prepare you to take Part 3 – Representation, Practices and Procedures.

Topics covered will include:
- Practices and Procedures
- Representation before the IRS
- Specific Types of Representation
- Completion of the Filing Process

PTRN-STARK_005280