# EXHIBIT 22

| Attendee First Name | Attendee Last Name | Attendee PTIN | Program Number | CE Hours Awarded | Program Completion Date |
|---|---|---|---|---|---|



# IRS Continuing Education Provider Program Credit Hour Submission Form

**Instructions for completing spreadsheet:**

- In the first tab of this spreadsheet, enter information about each attendee who has completed a program you have provided.
- For each attendee, **all** information is required.
- Please ensure that all attendee PTIN numbers are in the form at P12345678.
- The letter 'P' is required.
- Do not use this spreadsheet if you are reporting instructor hours. You must use the manual reporting method.
- The program number listed must match an approved program in your provider account and requires all 14 characters plus hyphens.
- The number of CE hours awarded can not exceed the number of hours associated with your approved program.
- Please use as many rows as needed. You may add or import data for multiple programs in the same file.
- In order to avoid system error and rejection of your PTIN upload, do not change the header row text.
- For questions, please contact us at (916) 738-8001 or (888) 316-7581.

**Instructions for submitting program completion/PTIN information to the IRS via Excel spreadsheet:**

- During the first nine months of the year, you must report program completion information quarterly at a minimum (by March 31, June 30, and September 30) or within 10 business days of the completion date when the completion date is within the last 10 business days of the quarter's end. During the fourth quarter (October 1 – December 31), you must report program completion information within ten business days of delivery of each program. Providers are encouraged to upload completions as soon as possible as the system allows you to upload data more frequently than the required intervals.

- AFTR course completion information can only be submitted with completion dates of June 1 through December 31.

- Programs/courses must be completed by midnight local time of the student on December 31 to count for current calendar year credit.
- The organization's Point of Contact must log into their online CE Provider Account and upload the completed Excel spreadsheet to their individual IRS CE Provider account.

Revised 08/2023