# EXHIBIT 23

Would you like to view our website in a different language?
Select Language ▼



# 2023 Annual Federal Tax Refresher (AFTR)

# 6 Credit Hours of Annual Federal Tax Refresher



- Home
- Start Free Course
- View Courses
  - AFSP Continuing Education
  - EA Continuing Education
  - Bookkeeper Quickbooks
  - Enterprise Options
  - CTEC Continuing Education
  - EA Exam Prep
  - Business Builder Courses
- My Cart
- Success Stories
- FAQs
- Blog
- Course Log In
- Our Instructors
- CONTACT US

**INSTANT ACCESS**

Special Price: **$99.97**

Regular Price: **$129.97**

BUY NOW



## Description

*Annual Federal Tax Refresher (AFTR) 6 Hours*

*Note: the AFTR course requires a 100-question exam with a passing score of 70%. You must complete the Exam in one continuous sitting with a 3-hour time limit.

This 6-hour IRS-approved online video course follows the IRS course outline and test parameters for the Annual Federal Tax Refresher (AFTR) Course and Test. This course follows the three domains precisely to ensure all topics and domains in the AFTR are thoroughly covered. Presented by CPA, Attorney, and Professional Tax Speaker - Dr. Bart Basi along with CPA and Attorney Roman Basi - this Annual Federal Tax Refresher will help you master the intricacies of federal tax regulations. You can learn about recent updates, including annual inflation adjustments, new standard mileage rates, and changes in filing status. Gain expertise in general tax review, retirement income reporting, deductions, credits, and more. You can add to your professional responsibility with insights on tax-related identity theft, data safeguarding, and preparer penalties. This course fulfills the Annual Federal Tax Refresher (AFTR) requirement and provides a solid foundation for tax practitioners. Enroll today and stay up-to-date with the ever-evolving tax landscape. This course will satisfy the AFTR requirement for all non-exempt preparers.

**This course must be completed by December 31st, 2023, to receive AFTR credit towards your Record of Completion.**

**Learning Objectives:**

By the end of this course, participants will be able to:

- Identify the latest changes to federal tax law
- Apply the latest changes to federal tax law to prepare tax returns
- Understand general tax concepts
- Follow practices, procedures, and professional responsibility standards

**Topics Covered:**

- Domain 1 - New Tax Lax/Recent Updates
  - Domain #1 covers New Tax Laws/Recent Updates, including cost-of-living adjustments, standard mileage rates, Third Party Network Transactions (Form 1099-K), energy-efficient home improvement credit, clean vehicle credits, and more.
- Domain 2 - General Review
  - Domain #2 is a general review, including taxability of earnings, Schedule B, reporting and taxability of retirement income, record-keeping requirements, itemized deductions, tax credit eligibility, and more.
- Domain 3 - Practice, Procedures, and Professional Responsibility
  - Domain #3 focuses on Practices, Procedures, and Professional Responsibility, including Tax-related identity theft, safeguarding taxpayer data, preparer penalties, E-filing requirements, the Annual Filing Season Program Requirements, and more.

**Included in this program:**

- 6 Hours Annual Federal Tax Refresher (AFTR), with English and Spanish, closed captioning
- Immediate access to the program soon as you purchase
- An email will be sent to you with instructions on how to access your program
- The program is split up into 50-minute video segments
- We report your hours of completion to the IRS

*Note: the AFTR course requires a 100-question exam with a passing score of 70%. You must complete the Exam in one continuous sitting with a 3-hour time limit.

**AFTR course and exam must be completed in their entirety by December 31st, 2023 to receive AFTR credit in your PTIN Account.**

## Benefits

PTRN-STARK_005284

### Requirements

COURSES

- AFSP Continuing Education
- AFSP Continuing Education - FREE
- EA
- Enterprise Options

COMPANY

- About Us
- Blog
- Success Stories
- Coupons

CUSTOMER SERVICE

- Contact Us
- SMS Terms and Conditions
- FAQ
- My Account
- My Cart

30 DAY SATISFACTION GUARANTEE

My Tax Courses Online has the highest quality tax courses from award winning presenters. We are so confident that you will enjoy and benefit from our courses that if you find yourself dissatisfied with our course for any reason you will receive a full refund.

    

- © 2023 MyTaxCoursesOnline.com
- |
- (800) 605-3538
- |
- info@mytaxcoursesonline.com
- |
- About Us
- |
- Site Map
- |
- Privacy Policy
- |
- Terms & Conditions
- |
- Refund Policy

f 🐦 📷 ▶️

PTRN-STARK_005285