# EXHIBIT 24

Case 3:22-cv-03131-JCS   Document 83-24   Filed 11/17/23   Page 2 of 6



**TaxProCPE**
Cloud-Based Video CPE
(https://taxprocpe.com)

# Unlimited CE Courses, One Low Price

Save money and get the best video based CE training out there. Gain access to top-quality IRS approved CE tax education that meets your CE requirements. Enroll today!

### Enroll Now for $29.99/monthly



## The best price for all your CE needs.

### Unlimited CE Package

POPULAR

$**29**$<sup>99.</sup>
Monthly

✔ Unlimited Hours

✔ Online Access 24/7

PTRN-STARK_005286



(https://taxprocpe.com)

✓ Includes Federal Tax Law, Ethics, &

Federal Tax Updates

**Enroll Now (https://taxprocpe.com/register/unlimited-monthly-ce-package/)**



**Looking For The Annual Filing Season Program? Click Here.
(https://taxprocpe.com/afsp/)**



# Looking to enroll in the best CPE courses without a package?

We got you covered! Check out our online video based CE catalog and see why we're the best.

Get instant access to our courses now.

## CE Course Catalog

Default sorting ▾



**2023 | ARP Act (American Rescue Plan Act)**

$29.99



**2023 | CAA Act (Consolidated Appropriations Act)**

$29.99

PTRN-STARK_005287



(https://taxprocpe.com/tax-course/arp-act-american-rescue-plan-act/)

Add to cart (/continuing-education/?add-to-cart=1609291503909910)

(https://taxprocpe.com/tax-course/caa-act-consolidated-appropria...act/)

Add to cart (?add-to-cart=1609291503910922)



2023 | Capital Gains and Losses

$29.99

(https://taxprocpe.com/tax-course/capital-gains-and-losses/)

Add to cart (?add-to-cart=1609291503910944)



2023 | CARES Act

$89.99

(https://taxprocpe.com/tax-course/cares-act/)

Add to cart (/continuing-education/?add-to-cart=1609291503909255)



2023 | Inflation Reduction Act

$29.99

(https://taxprocpe.com/tax-course/inflation-reduction-act/)

Add to cart (?add-to-cart=1609291503910924)



2023 | Marketplace Health Insurance

$29.99

(https://taxprocpe.com/tax-course/marketplace-health-insurance/)

Add to cart (?add-to-cart=1609291503910946)

PTRN-STARK_005288

Case 3:22-cv-03131-JCS   Document 83-24   Filed 11/17/23   Page 5 of 6





2023 | Practices, Procedures and
Professional Responsibility

$29.99

(https://taxprocpe.com/tax-course/practices-
procedures-and-professional-responsibility/)

Add to cart (?add-to-
cart=1609291503910958)

2023 | Retirement Contributions and
Limits

$29.99

(https://taxprocpe.com/tax-course/retirement-
contributions-and-limits/)

Add to cart (/continuing-education/?
add-to-cart=1609291503909908)



2023 | SECURE Act

$29.99

(https://taxprocpe.com/tax-course/secure-act/)

Add to cart (?add-to-
cart=1609291503910954)

2023 | Tax Update

$59.99

(https://taxprocpe.com/tax-course/tax-
update/)

Add to cart (/continuing-education/?
add-to-cart=1609291503909253)

PTRN-STARK_005289


(https://taxprocpe.com)

2023 | Taxability of Interest & Dividends

$29.99

(https://taxprocpe.com/tax-course/taxability-of-interest-dividends/)

Add to cart (?add-to-cart=1609291503910948)

2023 | TCJA

$89.99

(https://taxprocpe.com/tax-course/tcja/)

Add to cart (?add-to-cart=1609291503910956)

1    2 (/continuing-education/?product-page=2)    → (/continuing-education/?product-page=2)









Copyright 2023. – TaxProFirm, PC. Privacy Policy. (https://taxprocpe.com/privacy-policy/)

PTRN-STARK_005290