# EXHIBIT 25



# Continuing Education



## Continuing Education links ...

Producers Continuing Education
Renewal Requirements
Flood Insurance Training
Long-Term Care Training
Annuity Suitability Training
Providers Continuing Education
Provider Forms

## Producer/Agency

Resident Producer Licensing

Nonresident Producer Licensing

Agency Licensing

Continuing Education

Change/Service Forms

Company Appointment

Producer Examinations

Limited Lines of Authority

Surplus/Excess Lines

Reinsurance Intermediaries

Viatical Representative Broker License

Public Adjusters

Download Agent/Agency Lists

Producer License Verification Lookup

Manage License – print license and CE transcript

# Continuing Education for Insurance Producers

Producers to view your current CE hours, click here.

Producers to find approved CE providers and courses, click here.

Information for CE Providers, click here.

Once a resident insurance producer receives a license, the producer must satisfy continuing education requirements according to their line of authority. Continuing education courses must be approved by the Kansas Insurance Department. Courses must be completed during the biennium to which they are to be applied. Producers may renew their license (if they have appropriate CE credit) up to 90 days prior to their biennial renewal date.

Continuing education completion information must be submitted electronically to State Based System (SBS) by the continuing education provider. *The Department will not accept any completion certificates from producers or providers (whether in paper or electronic form).*

## BIENNIAL CE REQUIREMENTS

| LINE OF AUTHORITY | HOURS | REQUIRED COURSE TYPE |
|---|---|---|
| Single or dual major lines [1] | 18 | 3 Ethics; remainder at producer's discretion |
| Public Adjusters | 18 | 3 Ethics; remainder at public adjuster's |

| | | discretion |
|---|---|---|
| Title Only | 4 | Title |
| Crop Only | 2 | Crop |
| Bail Bond, Self-Service Storage Unit or Travel [3] | — | See below for additional information on CE for bail bond licensees |
| Pre-Need Only [2] | — | Affirm pre-need business only |

[1] Major lines are Life, Accident and Health or Sickness, Property, Casualty, and Personal.

[2] Producers who hold a limited line license for pre-need only do not have a CE requirement. However, on or up to 90 days prior to their biennial renewal date, they must file a Pre-Need Only Insurance Producer Biennial Affirmation affirming they have transacted only pre-need insurance business during the renewal period. The insurance company(ies) they are appointed with must also provide a Company Certification of Agent's Sale of Pre-Need Insurance Only certifying the producer transacted no other insurance business during the renewal period.

[3] Bail bond licensees must comply with CE requirements under K.S.A. 22-2809b required for authorization to act as a bail bond agent in any Kansas judicial district.

## Noncompliance with Renewal Requirements

If you are a Kansas resident insurance producer and your license has been suspended or terminated for failure to complete the renewal requirements, instructions for how to reinstate your license may be found on our Resident Producer Licensing page.

PTRN-STARK_000067

If you are a Kansas non-resident insurance producer and your license has been suspended or non-renewed for failure to complete the renewal requirements, instructions for how to reinstate your license may be found on our Nonresident Producer Licensing page.

## Flood Insurance Training Requirement

(From Bulletin 2006-6)

**IF YOU DO NOT ISSUE FLOOD INSURANCE POLICIES AS AN INSURER OR YOU DO NOT SELL FLOOD INSURANCE TO YOUR CLIENTS AS A PRODUCER, THIS REQUIREMENT DOES NOT APPLY TO YOU.**

Federally backed flood insurance is available through the National Flood Insurance Program (NFIP), which is administered by the Federal Emergency Management Agency ("FEMA"). FEMA, in cooperation with state insurance regulators, has developed flood insurance training requirements which are designed to ensure that insurance producers selling flood insurance under NFIP are properly trained and educated about the program.

Under these requirements, Kansas resident insurance producers licensed in property and casualty or personal lines of authority that may sell a flood insurance policy must complete a <u>one-time course</u> related to NFIP which will provide at least three (3) hours of continuing education credit. These three (3) hours are <u>not</u> required <u>in addition to</u> the biennial CE hour requirements. The failure to comply with this training requirement may jeopardize the insurance producer's authority to write flood insurance through the NFIP.

See Provider/Course Catalog Look-Up for information on Kansas-approved providers of flood courses. To obtain information regarding other providers, email KID.conted@ks.gov.

## Long-Term Care Training Requirement

In 2009, Kansas Administration Regulation 40-4-37v was adopted to formally implement a training requirement for any producer that would be marketing Long-Term Care Partnership Program policies.

For questions regarding this training requirement, contact the Producer Licensing Division.

## Annuity Suitability Training Requirement

Kansas Administrative Regulation 40-2-14a requires any producer who engages in the sale of annuities to complete a four (4) hour annuity suitability training course. Producers are also required to complete on an ongoing basis company-sponsored product-specific training sponsored by the insurance company offering the product.

Kansas has adopted the best interest standard. Effective January 1, 2024, producers engaging in the sale of annuities must be in compliance with 40-1-53.

# Continuing Education Information for Providers

## General Requirements

**Providers wishing to offer continuing education courses should review K.S.A. 40-4902, K.S.A. 40-4903, and K.A.R. 40-7-20a for**

continuing education course requirements, including provider responsibilities.

Only courses that impart substantive and procedural knowledge relating to insurance and are beneficial to the insuring public subsequent to initial licensing shall be approved for credit. Courses designed to prepare students for a license examination do not meet the criteria for approvable courses.

## Course Submission

Providers shall submit proposed courses to the Commissioner for pre-approval at least 30 days prior to the date on which the course is to be held. **Electronic submission of courses through SBS is mandatory.** To submit courses, go to **SBS Login** and click on "Submit Course Application." Providers should review K.S.A. 40-4903 for information required to be provided for course certification. Backup documentation should be attached to the electronic course application using the "Upload Attachment" feature.

After courses have been approved, providers shall notify the Commissioner at least 30 days prior to any subsequent course dates for only those courses held within the state of Kansas. Notification is not required for courses held outside of Kansas.

Courses cannot be advertised in any manner as approved unless the Commissioner has granted approval through SBS.

## Fees

All fees required for individual course approval shall be collected with the course submission. The fees are $50 per course per year or a $250 annual fee. The applicable fees will be collected at the

PTRN-STARK_000070

time of course submission. In addition, a $100 annual provider fee is due with the first-course submission each year.

## Manner of Course Delivery

Providers may offer courses through classroom, self-study or online methods. The amount of credit received by a producer for a self-study or online course shall be based upon successful completion of the course. Each provider shall indicate in its request for approval to the Department the proposed method of verification of successful completion of the course. The provider shall also indicate the number of hours requested to be assigned by the Commissioner.

Independently monitored examinations are not required for verification of successful completion of a self-study or online course. Any examination utilized or to be utilized for verification of course completion shall be included in the material submitted for course approval. Any sponsor of self-study/internet courses shall clearly disclose to any producer wishing to receive credit in Kansas the number of hours for which that particular course has been approved by the Commissioner.

## Provider Forms

NAIC Uniform Continuing Education Reciprocity Course Filing Form and Instructions, if applicable, is to be used by the home state CE provider when filing a new course in a reciprocal state. A copy of the home state approval form must be attached.

Providers **must** submit course completion information electronically to SBS **within ten days of course completion**. The Department will not accept provider submissions or completion certificates from producers.

PTRN-STARK_000071

Questions regarding the Kansas continuing education requirement may be directed to the Producer Licensing Division or by email to KID.conted@ks.gov.

PTRN-STARK_000072

## Contact

Kansas Insurance Department
1300 SW Arrowhead Rd.
Topeka, KS 66604
Phone: 785-296-3071
Consumer Hotline:
800-432-2484 (in state)
785-296-7829 (out of state)
Email: KID.commissioner@ks.gov

## Help With

Filing a Consumer Complaint
Reporting Fraud
Access to Open Records
Finding Laws/Regulations/Orders
Requesting a Speaker
Finding a Publication
Applying for a Producer License
Comparing Rates
Finding Company Rate and Form Filings

## Insurance Links

Employment Opportunities
Legal Issues
Find a Company
Find a Producer/Agency
News Section
Insurance Certificate
Education Foundation
NAIC
NIPR

## Securities Links

Industry Professionals
Compliance and Registration
Broker-Dealers
Investment Advisers
Best Practices for Investing
Investor Education
Capital Formation
Forms and Fees

Uniform Securities Act
Securities Regulations

f  X

© 2023 Kansas.gov - **Portal Policies** | **Contact**

PTRN-STARK_000074