Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

PATREON, INC.,

Defendant.

Case No. 3:22-CV-03131-JCS

**COVER SHEET FOR EXHIBITS 26 THROUGH 33 FOR FRED NORTON'S DECLARATION IN SUPPORT OF PATREON, INC.'S MOTION FOR SUMMARY JUDGMENT**

2

EXHIBIT COVER PAGE
CASE NO. 3:22-CV-03131-JCS