# EXHIBIT 26


(/)

# Provide Education

# Nebraska Continuing Education Credits



All rosters uploaded after 01/01/22 for approved NE CE courses will be reflected as credit received on the producer's Education Transcript whether or not the course group matches the producer's license type. In previous years these credits were excluded.

*You may now receive credit for a course that was approved for a line in which you do not hold a license. Example: Health-only licensees will now receive credit for taking a course approved for Property/Casualty Insurance.

## Frequently Asked Questions for Continuing Education Providers

### How do I become a course provider?

If you have never submitted a course to Nebraska, you must start by submitting the **Provider Application (https://sbs.naic.org/solar-web/pages/public/ce/provider/providerApplicationWizard.jsf?dswid=9247)**. If you have submitted a course at any point in the past, you are still in our database. You may contact the Producer Licensing Division to obtain your login ID and password for State Based Systems at doi.licensing@nebraska.gov (mailto:doi.licensing@nebraska.gov).

### What is the fee for a provider application and when does it expire?

The fee to become a provider is $10.00 and it never expires.

PTRN-STARK_005414

### How long does it take for a provider application to be approved and when can we start submitting courses?

Within 2-3 days you will be sent via email your log in ID and password, you can then start submitting courses via **State Based Systems (https://www.statebasedsystems.com/solar/index.html).**

### What is the course application fee and when does it expire?

The application fee is $50 per course. An approved course for continuing education shall be for a 4-year period.

### Are we required to provide students with a Certificate of Completion?

No, this is not required. You're welcome to create your own, but please make it clear that they should not send it to the Department, as the results are required to be uploaded by the course provider electronically.

### What is the course roster reporting requirement and fee?

Providers are required to upload the course credit hours via **State Based Systems (https://www.statebasedsystems.com/solar/index.html)** within 10 days from the completion date. The fee is $1 per person, per credit hour.

### Does Nebraska require proctor monitor affidavits for online courses?

Elimination of Proctor Requirements for Nebraska CE Courses effect 07/25/2022.

### Are we required to report course offerings?

We would like all course offering dates and locations updated via **State Based Systems (https://www.statebasedsystems.com/solar/index.html),** so that we can better serve the producer and help them find available options. The notification shall be provided at least two weeks prior to the date the course commences.

## Continuing Education Provider Filing Requirements

**Continuing Education Guidelines for Submitting Courses for Approval**

- Continuing Education Guidelines and Procedures for Submitting Courses for Approval (/sites/doi.nebraska.gov/files/doc/DOI-CEG_Course_Requirements_0.pdf)

**NAIC Continuing Education Detailed Guidelines for Online Courses and Webinars - We are enforcing the NAIC Recommended Guidelines**

- NAIC CE Recommended Guidelines for Online Courses (/sites/doi.nebraska.gov/files/doc/CE%20-%20Recommended%20Guidelines%20for%20Online%20Courses%20-%20NAIC%20Adopted%203.2015.pdf)
- NAIC Course Guidelines for Classroom Webinar/Webcast Delivery (/sites/doi.nebraska.gov/files/doc/REVISED%20-%20NAIC%20Course%20Guidelines%20for%20Classroom%20WebinarWebcast%20Delivery%20-%20NAIC%20Adopted%208.2014.pdf)

**NAIC Continuing Education Detailed Guidelines for Topics Approved and Not Approved**

- NAIC Recommended Topics Approved and Not Approved (https://content.naic.org/sites/default/files/inline-files/Recommended%20Topics%20Approved-Not%20Approved%20-%20Adopted%203.25.pdf)

PTRN-STARK_005415

**NAIC Uniform Continuing Education Reciprocity Course Filing Form**

- NAIC Uniform CER Filing Form (Word (/sites/doi.nebraska.gov/files/doc/CER%20Form%20and%20Instruction%20Sheet%20-%20Adopted%2011.15.18_1%20%281%29.doc)) (PDF (/sites/doi.nebraska.gov/files/doc/CER%20Form%20and%20Instruction%20Sheet%20-%20Adopted%2011.15.18.pdf))

**NAIC Definition of Terms**

- NAIC CE Standardized Terms - Definitions (/sites/doi.nebraska.gov/files/doc/NAIC%20CE%20Standardized%20Terms%20-%20Definitions%20Adopted%20PLTF%2011.20.pdf)
- NAIC CE Definition - Substantive Review (https://content.naic.org/sites/default/files/inline-files/Substantve%20Review%20Definition.pdf)

## SBS Filing Requirements

**Nebraska Home State Submissions:**

Classroom/Webinar:

- Detailed Time Outline
- Course Description with Objective Statement
- Webinars - Attendance Verification Procedure
- Course Study Materials Given to Students - May be Requested
- $50.00 Course Filing Fee

Online Courses/Self-Study Courses

- Detailed Time Outline
- Course Description with Objective Statement
- Word Count (Excluding Exam Questions)
- Copy of Examination with Answer Key
- Login Information - May be Requested
- $50.00 Course Filing Fee

**Reciprocity Course Submissions:**

- Detailed Time Count
- Course Description with Objective Statement
- Webinars - Attendance Verification Procedure
- NAIC CER Form
- Home State Approval
- Word Count - Required for Self-Study Courses
- $50.00 Course Filing Fee

## Professional Insurance Association Membership CE Credit

Continuing Education Credit for Insurance Producers for Active Participation in a Professional Association for eligibility, please see IGD - - F5 (https://doi.nebraska.gov/sites/doi.nebraska.gov/files/doc/IGD%20-%20-%20F5.pdf)

- Application for Association (/sites/doi.nebraska.gov/files/doc/Professional%20Insurance%20Association%20App_0.pdf)
- Associations Accepted for Member CE (/sites/doi.nebraska.gov/files/doc/Associations%20Accepted%20to%20offer%20member%20CE_0.pdf)

PTRN-STARK_005416

### Nebraska Insurance Examination Pass Rate Statistics

- NE INS Pass Rates by LOA 2022 (/sites/doi.nebraska.gov/files/doc/NEINS%20Pass%20Rates%20by%20LOA%202022.pdf)
- NE Ins Pass Rates by LOA January 2023 (/sites/doi.nebraska.gov/files/doc/NEINS%20Pass%20Rates%20by%20LOA%20January%202023.pdf)
- PSI Pass Rates by LOA February 2023 (/sites/doi.nebraska.gov/files/doc/2023%20PSI%20Pass%20Rates%20by%20LOA%20-%20February.pdf)
- PSI Pass Rates by LOA March 2023 (/sites/doi.nebraska.gov/files/doc/2023%20PSI%20Pass%20Rates%20by%20LOA%20-%20March.pdf)
- PSI Pass Rates by LOA April 2023 (/sites/doi.nebraska.gov/files/doc/2023%20PSI%20Pass%20Rates%20by%20LOA%20-%20April.pdf)
- PSI Pass Rates by LOA May 2023 (/sites/doi.nebraska.gov/files/doc/2023%20PSI%20Pass%20Rates%20by%20LOA%20-%20May.pdf)
- PSI Pass Rates by LOA June 2023 (/sites/doi.nebraska.gov/files/doc/2023%20PSI%20Pass%20Rates%20by%20LOA%20-%20June.pdf)
- PSI Pass Rates by LOA July 2023 (/sites/doi.nebraska.gov/files/doc/2023%20PSI%20Pass%20Rates%20by%20LOA%20-%20July.pdf)
- PSI Pass Rates by LOA August 2023 (/sites/doi.nebraska.gov/files/doc/2023%20PSI%20Pass%20Rates%20by%20LOA%20-%20August.pdf)
- PSI Pass Rates by LOA September 2023 (/sites/doi.nebraska.gov/files/doc/2023%20PSI%20Pass%20Rates%20by%20LOA%20-%20September.pdf)

## Need to Contact us with a Question?

Phone: (402) 471 - 4913

Fax: (402) 471 - 4610

Email: doi.licensing@Nebraska.gov (mailto:doi.licensing@Nebraska.gov)

**The Nebraska Department of Insurance**
PO Box 95087
Lincoln, Nebraska 68509-5087
Phone: (402) 471-2201  Fax: (402)  471-4610
Insurance Complaint Hotline: 877-564-7323 (In-State Only)
TDD: (800) 833-7352

Hours:  8:00 AM - 5:00 PM  CST  Monday  through Friday
Contact the Webmaster (mailto:DOI.Webmaster@Nebraska.gov)
Get Update Notices (/get-update-notices)

Select Language ▼

Copyright © State of Nebraska   |   Nebraska.gov (http://www.nebraska.gov/)   |   Policies (http://www.nebraska.gov/policies/)   |   Designed by Tyler Technologies (http://www.tylertech.com)   |   Login (/user)