# EXHIBIT 28

About Us     Help Center     Safe Driving Tips     Log In



Over 9 Million Satisfied Students

School Number #E013B. Course Curriculum #OL 613

Tickets & Violations     Drivers Ed     Driving Lessons     Resources

Home > Traffic School > California



# California Traffic School Online Courses
## Our California Course

- Over 6 Million Tickets Addressed
- Licensed by the California DMV
- Fast and easy course – finish the same day
- FREE electronic submission to the DMV

Reg $24.95 Now Only **$21.95**

## Sign Up Now

        

**What Our Students Say** ⭐⭐⭐⭐ **Over 19,000 Reviews** 94% of reviews are 4 stars or higher



**It was great**

It was great. The videos made sure I didn't get bored with the material and kept me focused on learning.

 Chris



**I got high scores!**

Very helpful and informative. Easy to follow and understand. Well crafted and user-friendly. i got high scores too!

 Sonny J



**Good easy course**

Took the course that included videos. It was easy and printed out my certificate as soon as I was done.

 Ralf

| Course Details | How it Works | FAQs |
|---|---|---|

### California Online Traffic School Overview

Have you received a traffic ticket in California? Even a minor traffic violation can put a mark on your driving record and potentially cause your insurance rates to increase. However, you can mask your California traffic ticket by completing our course with the best online California traffic school and save precious dollars on your auto insurance every month.

- Licensed by the California DMV

PTRN-STARK_005291

- Study at your own pace, wherever and whenever you want
- Created by industry professionals to give you an unrivaled learning experience
- Easy and quick proof of completion delivery directly to the DMV

## I Drive Safely CA Courses

I Drive Safely offers DMV-licensed CA online traffic school courses that can help you mask a ticket or reduce your insurance rates. Each one offers the exact same material, but is presented in different formats.

### Text-Based Course

Our simple text-based course presents a wide variety of safe driving information and know-how in brief, easy-to-understand chapters. This is an affordable way to complete your traffic school California requirement for ticket masking, and also gives you the freedom to study how you want, when you want.

### Online Video Course

This is the easiest online traffic school in California! All you have to do is watch an engaging 3D-animated movie that instructs you on the fundamentals of safe, responsible driving. This is a viable alternative to reading pages of text – sit back, watch the video modules, and complete the included quizzes. This course is available exclusively through I Drive Safely and makes completing online California traffic school a breeze.

## Fully Licensed by the California DMV

There are many traffic schools online in California, but only courses licensed by the California Department of Motor Vehicles can help you conceal your ticket from your driving record. I Drive Safely's California traffic school courses are fully licensed by the California DMV and meet all state requirements in safety and education. Our course is available throughout the state, spanning counties such as:

- Alameda
- Butte
- Contra Costa
- Marin
- Orange
- Riverside
- San Bernardino
- San Diego
- San Francisco
- Santa Barbara
- Solano
- Sonoma

...and more!

## A Traffic School Course Created with I Drive Safely DBA E-Driving

## More Resources

California DMV Driving Record

Traffic Tickets and Violations in California

California Drivers License Renewal

Check out our additional resources above to help find what you are looking for!

Looking for another course?

**California Mature Driver Improvement**

Let's face it – living in the Golden State can be expensive. But if you're a California driver age 55 and older, there's a great way to lower your...

Learn More

**How To Take The California Traffic School Online**

Every driver knows that receiving a traffic violation, even a minor one, goes on your driving record and can lead to...

Read Article

**Business Hours**

Monday – Friday

9:00am – 4:00pm PDT

PTRN-STARK_005292

Case 3:22-cv-03131-JCS   Document 84-3   Filed 11/17/23   Page 4 of 5

When you take an I Drive Safely California driving school course, you are in full control. You are not required to drive to the classroom or be forced into a schedule that doesn't work for you. Our online courses are available whenever you are.

You have the complete freedom to break up the course into smaller study sessions, complete it on a free weekend, or even finish the entire course in a single day. Our California online traffic school gives you the ultimate liberty to decide when, how, and where you get your ticket masked. And thanks to our courses' automatic save feature, all you need is an Internet connection to pick up right where you left off last time. We make it easy to fight that speeding ticket, and attempt to mask any traffic violations you've received.

**CA Traffic School Made Simple**

Each of our courses are created by professional driving instructors and adult education experts to offer you the best online traffic school in California. Topics include:

- California Traffic Law
- Good Defensive Driving Habits
- How to Deal with Hazardous Road Conditions
- The Dangers of Drunk Driving

By the time you complete our course, you will have learned all the tips and tricks necessary to be a safe, responsible driver.

## Save on Your California Car Insurance

Our online course isn't just for those looking to mask a ticket. Many insurance companies offer discounts to drivers who take the course voluntarily. Call your insurance provider today for details; you could save up to **15%** on your monthly insurance bills!

## Get Your Online Traffic School Certificate

When you finish your online California traffic school course, we process your information that very same day and report your completion information directly to the DMV – at no cost to you. You don't have to deal with any hassle or paperwork. Plus, we offer you the opportunity to get proof of completion for your own records, quickly and easily right from your computer.

## Customer Support 7 days a week!

Help is never more than a phone call away. If you ever have questions about our CA traffic school, give us a call! . Our business hours are 8:00am to 5pm, PST.

 

PTRN-STARK_005293

## Products

Drivers Ed

Defensive Driving

Traffic School

Driver Improvement

## Company Info

About Us

Help Center

Safe Driving Tips

## About This Site

Privacy Policy

Terms and Conditions

Sitemap

Business Hours: 6:30 am - 3:00 pm PDT

Phone: (800) 990-2814

© 2023 ·
I Drive Safely®

We Build Safer Drivers

PTRN-STARK_005294