# EXHIBIT 29

**(Exhibit Physically Filed)**

Products　　Groups　　Explore　　　　　　　Learn about Community　　Sign In 

Search the Community

Home > Explore > Events > Conferences > InstructureCon 2018 > **ARC DU SOLEIL: A Simpler Way to Engage Students wi...**

# ARC DU SOLEIL: A Simpler Way to Engage Students with Video Learning


biray
Instructure Alumni

📅 08-20-2018 12:41 PM

Heather Sade, Amanda Cole



(view in My Videos)

**1 person also had this question**

I also have this question

👍 | 1 Like　　　　　　　　　　　　　　　　　　　　　Need help? Click the chat button!

Skip to main content

Reply

All forum topics  ‹ Previous Topic    Next Topic ›

**0 REPLIES**



## Similar Topics

ARC + Live 360 Video => Student Engagement

Video & The Modern Classroom - Using Arc to spark ...

Making Videos Engaging and Accessible With Arc- Ge...

Drive Student Engagement with Video - Jane Peterso...

Experimenting with Arc Video Notes

## Unanswered Topics

Integrating G Suite for Education with Instruction...

More Fun Than a Barrel of Monkeys! Peer Review Opt...

Flexible Front Ends With a Canvas Back End: A Berk...

Accelerate Innovation Using Machine Learning on AW...

Exploring Edutainment in the Canvas Carnival!

View All →

## Latest Topics

The UX Research Smörgåsbord

InstructureCon 2018 Videos

Video & The Modern Classroom - Using Arc to spark ...

Integrating G Suite for Education with Instruction...

Sneaky Teaching: Getting Buy-In From Reluctant Can...

View All →

| REFERENCE | COMPANY | Skip**HELP**main content |
|---|---|---|
| Community Guidelines | Partners | Community Help |

Search the Community          Need help? Click the chat button!



Try Canvas      Our Story

PTRN-STARK_000639

10/13/23, 11:55 AM
ARC DU SOLEIL: A Simpler Way to Engage Students wi... - Instructure Community
Case 3:22-cv-03131-JCS   Document 84-4   Filed 11/17/23   Page 4 of 4

| | | |
|---|---|---|
| Product Roadmap | Jobs | Canvas Guides |
| Security | About Us | Mastery Guides |
| Developers | Store | Elevate Guides |
| Open Source | Privacy | Impact Guides |
| | | Status |

© 2023 Instructure. All rights reserved

Need help? Click the chat button!

PTRN-STARK_000640