# EXHIBIT 30

# Viewing Statistics for Individual Items in Blackboard

Statistics can be generated for individual items and external links in your course. This tool is especially helpful when you want to gather statistics on which items students are regularly accessing. When adding an item in your Blackboard course, check "yes" to Track Number of Views.



To retrieve statistics on the item, navigate to the content area where it is located. Hover your mouse next to the name of the item and click the drop down arrow and select **View Statistics Report**.

Hover your mouse next to **Content Usage Statistics** and click the drop down arrow, then select Run.





You will be asked to select your report format type (pdf, word, excel, html) then highlight all the names (select the first name, hold down the shift key and select the last name to do a group of names), chose specific dates and click submit.



A report will then be generated based on your criteria. It will include Access/Date, Access/Hours of the Day, and Access Day of the Week.

