# EXHIBIT 34

# CANVAS INSTRUCTOR GUIDE



This work is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike License



**Table of Contents**

Introduction ............................................................................................................................ 30

    How do I accept an invitation to join a Canvas course as an instructor?.......................... 31

    How do I sign up for a new Free-for-Teacher Canvas account as an instructor? ...................... 34

    How can I use Canvas on my mobile device as an instructor? ........................................... 41

    How does Canvas work as a supplement to face-to-face courses? ................................... 42

    How do I embed a Guides lesson inside a Canvas course?................................................. 43

Analytics ................................................................................................................................ 51

    How do I view Course Analytics? ...................................................................................... 52

    How do I view analytics for a student in a course?........................................................... 60

New Analytics......................................................................................................................... 67

    How do I view analytics for an individual student in New Analytics?............................... 68

    How do I view average course grade analytics in an interactive chart graph in New Analytics?........ 80

    How do I view average course grade analytics in a data table in New Analytics? ..................... 90

    How do I compare the course average chart graph with an assignment, section, or student filter in New Analytics? ........................................................................................................ 99

    How do I compare the course average data table with an assignment, section, or student filter in New Analytics? ...................................................................................................... 111

    How do I send a message to all students based on specific course criteria in New Analytics? ........ 121

    How do I send a message to an individual student in New Analytics?....................................... 128

    How do I view weekly online activity analytics in an interactive chart graph in New Analytics? ... 131

    How do I view weekly online activity analytics in a data table in New Analytics?................................. 139

    How do I compare the weekly online activity chart graph with a section or student filter in New Analytics?...................................................................................................................... 148

    How do I compare the weekly online activity data table with a section or student filter in New Analytics?...................................................................................................................... 157

    How do I send a message to all students based on specific course participation criteria in New Analytics?...................................................................................................................... 164

    How do I send a message to an individual student based on specific course participation criteria in New Analytics?........................................................................................................... 171



Canvas Instructor Guide

How do I view and download reports in New Analytics?.................................................................. 174

How do I view the Online Attendance report in New Analytics?................................................... 181

Announcements......................................................................................................................................... 190

How do I use the Announcements Index Page?............................................................................... 191

How do I view and sort announcement replies as an instructor?................................................ 196

How do I add an announcement in a course? .................................................................................. 205

How do I attach a file to an announcement in a course?............................................................... 210

How do I edit an announcement in a course?.................................................................................. 215

How do I delete an announcement in a course?............................................................................. 219

How do I add an external RSS feed to an announcement as an instructor?.............................. 223

How do I subscribe to the Announcements RSS feed as an instructor? ..................................... 228

How do I delay posting an announcement until a specific date in a course?........................... 230

How do I allow or disallow announcement replies in a course?.................................................. 233

How do I reply to an announcement as an instructor? .................................................................. 240

How do I allow students to like replies in a course announcement?......................................... 244

How do I like a reply in a course announcement as an instructor? ............................................ 247

How do I copy an announcement to another course?................................................................... 250

How do I send an announcement to another instructor?............................................................. 256

Announcements Redesign...................................................................................................................... 261

How do I use Announcements Redesign as an instructor? .......................................................... 262

How do I view and sort announcement replies in Announcements Redesign as an instructor? ..... 270

How do I view a thread in Announcements Redesign as an instructor?................................... 278

How do I reply to an announcement in Announcements Redesign as an instructor?........... 283

How do I mention a user in an announcement reply in Announcements Redesign as an
instructor? ............................................................................................................................................... 289

How do I like a reply in a course announcement in Announcements Redesign as an instructor?... 294

Assignments ............................................................................................................................................... 297



Canvas Instructor Guide

How do I use the Assignments Index Page? ..................................................................................... 298

How do I publish or unpublish an assignment as an instructor? .................................................. 310

What is the difference between a Canvas Assignment and a Canvas Activity? ..................... 315

What assignment types can I create in a course? ......................................................................... 318

What is the difference between assignment due dates and availability dates? ..................... 321

How do I bulk update due dates and availability dates as an instructor? ............................... 330

How do I create an assignment? ....................................................................................................... 336

How do I create an assignment shell in an assignment group? ................................................. 339

How do I move or reorder an assignment group? ........................................................................ 343

How do I add an assignment group in a course? .......................................................................... 348

How do I weight the final course grade based on assignment groups? ................................... 352

How do I create rules for an assignment group? .......................................................................... 356

How do I create an online assignment? .......................................................................................... 364

How do I add an assignment using an external app? ................................................................... 371

How do I add or edit details in an assignment? ............................................................................ 375

How do I add or edit points for an assignment? ........................................................................... 385

How do I limit submission attempts for an assignment? ............................................................ 388

How do I exclude an assignment from the course's final grades? ............................................ 393

How do I add an assignment that includes anonymous grading? ............................................ 397

How do I enable anonymous instructor annotations in student submissions? ..................... 401

How do I add a moderated assignment to be graded by multiple reviewers? ....................... 404

How do I give extra credit in a course? ........................................................................................... 410

How do I move or reorder an assignment? .................................................................................... 418

How do I import SCORM files as an assignment? ......................................................................... 428

How do I delete an assignment? ...................................................................................................... 434

How do I duplicate an assignment? ................................................................................................. 436

How do I copy an assignment to another course? ....................................................................... 438



Canvas Instructor Guide

How do I send an assignment to another instructor? ....................................................................... 444

How do I assign an assignment to everyone in a course? ................................................................ 448

How do I assign an assignment to an individual student? ................................................................ 454

How do I assign an assignment to a course section? ........................................................................ 467

How do I assign an assignment to a course group? .......................................................................... 477

How do I view differentiated assignments with different due dates in a course? ............................. 489

How do I add a grading scheme to an assignment? .......................................................................... 498

Can a student resubmit Canvas assignments? ................................................................................. 506

How do I download all student submissions for an assignment? ...................................................... 512

How do I upload all student submissions for an assignment? .......................................................... 516

How do I use peer review assignments in a course? ......................................................................... 524

How do I create a peer review assignment? ..................................................................................... 527

How do I manually assign peer reviews for an assignment? ............................................................. 535

How do I automatically assign peer reviews for an assignment? ...................................................... 540

How do I view student peer review comments as an instructor? ...................................................... 546

How do I create a cloud assignment with a Google Drive file? ......................................................... 551

How do I create a cloud assignment with a Microsoft Office 365 file? ............................................. 559

How do I set up an assignment to be sent to my institution's student information system (SIS)? .. 567

Attendance (Roll Call) ....................................................................................................................... 571

How do I use the Roll Call Attendance tool in a course? .................................................................. 572

How do I edit the Roll Call Attendance assignment? ....................................................................... 576

How do I create a roll call seating chart using the Attendance tool? ............................................... 582

How do I take roll call using the Attendance tool? ........................................................................... 584

How do I use Roll Call Attendance badges in a course? .................................................................. 590

How do I run Roll Call Attendance reports in a course? ................................................................... 597

Calendar .......................................................................................................................................... 600

How do I use the Calendar as an instructor? ................................................................................... 601

PTRN-STARK_000645



Canvas Instructor Guide

How do I filter the Calendar view by course as an instructor?........................................... 611

How do I add an event to a course calendar? ...................................................................... 614

How do I add and duplicate an event in the Calendar as an instructor?........................... 618

How do I add an event to my calendar as an instructor?.................................................... 625

How do I add an assignment from the Calendar? ............................................................... 629

How do I edit an event or assignment in the Calendar? ..................................................... 632

How do I set a different event date for each section in a course calendar? ...................... 641

How do I manage Account Calendars as an instructor?...................................................... 647

How do I view the Calendar iCal feed to subscribe to an external calendar as an instructor?......... 650

How do I subscribe to the Calendar feed using Google Calendar as an instructor?............ 653

How do I subscribe to the Calendar feed using Outlook as an instructor? ......................... 659

How do I subscribe to the Calendar feed using Outlook.com as an instructor?.................. 665

How do I add a Scheduler appointment group in a course calendar?................................ 672

How do I view or edit a Scheduler appointment group in a course calendar?................... 680

How do I remove students from a Scheduler appointment in a course calendar? ............. 686

Chat .............................................................................................................................................. 692

How do I use Chat as an instructor?..................................................................................... 693

How do I use inline Chat as an instructor?........................................................................... 697

Collaborations ............................................................................................................................. 702

How do I use the Collaborations Index Page? ..................................................................... 703

How do I create a Google Docs collaboration as an instructor?......................................... 707

How do I create a Google Drive collaboration as an instructor?........................................ 712

How do I create a Microsoft Office 365 collaboration as an instructor?............................ 718

How do I delete a collaboration as an instructor?............................................................... 724

Conferences ................................................................................................................................. 727

How do I use the Conferences Index Page? ........................................................................ 728

How do I create a conference in a course?........................................................................... 735



How do I delete a conference?................................................................................................................ 741

How do I edit a conference? ................................................................................................................... 743

How do I record a conference?.............................................................................................................. 746

How do I start a conference? ................................................................................................................. 749

How do I join a conference as an instructor?...................................................................................... 751

How do I conclude a conference?.......................................................................................................... 755

How do I use the Conferences interface as a moderator or presenter?...................................... 758

Course Import Tool.................................................................................................................................... 768

How do I copy a Canvas course into a new course shell?................................................................ 769

How do I copy content from another Canvas course using the Course Import tool? .......................... 776

How do I import a Canvas course export package? .......................................................................... 781

How do I import content from Bb Vista/CE, WebCT 6+ into Canvas?................................................ 787

How do I import content from Moodle into Canvas?........................................................................ 793

How do I import content from Angel into Canvas?........................................................................... 799

How do I import content from Blackboard 6/7/8/9 into Canvas? ................................................ 805

How do I import content from Common Cartridge into Canvas?................................................... 811

How do I import content from Desire 2 Learn (D2L) into Canvas? ............................................... 818

How do I export a Canvas course?........................................................................................................ 824

How do I select specific content as part of a course import?........................................................ 828

How do I import Thin Common Cartridge files as separate modules?........................................... 835

How do I adjust events and due dates in a course import? ............................................................ 843

How do I view the status of current and prior course imports? .................................................... 849

Course Navigation ...................................................................................................................................... 854

How do I use the Course Home Page as an instructor?................................................................... 855

How do I use the Course Navigation Menu as an instructor?........................................................ 864

How do I manage Course Navigation links?....................................................................................... 869

What layout options are available in the Course Home Page as an instructor?....................... 879



Canvas Instructor Guide

How do I change the Course Home Page?...........................................................................................889

How do I use the Course Activity Stream as an instructor? ..........................................................893

How do I use the Syllabus as an instructor?.....................................................................................898

How do I edit the Syllabus in a course? ..............................................................................................905

How do I use the Microsoft Immersive Reader in a course as an instructor?.........................910

Courses and Sections.......................................................................................................................................912

How do I use the Course Setup Checklist?.........................................................................................913

How do I use the Canvas course setup tutorial as an instructor? ..............................................915

How do I create a new course from the Dashboard as an instructor?.......................................923

How do I delete a course as an instructor?........................................................................................928

How do I add a section to a course as an instructor?......................................................................931

How do I change the start and end dates for a course section as an instructor? ...................934

How do I change the name of a course section?..............................................................................940

How do I delete a course section?........................................................................................................943

How do I view enrollments in a course section?..............................................................................946

How do I remove an enrollment from a course section? ...............................................................948

How do I cross-list a section in a course as an instructor? ...........................................................951

How do I de-cross-list a section in a course as an instructor? .....................................................957

What are the different states of a Canvas course?..........................................................................960

How do I publish a course?.....................................................................................................................963

How do I conclude a course at the end of a term as an instructor? ............................................968

How do I manage content for a course associated with a blueprint course?.........................971

How do I lock course objects in a blueprint course as an instructor?.......................................979

How do I sync course content in a blueprint course as an instructor?......................................986

How do I view the sync history for a blueprint course as an instructor?...................................993

How do I view the blueprint sync information for a course associated with a blueprint course?... 998

Discussions ......................................................................................................................................................1002



Canvas Instructor Guide

How do I use the Discussions Index Page? ..................................................... 1003

How do I create a discussion as an instructor? .............................................. 1010

How do I create a group discussion in a course? ........................................... 1016

How do I duplicate a discussion in a course? ................................................. 1024

How do I publish or unpublish a discussion as an instructor? ........................ 1026

How do I copy a discussion to another course? ............................................. 1031

How do I send a discussion to another instructor? ........................................ 1037

How do I edit a discussion in a course? .......................................................... 1041

How do I delay posting a discussion until a specified date in a course? ......... 1045

How do I move or reorder a discussion in a course? ...................................... 1049

How do I assign a graded discussion to everyone in a course? ...................... 1055

How do I assign a graded discussion to an individual student? ...................... 1063

How do I assign a graded discussion to a course section? ............................. 1075

How do I assign a graded discussion to a course group? ............................... 1087

How do I reply to a discussion as an instructor? ............................................ 1099

How do I view and sort discussion replies as an instructor? .......................... 1107

How do I change discussion settings to manually mark discussion replies as read as an instructor? ................................................................................................. 1120

How do I mark discussion replies as read or unread as an instructor? ........... 1122

How do I like a reply in a course discussion as an instructor? ....................... 1126

How do I subscribe to a discussion as an instructor? .................................... 1129

How do I enable a podcast feed for a discussion in a course? ....................... 1133

How do I pin a discussion in a course? .......................................................... 1138

How do I delete a discussion in a course? ..................................................... 1142

How do I use peer review discussions in a course? ....................................... 1146

How do I create a peer review discussion? .................................................... 1148

How do I manually assign peer reviews for a discussion? .............................. 1153

How do I automatically assign peer reviews for a discussion? ....................... 1159

PTRN-STARK_000649



Canvas Instructor Guide

How can I require students to reply to a course discussion before they see other replies?............1167

How do I edit or delete student discussion replies in a course?................................................................1171

How do I attach a file to a discussion reply as an instructor?..................................................................1177

How do I link to a YouTube video in a discussion reply as an instructor?................................................1182

How do I embed an image in a discussion reply as an instructor?............................................................1191

How do I allow students to create a course discussion?............................................................................1201

How do I allow students to attach files to a course discussion?................................................................1203

How do I allow students to edit and delete their own discussion posts in a course? ........................1205

How do I allow students to like replies in a discussion? ............................................................................1208

How do I close a discussion for comments in a course? ............................................................................1212

How do I set up a graded discussion to be sent to my institution's student information system
(SIS)?.......................................................................................................................................................................1217

Discussions Redesign .................................................................................................................................................1221

How do I use Discussions Redesign as an instructor?................................................................................1222

How do I create a discussion using Discussions Redesign as an instructor? ........................................1232

How do I publish or unpublish a discussion in Discussions Redesign as an instructor? ...................1238

How do I reply to a discussion in Discussions Redesign as an instructor?............................................1242

How do I view and sort discussion replies in Discussions Redesign as an instructor?.......................1248

How do I mark discussions replies as read or unread in Discussions Redesign as an instructor?.1256

How do I like a reply in a course discussion in Discussions Redesign as an instructor? ...................1260

How do I subscribe to a discussion in Discussions Redesign as an instructor?....................................1263

How do I view a rubric for a discussion in Discussions Redesign as an instructor? ............................1268

How do I view a discussion thread in Discussions Redesign as an instructor? ....................................1271

How do I mention a user in a discussion reply in Discussions Redesign as an instructor?..............1277

How do I allow students to create anonymous course discussions?........................................................1280

How do I allow users to report a reply in a discussion in Discussions Redesign as an instructor?1282

ePortfolios.....................................................................................................................................................................1284



How do I use the ePortfolio Getting Started Wizard as an instructor?................................................1285

How do I create a new ePortfolio as an instructor?..................................................................................1291

How do I create a new ePortfolio section as an instructor?....................................................................1297

How do I organize my ePortfolio as an instructor?...................................................................................1301

How do I edit the default page in my ePortfolio section as an instructor?..........................................1306

How do I create a new page in my ePortfolio section as an instructor?...............................................1310

How do I add HTML/embedded content to my ePortfolio page as an instructor?..............................1319

How do I add rich text content to my ePortfolio page as an instructor?..............................................1323

How do I upload a file or image to my ePortfolio page as an instructor?.............................................1328

How do I organize my ePortfolio pages as an instructor?.......................................................................1334

How do I preview a page in my ePortfolio as an instructor?...................................................................1339

How do I retrieve assignments from previous courses in my ePortfolio as an instructor?..............1343

How do I download the contents of my ePortfolio as an instructor?....................................................1347

How can I share a private ePortfolio as an instructor?.............................................................................1350

How do I make my ePortfolio public as an instructor?............................................................................1353

How do I enable comments in my ePortfolio as an instructor?.............................................................1356

How do I delete my ePortfolio as an instructor?......................................................................................1360

External Apps (LTI)...............................................................................................................................................1363

How do I use the Canvas App Center in a course?...................................................................................1364

How do I add an external app in a course?................................................................................................1371

How do I configure an external app for a course using a URL?..............................................................1374

How do I configure an external app for a course using XML?................................................................1380

How do I configure an external app for a course using a client ID?......................................................1385

How do I configure an external app for a course using an LTI 2 Registration URL?..........................1390

How do I configure a manual entry external app for a course?..............................................................1394

How do I manage external app placements for a course?......................................................................1401

Files.........................................................................................................................................................................1407

PTRN-STARK_000651



Canvas Instructor Guide

How do I use Files as an instructor?....................................................................................................1408

How do I view my user files as an instructor?....................................................................................1413

How do I view course files as an instructor?......................................................................................1418

How do I view group files as an instructor?........................................................................................1421

How do I move and organize my files as an instructor?....................................................................1424

How do I rename a file as an instructor?.............................................................................................1429

How do I create a folder in Files as an instructor?............................................................................1432

How do I upload a file to a course?......................................................................................................1435

How do I preview a file as an instructor?............................................................................................1440

How do I upload ZIP files as an instructor?........................................................................................1443

How do I bulk upload files to a course?..............................................................................................1454

How do I delete a file or folder as an instructor?..............................................................................1457

How do I download a single file as an instructor?.............................................................................1460

How do I download a folder in ZIP format as an instructor?............................................................1463

How do I restrict files and folders to students in Canvas?...............................................................1466

How do I set usage rights and user access for a course file? ..........................................................1471

How do I set usage rights and user access for a course file folder?................................................1476

How do I edit an HTML file in a course?.............................................................................................1482

What types of files can be previewed in Canvas?..............................................................................1487

What types of media files can I upload in Canvas as an instructor?...............................................1491

How do I view my Google Drive files in Canvas as an instructor?...................................................1493

How do I view my Microsoft Office 365 files in Canvas as an instructor?......................................1499

Global Navigation...................................................................................................................................1504

How do I log in to Canvas as an instructor?.......................................................................................1505

How do I use the Global Navigation Menu as an instructor?...........................................................1508

How do I use the Dashboard as an instructor? .................................................................................1518

How do I view my favorite courses in the Card View Dashboard as an instructor? ......................1523



How do I use the To Do list and sidebar in the Dashboard as an instructor?.........................................1531

How do I view global activity for all my courses in the Recent Activity Dashboard as an instructor?.................................................................................................................................................1535

How do I view the Global Announcements page as an instructor? ............................................................1539

How do I view grades in the Card View Dashboard as an instructor?........................................................1542

How do I view all my Canvas courses as an instructor?.................................................................................1544

How do I view my instructor groups in Canvas? ..........................................................................................1549

How do I customize my Courses list as an instructor?...................................................................................1552

How do I view my institution's Public Course Index as an instructor?........................................................1555

How do I view my recent page view history in Canvas as an instructor?...................................................1559

How do I get help with Canvas as an instructor? .........................................................................................1562

How do I use the Training Services Portal as an instructor?.........................................................................1576

How do I use the Canvas Welcome Tour as an instructor? ..........................................................................1583

How do I log out of Canvas as an instructor?................................................................................................1588

Grades..................................................................................................................................................................1589

How do I use the Gradebook?..........................................................................................................................1590

How do I use grading periods in a course?.....................................................................................................1604

How do I arrange columns in the Gradebook?...............................................................................................1612

How do I filter columns and rows in the Gradebook? ..................................................................................1620

How do I view total scores in the Gradebook as if all ungraded assignments were given zero grades?.................................................................................................................................................................1634

How do I use the Total column in the Gradebook?........................................................................................1639

How do I sort and display student data in the Gradebook?.........................................................................1643

How do I view assignments or students individually in the Gradebook?...................................................1650

How do I view grades for inactive or concluded student enrollments in the Gradebook? .............1661

How do I use the Notes column in the Gradebook?......................................................................................1666

How do I view the Unpublished Assignments column in the Gradebook? ................................................1671

How do I view the Split Student Names column in the Gradebook?...........................................................1675



How do I create assignment columns for non-submission assignments in the Gradebook?..........1679

How do I use the icons and colors in the Gradebook?.................................................................1683

How do I sort an individual assignment column in the Gradebook? ........................................1692

How do I change the color for a grading status in the Gradebook?.........................................1701

How do I use posting policies in a course?................................................................................1706

How do I select a grade posting policy for a course in the Gradebook?.................................1713

How do I select a grade posting policy for an assignment in the Gradebook? .....................1718

How do I post grades for an assignment in the Gradebook?.....................................................1724

How do I hide grades that were previously posted in the Gradebook? ...................................1732

How do I change the status of a submission in the Gradebook?..............................................1740

How do I send a message to students from the Gradebook?....................................................1748

How do I download all student submissions for an assignment in the Gradebook?...........1754

How do I upload all student submissions for an assignment in the Gradebook? ................1759

How do I enter and edit grades in the Gradebook?...................................................................1766

How do I enter grades for an individual assignment as a specific grading type in the
Gradebook?...................................................................................................................................1779

How do I get to SpeedGrader from the Gradebook?.................................................................1786

How do I curve grades in the Gradebook?..................................................................................1790

How do I set a default grade for an assignment in the Gradebook?........................................1795

How do I apply a Missing Submission policy in the Gradebook?...........................................1800

How do I apply a Late Submission policy in the Gradebook?.................................................1805

How do I submit an assignment on behalf of a student as an instructor?...............................1812

How do I override a student's final grade in the Gradebook?.................................................1817

How do I leave comments for students in the Gradebook?......................................................1822

How do I import grades in the Gradebook? ...............................................................................1827

How do I publish final grades for a moderated assignment?...................................................1834

How do I view the history of all grading changes in the Gradebook?....................................1842

How do I view a student's Grades page in a course from the Gradebook?.............................1848



How do I export grades in the Gradebook?........................................................................1854

How do I use the Learning Mastery Gradebook to view outcome results in a course from the Gradebook?..........................................................................................................................1858

How do I view outcomes or student results individually in the Learning Mastery Gradebook from the Gradebook?................................................................................................................1867

How do I apply scores to ungraded assignments as an Instructor?............................................1875

Enhanced Gradebook Filters.........................................................................................................1878

How do I use Enhanced Gradebook Filters?...............................................................................1879

How do I create a filter in Enhanced Gradebook Filters?............................................................1884

How do I edit a filter in Enhanced Gradebook Filters?...............................................................1897

How do I manage options in the Enhanced Gradebook Filter?...................................................1900

Groups..........................................................................................................................................1903

How do I view all groups in a course as an instructor?...............................................................1904

How do I add a group set in a course?........................................................................................1909

How do I edit a group set in a course?........................................................................................1912

How do I delete a group set in a course?....................................................................................1915

How do I import groups in a group set?......................................................................................1918

How do I automatically create groups in a group set?................................................................1924

How do I manually create groups in a group set?.......................................................................1928

How do I create self sign-up groups in a group set?...................................................................1934

How do I allow students to create their own student groups?....................................................1939

How do I automatically assign students to groups?....................................................................1942

How do I manually assign students to groups?...........................................................................1946

How do I assign a student leader to a group?.............................................................................1950

How do I message students who have not signed up for a self sign-up group?...........................1955

How do I prevent students from switching groups in self sign-up groups?.................................1958

How do I move a student into a different group?.........................................................................1961

How do I view content and student activity within a group as an instructor?..............................1966



Inbox ....................................................................................................................................1969

    How do I use the Inbox as an instructor? ...............................................................1970

    How do I find my unread messages in the Inbox as an instructor?........................1977

    How do I filter conversations as an instructor?......................................................1982

    How do I star a conversation as an instructor?.......................................................1987

    How do I send a message to a user in a course in the Inbox as an instructor?..........1991

    How do I send a message to a user in a student group in the Inbox as an instructor?........1998

    How do I send a message to all course users in the Inbox as an instructor? ..............2003

    How do I attach a file to a message as an instructor?..............................................2010

    How do I attach a media comment to a message as an instructor? ..........................2015

    How do I reply to a message in the Inbox as an instructor?......................................2023

    How do I privately respond to one individual in a group message as an instructor?.........2026

    How do I reply to submission comments in the Inbox as an instructor?...................2029

    How do I forward a message from a conversation as an instructor? ........................2033

    How do I add new people to an existing conversation as an instructor?..................2036

    How do I delete a conversation as an instructor?....................................................2041

    How do I delete a message from a conversation as an instructor?............................2046

    How do I archive a conversation as an instructor?..................................................2049

Modules....................................................................................................................2053

    How do I use the Modules Index Page?....................................................................2054

    How do I add a module? ..........................................................................................2065

    How do I publish or unpublish a module as an instructor?......................................2070

    How do I duplicate a module?..................................................................................2074

    How do I copy a module to another course?............................................................2077

    How do I send a module to another instructor?.......................................................2082

    How do I copy a module item to another course?....................................................2086

    How do I send a module item to another instructor?...............................................2092



Canvas Instructor Guide

How do I add prerequisites to a module? ................................................................................2097

How do I add requirements to a module? ...............................................................................2103

How do I edit a module? ..........................................................................................................2111

How do I lock a module? .........................................................................................................2115

How do I delete a module? ......................................................................................................2121

How do I move or reorder a module? .....................................................................................2123

How do I add course content as module items? .....................................................................2128

How do I add a quiz as a module item? ..................................................................................2135

How do I add a text header as a module item? .......................................................................2141

How do I add an external tool as a module item? ...................................................................2145

How do I add an external URL as a module item? ..................................................................2150

How do I duplicate a module item? .........................................................................................2154

How do I edit module items? ...................................................................................................2156

How do I remove module items? .............................................................................................2159

How do I move or reorder a module item? .............................................................................2161

How do I use modules to view the progress of students in a course? ....................................2167

How do I view course content offline as an HTML file as an instructor? ................................2171

How do I use Mastery Paths in course modules? ...................................................................2177

How do I allow a page to be a Mastery Path module item? ...................................................2184

How do I add conditional content to a Mastery Path source item? ........................................2187

How do I assign a conditional assignment for students to complete in Mastery Paths? .................2199

How do I view the Mastery Paths range breakdown results for an assignment? .................2204

Outcomes ...................................................................................................................................2210

How do I use the outcomes page in a course? .......................................................................2211

How do I create an outcome for a course? ............................................................................2215

How do I create outcome groups for a course? .....................................................................2220

How do I import outcomes for a course? ................................................................................2222

PTRN-STARK_000657



How do I edit or delete an outcome in a course? ...................................................................................2228

How do I edit or delete an outcome group in a course? ........................................................................2234

How do I create custom course outcome names for students? ...........................................................2237

How do I move outcomes and outcome groups in a course? ................................................................2240

How do I find an existing outcome to add to a course? ........................................................................2243

How do I align an outcome with a question bank? .................................................................................2246

How do I find Learning Standards to add to a course-level outcome? ..............................................2251

How do I view all aligned items and artifacts within an outcome? ....................................................2255

How do I view the outcomes results report for an individual student in a course? .........................2258

How do I use the Learning Mastery Gradebook to view outcome results in a course? ....................2262

How do I view outcomes or student results individually in the Learning Mastery Gradebook? ...2272

How do I manage outcome mastery scales in a course? .......................................................................2280

How do I manage outcome mastery calculations in a course? ............................................................2287

Improved Outcomes Management ..............................................................................................................2295

How do I use the course Outcomes page in Improved Outcomes Management? .............................2296

How do I create a course outcome in Improved Outcomes Management? ........................................2302

How do I create a course outcome group in Improved Outcomes Management? .............................2307

How do I import outcomes into a course in Improved Outcomes Management? ..............................2311

How do I edit or remove a course outcome in Improved Outcomes Management? ..........................2318

How do I edit or remove a course outcome group in Improved Outcomes Management? .............2326

How do I move course outcomes and outcome groups in Improved Outcomes Management? ....2330

How do I find an existing outcome to add to a course in Improved Outcomes Management? .......2336

How do I view all aligned items in Improved Outcomes Management? ..............................................2341

Pages ................................................................................................................................................................2345

How do I use the Pages Index Page? .........................................................................................................2346

How do I publish or unpublish a page as an instructor? ........................................................................2351

How do I create a new page in a course? ...................................................................................................2357



Canvas Instructor Guide

How do I change the name of a page in a course?........................................................................................2362

How do I edit a page in a course?..................................................................................................................2365

How do I duplicate a page in a course?........................................................................................................2369

How do I copy a page to another course? ....................................................................................................2371

How do I send a page to another instructor?...............................................................................................2377

How do I delete pages in a course?...............................................................................................................2382

How do I upload a PDF to a page in a course?.............................................................................................2385

How do I link to other Canvas pages in a course?.......................................................................................2390

How do I set a Front Page in a course?.........................................................................................................2394

How do I add a page to the student To-Do list as an instructor? ...............................................................2400

How do I embed a video in a page in a course?...........................................................................................2403

How do I create a file link in a page in a course? ........................................................................................2407

How do I view the history of a page in a course?.........................................................................................2411

How do I import SCORM files as a page? ....................................................................................................2416

People .....................................................................................................................................................................2422

How do I use the People page in a course as an instructor? ......................................................................2423

How do I add users to a course?...................................................................................................................2430

How do I resend student invitations to a course?........................................................................................2443

How do I view a context card for a student in a course?.............................................................................2446

How do I view user details for an enrollment in a course?..........................................................................2453

How do I view a user's profile in a course as an instructor? .......................................................................2458

How do I record the last day a user attended a course?.............................................................................2464

How do I limit a user to only interact with other users in the same course section?.........................2470

How do I edit user roles in a course?............................................................................................................2474

How do I edit sections for an enrollment in a course? ................................................................................2478

How do I deactivate an enrollment in a course? .........................................................................................2483

How do I conclude an enrollment in a course?............................................................................................2486



Canvas Instructor Guide

How do I restore a concluded enrollment in a course?................................................................2490

How do I view concluded enrollments in a course? ......................................................................2494

How do I remove an enrollment from a course? ............................................................................2496

How do I link a student to an observer in a course?......................................................................2498

How do I generate a pairing code for an observer as an instructor?.........................................2502

How do I view a summary of all my student interactions in a course? .....................................2507

How do I view my course interactions with an individual student? ...........................................2511

How do I view the course access report for an individual user?................................................2514

How do I view registered services for all users in a course?......................................................2520

Profile and User Settings...........................................................................................................................2522

How do I edit my profile in my user account as an instructor? ..................................................2523

How do I change the settings in my user account as an instructor?.........................................2528

How do I add a profile picture in my user account as an instructor?........................................2532

How do I select personal pronouns in my user account as an instructor? ..............................2545

How do I change the language preference in my user account as an instructor?...................2549

How do I set a time zone in my user account as an instructor?..................................................2552

How do I change my default email address in my user account as an instructor?..................2555

How do I manage my Canvas notification settings as an instructor?.........................................2557

How do I manage notifications for a single course as an instructor?........................................2565

How do I add contact methods to receive Canvas notifications as an instructor?..................2570

How do I add an additional email address as a contact method in Canvas as an instructor?.........2575

How do I add a text (SMS) contact method in Canvas as an instructor?..................................2579

How do I add Slack as a contact method in Canvas as an instructor?......................................2586

How do I merge my user account with an account using the same email address as an instructor? ........................................................................................................................................2591

How do I view a QR code to log in to the Canvas mobile apps as an instructor?...................2595

How do I change my login password as an instructor? ................................................................2598



How do I reset my password as an instructor? .................................................................................2601

How do I set up multi-factor authentication for my user account as an instructor? .....................2607

How do I view course content offline as an ePub file as an instructor? ........................................2611

How do I manage content shared to me from other users? ...........................................................2615

How do I manage API access tokens as an instructor? ..................................................................2622

What feature settings can I enable in my user account as an instructor? ......................................2629

How do I manage new features in my user account as an instructor? ...........................................2635

How do I manage confetti animations in Canvas as an instructor? ...............................................2639

How do I enable the high contrast user interface as an instructor? ...............................................2641

Quizzes .............................................................................................................................................2643

How do I use the Quizzes Index Page? ..........................................................................................2644

How do I publish or unpublish a quiz as an instructor? .................................................................2652

What quiz types can I create in a course? ......................................................................................2656

What options can I set in a quiz? ....................................................................................................2658

How do I import quizzes from QTI packages? ...............................................................................2670

How do I create a quiz with individual questions? .........................................................................2676

How do I create a quiz with a question group to randomize quiz questions? ...............................2684

How do I create a quiz by finding questions in a question bank? ..................................................2692

How do I create a quiz with a question group linked to a question bank? .....................................2699

How do I create a Multiple Choice quiz question? ........................................................................2708

How do I create a True/False quiz question? .................................................................................2720

How do I create a Fill-in-the-Blank quiz question? ........................................................................2726

How do I create a Fill-in-Multiple-Blanks quiz question? ..............................................................2732

How do I create a Multiple Answers quiz question? ......................................................................2741

How do I create a Multiple Dropdown quiz question? ...................................................................2750

How do I create Likert scale quiz questions? .................................................................................2760

How do I create a Matching quiz question? ...................................................................................2767

PTRN-STARK_000661



Canvas Instructor Guide

How do I create a Numerical Answer quiz question?.................................................................2773

How do I create a Formula quiz question with a single variable?.......................................2780

How do I create a Simple Formula quiz question?..................................................................2788

How do I create an Essay quiz question?...................................................................................2795

How do I create a File Upload quiz question? .........................................................................2799

How do I create a Text (no question) quiz question?............................................................2805

How do I link course content to a quiz question? .................................................................2808

How do I create a question bank in a course? ........................................................................2816

How do I bookmark a question bank in a course?.................................................................2821

How do I unbookmark a question bank in a course? ...........................................................2826

How do I delete a question bank in a course?.........................................................................2828

How do I move multiple questions from one question bank to another?.....................2831

How do I move/copy a question from one question bank to another?..........................2835

How do I reorder questions or question groups in a quiz?................................................2839

How do I import a question bank from one Canvas course to another?.......................2849

How can I create a quiz where students only see one question at a time? ..................2855

How do I make a quiz available before or after the due date?..........................................2861

How do I assign a quiz to an individual student?..................................................................2869

How do I assign a quiz to a course section?............................................................................2881

How do I delete a quiz?....................................................................................................................2892

How do I export quiz content from a course?.........................................................................2895

How do I copy a quiz to another course?..................................................................................2899

How do I send a quiz to another instructor?...........................................................................2905

Once I publish a quiz, how do I make additional changes? ..............................................2909

Once I publish a quiz, how do I use the Moderate Quiz page?........................................2913

Once I publish a quiz, what kinds of quiz statistics are available?................................2920

Once I publish a quiz, how can I give my students extra attempts?...............................2927



Once I publish a timed quiz, how can I give my students extra time? ........................................2936

How do I manually submit outstanding student quiz submissions?........................................2946

How do I view student results in a quiz?............................................................................2950

How do I view a quiz log for a student?..............................................................................2955

What options can I use to regrade a quiz in a course? ........................................................2965

How do I regrade a Multiple Choice quiz question?.............................................................2969

How do I regrade a True/False quiz question?....................................................................2975

How do I regrade a Multiple Answers quiz question?..........................................................2981

How do I create a survey in my course?..............................................................................2987

How do I view survey results in a course? ..........................................................................2995

How do I view practice quiz results in a course?.................................................................2999

How do I set up a quiz to be sent to my institution's student information system (SIS)?................3003

New Quizzes ........................................................................................................................3007

How do I create a quiz using New Quizzes?........................................................................3008

How do I duplicate a New Quizzes quiz?............................................................................3019

How do I migrate a Canvas quiz to New Quizzes?...............................................................3021

How do I import a quiz from a QTI package in New Quizzes? ..............................................3024

How do I create a Categorization question in New Quizzes?................................................3030

How do I create an Essay question in New Quizzes? ...........................................................3038

How do I create a File Upload question in New Quizzes? .....................................................3044

How do I create a Fill in the Blank question in New Quizzes? ..............................................3050

How do I create a Formula question in New Quizzes?.........................................................3058

How do I create a Hot Spot question in New Quizzes? ........................................................3067

How do I create a Matching question in New Quizzes?........................................................3077

How do I create a Multiple Answer question in New Quizzes? .............................................3084

How do I create a Multiple Choice question in New Quizzes?..............................................3092

How do I create a Numeric question in New Quizzes?.........................................................3101



Canvas Instructor Guide

How do I create an Ordering question in New Quizzes?.................................................................3108

How do I create a True or False question in New Quizzes?............................................................3115

How do I insert stimulus content in New Quizzes?.......................................................................3120

How do I duplicate an individual question in New Quizzes?..........................................................3127

How do I add feedback to a question in New Quizzes?..................................................................3132

How do I reorder questions in New Quizzes?...............................................................................3136

How do I edit a quiz in New Quizzes?..........................................................................................3145

How do I edit the assignment details of a New Quizzes quiz?.......................................................3153

How do I manage settings for a quiz in New Quizzes?..................................................................3157

How do I restrict students from viewing quiz results in New Quizzes?..........................................3170

How do I preview a quiz in New Quizzes?....................................................................................3176

How do I grade a quiz in New Quizzes?.......................................................................................3181

How do I regrade a quiz question in New Quizzes?......................................................................3188

How do I manage item banks in New Quizzes?............................................................................3195

How do I create an item bank in New Quizzes?............................................................................3204

How do I add content to an item bank in New Quizzes?...............................................................3207

How do I import questions from a QTI package into an item bank in New Quizzes?......................3212

How do I add an item from an item bank to a quiz in New Quizzes?.............................................3218

How do I edit an item bank item in New Quizzes?.......................................................................3224

How do I add all items or a random set from an item bank to a quiz in New Quizzes?...................3231

How do I move or copy a question from one item bank to another in New Quizzes?.....................3237

How do I share an item bank in New Quizzes?.............................................................................3241

How do I print a quiz in New Quizzes?........................................................................................3245

How do I align an outcome to a quiz in New Quizzes?.................................................................3249

How do I align an outcome to a quiz question in New Quizzes?....................................................3255

How do I view reports for a quiz in New Quizzes?.......................................................................3261

How do I use the Moderation page in New Quizzes?....................................................................3268

PTRN-STARK_000664



Canvas Instructor Guide

How do I moderate a student's quiz attempt in New Quizzes?...............................................................3277

How do I add accommodations for a student in New Quizzes?..............................................................3284

How do I view student quiz results in New Quizzes?..............................................................................3291

How do I delete a New Quizzes quiz?......................................................................................................3295

How do I copy a quiz to another course in New Quizzes?.......................................................................3297

How do I send a quiz to another instructor in New Quizzes? .................................................................3302

Rich Content Editor......................................................................................................................................3306

How do I access the Rich Content Editor as an instructor?....................................................................3307

How do I add and modify text in the Rich Content Editor as an instructor?...........................................3316

How do I use the menubar in the Rich Content Editor as an instructor? ................................................3331

How do I resize the Rich Content Editor as an instructor? .....................................................................3337

How do I insert a table using the Rich Content Editor as an instructor?.................................................3340

How do I use the HTML view in the Rich Content Editor as an instructor?.............................................3354

How do I create hyperlinks to external URLs in the Rich Content Editor as an instructor?...........3358

How do I create hyperlinks to course or group content in the Rich Content Editor as an
instructor? ...............................................................................................................................................3365

How do I create hyperlinks to course, group, and user files in the Rich Content Editor as an
instructor? ...............................................................................................................................................3374

How do I edit and remove hyperlinks in the Rich Content Editor as an instructor?...........................3384

How do I upload and embed an image in the Rich Content Editor as an instructor?.........................3389

How do I embed images from Canvas into the Rich Content Editor as an instructor?.....................3401

How do I manage alt text and display options for images embedded in the Rich Content Editor as an
instructor? ...............................................................................................................................................3406

How do I upload and embed a media file from my computer in the Rich Content Editor as an
instructor? ...............................................................................................................................................3413

How do I record media using the Rich Content Editor as an instructor? ................................................3424

How do I embed media from an external source in the Rich Content Editor as an instructor? .....3432

How do I embed media files from Canvas into the Rich Content Editor as an instructor? .............3437

How do I add captions to new or uploaded videos in the Rich Content Editor in Canvas as an



instructor? ........................................................................................................................3442

How do I view captions in a video in the Rich Content Editor as an instructor? ...................3447

How do I manage video options in the Rich Content Editor as an instructor?......................3449

How do I upload a document in the Rich Content Editor as an instructor? ...........................3453

How do I embed documents from Canvas in the Rich Content Editor as an instructor?................3464

How do I select content from an external app in the Rich Content Editor as an instructor? .........3472

How do I use the Math Editor in the Rich Content Editor as an instructor?...........................3478

How do I create a hyperlink or embed a file from Google Drive into the Rich Content Editor as an instructor? ........................................................................................................................3484

How do I create a hyperlink from Microsoft Office 365 in the Rich Content Editor as an instructor? ........................................................................................................................3490

How do I link to a YouTube video in the Rich Content Editor as an instructor? ...................3495

How do I use the Accessibility Checker in the Rich Content Editor as an instructor?......................3504

How do I create an icon using the Rich Content Editor Icon Maker? ........................................3510

How do I edit an icon made using the Rich Content Editor Icon Maker? .................................3519

How do I delete an icon made using the Rich Content Editor Icon Maker? ...........................3525

Rubrics..................................................................................................................................3527

How do I manage rubrics in a course? ........................................................................................3528

How do I add a rubric in a course? ...............................................................................................3535

How do I align an outcome with a rubric in a course? ............................................................3546

How do I add a rubric to an assignment?....................................................................................3552

How do I add a rubric to a graded discussion? .........................................................................3562

How do I add a rubric to a quiz?....................................................................................................3573

Settings.................................................................................................................................3583

How do I use course settings? ......................................................................................................3584

How do I set details for a course?.................................................................................................3591

How do I change a course name and course code? ..................................................................3601

How do I add an image to a course card in the Dashboard? ..................................................3604



Canvas Instructor Guide

How do I set a time zone for a course?................................................................................3608

How do I change the start and end dates for a course?....................................................3610

How do I restrict student access to a course before or after the course dates?...............3618

How do I change the language preference for a course?....................................................3621

How do I enable SpeedGrader to launch filtered by student group?...............................3624

How do I use grading schemes in a course?......................................................................3626

How do I view grading schemes in a course?....................................................................3632

How do I enable a grading scheme for a course?..............................................................3637

How do I add a grading scheme in a course?....................................................................3642

How do I view grading periods in a course?......................................................................3647

How do I customize visibility options for a course?..........................................................3651

How do I customize visibility options for course content?................................................3654

How do I set a Creative Commons license for a course?...................................................3657

How do I include a course in the Public Course Index?....................................................3661

How do I set a course format?............................................................................................3664

How do I change the format of a course ePub export file?................................................3666

How do I allow course content to be exported as an offline HTML file?...........................3668

How do I enable course self-enrollment with a join code or secret URL?........................3670

How do I show recent announcements in the Course Home Page?..................................3674

How do I hide totals in my students' grade summaries?..................................................3677

How do I hide grade distribution scoring details from students?.....................................3679

How do I hide sections from students on the People page?.............................................3682

How do I disable announcement replies for an entire course?.........................................3685

How do I validate links in a course?..................................................................................3688

How do I view course statistics?........................................................................................3694

How do I view a course as a test student using Student View?........................................3701

How do I reset course content?..........................................................................................3705



Canvas Instructor Guide

How do I manage new features for a course?.................................................................................3708

How do I use an elementary-level theme in a course as an instructor?...................................3712

How do I sync course data in Canvas with Microsoft Teams?...................................................3715

How do I access the Canvas beta environment as an instructor?.............................................3718

How do I access the Canvas test environment as an instructor? ..............................................3721

SpeedGrader .........................................................................................................................................3724

How do I get to SpeedGrader from an assignment, quiz, or graded discussion?...................3725

How do I use SpeedGrader?.................................................................................................................3730

How do I use the student list to view student submissions in SpeedGrader?.......................3742

How do I sort the student list in SpeedGrader?.............................................................................3746

How do I view the details of a submission for a student in SpeedGrader?.............................3749

How do I grade group assignments in SpeedGrader? ..................................................................3754

How do I hide student names in SpeedGrader?.............................................................................3757

How do I hide or post assignment grades in SpeedGrader? .......................................................3760

How do I add annotated comments in student submissions using DocViewer in SpeedGrader?.3766

How do I enter and edit grades in SpeedGrader?..........................................................................3776

How do I change the status of a submission in SpeedGrader? ...................................................3782

How do I grade a text entry submission in SpeedGrader?...........................................................3790

How do I grade a website URL submission in SpeedGrader?......................................................3793

How do I grade a media recording submission in SpeedGrader?...............................................3796

How do I grade a file upload submission in SpeedGrader? .........................................................3798

How do I audit an assessment in SpeedGrader?............................................................................3802

How do I use a rubric to grade submissions in SpeedGrader? ...................................................3810

How do I use free-form comments instead of ratings in a rubric in SpeedGrader? ..............3815

How do I use a non-scoring rubric to assess submissions in SpeedGrader?...........................3821

How do I use the Comment Library in SpeedGrader?...................................................................3825

How do I leave feedback comments for student submissions in SpeedGrader? ....................3833



How do I download submission comments as a PDF in SpeedGrader? .................................................3841

How do I use Chrome's speech recognition feature to leave a comment in SpeedGrader? ...........3844

How do I reassign an assignment in SpeedGrader? .........................................................................3849

How do I review moderated assignments in SpeedGrader as a moderator?...................................3853

How do I grade quiz questions in SpeedGrader? ............................................................................3860

How do I adjust the point value for an entire quiz using fudge points in SpeedGrader? ...............3864

How do I grade one quiz question at a time in SpeedGrader? ........................................................3869

How do I grade a New Quizzes quiz question one at a time in SpeedGrader?.................................3877

How do I grade a graded discussion in SpeedGrader? ....................................................................3883

How do I view plagiarism assignments in SpeedGrader? ................................................................3888

Web Services.........................................................................................................................................3891

How do I connect to web services outside of Canvas as an instructor? .........................................3892

How do I connect to Google Drive as a web service in Canvas as an instructor? ...........................3894

How do I connect to Skype as a web service in Canvas as an instructor?.......................................3898

PTRN-STARK_000669

Case 3:22-cv-03131-JCS   Document 85-1   Filed 11/17/23   Page 31 of 197



# Introduction

PTRN-STARK_000670



Canvas Instructor Guide

## How do I accept an invitation to join a Canvas course as an instructor?

If you are using Canvas through your institution, you will most likely already have a Canvas account and need to accept a course invitation before you can log in. Your institution will email your login information.

However, you may also receive a course invitation where you have to create a Canvas account as part of the registration process.

**Note**: If your institution is using Canvas and you are having trouble with your account, contact your administrator for assistance.

## Accept Course Invitation



If you've enrolled in or been invited to a Canvas course, you will receive an email that contains your institution's Canvas URL [1] and your email address to use for your login [2]. To accept the course invitation, click the **Get Started** button [3].

![CC BY NC SA]

PTRN-STARK_000671



## Accept Course



Canvas will take you to your course and ask you to accept the enrollment. Click the **Accept** button.

## Create Canvas Account



Click the **Create My Account** button.

**Note:** If you already have a Canvas account, click the **I Have a Canvas Account** button. You'll be directed to the Canvas login page.

PTRN-STARK_000672

 Canvas Instructor Guide

## Complete Registration



Create a password [1] and enter your time zone [2]. Depending on your account type, you may be asked if you want to receive information, news, and tips from Instructure [3].

Select the Acceptable Use Policy checkbox [4], then click the **Register** button [5].

PTRN-STARK_000673



## How do I sign up for a new Free-for-Teacher Canvas account as an instructor?

If you do not already have a Canvas account, you need to create an account before you can log in to Canvas.

If you are using Canvas through your institution, you will most likely already have an account and need to accept a course invitation. Your institution will email your login information. If you do not yet have an account, you can create an account when you accept the course invitation. If your institution is using Canvas and you are having trouble with your account, contact your administrator for assistance.

If your institution is not using Canvas, you can create your own account, also known as a free-for-teacher account, to create your own courses.

Notes:

- Free-for-Teacher accounts are always free. However, they do not contain all features available to institutional users of Canvas. Learn more in the Canvas Account Comparison resource document.
- For help with your Free-for-Teacher account, view our Free-for-Teacher Account FAQ in the Canvas Community.

## Enter URL



Enter your Canvas registration URL (e.g. *canvas.instructure.com*) into your browser.



PTRN-STARK_000674



Canvas Instructor Guide

## Create Canvas Account



Click the **Need a Canvas Account?** link.

PTRN-STARK_000675



**Sign Up As a Teacher**



Click the **I'm a Teacher** button.

**Create Your Account**



PTRN-STARK_000676



Canvas Instructor Guide

To sign up for a free Canvas teacher account, enter your name in the **First Name** field [1] and **Last Name** field [2].

Click the **Account Type** drop-down menu [3] and select Teacher.

Click the **Submit** button [4] to continue.

## Enter Account Information



To finish registration create an account you will need to fill out the following fields:

- **Email Address** [1]
- **Phone Number** [2]
- **Country** [3]
- **Organization Type** [4]
- **Job Title** [5]
- **School/Organization** [6]
- **Why Canvas** [7]
- **Password** [8]


PTRN-STARK_000677



To confirm you agree to the Terms of Use and Privacy Policy, click **I consent to receiving marketing communications from Instructure, and to the processing of my personal data by Instructure, in accordance with and as described in the privacy policy** checkbox [9] and **I agree to the Canvas Free for Teacher Acceptable Use Policy** checkbox [10] .

Click the **Submit** button [11] to create your account.

**View Canvas Account**



You will be automatically logged into your Canvas account. To view Canvas, click the **Get Started** button.



**Finish Registration**

> Click here to finish the registration process
>
> Thank you for registering with Canvas! This email is confirmation that the user Octavius McDowell-Eaton is registering for a new account at canvas.instructure.com.
>
> 
>
> Update your notification settings

To finish registering for Canvas, log into your email account. Locate the registration email and click the **Click here to finish the registration process** link.

![CC BY NC SA]

PTRN-STARK_000679



Canvas Instructor Guide

**Create Password**



Enter a password for your account in the **Password** field [1]. Select your time zone in the **Time Zone** drop-down menu [2]. Then click the **Register** button [3].

PTRN-STARK_000680

## How can I use Canvas on my mobile device as an instructor?

Canvas is built on open web standards, so most features are supported on mobile devices. With the growing use of mobile devices, you should build your courses with best practices for mobile in mind.

## Mobile Browsers

You can access Canvas from any browser on your Android/iOS device. However, mobile browsers are not supported, and features may not function as expected compared to viewing Canvas in a fully supported desktop browser.

On mobile devices, Canvas is designed to be used within Canvas mobile applications. Canvas pages within a mobile browser are only supported when an action in the app links directly to the browser, such as when a student takes certain types of quizzes. Support is not extended to pages that cannot currently be used in the app, such as Conferences or Collaborations.

Additionally, Canvas offers limited support for native mobile browsers on tablet devices. For details, please reference the limited-support mobile browser guidelines.

## Mobile Applications

We are actively improving our native mobile applications to support as many Canvas features as possible. Instructure has four native mobile applications for instructors free for download on both phones and tablets.

- **Canvas Teacher App** (iOS 10.0+, Android 5.0+). This app allows you to manage course content and grade student submissions on the go. Syncs with SpeedGrader and the Gradebook. View Canvas Teacher mobile features by version and device.

You can learn more about mobile applications in the Canvas Mobile Guides.



PTRN-STARK_000681

CANVAS
BY INSTRUCTURE

## How does Canvas work as a supplement to face-to-face courses?

Canvas provides tools that supplement face-to-face courses by providing additional information online. Students will be able to access content for courses they are enrolled in through Canvas. Some institutions provide Canvas course sites for face-to-face courses automatically, while others require their instructors to request course sites in Canvas.

## Instructors

In face-to-face courses, you can use Canvas features to help manage your course, such as Gradebook and Assignments.

You can use features to gather student work via online submissions in assignments, or deliver course content such as PDFs, documentation, and presentations using Files.

Canvas quizzes give you an opportunity to provide online practice quizzes or class surveys quickly and easily.

Canvas modules allow you to organize units of related materials that students can access from any device with an internet connection. Organized content in modules make great stand-alone resources—review materials, videos, images, self-paced activities such as practice quizzes, or web quests. You can also use them to try new teaching practices such as flipped classroom models in select lessons.

PTRN-STARK_000682



Canvas Instructor Guide

# How do I embed a Guides lesson inside a Canvas course?

The existing community (**guides.canvaslms.com**) doesn't allow embedding.

Content is available for embedding at **guides.instructure.com**; however, this site will be discontinued at a future date. For referencing content, consider **linking lessons** from the community into your course content.

Many of our clients are using Canvas Guides to build their own training modules inside Canvas. We think this is a great idea since our product is changing so quickly. By embedding lessons in your course with iFrames, you can be sure that our most recent documentation is available to your learners. You can also **link to the Guides in Modules**.

**Note**: Some browsers such as Firefox and Chrome create security restrictions as noted in our general browsers lesson. If you visit a page in your Canvas course with an embedded iFrame that is linked to insecure content, you may see a shield icon in the browser address bar. You can choose to override the security restriction and display the content anyway by clicking the shield icon and then choosing Disable Protection on This Page or Load unsafe script.

## Open Pages

Announcements

Discussions

Grades

People

Pages

Files

Syllabus

In Course Navigation, click the **Pages** link.

PTRN-STARK_000683



## View Pages



Pages is designed to open to the front page for the course, if there is a front page selected. To select a page from the Pages Index, click the **View All Pages** button.

## Add Page



Click the **Add Page** button.

## Enter Page Title



Enter the name of the new page. You may decide to copy and paste the exact title of the Canvas Guides lesson.



Canvas Instructor Guide

## Switch Views



Click the **HTML Editor** icon.

## Secure Content

If you wish to prevent web browsers from blocking mixed secure and non-secure content or creating pop-up warnings, you can link to Canvas Guide lessons using secure content.

In regular (unsecured) guide links, the URL begins with *http://guides.instructure.com*. However, secure content is created by replacing that part of the *URL with https://guides.instructure.com*.

### Copy Canvas Guides URL

https://**guides.instructure.com**/m/67952/l/720334

Copy the URL of the Canvas Guide you wish to embed.



PTRN-STARK_000685



**Enter HTTPS iFrame Embed Code (Secure)**



To paste a Canvas Guide as a secure iFrame, replace the beginning of the URL, **http://guides.instructure.com** [1], with **https://guides.instructure.com** [2].

```
<p><iframe src="https://guides.instructure.com/m/67952/l/720334"
width="600" height="3200" style="overflow: hidden;"></iframe></p>
```

**Note**: https://guides.instructure.com replaces http://guides.instructure.com/ but everything else in the code snippet stays the same.

## Non-Secure Content

Non-secure content may create pop-up warnings. You can link to Canvas Guide lessons using secure content, see the Secure Content steps.

In (unsecured) guide links, the URL begins with *http://guides.instructure.com*. However, secure content is created by replacing that part of the *URL with https://guides.instructure.com.*


PTRN-STARK_000686

## Copy Canvas Guides URL

https://guides.instructure.com/m/67952/l/720334

Copy the URL of the Canvas Guide you wish to embed.

## Enter HTTP iFrame Embed Code (Non-Secure)



Where can I find a list of Canvas terminology?

```
<p><iframe src="http://guides.instructure.com/m/67592/l/720334" width="600"
height="3200" style="overflow: hidden;"></iframe></p>
```

To paste a Canvas Guide as an iFrame, copy the iFrame code snippet below, replacing the text **CANVASURL** with the exact URL of the lesson you wish to embed.

```
<p><iframe src="CANVASURL-?e=4" width="600" height="3200"
style="overflow: hidden;"></iframe></p>
```

For instance, if you wanted to embed the lesson titled "Where can I find a list of Canvas terminology?," you would replace the URL as follows:

```
<p><iframe src="http://guides.instructure.com/m/67952/l/720334-?e=4"
width="600" height="3200" style="overflow: hidden;"></iframe></p>
```

## Save and Publish




PTRN-STARK_000687



Canvas Instructor Guide

If you are ready to publish your page, click the **Save & Publish** button [1]. If you want to create a draft of your page, click the **Save** button [2].

**Note**: If you try to navigate away from a page without saving, you will generate a pop-up warning.

## Publish Page



When your page is saved in a draft state, you can return to the page and publish it at any time by clicking the **Publish** button [1]. The button will change from gray to green [2].

## View iFrame Borders and Scrollbars



Depending on the browser you use, you may see some borders and scrollbars around the iFrame area, which is normal.

## Adjust iFrame Height





*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000688



After you view your page, the iFrame may be too long, or not long enough, for the length of the Canvas Guide lesson. To change the height or width, click the **Edit** button.

## Switch Views



Click the **HTML Editor icon**.

## Adjust iFrame Height



Change the number in the height or width area of the embed code to adjust the **height** or **width** (in pixels). Then click the **Save** button at the bottom of the page.

**Note**: You can also change **e=4** to **e=3** to expand the lesson in the browser window.



PTRN-STARK_000689



Canvas Instructor Guide

## View iFrame of Canvas Guide Lesson



When you open the page in Canvas, it may take a moment to load the content. For a split second, you may see some of the formatting from the original Canvas Guides site. You may need to refresh the page. Once it loads, it will look great!

PTRN-STARK_000690



# Analytics

*Canvas Instructor Guide Updated 2023-06-23*

Page 51

PTRN-STARK_000691



# How do I view Course Analytics?

Course analytics will show you activity, assignment submissions, grades, and students. You can view analytics in both active and concluded courses. You can also view published **quiz statistics**.

Notes:

- The Analytics features displayed in this lesson will be removed in a future release and will be replaced by New Analytics. View more information on **using New Analytics**.
- Viewing analytics is a course permission. If you cannot view analytics, your institution has restricted this feature.
- The Analytics button only displays once students have been enrolled and students have started to participate in the course.

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



PTRN-STARK_000692



## Open Course Analytics



Click the **View Course Analytics** button.

## View Analytics Graphs



By default, analytics are shown in a graph format. There are three types of graphs: Activity by Date, Submissions, and Grades.

PTRN-STARK_000693

CANVAS
BY INSTRUCTURE

Canvas Instructor Guide

## View Activity by Date



The Activity by Date graph shows all course activity for all users in the course. The x-axis represents the course dates, while the y-axis represents the number of page views. Dark blue bars represent participation in the course. If a date only includes page views, the bar only displays as light blue.

The graph changes the bar display according to the length of time. Activity that is less than six months old displays bars as daily activity, at six months bars are displayed as weekly activity, and at approximately a year bars are displayed as monthly activity. Browser window size, zoom level, and screen resolution may also change how the bars display.

To view the details of the bar graph, hover over the specific bar you want to view. The weekly view shows the first and last date for the week; the monthly view shows the month and the year.

The following user actions will generate analytics course participation:

- Announcements: posts an announcement (instructor)
- Announcements: posts a new comment to an announcement
- Assignments: updates an assignment's settings or description (instructor)
- Assignments: submits an assignment (student)
- Calendar: updates a calendar event's settings or description (instructor)
- Collaborations: loads a collaboration to view/edit a document
- Conferences: joins a web conference
- Discussions: posts a new comment to a discussion
- Pages: creates a wiki page
- Quizzes: submits a quiz (student)
- Quizzes: starts taking a quiz (student)



PTRN-STARK_000694



## View Submissions



The Submissions Graph shows the status of each assignment in the course. The x-axis represents the assignments, while the y-axis represents the percentage of submissions for all students in the course.

The green rounded shape at the bottom of the bar indicates how many students submitted the assignment on time [1]. The yellow straight-edge shape indicates how many students submitted the assignment late/past due [2]. The red rounded shape at the top of the bar indicates how many students have not submitted the assignment [3].

To view the details of the bar graph, hover over the specific bar you want to view. The details include the assignment title, the due date (if any), and the percentage of late, on time, and missing submissions.

**Note**: The bars will only extend to the edge of the dates available for the course, even if there is an assignment or quiz that extends beyond the course start and end dates. The graph will include a note graph explaining there are assignments outside of the course dates.

PTRN-STARK_000695



## View Grades



The Grades graph shows the median, high, and low scores for an assignment. The x-axis represents each assignment, while the y-axis represents the number of points for an assignment. The vertical blue line extends from the lowest score to the highest score [1]. The blue box extends from the 25th to 75th percentile [2]. The horizontal black line shows the median score for the assignment [3]. Gray lines indicate hidden assignments [4].

To view the details of the bar graph, hover over the specific bar you want to view.

## View Analytics Tables



To view analytics without hovering over graph columns, you can view all data in a table format. To switch to the table format, click the Analytics icon. The icon will switch from the left side to the right, indicating the current analytics view.

PTRN-STARK_000696



## View Table Data

### Activity by Date

| Date | Page Views | Actions Taken |
| --- | --- | --- |
| 2017-07-13 | 301 | 22 |
| 2017-07-12 | 202 | 3 |
| 2017-07-11 | 397 | 21 |
| 2017-07-10 | 967 | 59 |
| 2017-06-13 | 2 | 0 |

Tables apply to every graph in its respective page, and each column defines the data within its respective graph. Graphical data is displayed by column.

| | | |
| --- | --- | --- |
| 2017-06-02 | 192 | 20 |
| 2017-05-31 | 12 | 0 |
| 2017-05-18 | 10 | 0 |
| 2017-05-12 | 11 | 0 |
| 2017-05-11 | 34 | 3 |
| 2017-05-10 | 35 | 1 |

Each table is paginated to 30 entries per page; additional pages can be viewed by advancing to the next page.

PTRN-STARK_000697



Canvas Instructor Guide

## View Student Analytics

| Student ▲ | Page Views | Participations | Submissions | On Time | Late | Missing | Current Score |
|---|---|---|---|---|---|---|---|
| Emily Boone | 72 | 8 | 30 | 12 | 3 | 3 | 86.21% |
| Jessica Doe | 13 | 4 | 30 | 4 | 1 | 6 | 98.67% |
| Mas Johnson | 29 | 6 | 30 | 6 | 1 | 5 | 94% |
| Bruce Jones | | | 30 | 0 | 0 | 8 | 45% |
| Nora Sanderson | 2 | 0 | 30 | 0 | 0 | 8 | 60.63% |
| Jane Smith | | | 30 | 2 | 0 | 8 | 56.25% |

Student Analytics are always shown in a table format and displays an overview of student participation in the course.

You can view the student name [1], page views [2], participations [3], and submissions [4].

The Submissions column shows how many published and graded assignments each student has submitted in the course. Submissions are broken down according to how many submissions were on time [5], late [6], and missing [7]. Note that an assignment only counts as missing if the due date has passed and it has not been submitted.

You can also view a student's current score percentage [8], which is their total score in the course.

The analytics table is paginated so you can view more students if you continue to scroll down the page.

PTRN-STARK_000698



## Sort Student Analytics

| Student ▲ | Page Views | Participations | Submissions | On Time | Late | Missing | Current Score |
|---|---|---|---|---|---|---|---|
| Emily Boone | 72 | 8 | 30 | 12 | 3 | 3 | 86.21% |
| Jessica Doe | 13 | 4 | 30 | 4 | 1 | 6 | 98.67% |
| Max Johnson | 29 | 6 | 30 | 6 | 1 | 5 | 94% |

You can sort student analytics in ascending or descending order by student name, page views, participations, and current score. These filters allow you to evaluate student performance according to your preference.

## View Student Analytics

| Student ▲ | Page Views | Participations | Submissions | On Time | Late | Missing | Current Score |
|---|---|---|---|---|---|---|---|
| Emily Boone | 72 | 8 | 30 | 12 | 3 | 3 | 86.21% |
| Jessica Doe | 13 | 4 | 30 | 4 | 1 | 6 | 98.67% |
| Max Johnson | 29 | 6 | 30 | 6 | 1 | 5 | 94% |

To view analytics for a specific student, click the name of the student.

PTRN-STARK_000699



## How do I view analytics for a student in a course?

Student analytics show you how well a particular student is doing in your course. You can also view student analytics after your course has concluded.

Your institution may allow students to view their own course analytics, which helps show them accurate information about their course activity and interactions. If this permission is enabled, your view and the student's view of their analytics is the same.

Notes:

- The Analytics features displayed in this lesson will be removed in a future release and will be replaced by New Analytics. View more information on using New Analytics.
- Viewing analytics is a course permission. If you cannot view analytics, your institution has restricted this feature.
- Analytics can also be accessed through the People page and viewing a student's user details page.

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000700



Canvas Instructor Guide

## Open Course Analytics



Click the **View Course Analytics** button.

## Open Student Analytics

| Student ▲ | Page Views | Participations | Submissions | On Time | Late | Missing | Current Score |
|-----------|-----------|----------------|-------------|---------|------|---------|---------------|
| Emily Boone | 72 | 8 | 30 | 12 | 3 | 3 | 86.21% |
| Jessica Doe | 13 | 4 | 30 | 4 | 1 | 6 | 98.67% |
| Max Johnson | 29 | 6 | 30 | 6 | 1 | 5 | 94% |

In the Student Analytics table, click the name of the student.

To locate a student, you can sort the table by student name, page views, participates, and current score. The analytics table is paginated so you can view more students if you continue to scroll on the page.

PTRN-STARK_000701



## View Student Information



When viewing analytics for an individual student, you can view the student's name and current percentage in the course [1]. To send a message directly to the student, click the **mail** icon [2].

To view analytics for a different student, click the next or previous buttons in the user menu [3], or locate the student in the drop-down menu [4].

## View Analytics Graphs



By default, analytics are shown in a graph format. These are four types of graphs: Activity by Date, Communication, Submissions, and Grades.

### View Activity by Date



The Activity by Date graph shows all course activity for the student. The x-axis represents the course dates, while the y-axis represents the number of page views. Dark blue bars represent participation in the course. If a date only includes page views, the bar only displays as light blue.



*Canvas Instructor Guide Updated 2023-06-23*

**Page 62**

PTRN-STARK_000702

**CANVAS**
BY INSTRUCTURE

Canvas Instructor Guide

The graph changes the bar display according to the length of time. Activity that is less than six months old displays bars as daily activity, at six months bars are displayed as weekly activity, and at approximately a year bars are displayed as monthly activity. To view the details of the bar graph, hover over the specific bar you want to view. The weekly view shows the first and last date for the week; the monthly view shows the month and the year. Browser window size, zoom level, and screen resolution may also change how the bars display.

The following user actions will generate analytics course participation:

- loads a collaboration to view/edit the document
- joins a web conference
- posts a new comment to a discussion or an announcement
- submits a quiz
- starts taking a quiz
- submits an assignment
- creates a wiki page

You can also view specific content participation data in the course access report.

## View Communication



The Communication graph shows the conversations that have taken place between the student and instructor(s) in the Canvas Inbox. The y-axis represents the user type; orange message icons show when a student sent a message to an instructor, and blue message icons show when an instructor sent a message to the student. The x-axis represents the interaction date.

To view the details of the bar graph, hover over the specific bar you want to view. You can view the date of the communication and how many messages were sent. A message is an individual message passed from one user to the other; in message threads, each message is individually counted. In group conversations, interactions are counted as long as the student is one of the recipients. Notifications are not included in analytics unless the user acts on the notification and generates a new message that passes through the Canvas Inbox. Announcements are not included in communication analytics.

You can also view specific communication data in the student interactions report.



PTRN-STARK_000703



Canvas Instructor Guide

## View Submissions



The Submissions graph shows the status of each submission for the student. The y-axis represents each assignment, while the x-axis represents the submission date. A green circle indicates an assignment that was submitted on time. A yellow triangle indicates an assignment that was submitted late. A red square indicates an assignment that is missing (not submitted). A white circle with a black outline indicates an assignment with a future due date.

If a submission includes a due date, the submission may include horizontal line. The line indicates when the assignment was submitted, while the shape indicates the actual due date. If a submission was submitted before the due date, the horizontal line is green; if it was submitted after the due date, the horizontal line is yellow. Submissions without a horizontal line either have no due date, or the assignment was submitted on the due date.

To view the details of the bar graph, hover over the specific bar you want to view. Current and past assignments include the assignment title, the due date (if any), the submission date, and the score. Future assignments include the assignment title, due date (if any), and the score.

**Note**: The Submissions chart does not include information about assignments that do not require a submission (e.g., not graded, on paper assignments), excused assignments, or assignments that do not apply to a student because of differentiated assignments.



PTRN-STARK_000704



Canvas Instructor Guide

## View Grades



The Grades graph shows the median, high, and low scores for each assignment. The x-axis represents each assignment, while the y-axis represents the number of points for an assignment. The vertical black line extends from the highest score to the lowest score [1]. The gray box extends from the 75th percentile to 25th percentile [2]. The horizontal black line shows the median score for the assignment [3].

The student's score is indicated by the same shapes found in the Submissions graph. A green circle indicates an assignment with a good score. A good score is equal to or greater than the median score. A yellow triangle indicates an assignment with a fair score. A fair score is below the median but still within the 75th to 25th percentile range. A red square indicates an assignment with a poor score. A poor score is below the 25th percentile.

To view assignment names and details, hover your cursor over the graph [4].

## View Analytics Tables





To view analytics without hovering over graph columns, you can view all data in a table format. To switch to the table format, click the Analytics icon. The icon will switch from the left side to the right, indicating the current analytics view.

**View Table Data**

### Activity by Date

| Date | Page Views | Actions Taken |
|------|-----------|---------------|
| 2017-06-30 | 2 | 0 |
| 2017-06-29 | 11 | 1 |
| 2017-06-29 | 13 | 0 |
| 2017-06-29 | 3 | 0 |

Tables apply to every graph in its respective page, and each column defines the data within its respective graph. Graphical data is displayed by column.

| 2017-06-21 | 4 | 1 |
|------------|---|---|
| 2017-06-18 | 1 | 0 |
| 2017-06-02 | 4 | 1 |
| 2017-06-02 | 10 | 3 |

<< < 1 > >>

Each table is paginated to 30 entries per page; additional pages can be viewed by advancing to the next page.

*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000706



# New Analytics



PTRN-STARK_000707

Canvas Instructor Guide

## How do I view analytics for an individual student in New Analytics?

Student analytics show you how well a particular student is doing in your course. You can view analytics in both active and concluded courses. Only active and completed student enrollments are included in data for New Analytics. Deleted or inactive user enrollments will not generate data.

Available analytics include course grade, weekly online activity, and communication. By default, the analytics page displays an interactive chart graph of all data. However, you can view data within a table at any time.

Learn more about New Analytics.

Notes:

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.
- Because mobile page view data is based on device settings and network connection, it may vary from the time the page views actually occurred. Page view data should not be used to assess academic integrity.



PTRN-STARK_000708



Canvas Instructor Guide

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

PTRN-STARK_000710



## View Data Status



For reporting accuracy, the page displays the last time analytics data was last updated.

**Notes:**

- If the course has been concluded, the analytics page includes a Concluded label above the Data Last Updated date.
- Data is refreshed in New Analytics every 24 hours.

PTRN-STARK_000711



## Open Student Analytics



To view analytics for all students in your course, click the **Students** tab [1].

To view analytics for one student in your course, click the name of the student [2].

To locate a student, you can sort the table by student name [3], or any other column header [4].

The analytics table is paginated so you can view more students if you continue to scroll to the bottom of the page.

PTRN-STARK_000712



## View Student Information



When viewing analytics for an individual student, you can view the student's name and send a message to the student [1].

To return to course analytics, click the **Course Analytics** button [2].

## View Course Grade Chart Graph



PTRN-STARK_000713



By default, the student analytics opens to the Course Grade tab [1]. The Course Grade chart graph shows the submission status and grade for all the assignments in the course. The student's current course grade is shown above the chart graph [2].

The x-axis displays an icon to indicate if the activity is an assignment, quiz, or discussion. The y-axis indicates the grade percentage.

A solid dot [3] in the chart represents a graded assignment and an empty dot [4] represents an ungraded assignment. Click any dot to view more details about the assignment.

To download a CSV of the course grade data, click the **Download** button [5].

**View Course Grade Data Table**



To view course grade data in a table, click the **Options** icon [1] and select the **Data Table** option [2]. The data table shows the assignment name [3], due date [4], status [5], and grade [6]. The table can be sorted by clicking any column heading.

PTRN-STARK_000714



## View Weekly Online Activity Graph



To view the student's weekly online activity, click the **Weekly Online Activity** tab [1]. The student's total page views and total participations are displayed above the chart [2].

Data is displayed as a chart with two rows: average page views [3] and average participations [4]. The following actions will generate participations:

- Announcements: posts a new comment to an announcement
- Assignments: submits an assignment
- Collaborations: loads a collaboration to view/edit a document
- Conferences: joins a web conference
- Discussions: posts a new comment to a discussion
- Pages: creates a page
- Quizzes: submits a quiz
- Quizzes: starts taking a quiz

Data for the week that is currently in progress is indicated by a dotted line [5].

To download a CSV of the weekly online activity data, click the **Download** button [6].



PTRN-STARK_000715



**Note:** The definition of participation is based on federal guidelines related to student attendance as applicable to online courses. Please note that because communication between students and teachers often happens outside of the LMS, it is not included as a participation metric. However, as part of the Course Analytics offering, a history of inbox messages sent between students and instructors is included so that it can be viewed alongside participation metrics.

### View Weekly Online Activity Data Table

| | | | | |
|---|---|---|---|---|
| Course Grade | Weekly Online Activity | Communication | | |

314 Total Page Views    19 Total Participations                    As of Oct 13, 1:47 PM MDT

**Chart Options**

| ③ Week Starting | ④ Page Views | ⑤ Participations | |
|---|---|---|---|
| Aug 18, 2019 | 78 | 3 | ② ✓ Data Table |
| Aug 25, 2019 | 57 | 10 | Display Shapes |
| Sep 1, 2019 | 17 | 0 | |
| Sep 8, 2019 | 41 | 1 | |

To view weekly online activity in a table, click the **Options** icon [1] and select the **Data Table** option [2]. The data table shows the week start date [3], number of page views [4], and number of participations [5]. The table can be sorted by clicking any column heading.

cc BY NC SA

PTRN-STARK_000716



## View Communication Graph



To view an overview of messages, click the **Communication** tab [1]. The Communication graph shows the number of conversations that have taken place between the student and instructor(s) in the Canvas Inbox. The total number of messages sent by students and instructors is displayed above the graph [2].

The x-axis shows the date range and the y-axis shows the number of messages sent. Student and instructor messages are differentiated by different colors. To improve contrast in the chart, click the **Chart Options** icon [3] and select the **Display Shapes** option [4].

To view the details of the bar graph, hover over the specific bar you want to view. You can view the total number of messages sent for the date range. Click the bar to view the specific days and number of messages that were sent in the range.

To download a CSV of the communication data, click the **Download** button [5].



PTRN-STARK_000717



## View Communication Data Table

To view Communication activity in a table, click the **Options** icon [1] and select the **Data Table** option [2]. The data table shows the week start date [3], number of student messages [4], and number of instructor messages [5]. The table can be sorted by clicking any column heading.

To view details of a specific date range, click the date [6].



## View Online Attendance Report



If enabled by your institution, you can also <u>view an Online Attendance report</u> that indicates if students have met online attendance criteria for designated class days. Online attendance criteria is managed by your institution.

PTRN-STARK_000719

CANVAS
BY INSTRUCTURE

## How do I view average course grade analytics in an interactive chart graph in New Analytics?

New Analytics allows you to track average course grades for student submissions using an interactive chart graph. Data is for viewing only and cannot directly be changed. You can view analytics in both active and concluded courses.

The average course grade is the average of all student totals from the Gradebook. Course analytics will show you student activity, assignment submissions, grades, and student names. Page views and participation metrics include an aggregate across all devices, including Canvas mobile apps.

Only active and completed student enrollments are included in data for New Analytics. Deleted or inactive user enrollments will not generate data.

By default, the analytics page displays an interactive chart graph of all data. However, you can switch and view data within a table at any time.

**Notes:**

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.



## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



Canvas Instructor Guide

## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## Open Course Grade Analytics



Click the **Course Grade** tab.


PTRN-STARK_000722



Canvas Instructor Guide

## View Data Status



For reporting accuracy, the page displays the last time analytics data was last updated. Data is refreshed in New Analytics every 24 hours.

**Note:** If the course has been concluded, the analytics page includes a Concluded label above the Data Last Updated date.

## View Filter



The analytics page is dynamic based on filtered content. By default, all results display the course average, which cannot be removed [1].

You can also view the average grade percentage for all students [2], which is not affected by any filter.


PTRN-STARK_000723



## Filter by Assignment



By default, analytics selects all assignment types to display within the page [1]. Each assignment in the chart displays the appropriate icon for each visible assignment type [2]. To view additional assignments, click and drag the scrollbar [3].

**Note:** The Quiz icon represents both classic quizzes and New Quizzes question types.

*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000724





To filter by assignment type, remove the checkbox next to the assignment type. The chart dynamically updates the results based on the assignment type selected or removed in the filter.

**Note:** At least one assignment type is required at all times.

PTRN-STARK_000725



## Compare Course Data



For analytical comparisons, you can compare graph data by filtering a section, student, or assignment.

PTRN-STARK_000726



Canvas Instructor Guide

## View Student Table



On the Students tab, you can also view the specific students that are part of each filter.

For each student, the table displays the following data:

- Students: A list of students in the course sorted by last name [1].
- Grade:  The current course grade for the student [2].
- On Time: The percentage of assignments submitted on or before the due date [3].
- Last Participation: The date the student last interacted with the course [4].
- Last Page View: The date the student last accessed the course [5].
- Page Views: The number of times the student has viewed the page [6].
- Participations: The total number of times the student has participated in interactions with the course [7].

PTRN-STARK_000727



Canvas Instructor Guide

## View Additional Students

| Students (14) ▲ | Grade | % On Time | Last Participation | Last Page View | Page Views | Participations |
|---|---|---|---|---|---|---|
| **CA** Chase Abbott<br>chase.abbott.canvas@gmail.com | 88% | 0% | Jun 11, 2020 | Sep 18, 2020 | 27 | 8 |
| **DA** Dominic Abbott<br>email+DominicAbbott176368D@school.local | 90% | 0% | — | Sep 18, 2020 | 3 | 0 |
| **OA** Owen Abbott<br>email+OwenAbbott1520209@school.local | — | — | — | Jan 20, 2019 | 1 | 0 |

**1** 2 3

By default, the students table displays 25 students at a time. You can view additional pages in the pagination bar.

## Sort Student Data

| Students (6) ▲ ⬅ | Grade | % On Time | Last Participation | Last Page View | Page Views | Participations |
|---|---|---|---|---|---|---|
| Emily Boone<br>emily.boone.canvas@gmail.com | 80% | 71% | Sep 16, 2020 | Sep 18, 2020 | 2,164 | 106 |
| Max Johnson<br>max.johnson.canvas@gmail.com | 70% | 100% | Aug 27, 2020 | Sep 16, 2020 | 212 | 18 |
| Bruce Jones<br>bruce.jones.canvas@gmail.com | 85% | — | Oct 9, 2019 | Aug 31, 2020 | 30 | 1 |

By default, the table sorts by last name, first name. However, you can sort any column in ascending or descending order by clicking the heading name. The sorted column is indicated by the sort arrow.



*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000728



## Message Students Who



To send a message to students whose grades or submissions are within specific criteria, click the **Message** button.

## Export Table CSV



To export analytics data as a CSV file, click the **Download** button.

CSV data is exported according to the filtered data.

CSV files display a student's full name, sortable name, Canvas user ID, SIS user ID or email (if applicable), overall course grade, the percent that assignments have been on time, the last page view time, the last participation time, and the last time the student logged out.

PTRN-STARK_000729

## How do I view average course grade analytics in a data table in New Analytics?

By default, the analytics page displays an **interactive analytics chart graph** of all course grade data. However, you can choose to view analytics data as a table by percentage. Data is for viewing only and cannot directly be changed. You can view analytics in both active and concluded courses.

New Analytics allows you to track an average course grade for student submissions. The average course grade is the average of all student totals from the Gradebook. Course analytics will show you student activity, assignment submissions, grades, and student names. Page views and participation metrics include an aggregate across all devices, including Canvas mobile apps.

Only active student enrollments are included in data for New Analytics.

Notes:

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

PTRN-STARK_000730



<span style="float:right">Canvas Instructor Guide</span>

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].

PTRN-STARK_000731



<div align="right">Canvas Instructor Guide</div>

## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## Open Course Grade Analytics



Click the **Course Grade** tab.



PTRN-STARK_000732



## View Data Table



Click the **Options** icon [1] and select the **Data Table** option [2].

## View Data Status



For reporting accuracy, the page displays the last time analytics data was last updated. Data is refreshed in New Analytics every 24 hours.

**Note:** If the course has been concluded, the analytics page includes a Concluded label above the Data Last Updated date.

PTRN-STARK_000733



## View Filter



The analytics page is dynamic based on filtered content. By default, all results display the course average, which cannot be removed [1].

You can also view the average grade percentage for all students [2], which is not affected by any filter.

## Filter by Assignment



By default, analytics selects all assignment types to display within the page.

*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000734





To filter by assignment type, remove the checkbox next to the assignment type. The chart dynamically updates the results based on the assignment type selected or removed in the filter.

**Note:** At least one assignment type is required at all times.

## Compare Course Data



For analytical comparisons, you can compare table data by filtering a section, student, or assignment.

PTRN-STARK_000735



## View Student Table



On the Students tab, you can also view the specific students that are part of each filter.

For each student, the table displays the following data:

- Students [1]: the list of students in the course sorted by last name. Click a student's name to view analytics for the student [2]
- Grade [3]: current course grade
- On Time [4]: the percent of assignments submitted on or before a due date
- Last Participation [5]: the date the student last interacted with the course
- Last Page View [6]: the date the student last accessed the course
- Page Views [7]: the total page views for the student
- Participations [8]: the total participations for the student


PTRN-STARK_000736



## View Additional Students

| Students (14) ▲ | Grade | % On Time | Last Participation | Last Page View | Page Views | Participations |
|---|---|---|---|---|---|---|
| **Chase Abbott** chase.abbott.canvas@gmail.com | 88% | 0% | Jun 11, 2020 | Sep 18, 2020 | 27 | 8 |
| **Dominic Abbott** email+DominicAbbott1763680@school.local | 90% | 0% | — | Sep 18, 2020 | 3 | 0 |
| **Owen Abbott** email+OwenAbbott1520209@school.local | — | — | — | Jan 20, 2019 | 1 | 0 |

| 1 | 2 | 3 |

By default, the students table displays 20 students at a time. You can view additional pages in the pagination bar.

## Sort Student Data

| Students (14) ▲ ← | Grade | % On Time | Last Participation | Last Page View | Page Views | Participations |
|---|---|---|---|---|---|---|
| **Chase Abbott** chase.abbott.canvas@gmail.com | 88% | 0% | Jun 11, 2020 | Sep 18, 2020 | 27 | 8 |
| **Dominic Abbott** email+DominicAbbott1763680@school.local | 90% | 0% | — | Sep 18, 2020 | 3 | 0 |
| **Owen Abbott** email+OwenAbbott1520209@school.local | — | — | — | Jan 20, 2019 | 1 | 0 |

PTRN-STARK_000737



<div align="right">Canvas Instructor Guide</div>

By default, the table sorts by last name, first name. However, you can sort any column in ascending or descending order by clicking the heading name. The sorted column is indicated by the sort arrow.

## Message Students Who



To send a message to students whose grades or submissions are within specific criteria, click the **Message** button.

## Export Table CSV



To export analytics data as a CSV file, click the **Chart Options** button.

CSV data is exported according to the filtered data.

CSV files display a student's full name, sortable name, Canvas user ID, SIS user ID or email (if applicable), overall course grade, the percent that assignments have been on time, the last page view time, the last participation time, and the last time the student logged out.



PTRN-STARK_000738



## How do I compare the course average chart graph with an assignment, section, or student filter in New Analytics?

As part of viewing the average course grade in an interactive chart graph, you can use filters to compare section, student, and assignment results with the course average.

Notes:

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



PTRN-STARK_000739



## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note:** If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## Open Course Grade Analytics



Click the **Course Grade** tab.



PTRN-STARK_000740



## Filter Data



Click the **Filter** field [1]. Type the name of a section, student, or assignment [2]. Canvas will populate all matching results.

When the item displays in the menu, click the item name [3].



You can also click the **Filter** field and use the scroll to locate and select a section, student, or assignment.

*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000741



## View Additional Filters



To add another filter, locate the additional filter. The Filter field supports up to three filters. The All Sections filter cannot be removed.

PTRN-STARK_000742



## Filter by Assignment



By default, analytics selects all assignment types to display within the page [1]. Each assignment in the chart displays the appropriate icon for each selected assignment type [2]. To view additional assignments within the filtered results, click and drag the scrollbar [3].

**Note**: The Quiz icon represents both classic quizzes and New Quizzes question types.

PTRN-STARK_000743



To filter by assignment type, remove the checkbox next to the assignment type. The chart dynamically updates the results based on the assignment type selected or removed in the filter.

**Note:** At least one assignment type is required at all times.

PTRN-STARK_000744



## View Filtered Results



The added filter displays in the analytics results. Each filter is identified by a specific color.

Each filter displays as a data point within the table.

Canvas Instructor Guide Updated 2023-06-23

PTRN-STARK_000745





When viewing filters, the default shape for each color is a circle, but you can choose to enable shapes for improved contrast by clicking the **Chart Options** icon [1] and selecting the **Display Shapes** option [2].



## View Section Comparison



To view data for a section, click the data point for the section [1].

In a section comparison, details provide additional metrics for the section name, assignment name, assignment due date, average grade for the assignment, low and high grades by percentage, and number of missing and late submissions. You can hover over a percentage bar and view the number of students who achieved each grade percentage [2].

To send a message to all students in the section, click the **Message** icon [3].

PTRN-STARK_000747





When comparing sections, you can also view submissions by status: missing and late. To view the names of students within each status, click the link for the status [1]. The card displays the student information for the submission statuses, including the names and last login date for each student [2].

To message these students specifically, click the **Message** icon [3].

To export the submission status list as a CSV file, click the **Download** link [4].

PTRN-STARK_000748



Canvas Instructor Guide

## View Student Comparison



To view data for a student, click the data point for the student [1].

In a student comparison, details provide additional metrics for the student's full name, last access date, section, current course grade percentage, assignment name and due date, the student's grade for the assignment, the course average percentage, and the status of the assignment and submission date.

To send a message to the individual student, click the **Message** icon [2].

## Export Table CSV




PTRN-STARK_000749



To export analytics data as a CSV file, click the **Download CSV** button.

CSV data is exported according to the filtered data.

CSV files display a student's full name, sortable name, Canvas user ID, SIS user ID or email (if applicable), overall course grade, the percent that assignments have been on time, the last page view time, the last participation time, and the last time the student logged out.



PTRN-STARK_000750



## How do I compare the course average data table with an assignment, section, or student filter in New Analytics?

As part of <u>viewing the average course grade in a data table</u>, you can use filters to compare section, student, and assignment results with the course average.

Notes:

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



PTRN-STARK_000751



## Open New Analytics

HIST 101
Fall 2019
Home
Modules
Assignments
Announcements
Discussions
Grades
People
Pages
Files
Syllabus
Outcomes
Quizzes
New Analytics
1
Conferences
Collaborations
Recent Announcements
Welcome to class!
Welcome to US History 101! ...
Posted on:
Aug 14, 2019 at 8:52am
History 101
Edit
American History
Instructor: Aren Jurel
The Declaration of Independence
The Articles of Confederation & The Constitution
The Revolution
The Bill of Rights
Choose Home Page
View Course Stream
New Announcement
Student View
2
New Analytics
Coming Up
View Calendar
Nothing for the next week

To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## Open Course Grade Analytics

Average Course Grade 89.17%
As of Sep 21, 1:54 PM MDT
Course Grade
Weekly Online Activity
Students
Reports
Online Attendance
NEW

Click the **Course Grade** tab.

Canvas Instructor Guide

## View Data Table



Click the **Chart Options** icon [1] and click the **Data Table** option [2].

## Filter Data



Click the **Filter** field [1]. Type the name of a section, student, or assignment [2]. Canvas will populate all matching results.

When the item displays in the menu, click the item name [3].

PTRN-STARK_000753





You can also click the **Filter** field and use the scroll to locate and select a section, student, or assignment.

**View Additional Filters**





To add another filter, locate the additional filter. The Filter field supports up to three filters. The All Sections filter cannot be removed.

## Filter by Assignment



By default, analytics selects all assignment types to display within the page [1]. Each assignment in the table displays the results for each selected assignment type.

To view additional assignments within the filtered results, scroll within the table [2].



To filter by assignment type, remove the checkbox next to the assignment type. The table dynamically updates the results based on the assignment type selected or removed in the filter.

PTRN-STARK_000755



**Note**: At least one assignment type is required at all times.

## View Filtered Results



The added filter displays in the analytics results. Each filter is identified by a specific color.

Each filter and color are displayed on the side of the table. Each filter displays its data on a single row.



When viewing filters, the default shape for each color is a circle, but you can choose to enable shapes for improved contrast by clicking the **Chart Options** icon [1] and selecting the **Display Shapes** option [2].



*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000756



Canvas Instructor Guide

## View Data Comparison

| | Cloud Assignment | Constitution Assign | Constitution Review | Lincoln Test | Articles of Confeder | Cours |
|---|---|---|---|---|---|---|
| ⊞ All Sections | 82.7% | 84.7% | 50.0% | — | — | 93.3 |
| ⊞ History 101 MWF | 80.0% ⟶ | 88.0% | 100.0% | — | — | 90.0 |
| ◆ Emily Boone (History 101... | 84.0% | 94.0% | 100.0% | — | — | 90.0 |

☑ 🗒 Assignments   ☑ 🗒 Discussions   ☑ 🗒 Quizzes

To view specific data for a specific result, click the data percentage in the table.

## View Section Comparison



PTRN-STARK_000757



Canvas Instructor Guide

In a section comparison, details provide additional metrics for the section name, assignment name, assignment due date, average grade for the assignment, low and high grades by percentage, and number of missing and late submissions. The percentage bar includes a tooltip that displays the number of students who achieved the average grade [1].

To send a message to all students in the section, click the **Message** icon [2].



When comparing sections, you can also view submissions by status: missing and late. To view the names of students within each status, click the link for the status [1]. The card displays the student information for the submission statuses, including the names and last login date for each student [2].

To message these students specifically, click the **Message** icon [3].

To export the submission status list as a CSV file, click the **Download** link [4].

PTRN-STARK_000758



Canvas Instructor Guide

## View Student Comparison



In a student comparison, details provide additional metrics for the students full name, last access date, overall course grade percentage, assignment name and due date, the students grade for the assignment, and the status of the assignment and submission date.

To send a message to the individual student, click the **Message** icon.

## Export Table CSV



To export analytics data as a CSV file, click the **Download CSV** button.

CSV data is exported according to the filtered data.



PTRN-STARK_000759



CSV files display a student's full name, sortable name, Canvas user ID, SIS user ID or email (if applicable), overall course grade, the percent that assignments have been on time, the last page view time, the last participation time, and the last time the student logged out.



PTRN-STARK_000760



## How do I send a message to all students based on specific course criteria in New Analytics?

When viewing a data comparison card, you can send a message to students whose grades or submissions are among three specific criterion: grades are within a specific percentage range, assignments are missing, or assignments are late. Message recipients are automatically populated based on selected criterion as well as any applied filters.

Selection criteria is applied to student performance on all assignments. Individual student selection is based on student scores and submission status.

Sent messages can be viewed within the Sent folder in the Conversations Inbox. Messages sent to more than one student are sent as individual messages.

If needed, you can also send a message to an individual student.

**Notes:**

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- Students cannot view New Analytics.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

PTRN-STARK_000761

 

Canvas Instructor Guide

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].

PTRN-STARK_000762



## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note:** If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## Open Course Grade Analytics



To view course grade analytics, click the **Course Grade** tab.



*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000763



Canvas Instructor Guide

## Message Students Who



Message recipients are automatically populated based on selected criterion as well as any applied filters.

If you want to filter analytics for a specific assignment, section, or student, search for and select the intended filter in the **Filter** field [1]. Then click the **Message** icon [2].

## Select Criteria



The Message Students Who window defaults to the Score Range criterion [1], which allows you to message students based on a specific current grade percentage range in the course.

The Range field determines the specified percentage range [2], and the BCC field displays the number of students who fall within the specified range [3]. By default, the Range field displays 0 to 100%, so the BCC field includes all students in the course. Additionally, any filters in the analytics page automatically display as an intended recipient for the message. If no filters have been applied, the message displays as being sent to all sections.

To select a new range, enter the minimum and maximum current grade percentage in the percentage fields [4]. The BCC field displays the updated number of students and/or sections who have grade percentages within the specified range [5].


PTRN-STARK_000764





The Missing and Late criteria options do not include any additional criterion. Selected students are based on submission status, and the number of affected students displays in the BCC field. Again, any filters included in the analytics page also display as intended recipients.

**Note:** When you message students who are missing an assignment, New Analytics only shows students if the assignment due date has already passed.

PTRN-STARK_000765



Canvas Instructor Guide

## Verify Recipients



For any criterion, you can manage the users who will be sent the message, if needed. Click the link that includes the number of students [1], then view the expanded BCC field [2].

To remove a student from the message, click the student's **Remove** icon [3].



PTRN-STARK_000766



To reset student names back to the originally specified list, click the **Reset Names** link.

## Send Message

In the **Subject** field [1], enter a subject for your message.

In the **Message** field [2], enter the description of your message.

Click the **Send** button [3].



*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000767



## How do I send a message to an individual student in New Analytics?

When comparing the course average to an individual student, you can send a message to the student in the analytics page.

You can also view a student comparison card and send a message to the student directly from the card at any time.

Sent messages can be viewed within the Sent folder in the Conversations Inbox.

**Notes:**

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

## Open Course




PTRN-STARK_000768



<div align="right">Canvas Instructor Guide</div>

In Global Navigation, click the **Courses** link [1], then click the name of the course [2].

## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## Open Course Grade Analytics




PTRN-STARK_000769



Click the the **Course Grade** tab.

## Message Students Who



In the **Filter** field [1], search for and select the name of the intended student. Then click the **Message** icon [2].

## Send Message



In the **Subject** field [1], enter a subject for your message.

In the **Message** field [2], enter the description of your message.

Click the **Send** button [3].



## How do I view weekly online activity analytics in an interactive chart graph in New Analytics?

New Analytics allows you to track weekly online activity in your course using an interactive chart graph. Data is for viewing only and cannot directly be changed. You can view analytics in both active and concluded courses.

Weekly online activity is comprised of page views and participations. Average page views is the average approximation of student activity across the course and can be used to identify trends in the course. Participation analytics are defined by specific actions a student takes in the course. Page views and participation metrics include an aggregate across all devices, including Canvas mobile apps.

Only active and completed student enrollments are included in data for New Analytics. Deleted or inactive user enrollments will not generate data.

By default, the analytics page displays an interactive chart graph of all data. However, you can switch and view data within a table at any time.

**Notes:**

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

PTRN-STARK_000771



## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



<div align="right">Canvas Instructor Guide</div>

## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## View Weekly Online Activity



Click the **Weekly Online Activity** tab.


<div align="right">PTRN-STARK_000773</div>



Canvas Instructor Guide

## View Data Status



For reporting accuracy, the page displays the last time analytics data was last updated. Data is refreshed in New Analytics every 24 hours.

**Note:** If the course has been concluded, the analytics page includes a Concluded label above the Data Last Updated date.

## View Course Data



The analytics page is dynamic based on filtered content. By default, all sections are displayed and cannot be removed [1].

*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000774



Filtered data is displayed as a chart with two rows: average page views [2] and average participations [3]. The following actions will generate participations:

- Announcements: posts a new comment to an announcement
- Assignments: submits an assignment
- Collaborations: loads a collaboration to view/edit a document
- Conferences: joins a web conference
- Discussions: posts a new comment to a discussion
- Pages: creates a page
- Quizzes: submits a quiz
- Quizzes: starts taking a quiz

Data for the week that is currently in progress is indicated by a dotted line [4].

**Note**: The definition of participation is based on <u>federal guidelines related to student attendance</u> as applicable to online courses. Please note that because communication between students and teachers often happens outside of the LMS, it is not included as a participation metric. However, as part of the Course Analytics offering, a history of inbox messages sent between students and instructors is included so that it can be viewed alongside participation metrics.

## Compare Course Data





PTRN-STARK_000775



For analytical comparisons, you can compare graph data by filtering a section or student.

## View Resources Table

### August 11–October 20

Resources

| Resource | Students ▾ | Page Views | Participations |
|---|---|---|---|
| ⌂ Course Home | 5 | 78 | 0 |
| 🖻 btn-2.jpg | 3 | 23 | 0 |
| 🖻 btn-1.jpg | 3 | 23 | 0 |
| 🖻 Course Assignments | 3 | 31 | 0 |
| 🖻 btn-4.jpg | 3 | 23 | 0 |
| 🖻 am-header.jpg | 3 | 23 | 0 |

You can also view the amount of page views and participations for a specific resource in the course.

On the Resources tab, you can view the resource name [1], the number of students who accessed the page [2], the number of views for the page [3], and the number of participations for the page [4].

PTRN-STARK_000776



## Message Students Who



To send a message to students who did or did not view or participate with a specified resource, click the **Message** button.



## Export Table CSV



To export analytics data as a CSV zip file, click the **Download CSV** button.

CSV data is exported according to the filtered data.

The downloaded zip file includes CSV files for chart data, student table data, and resources table data.

CSV files may display a student's full name, sortable name, week start, filters, average and total page views, average and total participations, and the resource.

PTRN-STARK_000778



## How do I view weekly online activity analytics in a data table in New Analytics?

By default, the analytics page displays an **interactive analytics chart graph** of all weekly online activity. However, you can choose to view analytics data as a table. Data is for viewing only and cannot directly be changed. You can view analytics in both active and concluded courses.

New Analytics allows you to view the average number of page views and participations per week in your course. The average page views is the average approximation of student activity across the course. Participation analytics are defined by specific actions a student takes in the course and can be used to identify trends in the course. Page views and participation metrics include an aggregate across all devices, including Canvas mobile apps.

Only active and completed student enrollments are included in data for New Analytics. Deleted or inactive user enrollments will not generate data.

Notes:

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

PTRN-STARK_000779

 

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



Canvas Instructor Guide

## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## View Weekly Online Activity



Click the **Weekly Online Activity** tab.



*Canvas Instructor Guide Updated 2023-06-23*



## View Data Status



For reporting accuracy, the page displays the last time analytics data was last updated. Data is refreshed in New Analytics every 24 hours.

**Note:** If the course has been concluded, the analytics page includes a Concluded label above the Data Last Updated date.

## View Data Table



Click the **Chart Options** icon [1] and click the **Data Table** option [2].

*Canvas Instructor Guide Updated 2023-06-23*

**Page 142**



## View Filter Tabs



The analytics page is dynamic based on filtered content. By default, all sections are displayed and cannot be removed [1].

Filtered data is displayed as a chart with a single row for each filter, including the date range [2], average number of page views [3], and the average number of participations [4].

## Compare Course Data



For analytical comparisons, you can compare table data by filtering a section or student.

PTRN-STARK_000783



## View Student Table

### August 11–October 20

Students     Resources

| (1) Student ▴ | (3) Page Views | (4) Participations |
|---|---|---|
| Emily Boone ◄—(2) <br> emily.boone.canvas@gmail.com | 314 | 19 |
| Max Johnson <br> max.johnson.canvas@gmail.com | 21 | 4 |

Below the chart, you can also view the specific students that are part of each filter.

For each student, the table displays the following data:

- Students [1]: the list of students in the course sorted by last name. Click the student's name to view analytics for the student [2].
- Page Views [3]: the student's total number of page views in the course.
- Participations [4]: the student's total number of participations in the course.

PTRN-STARK_000784



## View Additional Students



By default, the students table displays twenty students at a time. If your course includes additional students, you can view additional pages in the pagination bar [2].

## Sort Student Data

By default, the table sorts by last name, first name. However, you can sort the student column in ascending or descending order by clicking the heading name. The sorted column is indicated by the sort arrow.



PTRN-STARK_000785



## View Resources Tab



You can also view the amount of page views and participations for specific resources in the course. Click the **Resources** tab [1].

On the Resources tab, you can view the resource name [2], the number of students who accessed the page [3], the number of views for the page [4], and the number of participations for the resource [5].

## Message Students Who



To send a message to students who did or did not view or participate with a specific resource, click the **Message** icon.


PTRN-STARK_000786



## Export Table CSV



To export analytics data as a CSV zip file, click the **Download CSV** button.

CSV data is exported according to the filtered data.

The downloaded zip file includes CSV files for chart data, student table data, and resources table data.

CSV files may display a student's full name, sortable name, week start, filters, average and total page views, average and total participations, and the resource URL path.

PTRN-STARK_000787



## How do I compare the weekly online activity chart graph with a section or student filter in New Analytics?

As part of viewing weekly online activity, you can use filters to compare section and student results with the course average.

**Notes:**

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000788

 CANVAS
BY INSTRUCTURE

Canvas Instructor Guide

## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note:** If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## View Weekly Online Activity



Click the **Weekly Online Activity** tab.

 *Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000789



## Filter Data



Click the **Filter** field [1]. Type the name of a section or student [2]. Canvas will populate all matching results.

When the item displays in the menu, click the item name [3].

PTRN-STARK_000790





You can also click the **Filter** field and scroll to locate and select a section or student.

PTRN-STARK_000791



## View Additional Filters



To add another filter, locate the additional filter. The Filter field supports up to three filters. The All Sections filter cannot be removed.



## View Filtered Results



The added filter displays in the analytics results. Each filter is identified by a specific color and displays as a data point within the table.



Canvas Instructor Guide



When viewing filters, the default shape for each color is a circle, but you can choose to enable shapes for improved contrast by clicking the **Chart Options** icon [1] and selecting the **Display Shapes** option [2].

## View Data Comparison




PTRN-STARK_000794



Canvas Instructor Guide

To view a summary for a specific result, hover over a data point in the graph.

To view data for a specific result, click the data point in the graph.

**View Data Tray**



In the data tray, you can view expanded details for the data point, including the date range [1], the last time analytics were updated [2], the current filter view [3], total page views [4], total participations [5], and the student and resources tables [6].

To download a CSV of the data, click the **Download CSV** link [7].

PTRN-STARK_000795



## Export Table CSV



To export analytics data as a CSV zip file, click the **Download CSV** button.

CSV data is exported according to the filtered data.

The downloaded zip file includes CSV files for chart data, student table data, and resources table data.

CSV files may display a student's full name, sortable name, week start, filters, average and total page views, average and total participations, and the resource URL path.

PTRN-STARK_000796



Canvas Instructor Guide

## How do I compare the weekly online activity data table with a section or student filter in New Analytics?

As part of viewing weekly online activity in a data table, you can use filters to compare section and student results with the course average.

Notes:

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].


PTRN-STARK_000797



## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## View Weekly Online Activity



Click the **Weekly Online Activity** tab.





## Filter Data



Click the **Filter** field [1]. Type the name of a section or student. Canvas will populate all matching results.

When the item displays in the menu, click the item name [3].

PTRN-STARK_000799



Canvas Instructor Guide



You can also click the **Filter** field and scroll to locate and select a section or student.

**View Additional Filters**



To add another filter, locate the additional filter. The Filter field supports up to three filters. The All Sections filter cannot be removed.



PTRN-STARK_000800



## View Filtered Results

| | 8/18–8/24 | 8/25–8/31 | 9/1–9/7 |
|---|---|---|---|
| All Sections | Page Views: 13.333 Participation: 0.833 | Page Views: 10.167 Participation: 1.833 | Page Views: 2.833 Participation: 0 |
| History 101 MWF | Page Views: 39 Participation: 1.5 | Page Views: 28.5 Participation: 5 | Page Views: 8.5 Participation: 0 |
| Emily Boone (History 101... | Page Views: 78 Participation: 3 | Page Views: 57 Participation: 10 | Page Views: 17 Participation: 0 |

The added filter displays in the analytics results. Each filter is identified by a specific color.

Each filter and color are displayed on the side of the table. Each filter displays its data on a single row.



When viewing filters, the default shape for each color is a circle, but you can choose to enable shapes for improved contrast by clicking the **Chart Options** icon [1] and selecting the **Display Shapes** option [2].

(cc) BY NC SA

*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000801



Canvas Instructor Guide

## View Data Comparison



To view specific data for a specific result, click the data percentage in the table.

## View Data Tray



CANVAS
BY INSTRUCTURE

Canvas Instructor Guide

In the data tray, you can view expanded details for the data point including the date range [1], the last time analytics were updated [2], the current filter view [3], total page views [4], total participations [5], and the student and resources tables [6].

To download a CSV of the data, click the **Download CSV** link [7].

## Export Table CSV



To export analytics data as a CSV zip file, click the **Download CSV** button.

CSV data is exported according to the filtered data.

The downloaded zip file includes CSV files for chart data, student table data, and resources table data.

CSV files may display a student's full name, sortable name, week start, filters, average and total page views, average and total participations, and the resource URL path.

CC BY NC SA

PTRN-STARK_000803

Canvas Instructor Guide

## How do I send a message to all students based on specific course participation criteria in New Analytics?

When viewing a data comparison card, you can send a message to students whose participation are among two specific criterion: did or did not view a resource and did or did not participate with a specific resource. Message recipients are automatically populated based on selected criterion as well as any applied filters.

Sent messages can be viewed within the Sent folder in the Conversations Inbox. Messages sent to more than one student are sent as individual messages.

If needed, you can also send a message to an individual student.

Notes:

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.



Canvas Instructor Guide

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



Canvas Instructor Guide

## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## View Weekly Online Activity



Click the **Weekly Online Activity** tab.



*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000806



## Message Students Who



Message recipients are automatically populated based on selected criterion as well as any applied filters.

If you want to filter analytics for a specific section or student, search for and select the intended filter in the **Filter** field [1]. Then click the **Message** icon [2].

*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000807



## Select Criteria



The Message Students Who window defaults to the Viewed criterion [1], which allows you to message students based on a specific resource they viewed.

The Resource field determines the specified resource [2], and the BCC field displays the number of students who fall within the specified range [3]. By default, the Resource field has All Resources selected. Additionally, any filters in the analytics page automatically display as an intended recipient for the message. If no filters have been applied, the message displays as being sent to all sections.

To select a new resource, choose a resource from the Resource drop-down menu [4]. The BCC field displays the updated number of students and/or sections who have viewed the specified resource [5].

PTRN-STARK_000808





The Didn't View, Participated, and Didn't Participate criteria options do not include any additional criterion. Selected students are based on participation status, and the number of affected students displays in the BCC field. Again, any filters included in the analytics page also display as intended recipients.

## Verify Recipients



For any criterion, you can manage the users who will be sent the message, if needed. Click the link that includes the number of students [1], then view the expanded BCC field [2].

To remove a student from the message, click **Remove** icon next to the student's name [3].



To reset student names back to the originally specified list, click the **Reset Names** link.


PTRN-STARK_000809



## Send Message



In the **Subject** field [1], enter a subject for your message.

In the **Message** field [2], enter the description of your message.

Click the **Send** button [3].

PTRN-STARK_000810



## How do I send a message to an individual student based on specific course participation criteria in New Analytics?

When comparing the course average to an individual student, you can send a message to the student in the analytics page.

Sent messages can be viewed within the Sent folder in the Conversations Inbox.

Notes:

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the Navigation tab in Course Settings. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time the data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].



PTRN-STARK_000811



## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## View Weekly Online Activity



Click the **Weekly Online Activity** tab.



*Canvas Instructor Guide Updated 2023-06-23*



Canvas Instructor Guide

## Message Students Who



In the **Filter** field [1], search for and select the name of the intended student. Then click the **Message** icon [2].

## Send Message



Select a participation status [1] to message the student about.

In the Resource drop-down menu [2], select all or a specific resource.

In the **Subject** field [3], enter a subject for your message.

In the **Message** field [4], enter the description of your message.

Click the **Send** button [5].



*Canvas Instructor Guide Updated 2023-06-23*

PTRN-STARK_000813



## How do I view and download reports in New Analytics?

You can view and download reports for published courses as CSV files in New Analytics. You can download reports for missing assignments, late assignments, excused assignments, class roster, and course activity. Reports can be filtered depending on the report type.

Report data may be delayed by 24 hours; however, Course Activity Report data may be delayed by 40 hours.

New Analytics report data begins on the date that New Analytics was enabled in a published course. For example, if a course enabled New Analytics on October 1 and downloaded a report on October 15, the report would only include data between October 1-15.

**Note:** In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.

### Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].


PTRN-STARK_000814



Canvas Instructor Guide

## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note:** If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## Open Reports



Click the **Reports** tab.



*Canvas Instructor Guide Updated 2023-06-23*



## View Reports



View the New Analytics reports. The following reports are available:

- **Missing Assignments** [1]: a list of assignments that have not been submitted yet
- **Late Assignments** [2]: a list of assignments that have been submitted late
- **Excused Assignments** [3]: a list of assignments that are excused
- **Class Roster** [4]: a list of students enrolled in the course or section with student contact information such as email and SIS ID
- **Course Activity** [5]: a list of daily user views and participations

**Note:** The Course Activity Report only includes course activity data for the past 14 days.

PTRN-STARK_000816



## Run Reports

| Course Grade | Weekly Online Activity | Students | Reports | Online Attendance (NEW) |

Run a report as CSV with near real-time data.

Missing Assignments ⓘ ①                                                    ② Run Report

Late Assignments ⓘ                                                              Run Report

Excused Assignments ⓘ                                                        Run Report

Class Roster ⓘ                                                                      Run Report

Course Activity ⓘ                                                                  Run Report

To view more information about the report, click the **Information** icon [1].

To open and configure a report, click the **Run Report** button for the corresponding report [2].



## Filter Report



To add a filter for the report, click the **Add Filter** button [1].

Click the **Filter by** drop-down menu and select filters for the report [2].

To remove a filter, click the **Delete** button [3].

PTRN-STARK_000818



## Run Report

Missing Assignments Report    ×

**Early American History**

Filter by

Assignment ⌄

Articles of the Confederation Quiz ⌄ 🗑

+ Filter

13 Results

Close   **Run Report**

To run the report and download the CSV file, click the **Run Report** button.

## Open Report



Locate the CSV file for the report to open and view the report.

PTRN-STARK_000819

 

Canvas Instructor Guide

## View Report



View the report.

## View Online Attendance Report



To view the Online Attendance report, click the **Online Attendance** tab.

**Note:** If the Online Attendance tab does not display in your course, it has not been enabled by your institution.



PTRN-STARK_000820

**CANVAS**
BY INSTRUCTURE

## How do I view the Online Attendance report in New Analytics?

If your course has New Analytics enabled, you can view an Online Attendance report. This report is based on criteria that has been selected by your institution. Your institution can select from the following criteria:

- Course Access: student views a page in a course
- Posts: student posts a new comment to an announcement or a discussion
- Assignments: student submits an assignment
- Collaborations: student loads a collaboration to view/edit document
- Conferences: student joins a web conference
- Pages: student creates a page
- Quizzes: student starts taking a quiz or submits a quiz

If a student meets the requirements of any selected criteria, they will be marked as present for that day in the Online Attendance report.

You can filter the report by student, section, date, and criteria status. You can also select which days of the week your class is in session and when students are expected to meet attendance criteria.

Notes:

- If you cannot view the New Analytics link in Course Navigation, you may have to make the link visible via the **Navigation tab in Course Settings**. If the New Analytics link is not available in the Navigation tab, your institution has disabled this feature.
- Data is refreshed in New Analytics every 24 hours. Please confirm the time data was last updated in the course, as content may be outdated compared to recent course activity and student submissions.
- In order for New Analytics to display in Canvas, third-party cookies may need to be enabled in your browser settings.
- The Conferences criteria only applies to BigBlueButton conferences. The Quizzes criteria only applies to Classic Quizzes.
- The New Analytics feature must be **enabled by a Canvas admin** at your institution.



PTRN-STARK_000821

 

Canvas Instructor Guide

## Open Course



In Global Navigation, click the **Courses** link [1], then click the name of the course [2].

PTRN-STARK_000822



## Open New Analytics



To open New Analytics, click the **New Analytics** link in Course Navigation [1] or click the **New Analytics** button in the Course Home Page [2].

**Note**: If you cannot view the New Analytics link, you may have to make the link visible via the Navigation tab in Course Settings.

## Open Attendance



Click the **Online Attendance** tab.



PTRN-STARK_000823



## View Online Attendance Report



By default, the Online Attendance report displays attendance data for the current week [1].

The data table displays the name of each student [2], their section [3], the number of days they haven't met online attendance criteria [4], and their attendance status for each day [5].

If a student has met online attendance criteria for a given date, the date displays a **Checkmark** icon [6]. If a student has not met online attendance criteria for a given date, the date displays a **X** icon [7].

PTRN-STARK_000824



Canvas Instructor Guide

## Filter Table by Date



The Online Attendance table can display data for a week or a day. To manage what displays in the table, click the **Date** drop-down menu [1] and select the **Week** option [2] or **Day** option [3].

To move to the previous week or date, click the **Previous** button [4]. To move to the next week or date, click the **Next** button [5].

## Filter Table by Section or Student



You can also filter the Online Attendance table data to display specific students or course sections.

To search for student or section, enter a name in the **Add a Section, Student** field [1] or click the drop-down menu [2].

Selected students or sections display in the search field [3]. You can select a maximum of three students and/or sections to filter the Online Attendance table data. To remove a student or section filter, click the **Remove** icon [4].

PTRN-STARK_000825



## Select Class Days



To select which days of the week attendance data is recorded for students, click the **Class Days** drop-down menu [1].

To select your class dates, click the **Class Meet Days** buttons [2]. Then click the **Done** button [3].

PTRN-STARK_000826



## View Table



Any day of the week that is not selected as a class day displays as shaded in the Online Attendance table [1]. The **Days Not Met** column displays Online Attendance totals for class days. [2].

The Checkmark and X icons still display in dates that are not designated as class dates to indicate if students met attendance criteria on those dates [3].

## Filter Table by Criteria Status



To filter the Online Attendance table by criteria status, click the **Filter** drop-down menu [1].



PTRN-STARK_000827



To show all students, select the **Show All** option [2]. To show students who have not met criteria for every class day, select the **Criteria Not Met** option [3]. To show students who have met criteria for every class date, select the **Criteria Met** option [4].

## View Criteria Settings



To view criteria settings managed by your institution, click the **Settings** button [1].

If your institution allows you to set attendance criteria at the course level, you can enable or disable the Online Attendance dashboard in New Analytics for each of your courses [2].

You can also select your own criteria. Criterion that count toward online attendance display a checkmark icon [3]. Criterion that do not count toward online attendance display an empty checkbox [4].

Click the **Save Settings** button [5].



PTRN-STARK_000828



## View Locked Criteria Settings



To view criteria settings managed by your institution, click the **Settings** button [1].

Online attendance criteria are locked and can only be managed by your institution [2].

PTRN-STARK_000829



# Announcements

PTRN-STARK_000830



## How do I view the course access report for an individual user?

You can view the course access report for an individual user in the People section of your course. The course access report shows a summary of user participation in your course and complements the **Total Activity column** in the People page.

You can view the full specific report for a student by **viewing student analytics**.

You can also view your specific interactions with a student in the **student interactions report**.

Notes:

- The access report is part of a course permission. If you cannot see some of these columns in the report, you do not have access to view them.
- If a user had access to a course more than two years prior, a message displays but details cannot be provided.

## Open People



In Course Navigation, click the **People** link.

## Locate User




PTRN-STARK_003154



Canvas Instructor Guide

In the search field [1], search for the name of the user. You can also filter users by role in the **Roles** drop-down menu [2].

## Open User Details



Click the user's **Options** icon [1], then select the **User Details** link [2].

If the user's Option icon does not display, click the user's **Name** [3].



In the User Details Sidebar, click the user's **name** to open the User Details page.

PTRN-STARK_003155



## Open Access Report



Locate the user details sidebar. Depending on the page display, click the **Access Report** link or button.

PTRN-STARK_003156



## View Access Report

### Emily Boone Access Report

| Content | Times Viewed | Times Participated | Last Viewed |
|---|---|---|---|
| ↓ Course Files | 2 | | 9 minutes ago |
| ⌂ Course Home | 21 | | 9 minutes ago |
| ⊡ Office Hours | 7 | 1.0 | 1 hour ago |
| Course Announcements | 8 | | 1 hour ago |
| ≣ Course Assignments | 20 | | 2 hours ago |
| ⊞ Course Grades | 75 | | 2 hours ago |
| ≣ Patriotism or Treason? | 4 | 1.0 | 3 hours ago |

← Back to User Page

The access report will show you:

- The content the user has viewed [1].
- The number of times the user viewed the content [2]. A view is counted each time a user navigates to the URL where the content resides or downloads an attachment.
- The number of times the user participated (if applicable, such as posting to a discussion or submitting an assignment) [3].
- The last time the user viewed the content [4].

To return to the User Details page, click the **Back to User Page** button [5].

**Note**: The access report is part of a course permission. If you cannot see some of these columns in the report, you do not have access to view them.

PTRN-STARK_003157



## View Course Navigation Content Icons



When the user clicks on links directly in Course Navigation and views an index page, icons display for the following links:

- **Course Home** [1]
- **Grades** [2]
- **Syllabus** [3]
- **Outcomes** [4]
- **Modules** [5]
- **People** [6]—also displays a student name when the user views information for another student in the course [7]

PTRN-STARK_003158



## View Course Participation Content Icons



When a user navigates to course content areas from Course Navigation or views named course content, the following icons display in the access report:

- **Assignments** [1]: displays next to graded and ungraded assignments. Participation is counted if the user submits an assignment.
- **Discussions** [2]: displays next to discussions and announcements. Participation is counted if a user posts a reply. If the user accesses content from an announcement, such as an assignment, the Access Report displays a Discussion icon.
- **Quizzes** [3]: displays next to quizzes. Participation is counted if a user starts a quiz, even if they do not submit any answers.
- **External Link** [4]: displays next to external links (LTI) such as Microsoft365 and Conferences. Participation is counted for external links such as Collaborations and Conferences, but is not counted when a user participates in Chat.
- **Pages** [5]: displays next to content added as a page in the course. Participation is not recorded if a user views pages.
- **Files** [6]: displays next to views or previews of course files.Participation is not recorded if a user views files.

**Note:** The Access Report does not display a specific icon for groups. If a user accesses content from a group, such as a discussion or an assignment, the action is labeled with the appropriate content icon.



PTRN-STARK_003159