# EXHIBIT 36

Case 3:22-cv-03131-JCS   Document 85-3   Filed 11/17/23   Page 2 of 4

10/13/23, 11:55 AM                      How can I see general and individual viewer statistics for videos in Media Gallery? | Canvas | Canvas @ Tufts

# How can I see general and individual viewer statistics for videos in Media Gallery?

The Media Gallery tool inside Canvas allows you to see basic statistics about which students have viewed a video. To view statistics, follow the instructions below –

> ⓘ NOTE: Data about specific students' video viewing can be collected when the video is in the Media Gallery of a Canvas Course, or when it is added to Canvas content using the Kaltura Embed Icon in the Rich Text Editor. Statistics are updated once per day, so wait 24 hours after a viewing deadline before checking user statistics.

### In Canvas, go to the Media Gallery in the left-hand Navigation Panel



### Click on a video to select it



### Under the video click the ACTIONS tab and choose "Analytics"



PTRN-STARK_004548

Case 3:22-cv-03131-JCS   Document 85-3   Filed 11/17/23   Page 3 of 4

10/13/23, 11:55 AM          How can I see general and individual viewer statistics for videos in Media Gallery? | Canvas | Canvas @ Tufts

**In the time-span drop-down menu set the time-span for the analytics you would like to see**



> NOTE: Data is collected ongoing for any given video. It does not reset after a certain period of time or when a course ends.
>
> To see video for a specific time period, choose "CUSTOM" from the time-span drop-down menu, and enter in the start date and end date for the time-span you would like to see, then click "Apply".



**Click the "Dashboard" tab to see general metrics (aggregate metrics) for a video**



**Definitions for general metrics (aggregate metrics for all student viewers combined):**

**Visits:** Total number of times students visited pages containing the video (anywhere the video is embedded or published)

**Plays:** Total number of times students started playing the video

**View Drop Off:** Average percentage of video viewed before viewers stopped (approximate)

**Avg. View Time:** The sum total of all recorded minutes watched divided by the total number of Plays

**Comments:** Total number of comments made on the video (if commenting is enabled)

PTRN-STARK_004549

10/13/23, 11:55 AM    How can I see general and individual viewer statistics for videos in Media Gallery? | Canvas | Canvas @ Tufts

Case 3:22-cv-03131-JCS   Document 85-3   Filed 11/17/23   Page 4 of 4

Click the "Media Galleries" tab to see metrics for a given Media Gallery in a given course



Click the "Users" tab to see metrics about specific students' viewing of the video



**Definitions for user metrics (metrics for each individual student) --**

**User:** The student's name will show if the video was embedded using the Kaltura Embed Icon in the Canvas Rich Text Editor. Otherwise "Anonymous" will show.

**Plays:** The number of times the student started playing the video (i.e. clicked the play button).

**Visits:** The number of times the student visited any pages containing the video (anywhere the video is embedded or published)

**Plays to Visits Ratio:** The number of Plays divided by the number of Visits. This could, for example, show that a student visited a page several times to read content there, but only started playing the video one time.

**Avg. Drop-Off:** The average percentage of video viewed before the student stopped watching, divided by the number of Plays. This metric is approximate, because the result is rounded down to the nearest increment of 0%, 25%, 50%, 75%, or 100%.

**Avg. View Time:** The Total View Time divided by the number of Plays.

**Total View Time:** The sum total of all recorded minutes that the student watched during all Plays of the video (regardless of playback speed).



⚠ NOTE:

Due to software limitations the "average drop-off", "average view time", and "total view time" statistics are not always 100% accurate, so these statistics will not indicate if a given student has viewed a given video in its entirety.

However these statistics are a useful measure to understand students' video viewing behavior in aggregate.

Visit this user guide to learn more:

How can I see aggregate video viewing statistics for the Media Gallery in my course?

PTRN-STARK_004550