# EXHIBIT 37

# How can I see if students have watched my posted video on Canvas?

As an instructor, you can view analytics for a video or audio file in your course and see how many users have viewed the video or audio file. Analytics can help you see if a user viewed the entire media file or skipped segments. This feature specifically helps you see if students sufficiently viewed the content in preparation for an assignment or discussion.

When a student embeds a video or audio file, the video or audio file is created as a new copy owned by you. Students cannot edit any details or view analytics for video or audio files they embedded in a course. Regardless of comments, embedded media views are always included in analytics.

## Open Media



Open the Canvas feature area that displays the media you want to view.

To toggle the course, click the **Course Filter** icon [1] and select the course you want to view [2]. This will display the unique insights for that course.

**Note:** The Course Filter only appears in media that is shared in multiple courses.

# Open Insights



Click the **Insights** tab.

# View Insights



The Insights tab displays a graph and a list of all users in the course; one user viewing the media multiple times does not affect the graph.

The vertical axis shows the total number of viewers [1]. The horizontal axis shows the duration of the media [2], and includes horizontal bars showing how much time all users spent watching the media [3].

To view analytics for a specific user, click the name or profile picture of the user [4].

**View User Analytics**

PTRN-STARK_004552



The horizontal bar shows the exact amount of time the user spent viewing the media [1]. A break in the graph means the media was skipped [2].

To switch back to analytics for all students, click the student's name or profile picture again.

PTRN-STARK_004553