# EXHIBIT 38

Products    Groups    Explore                                                      Learn about Community    Sign In

Video guides migrated from Vimeo to Canvas Studio on July 31st. Learn more about what this means for you by reading the Community Team's blog.

Search the Community

Home  >  Canvas  >  Canvas LMS  >  Canvas Instructor  >  Instructor Guide  >  How do I view the course access report for an indi...

# How do I view the course access report for an individual user?

You can view the course access report for an individual user in the People section of your course. The course access report shows a summary of user participation in your course and complements the Total Activity column in the People page.

You can view the full specific report for a student by viewing student analytics.

You can also view your specific interactions with a student in the student interactions report.

**Notes:**

- The access report is part of a course permission. If you cannot see some of these columns in the report, you do not have access to view them.
- If a user had access to a course more than two years prior, a message displays but details cannot be provided.

## Open People



In Course Navigation, click the **People** link.

## Locate User



Need help? Click the chat button!

In the search field [1], search for the name of the user. You can also filter users by role in the **Roles** drop-down menu [2].

## Open User Details



Click the user's **Options** icon [1], then select the **User Details** link [2].

If the user's Option icon does not display, click the user's **Name** [3].



Skip to main content

In the User Details Sidebar, click the user's **name** to open the User Details page.

10/13/23, 11:52 AM
How do I view the course access report for an indi... - Instructure Community
Case 3:22-cv-03131-JCS   Document 85-5   Filed 11/17/23   Page 3 of 5

## Open Access Report



Locate the user details sidebar. Depending on the page display, click the **Access Report** link or button.

## View Access Report



The access report will show you:

- The content the user has viewed [1].
- The number of times the user viewed the content [2]. A view is counted each time a user navigates to the URL where the content resides or downloads an attachment.
- The number of times the user participated (if applicable, such as posting to a discussion or submitting an assignment) [3].
- The last time the user viewed the content [4].

To return to the User Details page, click the **Back to User Page** button [5].

**Note**: The access report is part of a course permission. If you cannot see some of these columns in the report, you do not have access to view them.

### View Course Navigation Content Icons



Need help? Click the chat button!

When the user clicks on links directly in Course Navigation and views an index page, icons display for the following links:

- **Course Home** [1]
- **Grades** [2]
- **Syllabus** [3]
- **Outcomes** [4]
- **Modules** [5]
- **People** [6]—also displays a student name when the user views information for another student in the course [7]

Skip to main content

### View Course Participation Content Icons



When a user navigates to course content areas from Course Navigation or views named course content, the following icons display in the access report:

- **Assignments** [1]: displays next to graded and ungraded assignments. Participation is counted if the user submits an assignment.
- **Discussions** [2]: displays next to discussions and announcements. Participation is counted if a user posts a reply. If the user accesses content from an announcement, such as an assignment, the Access Report displays a Discussion icon.
- **Quizzes** [3]: displays next to quizzes. Participation is counted if a user starts a quiz, even if they do not submit any answers.
- **External Link** [4]: displays next to external links (LTI) such as Microsoft365 and Conferences. Participation is counted for external links such as Collaborations and Conferences, but is not counted when a user participates in Chat.
- **Pages** [5]: displays next to content added as a page in the course. Participation is not recorded if a user views pages.
- **Files** [6]: displays next to views or previews of course files.Participation is not recorded if a user views files.

**Note:** The Access Report does not display a specific icon for groups. If a user accesses content from a group, such as a discussion or an assignment, the action is labeled with the appropriate content icon.

← How do I view my course interactions with an individual student?   How do I view registered services for all users in a course? →

0 Likes

Was this article helpful?   Need help? Click the chat button!
Yes   No

### Related Guides

» Instructor Getting Started Resources
  in Instructor Guide

» How do I view the Online Attendance report in New Analytics?
  in Instructor Guide

» How do I duplicate an individual question in New Quizzes?
  in Instructor Guide

### Have a question about Canvas? Ask in the Q&A forum:

Ask a Question

### Embed this guide in your Canvas course:

Skip to main content
Embed this Guide

Case 3:22-cv-03131-JCS Document 85-5 Filed 11/17/23 Page 5 of 5

Note: You can only embed guides in Canvas courses. Embedding on other sites is not supported.

Search the Community

**REFERENCE**

Community Guidelines

Product Roadmap

Security

Developers

Open Source

**COMPANY**

Partners

Jobs

About Us

Store

Privacy

**HELP**

Community Help

Canvas Guides

Mastery Guides

Elevate Guides

Impact Guides

Status

Try Canvas

Our Story

© 2023 Instructure. All rights reserved

Need help? Click the chat button!

PTRN-STARK_004561