# EXHIBIT 39

**(Exhibit Physically Filed)**

Video guide showing how to see if students have viewed content.
https://www.youtube.com/watch?v=IApnO9chPFQ

PTRN-STARK_004579