# EXHIBIT 40
**(Exhibit Physically Filed)**