**EXHIBIT 43**



PTRN-STARK_005413