# EXHIBIT 45

10/15/23, 6:29 PM

FAQ | Help

# D. DISCONNECT

Report an Issue

Disconnect lets you visualize and block the invisible websites that track your browsing history. Click the interactive items below to find out more!



Toolbar button

Dropdown

Navbar

Common tracking sites

**Common tracking sites** -- Facebook, Google, and Twitter -- are shown separately to make them easy to block or unblock. Click any icon to block or unblock a site.

Other tracking sites

Options

PTRN-STARK_00002

FAQ | Help

## Dashboard

For even more help, see these frequently asked questions or ask us a new question at support@disconnect.me.

