# **EXHIBIT 46**

10/15/23, 6:21 PM

disconnect.me/consumer

# DISCONNECT.

# Internet surveillance puts you at risk.

Get next generation tracker protection. Enjoy a safer, faster internet.

**Protect yourself**

Protect your business

## We power privacy for over 750 million users.

- ⟩ Block trackers in websites, apps, and email.
- ⟩ Defend yourself from hyper-targeted attacks.
- ⟩ Stop surveillance of your online activity.
- ⟩ Prevent location and identity tracking.
- ⟩ Take back control of your privacy and safety.

Proud to partner with industry leaders.

PTRN-STARK_0000416

disconnect.me/consumer

Microsoft    moz://a    SAMSUNG    T

# Better privacy, stronger security

Attackers are more successful when armed with sensitive, detailed data about who you are and what you do.

Internet privacy is out of scope of security providers, but not attackers. Individuals are tracked, surveilled, and hyper-targeted with advanced privacy threats that can directly lead to security breaches, ransom, blackmail, and liability.



ailed log history

- Location
- Purchases
- Browsing
- App data
- Devices
- All activity

Name: Robert Kahana
Email: rkahana@example.com
Employment: CTO, Company x
Home Address: 7523 Oak Street

10/15/23, 6:21 PM
disconnect.me/consumer

# Powerful privacy protection with one tap.

## The easiest way to take back control.

Disconnect blocks unwanted tracking across your entire device, including browsers, apps, and emails. We also offer the ability to encrypt your traffic to secure it from unwanted surveillance and mask your IP address when you use public Wi-Fi, travel, or want to keep your online activity more private.



https://disconnect.me/consumer    3/18
PTRN-STARK_00004

# Tracking of your activity is a data breach.

By the numbers

**4K**
Data brokers worldwide

**80%**
Email addresses on file at TowerData

**500M**
Acxiom has data on 500M customers

**38%**
Americans pay stub info available on Equifax

**3K**
Data points tracked per person by Acxiom

**$5.2T**
Global value at risk from cyberattacks 2019-2023

## The internet is under siege.

Accessing and controlling your personal data is big business for criminal hackers, data brokers, and adverse nation-states. Trackers profiting from the collection and sharing of personal information are embedded in 90% of apps, 90% of websites and 70% of emails. These tracker domains are capable of serving malicious ads, content, and malware. All this unwanted traffic presents significant privacy and security threats and also slows you down.

# mozilla

## Pages load 2.4x faster with Disconnect's Tracker Protection

*The use of trackers on websites is very common. Unfortunately trackers can delay the completion of page loads while the browser waits for tracking scripts to respond ... On average, Firefox Quantum's Private Browsing loads pages 2.4x faster than Chrome in Incognito mode. Comparing the average load times for Chrome also shows that Incognito mode alone does not bring any speed improvements. It is the Tracking Protection that makes the difference.*

Read the report

Learn more

## How Disconnect protects you.

10/15/23, 6:21 PM
disconnect.me/consumer
https://disconnect.me/consumer
5/18
PTRN-STARK_00005

Block malicious ads and content.





# Threats never reach the devices

We stop the start of the attack chain so that threats never have a chance to take advantage of human error or technical limitations. Network requests are blocked completely so ads or content that serves malware, phishing attempts, social engineering, or crypto scams never loads in websites, apps, or email.

**Gartner: 99% of cloud security failures will be customer's fault.**

Our protection nullifies user targeted threats before they reach your workforce's devices. This approach reduces the risk that a user will click on a malicious link, ad, or popup that may eventually lead to a breach. Read the report.

PTRN-STARK_000035

Prevent tracking.

PTRN-STARK_000035



10/15/23, 6:21 PM

disconnect.me/consumer

https://disconnect.me/consumer   10/18



Data brokers track your online activity including websites visited, apps used, videos watched, purchases, location, and more. This data is connected back to real names and identity. We prevent trackers from collecting sensitive data and connecting online activity back to you through cookies, pixels, IPs, emails, fingerprint data, and other surveillance technologies.

### According to Accenture's Cost of Cybercrime

Data theft is the fastest growing and most expensive cybercrime. Your company's data is the target and money is the primary motivation. Read the report.

10/15/23, 6:21 PM

Faster, better, safer internet.

disconnect.me/consumer

https://disconnect.me/consumer

12/18

PTRN-STARK_00005





Invasive ads

Social distractions

Quizzes and surveys

Most apps and websites are cluttered with third-party requests that slow down load times and put you at risk. Our protection can more than double the speed of page and app loads, declutter the internet, and increase efficiency.

**Firefox with our protection loads pages 2.4x faster**

"It is [Disconnect's] Tracking Protection that makes the difference as can be seen from the results for Firefox Quantum." Read the study on Mozilla's blog.

## Why Disconnect?

## Experience and expertise matters.

At Disconnect, we've been focused solely on protecting privacy for more than a decade. Our pioneering technology and solutions are proven and trusted by partners like Microsoft and Mozilla as well as millions of users. While security and privacy are not the same, privacy vulnerabilities absolutely impact your security posture.

disconnect.me/consumer

**807 million**

Monthly active users currently protected by Disconnect.

**44 trillion**

Tracking requests blocked per year by our protection.

**2.4x**

How much faster web pages and apps load with our protection.

# ỡ|Wirecutter

## Disconnect Helped Check iPhone Apps—This Is How They're Tracking You

*We also used Disconnect's Privacy Pro SmartVPN app to analyze traffic on 150 of the 250 apps, and we found that they shared data across 44 different third-party services that Disconnect defines as trackers, averaging between two and three third-party services per app.*

PTRN-STARK_000064

*One app does not list anything on its Data Used to Track You label but appears to communicate with two potential trackers which can be configured to fit Apple's definition of not tracking. [The App's] developer didn't respond to our request for comment or an explanation of how it uses those tools. Overall, we found that 18 weather apps shared data with an average of four third-party companies listed as trackers by Disconnect.*

Read the article

Learn more

Product

PTRN-STARK_000046

**Premium**

Pro

Basic

**Disconnect Kids (iOS)**

Enterprise

Privacy DNS

DNT

Company

**About**

**Announcements**

**Privacy**

**Terms**

**FAQ**

Connect

- Twitter
- Github
- Email
- Press inquiry

©2011-2023 Disconnect, Inc. All rights reserved.

PTRN-STARK_000081