**EXHIBIT 47**



PTRN-STARK_000024



PTRN-STARK_000025



**GHOSTERY ON THE GO**

# GHOSTERY FOR PHONES AND TABLETS

Equipped with AI anti-tracking technology, Ghostery blocks trackers, ads and popups making your mobile browsing faster, safer and transparent. Plus, it saves data on your data plan for more zoom calls with friends, sharing adventures when they crop up.

**LEARN MORE**

PTRN-STARK_000026





PTRN-STARK_000028

GHOSTERY TRACKER & AD BLOCKER

# PUTS YOU BACK IN THE DRIVER'S SEAT!

Ghostery stops trackers, ads, and popups in Chrome and keeps your personal data private and off the data brokers' wallets. Your personal data is your business!



### Privacy Protection

Ghostery will block ads, popups and trackers that carry your personal information across the web. This data can be used to harm you anytime. By using Ghostery you protect your privacy.



### Transparency

Behind every website visit or search you make, trackers are recording and transmitting every step you take. Ghostery's free ad blocker neutralizes these trackers, giving you peace of mind. Over the Tracker Panel, Ghostery displays the trackers that were identified and neutralized.



### Speed & Focus

The more resources load on a website, the slower it gets. Ad blockers like Ghostery speed up page loads by decluttering the web, saving your battery and data for what's important. Enjoy a faster web browsing experience by using our free ad blocker extension that also blocks trackers.



### Community Powered

Ghostery tracking protection is powered by many. Once a new tracker is detected by one of our users, everyone's privacy improves. Our code is open source, everyone can investigate it. The world's best free ad blocker & tracker blocker extension for mobile & desktop.

LEARN MORE ⬇



PTRN-STARK_000030

10/15/23, 6:12 PM

Case 3:22-cv-03131-JCS   Document 86-2   Filed 11/17/23   Page 9 of 10
Free Ad Blocker Extension | Block Cookies, Popups & more | Ghostery



