# EXHIBIT 48

Case 3:22-cv-03131-JCS   Document 86-3   Filed 11/17/23   Page 2 of 14

# chrome web store



## Overview

☐ Compatible with your device

Ghostery is a powerful privacy extension. Block ads, stop trackers and speed up websites.

Ghostery has more than 100+ million downloads worldwide.

## Additional Information

↑ Website  ⓘ Report abuse

**Features**
Offers in-app purchases

**Version**
8.11.2

10/15/23, 6:28 PM  Ghostery – Privacy Ad Blocker - Chrome Web Store

nwalker@nortonlaw.com

https://chrome.google.com/webstore/detail/ghostery---privacy-ad-blo/mlomiejdfkoliohcfiejcbmpeanij   1/13

PTRN-STARK_000035

chrome web store

nwalker@nortonlaw.com

## Overview

☐ Compatible with your device

Ghostery is a powerful privacy extension. Block ads, stop trackers and speed up websites.

Ghostery has more than 100+ million downloads worldwide.

## Additional Information

🏠 Website    ⓘ Report abuse

Features
Offers in-app purchases

Version
8.11.2

# chrome web store

nwalker@nortonlaw.com



## Overview

☐ Compatible with your device

Ghostery is a powerful privacy extension. Block ads, stop trackers and speed up websites.

Ghostery has more than 100+ million downloads worldwide.

## Additional Information

🏠 Website    ⊙ Report abuse

**Features**
Offers in-app purchases

**Version**
8.11.2

PTRN-STARK_0000335

chrome web store

nwalker@nortonlaw.com

# Ghostery

☑ CLEANER
☑ FASTER
☑ SAFER

## Overview

☐ Compatible with your device

Ghostery is a powerful privacy extension. Block ads, stop trackers and speed up websites.

Ghostery has more than 100+ million downloads worldwide.

## Additional Information

🏠 Website   ❗ Report abuse

**Features**
Offers in-app purchases

**Version**
8.11.2



10/15/23, 6:28 PM

Ghostery – Privacy Ad Blocker - Chrome Web Store

nwalker@nortonlaw.com

chrome web store



## Overview

☐ Compatible with your device

Ghostery is a powerful privacy extension. Block ads, stop trackers and speed up websites.

Ghostery has more than 100+ million downloads worldwide.

## Additional Information

🏠 Website    ❗ Report abuse

Features
Offers in-app purchases

Version
8.11.2

PTRN-STARK_00003?4



10/15/23, 6:28 PM — Ghostery – Privacy Ad Blocker - Chrome Web Store

https://chrome.google.com/webstore/detail/ghostery-–-privacy-ad-blo/mlomiejdfkolichcfiejcbmpeanij  7/13

PTRN-STARK_0000355



10/15/23, 6:28 PM — Ghostery – Privacy Ad Blocker - Chrome Web Store

https://chrome.google.com/webstore/detail/ghostery---privacy-ad-blo/mlomiejdfkolichcfiejcbmpeanij   8/13

PTRN-STARK_0000414





10/15/23, 6:28 PM   Ghostery – Privacy Ad Blocker - Chrome Web Store

https://chrome.google.com/webstore/detail/ghostery-–-privacy-ad-blo/mlomiejdfkolichcflejcbmpeanij   10/13

PTRN-STARK_000042



10/15/23, 6:28 PM — Ghostery – Privacy Ad Blocker - Chrome Web Store

https://chrome.google.com/webstore/detail/ghostery-–-privacy-ad-blo/mlomiejdfkolichcfiejcbmpeanij 11/13

PTRN-STARK_0000048



PTRN-STARK_000041




chrome web store

nwalker@nortonlaw.com

### Overview

☐ Compatible with your device

Ghostery is a powerful privacy extension. Block ads, stop trackers and speed up websites.

Ghostery has more than 100+ million downloads worldwide.

### Additional Information

🏠 Website   ⓘ Report abuse

Features
Offers in-app purchases

Version
8.11.2