# EXHIBIT 53



**Help Center**

- Using Facebook ⌄
- Managing Your Account ⌄
- Privacy, Safety and Security ⌄
- Policies and Reporting ⌄

## Review your activity off Meta technologies

🗐 Copy link

Android App Help    **Computer Help**    iPhone App Help    More ▾



**David**
Meera's Husband

 Change your settings here

Off-Facebook activity      View

You may not have access to this setting in Accounts Center at this time. If you don't see this setting under **Your Information and Permissions** in Accounts Center, try accessing this setting through your Facebook settings.

Your activity off Meta technologies is a summary of activity that businesses and organizations share with us about your interactions with them, such as visiting their apps or websites. They use our Business Tools, like Facebook Login, Meta Pixel or Instagram Basic Display, to share this information with us. This information includes activity that's connected to your Facebook and Instagram accounts.

### Review your activity off Meta technologies for your Facebook or Instagram accounts in Accounts Center:

1. Click on your profile picture in the top right, then click **Settings and privacy**.

2. Click ⚙ **Settings**.

3. Click **Accounts Center**, then click **Your information and permissions**.

4. Click **Your activity off Meta technologies**.

Note: While on Instagram, you can also access this setting by navigating to Accounts Center through your Instagram settings.

PTRN-STARK_004592

10/13/23, 1:47 PM
Case 3:22-cv-03131-JCS   Document 86-8   Filed 11/17/23   Page 3 of 5
Review your activity off Meta technologies | Facebook Help Center

 Help Center



tings.

## Review your activity off Meta technologies in Settings:

1. Click your profile picture in the top right of Facebook.

2. Select **Settings & privacy**, then click **Settings**.

3. Click **Your Facebook information** in the left column.

4. Next to **Your activity off Meta technologies**, Click **View**.

From here, you can view your recent activity and control or disconnect the information businesses send to Meta.

## What you see when you review your activity off Meta technologies:

You'll see a summary of your activity that we receive from businesses or organizations, which includes your activity on other apps and websites.

You may see information such as:

- **How we received your activity.** Business and organizations can share your activity with us when they use our Business Tools. Some of these tools include the Meta Pixel, Instagram Basic Display and Facebook Login.

- **The number of interactions we've received.** Interactions are things that you've done on an app or website. They can include:

  - Opening an app.

  - Logging into an app with Facebook.

  - Viewing content.

  - Searching for an item.

  - Adding an item to a shopping cart.

  - Making a purchase.

  - Making a donation.

- **Activity from apps and websites you've logged into with Facebook.** This activity comes from businesses or organizations who use Facebook Login. You can also manage the apps and websites you log into with Facebook in your Apps and Websites settings.

- **Activity from data service providers and marketing agencies.** If you don't recognize some of your activity, it may be because it was sent by a data service provider or marketing agency. Businesses and organizations may use third-party data service providers or marketing agencies to analyze and understand their customers' interactions on their apps and websites. These providers or agencies may then use our Business Tools to send your activity to us, on behalf of the business or organization.

- **Activity that isn't related to any actions you've taken.** Some activity in your summary may include updates from an app or website that aren't related to an action you've taken. We'll show you the date we received the updates.

Keep in mind, not all of your activity will show in your activity off Meta technologies. For example:

- **The summary doesn't contain your most recent activity.** It may take a few days for your activity to show in your activity off Meta technologies. The dates in your activity summary are when we received the activity.

- **We receive more details and activity than what appears in your activity off Meta technologies.** For technical and accuracy reasons, we don't show all the activity

PTRN-STARK_004593



Help Center

e've received when you're not
'ou've previously used
ke the item you've added to
your shopping cart.

- **In some circumstances, we may disconnect your activity off Meta technologies from your account for technical reasons.** When this happens, the activity that has been disconnected will not be used to show you ads.

- **Your activity off Meta technologies doesn't include your Meta Quest information.** Right now, your activity off Meta technologies doesn't include information developers send us about your VR activity in their apps on Meta Quest, but we plan to include this in the future. Keep in mind, when this is available, you have to be logged into your Meta Quest device using your Facebook account to see this information.

**Note:** If you choose to disconnect your history, it'll disconnect the activity in your summary and activity that isn't shown.

### What we do with activity off Meta technologies:

We use your activity off Meta technologies and your activity on Meta technologies to:

- Show you more relevant ads. You can customize your ad experience using Ad Preferences.

- Suggest groups, events or Marketplace items you might be interested in.

- Help you discover new businesses and brands.

- Help businesses and organizations understand how their website, app or ads are performing and whether they're reaching the right people.

- Identify suspicious activity to help keep Facebook safe.

### When reviewing your activity off Meta technologies, keep in mind:

- We don't sell your information to anyone.

- We prohibit businesses or organizations to share sensitive information with us, such as health and financial information, your date of birth and passwords. If we determine that a business or an organization is violating our terms, we will take action against that business or organization.

Learn more about managing your activity off Meta technologies.



Was this helpful?                                                                               ✕

| ☺ Yes | ☺ No |
|-------|------|

🏠 **Related Articles**

| Find your Facebook activity log | › |
| Disconnect your past activity off Meta technologies | › |
| How to use activity log on Facebook to find specific content | › |
| Turn your Active Status on or off on Facebook | › |

PTRN-STARK_004594

Help Center

monitoring your

>

| | |
|---|---|
| About | Privacy |
| Terms and Policies | Ad Choices |
| Careers | Cookies |
| Create Ad | Create Page |

from ∞ Meta

© 2023 Meta

PTRN-STARK_004595