# EXHIBIT 54

# Help Center

- Using Facebook
- Managing Your Account
- Privacy, Safety and Security
- Policies and Reporting

## Disconnect your past activity off Meta technologies

Copy link

Android App Help | **Computer Help** | More ▾

> You may not have access to this setting in Accounts Center at this time. If you don't see this setting under **Your Information and Permissions** in Accounts Center, try accessing this setting through your Facebook settings.

You can disconnect your past activity off Meta technologies from your account with the clear history control in your activity off Meta technologies setting.

Your activity off Meta technologies is a summary of activity that businesses and organizations share with us about your interactions with them, such as visiting their apps or websites. They use our Business Tools, like Facebook Login or Meta Pixel, to share this information with us. This helps us do things like give you a more personalized experience on Facebook. Learn more activity off Meta technologies and how we use it.

### Disconnect past activity off Meta technologies from your Facebook or Instagram accounts through Accounts Center:

1. Click on your profile picture in the top right, then click **Settings and privacy**.
2. Click ⚙ **Settings**.
3. Click **Accounts Center**, then click **Your information and permissions**.
4. Click **Your activity off Meta technologies**.

PTRN-STARK_004580

 

You can also access this setting through your Facebook settings:

1. Click your profile picture in the top right of Facebook.
2. Select **Settings & privacy**, then click **Settings**.
3. Click **Your Facebook information** in the left menu
4. Next to **Your activity off Meta technologies**, click **View**.
5. Click **Clear previous activity**, then click **Clear**.
6. Click **Clear previous activity**.

You can also choose to turn off your future activity. Learn more about managing your future activity.

## When you disconnect your activity off Meta technologies from your account:

- Only your activity off Meta technologies history will be disconnected from your account.
- Disconnecting your history may log you out of apps and websites. If this happens, you can still use Facebook to log back in.
- You may still see ads from these businesses. For example, advertisers can show ads based on your activity on Facebook, such as when you like a business page. Also, they can upload lists and show their ads to people on that list. Learn more about advertisers using these lists on your Ad Preferences page.
- You'll still see the same number of ads, but the ads you see may be less personalized to you.

PTRN-STARK_004581

 **Help Center**

You can take more control over what information you see in your Feed, ads and other parts of Facebook without disconnecting your activity off Meta technologies. Here are a few ways to control your Facebook experience:

- Update your Feed preferences to see more content on your Feed that you're interested in.

- Customize your Ad Preferences to see ads that are more relevant to you. From here, you can update your ad settings to control things like if we show you ads based on your use of apps and websites off Facebook.

- You can also hide an ad that isn't interesting or useful to you or review why you're seeing a particular ad.

- Walk through Privacy Checkup to make sure you're sharing your information with who you want.

- Visit Access Your Information to see and manage your Facebook information, or download your Facebook information for review.

Was this helpful?                                                   ✕



🏠 **Related Articles**



Find your Facebook activity log        >

Review your activity off Meta technologies   >

How to use activity log on Facebook to find specific content        >

 Help Center  

If your current or previous partner is controlling or monitoring your Facebook activity

About

Privacy

Terms and Policies

Ad Choices

Careers

Cookies

Create Ad

Create Page

from ∞Meta                                     © 2023 Meta

PTRN-STARK_004583