# EXHIBIT 55

 Help Center

Q Search help articles...

English (US) ▶

# Cookies on the Meta Products

[🔗 Copy link]

## About cookies

Cookies are small pieces of text used to store information on web browsers. They're used to store and receive identifiers and other info on computers, phones, and other devices.

**Example**: Cookies let websites know if you've visited that site before, which can help with things like saving an item to your shopping cart or remembering your display settings.

Other technologies, including identifiers associated with your device, and other software, are used for similar purposes. We refer to all of these technologies as cookies.

## Ways we use cookies

Cookies help us provide, protect and improve the Meta Products, such as by personalizing content, tailoring and measuring ads, providing a safer experience and analyzing use of our systems.

**Note**: The cookies that we use include session cookies, which are deleted when you close your browser, and persistent cookies, which stay on your browser until they expire or you delete them.

Cookies on the Meta Products | Facebook Help Center

Help Center

English (US)

## Authentication

Cookies allow us to:

- Verify your account and determine when you're logged in so we can make it easier for you to access the Meta Products and show you the appropriate experience and features.

- This means that cookies help us:

  - Keep you logged in as you navigate between Facebook Pages.

  - Remember your browser so you do not have to keep logging into Facebook and so you can more easily log into Facebook through third-party apps and websites.

## Security, site and product integrity

Cookies allow us to:

- Help us keep your account, data and the Meta Products safe and secure. For example, cookies help us:

  - Identify and impose additional security measures when someone may be attempting to access a Facebook account without authorization (like when someone is rapidly guessing different passwords).

  - Store information that allows us to recover your account in the event that you forget your password or to require additional authentication if you tell us that your account has been hacked.

PTRN-STARK_005240

Help Center

English (US)

- Fight spam and phishing attacks by enabling us to identify computers that are used to create large numbers of fake Facebook accounts.

- Detect computers infected with malware and take steps to prevent them from causing further harm.

- Prevent underage people from registering for Facebook accounts.

## Advertising, recommendations, insights and measurement

Cookies allow us to:

- Show ads and make recommendations for businesses and other organizations to people who may be interested in the products, services or causes they promote. These cookies allow us to:

- Deliver ads to people who have previously visited a business's website, purchased its products or used its apps and to recommend products and services based on that activity.

- Measure the performance of ad campaigns for businesses that use the Meta Products. For example, we use cookies to:

- Count the number of times that an ad is shown and to calculate the cost of those ads.

- Measure how often people do things such as make a purchase following an ad impression.

- Serve and measure ads across different browsers and devices used by the same person. This means that we can use cookies to:

PTRN-STARK__005241

Help Center

English (US)

- Provide insights about the people who use the Meta Products, as well as the people who interact with the ads, websites and apps of our advertisers and the businesses that use the Meta Products. For example, this means that we use cookies to:

  - Help businesses understand the kinds of people who like their Facebook Page or use their apps so they can provide more relevant content and develop features that are likely to be interesting to their customers.

## Site features and services

Cookies allow us to:

- Enable the functionality that helps us provide the Meta Products. For example, cookies help us store preferences, know when you've seen or interacted with Meta Products' content and provide you with customised content and experiences. This means that cookies help us:

  - Make suggestions to you and others.

  - Customize content on third-party sites that integrate our social plugins.

  - Allow Page administrators to switch between posting from a personal Facebook profile and their Page.

  - Support your use of Messenger chat windows.

- Help provide you with content relevant to your locale.

  - For example, we store information in a cookie that is placed on your browser or device so that you will see the site in your preferred language.

Help Center

English (US)

Cookies allow us to:

- Provide you with the best experience possible. For example, cookies help us to:

  - Route traffic between servers and understand how quickly Meta Products load for different people.

  - Record the ratio and dimensions of your screen and windows and know whether you've enabled high-contrast mode, so that we can render our sites and apps correctly.

### Analytics and research

Cookies allow us to:

- Better understand how people use the Meta Products so that we can improve them. For example, cookies can:

  - Help us understand how people use the Facebook service.

  - Analyze our systems and which parts of the Meta Products people find most useful and engaging.

  - Identify features that could be improved.

### Third-party websites and apps

Our business partners may also choose to share information with Meta from cookies set in their own websites' domains, whether or not you have a Facebook account or are logged in.

PTRN-STARK_005243

Cookies on the Meta Products | Facebook Help Center

Help Center

English (US)

on which they were set, including when you are on one of our domains. They serve the same purposes as cookies set in Meta's own domain, which are to personalize content (including ads), measure ads, produce analytics and provide a safer experience.

## Other ways you can control your information on Facebook

- Use your ad preferences to learn why you're seeing a particular ad and and control how we use information that we collect to show you ads.

  - Learn more about how to adjust your ad preferences.

- To show you better ads, we use information that advertisers and other partners provide us with about your activity off Meta Company Products, including websites and apps.

  - You can control whether we use this information to show you ads in your ad settings.

  - Learn more about how to adjust how ads on Facebook are shown to you based on your activity information from ad partners.

- The Meta Audience Network is a way for advertisers to show you ads in apps and websites off the Meta Company Products.

  - One of the ways Audience Network shows relevant ads is by using your ad preferences to determine which ads you may be interested in seeing. You can control this in your ad settings.

  - Learn more about Audience Network in the Meta Business Help Center.

- Review your activity off Meta technologies, which is a summary of activity that businesses and organizations share with us about your interactions with

PTRN-STARK_005244

10/16/23, 10:15 AM

Cookies on the Meta Products | Facebook Help Center

 Help Center

English (US)

Q

with us. This helps us do things like give you a more personalized experience on Meta Products.

- Learn more about activity off Meta technologies, how we use it, and how you can manage it.

## Other ways you can control your information

The advertising companies we work with generally use cookies and similar technologies as part of their services.

- You can opt out of seeing online interest-based ads from Meta and other participating companies, and learn more about how advertisers generally use cookies and the choices they offer through the:

  - Digital Advertising Alliance in the US

  - Digital Advertising Alliance of Canada in Canada

  - European Interactive Digital Advertising Alliance in Europe

- You can also opt out through your mobile device settings (where available) using Android, iOS 13 or an earlier version of iOS. Please note that ad blockers and tools that restrict our cookie use may interfere with these controls.

- Your browser or device may also offer settings that allow you to choose whether browser cookies are set and to delete them.

  - These controls vary by browser, and manufacturers may change both the settings they make available and how they work at any time.

  - Learn more about how to control your browser cookies on each browser's help center.

Using Facebook >

Managing Your Account >

Privacy, Safety and Security >

Policies and Reporting >

PTRN-STARK_005245

Help Center

English (US)

- Firefox
- Safari
- Safari Mobile
- Opera

**Note:** Certain parts of the Meta Products may not work properly if you have disabled browser cookie use. Please be aware these controls are distinct from the controls that we offer you.

For more information on cookies, visit our Cookies Policy.

## Related Articles

Set up routers for Facebook Wi-Fi

The Meta Company Products

What are the Meta Products?

About Facebook Wi-Fi for businesses

The Meta Companies

About

Privacy

PTRN-STARK_005246

PTRN-STARK_005247

10/16/23, 10:15 AM

Cookies on the Meta Products | Facebook Help Center



English (US)

Create Ad

Create Page

from ∞ Meta

© 2023 Meta

Help Center