Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br>   v.<br><br>PATREON, INC.,<br><br>             Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**COVER SHEET FOR EXHIBITS 57 THROUGH 75 FOR FRED NORTON'S DECLARATION IN SUPPORT OF PATREON, INC.'S MOTION FOR SUMMARY JUDGMENT** |

1

EXHIBIT COVER PAGE
CASE NO. 3:22-CV-03131-JCS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT COVER PAGE
CASE No. 3:22-CV-03131-JCS