# EXHIBIT 57

PTRN-STARK_005265

