# EXHIBIT 68

CONFIDENTIAL

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5      BRAYDEN STARK AND JUDD OOSTYEN,   )CASE NO.

        ON BEHALF OF THEMSELVES AND ALL   )3:22-cv-03131-JCS

 6      OTHERS SIMILARLY SITUATED,        )

                                          )

 7           PLAINTIFFS,                  )

                                          )

 8      v.                                )

                                          )

 9      PATREON, INC.,                    )

                                          )

10           DEFENDANT.                   )

        _____)

11

12

13

14               CONFIDENTIAL TRANSCRIPT

15        VIDEO-RECORDED DEPOSITION OF BRAYDEN STARK

16                    OCTOBER 4, 2023

17

18

19

20

21

22

23      JOB NO. 6108020

24      REPORTED STENOGRAPHICALLY BY:

25      MARY K. MEDLEY, CSR NO. 9557
```

Page 1

```
 1          CONFIDENTIAL VIDEO-RECORDED DEPOSITION OF BRAYDEN
 2          STARK, TAKEN ON BEHALF OF THE DEFENDANT, AT
 3          9:35 A.M., WEDNESDAY, OCTOBER 4, 2023, AT 350 SOUTH
 4          GRAND AVENUE, LOS ANGELES, CALIFORNIA, BEFORE
 5          MARY K. MEDLEY, CSR NO. 9557.
 6
 7          APPEARANCES OF COUNSEL:
 8
 9          FOR THE PLAINTIFF:
10               GIRARD SHARP LLP
                 BY:  SIMON GRILLE, ESQ.
11               BY:  REID GAA, ESQ.
                 601 CALIFORNIA STREET, SUITE 1400
12               SAN FRANCISCO, CALIFORNIA 94108
                 (415) 981-4800
13               SGRILLE@GIRARDSHARP.COM
                 RGAA@GIRARDSHARP.COM
14
15          FOR DEFENDANT PATREON, INC.:
16               THE NORTON LAW FIRM PC
                 BY:  FRED NORTON, ESQ.
17               BY:  NATHAN WALKER, ESQ.
                 299 THIRD STREET, SUITE 200
18               OAKLAND, CALIFORNIA 94607
                 (510) 906-4900
19               FNORTON@NORTONLAW.COM
                 NWALKER@NORTONLAW.COM
20
21          ALSO PRESENT:  LUIS VASQUEZ, VIDEOGRAPHER
22
23
24
25
```

CONFIDENTIAL

```
 1                         INDEX
 2     DEPONENT              EXAMINATION           PAGE
 3     BRAYDEN STARK
 4                          BY MR. NORTON              5
 5
 6                         EXHIBITS
 7     NO.        PAGE         DESCRIPTION
 8     EXHIBIT 1     58   CLASS ACTION COMPLAINT
 9     EXHIBIT 2     59   FIRST AMENDED CLASS ACTION
                         COMPLAINT
10
       EXHIBIT 3    107   FACEBOOK PAGE PRINTOUT
11
       EXHIBIT 4    108   FACEBOOK PRINTOUT, 11 PAGES
12
       EXHIBIT 5    111   QUORA PRINTOUT, 15 PAGES
13
       EXHIBIT 6    129   LIST OF URLS
14
15
16
17
18
19
20
21
22
23
24
25
```

Page  3

CONFIDENTIAL

```
 1              WEDNESDAY, OCTOBER 4, 2023; 9:35 A.M.

 2                          *****

 3         THE VIDEOGRAPHER:  Good morning.  We are on the   09:35:35

 4    record at 9:35 a.m. on October 4th, 2023.  Please      09:35:36

 5    note the microphones are sensitive and may pick up     09:35:42

 6    whispering and private conversations.  Please mute     09:35:44

 7    your phones at this time.  Audio and video recording   09:35:48

 8    will continue to take place unless all parties agree   09:35:50

 9    to go off the record.                                  09:35:53

10          This is the video-recorded deposition of         09:35:54

11    Brayden Stark, taken in the matter of Stark, Brayden   09:35:56

12    versus Patreon, Inc., filed in the United States       09:36:01

13    District Court of Northern District of California.     09:36:03

14    The case number is 3:22-cv-03131-JCS.                  09:36:06

15          My name is Luis Vasquez representing             09:36:19

16    Veritext and I am the videographer.  The court         09:36:22

17    reporter is Mary Medley from the firm Veritext.        09:36:25

18          At this time, will everyone attending            09:36:27

19    please identify yourself for the record.               09:36:29

20         MR. GRILLE:  Good morning.  This is Simon         09:36:31

21    Grille on behalf of the plaintiffs.                    09:36:33

22         MR. GAA:  Reid Gaa on behalf of the plaintiffs.   09:36:36

23         MR. NORTON:  Fred Norton on behalf of Defendant   09:36:39

24    Patreon.                                               09:36:42

25         MR. WALKER:  Nate Walker on behalf of Patreon.    09:36:43
```

Page 4

CONFIDENTIAL

```
 1          THE VIDEOGRAPHER:  Will the court reporter      09:36:46

 2     please swear in the witness.                         09:36:47

 3

 4                      BRAYDEN STARK,

 5          having been first duly sworn by the reporter,

 6               was examined and testified as follows:

 7

 8                      EXAMINATION

 9     BY MR. NORTON:

10          Q.  Good morning.  As you heard, my name's Fred  09:36:57

11     Norton, I'm the attorney representing Patreon in      09:37:00

12     this case and I'll be asking you questions here this  09:37:03

13     morning.                                              09:37:06

14          A.  Sounds good.                                 09:37:06

15          Q.  Have you ever had your deposition taken      09:37:07

16     before?                                               09:37:08

17          A.  No.                                          09:37:08

18          Q.  Have you had a chance to talk to your        09:37:09

19     counsel -- Let me back up a second.                   09:37:10

20               Is your counsel present here this morning?  09:37:12

21          A.  Yes.                                         09:37:14

22          Q.  And who is your counsel?                     09:37:14

23          A.  Simon Grille and Reid Gaa.                   09:37:15

24          Q.  Have you had a chance to talk to your        09:37:18

25     counsel about what the deposition entails?            09:37:19
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | address, name, address, date of birth, and other | 09:51:58 |
| 2 | personal info. | 09:52:06 |
| 3 | Q.  To the extent that Patreon does not profit | 09:52:38 |
| 4 | from the use of the information you described, what | 09:52:42 |
| 5 | effect would that have on your complaint? | 09:52:46 |
| 6 | MR. GRILLE:  Object to form. | 09:52:50 |
| 7 | THE WITNESS:  Could you rephrase that. | 09:52:52 |
| 8 | MR. NORTON: | 09:52:57 |
| 9 | Q.  If, in fact, Patreon does not profit at all | 09:52:57 |
| 10 | from the use of the information you described, do | 09:53:00 |
| 11 | you have any problem with what Patreon has done? | 09:53:03 |
| 12 | A.  Yes. | 09:53:05 |
| 13 | MR. GRILLE:  Object to form. | 09:53:05 |
| 14 | MR. NORTON: | 09:53:06 |
| 15 | Q.  And so if Patreon does not profit from the | 09:53:07 |
| 16 | use of the information that you described, what is | 09:53:10 |
| 17 | your grievance with Patreon? | 09:53:14 |
| 18 | A.  They collected data of mine and others | 09:53:19 |
| 19 | without our consent and that has also devalued our | 09:53:22 |
| 20 | data because they shared it. | 09:53:28 |
| 21 | Q.  When you say has devalued your data, what | 09:53:41 |
| 22 | do you mean? | 09:53:48 |
| 23 | A.  My data has less value monetarily. | 09:53:50 |
| 24 | Q.  And what specific data of yours has less | 09:53:58 |
| 25 | value as the result of what you think Patreon did? | 09:54:01 |

Page 17

```
 1              A.  My personal info and personal preferences.   09:54:06

 2              Q.  So your personal information has less value   09:54:18

 3         is your belief?                                        09:54:21

 4              A.  Yes.                                          09:54:23

 5              Q.  And what specific personal information has    09:54:24

 6         less value than it did before as a result of what     09:54:27

 7         you think Patreon did?                                 09:54:30

 8              A.  The info I've mentioned before relating to    09:54:33

 9         IP address, name, address, date of birth, et cetera.  09:54:38

10         And then my personal preferences.                     09:54:46

11              Q.  And you believe that Patreon disclosed        09:54:50

12         information about you to Facebook; right?              09:54:52

13              A.  Yes.                                          09:54:56

14              Q.  Does Facebook already have information        09:54:57

15         about your IP address?                                09:54:59

16              MR. GRILLE:  Object to form.                      09:55:01

17              THE WITNESS:  I do not know.                      09:55:07

18              MR. NORTON:                                       09:55:07

19              Q.  Does Facebook already have information        09:55:07

20         about your date of birth?                             09:55:10

21              A.  Yes.                                          09:55:12

22              Q.  Does Facebook -- You also made reference to   09:55:14

23         your personal preferences.                            09:55:16

24              Does Facebook already have info about your        09:55:17

25         personal preferences?                                 09:55:20
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | MR. GRILLE:  Could I just have a standing | 09:55:21 |
| 2 | objection for this line of questions. | 09:55:22 |
| 3 | MR. NORTON:  (No audible response.) | 09:55:29 |
| 4 | MR. GRILLE:  That's fine, object to form. | 09:55:30 |
| 5 | THE WITNESS:  Could you repeat the question. | 09:55:32 |
| 6 | MR. NORTON: | 09:55:33 |
| 7 | Q.  Sure. | 09:55:33 |
| 8 | One of the categories of data that you said | 09:55:33 |
| 9 | you believed had lost value as a result of what you | 09:55:36 |
| 10 | believe Patreon had done here was the disclosure of | 09:55:38 |
| 11 | your personal preferences to Facebook and my | 09:55:43 |
| 12 | follow-up question is, does Facebook already have | 09:55:46 |
| 13 | information about your personal preferences? | 09:55:50 |
| 14 | MR. GRILLE:  Object to form. | 09:55:52 |
| 15 | THE WITNESS:  I do not know. | 09:55:53 |
| 16 | MR. NORTON: | 09:55:53 |
| 17 | Q.  What was the value of your data prior to | 09:56:06 |
| 18 | what you believe Patreon disclosed to Meta or | 09:56:14 |
| 19 | Facebook? | 09:56:25 |
| 20 | A.  I don't have a dollar amount for it. | 09:56:26 |
| 21 | Q.  Had you ever tried to sell that data to | 09:56:33 |
| 22 | anybody prior to bringing this lawsuit? | 09:56:35 |
| 23 | A.  No. | 09:56:37 |
| 24 | Q.  Anybody offered you money for that data | 09:56:39 |
| 25 | prior to this lawsuit? | 09:56:40 |

Page 19

CONFIDENTIAL

```
 1          A.   No.                                      09:56:43

 2          Q.   Had you ever tried to place a value on that   09:56:52

 3     data prior to this lawsuit?                        09:56:55

 4          A.   Not monetarily.                          09:56:56

 5          Q.   In some other sense?                     09:56:58

 6          A.   Just the value it has to me personally.  09:57:07

 7          Q.   What is the value -- What do you mean when  09:57:18

 8     you say the value it has to you personally?        09:57:20

 9          A.   The amount of people who know about it.  09:57:30

10     Like -- Yeah.                                      09:57:38

11          Q.   Do you -- As a result of what you contend  09:57:48

12     Patreon did in this lawsuit, that is, disclose     09:57:54

13     information about you to Meta, do you have an       09:57:58

14     understanding that more people know your personal  09:58:02

15     information than knew it before?                   09:58:07

16          A.   Sorry, could you repeat it one more time.  09:58:10

17          Q.   Sure.                                    09:58:12

18               In response to my prior question, you said  09:58:13

19     that the value of the data to you personally related  09:58:15

20     to how many people know about it and now my question  09:58:19

21     to you in follow-up is, do you have an understanding  09:58:23

22     that more people know about it now than they did   09:58:26

23     before absent what you think Patreon did?          09:58:29

24          MR. GRILLE:  Object to form.                  09:58:31

25          THE WITNESS:  Absent to what Patreon did?  So  09:58:42
```

Page 20

```
1        could you rephrase?                          09:58:45

2              MR. NORTON:  Yeah, sure.               09:58:46

3         Q.  Are there actually more people who know 09:58:51

4    personal information about you than did before   09:58:55

5    Patreon purportedly disclosed your information to 09:59:00

6    Facebook?                                        09:59:03

7         A.  Yes, there are more people.             09:59:04

8         Q.  All right.  And how do you know that?   09:59:05

9         A.  Because that information was not in the 09:59:18

10   hands of Facebook before Patreon gave it to them. 09:59:21

11        Q.  And does it matter to you whether any human 09:59:27

12   being at -- Excuse me.                           09:59:29

13             Does it matter to you whether any human 09:59:31

14   being at Facebook ever actually looked at that data? 09:59:34

15        A.  As long as they had access to look at it, 09:59:45

16   yes, it matters.                                 09:59:47

17        Q.  And why does mere access matter?        09:59:57

18        A.  Because then they have the option to view 10:00:05

19   it and use it.                                   10:00:07

20        Q.  And why does it matter to you that they 10:00:09

21   have the option to view it and use it if, in fact, 10:00:11

22   no human being ever does?                        10:00:15

23        A.  Because they shouldn't have had the data in 10:00:22

24   the first place.                                 10:00:24

25        Q.  How are you harmed if Facebook has access 10:00:25
```

Page 21

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to information about you that it never uses in any | 10:00:28 |
| 2 | way? | 10:00:33 |
| 3 | A. Them having the data period is what harms | 10:00:45 |
| 4 | me. | 10:00:47 |
| 5 | Q. And my question to you is, how? | 10:00:47 |
| 6 | MR. GRILLE:  Object to form. | 10:00:51 |
| 7 | THE WITNESS:  Because they got it without my | 10:00:55 |
| 8 | consent and them having it devalues it. | 10:00:56 |
| 9 | MR. NORTON: | 10:01:13 |
| 10 | Q. Anything else? | 10:01:13 |
| 11 | A. No. | 10:01:18 |
| 12 | Q. Now, you've said a few times this morning | 10:01:32 |
| 13 | that information was obtained without your consent. | 10:01:34 |
| 14 | Why do you say it was obtained without your | 10:01:39 |
| 15 | consent? | 10:01:41 |
| 16 | A. Because I did not consent for Patreon to | 10:01:42 |
| 17 | share said information. | 10:01:46 |
| 18 | Q. When did you create your Patreon account? | 10:01:49 |
| 19 | A. Believe it was 2019. | 10:01:54 |
| 20 | Q. Do you remember what month? | 10:02:01 |
| 21 | A. No. | 10:02:02 |
| 22 | Q. Why did you create a Patreon account? | 10:02:04 |
| 23 | A. To view content creators had put on the | 10:02:07 |
| 24 | website that wasn't available anywhere else. | 10:02:13 |
| 25 | Q. Were there particular creators that you | 10:02:18 |

Page 22

| | | |
|---|---|---|
| 1 | has been available on any other platforms other than | 10:05:32 |
| 2 | YouTube and Patreon? | 10:05:34 |
| 3 | A.  I do not know. | 10:05:36 |
| 4 | Q.  Did you look for NerdBallerTV content other | 10:05:39 |
| 5 | than on Patreon? | 10:05:42 |
| 6 | A.  YouTube. | 10:05:44 |
| 7 | Q.  Anyplace else? | 10:05:47 |
| 8 | A.  No. | 10:05:48 |
| 9 | Q.  So when you created your Patreon account, | 10:05:58 |
| 10 | do you recall just mechanically how you did it, how | 10:06:07 |
| 11 | you created the account? | 10:06:11 |
| 12 | A.  It likely just consisted of name, e-mail | 10:06:17 |
| 13 | address, date of birth, and billing information. | 10:06:21 |
| 14 | Q.  Did you do it -- Did you create the account | 10:06:25 |
| 15 | using some electronic device? | 10:06:27 |
| 16 | A.  Yes. | 10:06:30 |
| 17 | Q.  All right.  And do you remember which | 10:06:31 |
| 18 | device you used? | 10:06:31 |
| 19 | A.  No. | 10:06:39 |
| 20 | Q.  Did you click on some link from | 10:06:44 |
| 21 | NerdBallerTV's YouTube page to get to the Patreon | 10:06:47 |
| 22 | site to create your account? | 10:06:50 |
| 23 | MR. GRILLE:  Object to form. | 10:06:56 |
| 24 | THE WITNESS:  I do not recall. | 10:06:57 |
| 25 | MR. NORTON: | 10:07:02 |

Page 25

| | | |
|---|---|---|
| 1 | Q.   Do you recall whether when you created your | 10:07:03 |
| 2 | Patreon account, whether you had to consent to any | 10:07:06 |
| 3 | terms of use? | 10:07:08 |
| 4 | A.   I do not know. | 10:07:09 |
| 5 | Q.   Now, you have a Facebook account; right? | 10:07:10 |
| 6 | A.   I do. | 10:07:15 |
| 7 | Q.   And you've had it for how long? | 10:07:15 |
| 8 | A.   I believe since 2010. | 10:07:22 |
| 9 | Q.   Do you remember when you got your Facebook | 10:07:25 |
| 10 | account, did you have to agree to some terms of use? | 10:07:28 |
| 11 | A.   I didn't make it for myself. | 10:07:31 |
| 12 | Q.   Do you have a Reddit account? | 10:07:33 |
| 13 | A.   I do. | 10:07:34 |
| 14 | Q.   When you created your Reddit account, did | 10:07:35 |
| 15 | you agree to some terms of use? | 10:07:37 |
| 16 | A.   Most likely, yes. | 10:07:46 |
| 17 | Q.   You have a TikTok account; right? | 10:07:47 |
| 18 | A.   I do. | 10:07:49 |
| 19 | Q.   When you created your TikTok account, did | 10:07:50 |
| 20 | you have to agree to some terms of use? | 10:07:51 |
| 21 | A.   Yes. | 10:07:51 |
| 22 | Q.   You have a Twitter account; right? | 10:07:52 |
| 23 | A.   I do. | 10:07:53 |
| 24 | Q.   When you created your Twitter account, did | 10:07:54 |
| 25 | you have to agree to some terms of use? | 10:07:56 |

Page 26

| | | |
|---|---|---|
| 1 | A. Yes. | 10:07:58 |
| 2 | Q. You have an Instagram account; right? | 10:07:59 |
| 3 | A. I do. | 10:08:02 |
| 4 | Q. When you created your Instagram account, | 10:08:03 |
| 5 | did you have to agree to some terms of use? | 10:08:05 |
| 6 | A. Yes. | 10:08:07 |
| 7 | Q. Do you have a SoundCloud account? | 10:08:11 |
| 8 | A. I do. | 10:08:12 |
| 9 | Q. When you created your SoundCloud account, | 10:08:13 |
| 10 | you have to agree to some terms of use? | 10:08:16 |
| 11 | A. I don't recall for that one. | 10:08:19 |
| 12 | Q. Okay. In your experience, is it possible | 10:08:20 |
| 13 | to create a social media account without agreeing to | 10:08:23 |
| 14 | terms of use? | 10:08:26 |
| 15 | MR. GRILLE: Object to form. | 10:08:27 |
| 16 | THE WITNESS: Do not know. | 10:08:30 |
| 17 | MR. NORTON: | 10:08:30 |
| 18 | Q. You have a Gmail account. | 10:08:34 |
| 19 | When you created your Gmail account, did | 10:08:35 |
| 20 | you agree to the terms of use? | 10:08:37 |
| 21 | A. If there were terms to be agreed to, yes. | 10:08:39 |
| 22 | Q. Just sitting here today, you just don't | 10:08:46 |
| 23 | remember whether you agreed to the Patreon terms of | 10:08:48 |
| 24 | use; is that fair? | 10:08:51 |
| 25 | A. I don't remember for most of those. | 10:08:52 |

Page 27

CONFIDENTIAL

```
 1          Q.  When you create an account on a social        10:08:54

 2     media platform that does have terms of use, do you     10:08:59

 3     read 'em?                                              10:09:04

 4          A.  Not intently.                                 10:09:05

 5          Q.  Well, do you read them at all?                10:09:18

 6          A.  Sometimes, yes.                               10:09:19

 7          Q.  Is there any rhyme or reason to why you       10:09:20

 8     read them sometimes and not other times?              10:09:22

 9          MR. GRILLE:  Object to form.                      10:09:24

10          THE WITNESS:  The time on my hands.               10:09:25

11          MR. NORTON:                                       10:09:35

12          Q.  Did anything prevent you from being able to   10:09:35

13     review Patreon's terms of use before you created      10:09:38

14     your Patreon account?                                 10:09:41

15          A.  No.                                           10:09:48

16          Q.  Now, whether you read the terms of use or     10:09:48

17     not, do you agree if you accept the terms, that's a    10:09:51

18     contract and you're bound by it; right?               10:09:53

19          MR. GRILLE:  Object to form.                      10:09:56

20          THE WITNESS:  I do not know the legal minutiae.   10:09:59

21          MR. NORTON:                                       10:10:03

22          Q.  Well, whether you know the legal minutiae     10:10:03

23     or not, do you understand that if you click I Accept   10:10:06

24     on terms of use that you agree to be bound by the      10:10:08

25     terms?                                                 10:10:12
```

Page 28

| | | |
|---|---|---|
| 1 | MR. GRILLE:  Same objection. | 10:10:13 |
| 2 | THE WITNESS:  If in a legal sense I am bound, | 10:10:21 |
| 3 | then yes. | 10:10:23 |
| 4 | MR. NORTON: | 10:10:23 |
| 5 | Q.  I'm not asking you in a legal sense. | 10:10:23 |
| 6 | I'm just asking, what's your understanding | 10:10:25 |
| 7 | when you go on the Internet and you go to a page and | 10:10:27 |
| 8 | it says Terms of Use, and it has an I Accept button, | 10:10:29 |
| 9 | and you click that I Accept button, do you have an | 10:10:32 |
| 10 | understanding of what that means? | 10:10:35 |
| 11 | A.  Yeah, it means I accept the terms of use. | 10:10:40 |
| 12 | Q.  And when you accept the terms of use, | 10:10:42 |
| 13 | that's a contract; right? | 10:10:43 |
| 14 | MR. GRILLE:  Object to form. | 10:10:45 |
| 15 | THE WITNESS:  I do not know if it's a contract | 10:10:48 |
| 16 | personally or if it's just a way to use their | 10:10:50 |
| 17 | website. | 10:10:55 |
| 18 | MR. NORTON: | 10:10:55 |
| 19 | Q.  Okay.  But you understand that you're | 10:10:56 |
| 20 | agreeing to those terms of use? | 10:10:59 |
| 21 | A.  Yes. | 10:11:00 |
| 22 | Q.  All right.  And if there is a consent to | 10:11:01 |
| 23 | disclosure of your information in those terms of | 10:11:03 |
| 24 | use, you're agreeing to that too; right? | 10:11:06 |
| 25 | MR. GRILLE:  Object to form. | 10:11:08 |

Page 29

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 10:11:13 |
| 2 | MR. NORTON: | 10:11:13 |
| 3 | Q.  When you created your Patreon account, did | 10:11:14 |
| 4 | you look to see whether or not Patreon could | 10:11:19 |
| 5 | disclose information about what you did on the | 10:11:26 |
| 6 | Patreon site? | 10:11:28 |
| 7 | A.  No. | 10:11:31 |
| 8 | Q.  After you created your Patreon account in | 10:11:40 |
| 9 | 2019, did you ever go on the Patreon site to try to | 10:11:44 |
| 10 | understand what information does Patreon disclose | 10:11:47 |
| 11 | about my activity on creator pages? | 10:11:51 |
| 12 | A.  No. | 10:12:02 |
| 13 | Q.  In 2020, did you ever go on the Patreon | 10:12:02 |
| 14 | site to try to understand what information Patreon | 10:12:04 |
| 15 | discloses about your activity on Patreon creator | 10:12:06 |
| 16 | pages? | 10:12:10 |
| 17 | A.  No. | 10:12:11 |
| 18 | Q.  Same question 2021. | 10:12:13 |
| 19 | A.  No. | 10:12:17 |
| 20 | Q.  Same question 2022. | 10:12:17 |
| 21 | A.  No. | 10:12:21 |
| 22 | Q.  So if you're mistaken and, in fact, you did | 10:12:38 |
| 23 | consent to Patreon disclosing information about your | 10:12:41 |
| 24 | activity on the website, would you agree to withdraw | 10:12:45 |
| 25 | your complaint? | 10:12:49 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL

```
 1        A.   No.                                      10:12:51

 2             Oh, sorry.                               10:12:52

 3        Q.   Why not?                                 10:12:53

 4        A.   From my understanding, the VPPA requires 10:12:57

 5   you to have a separate form aside from any terms of 10:13:02

 6   use that you must agree to.                         10:13:06

 7        Q.   Okay.  So even if you did consent to     10:13:14

 8   Patreon's disclosure of your information to         10:13:18

 9   Facebook, you would still persist in your lawsuit if 10:13:21

10   that consent was not in the form required by the    10:13:29

11   VPPA; is that right?                                10:13:32

12        A.   Yes.                                      10:13:34

13        Q.   Have you ever read the Patreon terms of  10:14:00

14   use?                                                10:14:02

15        MR. GRILLE:  Object to form.                   10:14:06

16        THE WITNESS:  Not in their entirety.           10:14:11

17        MR. NORTON:                                     10:14:13

18        Q.   When was the first time you ever looked at 10:14:17

19   the Patreon terms of use, as best you can recall?   10:14:19

20        A.   I do not know.                            10:14:54

21        Q.   Do you recall when this lawsuit was filed? 10:14:59

22        A.   Yes.                                      10:15:01

23        Q.   What's your memory of when the lawsuit was 10:15:02

24   first filed?                                        10:15:04

25        A.   2022.                                     10:15:05
```

Page 31

CONFIDENTIAL

| 1 | Q.   Around May? | 10:15:07 |
|---|---|---|
| 2 | A.   Yes. | 10:15:08 |
| 3 | Q.   Did you ever look at the Patreon terms of | 10:15:09 |
| 4 | use prior to this lawsuit being filed? | 10:15:11 |
| 5 | A.   I don't believe so. | 10:15:22 |
| 6 | Q.   Do you understand that Patreon, in addition | 10:15:24 |
| 7 | to the terms of use, also has a privacy policy? | 10:15:25 |
| 8 | A.   Yes. | 10:15:29 |
| 9 | Q.   Did you ever look at the privacy policy | 10:15:30 |
| 10 | before you filed this lawsuit? | 10:15:33 |
| 11 | A.   I did not. | 10:15:37 |
| 12 | Q.   Have you looked at the privacy policy since | 10:15:39 |
| 13 | you filed this lawsuit? | 10:15:41 |
| 14 | A.   I don't know. | 10:15:47 |
| 15 | Q.   Do you have an understanding that Patreon | 10:15:48 |
| 16 | has a cookie policy? | 10:15:50 |
| 17 | A.   Yes. | 10:15:53 |
| 18 | Q.   Have you ever looked at the cookie policy? | 10:15:55 |
| 19 | A.   I don't believe so. | 10:16:01 |
| 20 | Q.   We talked about your Facebook account a | 10:16:11 |
| 21 | little bit. | 10:16:13 |
| 22 | I think you said somebody else created your | 10:16:14 |
| 23 | Facebook account for you; is that right? | 10:16:16 |
| 24 | A.   Yes. | 10:16:18 |
| 25 | Q.   And is that because you were a minor at the | 10:16:18 |

Page 32

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | time? | 10:16:20 |
| 2 | A.  Yes. | 10:16:20 |
| 3 | Q.  All right.  How old are you now? | 10:16:21 |
| 4 | A.  21. | 10:16:31 |
| 5 | Q.  Have you ever agreed to the Facebook terms | 10:16:40 |
| 6 | of use, as best you know? | 10:16:43 |
| 7 | A.  My parents probably did, yes. | 10:16:49 |
| 8 | Q.  Okay.  In the last three years, have you | 10:16:52 |
| 9 | ever clicked on anything whereby you agreed to | 10:16:54 |
| 10 | Facebook's updated terms of use? | 10:17:01 |
| 11 | A.  I do not know. | 10:17:05 |
| 12 | Q.  Do you have an understanding of whether | 10:17:06 |
| 13 | your continued use of Facebook requires that you | 10:17:07 |
| 14 | agree to the current terms of use? | 10:17:09 |
| 15 | A.  I do not know. | 10:17:12 |
| 16 | Q.  Did you ever bother to look? | 10:17:14 |
| 17 | MR. GRILLE:  Object to form. | 10:17:17 |
| 18 | THE WITNESS:  No. | 10:17:20 |
| 19 | MR. NORTON: | 10:17:24 |
| 20 | Q.  Do you have an understanding of whether | 10:17:24 |
| 21 | Facebook has terms of use that identify what | 10:17:25 |
| 22 | information Facebook collects about you on the | 10:17:30 |
| 23 | Internet? | 10:17:32 |
| 24 | A.  Sorry, could you repeat that one more time. | 10:17:33 |
| 25 | Q.  Sure. | 10:17:35 |

Page 33

```
 1            Q.  But some amount more?                11:57:52

 2            MR. GRILLE:  Object to form.             11:57:59

 3            THE WITNESS:  No, I -- I think $10 was the max  11:58:00

 4     price.                                          11:58:03

 5            MR. NORTON:                               11:58:03

 6            Q.  Okay.  For Channel 5, you were paying $5 a  11:58:03

 7     month.                                          11:58:08

 8                 Would you have been willing to pay more   11:58:09

 9     than $5 a month to get access to Channel 5?     11:58:11

10            MR. GRILLE:  Object to form.             11:58:14

11            THE WITNESS:  No.                         11:58:15

12            MR. NORTON:                               11:58:17

13            Q.  And the $2 you paid for the Astroworld  11:58:19

14     incident documentary, would you have been willing to  11:58:21

15     pay more than $2 for that?                      11:58:24

16            A.  No.                                   11:58:29

17            Q.  Was the $5 you paid for Channel 5 a fair  11:58:30

18     price?                                          11:58:32

19            MR. GRILLE:  Object to form.             11:58:32

20            THE WITNESS:  At the time, yes.          11:58:36

21            MR. NORTON:                               11:58:36

22            Q.  Was the $2 you paid to watch the Astroworld  11:58:37

23     documentary, was that a fair price?             11:58:41

24            MR. GRILLE:  Object to form.             11:58:44

25            THE WITNESS:  At the time, yes.          11:58:45
```

Page 80

| | | |
|---|---|---|
| 1 | MR. NORTON: | 11:58:45 |
| 2 | Q.  You said, "at the time." | 11:58:46 |
| 3 | What do you mean, "at the time"? | 11:58:47 |
| 4 | A.  Before my understanding of Patreon's use of | 11:58:49 |
| 5 | the Meta Pixel. | 11:58:53 |
| 6 | Q.  Okay.  And what does -- Patreon's use of | 11:58:55 |
| 7 | the Meta Pixel, what effect does that have on your | 11:58:58 |
| 8 | view of what a fair price for that content was? | 11:59:02 |
| 9 | A.  Because they were profiting off of my | 11:59:08 |
| 10 | information and I wouldn't have, you know, chose to | 11:59:14 |
| 11 | pay the full price potentially at the time of my | 11:59:21 |
| 12 | subscribing if I had known of such data collecting. | 11:59:24 |
| 13 | Q.  You said, "potentially." | 11:59:29 |
| 14 | Why do you say, "potentially"? | 11:59:30 |
| 15 | A.  I don't know how I would have changed my | 11:59:59 |
| 16 | behavior at the time. | 12:00:03 |
| 17 | Q.  Have you ever spent any money out of your | 12:00:51 |
| 18 | own pocket to enhance what you understand to be your | 12:00:53 |
| 19 | privacy on the Internet? | 12:01:00 |
| 20 | A.  I have paid for VPNs in the past. | 12:01:05 |
| 21 | Q.  When have you paid for a VPN? | 12:01:08 |
| 22 | A.  Between 2019 and 2022. | 12:01:21 |
| 23 | Q.  Why did you pay for a VPN? | 12:01:25 |
| 24 | A.  Because I saw value in it. | 12:01:36 |
| 25 | Q.  What was it that you were doing on the | 12:01:40 |

Page 81

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Internet that led you to conclude that it would be | 12:01:41 |
| 2 | preferable to have a VPN? | 12:01:46 |
| 3 | A.  There was some sort of app I was using | 12:01:56 |
| 4 | where only certain features were allowed with the | 12:01:59 |
| 5 | VPN on and I do enjoy the sense of security it | 12:02:05 |
| 6 | provides. | 12:02:14 |
| 7 | Q.  What was the app? | 12:02:15 |
| 8 | A.  I cannot recall. | 12:02:18 |
| 9 | Q.  What was the purpose of the app? | 12:02:19 |
| 10 | A.  I cannot recall. | 12:02:23 |
| 11 | Q.  How much did you pay for the VPN? | 12:02:24 |
| 12 | A.  It's probably between 10 to 15 a month, to | 12:02:30 |
| 13 | guess. | 12:02:37 |
| 14 | Q.  Was the only reason why you paid 10 to $15 | 12:02:41 |
| 15 | a month for a VPN so that you could use this app? | 12:02:43 |
| 16 | MR. GRILLE:  Object to form. | 12:02:47 |
| 17 | THE WITNESS:  Not entirely. | 12:02:49 |
| 18 | MR. NORTON: | 12:02:53 |
| 19 | Q.  What were the other reasons why you paid 10 | 12:02:53 |
| 20 | to $15 a month for a VPN? | 12:02:55 |
| 21 | A.  The privacy aspect of it. | 12:02:59 |
| 22 | Q.  Right. | 12:03:03 |
| 23 | What were the other things that you were | 12:03:05 |
| 24 | doing that led you to value the enhanced privacy of | 12:03:07 |
| 25 | the VPN? | 12:03:12 |

Page 82

| | | |
|---|---|---|
| 1 | A.  Nothing beyond average Internet usage. | 12:03:14 |
| 2 | Q.  Were you engaging in any transactions that | 12:03:21 |
| 3 | were illegal? | 12:03:24 |
| 4 | A.  No. | 12:03:24 |
| 5 | Q.  Were you buying drugs? | 12:03:25 |
| 6 | A.  No. | 12:03:26 |
| 7 | Q.  Were you watching video content? | 12:03:35 |
| 8 | MR. GRILLE:  Object to form. | 12:03:39 |
| 9 | THE WITNESS:  Most likely at some point. | 12:03:49 |
| 10 | MR. NORTON: | 12:03:51 |
| 11 | Q.  Do you recall specific video content that | 12:03:52 |
| 12 | you were watching using the VPN? | 12:03:53 |
| 13 | A.  No. | 12:03:56 |
| 14 | Q.  Did you ever use a VPN to visit the Patreon | 12:03:58 |
| 15 | site? | 12:04:03 |
| 16 | A.  Not intentionally. | 12:04:10 |
| 17 | Q.  Who was the VPN provider? | 12:04:19 |
| 18 | A.  I don't know, but I could think of some | 12:04:24 |
| 19 | names I may have used. | 12:04:26 |
| 20 | Q.  Why don't you do that for me, please. | 12:04:31 |
| 21 | A.  Such as NordVPN.  And I think there's one | 12:04:33 |
| 22 | called -- it's Armor.  These are guesses.  I do not | 12:04:38 |
| 23 | recall. | 12:04:47 |
| 24 | Q.  I understand. | 12:04:50 |
| 25 | Is there something you could look at that | 12:04:51 |

Page 83

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | might allow you to answer that question? | 12:04:53 |
| 2 | A.  Probably. | 12:04:56 |
| 3 | Q.  What would you look at? | 12:04:57 |
| 4 | A.  E-mail and e-mail receipts that may have | 12:04:59 |
| 5 | been sent. | 12:05:05 |
| 6 | Q.  Other than spending money for a VPN, is | 12:05:15 |
| 7 | there any other occasion where you've spent money to | 12:05:17 |
| 8 | enhance what you perceive to be your privacy when | 12:05:20 |
| 9 | browsing the Internet? | 12:05:24 |
| 10 | A.  No. | 12:05:26 |
| 11 | Q.  Have you ever paid for software that blocks | 12:05:29 |
| 12 | cookies? | 12:05:32 |
| 13 | A.  No. | 12:05:32 |
| 14 | Q.  Want to go back to the devices that you've | 12:06:03 |
| 15 | used to access Patreon and Facebook. | 12:06:05 |
| 16 | Have you ever allowed anyone to borrow | 12:06:15 |
| 17 | those devices? | 12:06:17 |
| 18 | Let's start with the 2019 iPhone, did you | 12:06:20 |
| 19 | ever loan the 2019 iPhone to anyone else? | 12:06:23 |
| 20 | A.  No. | 12:06:23 |
| 21 | Q.  Did you ever loan the 2021 iPhone to anyone | 12:06:24 |
| 22 | else? | 12:06:26 |
| 23 | A.  No. | 12:06:27 |
| 24 | Q.  Did you ever loan your MacBook to anyone | 12:06:27 |
| 25 | else? | 12:06:29 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1            A.  No.                                   12:06:29

 2            Q.  Whether you ever loaned it to anyone else   12:06:30

 3       or not, has anyone else ever used one of those    12:06:32

 4       devices?                                        12:06:35

 5            A.  Not from what I can remember.           12:06:37

 6            Q.  Were there other people who had access to  12:06:42

 7       those devices?                                  12:06:45

 8            A.  Potentially.                           12:06:53

 9            Q.  Who potentially had access to your devices?  12:06:54

10            A.  My girlfriend during college.          12:07:04

11            Q.  Which of the devices did your girlfriend  12:07:08

12       during college have access to?                 12:07:10

13            A.  She may have had the access to my laptop.  12:07:13

14            Q.  What are the circumstances in which she may  12:07:20

15       have had access to your laptop?                12:07:22

16            A.  If she decided to pull it out while at my   12:07:28

17       house.                                          12:07:34

18            Q.  Did your girlfriend in college have a   12:07:37

19       Facebook account?                               12:07:39

20            A.  I think so, yeah.                       12:07:42

21            Q.  Is there anything that would prevent her   12:07:48

22       from logging into her Facebook account on your   12:07:50

23       computer if she had access to it?              12:07:53

24            A.  No.                                     12:07:56

25            Q.  What is -- what is your former girlfriend's  12:08:03
```

Page 85

CONFIDENTIAL

1      STATE OF CALIFORNIA   )

                              ) ss.

2      COUNTY OF LOS ANGELES )

3

4        I, MARY K. MEDLEY, CSR NO. 9557, in and for the

5      State of California, do hereby certify:

6        That prior to being examined, the witness named

7      in the foregoing deposition was by me duly sworn to

8      testify the truth, the whole truth, and nothing but

9      the truth;

10        That said deposition was taken down by me in

11     shorthand at the time and place therein named and

12     thereafter reduced to typewriting under my

13     direction, and the same is a true, correct, and

14     complete transcript of said proceedings;

15        That if the foregoing pertains to the original

16     transcript of a deposition in a Federal Case, before

17     completion of the proceedings, review of the

18     transcript {x} was {  }  was not required.

19        I further certify that I am not interested in

20     the event of the action.

21     Witness my hand this 10th day of October 2023.

22

23               CSR No. 9557

24                  Certified Shorthand Reporter

25                    State of California

Page 138