1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
2                      SAN FRANCISCO DIVISION
        _____
3      BRAYDEN STARK and JUDD OOSTYEN,)
       on behalf of themselves and all)
4      others similarly situated,      )
       Plaintiffs,                     )
5      v.                              )No.3:22-cv-03131
                                       )   -JCS
6      PATREON, INC.,                  )
       Defendant.                      )
7      _____
8            CONFIDENTIAL ATTORNEYS EYES' ONLY
             30(B)(6) DEPOSITION OF DEFENDANT,
9                      PATREON, INC.,
             DEPOSITION OF JASON BYTTOW
10     _____
11                       8:00 a.m.
                       August 1, 2023
12                   Brooklyn, New York
13
14
15                 CORRECTED TRANSCIRPT
16
17
18
19
20                   File #6023169
21
22
23
24
25         Reported by: Judy Robinson, CCR No. 2171

                                              Page 1

| | | |
|---|---|---|
| 1 | Q.  Okay.  So, yeah, and this is -- well, | 09:54 |
| 2 | we're going to look at different documents | 09:54 |
| 3 | today, and some of them have different forms of | 09:54 |
| 4 | numbering.  So I'll just try to be clear.  But | 09:54 |
| 5 | for this one I'm on Page 5 of the document. | 09:54 |
| 6 | Now do you see where I was talking | 09:54 |
| 7 | about, Areas of Inquiry? | 09:54 |
| 8 | A.  I do, yes.  Sorry for that. | 09:54 |
| 9 | Q.  No, no problem. | 09:54 |
| 10 | So it begins with 2A, and it's not | 09:54 |
| 11 | completely sequential, but there is several | 09:54 |
| 12 | categories here through 9; do you see those? | 09:54 |
| 13 | A.  Yes. | 09:55 |
| 14 | Q.  Have you seen those categories before? | 09:55 |
| 15 | A.  So yes.  These -- these I have seen now | 09:55 |
| 16 | that I'm kind of looking at this in more detail. | 09:55 |
| 17 | Q.  Okay. | 09:55 |
| 18 | And do you understand that Patreon | 09:55 |
| 19 | designated you to testify on its behalf about -- | 09:55 |
| 20 | A.  Yes. | 09:55 |
| 21 | Q.  -- these different categories? | 09:55 |
| 22 | A.  Uh-huh, yep. | 09:55 |
| 23 | Q.  We'll go into each in -- in more | 09:55 |
| 24 | detail, but what did you do broadly to prepare | 09:55 |
| 25 | for today's deposition? | 09:55 |

Page 14

| | | |
|---|---|---|
| 1 | A.  I reviewed our code, entire code | 09:55 |
| 2 | history as it pertains to how we've integrated | 09:55 |
| 3 | with Facebook and the commits thereof that | 09:55 |
| 4 | introduced or modified those integrations. | |
| 5 | REPORTER:  Hold on.  Clarification. | |
| 6 | The commits thereof?  C-O-M-M-I-T-S? | |
| 7 | WITNESS:  C-o-m-m-i-t-s. | |
| 8 | REPORTER:  The commits.  Okay.  Excuse | |
| 9 | me.  Thank you. | |
| 10 | BY MR. GRILLE: | 09:56 |
| 11 | Q.  Is "commits" a term that software | 09:56 |
| 12 | engineers sometimes use? | 09:56 |
| 13 | A.  Yes. | 09:56 |
| 14 | Q.  What does it mean? | 09:56 |
| 15 | A.  In the general sense of, as you said, | 09:56 |
| 16 | kind of general engineers in the industry. | 09:56 |
| 17 | It's -- it is, essentially, a -- a revision, a | 09:56 |
| 18 | request to revise the code base, and that code | 09:56 |
| 19 | then goes into a peer review and gets accepted | 09:56 |
| 20 | and then merged in with the production kind of | 09:56 |
| 21 | master code, if you will, the code base.  That | 09:56 |
| 22 | is, like, the definition of a commit, at least | 09:56 |
| 23 | just the way I use it, and broadly speaking. | 09:57 |
| 24 | Q.  Got it.  Got it. | 09:57 |
| 25 | At Patreon, is that process all | 09:57 |

Page 15

```
 1        performed by Patreon employees?                09:57
 2            A.  I wouldn't say all employees.  It's --  09:57
 3        it's -- it's people who have access to make code  09:57
 4        changes.  Though broadly speaking, that's the   09:57
 5        majority of engineers, but it may not include,   09:57
 6        you know, the CEO, for example.  I mean, maybe,  09:57
 7        maybe not.                                      09:57
 8            Q.  So how did you review the code history   09:57
 9        as it pertains to Patreon's integration with    09:57
10        Facebook?                                       09:57
11            A.  So I reviewed, essentially, the kind of  09:58
12        core code in which that Pixel has been hard     09:58
13        coded on to the website, and then I did         09:58
14        essentially kind of a look-back analysis of any 09:58
15        lines that have changed or been introduced for  09:58
16        that -- for that hard-coded code as well as any 09:58
17        sort of modifications.                          09:58
18            So I can look at that in a historical       09:58
19        lens on a particular set of lines.  I can also  09:58
20        wrap or search the code base for any similar    09:58
21        terms to see if anything was introduced at any  09:58
22        other point within the code base.  And so I     09:58
23        looked at that through a historical lens through 09:58
24        the time period in which that is under inquiry.  09:58
25            Q.  So is it correct that you are able to    09:58
```

Page 16

| | | |
|---|---|---|
| 1 | look at the software code as it exists today and | 09:58 |
| 2 | also historically how it was going some time | 09:58 |
| 3 | back? | 09:59 |
| 4 | A.  Yes. | 09:59 |
| 5 | Q.  What's the -- what would be the time | 09:59 |
| 6 | period?  Like, how far back did you look? | 09:59 |
| 7 | A.  It would be until -- it would be until | 09:59 |
| 8 | we started using GitHub, is our primary source | 09:59 |
| 9 | control for commits, which goes back quite a bit | 09:59 |
| 10 | beyond this date.  But for the purposes of when | 09:59 |
| 11 | the Pixel's introduced, I can kind -- I can see | 09:59 |
| 12 | exactly what the origin was for that even though | 09:59 |
| 13 | the code base kind of, you know, extends prior | 09:59 |
| 14 | to that.  So I have enough of a lens to see you | 09:59 |
| 15 | know, what the origins were. | 09:59 |
| 16 | Q.  And when was Pixel introduced at | 09:59 |
| 17 | Patreon? | 09:59 |
| 18 | MR. WALKER:  Object to the form. | 10:00 |
| 19 | WITNESS:  It was -- | 10:00 |
| 20 | REPORTER:  Okay. | 10:00 |
| 21 | MR. WALKER:  Mr. Byttow, if you could | 10:00 |
| 22 | just pause just a moment after he completes his | 10:00 |
| 23 | questions so that I have an opportunity to | 10:00 |
| 24 | impose an objection and none of us will talk | 10:00 |
| 25 | over one another.  That would be wonderful. | 10:00 |

Page 17

| | | |
|---|---|---|
| 1 | six -- three to -- three to five months, maybe. | 10:17 |
| 2 | Six months on or off.  Not -- you know, yeah, | 10:17 |
| 3 | it's really hard for me to accumulate a total | 10:17 |
| 4 | and how long of a period of time right now.  I | 10:17 |
| 5 | can think about it if you like. | 10:17 |
| 6 | Q.  No, that's okay.  That's -- that's | 10:17 |
| 7 | helpful. | 10:17 |
| 8 | Are there any other Patreon employees | 10:17 |
| 9 | that you met with to prepare for today that we | 10:17 |
| 10 | haven't discussed? | 10:17 |
| 11 | A.  No. | 10:17 |
| 12 | Q.  Are there any other documents that you | 10:17 |
| 13 | reviewed to prepare for today that we haven't | 10:17 |
| 14 | discussed? | 10:17 |
| 15 | A.  No. | 10:17 |
| 16 | Q.  When I say "documents," I would include | 10:17 |
| 17 | electronic materials and stuff you reviewed on | 10:17 |
| 18 | your computer, or anything like that. | 10:18 |
| 19 | Is there anything else that you did to | 10:18 |
| 20 | prepare? | 10:18 |
| 21 | MR. WALKER:  Objection, form. | 10:18 |
| 22 | REPORTER:  Hold on.  Did you have an | |
| 23 | objection? | |
| 24 | MR. WALKER:  Objection, form. | |
| 25 | REPORTER:  Okay.  Mr. Walker, can you | |

Page 28

```
 1        speak up with your objections.  I couldn't hear
 2        you.
 3              MR. WALKER:  Will do so.
 4              REPORTER:  Thank you.
 5              WITNESS:  Would -- can you repeat the        10:18
 6        question?  BY MR. GRILLE:                          10:18
 7          Q.  Sure.  Let me try to maybe phrase it a       10:18
 8        little bit better.                                 10:18
 9              When I say documents that you reviewed       10:18
10        to prepare for today, I mean more than just like  10:18
11        paper documents.  I also mean anything             10:18
12        electronic that you reviewed on a computer, a      10:18
13        tablet, or a phone.                                10:18
14              So is there anything else that you've        10:18
15        reviewed to prepare for today that we haven't      10:18
16        discussed?                                         10:18
17              MR. WALKER:  Objection, form.                10:18
18              WITNESS:  No.                                10:18
19              Sorry, I will pause.                         10:19
20              No, not that I can recall.                   10:19
21        BY MR. GRILLE:                                     10:19
22          Q.  What is your highest level of               10:19
23        education?                                         10:19
24          A.  You'd like to know my highest level of      10:19
25        education?                                         10:19
```

Page 29

| | | |
|---|---|---|
| 1 | Q.  Yes. | 10:19 |
| 2 | A.  Does that include certifications? | 10:19 |
| 3 | Degree?  What -- what do you define as highest | 10:19 |
| 4 | form of education? | 10:19 |
| 5 | Q.  Yes.  I'd like to know -- | 10:19 |
| 6 | A.  Books I've read? | 10:19 |
| 7 | Q.  I don't know if we'll have to go that | 10:19 |
| 8 | far.  We'll see.  But for now, certifications or | 10:19 |
| 9 | degrees that you have would be helpful. | 10:19 |
| 10 | A.  Um, so I'm mostly a self-taught | 10:20 |
| 11 | software engineer.  I've done three years of | 10:20 |
| 12 | college as a software engineering degree, and | 10:20 |
| 13 | have about 17 years of experience.  I don't | 10:20 |
| 14 | recall exactly what certificates I have.  Quite | 10:20 |
| 15 | a few. | 10:20 |
| 16 | Q.  What certificates do you remember? | 10:20 |
| 17 | A.  I can't remember right now. | 10:20 |
| 18 | Q.  Would they be software engineering, | 10:20 |
| 19 | certificates in -- within that field? | 10:20 |
| 20 | MR. WALKER:  Objection, form. | 10:20 |
| 21 | WITNESS:  Yes.  Some software | 10:20 |
| 22 | engineering.  Some network engineering.  I've | 10:20 |
| 23 | got a certification in electrical engineering as | 10:21 |
| 24 | well. | 10:21 |
| 25 | BY MR. GRILLE: | 10:21 |

Page 30

| | | |
|---|---|---|
| 1 | Q.  Do you have a -- a LinkedIn profile? | 10:21 |
| 2 | A.  I do. | 10:21 |
| 3 | Q.  Does that contain an accurate | 10:21 |
| 4 | representation of your work history? | 10:21 |
| 5 | A.  What representation are you thinking | 10:21 |
| 6 | about?  Are you thinking about my historical | 10:21 |
| 7 | employment? | 10:21 |
| 8 | Q.  Right. | 10:22 |
| 9 | MR. WALKER:  Object to form. | 10:22 |
| 10 | WITNESS:  Yes.  It has, I believe, | 10:22 |
| 11 | roughly accurate timeline of my historical | 10:22 |
| 12 | employment, though I don't really update it | 10:22 |
| 13 | any -- much.  So I haven't looked at it in quite | 10:22 |
| 14 | a while. | 10:22 |
| 15 | BY MR. GRILLE: | 10:22 |
| 16 | Q.  Let me introduce what we found just | 10:22 |
| 17 | publicly as your LinkedIn profile.  While I'm | 10:22 |
| 18 | doing that, I -- I don't mean to be invasive | 10:22 |
| 19 | with these questions.  It's -- it helps us to | 10:22 |
| 20 | understand a little bit about your background, | 10:22 |
| 21 | so that's the purpose for it. | 10:22 |
| 22 | A.  I mean, I -- I could tell you. | 10:22 |
| 23 | Q.  I think that's helpful.  Let me | 10:23 |
| 24 | introduce this to see if it can save some time, | 10:23 |
| 25 | and that should be available on your screen. | 10:23 |

Page 31

```
 1                REPORTER:  Is this Number 15?

 2                MR. GRILLE:  Yes.

 3                REPORTER:  And what is it?

 4                MR. GRILLE:  LinkedIn profile.

 5                (Exhibit No. 15 was marked.)

 6                WITNESS:  I have this open.          10:23

 7           BY MR. GRILLE:                            10:23

 8                Q.  Does this look like an accurate  10:23

 9           representation of what's on your LinkedIn 10:23

10           profile?                                  10:23

11                MR. WALKER:  Objection, form.        10:23

12                WITNESS:  I mean, the dates I -- I need 10:23

13           to rethink or relook at them.  But more or less 10:23

14           what is on -- what is here is -- has a record of 10:23

15           my employment, yes.                       10:23

16           BY MR. GRILLE:                            10:23

17                Q.  Are these all places that you've worked 10:23

18           and -- and positions that you held there in the 10:24

19           experience section?                       10:24

20                MR. WALKER:  Objection, form.        10:24

21                WITNESS:  This, I think, looks pretty 10:24

22           accurate, the top skills, with probably a bit 10:24

23           light compared to what I actually know.  But 10:24

24           sure.                                     10:24

25           BY MR. GRILLE:                            10:24
```

                                        Page 32

```
 1          Q.  What other skills would -- would you        10:24
 2      add to that list?                                   10:24
 3              MR. WALKER:  Objection, form.               10:24
 4              WITNESS:  I'm not sure it would be          10:24
 5      pertinent unless you would like me to list off      10:24
 6      all the languages and frameworks and libraries      10:24
 7      that I have.  It could be -- it could take some     10:24
 8      time.  Would you like me to list those?             10:24
 9      BY MR. GRILLE:                                      10:24
10          Q.  Yes.                                        10:24
11          A.  Would you like me to start with            10:24
12      languages?                                          10:25
13          Q.  I think if you could just remember --       10:25
14      if you could list the languages and top skills     10:25
15      that you remember while you're sitting here now.    10:25
16              MS. PURCELL:  Objection, form.              10:25
17              WITNESS:  It's great digression.  I         10:25
18      believe the first language that I had -- well,      10:25
19      if we talk about top skills I would put React       10:25
20      there.  I'd put Android and iOS development         10:25
21      publish I've done in my professional career;
22      C++, C Sharp, Origin.Net Studios.  So I --
23              REPORTER:  Hold on.
24              WITNESS:  -- I have an understanding
25      of --
```

Page 33

```
 1              REPORTER:  Hold on.  D++ (sic) and then
 2         please -- please start after D++.
 3              WITNESS:  I would probably put PHP and      10:26
 4         Perl up there as well.  And surprisingly        10:26
 5         JavaScript is not up there.  That's -- that one 10:26
 6         there, too.                                     10:26
 7              Probably covers most of the languages.     10:26
 8         We can talk about frameworks if you'd like.     10:26
 9         BY MR. GRILLE:                                  10:26
10              Q.  What are frameworks as you're using    10:26
11         that term?                                      10:26
12              A.  Frameworks are generally large         10:26
13         libraries, if you will.  Not to overload that   10:26
14         term, but that you would build something on top 10:26
15         of.                                             10:27
16              So, for example, Flask is a framework.     10:27
17         Django is listed as a skill -- as a framework.  10:27
18         These provide, essentially, the scaffolding to  10:27
19         build web applications.  On top of, in this     10:27
20         scenario, HTTP, HTTPS, et cetera.               10:27
21              Another framework would be -- would you    10:27
22         like me to continue?                            10:27
23              Q.  Why don't you continue your response.  10:27
24         I'll let you finish.                            10:27
25              A.  Sure.                                  10:27
```

Page 34

| | | |
|---|---|---|
| 1 | Another framework again is Django, same | 10:27 |
| 2 | similar to Flask -- Node, another example of a | 10:27 |
| 3 | framework.  They all provide similar things in | 10:27 |
| 4 | different languages while Django and Flack are | 10:28 |
| 5 | in Python noted in JavaScript.  They both -- | 10:28 |
| 6 | both those provide all service side frameworks | 10:28 |
| 7 | for, essentially, writing for -- or for building | 10:28 |
| 8 | a website or web application. | 10:28 |
| 9 | There are other terms for frameworks | 10:28 |
| 10 | that are not really typical to the web that I | 10:28 |
| 11 | have used.  Would you like me to continue | 10:28 |
| 12 | listing skills that I have? | 10:28 |
| 13 | Q.  Well, let me ask:  Are there other | 10:28 |
| 14 | major skills that you think are relevant to your | 10:28 |
| 15 | testimony today that you haven't discussed? | 10:28 |
| 16 | A.  I'm -- I -- I -- I'm not sure. | 10:28 |
| 17 | I -- are you asking if there are any | 10:28 |
| 18 | other skills that are relevant to this | 10:28 |
| 19 | testimony? | 10:28 |
| 20 | Q.  Right. | 10:28 |
| 21 | MR. WALKER:  For the record, I -- I | 10:28 |
| 22 | interposed an objection on the basis of form.  I | 10:28 |
| 23 | will make the next one louder.  But I interposed | 10:29 |
| 24 | an objection in response to the prior question. | 10:29 |
| 25 | WITNESS:  So you're asking me do I have | 10:29 |

Page 35

| | | |
|---|---|---|
| 1 | any other skills that are pertinent to this | 10:29 |
| 2 | discussion? | 10:29 |
| 3 | BY MR. GRILLE: | 10:29 |
| 4 | Q.  Yes.  Yes. | 10:29 |
| 5 | So we talked about how you prepared for | 10:29 |
| 6 | certain categories of testimony today.  Are | 10:29 |
| 7 | there other skills in your background that are | 10:29 |
| 8 | relevant as -- to the testimony that you | 10:29 |
| 9 | anticipate providing today? | 10:29 |
| 10 | MR. WALKER:  Objection, form. | 10:29 |
| 11 | WITNESS:  Are there any other skills | 10:29 |
| 12 | relevant to providing this testimony? | 10:29 |
| 13 | Well, I think speaking to you, | 10:29 |
| 14 | translating information.  That's pretty | 10:29 |
| 15 | relevant.  But I have a pretty good | 10:29 |
| 16 | understanding of, broadly speaking, how | 10:29 |
| 17 | patreon.coms are written.  The language is used, | |
| 18 | the frameworks used. | |
| 19 | REPORTER:  Hold on.  Clarification. | |
| 20 | What .coms? | |
| 21 | WITNESS:  Patreon.com. | |
| 22 | REPORTER:  Patreon, okay.  Excuse me. | |
| 23 | Go ahead. | |
| 24 | WITNESS:  I'm familiar with the | |
| 25 | frameworks and skills -- or sorry, the | 10:30 |

Page 36

| | | |
|---|---|---|
| 1 | powerpatreon.com.  I'm familiar with the tools | 10:30 |
| 2 | that we use and the -- the languages in which | 10:30 |
| 3 | it's written and how it's -- the majority of how | 10:30 |
| 4 | it's written.  So I have a pretty good | 10:30 |
| 5 | understanding of how it's built.  So it's -- | 10:30 |
| 6 | it's pretty relevant to transcribing what I have | 10:30 |
| 7 | -- what I know. | 10:30 |
| 8 | BY MR. GRILLE: | 10:30 |
| 9 | Q.  How long have you been at Patreon? | 10:30 |
| 10 | A.  I've been here over seven-and-a-half | 10:31 |
| 11 | years.  I don't know the exact month anymore. | 10:31 |
| 12 | Q.  Have you always held the same position | 10:31 |
| 13 | at Patreon? | 10:31 |
| 14 | A.  I had to change positions. | 10:31 |
| 15 | Q.  What positions have you held? | 10:31 |
| 16 | A.  I joined as a mid-level engineer.  Then | 10:31 |
| 17 | into a senior engineer.  And then into an | 10:31 |
| 18 | engineering manager.  And then a senior | 10:31 |
| 19 | engineering manager.  And then a staff engineer. | 10:31 |
| 20 | Back into an IC role. | 10:31 |
| 21 | Q.  What was the last one?  IC role, what | 10:32 |
| 22 | does that stand for? | 10:32 |
| 23 | A.  Individual contributor. | 10:32 |
| 24 | Q.  Is that also a similar software | 10:32 |
| 25 | engineering role? | 10:32 |

Page 37

```
 1              A.  Similar to what?                    10:32

 2              Q.  Let me ask a different question.     10:32

 3                  Are each of those roles, would you   10:32

 4       categorize them as software engineering?        10:32

 5              A.  They -- it all pertains to software   10:32

 6       engineering, yes.  Whether that's directly or    10:32

 7       indirectly.                                      10:32

 8              Q.  What would be the difference between  10:32

 9       directly and indirectly?                         10:32

10              A.  And when I say that, an IC would be   10:32

11       directly, generally directly writing code.  When 10:32

12       I say "indirectly," for example, as a manager,   10:32

13       you may or may not be writing code, but you're   10:32

14       managing people that do.                         10:33

15              Q.  On your LinkedIn profile, there's a   10:33

16       section called "Credits" on the second page, do  10:33

17       you see that?                                     10:33

18              A.  I do.                                  10:33

19              Q.  What is that?                          10:33

20              A.  Those are video games.                10:33

21              Q.  What does it mean to have a credit in 10:33

22       that context?                                     10:33

23              A.  It means that I have accredited to have 10:33

24       worked on those games, just like in a movie      10:33

25       credit.                                           10:33
```

Page 38

| | | |
|---|---|---|
| 1 | Q.  Did you work on those games in a | 10:33 |
| 2 | software engineering capacity? | 10:34 |
| 3 | A.  I did. | 10:34 |
| 4 | Q.  Because I'll reference at some point | 10:34 |
| 5 | topics that we're talking about, and I'd like to | 10:34 |
| 6 | talk about 2A.  This is Page 5 on the document. | 10:34 |
| 7 | Do you see where it says the number of | 10:34 |
| 8 | Patreon account holders?  "This Patreon account | 10:34 |
| 9 | was used to watch at least one video on the | 10:34 |
| 10 | Patreon website." | 10:35 |
| 11 | A.  Uh-huh.  Yep, I do. | 10:35 |
| 12 | Q.  Is this -- to prepare for this | 10:35 |
| 13 | category, you had a discussion with Mr. Brini; | 10:35 |
| 14 | is that correct? | 10:35 |
| 15 | A.  That's correct, yes. | 10:35 |
| 16 | Q.  We already talked about that and he -- | 10:35 |
| 17 | he provided that spreadsheet for you; is that | 10:35 |
| 18 | right? | 10:35 |
| 19 | A.  Yes. | 10:35 |
| 20 | Q.  All right. | 10:35 |
| 21 | So I think what we should do here is | 10:35 |
| 22 | take a quick break so I can get that spreadsheet | 10:35 |
| 23 | and then we can talk about it a little bit more. | 10:35 |
| 24 | VIDEOGRAPHER:  Counsel, do you agree to | 10:35 |
| 25 | go off the record? | 10:35 |

Page 39

```
 1                 MR. WALKER:  I do.                    10:35

 2                 VIDEOGRAPHER:  Going off the record.   10:35

 3        The time is 1:35 p.m.                          10:35

 4                 (Off the record.)                     10:50

 5                 VIDEOGRAPHER:  Back on the record.  The 10:50

 6        time is 1:50 p.m.                              10:50

 7        BY MR. GRILLE:                                 10:50

 8            Q.  All right.  We're back on the record.  10:50

 9                 Did you speak with anybody other than 10:50

10        your attorneys during the break?               10:50

11            A.  No.                                    10:50

12            Q.  And I now have what I've just          10:50

13        introduced as Exhibit 16.  Can you take a look 10:50

14        at that?                                       10:50

15                 (Exhibit No. 16 was marked.)          10:50

16                 WITNESS:  Yeah.                        10:51

17        BY MR. GRILLE:                                 10:51

18            Q.  Is that the spreadsheet that you       10:51

19        referenced earlier that you were reviewing?    10:51

20            A.  Yes.                                    10:51

21            Q.  And this is data that came from        10:51

22        Mr. Brini?                                      10:51

23            A.  Correct.                                10:51

24            Q.  And we talked about it earlier, but can 10:51

25        you walk me through what this spreadsheet shows? 10:51
```

Page 40

```
 1              REPORTER:  That you were what?

 2       Piloting?

 3              WITNESS:  Piloting, like testing with.

 4              REPORTER:  Thank you.

 5       BY MR. GRILLE:                              11:47

 6          Q.  And then when Patreon fully switched to  11:47

 7       allowing native video uploads is, you said,  11:47

 8       public information?                          11:47

 9          A.  Yeah.                                 11:47

10              We made an announcement to the public  11:47

11       in -- you know, in the end of the Q4 of 2022,  11:47

12       maybe October, November, something like that.  11:47

13          Q.  For uploaded native video, users can  11:48

14       watch those videos directly on Patreon's    11:48

15       website; is that correct?                    11:48

16          A.  Yes.                                  11:48

17          Q.  Can Patreon's subscribers search for  11:48

18       particular video content that may interest them?  11:49

19          A.  No.                                   11:49

20              Our search is very primitive.  We have  11:49

21       a creator search that just searches by creator  11:49

22       name.  That's our primary search.            11:49

23              The creator page you can search by, I  11:49

24       believe, the body of the content of the post for  11:49

25       any texts, and it will try to route -- you know,  11:49
```

Page 65

| | | |
|---|---|---|
| 1 | filter down those given post on that creator. | 11:49 |
| 2 | If -- if you are -- actually, I'm not | 11:49 |
| 3 | sure if nonsubscribers can do that search today. | 11:49 |
| 4 | I -- I think it's a subscriber-only search | 11:49 |
| 5 | for -- for their post types, yeah.  For the | 11:49 |
| 6 | posts of a creator. | 11:50 |
| 7 | You might be able to filter by media | 11:50 |
| 8 | type, but that's unreliable as well.  I think | 11:50 |
| 9 | you can.  I think you can filter maybe by audio | 11:50 |
| 10 | or video, but, like, link posts might not be | 11:50 |
| 11 | reliable as to having audio or not having video. | 11:50 |
| 12 | Q.  For filtering by media type, would that | 11:50 |
| 13 | be site-wide? | 11:50 |
| 14 | MR. WALKER:  Form. | 11:50 |
| 15 | WITNESS:  Filtering by media type is | 11:50 |
| 16 | creator-specific. | 11:50 |
| 17 | BY MR. GRILLE: | 11:50 |
| 18 | Q.  Are posts indexed or categorized by | 11:50 |
| 19 | media type? | 11:51 |
| 20 | MR. WALKER:  Object to form. | 11:51 |
| 21 | WITNESS:  So when you say "indexed," | 11:51 |
| 22 | can you -- can you tell me more about what you | 11:51 |
| 23 | mean there? | 11:51 |
| 24 | BY MR. GRILLE: | 11:51 |
| 25 | Q.  I -- I think you might have already | 11:51 |

Page 66

| | | |
|---|---|---|
| 1 | answered the question. | 11:51 |
| 2 | If you can filter by media type, that | 11:51 |
| 3 | means that there's some functionality in the | 11:51 |
| 4 | website that designates a post based on the type | 11:51 |
| 5 | of media; is that right? | 11:51 |
| 6 | MR. WALKER:  Objection, form. | 11:51 |
| 7 | WITNESS:  Yes.  There is a media | 11:51 |
| 8 | filter, yes. | 11:51 |
| 9 | BY MR. GRILLE: | 11:51 |
| 10 | Q.  I want to turn to the next topic of | 11:52 |
| 11 | where you've been designated.  This is back on | 11:52 |
| 12 | Exhibit 14, No. 2E. | 11:52 |
| 13 | A.  Uh-huh. | 11:52 |
| 14 | Q.  Do you see -- yeah. | 11:52 |
| 15 | Do you see where it says, "The manner | 11:52 |
| 16 | in which the terms and policies are presented | 11:52 |
| 17 | and reviewed -- | 11:52 |
| 18 | A.  Yes. | 11:52 |
| 19 | Q.  -- "by subscribers"? | 11:52 |
| 20 | A.  Yep. | 11:52 |
| 21 | Q.  How did you prepare for that topic? | 11:52 |
| 22 | A.  I reviewed our terms and policies. | 11:53 |
| 23 | Q.  Has the -- Patreon has -- Patreon has | 11:53 |
| 24 | Terms of Use and a Privacy Policy; is that | 11:53 |
| 25 | correct? | 11:53 |

Page  67

| | | |
|---|---|---|
| 1 | A.  Yes. | 11:53 |
| 2 | Q.  How are the Terms of Use presented to | 11:53 |
| 3 | its subscribers? | 11:53 |
| 4 | A.  So from my understanding, the product, | 11:53 |
| 5 | which is -- I'm not, you know, I can talk about | 11:53 |
| 6 | the mechanics, which is when a user comes to | 11:53 |
| 7 | patreon.com and wants to make an account, they | 11:53 |
| 8 | must agree to our terms and follow the Privacy | 11:54 |
| 9 | Policy, which is stated on our authentication | 11:54 |
| 10 | page. | 11:54 |
| 11 | Q.  Is there a checkbox that a user has to | 11:54 |
| 12 | click before he or she can subscribe indicating | 11:54 |
| 13 | that that person agreed to the terms? | 11:54 |
| 14 | A.  It's an explicit -- | 11:54 |
| 15 | MR. WALKER:  Object to form. | 11:54 |
| 16 | WITNESS:  It's an explicit button. | 11:54 |
| 17 | When you hit "Sign Up," there is text that says | 11:54 |
| 18 | you agree.  So that button is kind of our -- is | 11:54 |
| 19 | the checkbox. | 11:54 |
| 20 | But I think you're asking if there's an | 11:54 |
| 21 | explicit checkbox, like a form button, like a | 11:54 |
| 22 | check mark, is that what you're asking? | 11:54 |
| 23 | BY MR. GRILLE: | 11:55 |
| 24 | Q.  That is what I'm asking. | 11:55 |
| 25 | A.  There is no checkbox, no. | 11:55 |

Page 68

| | | |
|---|---|---|
| 1 | Q.  So if I understand correctly, when you | 11:55 |
| 2 | sign up, you load the sign-up button, there's | 11:55 |
| 3 | language that says something to the effect of by | 11:55 |
| 4 | signing up, you agree to the terms; is that | 11:55 |
| 5 | correct? | 11:55 |
| 6 | MR. WALKER:  Object to form. | 11:55 |
| 7 | WITNESS:  I don't remember the exact | 11:55 |
| 8 | line, but there is, off the top of my head, but | 11:55 |
| 9 | yes, you are a big nature, which is that you are | 11:55 |
| 10 | agreeing to our Privacy Policy and terms. | 11:55 |
| 11 | BY MR. GRILLE: | 11:55 |
| 12 | Q.  Is it true that that language | 11:55 |
| 13 | references both the terms and Privacy Policy? | 11:56 |
| 14 | A.  My understanding, yes. | 11:56 |
| 15 | Q.  What's the basis of that understanding? | 11:56 |
| 16 | A.  After reviewing the language, to me | 11:56 |
| 17 | it's clear that you are agreeing to both in the | 11:56 |
| 18 | way that it's written. | 11:56 |
| 19 | Q.  Am I correct, though, that users don't | 11:56 |
| 20 | have to check a box before they can proceed that | 11:56 |
| 21 | says expressly I agree to these terms? | 11:56 |
| 22 | MR. WALKER:  Objection, form. | 11:56 |
| 23 | WITNESS:  The way that the language | 11:56 |
| 24 | says -- that states it is something to the | 11:56 |
| 25 | effect of by accepting -- by hitting Sign Up, | 11:56 |

Page 69

```
 1        you are accepting the terms and Privacy Policy.    11:56
 2        So you are -- when you click that button you are   11:57
 3        agreeing.                                           11:57
 4            So I'm not sure if that answers your           11:57
 5        question directly.                                  11:57
 6        BY MR. GRILLE:                                      11:57
 7            Q.  That answers my question, and maybe to     11:57
 8        put a finer point, I think you've answered it.      11:57
 9            But the language indicates that by             11:57
10        clicking Sign Up, you agree to the terms, but      11:57
11        there isn't a separate box that somebody checks    11:57
12        that they have to check or take some action        11:57
13        before they can proceed.  To clicking Sign Up,     11:57
14        it says I agree to the terms; is that right?       11:57
15            A.  To my -- so my -- my understanding is      11:57
16        when you click the box, the sign-up button, you    11:57
17        are agreeing.  The button that says "Sign Up,      11:57
18        says "by clicking this, you are agreeing."         11:58
19            So there is no separate isolated              11:58
20        checkbox that you click that says by clicking      11:58
21        this checkbox, you agree.  It says "by clicking    11:58
22        the sign-up button, you agree."                    11:58
23            Q.  Has that always been the presentation     11:58
24        of the terms between 2016 and the present?         11:58
25            A.  Yes, to my --                              11:58
```

Page 70

| | | |
|---|---|---|
| 1 | MR. WALKER:  Objection, form. | 11:58 |
| 2 | WITNESS:  Yes, to my understanding. | 11:58 |
| 3 | BY MR. GRILLE: | 11:59 |
| 4 | Q.  Does Patreon keep -- no, strike that. | 11:59 |
| 5 | A.  After your next question, is it okay if | 11:59 |
| 6 | I use the bathroom for about five minutes? | 11:59 |
| 7 | MR. GRILLE:  Yeah, why don't we -- I'm | 11:59 |
| 8 | about to switch gears to a difference topic.  So | 11:59 |
| 9 | why don't we just go off the record now. | 11:59 |
| 10 | VIDEOGRAPHER:  Going off the record. | 11:59 |
| 11 | The time is 2:59 p.m. | 11:59 |
| 12 | (Off the record.) | 12:11 |
| 13 | VIDEOGRAPHER:  Back on the record.  The | 12:11 |
| 14 | time is 3:11 p.m. | 12:11 |
| 15 | BY MR. GRILLE: | 12:11 |
| 16 | Q.  Great. | 12:11 |
| 17 | Did you speak with anybody other than | 12:11 |
| 18 | your attorneys during the break? | 12:11 |
| 19 | A.  No. | 12:12 |
| 20 | Q.  I'm going to turn to Topic 3 on | 12:12 |
| 21 | Exhibit 14, which has several subparts, but | 12:12 |
| 22 | relates to Patreon's placement of Meta Pixel and | 12:12 |
| 23 | time period, what pages it was there. | 12:12 |
| 24 | Are you prepared to discuss that topic? | 12:12 |
| 25 | A.  Yes, I am. | 12:12 |

Page 71

| | | |
|---|---|---|
| 1 | Q.  And you said earlier that the first | 12:12 |
| 2 | instance when the Facebook Pixel was installed | 12:12 |
| 3 | on Patreon's website was April 2016; is that | 12:12 |
| 4 | right? | 12:12 |
| 5 | A.  Yeah. | 12:12 |
| 6 | April, I'm almost certain that's the | 12:12 |
| 7 | date.  I don't know the exact day, but April | 12:12 |
| 8 | sounds -- April or May, 2016, something like | 12:12 |
| 9 | that. | 12:12 |
| 10 | Q.  Do you know who at the company made the | 12:12 |
| 11 | decision to install a Pixel? | 12:13 |
| 12 | A.  I don't know who made the final | 12:13 |
| 13 | decision, no. | 12:13 |
| 14 | Q.  Is there a person or a team who's | 12:13 |
| 15 | responsible for installing the Facebook Pixel | 12:13 |
| 16 | code? | 12:13 |
| 17 | A.  It would be our engineering team. | 12:13 |
| 18 | Q.  And you're part of that team, right? | 12:13 |
| 19 | A.  I am. | 12:13 |
| 20 | Q.  Is the engineering team also | 12:13 |
| 21 | responsible for maintaining the code, you know, | 12:13 |
| 22 | to the extent something goes wrong they would | 12:14 |
| 23 | address it, that kind of thing? | 12:14 |
| 24 | MR. WALKER:  Object to form. | 12:14 |
| 25 | WITNESS:  It is part of our job and our | 12:14 |

Page 72

| | | |
|---|---|---|
| 1 | duty, yes, in our role. | 12:14 |
| 2 | BY MR. GRILLE: | 12:14 |
| 3 |     Q.  Do you have a contact at Meta who would | 12:14 |
| 4 | advise you related to Patreon's usage of the | 12:14 |
| 5 | Meta Pixel? | 12:14 |
| 6 |         MR. WALKER:  Object to form. | 12:14 |
| 7 |         WITNESS:  No. | 12:14 |
| 8 | BY MR. GRILLE: | 12:14 |
| 9 |     Q.  Have you worked with Meta at all in | 12:14 |
| 10 | relation to the -- to Patreon's Meta Pixel? | 12:14 |
| 11 |         MR. WALKER:  Object to form. | 12:14 |
| 12 |         WITNESS:  No. | 12:14 |
| 13 | BY MR. GRILLE: | 12:14 |
| 14 |     Q.  Has anybody on your team worked with | 12:14 |
| 15 | Meta at all in relation to Patreon's Meta Pixel? | 12:14 |
| 16 |         MR. WALKER:  Objection, form. | 12:14 |
| 17 |         WITNESS:  You're asking if any employee | 12:15 |
| 18 | has ever worked -- or directly with Meta in | 12:15 |
| 19 | terms of integrating the Meta Pixel; is that -- | 12:15 |
| 20 | is that what the question was?  Any employee? | 12:15 |
| 21 | BY MR. GRILLE: | 12:15 |
| 22 |     Q.  Yes. | 12:15 |
| 23 |     A.  No, not to my knowledge. | 12:15 |
| 24 |     Q.  Is it accurate to say that the Meta | 12:15 |
| 25 | Pixel, Facebook Pixel was integrated into the | 12:15 |

Page 73

```
1                 C E R T I F I C A T E
2
3       STATE OF WASHINGTON )
                            )SS.
4       COUNTY OF KING      )
5
6            I, Judith A. Robinson, Certified Court
7       Reporter and an officer of the Court under my
8       commission as a Notary Public, in and for the
9       State of Washington, do hereby certify that the
10      foregoing deposition was transcribed under my
11      direction; that the transcript of the deposition
12      is a full, true and correct transcript to the
13      best of my ability; that I am neither attorney
14      for, nor a relative or employee of any of the
15      parties to the action or any attorney or Counsel
16      employed by the parties hereto, nor financially
17      interested in its outcome.
18           IN WITNESS WHEREOF, I have hereunto set my
        hand and affixed my official seal this 11th day
19      of October, 2023.
20
21                      Judy Robinson

22                      Judith A. Robinson, Notary Public
                        in and for the State of
23                      Washington residing at Seattle.
                        My Commission expires November 4, 2024.
24                      CCR License #2171
25
```

Page 229

**ATTACHMENT 1**

| Citation | Current | Actual | Reason |
|---|---|---|---|
| Pg. 10, lines 20-22 | " I don't quite exactly recall my introduction to this to this extent at this point, you know, a series of back and forth." | *"I don't quite exactly recall the introduction to this, it's been at this point a series of back and forth."* | Transcription error. |
| Pg. 12, line 16 | "And you said you want me to focus on Page 5?" | *"This the first time I'm seeing this document. And you said you wanted me to focus on Page 5?"* | Transcription error. |
| Pg. 12, lines 23-25 | "I just want to actually just kind of finish up the actual verbiage a little bit more." | *"I just want to actually just adjust to the actual verbiage a little more."* | Transcription error. |
| Pg. 13, line 14 | **Q:** "No, I don't think so." | ***Q:*** *"No, I don't think so. Let's just take it maybe one by one. Let me start. Dou see on page 5 there is a heading that says "Areas of Inquiry?"* | Transcription error. |
| Pg. 15, lines 15-16 | "In the general sense of, as you said, kind of general engineers in the industry." | *"In the sense of, as you said, kind of engineers in the industry."* | Transcription error. |
| Pg. 19, line 12-13 | "GetLens" | *\*GitLens* | Transcription error. |
| Pg. 23, line 11-12 | "He provided a query of general understanding.." | *"He provided a general query to get a general understanding…"* | Transcription error. |
| Pg. 33, line 07 | "... that I have." | *"...that I know."* | Transcription error. |
| Pg. 33, line 21 | "publish.." | *"which I've done"* | Transcription error. |
| Pg. 34, line 03 | "I would probably put PHP…" | ***Insert:*** *"It was C++, C Sharp, C. I would probably put PHP…"* | Transcription error. |
| Pg. 35, line 4-5 | "While Django and Flack are in Python noted in Javascript." | *"Well Django and Flack are in Python, Note is in Javascript."* | Transcription error. |

**ATTACHMENT 1**

| Pg. 36, line 17 | "The language is used.." | *"The languages used.."* | Transcription error. |
|---|---|---|---|
| Pg 36 - 37, lines 25-1 | "frameworks and skills – or sorry, the powerpatreon.com" | *"frameworks and skills – or sorry, the frameworks and languages essentially that power patreon.com"* | Transcription error. |
| Pg.37, line 14 | "had to change" | *"have changed"* | Transcription error. |
| Pg. 38, line 23 | " have accredited.." | *" am accredited.."* | Transcription error. |
| Pg. 39, line 04 | **Q:** | ***Insert: Q:*** *"I'd like to ask next, so if you turn to Exhibit 14 - it may help to just leave that open for the deposition…"* | Transcription error. |
| Pg. 43, line 03-04 | " at in this number" | *" for in this number"* | Transcription error. |
| Pg. 45, line 15 | **Q:** "And…" | ***Q:*** *"In.."* | Transcription error. |
| Pg. 48, line 10 | "our subset.." | *"a subset.."* | Transcription error. |
| Pg. 50, lines 14-15 | "posts don't typically have poll. But there could be some depiction of a watch" | ***Insert after*** *"polls":* *"But there could be some numbers that could have added into it by accident. So we just need to remove some of those extraneous events to get a more accurate depiction of a watch."* | Transcription error. |
| Pg. 53, line 22 | "Nick" | *"Nate"* | Transcription error. |
| Pg. 54, line 18 | "not to define one unique" | *"-- to find one unique.."* | Transcription error. |
| Pg. 63, line 22 | **Q:** "Within that video" | ***Q:*** *"with embedded video"* | Transcription error. |
| Pg. 69, line 09 | "You are a big nature.." | *"something to that nature"* | Transcription error. |

**ATTACHMENT 1**

| Pg. 75, line 22 | "I have lined up with" | *"I had joined, I believe, in February"* | Transcription error. |
|---|---|---|---|
| Pg. 89, line 11 | **Q:** "a carat" | ***Q:*** *"a caret"* | Transcription error. |
| Pg. 90, line 11 | "Yes, there's a line that said we received this as part of the heading, yes." | *Insert: "theres a line that said patreon/app/web/view/basepage/reactbasepage.html so this means that - to answer your question, pages served through the react base page would receive this as part of the head, yes."* | Transcription error. |
| Pg. 96, line 14 | "this page header" | *"this page header code"* | Transcription error. |
| Pg. 96, line 18 | "It needed" | *"In either.."* | Transcription error. |
| Pg. 101, line 21 | "what this event is called" | *"when this event is called"* | Transcription error. |
| Pg. 119, line 22 | "or unique user" | *"of a unique user"* | Transcription error. |
| Pg. 124, line 25 | "DevX is what we called our developer." | *"DevX is what we called our developer tool, or this tool that we built for spitting up instances. It general stands for developer experience"* | Transcription error. |
| Pg. 126, line 22-23 | "And so the only things that can happen in that vault are the production servers." | *"The only things that can access that vault are the production servers for example."* | Transcription error. |
| Pg. 127, line 21 | **Q:** "unable" | ***Q:*** *"able"* | Transcription error. |
| Pg. 133, line 25 | "090 and 98089" | *"098 or 089"* | Transcription error. |
| Pg. 134, line 10 | "bar-coded ID" | *"hard-coded ID"* | Transcription error. |
| Pg. 134, line 18 | "bar-coded pixel" | *"hard-coded ID"* | Transcription error. |

**ATTACHMENT 1**

| Pg. 140, line 11 | "Yes." | *"That's right."* | Transcription error. |
|---|---|---|---|
| Pg. 141, line 05 | **Q:** "We say" | **Q:** *"Where you say"* | Transcription error. |
| Pg. 150, line 25 | "within a month" | *"within the month"* | Transcription error. |
| Pg. 179, line 14 | **Q:** "RAIN and Facebook" | **Q:** *"RAIN Facebook"* | Transcription error. |
| Pg. 179, line 21-22 | **Q:** "Firing and Trigger" | **Q:** *"Firing trigger"* | Transcription error. |
| Pg. 188, line 04 | "Which are 26 starts with an "as of 98" | *"Which are 26 starts with, and ends with "98"* | Transcription error. |
| Pg. 189, line 24 | **Q:** "https://protect-us.mimecast.com/s/QkB7CVO9OoFxG7Y9iGo8TD?domain=patreon.com" | **Q:** *"patreon.com/channel5/posts"* | Transcription error. |
| Pg. 190, line 22 | "become low" | *"become null"* | Transcription error. |
| Pg. 191, line 10 | **Q:** **"Vuvalde"** | **Q:** *"Uvalde"* | Transcription error. |
| Pg. 193, line 05 | **Reporter:** "Vimeo" | ***Insert before Reporter: "Vimeo"-*** *" I have heard of Vimeo, yes."* | Transcription error. |
| Pg. 193, line 07 | "No" | ***Remove line*** | Transcription error. |
| Pg. 195, line 23-24 | "I don't know" | *"know of no"* | Transcription error. |
| Pg. 202, lines 04 - 10 | **Indicates Q is continuing.** | ***Indicate that the witness began talking:*** *"Specifically you said...."* | Transcription error. |
| Pg. 205, line 08 | **Q:** "Pix" | **Q:** *"Pixel"* | Transcription error. |

**ATTACHMENT 1**

| Pg. 207, line 08 | "But do the math" | *"You could do the math"* | Transcription error. |
|---|---|---|---|
| Pg. 219, lines 15-16 | "Pay day" | **"8A"** | Transcription error. |

**Full Page Edits:**
- Page 189: Timestamps are on the left side, rather than the right.
- Page 191: Timestamps are on the left side, rather than the right.

```
1        STATE OF WASHINGTON )

2                            ) SS.

3        COUNTY OF KING      )

4

5           I, the undersigned, declare under penalty of

6        perjury that I have read the foregoing

7        transcript, and I have made any corrections,

8        additions, or deletions, that I was desirous of

9        making; that the foregoing is a true and correct

10       transcript of my testimony contained therein.

11

12              EXECUTED this  03_____ day of

13       10_____ 2023 at Brooklyn_____,

14       NY_____.

15

16

17       _____

18

19              JASON BYTTOW

20

21

22

23

24

25

                                        Page 228
```

Doc ID: 36abbaf0430c057b0cfd520b8a6a8290f39bc1fe

1   BRAYDEN STARK and JUDD OOSTYEN vs. PATREON, INC.

2   Jason Byttow (JOB NO. 6023169)

3                     E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE__See attachment 1._____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____       11 / 03 / 2023
                                          _____

24  WITNESS                                Date

25

                                          Page 232

Doc ID: 36abbaf0430c057b0cfd520b8a6a8290f39bc1fe

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Errata Sheet |
| **File name** | Transcript Signature Page.pdf and 1 other |
| **Document ID** | 36abbaf0430c057b0cfd520b8a6a8290f39bc1fe |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **11 / 03 / 2023** 19:13:38 UTC | Sent for signature to Jason Byttow (jason@patreon.com) from dabad@nortonlaw.com IP: 96.74.103.94 |
| VIEWED | **11 / 03 / 2023** 19:20:21 UTC | Viewed by Jason Byttow (jason@patreon.com) IP: 70.107.204.240 |
| SIGNED | **11 / 03 / 2023** 19:22:17 UTC | Signed by Jason Byttow (jason@patreon.com) IP: 70.107.204.240 |
| COMPLETED | **11 / 03 / 2023** 19:22:17 UTC | The document has been completed. |