Amended

# EXHIBIT 70

1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
2                 SAN FRANCISCO DIVISION
   _____
3  BRAYDEN STARK and JUDD OOSTYEN,)
   on behalf of themselves and all)
4  others similarly situated,      )
   Plaintiffs,                     )
5  v.                              )No.3:22-cv-03131
                                   )   -JCS
6  PATREON, INC.,                  )
   Defendant.                      )
7  _____
8         CONFIDENTIAL ATTORNEYS EYES' ONLY
           30(B)(6) DEPOSITION OF DEFENDANT,
9                   PATREON, INC.,
            DEPOSITION OF JASON BYTTOW
10 _____
11                   8:00 a.m.
                   August 1, 2023
12              Brooklyn, New York
13
14
15            CORRECTED TRANSCIRPT
16
17
18
19
20              File #6023169
21
22
23
24
25         Reported by: Judy Robinson, CCR No. 2171

                                          Page 1

```
 1                       A P P E A R A N C E S
 2        FOR THE PLAINTIFFS:
          SIMON GRILLE
 3        GIRARD SHARP, LLP
          601 California Street, Suite #1400
 4        San Francisco, California 94108
          415.981.4800
 5        sgrille@girardsharp.com
 6
          FOR THE DEFENDANT:
 7
          NATHAN WALKER
 8        CELINE PURCELL
          THE NORTON LAW FIRM, PC
 9        299 Third Street, Suite #200
          Oakland, California 94607
10        510.906.4900
          nwalker@nortonlaw.com
11        cpurcell@nortonlaw.com
12
          Also Present:  Joann Yager, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                          I N D E X
         WITNESS              EXAMINATION          PAGES
2
         JASON BYTTOW
3
                          BY MR. GRILLE ....... 6-226
4
                          E X H I B I T S
5
         NO.        PAGE    DESCRIPTION
6
     Exhibit 14      11     Second Amended Deposition Notice
7
     Exhibit 15      32     LinkedIn Profile
8
     Exhibit 16      40     Spreadsheet
9
     Exhibit 17      76     PATREON 26, Screenshot
10
     Exhibit 18      88     PATREON 27 Screenshot
11
     Exhibit 19      105    GitHub Screenshot
12
     Exhibit 20      131    PATREON 28
13
     Exhibit 21      136    PATREON009695 Slack Conversation
14
     Exhibit 22      146    Slack Conversation
15
     Exhibit 23      155    PATREON 24
16
     Exhibit 24      159    Tracking needs on Patreon website
17
     Exhibit 25      167    Slack Conversation, PATREON5899
18
     Exhibit 26      173    Email
19
     Exhibit 27      179    Spreadsheet
20
     Exhibit 28      182    Amended Complaint
21
     Exhibit 29      200    FTI Digital Forensics Memo, FTI 1
22
     Exhibit 30      213    Vimeo Code
23
     Exhibit 31      215    Document
24
     Exhibit 32      220    Slack Conversation PATREON009746
25   Exhibit 33      223    Slack Conversation

                                               Page 3
```

1          BE IT REMEMBERED that the deposition upon

2      oral examination of JASON BYTTOW was taken on

3      August 1, 2023 at 9:30 a.m., at 125 South 309th

4      Street, Federal Way, Washington, 98003, before

5      Judith A. Robinson, CCR, Notary Public in and

6      for the State of Washington, residing at Federal

7      Way, Washington;

8      Whereupon, the following proceedings were had,

9      to-wit:

10              VIDEOGRAPHER:  Good afternoon.              09:41

11              We are on the record at 12:41 p.m., on      09:41

12      August 1st, 2023.                                   09:41

13              Please note that this deposition is         09:41

14      being conducted virtually.  The quality of          09:41

15      recording depends on the quality of camera and      09:41

16      internet connection of participants.  What is       09:41

17      seen from the witness and heard on screen is        09:41

18      what will be recorded.                              09:41

19              Audio and videos recording will             09:42

20      continue to take place unless all parties agree     09:42

21      to go off the record.                               09:42

22              This is Media No. 1 of the recorded         09:42

23      deposition of Jason Byttow 30(b)6 witness, in       09:42

24      the matter of Brayden Stark vs. Patreon, Inc.,      09:42

25      filed the United States District Court, Northern    09:42

Page 4

| | | |
|---|---|---|
| 1 | District of California, San Francisco Division, | 09:42 |
| 2 | Case Number 3:22-CV-03131-JCS. | 09:42 |
| 3 | This deposition is being conducted | 09:42 |
| 4 | remotely using virtual technology. | 09:42 |
| 5 | My name is Joann Yager representing | 09:42 |
| 6 | Veritext Legal Solutions, and I am the | 09:42 |
| 7 | videographer.  Your court reporter is Judy | 09:42 |
| 8 | Robinson from the firm, Veritext Legal | 09:42 |
| 9 | Solutions. | 09:42 |
| 10 | I am not related to any party in this | 09:42 |
| 11 | action, nor am I financially interested in the | 09:42 |
| 12 | outcome. | 09:42 |
| 13 | If there are any objections to | 09:42 |
| 14 | proceeding, please state them at the time of | 09:42 |
| 15 | your appearance. | 09:43 |
| 16 | Counsel and all present will now state | 09:43 |
| 17 | their appearances and affiliations for the | 09:43 |
| 18 | record beginning with the noticing attorney. | 09:43 |
| 19 | MR. GRILLE:  Good morning. | 09:43 |
| 20 | This is Simon Grille of Girard Sharp | 09:43 |
| 21 | for the plaintiffs with my colleague, Leah Wage. | 09:43 |
| 22 | MR. WALKER:  This is Nathan Walker from | 09:43 |
| 23 | The Norton Law Firm, here for the company and | 09:43 |
| 24 | the designee witness, Mr. Byttow today, and with | 09:43 |
| 25 | me is Celine Purcell from The Norton Law Firm, | 09:43 |

Page 5

```
 1        also on behalf of the company and the witness      09:43

 2        designee.                                          09:43

 3             VIDEOGRAPHER:  The witness may be sworn       09:43

 4        in.                                                09:43

 5             WITNESS:  Hello.  My name is Jason --

 6             REPORTER:  Just a minute --

 7             WITNESS:  -- and I'm --

 8             REPORTER:  Hold on.  Just one second.

 9             Good morning, Counsel.

10             Before we proceed with this deposition

11        today, I just wanted to make you aware that I am

12        a licensed reporter of 24 years in the State of

13        Washington and will need a joint agreement and

14        stipulation from all parties in order to swear

15        in the witness under the Federal Rules.

16             Can I please get your verbal agreement?      09:44

17             MR. GRILLE:  Yes, so stipulated.             09:44

18             MR. WALKER:  Yes.                            09:44

19                         * * * * * *

20                       JASON BYTTOW,

21             having been first duly sworn

22                   on oath was examined

23                   and testified as follows:

24                E X A M I N A T I O N

25        BY MR. GRILLE:
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1          Q.   Okay.  So, yeah, and this is -- well,        09:54

2     we're going to look at different documents            09:54

3     today, and some of them have different forms of       09:54

4     numbering.  So I'll just try to be clear.  But        09:54

5     for this one I'm on Page 5 of the document.           09:54

6          Now do you see where I was talking               09:54

7     about, Areas of Inquiry?                              09:54

8          A.   I do, yes.  Sorry for that.                 09:54

9          Q.   No, no problem.                             09:54

10         So it begins with 2A, and it's not               09:54

11    completely sequential, but there is several           09:54

12    categories here through 9; do you see those?          09:54

13         A.   Yes.                                         09:55

14         Q.   Have you seen those categories before?      09:55

15         A.   So yes.  These -- these I have seen now     09:55

16    that I'm kind of looking at this in more detail.      09:55

17         Q.   Okay.                                       09:55

18         And do you understand that Patreon              09:55

19    designated you to testify on its behalf about --     09:55

20         A.   Yes.                                        09:55

21         Q.   -- these different categories?             09:55

22         A.   Uh-huh, yep.                                09:55

23         Q.   We'll go into each in -- in more           09:55

24    detail, but what did you do broadly to prepare       09:55

25    for today's deposition?                              09:55
```

Page 14

| | | |
|---|---|---|
| 1 | A.  I reviewed our code, entire code | 09:55 |
| 2 | history as it pertains to how we've integrated | 09:55 |
| 3 | with Facebook and the commits thereof that | 09:55 |
| 4 | introduced or modified those integrations. | |
| 5 | REPORTER:  Hold on.  Clarification. | |
| 6 | The commits thereof?  C-O-M-M-I-T-S? | |
| 7 | WITNESS:  C-o-m-m-i-t-s. | |
| 8 | REPORTER:  The commits.  Okay.  Excuse | |
| 9 | me.  Thank you. | |
| 10 | BY MR. GRILLE: | 09:56 |
| 11 | Q.  Is "commits" a term that software | 09:56 |
| 12 | engineers sometimes use? | 09:56 |
| 13 | A.  Yes. | 09:56 |
| 14 | Q.  What does it mean? | 09:56 |
| 15 | A.  In the general sense of, as you said, | 09:56 |
| 16 | kind of general engineers in the industry. | 09:56 |
| 17 | It's -- it is, essentially, a -- a revision, a | 09:56 |
| 18 | request to revise the code base, and that code | 09:56 |
| 19 | then goes into a peer review and gets accepted | 09:56 |
| 20 | and then merged in with the production kind of | 09:56 |
| 21 | master code, if you will, the code base.  That | 09:56 |
| 22 | is, like, the definition of a commit, at least | 09:56 |
| 23 | just the way I use it, and broadly speaking. | 09:57 |
| 24 | Q.  Got it.  Got it. | 09:57 |
| 25 | At Patreon, is that process all | 09:57 |

Page 15

1       performed by Patreon employees?                    09:57

2          A.  I wouldn't say all employees.  It's --      09:57

3       it's -- it's people who have access to make code   09:57

4       changes.  Though broadly speaking, that's the      09:57

5       majority of engineers, but it may not include,     09:57

6       you know, the CEO, for example.  I mean, maybe,    09:57

7       maybe not.                                         09:57

8          Q.  So how did you review the code history      09:57

9       as it pertains to Patreon's integration with       09:57

10      Facebook?                                          09:57

11         A.  So I reviewed, essentially, the kind of     09:58

12      core code in which that Pixel has been hard        09:58

13      coded on to the website, and then I did            09:58

14      essentially kind of a look-back analysis of any    09:58

15      lines that have changed or been introduced for     09:58

16      that -- for that hard-coded code as well as any    09:58

17      sort of modifications.                             09:58

18             So I can look at that in a historical       09:58

19      lens on a particular set of lines.  I can also     09:58

20      wrap or search the code base for any similar       09:58

21      terms to see if anything was introduced at any     09:58

22      other point within the code base.  And so I        09:58

23      looked at that through a historical lens through   09:58

24      the time period in which that is under inquiry.    09:58

25         Q.  So is it correct that you are able to       09:58

Page 16

| | | |
|---|---|---|
| 1 | look at the software code as it exists today and | 09:58 |
| 2 | also historically how it was going some time | 09:58 |
| 3 | back? | 09:59 |
| 4 | A.  Yes. | 09:59 |
| 5 | Q.  What's the -- what would be the time | 09:59 |
| 6 | period?  Like, how far back did you look? | 09:59 |
| 7 | A.  It would be until -- it would be until | 09:59 |
| 8 | we started using GitHub, is our primary source | 09:59 |
| 9 | control for commits, which goes back quite a bit | 09:59 |
| 10 | beyond this date.  But for the purposes of when | 09:59 |
| 11 | the Pixel's introduced, I can kind -- I can see | 09:59 |
| 12 | exactly what the origin was for that even though | 09:59 |
| 13 | the code base kind of, you know, extends prior | 09:59 |
| 14 | to that.  So I have enough of a lens to see you | 09:59 |
| 15 | know, what the origins were. | 09:59 |
| 16 | Q.  And when was Pixel introduced at | 09:59 |
| 17 | Patreon? | 09:59 |
| 18 | MR. WALKER:  Object to the form. | 10:00 |
| 19 | WITNESS:  It was -- | 10:00 |
| 20 | REPORTER:  Okay. | 10:00 |
| 21 | MR. WALKER:  Mr. Byttow, if you could | 10:00 |
| 22 | just pause just a moment after he completes his | 10:00 |
| 23 | questions so that I have an opportunity to | 10:00 |
| 24 | impose an objection and none of us will talk | 10:00 |
| 25 | over one another.  That would be wonderful. | 10:00 |

Page 17

| | | |
|---|---|---|
| 1 | six -- three to -- three to five months, maybe. | 10:17 |
| 2 | Six months on or off.  Not -- you know, yeah, | 10:17 |
| 3 | it's really hard for me to accumulate a total | 10:17 |
| 4 | and how long of a period of time right now.  I | 10:17 |
| 5 | can think about it if you like. | 10:17 |
| 6 | Q.  No, that's okay.  That's -- that's | 10:17 |
| 7 | helpful. | 10:17 |
| 8 | Are there any other Patreon employees | 10:17 |
| 9 | that you met with to prepare for today that we | 10:17 |
| 10 | haven't discussed? | 10:17 |
| 11 | A.  No. | 10:17 |
| 12 | Q.  Are there any other documents that you | 10:17 |
| 13 | reviewed to prepare for today that we haven't | 10:17 |
| 14 | discussed? | 10:17 |
| 15 | A.  No. | 10:17 |
| 16 | Q.  When I say "documents," I would include | 10:17 |
| 17 | electronic materials and stuff you reviewed on | 10:17 |
| 18 | your computer, or anything like that. | 10:18 |
| 19 | Is there anything else that you did to | 10:18 |
| 20 | prepare? | 10:18 |
| 21 | MR. WALKER:  Objection, form. | 10:18 |
| 22 | REPORTER:  Hold on.  Did you have an | |
| 23 | objection? | |
| 24 | MR. WALKER:  Objection, form. | |
| 25 | REPORTER:  Okay.  Mr. Walker, can you | |

Page 28

```
 1        speak up with your objections.  I couldn't hear
 2        you.
 3                MR. WALKER:  Will do so.
 4                REPORTER:  Thank you.
 5                WITNESS:  Would -- can you repeat the      10:18
 6        question?  BY MR. GRILLE:                          10:18
 7            Q.  Sure.  Let me try to maybe phrase it a     10:18
 8        little bit better.                                 10:18
 9                When I say documents that you reviewed     10:18
10        to prepare for today, I mean more than just like  10:18
11        paper documents.  I also mean anything            10:18
12        electronic that you reviewed on a computer, a     10:18
13        tablet, or a phone.                               10:18
14                So is there anything else that you've     10:18
15        reviewed to prepare for today that we haven't     10:18
16        discussed?                                         10:18
17                MR. WALKER:  Objection, form.              10:18
18                WITNESS:  No.                              10:18
19                Sorry, I will pause.                       10:19
20                No, not that I can recall.                 10:19
21        BY MR. GRILLE:                                     10:19
22            Q.  What is your highest level of             10:19
23        education?                                         10:19
24            A.  You'd like to know my highest level of   10:19
25        education?                                         10:19
```

Page 29

| | | |
|---|---|---|
| 1 | Q.  Yes. | 10:19 |
| 2 | A.  Does that include certifications? | 10:19 |
| 3 | Degree?  What -- what do you define as highest | 10:19 |
| 4 | form of education? | 10:19 |
| 5 | Q.  Yes.  I'd like to know -- | 10:19 |
| 6 | A.  Books I've read? | 10:19 |
| 7 | Q.  I don't know if we'll have to go that | 10:19 |
| 8 | far.  We'll see.  But for now, certifications or | 10:19 |
| 9 | degrees that you have would be helpful. | 10:19 |
| 10 | A.  Um, so I'm mostly a self-taught | 10:20 |
| 11 | software engineer.  I've done three years of | 10:20 |
| 12 | college as a software engineering degree, and | 10:20 |
| 13 | have about 17 years of experience.  I don't | 10:20 |
| 14 | recall exactly what certificates I have.  Quite | 10:20 |
| 15 | a few. | 10:20 |
| 16 | Q.  What certificates do you remember? | 10:20 |
| 17 | A.  I can't remember right now. | 10:20 |
| 18 | Q.  Would they be software engineering, | 10:20 |
| 19 | certificates in -- within that field? | 10:20 |
| 20 | MR. WALKER:  Objection, form. | 10:20 |
| 21 | WITNESS:  Yes.  Some software | 10:20 |
| 22 | engineering.  Some network engineering.  I've | 10:20 |
| 23 | got a certification in electrical engineering as | 10:21 |
| 24 | well. | 10:21 |
| 25 | BY MR. GRILLE: | 10:21 |

Page 30

1      Q.  Do you have a -- a LinkedIn profile?        10:21

2      A.  I do.                                       10:21

3      Q.  Does that contain an accurate               10:21

4   representation of your work history?              10:21

5      A.  What representation are you thinking         10:21

6   about?  Are you thinking about my historical      10:21

7   employment?                                        10:21

8      Q.  Right.                                       10:22

9          MR. WALKER:  Object to form.                 10:22

10         WITNESS:  Yes.  It has, I believe,           10:22

11   roughly accurate timeline of my historical        10:22

12   employment, though I don't really update it       10:22

13   any -- much.  So I haven't looked at it in quite  10:22

14   a while.                                           10:22

15   BY MR. GRILLE:                                     10:22

16     Q.  Let me introduce what we found just         10:22

17   publicly as your LinkedIn profile.  While I'm      10:22

18   doing that, I -- I don't mean to be invasive       10:22

19   with these questions.  It's -- it helps us to      10:22

20   understand a little bit about your background,     10:22

21   so that's the purpose for it.                      10:22

22     A.  I mean, I -- I could tell you.              10:22

23     Q.  I think that's helpful.  Let me             10:23

24   introduce this to see if it can save some time,   10:23

25   and that should be available on your screen.       10:23

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1                    REPORTER:  Is this Number 15?

2                    MR. GRILLE:  Yes.

3                    REPORTER:  And what is it?

4                    MR. GRILLE:  LinkedIn profile.

5               (Exhibit No. 15 was marked.)

6                    WITNESS:  I have this open.            10:23

7          BY MR. GRILLE:                                 10:23

8               Q.  Does this look like an accurate        10:23

9          representation of what's on your LinkedIn       10:23

10         profile?                                        10:23

11                   MR. WALKER:  Objection, form.         10:23

12                   WITNESS:  I mean, the dates I -- I need 10:23

13         to rethink or relook at them.  But more or less 10:23

14         what is on -- what is here is -- has a record of 10:23

15         my employment, yes.                             10:23

16         BY MR. GRILLE:                                  10:23

17              Q.  Are these all places that you've worked 10:23

18         and -- and positions that you held there in the 10:24

19         experience section?                             10:24

20                   MR. WALKER:  Objection, form.         10:24

21                   WITNESS:  This, I think, looks pretty 10:24

22         accurate, the top skills, with probably a bit   10:24

23         light compared to what I actually know.  But    10:24

24         sure.                                           10:24

25         BY MR. GRILLE:                                  10:24

Page 32

| | | |
|---|---|---|
| 1 | Q.  What other skills would -- would you | 10:24 |
| 2 | add to that list? | 10:24 |
| 3 | MR. WALKER:  Objection, form. | 10:24 |
| 4 | WITNESS:  I'm not sure it would be | 10:24 |
| 5 | pertinent unless you would like me to list off | 10:24 |
| 6 | all the languages and frameworks and libraries | 10:24 |
| 7 | that I have.  It could be -- it could take some | 10:24 |
| 8 | time.  Would you like me to list those? | 10:24 |
| 9 | BY MR. GRILLE: | 10:24 |
| 10 | Q.  Yes. | 10:24 |
| 11 | A.  Would you like me to start with | 10:24 |
| 12 | languages? | 10:25 |
| 13 | Q.  I think if you could just remember -- | 10:25 |
| 14 | if you could list the languages and top skills | 10:25 |
| 15 | that you remember while you're sitting here now. | 10:25 |
| 16 | MS. PURCELL:  Objection, form. | 10:25 |
| 17 | WITNESS:  It's great digression.  I | 10:25 |
| 18 | believe the first language that I had -- well, | 10:25 |
| 19 | if we talk about top skills I would put React | 10:25 |
| 20 | there.  I'd put Android and iOS development | 10:25 |
| 21 | publish I've done in my professional career; | |
| 22 | C++, C Sharp, Origin.Net Studios.  So I -- | |
| 23 | REPORTER:  Hold on. | |
| 24 | WITNESS:  -- I have an understanding | |
| 25 | of -- | |

Page 33

```
 1              REPORTER:  Hold on.  D++ (sic) and then
 2         please -- please start after D++.
 3              WITNESS:  I would probably put PHP and      10:26
 4         Perl up there as well.  And surprisingly         10:26
 5         JavaScript is not up there.  That's -- that one  10:26
 6         there, too.                                      10:26
 7              Probably covers most of the languages.      10:26
 8         We can talk about frameworks if you'd like.      10:26
 9         BY MR. GRILLE:                                   10:26
10            Q.  What are frameworks as you're using       10:26
11         that term?                                       10:26
12            A.  Frameworks are generally large            10:26
13         libraries, if you will.  Not to overload that    10:26
14         term, but that you would build something on top  10:26
15         of.                                              10:27
16              So, for example, Flask is a framework.      10:27
17         Django is listed as a skill -- as a framework.   10:27
18         These provide, essentially, the scaffolding to   10:27
19         build web applications.  On top of, in this      10:27
20         scenario, HTTP, HTTPS, et cetera.                10:27
21              Another framework would be -- would you     10:27
22         like me to continue?                             10:27
23            Q.  Why don't you continue your response.     10:27
24         I'll let you finish.                             10:27
25            A.  Sure.                                     10:27
```

Page 34

| | | |
|---|---|---|
| 1 | Another framework again is Django, same | 10:27 |
| 2 | similar to Flask -- Node, another example of a | 10:27 |
| 3 | framework.  They all provide similar things in | 10:27 |
| 4 | different languages while Django and Flack are | 10:28 |
| 5 | in Python noted in JavaScript.  They both -- | 10:28 |
| 6 | both those provide all service side frameworks | 10:28 |
| 7 | for, essentially, writing for -- or for building | 10:28 |
| 8 | a website or web application. | 10:28 |
| 9 | There are other terms for frameworks | 10:28 |
| 10 | that are not really typical to the web that I | 10:28 |
| 11 | have used.  Would you like me to continue | 10:28 |
| 12 | listing skills that I have? | 10:28 |
| 13 | Q.  Well, let me ask:  Are there other | 10:28 |
| 14 | major skills that you think are relevant to your | 10:28 |
| 15 | testimony today that you haven't discussed? | 10:28 |
| 16 | A.  I'm -- I -- I -- I'm not sure. | 10:28 |
| 17 | I -- are you asking if there are any | 10:28 |
| 18 | other skills that are relevant to this | 10:28 |
| 19 | testimony? | 10:28 |
| 20 | Q.  Right. | 10:28 |
| 21 | MR. WALKER:  For the record, I -- I | 10:28 |
| 22 | interposed an objection on the basis of form.  I | 10:28 |
| 23 | will make the next one louder.  But I interposed | 10:29 |
| 24 | an objection in response to the prior question. | 10:29 |
| 25 | WITNESS:  So you're asking me do I have | 10:29 |

Page 35

| | | |
|---|---|---|
| 1 | any other skills that are pertinent to this | 10:29 |
| 2 | discussion? | 10:29 |
| 3 | BY MR. GRILLE: | 10:29 |
| 4 | Q.  Yes.  Yes. | 10:29 |
| 5 | So we talked about how you prepared for | 10:29 |
| 6 | certain categories of testimony today.  Are | 10:29 |
| 7 | there other skills in your background that are | 10:29 |
| 8 | relevant as -- to the testimony that you | 10:29 |
| 9 | anticipate providing today? | 10:29 |
| 10 | MR. WALKER:  Objection, form. | 10:29 |
| 11 | WITNESS:  Are there any other skills | 10:29 |
| 12 | relevant to providing this testimony? | 10:29 |
| 13 | Well, I think speaking to you, | 10:29 |
| 14 | translating information.  That's pretty | 10:29 |
| 15 | relevant.  But I have a pretty good | 10:29 |
| 16 | understanding of, broadly speaking, how | 10:29 |
| 17 | patreon.coms are written.  The language is used, | |
| 18 | the frameworks used. | |
| 19 | REPORTER:  Hold on.  Clarification. | |
| 20 | What .coms? | |
| 21 | WITNESS:  Patreon.com. | |
| 22 | REPORTER:  Patreon, okay.  Excuse me. | |
| 23 | Go ahead. | |
| 24 | WITNESS:  I'm familiar with the | |
| 25 | frameworks and skills -- or sorry, the | 10:30 |

Page 36

| | | |
|---|---|---|
| 1 | powerpatreon.com.  I'm familiar with the tools | 10:30 |
| 2 | that we use and the -- the languages in which | 10:30 |
| 3 | it's written and how it's -- the majority of how | 10:30 |
| 4 | it's written.  So I have a pretty good | 10:30 |
| 5 | understanding of how it's built.  So it's -- | 10:30 |
| 6 | it's pretty relevant to transcribing what I have | 10:30 |
| 7 | -- what I know. | 10:30 |
| 8 | BY MR. GRILLE: | 10:30 |
| 9 |     Q.  How long have you been at Patreon? | 10:30 |
| 10 |     A.  I've been here over seven-and-a-half | 10:31 |
| 11 | years.  I don't know the exact month anymore. | 10:31 |
| 12 |     Q.  Have you always held the same position | 10:31 |
| 13 | at Patreon? | 10:31 |
| 14 |     A.  I had to change positions. | 10:31 |
| 15 |     Q.  What positions have you held? | 10:31 |
| 16 |     A.  I joined as a mid-level engineer.  Then | 10:31 |
| 17 | into a senior engineer.  And then into an | 10:31 |
| 18 | engineering manager.  And then a senior | 10:31 |
| 19 | engineering manager.  And then a staff engineer. | 10:31 |
| 20 | Back into an IC role. | 10:31 |
| 21 |     Q.  What was the last one?  IC role, what | 10:32 |
| 22 | does that stand for? | 10:32 |
| 23 |     A.  Individual contributor. | 10:32 |
| 24 |     Q.  Is that also a similar software | 10:32 |
| 25 | engineering role? | 10:32 |

Page 37

| | | |
|---|---|---|
| 1 | A.  Similar to what? | 10:32 |
| 2 | Q.  Let me ask a different question. | 10:32 |
| 3 | Are each of those roles, would you | 10:32 |
| 4 | categorize them as software engineering? | 10:32 |
| 5 | A.  They -- it all pertains to software | 10:32 |
| 6 | engineering, yes.  Whether that's directly or | 10:32 |
| 7 | indirectly. | 10:32 |
| 8 | Q.  What would be the difference between | 10:32 |
| 9 | directly and indirectly? | 10:32 |
| 10 | A.  And when I say that, an IC would be | 10:32 |
| 11 | directly, generally directly writing code.  When | 10:32 |
| 12 | I say "indirectly," for example, as a manager, | 10:32 |
| 13 | you may or may not be writing code, but you're | 10:32 |
| 14 | managing people that do. | 10:33 |
| 15 | Q.  On your LinkedIn profile, there's a | 10:33 |
| 16 | section called "Credits" on the second page, do | 10:33 |
| 17 | you see that? | 10:33 |
| 18 | A.  I do. | 10:33 |
| 19 | Q.  What is that? | 10:33 |
| 20 | A.  Those are video games. | 10:33 |
| 21 | Q.  What does it mean to have a credit in | 10:33 |
| 22 | that context? | 10:33 |
| 23 | A.  It means that I have accredited to have | 10:33 |
| 24 | worked on those games, just like in a movie | 10:33 |
| 25 | credit. | 10:33 |

Page 38

| | | |
|---|---|---|
| 1 | Q.  Did you work on those games in a | 10:33 |
| 2 | software engineering capacity? | 10:34 |
| 3 | A.  I did. | 10:34 |
| 4 | Q.  Because I'll reference at some point | 10:34 |
| 5 | topics that we're talking about, and I'd like to | 10:34 |
| 6 | talk about 2A.  This is Page 5 on the document. | 10:34 |
| 7 | Do you see where it says the number of | 10:34 |
| 8 | Patreon account holders?  "This Patreon account | 10:34 |
| 9 | was used to watch at least one video on the | 10:34 |
| 10 | Patreon website." | 10:35 |
| 11 | A.  Uh-huh.  Yep, I do. | 10:35 |
| 12 | Q.  Is this -- to prepare for this | 10:35 |
| 13 | category, you had a discussion with Mr. Brini; | 10:35 |
| 14 | is that correct? | 10:35 |
| 15 | A.  That's correct, yes. | 10:35 |
| 16 | Q.  We already talked about that and he -- | 10:35 |
| 17 | he provided that spreadsheet for you; is that | 10:35 |
| 18 | right? | 10:35 |
| 19 | A.  Yes. | 10:35 |
| 20 | Q.  All right. | 10:35 |
| 21 | So I think what we should do here is | 10:35 |
| 22 | take a quick break so I can get that spreadsheet | 10:35 |
| 23 | and then we can talk about it a little bit more. | 10:35 |
| 24 | VIDEOGRAPHER:  Counsel, do you agree to | 10:35 |
| 25 | go off the record? | 10:35 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | MR. WALKER:  I do. | 10:35 |
| 2 | VIDEOGRAPHER:  Going off the record. | 10:35 |
| 3 | The time is 1:35 p.m. | 10:35 |
| 4 | (Off the record.) | 10:50 |
| 5 | VIDEOGRAPHER:  Back on the record.  The | 10:50 |
| 6 | time is 1:50 p.m. | 10:50 |
| 7 | BY MR. GRILLE: | 10:50 |
| 8 | Q.  All right.  We're back on the record. | 10:50 |
| 9 | Did you speak with anybody other than | 10:50 |
| 10 | your attorneys during the break? | 10:50 |
| 11 | A.  No. | 10:50 |
| 12 | Q.  And I now have what I've just | 10:50 |
| 13 | introduced as Exhibit 16.  Can you take a look | 10:50 |
| 14 | at that? | 10:50 |
| 15 | (Exhibit No. 16 was marked.) | 10:50 |
| 16 | WITNESS:  Yeah. | 10:51 |
| 17 | BY MR. GRILLE: | 10:51 |
| 18 | Q.  Is that the spreadsheet that you | 10:51 |
| 19 | referenced earlier that you were reviewing? | 10:51 |
| 20 | A.  Yes. | 10:51 |
| 21 | Q.  And this is data that came from | 10:51 |
| 22 | Mr. Brini? | 10:51 |
| 23 | A.  Correct. | 10:51 |
| 24 | Q.  And we talked about it earlier, but can | 10:51 |
| 25 | you walk me through what this spreadsheet shows? | 10:51 |

Page 40

```
 1              REPORTER:  That you were what?
 2       Piloting?
 3              WITNESS:  Piloting, like testing with.
 4              REPORTER:  Thank you.
 5       BY MR. GRILLE:                              11:47
 6          Q.  And then when Patreon fully switched to    11:47
 7       allowing native video uploads is, you said,        11:47
 8       public information?                                11:47
 9          A.  Yeah.                                       11:47
10              We made an announcement to the public      11:47
11       in -- you know, in the end of the Q4 of 2022,      11:47
12       maybe October, November, something like that.      11:47
13          Q.  For uploaded native video, users can        11:48
14       watch those videos directly on Patreon's           11:48
15       website; is that correct?                          11:48
16          A.  Yes.                                        11:48
17          Q.  Can Patreon's subscribers search for        11:48
18       particular video content that may interest them?   11:49
19          A.  No.                                         11:49
20              Our search is very primitive.  We have      11:49
21       a creator search that just searches by creator     11:49
22       name.  That's our primary search.                  11:49
23              The creator page you can search by, I       11:49
24       believe, the body of the content of the post for   11:49
25       any texts, and it will try to route -- you know,   11:49
```

Page 65

| | | |
|---|---|---|
| 1 | filter down those given post on that creator. | 11:49 |
| 2 | If -- if you are -- actually, I'm not | 11:49 |
| 3 | sure if nonsubscribers can do that search today. | 11:49 |
| 4 | I -- I think it's a subscriber-only search | 11:49 |
| 5 | for -- for their post types, yeah.  For the | 11:49 |
| 6 | posts of a creator. | 11:50 |
| 7 | You might be able to filter by media | 11:50 |
| 8 | type, but that's unreliable as well.  I think | 11:50 |
| 9 | you can.  I think you can filter maybe by audio | 11:50 |
| 10 | or video, but, like, link posts might not be | 11:50 |
| 11 | reliable as to having audio or not having video. | 11:50 |
| 12 | Q.  For filtering by media type, would that | 11:50 |
| 13 | be site-wide? | 11:50 |
| 14 | MR. WALKER:  Form. | 11:50 |
| 15 | WITNESS:  Filtering by media type is | 11:50 |
| 16 | creator-specific. | 11:50 |
| 17 | BY MR. GRILLE: | 11:50 |
| 18 | Q.  Are posts indexed or categorized by | 11:50 |
| 19 | media type? | 11:51 |
| 20 | MR. WALKER:  Object to form. | 11:51 |
| 21 | WITNESS:  So when you say "indexed," | 11:51 |
| 22 | can you -- can you tell me more about what you | 11:51 |
| 23 | mean there? | 11:51 |
| 24 | BY MR. GRILLE: | 11:51 |
| 25 | Q.  I -- I think you might have already | 11:51 |

Page 66

| | | |
|---|---|---|
| 1 | answered the question. | 11:51 |
| 2 | If you can filter by media type, that | 11:51 |
| 3 | means that there's some functionality in the | 11:51 |
| 4 | website that designates a post based on the type | 11:51 |
| 5 | of media; is that right? | 11:51 |
| 6 | MR. WALKER:  Objection, form. | 11:51 |
| 7 | WITNESS:  Yes.  There is a media | 11:51 |
| 8 | filter, yes. | 11:51 |
| 9 | BY MR. GRILLE: | 11:51 |
| 10 | Q.  I want to turn to the next topic of | 11:52 |
| 11 | where you've been designated.  This is back on | 11:52 |
| 12 | Exhibit 14, No. 2E. | 11:52 |
| 13 | A.  Uh-huh. | 11:52 |
| 14 | Q.  Do you see -- yeah. | 11:52 |
| 15 | Do you see where it says, "The manner | 11:52 |
| 16 | in which the terms and policies are presented | 11:52 |
| 17 | and reviewed -- | 11:52 |
| 18 | A.  Yes. | 11:52 |
| 19 | Q.  -- "by subscribers"? | 11:52 |
| 20 | A.  Yep. | 11:52 |
| 21 | Q.  How did you prepare for that topic? | 11:52 |
| 22 | A.  I reviewed our terms and policies. | 11:53 |
| 23 | Q.  Has the -- Patreon has -- Patreon has | 11:53 |
| 24 | Terms of Use and a Privacy Policy; is that | 11:53 |
| 25 | correct? | 11:53 |

Page 67

| 1 | A.  Yes. | 11:53 |
| 2 | Q.  How are the Terms of Use presented to | 11:53 |
| 3 | its subscribers? | 11:53 |
| 4 | A.  So from my understanding, the product, | 11:53 |
| 5 | which is -- I'm not, you know, I can talk about | 11:53 |
| 6 | the mechanics, which is when a user comes to | 11:53 |
| 7 | patreon.com and wants to make an account, they | 11:53 |
| 8 | must agree to our terms and follow the Privacy | 11:54 |
| 9 | Policy, which is stated on our authentication | 11:54 |
| 10 | page. | 11:54 |
| 11 | Q.  Is there a checkbox that a user has to | 11:54 |
| 12 | click before he or she can subscribe indicating | 11:54 |
| 13 | that that person agreed to the terms? | 11:54 |
| 14 | A.  It's an explicit -- | 11:54 |
| 15 | MR. WALKER:  Object to form. | 11:54 |
| 16 | WITNESS:  It's an explicit button. | 11:54 |
| 17 | When you hit "Sign Up," there is text that says | 11:54 |
| 18 | you agree.  So that button is kind of our -- is | 11:54 |
| 19 | the checkbox. | 11:54 |
| 20 | But I think you're asking if there's an | 11:54 |
| 21 | explicit checkbox, like a form button, like a | 11:54 |
| 22 | check mark, is that what you're asking? | 11:54 |
| 23 | BY MR. GRILLE: | 11:55 |
| 24 | Q.  That is what I'm asking. | 11:55 |
| 25 | A.  There is no checkbox, no. | 11:55 |

Page 68

```
 1              Q.  So if I understand correctly, when you      11:55
 2       sign up, you load the sign-up button, there's          11:55
 3       language that says something to the effect of by       11:55
 4       signing up, you agree to the terms; is that            11:55
 5       correct?                                               11:55
 6              MR. WALKER:  Object to form.                     11:55
 7              WITNESS:  I don't remember the exact             11:55
 8       line, but there is, off the top of my head, but        11:55
 9       yes, you are a big nature, which is that you are        11:55
10       agreeing to our Privacy Policy and terms.              11:55
11       BY MR. GRILLE:                                         11:55
12              Q.  Is it true that that language               11:55
13       references both the terms and Privacy Policy?          11:56
14              A.  My understanding, yes.                       11:56
15              Q.  What's the basis of that understanding?     11:56
16              A.  After reviewing the language, to me         11:56
17       it's clear that you are agreeing to both in the        11:56
18       way that it's written.                                 11:56
19              Q.  Am I correct, though, that users don't      11:56
20       have to check a box before they can proceed that       11:56
21       says expressly I agree to these terms?                 11:56
22              MR. WALKER:  Objection, form.                    11:56
23              WITNESS:  The way that the language             11:56
24       says -- that states it is something to the             11:56
25       effect of by accepting -- by hitting Sign Up,          11:56
```

Page 69

| | | |
|---|---|---|
| 1 | you are accepting the terms and Privacy Policy. | 11:56 |
| 2 | So you are -- when you click that button you are | 11:57 |
| 3 | agreeing. | 11:57 |
| 4 | So I'm not sure if that answers your | 11:57 |
| 5 | question directly. | 11:57 |
| 6 | BY MR. GRILLE: | 11:57 |
| 7 | Q.  That answers my question, and maybe to | 11:57 |
| 8 | put a finer point, I think you've answered it. | 11:57 |
| 9 | But the language indicates that by | 11:57 |
| 10 | clicking Sign Up, you agree to the terms, but | 11:57 |
| 11 | there isn't a separate box that somebody checks | 11:57 |
| 12 | that they have to check or take some action | 11:57 |
| 13 | before they can proceed.  To clicking Sign Up, | 11:57 |
| 14 | it says I agree to the terms; is that right? | 11:57 |
| 15 | A.  To my -- so my -- my understanding is | 11:57 |
| 16 | when you click the box, the sign-up button, you | 11:57 |
| 17 | are agreeing.  The button that says "Sign Up, | 11:57 |
| 18 | says "by clicking this, you are agreeing." | 11:58 |
| 19 | So there is no separate isolated | 11:58 |
| 20 | checkbox that you click that says by clicking | 11:58 |
| 21 | this checkbox, you agree.  It says "by clicking | 11:58 |
| 22 | the sign-up button, you agree." | 11:58 |
| 23 | Q.  Has that always been the presentation | 11:58 |
| 24 | of the terms between 2016 and the present? | 11:58 |
| 25 | A.  Yes, to my -- | 11:58 |

Page 70

| | | |
|---|---|---|
| 1 | MR. WALKER:  Objection, form. | 11:58 |
| 2 | WITNESS:  Yes, to my understanding. | 11:58 |
| 3 | BY MR. GRILLE: | 11:59 |
| 4 | Q.  Does Patreon keep -- no, strike that. | 11:59 |
| 5 | A.  After your next question, is it okay if | 11:59 |
| 6 | I use the bathroom for about five minutes? | 11:59 |
| 7 | MR. GRILLE:  Yeah, why don't we -- I'm | 11:59 |
| 8 | about to switch gears to a difference topic.  So | 11:59 |
| 9 | why don't we just go off the record now. | 11:59 |
| 10 | VIDEOGRAPHER:  Going off the record. | 11:59 |
| 11 | The time is 2:59 p.m. | 11:59 |
| 12 | (Off the record.) | 12:11 |
| 13 | VIDEOGRAPHER:  Back on the record.  The | 12:11 |
| 14 | time is 3:11 p.m. | 12:11 |
| 15 | BY MR. GRILLE: | 12:11 |
| 16 | Q.  Great. | 12:11 |
| 17 | Did you speak with anybody other than | 12:11 |
| 18 | your attorneys during the break? | 12:11 |
| 19 | A.  No. | 12:12 |
| 20 | Q.  I'm going to turn to Topic 3 on | 12:12 |
| 21 | Exhibit 14, which has several subparts, but | 12:12 |
| 22 | relates to Patreon's placement of Meta Pixel and | 12:12 |
| 23 | time period, what pages it was there. | 12:12 |
| 24 | Are you prepared to discuss that topic? | 12:12 |
| 25 | A.  Yes, I am. | 12:12 |

Page 71

```
 1          Q.  And you said earlier that the first      12:12
 2     instance when the Facebook Pixel was installed    12:12
 3     on Patreon's website was April 2016; is that      12:12
 4     right?                                            12:12
 5          A.  Yeah.                                     12:12
 6              April, I'm almost certain that's the     12:12
 7     date.  I don't know the exact day, but April      12:12
 8     sounds -- April or May, 2016, something like      12:12
 9     that.                                             12:12
10          Q.  Do you know who at the company made the  12:12
11     decision to install a Pixel?                      12:13
12          A.  I don't know who made the final          12:13
13     decision, no.                                     12:13
14          Q.  Is there a person or a team who's        12:13
15     responsible for installing the Facebook Pixel     12:13
16     code?                                             12:13
17          A.  It would be our engineering team.        12:13
18          Q.  And you're part of that team, right?     12:13
19          A.  I am.                                     12:13
20          Q.  Is the engineering team also             12:13
21     responsible for maintaining the code, you know,   12:13
22     to the extent something goes wrong they would     12:14
23     address it, that kind of thing?                   12:14
24              MR. WALKER:  Object to form.             12:14
25              WITNESS:  It is part of our job and our  12:14
```

Page 72

| | | |
|---|---|---|
| 1 | duty, yes, in our role. | 12:14 |
| 2 | BY MR. GRILLE: | 12:14 |
| 3 |    Q.  Do you have a contact at Meta who would | 12:14 |
| 4 | advise you related to Patreon's usage of the | 12:14 |
| 5 | Meta Pixel? | 12:14 |
| 6 |       MR. WALKER:  Object to form. | 12:14 |
| 7 |       WITNESS:  No. | 12:14 |
| 8 | BY MR. GRILLE: | 12:14 |
| 9 |    Q.  Have you worked with Meta at all in | 12:14 |
| 10 | relation to the -- to Patreon's Meta Pixel? | 12:14 |
| 11 |       MR. WALKER:  Object to form. | 12:14 |
| 12 |       WITNESS:  No. | 12:14 |
| 13 | BY MR. GRILLE: | 12:14 |
| 14 |    Q.  Has anybody on your team worked with | 12:14 |
| 15 | Meta at all in relation to Patreon's Meta Pixel? | 12:14 |
| 16 |       MR. WALKER:  Objection, form. | 12:14 |
| 17 |       WITNESS:  You're asking if any employee | 12:15 |
| 18 | has ever worked -- or directly with Meta in | 12:15 |
| 19 | terms of integrating the Meta Pixel; is that -- | 12:15 |
| 20 | is that what the question was?  Any employee? | 12:15 |
| 21 | BY MR. GRILLE: | 12:15 |
| 22 |    Q.  Yes. | 12:15 |
| 23 |    A.  No, not to my knowledge. | 12:15 |
| 24 |    Q.  Is it accurate to say that the Meta | 12:15 |
| 25 | Pixel, Facebook Pixel was integrated into the | 12:15 |

Page 73

```
1                    C E R T I F I C A T E

2

3       STATE OF WASHINGTON )
                            )SS.
4       COUNTY OF KING      )

5

6            I, Judith A. Robinson, Certified Court

7       Reporter and an officer of the Court under my

8       commission as a Notary Public, in and for the

9       State of Washington, do hereby certify that the

10      foregoing deposition was transcribed under my

11      direction; that the transcript of the deposition

12      is a full, true and correct transcript to the

13      best of my ability; that I am neither attorney

14      for, nor a relative or employee of any of the

15      parties to the action or any attorney or Counsel

16      employed by the parties hereto, nor financially

17      interested in its outcome.

18           IN WITNESS WHEREOF, I have hereunto set my
        hand and affixed my official seal this 11th day
19      of October, 2023.

20

21                       Judy Robinson

22                       Judith A. Robinson, Notary Public
                         in and for the State of
23                       Washington residing at Seattle.
                         My Commission expires November 4, 2024.
24                       CCR License #2171

25

                                                Page 229
```

**ATTACHMENT 1**

| Citation | Current | Actual | Reason |
|---|---|---|---|
| Pg. 10, lines 20-22 | " I don't quite exactly recall the introduction to this to this extent at this point, you know, a series of back and forth." | *"I don't quite exactly recall the introduction to this, it's been at this point a series of back and forth."* | Transcription error. |
| Pg. 12, line 16 | "And you said you want me to focus on Page 5?" | *"This the first time I'm seeing this document. And you said you wanted me to focus on Page 5?"* | Transcription error. |
| Pg. 12, lines 23-25 | "I just want to actually just kind of finish up the actual verbiage a little bit more." | *"I just want to actually just adjust to the actual verbiage a little more."* | Transcription error. |
| Pg. 13, line 14 | **Q:** "No, I don't think so." | ***Q:*** *"No, I don't think so. Let's just take it maybe one by one. Let me start. Dou see on page 5 there is a heading that says "Areas of Inquiry?"* | Transcription error. |
| Pg. 15, lines 15-16 | "In the general sense of, as you said, kind of general engineers in the industry." | *"In the sense of, as you said, kind of engineers in the industry."* | Transcription error. |
| Pg. 19, line 12-13 | "GetLens" | *\*GitLens* | Transcription error. |
| Pg. 23, line 11-12 | "He provided a query of general understanding.." | *"He provided a general query to get a general understanding…"* | Transcription error. |
| Pg. 33, line 07 | "... that I have." | *"...that I know."* | Transcription error. |
| Pg. 33, line 21 | "publish.." | *"which I've done"* | Transcription error. |
| Pg. 34, line 03 | "I would probably put PHP…" | ***Insert:*** *"It was C++, C Sharp, C. I would probably put PHP…"* | Transcription error. |
| Pg. 35, line 4-5 | "While Django and Flack are in Python noted in Javascript." | *"Well Django and Flack are in Python, Note is in Javascript."* | Transcription error. |

**ATTACHMENT 1**

| Pg. 36, line 17 | "The language is used.." | *"The languages used.."* | Transcription error. |
|---|---|---|---|
| Pg 36 - 37, lines 25-1 | "frameworks and skills – or sorry, the<br><br>powerpatreon.com" | *"frameworks and skills – or sorry, the frameworks and languages essentially that power patreon.com"* | Transcription error. |
| Pg.37, line 14 | "had to change" | *"have changed"* | Transcription error. |
| Pg. 38, line 23 | " have accredited.." | *" am accredited.."* | Transcription error. |
| Pg. 39, line 04 | **Q:** | ***Insert: Q:*** *"I'd like to ask next, so if you turn to Exhibit 14 - it may help to just leave that open for the deposition…"* | Transcription error. |
| Pg. 43, line 03-04 | " at in this number" | *" for in this number"* | Transcription error. |
| Pg. 45, line 15 | **Q:** "And…" | ***Q:*** *"In.."* | Transcription error. |
| Pg. 48, line 10 | "our subset.." | *"a subset.."* | Transcription error. |
| Pg. 50, lines 14-15 | "posts don't typically have poll. But there could be some depiction of a watch" | ***Insert after*** *"polls": "But there could be some numbers that could have added into it by accident. So we just need to remove some of those extraneous events to get a more accurate depiction of a watch."* | Transcription error. |
| Pg. 53, line 22 | "Nick" | *"Nate"* | Transcription error. |
| Pg. 54, line 18 | "not to define one unique" | *"-- to find one unique.."* | Transcription error. |
| Pg. 63, line 22 | **Q:** "Within that video" | ***Q:*** *"with embedded video"* | Transcription error. |
| Pg. 69, line 09 | "You are a big nature.." | *"something to that nature"* | Transcription error. |

**ATTACHMENT 1**

| Pg. 75, line 22 | "I have lined up with" | *"I had joined, I believe, in February"* | Transcription error. |
|---|---|---|---|
| Pg. 89, line 11 | **Q:** "a carat" | **Q:** *"a caret"* | Transcription error. |
| Pg. 90, line 11 | "Yes, there's a line that said we received this as part of the heading, yes." | *Insert: "theres a line that said patreon/app/web/view/basepage/reactbasepage.html so this means that - to answer your question, pages served through the react base page would receive this as part of the head, yes."* | Transcription error. |
| Pg. 96, line 14 | "this page header" | *"this page header code"* | Transcription error. |
| Pg. 96, line 18 | "It needed" | *"In either.."* | Transcription error. |
| Pg. 101, line 21 | "what this event is called" | *"when this event is called"* | Transcription error. |
| Pg. 119, line 22 | "or unique user" | *"of a unique user"* | Transcription error. |
| Pg. 124, line 25 | "DevX is what we called our developer." | *"DevX is what we called our developer tool, or this tool that we built for spitting up instances. It general stands for developer experience"* | Transcription error. |
| Pg. 126, line 22-23 | "And so the only things that can happen in that vault are the production servers." | *"The only things that can access that vault are the production servers for example."* | Transcription error. |
| Pg. 127, line 21 | **Q:** "unable" | **Q:** *"able"* | Transcription error. |
| Pg. 133, line 25 | "090 and 98089" | *"098 or 089"* | Transcription error. |
| Pg. 134, line 10 | "bar-coded ID" | *"hard-coded ID"* | Transcription error. |
| Pg. 134, line 18 | "bar-coded pixel" | *"hard-coded ID"* | Transcription error. |

**ATTACHMENT 1**

| | | | |
|---|---|---|---|
| Pg. 140, line 11 | "Yes." | *"That's right."* | Transcription error. |
| Pg. 141, line 05 | **Q:** "We say" | **Q:** *"Where you say"* | Transcription error. |
| Pg. 150, line 25 | "within a month" | *"within the month"* | Transcription error. |
| Pg. 179, line 14 | **Q:** "RAIN and Facebook" | **Q:** *"RAIN Facebook"* | Transcription error. |
| Pg. 179, line 21-22 | **Q:** "Firing and Trigger" | **Q:** *"Firing trigger"* | Transcription error. |
| Pg. 188, line 04 | "Which are 26 starts with an "as of 98" | *"Which are 26 starts with, and ends with "98"* | Transcription error. |
| Pg. 189, line 24 | **Q:** "https://protect-us.mimecast.com/s/QkB 7CVO9OoFxG7Y9iGo8 TD?domain=pat reon.com" | **Q:** *"patreon.com/channel5/post s"* | Transcription error. |
| Pg. 190, line 22 | "become low" | *"become null"* | Transcription error. |
| Pg. 191, line 10 | **Q:** **"Vuvalde"** | **Q:** *"Uvalde"* | Transcription error. |
| Pg. 193, line 05 | **Reporter:** "Vimeo" | ***Insert before Reporter: "Vimeo"-*** *" I have heard of Vimeo, yes."* | Transcription error. |
| Pg. 193, line 07 | "No" | ***Remove line*** | Transcription error. |
| Pg. 195, line 23-24 | "I don't know" | *"know of no"* | Transcription error. |
| Pg. 202, lines 04 - 10 | **Indicates Q is continuing.** | ***Indicate that the witness began talking:*** *"Specifically you said…."* | Transcription error. |
| Pg. 205, line 08 | **Q:** "Pix" | **Q:** *"Pixel"* | Transcription error. |

**ATTACHMENT 1**

| Pg. 207, line 08 | "But do the math" | *"You could do the math"* | Transcription error. |
|---|---|---|---|
| Pg. 219, lines 15-16 | "Pay day" | **"8A"** | Transcription error. |

**Full Page Edits:**
- Page 189: Timestamps are on the left side, rather than the right.
- Page 191: Timestamps are on the left side, rather than the right.

```
1        STATE OF WASHINGTON )
2                           ) SS.
3        COUNTY OF KING      )
4
5            I, the undersigned, declare under penalty of
6        perjury that I have read the foregoing
7        transcript, and I have made any corrections,
8        additions, or deletions, that I was desirous of
9        making; that the foregoing is a true and correct
10       transcript of my testimony contained therein.
11
12               EXECUTED this  03_____ day of
13       10_____ 2023 at Brooklyn_____,
14       NY_____.
15
16
17       _____
18
19               JASON BYTTOW
20
21
22
23
24
25
```

Page 228

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Doc ID: 36abbaf0430c057b0cfd520b8a6a8290f39bc1fe

1   BRAYDEN STARK and JUDD OOSTYEN vs. PATREON, INC.

2   Jason Byttow (JOB NO. 6023169)

3                    E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE__See attachment 1._____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____        11 / 03 / 2023

24  WITNESS                                Date

25

                                        Page 232

Doc ID: 36abbaf0430c057b0cfd520b8a6a8290f39bc1fe

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Errata Sheet |
| **File name** | Transcript Signature Page.pdf and 1 other |
| **Document ID** | 36abbaf0430c057b0cfd520b8a6a8290f39bc1fe |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **11 / 03 / 2023** <br> 19:13:38 UTC | Sent for signature to Jason Byttow (jason@patreon.com) from dabad@nortonlaw.com <br> IP: 96.74.103.94 |
| VIEWED | **11 / 03 / 2023** <br> 19:20:21 UTC | Viewed by Jason Byttow (jason@patreon.com) <br> IP: 70.107.204.240 |
| SIGNED | **11 / 03 / 2023** <br> 19:22:17 UTC | Signed by Jason Byttow (jason@patreon.com) <br> IP: 70.107.204.240 |
| COMPLETED | **11 / 03 / 2023** <br> 19:22:17 UTC | The document has been completed. |