Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Bree Hann (SBN 215695)
bhann@nortonlaw.com
Nathan Walker (SBN 206128)
nwalker@nortonlaw.com
Gil Walton (SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900
Fax: (510) 906-4910

Attorneys for Defendant
PATREON, INC.

*[Additional Counsel Listed on Signature Pages]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>PATREON, INC.,<br><br>　　　　　Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**STIPULATED, ADMINISTATIVE MOTION AND [PROPOSED] ORDER TO PERMIT DEFENDANT PATREON, INC. TO FILE A SINGLE, CONSOLIDATED REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT REGARDING THE CONSTITUTIONAL QUESTION**<br><br>Judge: Hon. Joseph C. Spero |

Pursuant to Civil Local Rules 7-11 and 7-12, the parties to this case—plaintiffs Brayden Stark and Judd Oostyen ("Plaintiffs"), defendant Patreon, Inc. ("Patreon"), and intervenor the United States of America (collectively, "the Parties")—stipulate, and respectfully ask the Court to approve, that Patreon shall be permitted to file a single, consolidated reply in support of its Motion for Summary Judgment regarding the Constitutional Question, not to exceed 25 pages, in lieu of filing two, fifteen-page replies in response to the separate oppositions of Plaintiffs and the United States, as set forth below:

- Patreon filed its Motion for Summary Judgment regarding the Constitutional Question in this case on November 17, 2023.  (*See* Dkt. Nos. 76 through 88.)
- Oppositions by Plaintiffs and the United States are due December 21.  (Dkt. 67)
- The Parties have stipulated that in lieu of Patreon filing two, fifteen-page replies in response to each of the separate oppositions (as permitted under Civil L.R. 7-3(b)), Patreon may file a single, consolidated reply not to exceed 25 pages.
- Patreon submits that good cause exists for the foregoing filing a single, consolidated reply not to exceed 25 pages, in lieu of filing two, fifteen-page replies in response to each of the separate oppositions, since (1) each of the two oppositions likely will raise at least some of the same issues and arguments, (2) filing a single, consolidated reply not to exceed 25 pages will help ensure Patreon has sufficient space to address both oppositions in one reply, and will avoid duplication of briefing that could occur if two separate replies were filed.
- This stipulation does not change the briefing schedule.  The consolidated reply remains due January 19, 2024.  (Dkt. 67)

Dated: November 29, 2023

By: */s/ Nathan Walker*
Nathan Walker
**THE NORTON LAW FIRM PC**

Attorneys for Defendant
PATREON, INC.

1

STIPULATED, ADMINISTRATIVE MOTION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO PERMIT
PATREON TO FILE A SINGLE, CONSOLIDATED REPLY IN SUPPORT OF ITS MOT'N FOR SUMMARY JUDGMENT
CASE NO. 3:22-cv-03131-JCS

| | | | |
|---|---|---|---|
| 1 | Dated: November 29, 2023 | By: | */s/ Simon S. Grille* |
| 2 | | | Adam E. Polk (SBN 273000)<br>Simon Grille (SBN 294914) |
| 3 | | | Trevor T. Tan (SBN 281045)<br>Kimberly Macey (SBN 342019) |
| 4 | | | **GIRARD SHARP LLP**<br>601 California Street, Suite 1400 |
| 5 | | | San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| 6 | | | Facsimile: (415) 981-4846 |
| 7 | | | apolk@girardsharp.com<br>sgrille@girardsharp.com |
| 8 | | | ttan@girardsharp.com<br>kmacey@girardsharp.com |
| 9 | | | |
| 10 | | | Attorneys for Plaintiffs |
| 11 | | | |
| 12 | Dated: November 29, 2023 | | BRIAN M. BOYNTON |
| 13 | | | Principal Deputy Assistant<br>Attorney General |
| 14 | | | Civil Division |
| 15 | | | LESLEY FARBY |
| 16 | | | Assistant Branch Director<br>Civil Division, Federal Programs |
| 17 | | | Branch |
| 18 | | By: | */s/ Leslie Cooper Vigen* |
| 19 | | | LESLIE COOPER VIGEN<br>Senior Trial Counsel (D.C. Bar No. |
| 20 | | | 1019782) |
| 21 | | | Civil Division, Federal Programs<br>Branch |
| 22 | | | United States Department of Justice<br>1100 L Street, NW |
| 23 | | | Washington, D.C. 20005<br>Telephone: (202) 305-0727 |
| 24 | | | Email: leslie.vigen@usdoj.gov |
| 25 | | | Counsel for the United States |

2

STIPULATED, ADMINISTRATIVE MOTION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO PERMIT
PATREON TO FILE A SINGLE, CONSOLIDATED REPLY IN SUPPORT OF ITS MOT'N FOR SUMMARY JUDGMENT
CASE NO. 3:22-cv-03131-JCS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: November 29, 2023

_____
Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

### FILER'S ATTESTATION

I, Nathan Walker, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Nathan Walker*
Nathan Walker