BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

CLAYTON L. BAILEY
Trial Attorney (DC Bar No. 1644867)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 598-1226
Email: clayton.l.bailey@usdoj.gov

*Counsel for United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Brayden STARK, Judd OOSTYEN, Kevin BLACK, and Maryann OWENS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PATREON, INC., <br><br> Defendant. | No. 3:22-cv-03131-JCS <br><br> **NOTICE OF APPEARANCE** |

Please take notice that Clayton L. Bailey hereby enters his appearance on behalf of the United States of America.

Dated: December 20, 2023

Respectfully submitted,

1
2
3
4
5

                /s/ *Clayton L. Bailey*
                CLAYTON L. BAILEY
                Trial Attorney (DC Bar No. 1644867)
                Civil Division, Federal Programs Branch
                United States Department of Justice
                1100 L Street, NW, Washington, DC 20005
                Telephone: (202) 598-1226
                Email: clayton.l.bailey@usdoj.gov

                *Counsel for United States*