AARON MACKEY (SBN 286647)
amackey@eff.org
F. MARIO TRUJILLO (SBN 352020)
mario@eff.org
ADAM SCHWARTZ (SBN 309491)
adam@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333

SAMIR JAIN (SBN 181572)
sjain@cdt.org
CENTER FOR DEMOCRACY & TECHNOLOGY
1401 K Street, NW
Washington, DC 20005
Telephone: (202) 407-8843

JACOB A. SNOW (SBN 270988)
jsnow@aclunc.org
MATTHEW T. CAGLE (SBN 286101)
mcagle@aclunc.org
CHESSIE THACHER (SBN 296767)
cthacher@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Amici Curiae Electronic Frontier Foundation, Center for Democracy & Technology, American Civil Liberties Union Foundation of Northern California, and American Civil Liberties Union*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATREON, INC.,<br><br>*Defendant*. | Case No. 3:22-cv-03131-JCS<br><br>**NOTICE OF APPEARANCE OF AARON MACKEY AS COUNSEL FOR AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION, CENTER FOR DEMOCRACY & TECHNOLOGY, THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, AND THE AMERICAN CIVIL LIBERTIES UNION** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Aaron Mackey of the Electronic Frontier Foundation, 815 Eddy Street, San Francisco, California 94109 hereby appears as amicus counsel for the Electronic Frontier Foundation, the Center for Democracy & Technology, the American Civil Liberties Union of Northern California, and the American Civil Liberties Union in the above referenced matter.

All pleadings and papers should be served electronically in this action via ECF to amackey@eff.org.

| Dated: December 20, 2023 | Respectfully submitted, |
|---|---|
| | By:  /s/ *Aaron Mackey* |
| | Aaron Mackey<br>F. Mario Trujillo<br>Adam Schwartz<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Telephone: (415) 436-9333<br>Email: amackey@eff.org, mario@eff.org, adam@eff.org |
| | *Counsel for Amicus Curiae Electronic Frontier Foundation* |
| | Samir Jain<br>CENTER FOR DEMOCRACY & TECHNOLOGY<br>1401 K Street, NW<br>Washington, DC 20005<br>Telephone: (202) 407-8843<br>Email: sjain@cdt.org |
| | *Counsel for Amicus Curiae Center for Democracy & Technology* |
| | Jacob A. Snow<br>Matthew T. Cagle<br>Chessie Thacher<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493 |

Email: jsnow@aclunc.org,
mcagle@aclunc.org, cthacher@aclunc.org

*Counsel for Amici American Civil Liberties Union of Northern California and American Civil Liberties Union*