AARON MACKEY (SBN 286647)
amackey@eff.org
F. MARIO TRUJILLO (SBN 352020)
mario@eff.org
ADAM SCHWARTZ (SBN 309491)
adam@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333

SAMIR JAIN (SBN 181572)
sjain@cdt.org
CENTER FOR DEMOCRACY & TECHNOLOGY
1401 K Street, NW
Washington, DC 20005
Telephone: (202) 407-8843

JACOB A. SNOW (SBN 270988)
jsnow@aclunc.org
MATTHEW T. CAGLE (SBN 286101)
mcagle@aclunc.org
CHESSIE THACHER (SBN 296767)
cthacher@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Amici Curiae Electronic Frontier Foundation, Center for Democracy & Technology, American Civil Liberties Union Foundation of Northern California, and American Civil Liberties Union*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATREON, INC.,<br><br>*Defendant*. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ELECTRONIC FRONTIER FOUNDATION, CENTER FOR DEMOCRACY & TECHNOLOGY, THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, AND THE AMERICAN CIVIL LIBERTIES UNION LEAVE TO FILE AMICI CURIAE BRIEF** |

Before the Court is the Motion of Amicus Curiae Electronic Frontier Foundation, the Center for Democracy & Technology, the American Civil Liberties Union of Northern California, and the American Civil Liberties Union for Leave to File Amici Curiae Brief.

1     Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the motion for leave to file amici curiae brief is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____      _____
                                                                 Honorable Joseph C. Spero
                                                                 United States Magistrate Judge