AARON MACKEY (SBN 286647)
amackey@eff.org
F. MARIO TRUJILLO (SBN 352020)
mario@eff.org
ADAM SCHWARTZ (SBN 309491)
adam@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333

SAMIR JAIN (SBN 181572)
sjain@cdt.org
CENTER FOR DEMOCRACY & TECHNOLOGY
1401 K Street, NW
Washington, DC 20005
Telephone: (202) 407-8843

JACOB A. SNOW (SBN 270988)
jsnow@aclunc.org
MATTHEW T. CAGLE (SBN 286101)
mcagle@aclunc.org
CHESSIE THACHER (SBN 296767)
cthacher@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Amici Curiae Electronic Frontier Foundation, Center for Democracy & Technology, American Civil Liberties Union Foundation of Northern California, and American Civil Liberties Union*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Brayden STARK, Judd OOSTYEN, Kevin BLACK, and Maryann OWENS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATREON, INC.,<br><br>*Defendants*. | Case No. 3:22-cv-03131-JCS<br><br>**CERTIFICATION OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of the Electronic Frontier Foundation ("EFF"), the Center for Democracy & Technology ("CDT"), the American Civil Liberties Union of Northern California ("ACLU of Northern California"), and the American Civil Liberties Union ("ACLU") that there is no such interest to report.

Furthermore, EFF, CDT, ACLU of Northern California, and ACLU certify that they have

no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: December 20, 2023

Respectfully submitted,

By: /s/ *Aaron Mackey*

Aaron Mackey
F. Mario Trujillo
Adam Schwartz
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Email: amackey@eff.org, mario@eff.org, adam@eff.org

*Counsel for Amicus Curiae*
*Electronic Frontier Foundation*

Samir Jain
CENTER FOR DEMOCRACY & TECHNOLOGY
1401 K Street, NW
Washington, DC 20005
Telephone: (202) 407-8843
Email: sjain@cdt.org

*Counsel for Amicus Curiae Center for Democracy & Technology*

Jacob A. Snow
Matthew T. Cagle
Chessie Thacher
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Email: jsnow@aclunc.org, mcagle@aclunc.org, cthacher@aclunc.org

*Counsel for Amici American Civil Liberties Union of Northern California and American Civil Liberties Union*