1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>PATREON, INC.,<br><br>　　　　　Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having considered Plaintiffs' December 21, 2023, Administrative Motion to File Under Seal, the Court hereby GRANTS the Motion based on the compelling reasons set forth in the Motion.

Accordingly, the Court ORDERS that the following portions of documents provisionally lodged under seal shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Motion | Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Patreon Inc.'s Motion for Summary Judgment on First Amendment Grounds: Page 3, line 8; Page 17, lines 7-9 | Plaintiffs |
| Exhibit B | Deposition Transcript of Judd Oostyen: Page 88, line 25 – Page 90, line 13 | Plaintiffs |

**IT IS SO ORDERED.**

Dated: _____

    The Honorable Joseph C. Spero
    United States Magistrate Judge