Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 280145)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>     v.<br><br>PATREON, INC.<br><br>         Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>**N.D. Cal. L.R. 7-11 and 79-5** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs will and hereby do move the Court to consider whether Plaintiffs' Opposition to Patreon's Motion for Summary Judgment and certain exhibits thereto designated as "Confidential" or "Highly Confidential," or that otherwise disclose potentially confidential, proprietary, or private information, should be sealed. Plaintiffs file this motion to comply with Civil Local Rules 7-11 and 79-5, as well as the Stipulated Protective Order (Dkt. 29).

### Material to Be Filed Under Seal

Paragraph 13.3 of the Stipulated Protective Order requires materials designated as "Confidential" ("Protected Material") to be filed under seal. Protected Material includes information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c). *See* Stipulated Protective Order, ¶¶ 2.3, 2.15, Dkt. No. 29.

Portions of Plaintiffs' Opposition to Patreon's Motion for Summary Judgment and certain exhibits thereto contain, summarize or reflect the content of materials that Patreon has designated as Protected Material pursuant to the Stipulated Protective Order, or which potentially reflect confidential, proprietary, or private information. Accordingly, Plaintiffs request that the Court consider whether the following documents should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Motion | Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Patreon Inc.'s Motion for Summary Judgment on First Amendment Grounds: Page 2, lines 16-22; Page 3, lines 2-8; Page 12, lines 8-12; Page 21, lines 6-12 | Patreon and Nonparty Meta Platforms, Inc. |
| Exhibit C | PATREON_004271 | Patreon |
| Exhibit D | Deposition Transcript of Melissa Montgomery | Patreon |
| Exhibit E | PATREON_003728 | Patreon |
| Exhibit F | Deposition Transcript of John Principe | Patreon |
| Exhibit G | PATREON_005899 | Patreon |
| Exhibit H | Deposition Transcript of Jason Byttow | Patreon |

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
CASE NO. 3:22-cv-03131-JCS

| Document | Description | Designating Party |
|---|---|---|
| Exhibit I | PATREON_019019 | Patreon |
| Exhibit V | META_STARK_002 | Nonparty Meta Platforms, Inc. |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of Local Rule 79-5. As the above chart indicates, none of the information at issue was designated as confidential by Plaintiffs.

Plaintiffs agree that there are compelling reasons to seal Exhibit I, and the corresponding portions of Plaintiffs' Opposition to Patreon's Motion for Summary Judgment that rely on that material, because it reveals Plaintiffs' private consumption of video content on Patreon's website. With that exception, Plaintiffs take no position at this time on whether any of these designated portions satisfy the requirements for sealing, and specifically reserve the right to challenge any designation under the Stipulated Protective Order as well as the propriety of sealing any of these materials under Civil Local Rule 79-5 and applicable law.

In compliance with Civil Local Rules 7-11 and 79-5, the following attachments accompany this motion:

1. The declaration in support of this Motion;
2. A proposed order that lists in the table format each document sought to be sealed;
3. Unredacted Version of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Patreon Inc.'s Motion for Summary Judgment on First Amendment Grounds; and
4. Unredacted Versions of Exhibits C through I and Exhibit V.

Dated: December 21, 2023    By: */s/ Trevor T. Tan*
　　　　　　　　　　　　　　　　Adam E. Polk (SBN 273000)
　　　　　　　　　　　　　　　　Simon S. Grille (SBN 294914)
　　　　　　　　　　　　　　　　Trevor T. Tan (SBN 280145)
　　　　　　　　　　　　　　　　Reid Gaa (SBN 330141)
　　　　　　　　　　　　　　　　**GIRARD SHARP LLP**
　　　　　　　　　　　　　　　　601 California Street, Suite 1400

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
CASE NO. 3:22-cv-03131-JCS

San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also certify that I caused the under seal documents to be served on counsel *via electronic mail*.

/s/ Trevor T. Tan
Trevor T. Tan

4

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
CASE NO. 3:22-cv-03131-JCS