1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

14  BRAYDEN STARK and JUDD OOSTYEN,
    on behalf of themselves and all others
15  similarly situated,

16              Plaintiffs,
17       v.
18  PATREON, INC.,
19
20              Defendant.

Case No. 3:22-cv-03131-JCS

**[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

21
22
23
24
25
26
27
28

Having considered Plaintiffs' December 21, 2023, Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby ORDERS as follows:

| Document | Description | Designating Party | Ruling on Sealing |
|---|---|---|---|
| Motion | Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Patreon Inc.'s Motion for Summary Judgment on First Amendment Grounds: Page 2, lines 16-22; Page 3, lines 2-8; Page 12, lines 8-12; Page 21, lines 6-12 | Patreon and Nonparty Meta Platforms, Inc. | |
| Exhibit C | PATREON_004271 | Patreon | |
| Exhibit D | Deposition Transcript of Melissa Montgomery | Patreon | |
| Exhibit E | PATREON_003728 | Patreon | |
| Exhibit F | Deposition Transcript of John Principe | Patreon | |
| Exhibit G | PATREON_005899 | Patreon | |
| Exhibit H | Deposition Transcript of Jason Byttow | Patreon | |
| Exhibit I | PATREON_019019 | Patreon | Granted |
| Exhibit V | META_STARK_002 | Nonparty Meta Platforms, Inc. | |

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            The Honorable Joseph C. Spero
                                            United States Magistrate Judge

1

[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:22-cv-03131-JCS