Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF TREVOR T. TAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT PATREON, INC'S MOTION FOR SUMMARY JUDGMENT ON FIRST AMENDMENT GROUNDS**<br><br>Judge: Hon. Joseph C. Spero<br>Date: March 15, 2024<br>Time: 9:30 a.m. |

**EXHIBITS B, C-I, AND V ARE FILED UNDER SEAL**

I, Trevor T. Tan, hereby declare as follows:

1. I am an associate at the law firm of Girard Sharp LLP. I submit this declaration in support of Plaintiffs' Opposition to Defendant Patreon, Inc.'s Motion for Summary Judgment on First Amendment Grounds. I have personal knowledge of the information contained herein, and if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Plaintiff Brayden Stark taken on November 7, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of Plaintiff Judd Oostyen taken on October 4, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of a document produced by Patreon in this litigation with bates-stamp PATREON_004271.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition of Melissa Montgomery taken on July 25, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of a document produced by Patreon in this litigation with bates-stamp PATREON_003728.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the Rule 30(b)(6) deposition of John Principe taken on September 28, 2023.

8. Attached hereto as **Exhibit G** is a true and correct copy of a document produced by Patreon in this litigation with bates-stamp PATREON_005899.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the deposition of Jason Byttow taken on August 1, 2023.

10. Attached hereto as **Exhibit I** is a true and correct copy of a document produced by Patreon in this litigation with bates-stamp PATREON_019019.

11. Attached hereto as **Exhibit J** is a true and correct copy of the September 22, 2023 expert report of Professor Neil Richards.

12. Attached hereto as **Exhibit K** is a true and correct copy of a screenshot taken of the webpage https://www.amgen.com on December 14, 2023.

13. Attached hereto as **Exhibit L** is a true and correct copy of a screenshot taken of the webpage https://discord.com/ on December 14, 2023.

14. Attached hereto as **Exhibit M** is a true and correct copy of a screenshot taken of the webpage https://www.ghirardelli.com/ on December 14, 2023.

15. Attached hereto as **Exhibit N** is a true and correct copy of a screenshot taken of the webpage https://ruthschris.com/ on December 14, 2023.

16. Attached hereto as **Exhibit O** is a true and correct copy of a screenshot taken of the webpage https://onlyfans.com/ on November 30, 2023.

17. Attached hereto as **Exhibit P** is a true and correct copy of a screenshot taken of the webpage https://www.twitch.tv/ on November 30, 2023.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a screenshot taken of the webpage https://www.ikea.com/us/en/ on November 30, 2023.

19. Attached hereto as **Exhibit R** is a true and correct copy of a screenshot taken of the webpage https://www.thomsonreuters.com/en.html on November 30, 2023.

20. Attached hereto as **Exhibit S** is a true and correct copy of the declaration of Laura Hazard Owen submitted in response to Plaintiffs' Subpoena to Produce Documents served on Nieman Journalism Lab.

21. Attached as **Exhibit T** is a true and correct copy of the webpage https://www.niemanlab.org/2021/05/it-turns-out-no-one-wants-to-be-tracked-all-across-their-iphones-by-facebook-or-anyone-else/.

22. Attached hereto as **Exhibit U** is a true and correct copy of the declaration of Stacy Rosenberg and five webpages submitted in response to Plaintiffs' Subpoena to Produce Documents served on Pew Research Center.

23. Attached hereto as **Exhibit V** is a true and correct copy of a document produced by non-party Meta Platforms, Inc. in this litigation containing the Pixel event data associated with certain Pixel identification numbers with bates-stamp META_STARK_002.

*   *   *

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct. Executed this 21st day of December, 2023 in San Francisco, California.
3
4  /s/ *Trevor T. Tan*
   Trevor T. Tan
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28