# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT B

CONFIDENTIAL

```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION

                             -ooOoo-


    BRAYDEN STARK and JUDD        :
    Oostyen, on behalf of
    themselves and all            :
    others similarly
    situated,                     :

              Plaintiffs,         : Case No.
                                    3:22-cv-03131-JCS
         v.                       :

    PATREON, INC.,                :

              Defendant.          :

    _____


                         *CONFIDENTIAL*

          VIDEOTAPED DEPOSITION OF JUDD OOSTYEN
                      TAKEN THROUGH
                         VERITEXT




           Taken on Tuesday, November 7, 2023
                  9:41 a.m. to 3:18 p.m.


             At RAY QUINNEY & NEBEKER, P.C.
                  36 South State Street
                       Suite 1400
              Salt Lake City, Utah 84111


     Reported by:  Abigail D.W. Johnson, RPR, CRR, CRC
```

Page 1

```
 1              MR. GAA:  Objection to form.
 2              THE WITNESS:  Yes and no.
 3   BY MR. WALKER:
 4        Q.    What's the "no"?
 5        A.    The "no" would be:  Not me personally.  The
 6   "yes" is:  In tandem with counsel.
 7        Q.    Fair enough.  You are a named plaintiff in
 8   a lawsuit against Patreon; correct?
 9        A.    Yes.
10        Q.    What do you understand the lawsuit to be
11   about?
12        A.    I understand that it's about my personal
13   information being shared from Patreon to Meta via the
14   Meta Pixel.
15        Q.    What personal information?
16              MR. GAA:  Objection to form.
17              THE WITNESS:  Namely my Facebook ID and
18   videos watched on Patreon's platform.
19   BY MR. WALKER:
20        Q.    Any other personal information?
21              MR. GAA:  Objection to form.
22              THE WITNESS:  Not that I can specifically
23   remember.
24   BY MR. WALKER:
25        Q.    Mr. Oostyen, do you believe that you have
```

Page 20

```
 1   suffered injury as a result of any disclosure of your
 2   Facebook ID and videos that you watched on Patreon to
 3   Meta?
 4              MR. GAA:  Objection to form.
 5              THE WITNESS:  Yes.
 6   BY MR. WALKER:
 7       Q.   How?
 8       A.   Being a particularly private individual,
 9   it's not something I would have elected to have done.
10       Q.   How have you been injured?
11              MR. GAA:  Objection to form.
12              THE WITNESS:  Could you expand on the
13   question?
14   BY MR. WALKER:
15       Q.   So you told me that you believe you've been
16   injured --
17       A.   Mm-hmm.
18       Q.   -- as a result of Patreon's alleged
19   disclosure of personal information of yours to Meta;
20   correct?
21       A.   Yes.
22       Q.   And you told me that the personal
23   information that you believe was disclosed was your
24   Facebook ID and videos that you watched on Patreon;
25   correct?
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1           A.    Mm-hmm.
 2           Q.    And then the question for you is:  Do you
 3     believe you've been injured as a result of that alleged
 4     disclosure of information from Patreon --
 5           A.    Mm-hmm.
 6           Q.    -- to Meta?
 7           A.    It's -- it's hard to quantify in the way
 8     that I've been injured because it's not -- it was not
 9     necessarily information that I wanted a third party to
10     have.
11           Q.    Do you believe you've been injured as a
12     result of that alleged disclosure?
13           A.    Yes.
14           Q.    How have you been injured?
15           A.    I'm not entirely sure.
16           Q.    Mr. Oostyen, what was the value -- strike
17     that.
18                 You've told me that you believe that
19     Patreon disclosed to Meta your Facebook ID and videos
20     that you watched on Patreon; correct?
21           A.    Yes.
22           Q.    And that's your personal information, in
23     your view; correct?
24           A.    Yes.
25           Q.    What was the value of that information
```

Page 22

1   prior to when you believe Patreon disclosed it to Meta?
2           MR. GAA:  Objection to form.
3           THE WITNESS:  As far as a -- I want to say
4   a monetary value, I personally am unfit to -- to
5   calculate that amount.  But as far as a personal value,
6   all of my personal information is something that I
7   can't quantify or specifically define, but is
8   infinitely valuable to me.
9   BY MR. WALKER:
10      Q.   What was the value of the -- before the
11  time --
12      A.   Mm-hmm.
13      Q.   -- you believe Patreon disclosed your
14  personal information to Meta --
15      A.   Mm-hmm.
16      Q.   -- what was the value of the information
17  that you believe was disclosed?
18           MR. GAA:  Objection to form.
19           THE WITNESS:  That's -- that's something
20  that I'm unfit to quantify, but either -- either now or
21  in the future, counsel will retain an expert who can do
22  that.
23  BY MR. WALKER:
24      Q.   Do you believe the -- the information had
25  value before the time you believe Patreon disclosed it

```
 1    been a Patreon member since 2021."
 2               Do you see that?
 3         A.    Yes, I see that.
 4         Q.    Okay.  Is that second sentence an accurate
 5    sentence?
 6         A.    I believe so.  I just couldn't remember if
 7    it was 2021 or maybe late 2021.
 8         Q.    Understood.  That's why I offer you this --
 9         A.    Yes.
10         Q.    -- exhibit.
11               Does Exhibit No. 1 refresh your
12    recollection of when you created your Patreon account?
13         A.    Yes, it does.
14         Q.    And did you create your Patreon account in
15    2021?
16         A.    Yes.
17         Q.    Why did you create your Patreon account?
18         A.    To support a creator I was interested in
19    supporting.
20         Q.    Which creator?
21         A.    I believe it is a creator that goes by the
22    name of "Worthikids."
23         Q.    How did you first hear of Worthikids?
24         A.    YouTube.
25         Q.    Did you view Worthikids content on YouTube?
```

Page 30

```
1       A.      Minimally.
2       Q.      What steps, if any, have you taken?
3       A.      None that I remember exactly.
4       Q.      Do you recall any?
5       A.      I do.  But I did it so long ago, I don't
6    remember, again, exactly what I did.
7       Q.      Okay.  How long ago?
8       A.      Again, that would have been probably 2021.
9       Q.      So you created your Patreon account in
10   2021; right?
11      A.      Yes.
12      Q.      And you were aware of the existence of
13   cookies at the time you created your Patreon account;
14   correct?
15      A.      Yes.
16      Q.      And when you created your Patreon account,
17   did you have an understanding, one way or the other, as
18   to whether there were cookies that could be installed
19   on your browser by one website that would track what
20   you did on a different website?
21      A.      No.
22      Q.      Do you have an understanding about that,
23   one way or the other, now?
24      A.      A very surface-level understanding.
25      Q.      What is your understanding?
```

Page 43

```
 1        Q.    And you had the 2019 cell phone until
 2   December of 2022 or January of 2023?
 3        A.    Correct.
 4        Q.    You mentioned earlier something called the
 5   Meta Pixel?
 6        A.    Yes.
 7        Q.    What is your understanding of what the Meta
 8   Pixel is?
 9        A.    My understanding is it's lines of code
10   that, in this instance, are embedded in a website, and
11   they collect and share personal information and the
12   names of videos with Meta.
13        Q.    When did you first become aware of the
14   existence of the Meta Pixel?
15        A.    The Meta -- the Meta Pixel specifically?
16   It would have been through the -- I guess the course of
17   getting in contact with the lawyers and joining the
18   case.
19        Q.    When you refer to "lawyers," are you
20   referring to the lawyers at the Girard Sharp law firm?
21        A.    Yes.
22        Q.    And before you had contact with the Girard
23   Sharp law firm, did you have any awareness of the
24   existence of the Meta Pixel?
25        A.    Not -- not specifically, no.
```

Page 76

```
 1         A.    I guess that has -- has since stopped being
 2   accurate, but at the time that this was submitted, it
 3   was accurate.
 4         Q.    Thank you.  So at what point did you
 5   discontinue paying Patreon subscription fees $5 per
 6   month?
 7         A.    I don't remember exactly.  It had to do
 8   with a change in card number, forgetting to update the
 9   payment.
10         Q.    Do you recall what year that was?
11         A.    No, not exactly.
12         Q.    Do you believe it was in 2022?
13         A.    Yes, most likely.
14         Q.    Okay.  And the subscription pays -- the
15   subscription fees that you referred to here in the
16   amended complaint, these are subscription fees that you
17   paid for access to creator content on Patreon?
18         A.    Yes.
19         Q.    What are the creators for which you have
20   paid Patreon subscription fees?
21         A.    The ones that I remember are, as mentioned
22   previously, Worthikids and Shen.  Those are -- yeah,
23   those are the only two that I -- I can't remember if
24   there were any others.
25   ████████████████████████████████████████████████████████
```

Page 88

CONFIDENTIAL



Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127



```
14        Q.   Did you pay subscription fees for access to
15   a content -- strike that.
16             Did you pay subscription fees to access for
17   content from a creator called Lord Bung [phonetic]?
18        A.   Yes, I do remember that one.
19        Q.   What sort of content does Lord Bung provide
20   on Patreon?
21        A.   It was animated content as well.
22        Q.   What sort of animated content?
23        A.   Mainly animated video.  Their work was
24   fairly prolific on YouTube for a while, and I wanted to
25   support them.
```

Page 90