# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT C

# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT D

(REDACTED)

FILED UNDER SEAL

EXHIBIT E

# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT F

# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT G

# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT H

# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT I