EXHIBIT K

