EXHIBIT N

