EXHIBIT O

