EXHIBIT Q

