EXHIBIT R

