# EXHIBIT S

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION**<br><br>Judge: Hon. Joseph C. Spero |

I, Laura Hazard Owen, hereby declare as follows:

1. I am employed by The Nieman Foundation for Journalism at Harvard University ("Nieman Journalism Lab") as Editor, and I am a custodian of records for Nieman Journalism Lab.

2. I submit this declaration in response to Plaintiffs' Subpoena to Produce Documents served on Nieman Journalism Lab on September 28, 2023. I have personal knowledge of all facts stated in this declaration and, if called to do so, I could and would testify to the matters contained herein.

3. I state that the webpage contained at https://www.niemanlab.org/2021/05/it-turns-out-no-one-wants-to-be-tracked-all-across-their-iphones-by-facebook-or-anyone-else/ — and the contents within that website — are authentic and genuine pursuant to Federal Rule of Evidence 901.

4. I further state that this webpage and its contents:

 a. were made at or near the time by, or from information transmitted by, someone with knowledge of the matters contained therein;

 b. were kept in the course of a regularly conducted business activity of Nieman Journalism Lab; and

 c. were made by Nieman Journalism Lab as a regular practice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this September 28, 2023, at Cambridge, MA.

/s/ *Laura Hazard Owen*