EXHIBIT U

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**STARK, et al.,**

      **Plaintiffs,**

**v.**                         **Case No. 3:22-cv-03131-JCS (N.D.Cal.)**

**PATREON, INC.**

      **Defendant**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

## <u>DECLARATION OF STACY ROSENBERG</u>

Stacy Rosenberg, under penalty of perjury, states as follows:

      1.      I am employed by Pew Research Center.

      2.      I am over 18 years old. I have personal knowledge and authority concerning the below facts and, if called upon to do so, could and would testify under oath regarding each competently.

      3.      I am the Director of Digital Strategy for Pew Research Center.

      4.      I understand that Pew Research Center received a subpoena from the Plaintiffs in this case.

      5.      In response to that subpoena, Pew Research Center is producing four webpages, copies of which are attached hereto as Exhibits A-E and labeled with the bates references PRC 0001-0135.

      6.      I am familiar with the content of these webpages, and I am the custodian of records with regards to these webpages for purposes of responding to this subpoena.

7.      I certify that the webpages produced are true and accurate copies of records created by or in the possession of Pew Research Center.

8.      These records were created or compiled by Pew Research Center, were made at or near the time by, or from information transmitted by, a person with knowledge of the matters contained in those records.

9.      These webpages were created and were kept in the course of regularly conducted business activity of Pew Research Center.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ _ day of September 2023 in Washington, DC.

*Stacy Rosenberg*
_____
**STACY ROSENBERG**

2

# Exhibit A



NUMBERS, FACTS AND TRENDS SHAPING THE WORLD

May 20, 2015

# Americans' Attitudes About Privacy, Security and Surveillance

*Many want control over their personal information and freedom from observation during the activities of their daily lives, but they are not confident that the government agencies or businesses that collect data about them can keep that information private and secure*

**FOR FURTHER INFORMATION ON THIS REPORT:**

**Mary Madden,** Senior Researcher
**Lee Rainie,** Director Internet, Science, and Technology Research

202.419.4372

www.pewresearch.org

RECOMMENDED CITATION: Mary Madden, Lee Rainie. Pew Research Center, May 20, "Americans' Attitudes About Privacy, Security and Surveillance." Available at: http://www.pewinternet.org/2015/05/20/americans-attitudes-about-privacy-security-and-surveillance/

# About this Report

This report is the third in a series of studies that examine Americans' digital-privacy-related perceptions and behaviors, following the ongoing revelations of government surveillance activities introduced in 2013 by the ex-National Security Agency contractor Edward Snowden. To examine this topic in depth and over an extended period of time, the Pew Research Center conducted a survey of a representative online panel of 498 adults who are members of the GfK Knowledge Panel. These panelists have agreed to respond to four surveys over the course of one year. The findings in this report are based on several surveys, the primary one of which was conducted in English and fielded online between Aug. 5, 2014, and Sept. 2, 2014. In addition, a total of 26 panelists also participated in one of three online focus groups as part of this study during December 2014.

This report is a collaborative effort based on the input and analysis of the following individuals:

Mary Madden, *Senior Researcher*
Lee Rainie, *Director Internet, Science and Technology Research*
Andrew Perrin, *Research Assistant*
Maeve Duggan, *Research Analyst*
Dana Page, *Communications Manager*

Other reports from Pew Research Center project on the topic of privacy and security online can be found at:

http://www.pewinternet.org/topics/privacy-and-safety/pages/2/

# About the Pew Research Center

Pew Research Center is a nonpartisan fact tank that informs the public about the issues, attitudes and trends shaping America and the world. It does not take policy positions. It conducts public opinion polling, demographic research, media content analysis and other empirical social science research. The center studies U.S. politics and policy views; media and journalism; internet and technology; religion and public life; Hispanic trends; global attitudes and U.S. social and demographic trends. All of the center's reports are available at http://www.pewresearch.org. Pew Research Center is a subsidiary of The Pew Charitable Trusts.

© Pew Research Center 2015

# Summary of Findings

The cascade of reports following the June 2013 government surveillance revelations by NSA contractor Edward Snowden have brought new attention to debates about how best to preserve Americans' privacy in the digital age. At the same time, the public has been awash with news stories detailing security breaches at major retailers, health insurance companies and financial institutions. These events – and the doubts they inspired – have contributed to a cloud of personal "data insecurity" that now looms over many Americans' daily decisions and activities. Some find these developments deeply troubling and want limits put in place, while others do not feel these issues affect them personally. Others believe that widespread monitoring can bring some societal benefits in safety and security or that innocent people should have "nothing to hide."

Americans' views about privacy and surveillance are relevant to policymaking on these matters. Key legal decisions about the legitimacy of surveillance or tracking programs have hinged on the question of whether Americans think it is reasonable in certain situations to assume that they will be under observation, or if they expect that their activities will not be monitored. A federal appeals court recently ruled that a National Security Agency program that collects Americans' phone records is illegal. In striking down the program, Judge Gerald Lynch wrote: "Such expansive development of government repositories of formerly private records would be an unprecedented contraction of the privacy expectations of all Americans. Perhaps such a contraction is required by national security needs in the face of the dangers of contemporary domestic and international terrorism. But we would expect such a momentous decision to be preceded by substantial debate, and expressed in unmistakable language."

Two new Pew Research Center surveys explore these issues and place them in the wider context of the tracking and profiling that occurs in commercial arenas. The surveys find that Americans feel privacy is important in their daily lives in a number of essential ways. Yet, they have a pervasive sense that they are under surveillance when in public and very few feel they have a great deal of control over the data that is collected about them and how it is used. Adding to earlier Pew Research reports that have documented low levels of trust in sectors that Americans associate with data collection and monitoring, the new findings show Americans also have exceedingly low levels of confidence in the privacy and security of the records that are maintained by a variety of institutions in the digital age.

While some Americans have taken modest steps to stem the tide of data collection, few have adopted advanced privacy-enhancing measures. However, majorities of Americans expect that a wide array of organizations should have limits on the length of time that they can retain records of

their activities and communications. At the same time, Americans continue to express the belief that there should be greater limits on government surveillance programs. Additionally, they say it is important to preserve the ability to be anonymous for certain online activities.

**Most Americans hold strong views about the importance of privacy in their everyday lives.**

The majority of Americans believe it is important – often "very important" – that they be able to maintain privacy and confidentiality in commonplace activities of their lives. Most strikingly, these views are especially pronounced when it comes to knowing what information about them is being collected and who is doing the collecting. These feelings also extend to their wishes that they be able to maintain privacy in their homes, at work, during social gatherings, at times when they want to be alone and when they are moving around in public.

When they are asked to think about all of their daily interactions – both online and offline – and the extent to which certain privacy-related values are important to them, clear majorities say these dimensions are at least "somewhat important" and many express the view that these aspects of personal information control are "very important."

Survey results from early 2015 show:

▪ 93% of adults say that being in control of *who* can get information about them is important; 74% feel this is "very important," while 19% say it is "somewhat important."

▪ 90% say that controlling *what* information is collected about them is important—65% think it is "very important" and 25% say it is "somewhat important."

At the same time, Americans also value having the ability to share confidential matters with another trusted person. Nine-in-ten (93%) adults say this ability is important to them, with 72% saying it is "very important" and 21% saying it is "somewhat important."

**Permission and publicness are key features that influence views on surveillance.**

Americans say they do not wish to be observed without their approval; 88% say it is important that they not have someone watch or listen to them without their permission (67% feel this is "very important" and 20% say it is "somewhat important").

However, far fewer (63%) feel it is important to be able to "go around in public without always being identified." Only 34% believe being able to go unnoticed in public is "very important" and

29% say it is "somewhat important" to them. In both cases, all adults, regardless of age or gender, express comparable views.

## Americans Hold Strong Views About Privacy in Everyday Life

*In response to the following question: "Privacy means different things to different people today. In thinking about all of your daily interactions – both online and offline – please tell me how important each of the following are to you . . ."*

*% of adults who say ...*



Source: Pew Research Center's Privacy Panel Survey #4, Jan. 27, 2015-Feb. 16, 2015 (N=461). Refused responses not shown.

**PEW RESEARCH CENTER**

The findings above come from a survey conducted Jan. 27 to Feb. 16, 2015, among 461 adults on the GfK Knowledge Panel. It has a margin of error of plus or minus 5.8 percentage points. The findings cited below in the Summary section come from a separate survey of 498 adults on the same Knowledge Panel; that survey was conducted between Aug. 5 and Sept. 2, 2014, and has a margin of error of plus or minus 5.6 percentage points.

**Americans have little confidence that their data will remain private and secure.**

For all of the 11 entities we asked about in the fall 2014 survey – from government agencies to credit card companies to social media sites – only small minorities say they are "very confident" the records maintained by these organizations will remain private and secure.

- Just 6% of adults say they are "very confident" that **government agencies** can keep their records private and secure, while another 25% say they are "somewhat confident."

- Only 6% of respondents say they are "very confident" that **landline telephone companies** will be able to protect their data and 25% say they are "somewhat confident" that the records of their activities will remain private and secure.

- **Credit card companies** appear to instill a marginally higher level of confidence; 9% say they are "very confident" and 29% say they are "somewhat confident" their data will stay private and secure.

PEW RESEARCH CENTER

## Few Express Confidence That Their Records Will Remain Private and Secure

*% of adults who say they are … that the records of their activity maintained by various companies and organizations will remain private and secure*



Source: Pew Research Center's Privacy Panel Survey #2, Aug. 5, 2014-Sept. 2, 2014 (N=498). Refused responses not shown.

**PEW RESEARCH CENTER**

Online service providers are among the least trusted entities when it comes to keeping information private and secure. When asked about search engine providers, online video sites, social media sites and online advertisers, the majority felt "not too confident" or "not at all confident" that these entities could protect their data:

- 76% of adults say they are "not too confident" or "not at all confident" that records of their activity maintained by the **online advertisers** who place ads on the websites they visit will remain private and secure.

- 69% of adults say they are not confident that records of their activity maintained by the **social media sites** they use will remain private and secure.

- 66% of adults say they are not confident that records of their activity maintained by **search engine providers** will remain private and secure.

- 66% say they are not confident that records of their activity collected by the **online video sites** they use will remain private and secure.

**Few feel they have "a lot" of control over how much information is collected about them in daily life and how it is used.**

When asked how much control they feel they have over how much information is collected about them and how it is used in their everyday lives, only a small minority of Americans say they have "a lot" of control over their personal data collection and its use.

When thinking about a range of activities that might take place on a typical day, 9% say they feel they have "a lot" of control over how much information is collected about them and how it is used, while 38% say they have "some control." Another 37% feel they have "not much control," and 13% feel they personally have "no control at all" over the way their data is gathered and used.

**A very small number say they have changed their behavior to avoid being tracked recently, but many were already engaged in more common or less technical privacy-enhancing measures.**

At the time of the mid-2014 survey, the vast majority of respondents – 91% – had not made any changes to their internet or cellphone use to avoid having their activities tracked or noticed. Only 7% reported that they had made these kinds of changes in "recent months."

At the same time, a much larger group had engaged in some everyday obfuscation tactics and privacy-enhancing measures. These activities were not necessarily in direct response to news of government monitoring programs, but, rather, represent a set of measures that respondents may have engaged in out of broader concerns about their personal info. Some of the more common activities include:

- Clearing cookies or browser history (59% have done this).

- Refusing to provide information about themselves that wasn't relevant to a transaction (57% have done this).

- Using a temporary username or email address (25% have done this).

- Giving inaccurate or misleading information about themselves (24% have done this).

- Deciding not to use a website because they asked for a real name (23% have done this).

**Advanced measures, such as the use of proxy servers and encryption are less common.**

This survey included somewhat more expansive questions about advanced privacy-enhancing measures such as the use of proxy servers, virtual private networks and encryption across a variety of communications channels, following up on findings reported earlier this year. However, even with comparatively broader language, just one-in-ten Americans said they had adopted these more sophisticated steps to shield their information:

- 10% of adults say they have encrypted their phone calls, text messages or email.

- 9% say they have used a service that allows them to browse the Web anonymously, such as a proxy server, Tor software, or a virtual personal network.

**Most want limits on the length of time that records of their activity can be retained.**

There is wide variation across the length of time that respondents feel is reasonable for businesses and other organizations to store their data. Additionally, there is considerable variance on their views depending on the kind of organization that retains the records of the activity. In general, and even though it may be necessary to provide certain functionality, people are less comfortable with online service providers – such as search engine providers and social media sites – storing records and archives of their activity.

- 50% of adults think that **online advertisers** who place ads on the websites they visit should not save records or archives of their activity for any length of time.

- 44% feel that the **online video sites** they use shouldn't retain records of their activity.

- 40% think that their **search engine** provider shouldn't retain information about their activity.

- 40% think that **social media sites** they use shouldn't save data about their activity.

At the other end of the spectrum, the vast majority of adults are comfortable with the idea that credit card companies might retain records or archives of their activity. Just 13% think that credit card companies "shouldn't save any information."

**Those who have greater awareness of the government monitoring programs are more likely to believe that certain records should not be saved for any length of time.**

Those who have had the most exposure to information about the government surveillance programs also have some of the strongest views about data retention limits for certain kinds of organizations. These differences are particularly notable when considering social media sites. Among those who have heard "a lot" about the government collecting communications data as part of anti-terrorism efforts, 55% say that the social media sites they use should not save any information regarding their activity, compared with 35% of those who have heard "a little" about the government monitoring programs.

### Those Who Have Heard "a Lot" About Government Surveillance Hold Stronger Views About Certain Data Retention Limits

*% of U.S. adults who say the following organizations <u>should not save any information</u> about their activity*



Source: Pew Research Center's Privacy Panel Survey #2, Aug. 5, 2014-Sept. 2, 2014 (N=498).

**PEW RESEARCH CENTER**

**65% of American adults believe there are not adequate limits on the telephone and internet data that the government collects.**

When asked to think about the data the government collects as part of anti-terrorism efforts, 65% of Americans say there are not adequate limits on "what telephone and internet data the government can collect."[1] Just 31% say they believe that there are adequate limits on the kinds of data gathered for these programs. The majority view that there are not sufficient limits on what data the government gathers is consistent across all demographic groups. Those who are more

---

[1] Due to differences in the method of survey administration and questionnaire context, these findings are not directly comparable to previous Pew Research telephone surveys that have included a version of this question.

aware of the government surveillance efforts are considerably more likely to believe there are not adequate safeguards in place; 74% of those who have heard "a lot" about the programs say that there are not adequate limits, compared with 62% who have heard only "a little" about the monitoring programs.

**55% of Americans support the idea of online anonymity for certain activities, but many are undecided on the issue.**

In the current survey, the majority of adults (55%) said that people should have the ability to use the internet completely anonymously for certain kinds of online activities. Another 16% do not think people should be able to remain anonymous when they are online; 27% said they don't know.

Men are more likely than women to think people should be able to engage in certain online activities anonymously (61% vs. 49%), but support for internet anonymity does not vary by age. Education is a predictor, but income is not; adults with at least some college education are significantly more likely than those who have not attended college to believe that people should have the ability to use the internet anonymously (66% vs. 40%).

**Even as they expect online anonymity, most assume that motivated people and organizations could uncover private details.**

Many believe they are particularly vulnerable to people or organizations who have a motive to learn private details about their past. When considering how difficult it would be for a *motivated* person or organization to learn private details about their past that they would prefer to keep private, 64% of adults said it would be "not too" or "not at all" difficult for a motivated person or organization to uncover that sensitive information. Just 20% felt it would be "very" or "somewhat" difficult.

Men and women report similar responses, but those ages 50 and older (76%) are significantly more likely to believe it would be "not too" or "not at all difficult" when compared with those under the age of 50 (54%). Similarly, those with a college degree are more likely than those who have not attended college to feel more exposed (70% vs. 58%).

**More about these surveys**

The majority of the analysis in this report is based on a Pew Research Center survey conducted between Aug. 5, 2014, and Sept. 2, 2014, among a sample of 498 adults ages 18 or older. The survey was conducted by the GfK Group using KnowledgePanel, its nationally representative online research panel. GfK selected a representative sample of 1,537 English-speaking panelists to invite to join the subpanel and take the first survey in January 2014. Of the 935 panelists who

responded to the invitation (60.8%), 607 agreed to join the subpanel and subsequently completed the first survey (64.9%), the results of which were reported in November 2014. This group has agreed to take four online surveys about "current issues, some of which relate to technology" over the course of a year and possibly participate in one or more 45- to 60-minute online focus group chat sessions. For the second survey whose results are reported here, 498 of the original 607 panelists participated. A random subset of the subpanel is occasionally invited to participate in online focus groups. For this report, a total of 26 panelists participated in one of three online focus groups conducted during December 2014. Sampling error for the total sample of 498 respondents is plus or minus 5.6 percentage points at the 95% level of confidence.

An additional survey related to Americans' views about the importance of privacy was conducted between Jan. 27 and Feb. 16, 2015, among a sample of 461 adults ages 18 or older. The sample was drawn from the same 607 adults who agreed to participate in the subpanel on privacy. It has a margin of error of plus or minus 5.8 percentage points.

For more information on the Privacy Panel, please see the Methods section at the end of this report.

PEW RESEARCH CENTER

# Acknowledgements

The authors would like to acknowledge the generous contributions of the various outside reviewers who offered their insights at various stages of this project. In particular, we would like to thank Tiffany Barrett, danah boyd, Mary Culnan and all of the attendees of the Future of Privacy Forum Research Seminar Series, Urs Gasser, Chris Hoofnagle, Michael Kaiser, Kirsten Martin and Bruce Schneier. In addition, the authors are grateful for the ongoing editorial, methodological and production-related support provided by the staff of the Pew Research Center.

While we greatly appreciate all of these contributions, the authors alone bear responsibility for the presentation of these findings, as well as any omissions or errors.

# Introduction

As the two-year anniversary of Edward Snowden's historic leaks of top secret National Security Agency documents approaches, the public debate about government surveillance reform has been reignited. With section 215 of the Patriot Act set to expire on June 1, 2015, policymakers have responded by introducing two new bills currently under consideration in Congress. A Patriot Act reauthorization bill, introduced by Senate Majority Leader Mitch McConnell, would primarily seek to extend the life of the controversial provision until 2020, while the USA Freedom Act, a bill that has already passed the House with bipartisan support, would effectively end the government's bulk collection of telephony metadata.

The language of Section 215 has been controversial, in part because it has been used to justify the government's collection of any "tangible things" that might possibly be relevant to an anti-terrorism investigation. Among the files leaked by NSA contractor Edward Snowden that were published in June 2013 was a previously undisclosed Foreign Intelligence Surveillance Court (FISA court) order that demonstrated the government was using an interpretation of Section 215 to authorize the bulk collection of Americans' telephone records.

Privacy advocates argue that the law, and this expansive interpretation, allows for an unprecedented and broad reach for government monitoring of citizens in the name of protecting national security. Some supporters of Section 215 and the Patriot Act as a whole contend that the law supports critical programs to protect Americans' safety and that the intelligence community already has administrative safeguards in place to address privacy concerns. Earlier this month, a federal appeals court in New York ruled that the bulk collection of Americans' phone records through this program was illegal, but the ruling did not include an injunction requiring the program to end.

Last fall, the first report in this Pew Research Center privacy series showed that the American public is broadly concerned about government surveillance efforts and that, among adults, there is now a near-universal lack of confidence in the security of everyday communications channels when they want to share  private information with another trusted party; this is particularly true when it comes to the use of online tools.

The second report in this series found that among those who have heard about the government monitoring programs, a modest number have been taking some simple steps to more closely manage their digital privacy online and use communication channels that they perceive to be more secure. However, those who have taken more advanced steps (the leading-edge privacy enthusiasts) are still the exception. Despite widespread concern about their privacy and a desire to

**15**
PEW RESEARCH CENTER

do more to protect it, many Americans are not yet aware of a variety of tools that would help to secure their personal data and communications.[2]

In addition, recent Pew Research analysis suggests that some Americans are not taking greater steps to protect their personal information online because they do not think it will be effective in preventing government monitoring. Still others think the use of certain privacy-enhancing tools might actually be a red flag that makes them appear suspicious and invites greater scrutiny.

This third report takes a broad look at other issues that are central to current discussions about privacy: What are the daily activities and scenarios where Americans believe that being free from observation is especially important? To what degree do they feel they have control over how information about them is collected and used? Do they think the data collectors in the government and business can keep their personal information private and secure? This report does not directly examine the issue of "intrusiveness," and the extent to which Americans perceive certain government information-collection efforts to be an invasion of their privacy in daily life. Instead, it demonstrates the relatively high value Americans place on the privacy of daily activities and the exceedingly low levels of confidence that the American public have in the privacy and security of the records that are maintained by a variety of institutions in the digital age.[3] It further documents Americans' views that a wide array of organizations should have limits on the length of time that they can retain records of their activities and communications.

At the same time, majorities of Americans continue to express the belief that government surveillance programs should be limited and that it is important to preserve the ability to be anonymous for certain online activities. This report sheds light on the reasons people give for feeling that being anonymous online is something people should be able to do, as well as the reasons that a sizable minority find it to be a problematic part of society.

---

[2] In addition, other recent studies have suggested that the lack of transparency in how personal information is collected and shared by various institutions and a knowledge gap about the perceived and actual value of various categories of data may contribute to the public's lack of action on certain privacy-related issues. See: https://www.staysafeonline.org/about-us/news/results-of-consumer-data-privacy-survey-reveal-critical-need-for-all-digital-citizens-to-participate-in-data-privacy-day.

[3] For a detailed review of the empirical research on privacy attitudes and behavior, see "Privacy and Human Behavior in the Age of Information," by Alessandro Acquisti, Laura Brandimarte, and George Loewenstein, Science, Vol. 347 no. 6221 pp. 509-514.

# Americans' Views About Data Collection and Security

Contrary to assertions that people "don't care" about privacy in the digital age, this survey suggests that Americans hold a range of strong views about the importance of control over their personal information and freedom from surveillance in daily life. As earlier studies in this series have illustrated, Americans' perceptions of privacy are varied in important ways and often overlap with concerns about personal information security and government surveillance. In practice, information scholars have noted that privacy is not something one can simply "have," but rather is something people seek to "achieve" through an ongoing process of negotiation of all the ways that information flows across different contexts in daily life.

The data from the new Pew Research surveys suggest that Americans consider a wide array of privacy-related values to be deeply important in their lives, particularly when it comes to having a sense of control over who collects information and when and where activities can be observed.

When they are asked to think about all of their daily interactions – both online and offline – and the extent to which certain privacy-related values are important to them, clear majorities believe every dimension below is at least "somewhat important" and many express the view that these aspects of personal information control are "very important."[4] The full range of their views is captured in the chart below and more detailed analysis is explored after that.

---

[4] This series of questions are modified from trend questions asked in Harris Interactive surveys. Due to differences in the question stem and survey response categories here, direct trend comparisons with earlier surveys cannot be made. For an overview of public opinion survey trends on privacy-related questions, see: Samuel J. Best, Brian S. Krueger and Jeffrey Ladewig, "Privacy in the Information Age." Available at: http://www.jstor.org/stable/3843987

## Americans Hold Strong Views About Privacy in Everyday Life

*In response to the following question: "Privacy means different things to different people today. In thinking about all of your daily interactions – both online and offline – please tell me how important each of the following are to you . . ."*

% of adults who say …



Source: Pew Research Center's Privacy Panel Survey #4, Jan. 27, 2015-Feb. 16, 2015 (N=461). Refused responses not shown.

**PEW RESEARCH CENTER**

**Nine-in-ten adults feel various dimensions of control over personal information collection are "very important" to them.**

The issue of *who* is gathering information and *what* information is being gathered is considered to be an important dimension of privacy control by nearly all American adults. In all, 93% of adults say that being in control of *who* can get information about them is important; 74% feel this is "very important," while 19% say it is "somewhat important."

At the same time, 90% say that controlling *what* information is collected about them is important– 65% think it is "very important" and 25% say it is "somewhat important." There are no significant age- or gender-based differences for either of these questions.

As earlier surveys have demonstrated, the sensitivity level of various types of information varies considerably, with social security numbers topping the list of the most sensitive pieces of information and basic purchasing habits being viewed as the least sensitive kind of data.

**Americans value having the ability to share confidential matters with another trusted person.**

While public confidence in the security of various communications channels is low, Americans continue to value the ability to share confidential information with others in their lives. Nine-in-ten (93%) adults say that this is important to them, with 72% saying it is "very important" and 21% saying it is "somewhat important" to have this ability to share confidential information with trusted parties. Men, women and adults of all ages are equally likely to hold these views.

**Permission and publicness are key features that influence views on surveillance.**

Americans say they do not wish to be observed without their approval; 88% say that it is important that they not have someone watch or listen to them without permission (67% feel this is "very important" and 20% say it is "somewhat important" to them).

However, far fewer (63%) feel it is important to be able to "go around in public without always being identified." Only 34% believe being able to go unnoticed in public is "very important" and 29% say it is "somewhat important." In both cases, all adults, regardless of age or gender, express comparable views.

**For many, homes really are "do not disturb" zones.**

Americans do not appreciate being bothered at home. Fully 85% say that not being disturbed at home is important to them. Some 56% say it is very important they not be bothered at home and another 29% say it is "somewhat important" they be free from disturbances at home.

**Americans treasure the ability to be alone at times and they do not appreciate intrusive inquiries about personal matters.**

Some 85% of adults say it is important to be able to have times when they are completely alone, away from anyone else. Fully 55% say this is "very important" to them and another 30% say this is somewhat important. These with high school educations or less are not as likely as those with at least some college experience or college graduates to say that being alone matters to them. Women and men show no difference in their answer on this question, nor do those in different age groups.

On a separate question, 79% say that it "very" or "somewhat" important to them not to have people at work or social situations ask them about things that are "highly personal." Some 44% say that avoiding prying acquaintances is "very important" to them and another 36% say this is "somewhat important."

The ability to avoid "highly personal" questions is an especially important virtue to those over age 50. Some 52% say it is very important to them not to be asked about highly personal matters, compared with 37% of those ages 18-49 who feel that level of sensitivity. In addition, women (84%) are more likely than men (74%) to say that it is important to them not to have people ask them highly personal questions in work and social situations.

**By a 2-to-1 margin, people think it is important not to be monitored at work.**

Some 56% of Americans say it is important to them not to be monitored at work, compared with 27% who say it is not very or not at all important. Another 15% of adults say they do not know or this issue does not apply to them. Twenty-eight percent say it is "very important" not to be monitored at work and another 28% say it is "somewhat important."[5]

**Even as they value the ability to be free from observation, Americans feel it is hard to avoid surveillance in public.**

While the patterns of one's digital communications and behaviors have been the focus of much of the recent public discussion about surveillance, Americans also have a pervasive sense that their *physical* activities may be recorded when they are moving about their daily lives. In the first survey in this series, Americans were asked whether or not they agree that "it is hard to avoid surveillance cameras when I am out in public."[6] The vast majority – 81% – agree that surveillance cameras are hard to avoid; 36% say they "strongly agree" and 45% "agree."

Majorities of every demographic group said they feel this way, with relatively minor variation in the responses. For instance, the oldest adults in the sample were somewhat more likely than those under the age of 50 to feel that surveillance cameras are hard to avoid when they are out in public; 90% of adults ages 65 and older agree that surveillance cameras are hard to avoid in public, compared with 76% of those ages 18-29 and 80% of those ages 30-49 who feel that way.

Similarly, in online focus groups conducted for this report, respondents were prompted to think about specific examples of the kinds of data and information that might be recorded or collected

---

[5] There are no significant differences between those who are employed and those who are not for this question.
[6] The full topline for Survey #1 and the methods description are available here: http://www.pewinternet.org/2014/11/12/public-privacy-perceptions/

about them. When asked about the kinds of observation that might happen as they are walking down the street, many mentioned the presence of cameras of various kinds. And while most cast these observations in a negative light, some noted that they can be a boon to public safety:

> **When you are walking down the street, do you ever think that you are being observed in a way that would create a kind of record about where you've been that could be accessed later?**
>
> *"CCTV Cameras are all over the place plus there [are] satellites. All kind[s of] stuff."*
>
> *"We are always on video. We leave [an] imprint as soon as we leave our house."*
>
> *"I'm frightened by high resolution satellite cameras."*
>
> *"Sites visited, purchases made. You are always being filmed on cameras … which can be a good thing if you are assaulted."*
>
> *"Big Bro is always watching."*

**Few feel they have "a lot" of control over how much information is collected about them in daily life.**

While Americans clearly value having control over their personal information, few feel they have the ability to exert that control. Beyond surveillance cameras, there are many other forms of daily data collection and use that they do not feel they can avoid. When asked how much control they feel they have over how much information is collected about them and how it is used in their everyday lives, only a small minority of Americans say they have "a lot" of control.

Our question on this subject went as follows: Respondents were asked to think about a typical day in their lives as they spend time at home, outside their home, and getting from place to place. They were asked to consider that they might use their cellphone, landline phones or credit cards. They might go online and buy things, use search engines, watch videos or check in on social media. When thinking about all of these activities that might take place on a typical day, just 9% say they feel they have "a lot" of control over how much information is collected about them and how it is used, while 38% say they have "some control." Another 37% assert they have "not much control," and 13% feel they personally have "no control at all" over the way their data is gathered and used.

While there are some minor variations across socioeconomic groups, men, women and adults of all ages report similar views.

In keeping with other research on technology use and perceptions of control, social media users are *more* likely than non-users to believe they have "a lot" of control over how much information is collected about them and how it is used; 11% feel this way vs. 4% of non-users. However, it is still the case that about half of all social media users feel they have "not much" or "no control at all" over personal data collection and use in daily life.[7]

### Few Say They Have "a Lot" of Control Over Information

*% of adults who say they have varying degrees of control over the information that is collected about them in daily life*



Source: Pew Research Center's Privacy Panel Survey #2, Aug. 5, 2014-Sept. 2, 2014 (N=498).

**PEW RESEARCH CENTER**

**Those who are more aware of government surveillance efforts feel they have less control over the way their information is collected and used on a typical day.**

At the time of this survey, 81% of adults had at least some low level of awareness about the government collecting information about telephone calls, emails and other online communications. One-in-three (32%) said they had heard "a lot" about the programs and almost half (48%) said they had heard "a little."[8] Those who were among the most likely to hear "a lot" about the programs include adults ages 50 and older (40%) and those with a college degree (44%).

Those who are more aware of government surveillance efforts say they have less control over the way their information is collected and used on a typical day; 60% of those who have heard "a lot" about the government collecting information about communications said they feel they have "not

[7] For a discussion of social media users and perceptions of control over personal information, see:
http://www.heinz.cmu.edu/~acquisti/papers/acquisti-SPPS.pdf
[8] Due to differences in the method of survey administration and questionnaire context, these findings are not directly comparable to previous Pew Research telephone surveys that have included a version of this question.

much" or "no control at all" over the way their data is gathered and used compared with 47% of those who have heard only "a little" about the monitoring programs.

**Focus group discussions suggest that many want more transparency in who collects information about them, but some don't care or don't worry.**

In the online focus group discussions, a subset of the survey respondents was asked whether or not they feel as though they "know enough" about who collects data about them and why it is being collected. Among those who felt they *don't know enough*, respondents noted multiple dimensions of unknowing, including where the data is stored, who has access to it and how it might be used:

> **Do you feel as though you know enough about who collects information about you and your activities or would you like to know more about who is doing the collecting and the reasons for it?**

> *"No we don't know who is always collecting it and the bigger question is where does it go and who also gets to see it."*

> *"No. Once it is collected, it has no expiration date … things collected 10 years ago about my daily patterns are relevant to what I do today? There is a great unknown to it all."*

> *"I would like to know more. I feel there is too much secrecy and perhaps the government wants there to be secrecy precisely so that they can monitor what people think they are not being monitored for!"*

> *"I would like to know more about who is collecting information and for what reasons."*

> *"I would like to know everyone who is collecting data on me and what they are doing with it."*

> *"I know from personal experience that we don't (and probably will never) know enough about who is collecting information and why. If people knew how much the Government knew about their day-to-day activities, we wouldn't be so carefree with our lives."*

> *"Definitely would like to know who's collecting information about me. What if you're suspected of something unjustly."*

At the same time, another group of participants voiced the view that they "don't care" or "don't worry" about who might be collecting data about them and why:

> *"If I find out, fine. But I'm certainly not going to waste any time on it… too many other things to enjoy in life."*

> *"I do not care. I feel I don't do anything wrong so I don't have to worry."*

> *"I don't worry too much about this. But I just wonder if the United States is still a free country that we all are looking for."*

> *"I lead a very placid life. I don't know of any activity I could be doing that could track me for anything."*

**When asked about the length of time that data should be retained by various institutions, most Americans feel that "a few months" or less is long enough to store most records of their activity.**

Various organizations and companies often are required to retain information about customers or users for legal reasons or as part of their business operations. The length of time varies considerably across different organizations and according to the type of information being retained.[9] Groups that set standards for records management and retention state that one of the core principles of the practice is to determine what is "an appropriate time, taking into account all operational, legal, regulatory and fiscal requirements, and those of all relevant binding authorities."[10]

In this survey there is both wide variation across the *length* of time that respondents feel is reasonable to store their data, and considerable variance depending on *the kind of organization* that retains the records of the activity. In general, and even though it may be necessary to provide certain functionality, people are less comfortable with certain online service providers—such as search engine providers and social media sites—storing records and archives of their activity. For

---

[9] Details of practices within an organization can be difficult to obtain. One example surfaced through a FOIA request from the ACLU highlighted wide differences across different cellular providers in the practices of retaining such information such as cell towers used, IP destination information and call detail records. See: http://www.wired.com/images_blogs/threatlevel/2011/09/retentionpolicy.pdf

[10] As stated by ARMA International: http://www.arma.org/r2/generally-accepted-br-recordkeeping-principles/retention Of additional note is the stated need to balance risks associated with data retention: "Retention decision makers must be aware that the presence or absence of records can be either helpful or harmful to the organization. Therefore, to minimize risks and costs associated with records retention, it is essential to immediately dispose of records after their retention period expires."

instance, 50% of adults think that online advertisers who place ads on the websites they visit *should not save any information* about their activity.[11]

At the other end of the spectrum, the vast majority of adults *are* comfortable with the idea that credit card companies might retain records or archives of their activity. However, the length of time that people feel is reasonable varies significantly. While few think that data about their credit card activity should only be stored for a few weeks (6%) or a few months (14%), many more consider a few years (28%) a reasonable length of time. Another 22% think credit card companies should store the information "as long as they need to" and just 13% think that credit card companies "shouldn't save any information."

The notable demographic variances across these questions include:

- Women are more likely than men to say that **government agencies** should retain their records "as long as they need to" (34% vs. 23%).

- Women are more likely than men to say that **credit card companies** should retain their records "as long as they need to" (27% vs. 17%).

- Large numbers (24%) of those under age 50 said that the question about **landline telephone companies** did not apply to them. By contrast, large numbers (30%) of those ages 50 and older said that the question about **social media sites** didn't apply to them. A slightly smaller number (26%) of older adults said the same about online video sites.

---

[11] A 2009 study found similarly strong views that advertisers should not retain information about "internet activity" for any length of time. See discussion in: "Alan Westin's Privacy Homo Economicus" by Chris Jay Hoofnagle and Jennifer M. Urban. Available at: http://scholarship.law.berkeley.edu/cgi/viewcontent.cgi?article=3399&context=facpubs

25

PEW RESEARCH CENTER

## Most Expect Limits on How Long the Records of Their Activity Are Stored

*% of adults who think the following length of time is "reasonable" for different companies or organizations to retain records or archives of their activity*



Source: Pew Research Center's Privacy Panel Survey #2, Aug. 5, 2014-Sept. 2, 2014 (N=498). Refused responses not shown.

**PEW RESEARCH CENTER**

**Those who have greater awareness of the government monitoring programs are more likely to believe that certain records should not be saved for any length of time.**

Those who have had the most exposure to information about the government surveillance programs also have some of the strongest views about data retention limits for certain kinds of organizations. These differences are particularly notable when considering social media sites; among those who have heard "a lot" about the government collecting communications data as part of anti-terrorism efforts, 55% say that the social media sites they use should not save any information regarding their activity, compared with 35% of those who have heard "a little" about the government monitoring programs.

### Those Who Have Heard "a Lot" About Government Surveillance Hold Stronger Views About Certain Data Retention Limits

*% of U.S. adults who say the following organizations should not save any information about their activity*



Source: Pew Research Center's Privacy Panel Survey #2, Aug. 5, 2014-Sept. 2, 2014 (N=498).

**PEW RESEARCH CENTER**

**Focus group discussions highlight some of the public's assumptions and concerns about data collection and surveillance in daily life.**

In focus group conversations, panelists noted various ways that they assume information might be collected about them. Expansive government data collection efforts were cited by many respondents and several noted the ways in which hackers might access records that were gathered for other purposes.

**Just off the top of your head, what kind of information about you and your activities do you think is being collected and who is collecting it?**

*"Anything digital can record, even a car today tells everything, your cellphone even when it is off is still sending info to the towers."*

*"I have a cousin that was involved in the government. I believe that they try collecting as much information as they possibly can, especially after 9/11. They pretty much know when we sleep, eat, watch, t.v., make calls (and to whom), what videos we rent, and what we like to eat."*

*"I think the NSA does most of the collecting. What they would get from me is location and site address I am accessing, I guess."*

*"I believe that my search and order history on websites is being collected by companies that I order from."*

*"Hackers … are trying to find out your credit card and other identity information."*

*"Name, address, everybody in my family, my interests, anything I may want to purchase. I think it is collected by the government, and anybody who has great computer knowledge … can hack."*

*"Web browsing (businesses, govt, hackers), credit card transactions (businesses, govt, hackers), cellphone texts and calls (govt)"*

*"I'm sure the government has buzz words that they take from texts or emails or blogs that they keep an eye on."*

*"I think Facebook can be used as a key tool in getting info by the government & our cellphones."*

*"I think even so-called "private" browsing could be explored by the government if they wanted access...not sure about Snap Chats--does anyone know?"*

**Americans have little confidence that their data will remain private and secure—particularly when it comes to data collected by online advertisers.**

When they consider the various companies and organizations that maintain records of their activity, very few express confidence that the data records held by these institutions would remain private and secure. For all of the 11 entities we asked about – from government agencies to credit

card companies to social media sites – only small minorities say they are "very confident" that the records maintained by these organizations will remain private and secure.[12]

However, there are notable variations in Americans' confidence levels according to the type of organization being considered. For instance, just 6% of adults say they are very confident that government agencies can keep their records private and secure, while another 25% say they are somewhat confident.

Credit card companies appear to instill a marginally higher level of confidence when compared with other entities, but they still garner only 9% of respondents saying they are "very confident" and 29% saying they are "somewhat confident" that their data will stay private and secure.

Landline phone companies and cellphone companies are more trusted than digital communications providers, but neither instills great levels of confidence. For instance, just 6% of respondents say they are "very confident" that landline telephone companies will be able to protect their data and 25% say they are "somewhat confident" that the records of their activities will remain private and secure.

In keeping with the findings about the length of time various organizations might store records and archives of activity, online service providers are among the least trusted entities when it comes to keeping information private and secure. When asked about search engine providers, online video sites, social media sites and online advertisers, the majority felt "not too confident" or "not at all confident" that these entities could protect their data:

- 76% of adults say they are "not too confident" or "not at all confident" that records of their activity maintained by the **online advertisers** who place ads on the websites they visit will remain private and secure.

- 69% of adults say they are not confident that records of their activity maintained by the **social media sites** they use will remain private and secure.

- 66% of adults say they are not confident that records of their activity maintained by **search engine providers** will remain private and secure.

---

[12] Despite these low levels of confidence, other studies suggest that consumers may assume greater legal protection than currently exists and may feel they have little ability to effect change in information security practices. See "Alan Westin's Privacy Homo Economicus" by Chris Jay Hoofnagle and Jennifer M. Urban. On p. 272 the authors note that, consumers "expect protections that do not presently exist in U.S. law" most "have little choice but to trust that the services they use are secure and responsible because they cannot effectively monitor information security practices or police them."

- 66% say they are not confident that records of their activity collected by the **online video sites** they use will remain private and secure.

---

## Few Express Confidence That Their Records Will Remain Private and Secure

*% of adults who say they are … that the records of their activity maintained by various companies and organizations will remain private and secure*



Source: Pew Research Center's Privacy Panel Survey #2, Aug. 5, 2014-Sept, 2, 2014 (N=498). Refused responses not shown.

**PEW RESEARCH CENTER**

---

**Those who have heard "a lot" about the government monitoring programs are less confident in the privacy and security of their data.**

Those who have heard "a lot" about the government monitoring programs are less confident in the privacy and security of their data across an array of scenarios. This is true when we ask questions about records maintained by a wide variety of institutions including government agencies, communications companies, landline telephone companies and various online service providers.

**Greater Awareness of Government Monitoring Ties to Lower Levels of Confidence in Privacy and Security of Personal Data**

*% of U.S. adults who say they are "not at all confident" that their records will remain private and secure*



Source: Pew Research Center's Privacy Panel Survey #2, Aug. 5, 2014-Sept. 2, 2014 (N=498).

**PEW RESEARCH CENTER**

**The share of Americans who disapprove of the government collection of telephone and internet data as part of anti-terrorism efforts continues to outweigh the number who approve.**

Four-in-ten (40%) adults say they disapprove of the government's collection of telephone and internet data as part of anti-terrorism efforts, while one-in-three (32%) say they approve. At the same time, more than one-in-four (26%) say they don't know if they approve or disapprove.[13] Adults ages 50 and older are considerably more likely to approve of the programs when compared with those under age 50 (42% vs. 24%). Younger adults under age 50 express more uncertainty when compared with older adults; 32% say they "don't know" if they approve or disapprove of the programs, compared with 19% of those ages 50 and older.

Those who have heard "a lot" about the government monitoring programs are far more likely to disapprove of them: 60% disapprove of the programs compared with just 36% of those who have heard only "a little."

However, as other surveys have indicated, Americans' views vary substantially when they consider the idea of monitoring of U.S. citizens vs. foreign citizens. While only a minority of Americans feels it is acceptable for the government to monitor ordinary American citizens, many think it is acceptable to monitor others in a variety of other situations. Americans generally support monitoring foreign citizens and support the use of surveillance to investigate specific scenarios such as those involving criminal activity or suspected involvement with terrorism.[14]

**65% of American adults believe there are not adequate limits on the telephone and internet data that the government collects.**

The survey also reveals a broadly-held view that there should be greater restrictions on the kinds of information that the government is allowed to collect. When asked to think about the data the government collects as part of anti-terrorism efforts, 65% of Americans say there are not adequate limits on "what telephone and internet data the government can collect." Just 31% say they believe that there are adequate limits on the kinds of data gathered for these programs.[15]

The majority view that there are not sufficient limits on what data the government gathers is consistent across all demographic groups with one modest variation. Those in the highest-income

---

[13] Due to differences in the method of survey administration and questionnaire context, these findings are not directly comparable to previous Pew Research telephone surveys that have included a version of this question.
[14] See: http://www.pewinternet.org/2015/03/16/americans-views-on-government-surveillance-programs/
[15] Due to differences in the method of survey administration and questionnaire context, these findings are not directly comparable to previous Pew Research telephone surveys that have included a version of this question.

households are somewhat more likely than those in the lowest-income groups to say that the limits on government data collection are sufficient; 36% of adults living in households earning $75,000 or more per year think the limits on these programs are adequate, compared with 21% of those in households earning $30,000 or less per year.

Notably, those who are more aware of the government surveillance efforts are more likely to feel there are not adequate safeguards in place; 74% of those who have heard "a lot" about the programs say that there are not adequate limits, compared with 62% who have heard only "a little" about the monitoring programs.

# Attempts to Obscure Data Collection and Preserve Anonymity

While most Americans support greater limits on data collection by the government and most express low levels of confidence in the capacity of institutions with which they interact on a daily basis to protect their data, few are taking advanced steps to change their behavior or cloak their activities online. The adoption of certain privacy-enhancing tech tools such as using proxy servers and adding privacy-enhancing browser plug-ins has been low, and respondents have stated a variety of reasons for avoiding these measures.

However, other efforts that entail less technical forms of opting-out of data collection are much more widespread. These include activities such as refusing to provide information that isn't relevant to a transaction and creating personal data "noise" by giving misleading or inaccurate information.

**A very small number say they have changed their behavior to avoid being tracked recently, but many were already engaged in more common or less technical privacy-enhancing measures.**

At the time of the survey, the vast majority of respondents—91%--had not made any changes to their internet or cellphone use to avoid having their activities tracked or noticed. Only 7% reported that they had made these kinds of changes in "recent months."

At the same time, a much larger group had engaged in an array of everyday obfuscation and privacy-enhancing measures. These activities were not necessarily in direct response to news of government monitoring programs, but rather, represent a broad set of measures that respondents may have engaged in. They include:

- Clearing cookies or browser history: 59% have done this.

- Refusing to provide information about themselves that wasn't relevant to the transaction: 57% have done this.

- Set their browser to disable or turn off cookies: 34% have done this.

- Deleted or edited something they posted in the past: 29% have done this.

- Used a temporary username or email address: 25% have done this.

- Given inaccurate or misleading information about themselves: 24% have done this.

- Decided not to use a website because they asked for their real name: 23% have done this.

- Used a public computer to browse anonymously: 12% have done this.

- Asked someone to remove something that was posted about themselves online: 11% have done this.

There are relatively few demographic variations for these questions, with several notable exceptions. Younger adults under the age of 50 are twice as likely as older adults to say they have given misleading or inaccurate information (30% vs. 16%). This younger group is also somewhat more likely to say they have deleted or edited something they posted in the past (36% vs. 21%) or asked someone to remove something posted online (15% vs. 7%). Women are more likely than men to have requested that online information be removed (16% vs. 6%).

**Advanced measures, such as the use of proxy servers and encryption are less common.**

This survey included somewhat more expansive questions about advanced privacy-enhancing measures such as the use of proxy servers, virtual private networks and encryption across a variety of communications channels, following up on findings reported earlier this year. However, even with comparatively broader language, just one-in-ten Americans said they had adopted these more sophisticated steps to shield their information:

- 10% of adults say they have encrypted their phone calls, text messages or email

- 9% say they have used a service that allows them to browse the Web anonymously, such as a proxy server, Tor software, or a virtual personal network

**Awareness of government monitoring programs is associated with some privacy-enhancing behaviors.**

When looking at levels of surveillance awareness, engagement in privacy-enhancing activities does not vary in significant ways for most activities with several exceptions. Americans who have heard "a lot" about the programs are more likely than those who have heard just "a little" to:

- Set their browser to disable cookies (48% vs. 33%)

- Give inaccurate or misleading information (36% vs. 23%)

**Americans continue to value ability to be anonymous in certain online activities.**

Across multiple surveys, a majority of the public has indicated that the ability to be anonymous online is important to them. In the current survey, the majority of adults (55%) said that people should have the ability to use the internet completely anonymously for certain kinds of online activities. Another 16% do not think people should be able to remain anonymous when they are online, and 27% said they "don't know."

Men are more likely than women to think people should be able to engage in certain online activities anonymously (61% vs. 49%), but support for internet anonymity does not vary by age.

Education is a predictor, but income is not; adults with at least some college education are significantly more likely than those who have not attended college to believe that people should have the ability to use the internet anonymously (66% vs. 40%).

As a follow-up question, respondents were asked: Could you please tell us briefly why you think that people should or should not have the ability to use the internet completely anonymously? The open-ended responses that followed were varied in both length and substance, but tended to cluster around several recurring threads that are examined below.



**Most Support Idea of Online Anonymity for Certain Activities, but Many Are Undecided**

*% of all adults who think people should or should not have the ability to use the internet anonymously for certain activities*

Legend: ■ Yes  ■ No  ■ Don't Know

| | Yes | No | Don't Know |
|---|---|---|---|
| Total | 55 | 16 | 27 |
| Male | 61 | 12 | 24 |
| Female | 49 | 19 | 30 |
| 18-49 | 57 | 13 | 27 |
| 50+ | 52 | 19 | 28 |
| Less than HS/HS | 40 | 20 | 39 |
| Some college | 67 | 10 | 22 |
| College+ | 65 | 16 | 15 |
| Less than $30,000 | 47 | 15 | 34 |
| $30,000-$74,999 | 54 | 15 | 28 |
| $75,000+ | 60 | 16 | 22 |

Source: Pew Research Center's Privacy Panel Survey #2, Aug. 5, 2014-Sept. 2, 2014 (N=498).

**PEW RESEARCH CENTER**

**Why people support the idea of anonymity for some online activities.**

A large share of respondents who support anonymity referred to key phrases associated with privacy that were similar to those discussed in the first report from this series. In their explanation of why anonymity was important to preserve, they noted that people have a "right to privacy" or it's "no one's business" what they do online.

Another substantial share cited the idea that as long as a person's online activity does not present a threat to others, that they should have the ability to use the internet completely anonymously for certain kinds of online activities:

> **Could you please tell us briefly why you think that people should have the ability to use the internet completely anonymously?**

> *"As long as it's not an illegal activity, a person should not have to worry about being spied on."*

> *"There are activities which are not considered socially acceptable in certain circumstances, which create no harm to other people."*

> *"As long as no criminal activity is involved, why should anyone's browsing history be tracked if they don't want it tracked?"*

> *"There is a basic right to privacy as long as the activity does not endanger others. The trick is to distinguish the activities."*

A range of responses also noted that anonymity is essential to ensure freedom of expression and that certain activities are compromised without the ability to remain anonymous online.

> *"Anonymity is the first line of protection for free speech."*

> *"I think that the internet needs to remain free and anonymous for it to be a place where people can exchange ideas and information without fear. If your digital life can be monitored and saved then you are at the mercy of whoever ends up with enough money and power to use that information."*

> *"People like to research different things. Just because I may look up a topic doesn't mean I am a terrorist."*

*"For example, you search for information regarding a medical condition. Within minutes, you are being bombarding with advertising for drugs. Now there are multiple companies that know you are interested in a particular medical condition and they assume you have it. I think you should have the privacy to not have everything you search dumped into an advertising targeting system."*

At the same time, another category of responses presented exceptions to the general idea that people should be able to use the internet anonymously for certain activities:

*"I think the ability to track an individual's activity online (but also on phones, etc) creates a real dilemma in the U.S. --we value our freedom and don't want "the government" telling us what to do - and what not to do (e.g. Russia, the Middle East) BUT --having lived through 9/11 terrorism...we understand the value of monitoring activity(...).*

*"Freedom is what this country is based on it should be included in what a person looks at on the computer (except for things like child porn because that is not victimless )."*

*"Some uses are acceptable, not all. (...) Reading news/magazines online is no different than buying the item on the news stand."*

*"I think certain kinds of harmless activities should be anonymous, but illegal or grey area activities should be tracked."*

**Why some people oppose the idea of online anonymity.**

The vast majority of responses in opposition to the idea that people should have anonymity for certain online activities noted either the idea that those who are doing no wrong should "have nothing to hide" or argued that anonymity enables a variety of illegal or objectionable activity. Among the specific concerns noted were: child predators, terrorists, human traffickers and cyberbullies. Others noted a range of concerns and the fact that if and when bad things happen, that the offenders should be able to be identified:

**Could you please tell us briefly why you think that people should not have the ability to use the internet completely anonymously?**

*"There are a lot of crazy people that go on line and do bad things, these people should be able to be found, if they need to be anonymous then maybe they have something to hide."*

*"Too much potential for crime. Using the internet anonymously removes responsibility."*

*"I guess if there was some sort of illegal or threatening activity involved, I'd want that activity monitored, or the ability to trace it back to the originating person/place."*

*"If you are doing something anonymously then you are probably doing something you shouldn't be doing at all."*

**Even as they expect anonymity for certain activities online, most assume that motivated people and organizations could uncover details that they wish to keep private.**

When respondents were asked to consider how difficult it would be for a motivated person or organization to learn details about their past that they would prefer to keep private, 64% said it would be "not too" or "not at all" difficult for them to uncover that sensitive information. Just 20% felt it would be "very" or "somewhat" difficult.

Men and women report similar responses, but those ages 50 and older (76%) are significantly more likely to believe it would be "not too" or "not at all difficult" when compared with those under the age of 50 (54%). Similarly, those with a college degree are more likely than those who have not attended college to feel more exposed (70% vs. 58%).



### Few Think It Would Be Hard for Others to Uncover Sensitive Information About Them

*% of all adults who think it would be not too/not at all difficult to uncover sensitive information*

| | Not too difficult | Not at all difficult | Net |
|---|---|---|---|
| Total | 31 | 33 | 64% |
| Male | 31 | 35 | 66 |
| Female | 30 | 31 | 62 |
| 18–49 | 28 | 26 | 54 |
| 50+ | 34 | 42 | 76 |
| Less than HS/HS | 25 | 32 | 58 |
| Some college | 29 | 37 | 66 |
| College+ | 41 | 29 | 70 |
| Less than $30,000 | 26 | 31 | 57 |
| $30,000–$74,999 | 29 | 33 | 62 |
| $75,000+ | 34 | 35 | 69 |

Source: Pew Research Center's Privacy Panel Survey #2, Aug. 5, 2014-Sept. 2, 2014 (N=498). Figures may not add to net due to rounding.

**PEW RESEARCH CENTER**

# Methods

### About this survey

The majority of analysis in this report is based on a Pew Research Center survey conducted between Aug. 5, 2014, and Sept. 2, 2014, among a sample of 498 adults ages 18 or older. The survey was conducted by the GfK Group using KnowledgePanel, its nationally representative online research panel. GfK selected a representative sample of 1,537 English-speaking panelists to invite to join the subpanel and take the first survey in January 2014. Of the 935 panelists who responded to the invitation (60.8%), 607 agreed to join the subpanel and subsequently completed the first survey (64.9%) whose results were reported in November 2014. This group has agreed to take four online surveys about "current issues, some of which relate to technology" over the course of a year and possibly participate in one or more 45-60-minute online focus group chat sessions. For the second survey whose results are reported here, 498 of the original 607 panelists participated. A random subset of the subpanel receive occasional invitations to participate in online focus groups. For this report, a total of 26 panelists participated in one of three online focus groups conducted during December 2014. Sampling error for the total sample of 498 respondents is plus or minus 5.6 percentage points at the 95% level of confidence.

An additional survey related to Americans' views about the importance of privacy was conducted between Jan. 27 and Feb. 16, 2015, among a sample of 461 adults ages 18 or older. The sample was drawn from the same 607 adults who agreed to participate in the subpanel on privacy. It has a margin of error of plus or minus 5.8 percentage points at the 95% level of confidence.

The detailed discussion that follows is for the primary survey of 498 adults:

KnowledgePanel members are recruited through probability sampling methods and include both those with internet access and those without. KnowledgePanel provides internet access for those who do not have it and, if needed, a device to access the internet when they join the panel. A combination of random digit dialing (RDD) and address-based sampling (ABS) methodologies have been used to recruit panel members (in 2009 KnowledgePanel switched its sampling methodology for recruiting panel members from RDD to ABS). The panel comprises households with landlines and cellular phones, including those only with cellphones, and those without a phone. Both the RDD and ABS samples were provided by Marketing Systems Group (MSG).

KnowledgePanel continually recruits new panel members throughout the year to offset panel attrition as people leave the panel. Respondents were selected randomly from eligible adult household members of the panel. All sampled members received an initial email on Aug. 5, 2014,

to notify them of the survey and included a link to the survey questionnaire. One standard follow-up reminder was sent three days later to those who had not yet responded.

The final sample for this survey was weighted using an iterative technique that matches gender, age, education, race, Hispanic origin, household income, metropolitan area or not, and region to parameters from the March 2013 Census Bureau's Current Population Survey (CPS). In addition, the sample is weighted to match current patterns of internet access from the October 2012 CPS survey. This weight is multiplied by an initial base or sampling weight that corrects for differences in the probability of selection of various segments of the sample and by a panel weight that adjusts for any biases due to nonresponse and noncoverage at the panel recruitment stage (using all of the parameters mentioned above as well home ownership status).

Sampling errors and statistical tests of significance take into account the effect of weighting at each of these stages. Sampling error for the total sample of 498 respondents is plus or minus 5.6 percentage points at the 95% level of confidence. The following table shows the unweighted sample sizes and the error attributable to sampling that would be expected at the 95% level of confidence for different groups in the survey:

| Group | Unweighted sample size | Plus or minus ... |
|-------|------------------------|-------------------|
| All adults | 498 | 5.6 percentage points |
| Men | 252 | 7.8 percentage points |
| Women | 246 | 7.9 percentage points |
| 18-49 | 256 | 7.8 percentage points |
| 50+ | 242 | 8 percentage points |

Sample sizes and sampling errors for other subgroups are available upon request. The margins of error reported and statistical tests of significance are adjusted to account for the survey's design effect, a measure of how much efficiency is lost from the weighting procedures. In addition to sampling error, one should bear in mind that question wording and practical difficulties in conducting surveys can introduce error or bias into the findings of opinion polls.

Pew Research Center is a nonprofit, tax-exempt 501(c)3 organization and a subsidiary of The Pew Charitable Trusts, its primary funder.

**PEW RESEARCH CENTER'S INTERNET PROJECT/GFK PRIVACY PANEL
SURVEY #2 TOPLINE
AUGUST 5, 2014-SEPTEMBER 2, 2014
TOTAL N=498 ADULTS, AGES 18 AND OLDER
SURVEY CONDUCTED ONLINE**

**MARGIN OF ERROR FOR ALL ADULTS IS +/- 5.6 PERCENTAGE POINTS**

[INTRO SCREEN DISPLAY]
In this survey, we want to explore some important questions with you about life today.

First, we would like to ask you about your community and some of the things you think about the world.

PROGRAMMING NOTE: PLEASE DISREGARD NUMBERS IN PARENTHESES

[SP]
AMONG ALL ADULTS [N=498]
Q1      Overall, are you satisfied or dissatisfied with the way things are going in this country today?

        29   Satisfied
        68   Dissatisfied
        4    Refused

[SP]
AMONG ALL ADULTS [N=498]
QPri6a. (Q2)     About how often, if ever, do you visit social media sites such as Facebook, Twitter or LinkedIn?

        27   Several times a day
        15   About once a day
        8    3 to 5 days a week
        8    1 to 2 days a week
        6    Every few weeks
        6    Less often
        3    Refused
        **69   Ever visit social media sites**
        **28   Never visit social media sites**

**42**

PEW RESEARCH CENTER

**[SP]**
**AMONG ALL ADULTS [N=498]**
**PIAL6 (Q3).**  Let's think about a typical day in your life as you spend time at home, outside your home, and getting from place to place. You use your cellphone and maybe landline phones. You may use credit cards. You might go online and buy things, use search engines, watch videos, or check in on social media. As you go through a typical day, how much control do you feel you have over how much information is collected about you and how it is being used?

| | |
|---|---|
| 47 | **A lot / some** |
| 9 | A lot of control |
| 38 | Some control |
| 50 | **Not much / none** |
| 37 | Not much control |
| 13 | No control at all |
| 3 | Refused |

**[GRID, SP; SPLIT RESPONSE OPTIONS EVENLY ON TWO SCREENS]**
**AMONG ALL ADULTS [N=498]**
PIAL6A. (**Q4**) Various companies and organizations sometimes need to keep records of your activity on file for their own purposes or because of legal requirements. How long do you think it is reasonable for the following companies or organizations to retain their records or archives of your activity?

| | | A few weeks | A few months | A few years | As long as they need to | They shouldn't save any information | Doesn't apply to me | Refused |
|---|---|---|---|---|---|---|---|---|
| a. | Your landline telephone company | 11 | 17 | 13 | 16 | 23 | 16 | 4 |
| b. | Your cellular telephone company | 11 | 21 | 14 | 16 | 24 | 10 | 4 |
| c. | Your cable TV company | 11 | 18 | 13 | 10 | 29 | 16 | 4 |
| d. | Your search engine provider | 19 | 12 | 6 | 8 | 40 | 12 | 4 |

43

PEW RESEARCH CENTER

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| e. | Your e-mail provider | 12 | 19 | 11 | 15 | 32 | 8 | 4 |
| f. | The social media sites you use | 14 | 11 | 5 | 4 | 40 | 22 | 4 |
| g. | The online video sites you use | 13 | 11 | 5 | 4 | 44 | 20 | 4 |
| h. | Government agencies | 8 | 8 | 23 | 28 | 22 | 8 | 4 |
| i. | Your credit card companies | 6 | 14 | 28 | 22 | 13 | 13 | 4 |
| j. | The online advertisers who place ads on the websites you visit | 18 | 7 | 1 | 5 | 50 | 14 | 4 |
| k. | Companies or retailers you do business with | 13 | 17 | 19 | 10 | 27 | 9 | 3 |

**[GRID, SP; SPLIT RESPONSE OPTIONS EVENLY ON TWO SCREENS]**
**AMONG ALL ADULTS [N=498]**
PIAL6B (**Q5**)  Still thinking about some of the companies and organizations that maintain records of your activity, how confident are you that these records will remain private and secure?

| | | Very confident | Somewhat confident | Not too confident | Not at all confident | Don't know | Refused | Very / somewhat confident | Not too / not at all confident |
|---|---|---|---|---|---|---|---|---|---|
| a. | Your landline telephone company | 6 | 25 | 21 | 29 | 15 | 4 | **31** | **50** |
| b. | Your cellular telephone company | 5 | 26 | 25 | 31 | 11 | 3 | **30** | **56** |
| c. | Your cable TV company | 5 | 23 | 24 | 29 | 16 | 4 | **27** | **53** |
| d. | Your search engine provider | 2 | 14 | 25 | 41 | 15 | 3 | **16** | **66** |
| e. | Your e-mail provider | 3 | 26 | 26 | 30 | 11 | 3 | **29** | **57** |
| f. | The social media sites you use | 1 | 10 | 24 | 45 | 18 | 3 | **11** | **69** |

**44**

PEW RESEARCH CENTER

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| g. | The online video sites you use | 1 | 10 | 24 | 42 | 19 | 3 | **11** | **66** |
| h. | Government agencies | 6 | 25 | 23 | 31 | 11 | 3 | **32** | **55** |
| i. | Your credit card companies | 9 | 29 | 21 | 25 | 12 | 4 | **38** | **46** |
| j. | The online advertisers who place ads on the websites you visit | 1 | 6 | 23 | 53 | 13 | 3 | **8** | **76** |
| k. | Companies or retailers you do business with | 4 | 22 | 28 | 33 | 10 | 3 | **26** | **61** |

PIAL6C (Q6)  If a motivated person or organization wanted to learn details about your past that you would prefer to keep private, how difficult do you think it would be for them to uncover that sensitive information?

**20  Very / somewhat difficult**
4       Very difficult
15      Somewhat difficult
**64  Not too / not at all difficult**
31      Not too difficult
33      Not at all difficult
11  Don't know
4    Not applicable
2    Refused

[PEOPLE-PRESS]

[SP]
AMONG ALL ADULTS [N=498]
Q17 (Q7) How much, if anything, have you heard about the government collecting information about telephone calls, emails and other online communications as part of efforts to monitor terrorist activity? Have you heard…

32      A lot
48      A little
7        Nothing at all
11      Don't know
2        Refused

[People-Press]

**[SP]**
**AMONG ALL ADULTS [N=498]**
Q27  Overall, do you approve or disapprove of the government's collection of telephone and internet data as part of anti-terrorism efforts?

| | |
|---|---|
| 32 | Approve |
| 40 | Disapprove |
| 26 | Don't know |
| 2 | Refused |

[People-Press]

**[SP]**
**AMONG ALL ADULTS [N=498]**
Q28 (Q8) Thinking about the data the government collects as part of anti-terrorism efforts …Do you think there are adequate limits on what telephone and internet data the government can collect, or not?

| | |
|---|---|
| 31 | Yes, there are adequate limits on what government can collect |
| 65 | No, there are not adequate limits on what government can collect |
| 4 | Refused |

**[SP]**
**AMONG ALL ADULTS [N=498]**
Q17a (Q9) Have you changed your internet or cellphone use in recent months in any way to avoid having your activities tracked or noticed, or haven't you done this?

| | |
|---|---|
| 7 | Yes |
| 91 | No |
| 3 | Refused |

**[IF Q17A=1]**
**[MEDIUM TEXTBOX]**
**AMONG THOSE WHO HAVE CHANGED INTERNET OR CELLPHONE USE [N=473]**
Q17b (Q10) Would you give us a few details about how you have changed your internet and cellphone use?

46
PEW RESEARCH CENTER

**OPEN-END RESPONSES NOT SHOWN**

**[GRID; RANDOMIZE; SPLIT RESPONSE OPTIONS EVENLY ON TWO SCREENS]**
**AMONG ALL ADULTS [N=498]**
PIAL7 (Q11)       While using the internet, have you ever done any of the following things?

| | | Yes | No | Does not apply to me | Don't know | Refused |
|---|---|---|---|---|---|---|
| a. | Used a temporary username or email address | 25 | 56 | 9 | 5 | 3 |
| b. | Added a privacy-enhancing browser plugin like DoNotTrackMe or Privacy Badger | 9 | 72 | 8 | 8 | 3 |
| c. | Given inaccurate or misleading information about yourself | 24 | 60 | 7 | 6 | 3 |
| d. | Set your browser to disable or turn off cookies | 34 | 43 | 8 | 12 | 3 |
| e. | Cleared cookies and browser history | 59 | 22 | 7 | 8 | 3 |
| f. | Used a service that allows you to browse the Web anonymously, such as a proxy server, Tor software, or a virtual personal network (VPN) | 9 | 67 | 9 | 10 | 4 |
| g. | Encrypted your phone calls, text messages or email | 10 | 68 | 10 | 10 | 3 |
| h. | Decided not to use a website because they asked for your real name | 23 | 55 | 12 | 7 | 3 |
| i. | Deleted or edited something you posted in the past | 29 | 46 | 14 | 8 | 3 |
| j. | Asked someone to remove something that was posted about you online | 11 | 63 | 15 | 7 | 3 |
| k. | Used a public computer to browse anonymously | 12 | 68 | 12 | 6 | 3 |
| l. | Used a search engine that doesn't keep track of your search history | 15 | 52 | 11 | 19 | 3 |
| m. | Refused to provide information about yourself that wasn't relevant to the transaction | 57 | 23 | 9 | 8 | 3 |

**[SP]**
**AMONG ALL ADULTS [N=498]**
Q17b (Q12)        Do you think that people should have the ability to use the internet completely anonymously for certain kinds of online activities?

        55      Yes
        16      No
        27      Don't know
        2       Refused


**[IF Q17B =1]**
**AMONG THOSE WHO THINK PEOPLE SHOULD BE ABLE TO USE INTERNET ANONYMOUSLY [N=248]**
Q17c (Q13)  Could you please tell us briefly why you think that people should have the ability to use the internet completely anonymously?

**OPEN-END RESPONSES NOT SHOWN**


**[IF Q17B=2]**
**AMONG THOSE WHO THINK PEOPLE SHOULD NOT BE ABLE TO USE INTERNET ANONYMOUSLY [N=439]**
Q17d (Q14) Could you please tell us briefly why you think that people should not have the ability to use the internet completely anonymously?

**OPEN-END RESPONSES NOT SHOWN**


**[SHOW QF1 BEFORE THE DISPLAY]**
**[CUSTOM QF1 WORDING]**
**AMONG ALL ADULTS [N=498]**
(Q16) Thinking about the topics related to privacy that were covered in this survey, do you have any additional comments you would like to share?

**OPEN-END RESPONSES NOT SHOWN**

The excerpt below includes the questions from Survey #4 that are included in this report.

## PEW RESEARCH CENTER'S INTERNET PROJECT/GFK PRIVACY PANEL
## SURVEY #4 TOPLINE
## JANUARY 27-FEBRUARY 16, 2015
## TOTAL N=461 ADULTS, AGES 18 AND OLDER
## SURVEY CONDUCTED ONLINE

### MARGIN OF ERROR FOR ALL ADULTS IS +/- 5.8 PERCENTAGE POINTS

[SP; RANDOMIZE Q1A-Q1I AND SHOW 3 PER PAGE]
AMONG ALL ADULTS [N=461]
Q1 Privacy means different things to different people today. In thinking about all of your daily interactions—both online and offline—please tell me how important each of the following are to you . . .

| | | Very important | Somewhat important | Not very important | Not at all important | Don't know / doesn't apply | Refused | NET Important | NET Not important |
|---|---|---|---|---|---|---|---|---|---|
| a. | Being in control of who can get information about you | 74 | 19 | 3 | 1 | 1 | 2 | 93 | 4 |
| b. | Not having someone watch you or listen to you without your permission | 67 | 20 | 8 | 1 | 2 | 2 | 88 | 9 |
| c. | Controlling what information is collected about you | 65 | 25 | 5 | 1 | 1 | 3 | 90 | 6 |

**49**

PEW RESEARCH CENTER

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| d. | Having individuals in social and work situations not ask you things that are highly personal | 44 | 36 | 13 | 2 | 4 | 2 | **79** | **15** |
| e. | Being able to have times when you are completely alone, away from anyone else | 55 | 30 | 9 | 2 | 2 | 3 | **85** | **10** |
| f. | Being able to share confidential matters with someone you trust | 72 | 21 | 2 | 1 | 1 | 3 | **93** | **4** |
| g. | Not being monitored at work | 28 | 28 | 22 | 6 | 15 | 2 | **56** | **27** |
| h. | Not being disturbed at home | 56 | 29 | 9 | 2 | 2 | 2 | **85** | **11** |
| i. | Being able to go around in public without always being identified | 34 | 29 | 25 | 6 | 4 | 2 | **63** | **31** |

# Exhibit B



NUMBERS, FACTS AND TRENDS SHAPING THE WORLD

JANUARY 14, 2016

# Privacy and Information Sharing

*Many Americans say they might provide personal information, depending on the deal being offered and how much risk they face*

**BY** *Lee Rainie* **AND** *Maeve Duggan*

**FOR FURTHER INFORMATION ON THIS REPORT:**

**Lee Rainie,** Director Internet, Science and Technology Research

**Dana Page,** Senior Communications Manager

202.419.4372

www.pewresearch.org

RECOMMENDED CITATION: Rainie, Lee, Duggan, M. "Privacy and Information Sharing" Pew Research Center, December 2015.
Available at: http://www.pewinternet.org/2016/01/14/2016/Privacy-and-Information-Sharing/

# About the Pew Research Center

Pew Research Center is a nonpartisan fact tank that informs the public about the issues, attitudes and trends shaping America and the world. It does not take policy positions. It conducts public opinion polling, demographic research, media content analysis and other empirical social science research. The center studies U.S. politics and policy views; media and journalism; internet and technology; religion and public life; Hispanic trends; global attitudes and U.S. social and demographic trends. All of the center's reports are available at http://www.pewresearch.org. Pew Research Center is a subsidiary of The Pew Charitable Trusts.

© Pew Research Center 2016

# Privacy and Information Sharing

## Many Americans say they might provide personal information, depending on the deal being offered and how much risk they face

Most Americans see privacy issues in commercial settings as contingent and context-dependent. A new Pew Research Center study based on a survey of 461 U.S. adults and nine online focus groups of 80 people finds that there are a variety of circumstances under which many Americans would share personal information or permit surveillance in return for getting something of perceived value. For instance, a majority of Americans think it would be acceptable (by a 54% to 24% margin) for employers to install monitoring cameras following a series of workplace thefts. Nearly half (47%) say the basic bargain offered by retail loyalty cards – namely, that stores track their purchases in exchange for occasional discounts – is acceptable to them, even as a third (32%) call it unacceptable.

Still, while many Americans are willing to share personal information in exchange for tangible benefits, they are often cautious about disclosing their information and frequently unhappy about what happens to that information once companies have collected it. For example, when presented with a scenario in which they might save money on their energy bill by installing a "smart thermostat" that would monitor their movements around the home, most adults  consider this an unacceptable tradeoff (by a 55% to 27% margin). As one survey respondent explained: *"There will be no 'SMART' anythings in this household. I have enough personal data being stolen by the government and sold [by companies] to spammers now."*

In online focus groups and in open-ended responses to a nationally representative online survey, many people expressed concerns about the safety and security of their personal data in light of numerous high-profile data breaches. They also regularly expressed anger about the barrage of unsolicited emails, phone calls, customized ads or other contacts that inevitably arises when they elect to share some information about themselves.  In response to a question about having their online behavior tracked in exchange for getting access to a free online service , one survey respondent wrote: "*I want control over what ads are being 'pushed back' to me: I have no interest in 'puppy portraits' but I may be interested in cameras, equipment, etc. In an effort to 'target' my preferences, my inbox gets full of [expletive] that is not relevant to me."*

These findings suggest that the phrase that best captures Americans' views on the choice between privacy vs. disclosure of personal information is, "It depends." People's views on the key tradeoff of the modern, digital economy – namely, that consumers offer information about themselves in exchange for something of value – are shaped by both the conditions of the deal and the

circumstances of their lives. In extended comments online and through focus groups, people indicated that their interest and overall comfort level depends on the company or organization with which they are bargaining and how trustworthy or safe they perceive the firm to be. It depends on what happens to their data after they are collected, especially if the data are made available to third parties. And it also depends on how long the data are retained.

The scenarios obviously did not comprehensively cover the vast range of possibilities where people would consider sharing personal information in return for a benefit. But it is interesting to note that 17% of adults say they wouldn't take any of the deals described in the six scenarios and 4% say they would accept all of the deals. The substantial majority indicate that at least one of these transactions is potentially acceptable to them.

Furthermore, notable shares of the public say their consideration of each individual scenario is conditional: Their answer depends on the circumstances of the offer, their trust in those collecting and storing the data, and their sense of what the aftermath of data-sharing might look like.

The survey findings that form the basis of this report are different in some respects from conventional public opinion polling. In this study, respondents were presented with six hypothetical scenarios, each of which involved sharing some level of personal data in exchange for using a product or service. They were then asked whether the bargain they were offered in return for sharing that information was acceptable, not acceptable, or if "it depends" on the context of the choice. Upon making their selection, they were then asked to describe in their own words what factors contributed to making their selection.

The nearby chart runs down the six different scenarios that were examined in this study.

4
PEW RESEARCH CENTER

---

## Many Americans are in an "it depends" frame of mind when they think about disclosing personal information or keeping it private when considering different scenarios

*% of adults who would find these different scenarios acceptable or not acceptable*



**Office surveillance cameras**

Several co-workers of yours have recently had personal belongings stolen from your workplace, and the company is planning to install high-resolution security cameras that use facial recognition technology to help identify the thieves and make the workplace more secure. The footage would stay on file as long as the company wishes to retain it, and could be used to track various measures of employee attendance and performance.





**Sharing health information**

A new health information website is being used by your doctor's office to help manage patient records. Your participation would allow you to have access to your own health records and make scheduling appointments easier. If you choose to participate, you will be allowing your doctor's office to upload your health records to the website and the doctor promises it is a secure site.





**Retail loyalty cards**

A grocery store has offered you a free loyalty card that will save you money on your purchases. In exchange, the store will keep track of your shopping habits and sell this data to third parties.





**Auto insurance**

Your insurance company is offering a discount to you if you agree to place a device in your car that allows monitoring of your driving speed and location. After the company collects data about your driving habits, it may offer you further discounts to reward you for safe driving.





**Free social media**

A new social media platform is being used by your former high school to help manage communications about a class reunion. You can find out the basic information about the reunion over email, but your participation on the social media site would reconnect you with old friends and allow you to communicate more easily with those who are attending. If you choose to participate, you will be creating a profile using your real name and sharing a photo of yourself. Your access to the service is free, but your activity on the site would be used by the site to deliver advertisements it hopes will be appealing to you.





**Smart thermostat**

A new technology company has created an inexpensive thermostat sensor for your house that would learn about your temperature zone and movements around the house and potentially save you on your energy bill. It is programmable remotely in return for sharing data about some of the basic activities that take place in your house like when people are there and when they move from room to room.



Source: Survey conducted Jan. 28 – Feb. 16, 2015.

Note: Refused responses not shown.

**PEW RESEARCH CENTER**

**Some issues people ponder as they consider privacy tradeoffs include the likelihood of getting spam, the risk of data breaches, the special intimacy tied to location data and overdone customer profiling**

Contingency permeates the reactions to each of these different scenarios, but a number of other themes emerged as well – especially when it comes to tradeoffs that people find not acceptable. Some of the common themes that came across in the open-ended answers and focus group responses include:

- ▪ ***The initial bargain might be fine, but the follow-up by companies that collect the data can be annoying and unwanted.*** People repeatedly expressed anger at the barrage of unwanted emails that often comes after the initial transaction. One survey respondent wrote: *"I would take the deal, as long as my personal information is not shared with the third party, such as my name and contact information. If it's just my demographics – age, city, what I buy – that's OK. If they want to print coupons at the checkout that target me as a consumer, that's OK, but not contacting me personally (mail, email, phone, etc.) with advertising. I hate hate hate that stuff."*

- ▪ ***Scammers and hackers are a constant threat.*** There is widespread worry that people's information is vulnerable, even when the companies that collect it do their best to keep it safe. As one respondent summarized: *"The 'secure' sites are continually making the news when they are hacked. We can have our information stolen from banks, credit card companies, hospitals … all secure … all hacked in the past. The more I 'put it out there,' the more likely my information will go somewhere hazardous to my well-being."*

- ▪ ***Location data seems especially precious in the age of the smartphone***. Some of the most strongly negative reactions came in response to scenarios involving the sharing of personal location data. One respondent put it as follows: *"I continually deny location services on my phone because I don't want the chance of ads coming up."* A focus group participant said she doesn't worry about most personal data collection *"except where I am, especially in my home. If anything involves the use of cameras, including on my phone or computer, that's the worst privacy invasion for me."*

- ▪ ***Profiling sometimes seems creepy.*** The words "creepy" and "Big Brother" and "stalking" were used regularly in the answers of those who worry about their personal information. One focus group participant summed up this view: *"Some of the marketing tracking things are creepy. I look at one thing online and then see it on every single site for weeks.  At first – intriguing.  Then creepy."* Another argued: *"Perhaps we need to teach the younger generations about BIG BROTHER.  It seems he has been forgotten."* To which another group member added: *"Orwell was a prophet."*

- ***People are not happy when data are collected for one purpose but are used for other, often more invasive purposes.*** Many Americans express suspicion that data collectors (from employers to advertisers) have ulterior motives in their pursuit of personal data. One respondent put it this way: "*I do not trust insurance companies, and I feel they could use this data to increase my rates under whatever pretend excuse. Insurance companies are in the risk management business, and they cannot reduce that risk at the cost of their customers. The more they know, the less risk for them and the higher cost for customers.*"

**The potential benefits of sharing personal information include saving money, gaining access to useful services or information, and facilitating commercial and social encounters**

Yet even as they worry about the negative downstream consequences of sharing their personal information, these findings also illustrate that consumers understand and appreciate the benefits of sharing – at least under certain circumstances. The key themes here include:

- ***Free is a good price.*** The social media scenario, in particular, drew a number of short answers that made clear people like no-cost services. One focus group participant explained why he was comfortable letting a technology company know about him in return for free email service: "*To be honest, I don't really care. That is especially the case when I voluntarily use a service in return for giving up some information.  For example, I use Gmail for free, but I know that Google will capture some information in return. I'm fine with that.*"
- ***Sharing helps lubricate commercial and social interactions.*** People often need convenient and inexpensive access to information, goods and services. Moreover, they generally understand that disclosing personal information makes those transactions possible – and in fact, can make them more desirable to consumers. One survey participant found the loyalty card scenario acceptable and explained: "*If the store shares information that would pertain to the type of things I would purchase, it would be OK.*"
- ***Certain realms are not inherently private and different rules about surveillance and sharing apply.*** Certain physical spaces or types of information are seen as inherently less private than others. One survey respondent noted how these norms influence his views on the acceptability of workplace surveillance cameras: "*It is the company's business to protect their assets in any way they see fit.*"

Interestingly, there are no consistent demographic patterns to people's answers on different scenarios. Sometimes people's views vary by age, household income or education, and other times they do not. And at times when there are differences, they are not always either consistently protective of privacy or consistently willing to disclose information. For instance, those under age

50 are more likely than those 50 and older to find the scenario involving a new social media site acceptable (40% to 25%). Yet those 50 and older are more likely than those who are younger to find the online medical records scenario acceptable (62% to 45%). Clearly, people place different value on different kinds of information-sharing exchanges.

There are no statistically meaningful differences in women's and men's answers to any of these scenarios.

**Where does this leave Americans? Many focus group participants are uncertain, resigned and annoyed – or worse. Still, some accept this is part of modern life and others are hopeful that technological and legal solutions can be found**

In nine online focus groups tied to these issues, the 80 participants gave voice to a range of emotions about the state of privacy and its future. While the focus groups cannot be seen as representative of the whole adult population, it was often the case that given the choice, people are often much more likely to speak of the darker side of personal information tradeoffs than they are to reference the benefits. As one focus group participant put it: *"I think the [chances for achieving privacy] are getting more hopeless as technology advances."*

One of the most unsettling aspects of privacy issues to many of the focus group participants is how hard they feel it is to get information about what is collected and uncertainty about who is collecting the data. A sampling of those views:

> *"In my opinion, there is a woeful lack of disclosure on how personal information is used by companies. If you read some of the terms of service, you are essentially giving the company the right to do almost anything with your personal information."*

> *"I have no idea how I'd investigate what info is collected about me in places like Google and Facebook, other than the information I've provided them, such as my profile info."*

Asked whether changes in the basic state of privacy were a "huge harm" to society or something more like an "annoyance that could be accommodated," people's answers ranged widely:

> *"It feels hopeless. Information retrieval is a way of life, but it inhibits human interaction."*

> *"For me it's not so much 'hopeless,' as it is 'resigned.'"*

> *"It's an annoyance, but inevitable."*

PRC 60

**8**

*"I don't feel hopeless. I just feel that I need to remain vigilant."*

*"I don't think things are hopeless, some genius will figure out how to get around all this."*

*"Does any annoyance ever stop there? There are always those that want to capitalize on knowledge of others and will stretch that envelope to collect more and more data. If not more than an annoyance [now], it will become more than that [in the future]."*

Asked what would it take to turn them into privacy activists? One focus group participant said: *"If I found out that a company had been negligent in putting in reasonable controls to protect my information and then refused to help me, that would be the tipping point for me."*

When it comes to the future of privacy, most of the focus group participants were downbeat. Many cited the trend towards surveillance and data capture that to them seemed inexorable. Many also said they think younger Americans are not sensitive about personal privacy and that will shape the future. One focus group respondent spoke for many of the older members of the group in asserting: *"The next generation will say 'privacy? … What is that?"* Another quickly added: *"I really think that the next generation will not even understand the value of privacy. Privacy will be a thing of the past."*

Another focus group member argued that trends in technology drive changes that compromise privacy: *"Information retrieval is a way of life, but it inhibits human interaction."*

Another asserted: *"[The loss of privacy is] a huge harm – an impoverishment of our culture. Probably most great scientific and artistic achievements occur in privacy."*

And another gave voice to a commonly voiced theme that privacy changes are subtle and cumulative: *"I think privacy will be stripped away [from us], because people are permitting it – one trade at a time. The cameras for security evolve into cameras to ensure compliance.  And once those are in, the next thing is easier to get in."*

# 1. The state of privacy

Americans frequently face choices about whether or not to share information about themselves in return for getting something that is potentially valuable to them. From retail stores that track customers' shopping behavior in exchange for discounts to online applications that offer free services in exchange for serving personalized ads to users, Americans regularly face the choice: Is it worth it to hand over my personal information in exchange for something else?

Of course, in some cases, people have little control over whether personal information about them is collected. As one respondent in the survey summarized:

> *"I share data every time I leave the house, whether I want to or not. Every time I use a credit card, every time I walk in 80% of the commercial establishments in the nation, every time I drive down streets in most any city or town in the nation, I'm being recorded in some fashion. The data is there, and it's being used, and there isn't a damn thing most of us can do about it, other than strongly resent it. The data isn't really the problem. It's who gets to see and use that data that creates problems. It's too late to put that genie back in the bottle."*

Another made the point that bargaining over personal information seems a perpetual part of modern life: *"I continually have to decide how much personal information to share in return for prizes/money."* Another added: *"Every day, the chance that your data is shared increases. All data are ultimately digitized."*

For the past two years, Pew Research Center surveys have mapped this complicated landscape and Americans' nuanced feelings about privacy and surveillance.

The surveys have found that Americans conjure an array of ideas when they think about privacy. They feel privacy is important in their daily lives in a number of essential ways, starting with the idea of not being under surveillance all the time and the appeal of being able to share ideas and secrets with others in a way that is unobserved. Yet, they have a pervasive sense that they are under surveillance when in public. Very few feel they have a great deal of control over the data that is collected about them and how it is used.

Moreover, Americans have low levels of trust in the government and business sectors that they associate with data collection and monitoring. They are not sure their core communications channels are secure, and they have exceedingly low levels of confidence in the privacy and security

of the records that are maintained by a variety of institutions in the digital age. Indeed, noteworthy numbers of them have suffered privacy breaches, especially younger adults.

While some Americans have taken modest steps to stem the tide of data collection, few have adopted advanced privacy-enhancing measures. They are divided about the value of government surveillance programs aimed at thwarting terrorists. And majorities expect that a wide range of organizations should have limits on the length of time that they can retain records of their activities and communications. Additionally, they say it is important to preserve the ability to be anonymous for certain online activities.

In the online focus groups for this study, the theme of contingency came up in responses to each scenario. Asked about the acceptability of surveillance cameras at a workplace where some thefts had occurred, one respondent said:

> *"It depends if the cameras are in public areas (i.e. hallways, public gathering areas, lobbies, etc.) and in storage areas where supplies or personal belongings are kept (i.e. closets, locker rooms, supply rooms) this would seem to be sufficient.  Cameras that monitor personal work spaces would be invasive even to the most diligent employee with absolutely nothing to hide except perhaps a sneeze, a scratch, a clothing adjustment or just bending over wrong in front of the camera."*

Another respondent, explaining his answer about his physician inviting him to use an online medical records system, wrote:

> *"It depends if I think the site is secure enough to put my information on. If it was a weak site with low development I would not use it. If it was high security like a bank site I would use it."*

And yet another respondent, asked whether she would allow a tracking device placed on her car to monitor her driving habits perhaps leading to lower insurance payments, explained how these factors would shape her judgment:

> *"It depends on how much the discount would be and what their privacy policy would be. I would not agree to it if the data is shared with anyone at all, and I would want it to be stored only temporarily and securely."*

**What's the public's mood? People's level of anxiety and hopefulness are all over the place**

In light of these current and future concerns, participants in the focus groups were asked how much dismay or even anger they felt at the current state of things, and they offered a range of answers trying to pinpoint their level of concern.

> *"It's hopeless."*

> *"No, they are as bad as we make it sound."*

> *"I'm not hopeless, just resigned."*

> *"Loss of privacy is inevitable. I've accepted that."*

> *"Nothing is completely safe. That's just life in these times."*

> *"[Loss of privacy] is a major annoyance."*

> *"Not hopeless, necessarily – I think that the landscape has so fundamentally shifted that we have an entirely new paradigm to deal with."*

> *"I think people are not happy with everyone in their business."*

> *"It's bleak about privacy – the more controls the government enables the less privacy we have. We have lost a lot of privacy in the U.S. since 9/11 and are losing more every day, and it appears no one cares. The less freedom we have the less privacy we should expect."*

Some focus group participants tried hard to wrestle with the complexities of the subject, moving it beyond a binary situation of privacy or no privacy and speaking instead about how they tried to live out their views about privacy. A woman in one of the groups said: *"Monitoring in public places is completely different from being monitored in your own home, or in your bank accounts, and god knows what else. I went off Facebook for several years just because I assumed everything was being collected about me, and I wanted to avoid that. And, of course, there's also the matter of leaving a record behind of your political and other views that could be detrimental in certain cases. For instance, if you apply for a job, and the employer thinks your opinions are too liberal."*

**12**

### Some are concerned about the future of privacy; some have hope for a technological fix

In online focus groups tied to the most recent Pew Research Center survey, people were often downcast about the future of privacy, as were many experts who participated in a wide and diverse canvassing by the Center last year about the long-term fate of privacy. A sampler of some of the participants' views from the most recent research:

*"Our life has become an open book. What are you gonna do?"*

*"Privacy as we knew it in the past is already gone. Privacy in the future will be very different. We will have very little about our daily lives kept private. Our important records such as banking and medical will become tighter, likely through biometric access, but I expect the hackers to keep up with even that technology to obtain what they want."*

*"I think that there will be less and less privacy."*

*"It's an annoyance that will mostly be fixed."*

*"I think that the concept of 'privacy' no longer exists. I think it is more about 'informed consent.'"*

*"I think law abiding citizens sit back way too much. There are a multitude of things we should be demanding legislation about as it is."*

*"The future generation will ABSOLUTELY see privacy different.  Millennials put EVERY aspect of their life on social media [and, have no ] for the personal or financial safety.  I feel that we are in a place where we can decide how to keep our information private, but the more and more companies require information from us for access to an app, our email accounts or even our bank accounts, it will be unavoidable to not release some of our information. IT is nothing to be hopeless about rather we need to continue to be vigilant with whom we share our information and for those we do share our information with, we need to ask questions and ensure our own safety first.  People need to get on board that privacy of information is a thing of the past."*

*"The law is way behind technology. Privacy was written for a non-digital world. Don't expect any privacy in the future."*

**13**

PEW RESEARCH CENTER

*"I think a backlash is coming against too much intrusion.  Privacy services will become popular."*

## The scenarios are explored in depth

This report now turns to the individual scenarios and people's responses about whether they feel it is acceptable or not to agree to share personal information in return for a product, service or benefit that is being offered.

# 2. Scenario: Workplace security and tracking



**Office surveillance cameras**

Several co-workers of yours have recently had personal belongings stolen from your workplace, and the company is planning to install high-resolution security cameras that use facial recognition technology to help identify the thieves and make the workplace more secure. The footage would stay on file as long as the company wishes to retain it, and could be used to track various measures of employee attendance and performance.

*Would this be acceptable to you or not?*



ACCEPTABLE 54%
IT DEPENDS 21%
NOT ACCEPTABLE 24%

Source: Survey conducted Jan. 28 – Feb. 16, 2015.

Note: Refused responses not shown.

**PEW RESEARCH CENTER**

One of the most important and persistent debates about surveillance involves the tradeoff between personal security and privacy. In previous research about national surveillance tied to terrorism-related investigations, Pew Research Center has found that a majority of Americans support the idea of government surveillance of others, including monitoring of American leaders, but oppose surveillance of Americans themselves.

One scenario in this survey places this tradeoff in the context of a workplace setting:

*Several co-workers of yours have recently had personal belongings stolen from your workplace, and the company is planning to install high-resolution security cameras that use facial recognition technology to help identify the thieves and make the workplace more secure. The footage would stay on file as long as the company wishes to retain it, and could be used to track various measures of employee attendance and performance.*

By a two-to-one margin (54% to 24%) a majority of Americans would find the installation of surveillance cameras and corresponding retention of data to be acceptable, while one fifth (21%) of adults say their consideration of this tradeoff would depend on the circumstances.

**15**

PEW RESEARCH CENTER

There are no statistically significant differences in people's answers to this question by different demographic groups: Men and women, young and old, and relatively well off and relatively poor are all equally likely to say this scenario is acceptable.

When asked to elaborate on their answers in an open-ended follow-up question, a number of those who felt the tradeoff was acceptable argued that companies have the right to install the cameras on property they own and to make it more secure for workers:

> *"The job has the right to do this already so I expect it. I just don't want them to get carried away."*

> *"My employer could choose to do this, but I might be unhappy about it. The boss is the boss."*

> According to one focus group participant: *"It would keep the workplace safe and may also get the employees to perform at their best."*

Others thought the idea was acceptable, as long as it applied to everyone:

> *"[It is OK with me] as long it involves all departments and employees, not just a particular group."*

Still others were anxious to know where the cameras would be placed, how persistent the surveillance would be and how long the records might be retained:

> *"Cameras to track people coming in and out of a building, locker room area or entering an office area are just fine and actually a good thing for security. Cameras tracking places where there is public involved are fine for security, such as lobby areas. Cameras tracking employees who handle sensitive data and money are fine, such as cash registers and those who handle data such as social security numbers, but the cameras should only be used for honesty issues, not performance. Cameras in non-cash/sensitive data areas in any workplace are just intrusive, such as in office areas. Cameras should never be used for performance issues. They should only be used for security issues such as like the ones I described."*

> *"It would depend on where in the workplace the cameras are installed.  How will the footage be destroyed? If they have to track employees' attendance and performance this*

**16**

*way, it seems the company does not trust its employees to come to work and do their jobs."*

*"It depends on whether I would be watched and filmed every minute of the day during everything I do."*

*"The information is not being used for what was the original purpose in collecting it. It's not clear employees would be told how long the data would be saved and who would have access. In any case, the original purpose would be OK with me, but then the monitoring should be stopped once the issue has been resolved."*

*"Security cameras = yes. Cameras to track attendance and performance = no way. That is just ridiculous. I find it dishonest the company says it's to make the workplace 'more secure.' That is a lie."*

*"Who would have access to the footage and how securely it would be stored?"*

Still others felt that any scheme of this type is too intrusive:

*"No Big Brother spying is good. Corporate America is screwing American citizens enough."*

*"Monitoring work by camera is insane."*

Some were suspicious of the motives of any firm that would seek this kind of surveillance:

*"This could very easily be abused and would hinder performance if every employee felt surveilled all the time."*

*"They say that it will only be used to see who has been stealing, but the reality is we all know that is not the truth."*

*"Because some employers are very abusive of their power to check on you."*

*"Because the company could save a lot of different feeds and then use them all at once to make a person look bad so they could just terminate them."*

**17**

> *"It could come back and bite YOU.  [I] used to be a union steward when I worked, and management already monitors everything you do. It sent to management when I clocked onto my computer in the morning, I got written up because I logged on before 8 a.m.  All of our e-mails were monitored every day by an IT [information technology] company. Cameras were everywhere."*

> *"The total use of the system is unacceptable.  Identifying thieves is one thing, but this would be used in ways not intended."*

> *"This idea just bothers me. The workplace should not feel like a prison in which you have everyone watching your every move, basically breathing down your neck at all times."*

The possible long-term retention of the surveillance camera records made some respondents uncomfortable:

> *"There should be limits on how long the employer can keep the records or what they are allowed to do with the records. Additionally, the feeling of constantly being watched/monitored would not make for a good work environment. There are less intrusive means of preventing theft. This seems more like an excuse to install video performance monitoring."*

> *"The company would be able to use it for situations that have nothing to do with the theft and they could keep and use the info as long as they like."*

> *"One problem has nothing to do with the other. Use of cameras to deter theft is one thing, but to track employee is another. Fake excuse."*

Some simply argued that the installation of surveillance cameras would not solve the problem:

> *"Because it's not for a limited purpose/time.  Once cameras installed [it is] very difficult to go back. Over-intrusive in terms of capturing everyone's facial recognition and under-inclusive in terms of actually taking steps to identify and stop the thieves."*

> *"This is not going to reduce people stealing. This is just going to cause good employees to be more micro-managed."*

And the final word on this subject comes from someone who accepted the premise of the scenario, yet still would seek a job elsewhere:

**18**

PEW RESEARCH CENTER

*"When you accept employment you accept the fact that while you are on premises the company has the right to know how you are spending their paid time. That being said, facial recognition would most likely have me looking for another job. Petty theft happens in all facets of society. A total nanny state is not the answer. I will not give up my freedom and privacy for a false sense of security."*

# 3. Scenario: Health information, convenience and security



**Sharing health information**

A new health information website is being used by your doctor's office to help manage patient records. Your participation would allow you to have access to your own health records and make scheduling appointments easier. If you choose to participate, you will be allowing your doctor's office to upload your health records to the website and the doctor promises it is a secure site.

*Would this scenario be acceptable to you, or not?*



Source: Survey conducted Jan. 28 – Feb. 16, 2015.

Note: Refused responses not shown.

**PEW RESEARCH CENTER**

Previous Pew Research surveys have found that Americans are quite sensitive about their personal health information and worry about how this information might be used in ways that negatively impact their ability to secure insurance, access credit or find jobs.

Still, the convenience of accessing one's health records or interacting with one's physician online has a relatively strong appeal. By a two-to-one margin (52% to 26%), more Americans would accept the following scenario:

*A new health information website is being used by your doctor's office to help manage patient records. Your participation would allow you to have access to your own health records and make scheduling appointments easier. If you choose to participate, you will be allowing your doctor's office to upload your health records to the website and the doctor promises it is a secure site.*

Some 20% say their response to a scenario like this would depend on the particular circumstances.

Those ages 50 and older are more likely than adults ages 18 to 49 to say this tradeoff would be acceptable to them (62% vs. 45%). Furthermore, those with some level of college education are

more likely than those whose education stopped at high school to find the deal acceptable (59% vs. 44%).

Very few of those who indicated this tradeoff was acceptable gave any additional explanation for their answer. Some argued that it was self-evident why easier access to their medical records and more convenient interactions with providers' offices would be appealing to them.

Others indicated their view on this tradeoff would be contingent on who could access their data, as well as how vulnerable they feel the doctor's website is.

> *"If it was with my current doctor and he showed me the site and how it was secure I may do it, because I trust him."*

> *"Well, it would probably be like any website. Look at all the ones that have been hacked so far. If I'm going to get hacked I would rather it be my medical records than my banking information. It would be nice to be able to know what your lab works are and not have to wait 2-3 weeks to go back to doctor to get results."*

> *"It's OK if it's my own HMO [health management organization] (Kaiser Permanente), but a third party website is unnecessary and unacceptable, [because] I want my health info kept confidential."*

> According to one focus group participant: *"I have Kaiser Permanente insurance. Kaiser has everything available. I can look up my cholesterol results going back 10 years and more. But that is not a public website, and I trust Kaiser Permanente, and they do very valuable research. I am even in a genetics study with them – they've got my DNA. But this is totally different from going through some third party website."*

> *"It depends on exactly what records are shared. It would have to be a very secure site for me to trust it. Scheduling appointments online wouldn't bother me though."*

> *"I need to know that my medical information will be encrypted and secure from online hackers."*

> *"My question is: Would there be any discount for me if helped them do their job? I want my records to stay personal, not on the internet."*

*"Other than just the doctor's promise, I would want a document that contained the promise and was signed by the doctor."*

*"It would need to be* HIPAA *[Health Insurance Portability and Accountability Act, a law governing how patient privacy is protected] compliant and very few servers meet those guidelines."*

*"They would have to prove it's a secure site. Also there should be some sort of a major fine if it's not secure at all times."*

*"[It] depends on my approval of who would get this information in the future."*

*"I would want to better understand the actual security of the site and the true benefit to me vs. him/her."*

A considerable number of those who found the tradeoff unacceptable went on to explain their responses. For many it was simply a matter of the security of the information – or lack thereof:

*"There is no such thing as a secure site. Hackers are always finding entry points into databases. Insurance companies can afford to hire hackers. The gleaned database information would allow insurance companies to deny coverage to the patients whose information was compromised.  Doctors charge excessive fees to patients to use and access this online record tool. Many patients cannot afford the online record service."*

*"My health records are my business and no one else's. No website is totally secure."*

*"No matter how safe you think the site is, it's not. Hackers can bypass anything if they choose to."*

*"Nothing is truly secure online. I don't go to the doctor very often nor do I like them, and I don't want my personal info on the WWW [World Wide Web] secure or not!"*

*"Do not trust doctors."*

*"What am I going to do if it turns out not to be a secure website? Sue the doctor???"*

According to one focus group participant: *"With the government in charge of health care now, I am no longer allowing my doctors to put my information on the patient portals. I*

> *definitely don't like the kind of control the health industry is trying to gain in my personal life. I am offended by many of the seemingly 'none of your business' questions they are now asking at my doctor [appointments].  I refuse to answer them, and I tell them I am offended."*

Some worried that exposure of their health data would make them targets of customized pitches to buy more medicine or unnecessary treatments:

> *"My health records are confidential. I don't want them in the hands of someone unscrupulous or marketing companies possibly trying to recommend a drug or something based on a condition I may have."*

Others made references to the social problems that might result from unauthorized disclosure of the records:

> *"If these records ever leaked it could be devastating to people with certain diseases. I'm specifically thinking about stigmatized diseases like AIDS."*

And at least one respondent's medical records had been hacked in the past:

> *"My records were stored by USPS [United States Postal Service]. The system was hacked! Now my information – all of it – is out there."*

# 4. Scenario: Consumer loyalty cards and profiling



**Retail loyalty cards**
A grocery store has offered you a free loyalty card that will save you money on your purchases. In exchange, the store will keep track of your shopping habits and sell this data to third parties.

*Would this scenario be acceptable to you, or not?*



Source: Survey conducted Jan. 28 – Feb. 16, 2015.

Note: Refused responses not shown.

**PEW RESEARCH CENTER**

This is a scenario anchored in a familiar bargain that is offered in many existing retail environments. Many consumers already allow their shopping preferences to be tracked and sold to other companies in return for discounts on products, and some 47% of adults say they would be comfortable with the following scenario:

*A grocery store has offered you a free loyalty card that will save you money on your purchases. In exchange, the store will keep track of your shopping habits and sell this data to third parties.*

By comparison, 32% say it would not be acceptable, and another 20% say it would depend on the circumstances of the offer.

Those ages 50 and older are somewhat more likely than younger adults to say that this arrangement would not be acceptable: 39% of those 50 and older say this deal would not be acceptable, compared with 27% of those ages 18 to 49. In addition, those in households earning less than $30,000 per year are more likely than those in higher-income households to say this deal would be acceptable: 56% of those in lower-income households say the loyalty card bargain is acceptable vs. 43% of those in higher-earning households.

A number of those who find this scenario acceptable indicate that they are familiar with loyalty cards and/or already use these cards themselves. Yet even this group expresses concerns about how and under what circumstances their data are passed along to third parties:

**24**

PEW RESEARCH CENTER

*"I use loyalty cards. As far as I can tell, the information is not being used inappropriately or specifically tied to me by third-parties, which I'm OK with."*

*"Well, they do this now. If [my data are] secure and I get the deals, it's OK."*

*"The 'selling to third party' part makes me worry. OTOH [On the other hand], I have and frequently use a Safeway rewards card, which I suspect has just such an agreement."*

*"I already participate in many 'loyalty' programs, but use pseudonyms so that I can determine the origin of the third-party contacts and trace back which store sold my consumer information."*

*"I want to choose who emails information to me."*

*"I would take the card to get discounts or coupon, but I wouldn't want them selling my information to third parties. That would be a violation of my rights."*

Some of those who answered "it depends" to this scenario have different levels of trust depending on the company asking for their personal data. Others wanted more details about the specific bargains being offered:

*"Sharing it with a third party generally indicates that you will be inundated with unwelcome email offers and you may even get unwanted calls. If they use the data for themselves I am fine with that since I use their services/products."*

*" [It depends on] whether I trust the company."*

*"Having the ability to control the information being sent would influence my decision."*

*"How much money would I be saving, and how much personally identifying information will be shared?"*

*"How many third parties will you be sharing with? Can I control what info is shared? Is it just my anonymous shopping data, or is my personal info attached?"*

*"[I would consider this] only if I could opt out on sharing with third parties."*

*"[It depends] on the type of store."*

> *"I'm not sure what kind of stipulation would be acceptable, but if I had choice and knowledge of what companies would receive the information, I may be OK with it."*

> *"I don't want to be personally identified – I am OK if I am an anonymous shopper."*

> *"It depends on whether those third parties would contact me via phone, email or snail mail. If they just want to use my data, I suppose that's fine, but I don't want to be contacted or receive anything from those third parties. Keep it a one-way street. The only exception is if the grocery store gave me coupons based on what I bought."*

> *"If the 'identifying info' on me is just my purchase habits and my loyalty card number – OK. If it includes phone, address, credit or debit card info, not too interested."*

Those who said this arrangement was unacceptable took particular exception to the idea that data about their purchasing behavior might be sold to third parties after being collected by the retailer. Others expressed concern about how many unsolicited telemarketing calls might be generated by these personal shopping data:

> *"Third party selling is not acceptable. If I want one company to have my information, that's my choice, but not a bunch of other random companies."*

> *"I don't want anything sold to third parties, because then I always get emails and mail that I didn't want."*

> *"If I am spending my money in that store, they have no right to sell any information about me."*

> *"First, I don't want you keeping track of what I buy, and second, I don't want what I do to be sold to a third party."*

> *"Too many telemarketers are involved."*

> *"My shopping habits are my own business unless I choose to sell the information to another party. Why should a different party benefit from personal info that they've 'gathered' about me?"*

# 5. Scenario: Auto insurance discounts and monitoring

---



**Auto insurance**

Your insurance company is offering a discount to you if you agree to place a device in your car that allows monitoring of your driving speed and location. After the company collects data about your driving habits, it may offer you further discounts to reward you for safe driving.

*Would this be acceptable or not?*



ACCEPTABLE 37%
IT DEPENDS 16%
NOT ACCEPTABLE 45%

Source: Survey conducted Jan. 28 – Feb. 16, 2015.

Note: Refused responses not shown.

**PEW RESEARCH CENTER**

---

As mobile devices, GPS systems and sensors proliferate there are more and more opportunities for people to be offered goods and services at rates that are tied to their behaviors. For instance, since 1998 Progressive insurance has been offering people the chance to install telematics devices that track their driving behavior and offering discounts to those who perform well. For many years, the monitoring was only tied to discounts for good driving, but starting in 2013, the company began a system that charged poor drivers with higher rates.

Some 45% say they would find the following tradeoff of personal information for benefits to be not acceptable:

*Your insurance company is offering a discount to you if you agree to place a device in your car that allows monitoring of your driving speed and location. After the company collects data about your driving habits, it may offer you further discounts to reward you for safe driving.*

An additional 37% say it would indeed be acceptable, while 16% say their decision would depend on the circumstances. There are no major differences by gender, age or household income in people's answers about this scenario.

Those who find this tradeoff acceptable sometimes justified their answer by their view that their current behavior is something worth rewarding:

**27**

PEW RESEARCH CENTER

*"My driving is local and I am a safe driver."*

*"[This] sounds like a good deal."*

According to one focus group participant*: "Driving is a privilege and not a right. With all the monitoring going on while you drive it is only a matter of time until all these vehicles on the road report direct to your insurance agent."*

Those whose answer was "it depends" expressed concerns about the specific types of driving data that might be collected, as well as the time frame for data retention:

*"The recording of location seems unnecessary. Speed is fine [to collect]."*

*"I am not comfortable having my location tracked. I feel this is an invasion of my privacy and a safety risk."*

*"Monitoring driving habits might be fine to allow insurance discounts, but do they really need to know where you are? No privacy. I am an honest person, but I don't like to be checked up on and the whole world knowing what I do."*

*"It would depend on what else they do with the information. As long as the information was kept private, in house and used to offer legitimate discounts – not sold to third parties for exploitation."*

*"I would have to know more. I like the part about the speed. But, as far as where a person goes, it is their private personal business. I would agree to allow them to track distance or mileage, but, not actual location."*

*"I don't like the idea of someone tracking my driving destinations and knowing my whereabouts all the time.  At the same time, I like saving money. It would depend on how much money I could save."*

*"Depends on what security measures are taken to ensure no one but the insurance could have access to the information."*

*"Depends on how much money I would save and that it could not increase my cost of insurance if they did not deem me a 'perfect' driver."*

**28**

PEW RESEARCH CENTER

*"It needs to be for a limited time."*

Those saying this bargain would not be acceptable to them offered a wide range of justifications. Some of these justifications related to their own behavior; others related to their concerns about potential behaviors by their insurance company:

*"I speed. …"*

*"I don't drive safely."*

*"The discounts aren't worth it."*

*"I do not like to be constantly watched and judged."*

*"Because I drive like a crazy lady."*

*"Because if they know that I drive fast, roll through stop signs  and red lights, they would do the opposite and raise my rates. I live in the fast lane and want to keep it a secret."*

*"They may be describing it as a benefit to me, but it really feels more like they would be gathering data to deny claims or raise rates – by claiming speeding or some other such trumped-up charge with which there would be no way to defend me as an individual against a giant insurance company."*

*"I don't like anything attached to my car monitoring me."*

*"A person cannot control potential driving scenarios. Drivers will get punished when they are encumbered by construction zones in their area and are faced with stop-and-go traffic. Some drivers have no alternative routes to use to avoid these situations. Devices such as 'Snapshot' by Progressive punish drivers for driving defensively. These devices punish rather than reward the driver using the device."*

*"The insurance company should offer my coverage based upon my driving record/history/demographics, not by playing big brother."*

*"I am a safe driver and have not even been in an accident in over 35 years, much less been at fault in an accident. My record should qualify me for a discount, regardless of whether I occasionally exceed the speed limit."*

*"Afraid prices would go up."*

*"How I drive is my own business."*

*"I am a safe driver, but I tend to speed on the highway. I wouldn't want that to cost me more for insurance."*

*"I feel like this information would be used against me if I got into an accident. For example, the insurance agency will look at the data and say that I was speeding right before the accident and claim that the accident was my fault. I also feel as though law enforcement would attempt to use this information in the event of a criminal case."*

*"I do not trust insurance companies to do anything good."*

*"It's inappropriate for other parties to be able to track where I am. It's bad enough that it's traceable via cellular technology."*

*"I pay for insurance at the established rate given my driving record (one speeding ticket in 1967, 48 years ago, at a speed trap in Ohio). I don't need to have anyone (who I pay) monitor my activities while driving!"*

*"How long will they keep these records? And could there be legal ramifications if these systems prove that the client has in some way broken the law? It just sounds like an easy way to police the public even more for the sake of a 'deal.'"*

*"The speed is fine. But if they hike my rates due to location; for example, if they perceive an area to be unsafe, I wouldn't think that is fair. Lots of people work/live in high crime areas, and I don't think they should be penalized for that."*

*"I know it would encourage drivers to be safer and that is good, but that is too much like '1984' for me."*

Some people gave answers tied to their particular circumstances with their auto insurance companies:

*"They could potentially charge me a premium for exceeding their arbitrary standards of safety, as well. My insurance company already pulls my credit worthiness (how the hell does my FICO relate to my driving ability?) and tracks the VINs [vehicle identification*

*numbers], drivers and driver's records of all my cars/drivers.  My rates just went up 30% in January with \*no\* explanations as to why. I am changing insurance companies as of the 30th and will be saving $500/year."*

*"I actually evaluated such a device offered by my insurance. Unfortunately, the device was easily removed in case the car was stolen, and also the device was not that easily secured under the dashboard. I decided that the reward was not worth the effort."*

*"I tried that once. I am a good driver, and I don't drive very much at all, and they still did not give me a discount so that makes you wonder!"*

*"I had one of those and only got $1 discount."*

*"This option was presented to me by my insurance company. If they can identify how I drive, they can identify where I am, next what I am doing every moment. ... I am responsible, doing what is considered appropriate, but I do not have to prove that every moment. Also data can be misinterpreted.  If I accelerate to avoid a bad situation, how will it be perceived by a computer chip? If I am driving way under the speed limit and making many stops, am I a poor driver or am I in gridlock or traffic emergency?"*

*"The idea of monitoring just my driving isn't true, it would do more than that and it's the 'more' that I can't be sure of."*

*"Its use could be applied in so many other ways. Insurance company should base their rates on claim/accident data alone. They should not directly control my driving or freedom of movement with collecting that kind of data."*

*"Allowing the insurer to define what is considered 'safe' is like hiring the fox to guard the hen house."*

*"If by not having this device your rates would raise dramatically I would do it, but my rates are pretty low already because of my driving record, so I don't know that it would be necessary."*

*"My insurance rates should only be based on no accidents, not penalized by how I choose to drive, based on some set of criteria they deem acceptable."*

# 6. Scenario: Personal details and advertisements



**Free social media**

A new social media platform is being used by your former high school to help manage communications about a class reunion. You can find out the basic information about the reunion over email, but your participation on the social media site would reconnect you with old friends and allow you to communicate more easily with those who are attending. If you choose to participate, you will be creating a profile using your real name and sharing a photo of yourself. Your access to the service is free, but your activity on the site would be used by the site to deliver advertisements it hopes will be appealing to you.



*Would this scenario be acceptable to you, or not?*

Source: Survey conducted Jan. 28 – Feb. 16, 2015.

Note: Refused responses not shown.

**PEW RESEARCH CENTER**

Today a wide range of online services offer their product free of charge in return for tracking users' activities in order to profile them for the purposes of serving them advertisements. This bargain anchors a wide range of commercial services on the web, from social media platforms to search engines to web-based email clients.

The following scenario attempted to unpack Americans' attitudes about this bargain:

*A new social media platform is being used by your former high school to help manage communications about a class reunion. You can find out the basic information about the reunion over email, but your participation on the social media site would reconnect you with old friends and allow you to communicate more easily with those who are attending. If you choose to participate, you will be creating a profile using your real name and sharing a photo of yourself. Your access to the service is free, but your activity on the site would be used by the site to deliver advertisements it hopes will be appealing to you.*

By a 51% to 33% margin, Americans generally do *not* find this bargain acceptable. The most striking difference in views on this question pertains to age: Some 40% of those under age 50 say this deal *would* be acceptable, compared with only 24% of those ages 50 and above.

Notably, some of the detailed responses to this question – especially among those who do not currently use social media – suggest a general dislike of social media and the information that people share on those platforms. In other words, there is a possibility that in answering this question, people's general aversion to the whole idea of social media colored their views of the "bargain" being presented in the scenario.

Those who were willing to consider this tradeoff often described their outer permissible boundary for such a deal. Some of these "it depends" respondents also noted that their preference would be to use an existing social media site for the task at hand, rather than a new one.

> *"It depends on how the ads are delivered to me."*

> *"Acceptable until you use my likeness or information in an advertisement. That I would never agree to."*

> *"What other information about me was required? If only name and picture, then OK."*

> *"I would only want to see advertising in that website, not in my personal email."*

> *"If most of the platform would be items of high interest to me, I would be willing to 'give up' a little of myself to enjoy the parts I am interested in."*

> *"Name is OK but no photo, and I would not like to receive advertisements."*

> *"If it is a new service I would not join, I would join a group on a platform which I already use."*

> *"I would not want the site delivering to companies I did not want to be bothered with."*

> *"It would depend on how secure my information is, and if my data would be sold or provided to another party."*

> *"I don't see this as a gross invasion of privacy, all the information that would be gathered about me is certainly already available online somewhere else. I just wouldn't care enough to create another internet profile."*

> *"As long as the amount of email wasn't overwhelming."*

> *"It would depend on if I could easily delete this account if I didn't like how many ads I received."*

This was the scenario that elicited the greatest number of comments about the ubiquity of ads online and the annoyance they cause:

> *"If I have the option to suppress my email address or turn off advertisements, then I would join the site."*

> *"I hate receiving advertisements on the internet from people and companies that do not interest me. It creates so much spam."*

> *"Sounds like what Facebook currently does - and the ads are intrusive and non-relevant. [It] takes away from purposes of joining site to begin with."*

Those who viewed this scenario as unacceptable cited a variety of reasons – often starting with their concerns about being profiled based on their personal connections and interests and having marketing campaigns tailored to those profiles:

> *"I do not use social media now because of this. [It is] marketing I do not like, and [I] do not participate anywhere this is used."*

> *"Although I understand this scenario is already standard practice, it uses information collected about me in a manner not for my benefit, without my consent. It would affect how I use the reunion site or whether I even join the site at all."*

> *"Do not want to view excessive ads and do not want to create more profiles."*

> *"Advertised as 'free,' but it isn't. I pay, but with my attention span rather than a monetary fee. Too costly, and based on a lie."*

**34**

PEW RESEARCH CENTER

> *"I wouldn't use it or I might make one post on the site about contacting me a different way so those who want to connect could in the ways I am willing to use. Then delete my account. I put as little personal information on social media sites as possible. I just don't like sharing."*

For some people, the prospect of another social media platform itself was another turn off. Some expressed worry about posting information about themselves on such a semi-public platform:

> *"Not a big fan of social media."*

> *"I don't use social media, I don't like that anyone can graze, or as some of the girls call it 'creep,' which is to look just because you are there."*

> *"I dislike social media. [There are] too many ways for too many people to learn things about me."*

> *"I would feel like I am being put on display."*

> *"Not that attached to my high school, and can communicate with those I want through other means."*

> *"WE CAN FIND OUR WAY EASILY TO COMMUNICATE WITH OUR OLD FRIENDS AND HAVE A CLASS REUNION WITHOUT THE NEED OF A SOCIAL MEDIA PLATFORM. WHY BOTHER TO EXPOSE OURSELVES TO THE AD COMPANY."*

> *"I have enough social media sites to manage. I'd rather they use Facebook. The privacy settings are similar to what's described and those are fine by me. But I don't want to start using another site."*

> *"I'll get the info at the reunion anyway. Then I can choose who I want to contact."*

Some of those who balked at this arrangement felt that the supposed "benefit" of reconnecting with former classmates was not terribly enticing in the first place:

> *"I don't care enough about high school to go through these steps."*

> *"I have no desire to keep in contact with people from high school."*

**35**

*"I have no interest in seeing my classmates ever again."*

And one person felt this arrangement would defeat the whole purpose of the reunion – the delight and surprise of catching up with old friends.

*"I would rather wait until the reunion to see friends and teachers. Like it has always been before email. Or it would take the fun out of it."*

PRC 88

# 7. Scenario: Home activities, comfort and data capture



**Smart thermostat**

A new technology company has created an inexpensive thermostat sensor for your house that would learn about your temperature zone and movements around the house and potentially save you on your energy bill. It is programmable remotely in return for sharing data about some of the basic activities that take place in your house like when people are there and when they move from room to room.

*Would this be acceptable or not?*



| ACCEPTABLE | 27% |
| IT DEPENDS | 17% |
| NOT ACCEPTABLE | 55% |

Source: Survey conducted Jan. 28 – Feb. 16, 2015.

Note: Refused responses not shown.

**PEW RESEARCH CENTER**

The emergence of "smart" home devices and appliances has long been anticipated by both science-fiction writers and technology enthusiasts. In recent years, a number of firms have begun initiatives related to the Internet of Things, particularly in the realm of smart homes and appliances. A 2012 canvassing of technology experts by Pew Research Center found widely varying prophecies about whether smart systems would live up to their promise and take hold among consumers in the ways that forecasters were predicting.

Smart thermostats, which have often been promoted as a way to save energy and promote personal safety, are some of the earliest smart-home devices to gain a foothold in the marketplace. However, Americans are not generally comfortable with the implicit tradeoffs outlined in the following scenario:

*A new technology company has created an inexpensive thermostat sensor for your house that would learn about your temperature zone and movements around the house and potentially save you on your energy bill. It is programmable remotely in return for sharing data about some of the basic activities that take place in your house like when people are there and when they move from room to room.*

Some 55% of adults find this a "not acceptable" scenario, while 27% say it is acceptable. Another 17% say "it depends" on the particulars of the arrangement. Those ages 50 and older are among the most likely to say it is not acceptable: 69% say this, compared with 48% of those under age 50.

Many of those who weighed this scenario were focused on what specific information is collected, who it is shared with, and what happens to their data after it is captured:

> *"[This would be OK with me] as long as others do not know my name and or location."*

> *"A learning thermostat is a great idea and exists already. But sharing data about my movements with someone else 'on the other end' is not acceptable. That's an invasion of privacy. Nobody needs to know my movements within my house."*

> *"I would be concerned that the data could be used to find out when nobody was home – I don't want anyone tracking what I do in my home."*

> *"It would depend more precisely on the details of the company's privacy statement. What can they use the collected information for? And do they share it with third parties? If they can use the information for anything but controlling my house's HVAC [heating, ventilation and air conditioning], I would be very hesitant to participate."*

> *"Movements around the house are fine (for example, only heat bedrooms at night), but I would not want it to record when people are or aren't there (potential security risk)."*

> *"I would be willing to use this service if they provided the thermostat for free and paid me a small amount each month to allow them to collect data on my household."*

> *"Distribution to 3rd parties and data security would be key. I wouldn't want just anyone knowing my habits of coming and going. Might as well leave a sign for the burglars."*

Many invoked the specter of security issues: As one respondent put it, "The security risks are not outweighed by the benefits." Others objected to their data being captured in a space – their home – that heretofore had been private:

> *"My house is too small, and/or the upgrades necessary for my house to 'zone' the HVAC for different locations would be cost-prohibitive. It is my castle, and nobody needs to know how long I or any member of my family takes a shower or makes a meal."*
> *"Knowledge is control. My utility company already chastises me for not being more*

**38**

*'efficient' as compared to my neighbors; I don't need them to tell me to take quicker showers, or potentially charge me a 'shower premium!'"*

*"Crosses a line – too intrusive. Goes into creepy zone of being watched!"*

*"No need for this camel to have its nose in my tent. Too voyeuristic."*

*"It is creepy to think someone is following you around, but the idea is a good one. Would have to know how intrusive 'basic activities' are."*

*"What I do and which room I am in my home is no one's business but mine."*

*"Don't want others to know when the house is unoccupied."*

*"I don't want that info possibly hacked."*

According to one focus group participant:*"I would be afraid that someone would hack into the data & use it to determine when your house is no occupied."*

Others made the case for human choice and agency over assistance from a smart gadget. If people truly cared about energy safety and remote monitoring of their security, this argument goes, they would arrange for it themselves:

*"I already, cut-to-the-bone, have a low electricity bill; this thermostat will not benefit me. I don't use the heater or air conditioner."*

*"I control my thermostat. Nobody else needs to have any sort of control over how I cool/warm my house."*

*"My home. My temperatures. My control."*

*"All of this stuff is way too invasive of my personal space! It's like they all want to be in control of everyone at all times. Know what we are doing etc. No thank you."*

*"Because in your home you are not being watched or tracked and that should be your one place away from all that sensor nonsense."*

# Acknowledgments

This report was made possible by The Pew Charitable Trusts. It is a collaborative effort based on the input and analysis of the following individuals:

**Primary researchers**

Lee Rainie, *Director, Internet, Science, and Technology Research*
Maeve Duggan, *Research Associate*
Michaela Hoffman, *Research Intern*

**Research team**

Aaron Smith, *Associate Director, Research*
Andrew Perrin, *Research Assistant*
Claudia Deane, *Vice President, Research*
Mary Madden, *Senior Researcher*

**Editorial and graphic design**

Margaret Porteus, *Information Graphics Designer*

**Communications and web publishing**

Shannon Greenwood, *Assistant Digital Producer*
Dana Page, *Senior Communications Manager*

Other reports from Pew Research Center project on the topic of privacy and security online can be found at: www.pewresearch.org/topics/privacy-and-safety/

# Methodology

The majority of analysis in this report is based on a Pew Research Center survey conducted between Jan. 27 and Feb. 16, 2015, among a sample of 461 U.S. adults ages 18 or older. The survey was conducted by the GfK Group using KnowledgePanel, its nationally representative online research panel. GfK selected a representative sample of 1,537 English-speaking panelists to invite to join the subpanel and take the first survey in January 2014. Of the 935 panelists who responded to the invitation (60.8%), 607 agreed to join the subpanel and subsequently completed the first survey (64.9%) whose results were reported in November 2014. This group has agreed to take four online surveys about "current issues, some of which relate to technology" over the course of a year and possibly participate in one or more 45- to 60-minute online focus group chat sessions. For the second survey whose results are reported here, 461 of the original 607 panelists participated. A random subset of the subpanel receive occasional invitations to participate in online focus groups. For this report, a total of 80 panelists participated in one of nine online focus groups conducted during January 2015. Sampling error for the total sample of 461 respondents is plus or minus 5.8 percentage points at the 95% level of confidence.

The detailed discussion that follows is for the primary survey of 461 adults:

KnowledgePanel members are recruited through probability sampling methods and include both those with internet access and those without. KnowledgePanel provides internet access for those who do not have it and, if needed, a device to access the internet when they join the panel. A combination of random digit dialing (RDD) and address-based sampling (ABS) methodologies have been used to recruit panel members (in 2009 KnowledgePanel switched its sampling methodology for recruiting panel members from RDD to ABS). The panel comprises households with landlines and cellular phones, including those only with cellphones and those without a phone. Both the RDD and ABS samples were provided by Marketing Systems Group (MSG).

KnowledgePanel continually recruits new panel members throughout the year to offset panel attrition as people leave the panel. Respondents were selected randomly from eligible adult household members of the panel. All sampled members received an initial email on Aug. 5, 2014, to notify them of the survey and included a link to the survey questionnaire. One standard follow-up reminder was sent three days later to those who had not yet responded.

The final sample for this survey was weighted using an iterative technique that matches gender, age, education, race, Hispanic origin, household income, metropolitan area, and region to parameters from the March 2013 Census Bureau's Current Population Survey (CPS). In addition, the sample is weighted to match current patterns of internet access from the October 2012 CPS

survey. This weight is multiplied by an initial base or sampling weight that corrects for differences in the probability of selection of various segments of the sample and by a panel weight that adjusts for any biases due to nonresponse and noncoverage at the panel recruitment stage (using all of the parameters mentioned above as well home ownership status).

Sampling errors and statistical tests of significance take into account the effect of weighting at each of these stages. Sampling error for the total sample of 461 respondents is plus or minus 5.8 percentage points at the 95% level of confidence. The following table shows the unweighted sample sizes and the error attributable to sampling that would be expected at the 95% level of confidence for different groups in the survey:

| Group | Unweighted sample size | Plus or minus … |
|---|---|---|
| All adults | 461 | 5.8 percentage points |
| Men | 235 | 8.1 percentage points |
| Women | 226 | 8.3 percentage points |
| 18-49 | 230 | 8.0 percentage points |
| 50+ | 231 | 8.4 percentage points |

Sample sizes and sampling errors for other subgroups are available upon request. The margins of error reported and statistical tests of significance are adjusted to account for the survey's design effect, a measure of how much efficiency is lost from the weighting procedures. In addition to sampling error, one should bear in mind that question wording and practical difficulties in conducting surveys can introduce error or bias into the findings of opinion polls.

Pew Research Center is a nonprofit, tax-exempt 501(c)3 organization and a subsidiary of The Pew Charitable Trusts, its primary funder.

# Topline Questionnaire

**PEW RESEARCH CENTER**
**PRIVACY PANEL SURVEY #4 TOPLINE**
**JANUARY 27-FEBRUARY 16, 2015**
**TOTAL N=461 ADULTS, AGES 18 AND OLDER**
**SURVEY CONDUCTED ONLINE**

**MARGIN OF ERROR FOR ALL ADULTS IS +/- 5.8 PERCENTAGE POINTS**

Sometimes people are willing to share some personal information in exchange for certain benefits. For each of the following scenarios, please indicate whether or not you would be willing to share information about yourself in exchange for getting something you might need or enjoy…

**PROGRAMMING NOTE: RANDOMIZE Q2A-Q2G SETS]**

**AMONG ALL ADULTS [N=461]**

Q2a.    A grocery store has offered you a free loyalty card that will save you money on your purchases. In exchange, the store will keep track of your shopping habits and sell this data to third parties. Would this scenario be acceptable to you, or not?

47      Yes

32      No

20      It depends

1       Refused

**52      NET No/Depends**

PEW RESEARCH CENTER

**AMONG ALL ADULTS [N=461]**

Q2b. A new health information website is being used by your doctor's office to help manage patient records. Your participation would allow you to have access to your own health records and make scheduling appointments easier. If you choose to participate, you will be allowing your doctor's office to upload your health records to the website and the doctor promises it is a secure site. Would this scenario be acceptable to you, or not?

| | |
|---|---|
| 52 | Yes |
| 26 | No |
| 20 | It depends |
| 1 | Refused |
| **46** | **NET No/Depends** |

**AMONG ALL ADULTS [N=461]**

Q2c. A new social media platform is being used by your former high school to help manage communications about a class reunion. You can find out the basic information about the reunion over email, but your participation on the social media site would reconnect you with old friends and allow you to communicate more easily with those who are attending. If you choose to participate, you will be creating a profile using your real name and sharing a photo of yourself. Your access to the service is free, but your activity on the site would be used by the site to deliver advertisements it hopes will be appealing to you. Would this scenario be acceptable to you, or not?

| | |
|---|---|
| 33 | Yes |
| 51 | No |
| 15 | It depends |
| 1 | Refused |
| **66** | **NET No/Depends** |

**QUESTION 2D – NOT REPORTED**

**44**

**AMONG ALL ADULTS [N=461]**

Q2E. YOUR INSURANCE COMPANY IS OFFERING A DISCOUNT TO YOU IF YOU AGREE TO PLACE A DEVICE IN YOUR CAR THAT ALLOWS MONITORING OF YOUR DRIVING SPEED AND LOCATION. AFTER THE COMPANY COLLECTS DATA ABOUT YOUR DRIVING HABITS, IT MAY OFFER YOU FURTHER DISCOUNTS TO REWARD YOU FOR SAFE DRIVING. WOULD THIS SCENARIO BE ACCEPTABLE TO YOU, OR NOT?

| | |
|---|---|
| 37 | Yes |
| 45 | No |
| 16 | It depends |
| 1 | Refused |
| **62** | **NET No/Depends** |

**AMONG ALL ADULTS [N=461]**

Q2F. SEVERAL CO-WORKERS OF YOURS HAVE RECENTLY HAD PERSONAL BELONGINGS STOLEN FROM YOUR WORKPLACE, AND THE COMPANY IS PLANNING TO INSTALL HIGH-RESOLUTION SECURITY CAMERAS THAT USE FACIAL RECOGNITION TECHNOLOGY TO HELP IDENTIFY THE THIEVES AND MAKE THE WORKPLACE MORE SECURE. THE FOOTAGE WOULD STAY ON FILE AS LONG AS THE COMPANY WISHES TO RETAIN IT, AND COULD BE USED TO TRACK VARIOUS MEASURES OF EMPLOYEE ATTENDANCE AND PERFORMANCE. WOULD THIS SCENARIO BE ACCEPTABLE TO YOU, OR NOT?

| | |
|---|---|
| 54 | Yes |
| 24 | No |
| 21 | It depends |
| 1 | Refused |
| **45** | **NET No/Depends** |

PEW RESEARCH CENTER

**AMONG ALL ADULTS [N=461]**
Q2G. A NEW TECHNOLOGY COMPANY HAS CREATED AN INEXPENSIVE THERMOSTAT SENSOR FOR YOUR HOUSE THAT WOULD LEARN ABOUT YOUR TEMPERATURE ZONE AND MOVEMENTS AROUND THE HOUSE AND POTENTIALLY SAVE YOU ON YOUR ENERGY BILL. IT IS PROGRAMMABLE REMOTELY IN RETURN FOR SHARING DATA ABOUT SOME OF THE BASIC ACTIVITIES THAT TAKE PLACE IN YOUR HOUSE LIKE WHEN PEOPLE ARE THERE AND WHEN THEY MOVE FROM ROOM TO ROOM. WOULD THIS SCENARIO BE ACCEPTABLE TO YOU, OR NOT?

27      Yes

55      No

17      It depends

1       Refused

**72      NET No/Depends**

**[SHOW Q3A-D ON THE SAME PAGE; SP]**
　　　**[RANDOMIZE ORDER OF ITEM A-D INSERTS]**
　　　**AMONG ALL ADULTS [N=461]**
　　　Q3 In the course of making decisions about what personal information to share with various companies, at any point in the last **month** have you felt any of the following things?

First at any point, have you felt...

|  |  | Yes | No | Refused |
|---|---|---|---|---|
| a. | Discouraged with the amount of effort needed to understand what would be done with your data | 35 | 61 | 5 |

Next at any point, have you felt... ...

|  |  | | | |
|---|---|---|---|---|
| b. | Confused by the information provided in a privacy policy | 38 | 59 | 3 |

Next at any point, have you felt... ...

**46**

PEW RESEARCH CENTER

|  |  |  |  |  |
|---|---|---|---|---|
| c. | Confident that you understood what would be done with your data | 50 | 47 | 3 |

Next at any point, have you felt… …

|  |  |  |  |  |
|---|---|---|---|---|
| d. | Impatient because you wanted to learn more but needed to make a decision right away | 29 | 68 | 3 |

# Exhibit C

NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD | NEWSLETTERS | PRESS | DONATE | MY ACCOUNT | CONTACTED BY US?





Read our research on: World Leaders | Internet & Technology | Family & Relationships

# Pew Research Center

Search pewresearch.org...

RESEARCH TOPICS ▾    ALL PUBLICATIONS    METHODS    SHORT READS    TOOLS & RESOURCES    EXPERTS    ABOUT

Home › Research Topics › Internet & Technology › Technology Policy Issues › Online Privacy & Security

APRIL 14, 2020

# Half of Americans have decided not to use a product or service because of privacy concerns

BY **ANDREW PERRIN**

Case 3:22-cv-08131-JCS    Document 100-16    Filed 12/21/23    Page 105 of 138



**Around half of Americans decided not to use products or services due to privacy concerns, but this varies by whether they've experienced a data breach**

*% who say they have recently decided NOT to use a product or service because they were worried about how much personal information would be collected about them*

All U.S. adults — 52%

**Among those who say someone DID/DID NOT ___ in the last 12 months**

Attempt to open a line of credit or apply for a loan using their name — 64 / 51

Take over their social media or email account without their permission — 63 / 51

Put fraudulent charges on their debit or credit card — 56 / 51

Note: Those who gave other answers or no answer not shown.
Source: Survey conducted June 3-17, 2019.

**PEW RESEARCH CENTER**

At a time when many Americans believe their personal information is [less secure](#) and are concerned with how companies and the government [use their personal data](#), a substantial share of the public has opted out of using a product or service because of privacy concerns, according to a Pew Research Center survey conducted June 3-17, 2019.

About half (52%) of U.S. adults said they decided recently not to use a product or service because they were worried about how much personal information would be collected about them.

# How we did this

Pew Research Center has long explored the growing concerns about privacy and security of personal information. This post draws on a survey of 4,272 U.S. adults conducted June 3-17, 2019, for research about Americans' views about privacy and surveillance by companies and the government. Everyone who took part is a member of Pew Research Center's American Trends Panel (ATP), an online survey panel that is recruited through national, random sampling of residential addresses. This way nearly all U.S. adults have a chance of selection. The survey is weighted to be representative of the U.S. adult population by gender, race, ethnicity, partisan affiliation, education and other categories. Read more about the [ATP's methodology](#).

Here are [the questions used](#) for this report, along with responses, and its [methodology](#).

Case 3:22-cv-08131-JGS   Document 100-16   Filed 12/21/23   Page 106 of 138

There are some distinctions among certain Americans. For instance, people's own experience with data breaches in the last 12 months is a factor. Those who said someone attempted to open a line of credit or apply for a loan using their name were more likely than those who did not experience this to say they decided not to use a product or service out of privacy concerns (64% vs. 51%). A similar pattern exists when comparing those who said someone took over their social media or email account without their permission and those who did not experience this (63% vs. 51%). And those who said someone put fraudulent charges on their debit card or credit card were more likely than those who did not experience this to share this concern (56% vs. 51%). Overall, adults who experienced any of these three data breaches were more likely than those who did not to avoid products or services out of privacy concerns (57% vs. 50%).

There are also some differences between those with higher and lower levels of education and annual household incomes. Some 55% of college graduates and adults with some college education said they had decided not to use a product or service because of privacy concerns, compared with 45% of those with a high school education or less who said the same. And 54% of adults with an annual household income of $75,000 or more annually shared this concern, compared with 48% of those who make $30,000 or less.

PRC 103



**Americans give up websites, electronics and social media to avoid sharing personal information**

*Among the 52% who say they recently decided NOT to use a product or service because they were worried about how much personal information would be collected about them, % who describe a recent situation where they …*



Note: Verbatim responses have been coded into categories. Figures may add up to more than 100% because multiple responses were allowed. In open-ended answers, respondents answered with the product/service they decided not to use, what they found problematic, or both.

Source: Survey of U.S. adults conducted June 3-17, 2019.

PEW RESEARCH CENTER

The survey also included a two-part open-ended question. Adults who had decided not to use a product or service out of concern for their personal information were asked to describe a recent situation where they decided not to use a product or service. They were then asked, specifically, what the product or service was, and what they found problematic. Roughly one-in-five Americans (21%) said they decided not to use particular websites. A smaller share (11%) said they decided not to use certain electronics. Similar shares said they avoided social media or specific services such as DNA ancestry kits, financial tools or health care.

Case 3:22-cv-08131-JCS   Document 100-16   Filed 12/21/23   Page 108 of 138

As far as the reasons for not using these things, the most cited concern was that they must share personal information (15%) in order to get access to the product or service. The second largest concern was that the product or service is untrustworthy (9%). A similar share (8%) cited surveillance as a concern. Smaller shares mentioned concerns such as giving payment information, potential third-party involvement and the risk of spam.

Some respondents elaborated on their reasoning. For instance, a 64-year-old man said: "An email arrived with links to articles. When I clicked the link, the site asked for demographic information about me. I declined to provide the information."

Explaining her concern about electronics, a 29-year-old woman wrote, "My smart TV requested permission to collect audio data and other types of data for research. I am not comfortable with that, so I declined."

Some people said they were interested in using various services but did research that changed their minds. One 27-year-old woman said, "I recently was interested in doing a gene analysis to get a better understanding of my ancestors. After doing research I found that companies actually keep this information and use it in other situations. This deterred me from going further with their service. I honestly do not have a clear understanding of what happens with such services but that is exactly what makes me wary of using such services."

***See also: [Key takeaways on Americans' views about privacy, surveillance and data-sharing](#)***

*Note: Here are [the questions used](#) for this report, along with responses, and its [methodology](#).*

Topics   Privacy Rights,   Online Privacy & Security,   Platforms & Services

SHARE THIS LINK:     https://pewrsr.ch/34ImP2k



[Andrew Perrin](#)  *is a former research analyst focusing on internet and technology at Pew Research Center.*

POSTS  |  BIO  |  EMAIL

## Sign up for our weekly newsletter

Fresh data delivered Saturday mornings

Enter email address…      SIGN UP

RELATED

SHORT READ | MAY 29, 2020

Roughly six-in-ten online daters in the U.S. are concerned about data collection

SHORT READ | MAY 4, 2020

How Americans see digital privacy issues amid the COVID-19 outbreak

SHORT READ | APR 14, 2020

Half of Americans have decided not to use a product or service because of privacy concerns

SHORT READ | FEB 4, 2020

About half of Americans are OK with DNA testing companies sharing user data with law enforcement

SHORT READ | JAN 27, 2020

Most Americans support right to have some personal info removed from online searches

TOPICS

Platforms & Services

Online Privacy & Security

Privacy Rights

MOST POPULAR

1   Public Has Mixed Views on the Modern American Family

2   Buddhism, Islam and Religious Pluralism in South and Southeast Asia

PRC 106

Case 3:22-cv-08812-JCS   Document 100-16   Filed 12/21/23   Page 110 of 138

**3**   Key facts about Americans and guns

**4**   Inflation, Health Costs, Partisan Cooperation Among the Nation's Top Problems

**5**   Among Asian Americans, U.S.-born children of immigrants are most likely to have hidden part of their heritage

---

## Pew Research Center

1615 L St. NW, Suite 800
Washington, DC 20036
USA
(+1) 202-419-4300 | Main
(+1) 202-857-8562 | Fax
(+1) 202-419-4372 | Media Inquiries

### RESEARCH TOPICS

| | |
|---|---|
| Politics & Policy | Family & Relationships |
| International Affairs | Economy & Work |
| Immigration & Migration | Science |
| Race & Ethnicity | Internet & Technology |
| Religion | News Habits & Media |
| Age & Generations | Methodological Research |
| Gender & LGBTQ | Full topic list |

### FOLLOW US

✉ Email Newsletters
◉ Instagram
🐦 Twitter
in LinkedIn
▶ YouTube
📶 RSS

**ABOUT PEW RESEARCH CENTER** Pew Research Center is a nonpartisan fact tank that informs the public about the issues, attitudes and trends shaping the world. It conducts public opinion polling, demographic research, media content analysis and other empirical social science research. Pew Research Center does not take policy positions. It is a subsidiary of The Pew Charitable Trusts.

---

Copyright 2023 Pew Research Center   About   Terms & Conditions   Privacy Policy   Cookie Settings

Reprints, Permissions & Use Policy   Feedback   Careers

# Exhibit D



Pew Research Center

FOR RELEASE OCTOBER 9, 2019

# Americans and Digital Knowledge

*A majority of U.S. adults can answer fewer than half the questions correctly on a digital knowledge quiz, and many struggle with certain cybersecurity and privacy questions*

**BY** *Emily A. Vogels and Monica Anderson*

**FOR MEDIA OR OTHER INQUIRIES:**

**Monica Anderson,** Associate Director
**Lee Rainie,** Director, Internet and Technology Research
**Shawnee Cohn,** Communications Manager
202.419.4372
www.pewresearch.org

**RECOMMENDED CITATION**
Pew Research Center, October 2019, "Americans and Digital Knowledge"

# About Pew Research Center

Pew Research Center is a nonpartisan fact tank that informs the public about the issues, attitudes and trends shaping America and the world. It does not take policy positions. The Center conducts public opinion polling, demographic research, content analysis and other data-driven social science research. It studies U.S. politics and policy; journalism and media; internet, science and technology; religion and public life; Hispanic trends; global attitudes and trends; and U.S. social and demographic trends. All of the Center's reports are available at www.pewresearch.org. Pew Research Center is a subsidiary of The Pew Charitable Trusts, its primary funder.

© Pew Research Center 2019

# Americans and Digital Knowledge

*A majority of U.S. adults can answer fewer than half the questions correctly on a digital knowledge quiz, and many struggle with certain cybersecurity and privacy questions*

A new Pew Research Center survey finds that Americans' understanding of technology-related issues varies greatly depending on the topic, term or concept. While a majority of U.S. adults can correctly answer questions about phishing scams or website cookies, other items are more challenging. For example, just 28% of adults can identify an example of two-factor authentication – one of the most important ways experts say people can protect their personal information on sensitive accounts. Additionally, about one-quarter of Americans (24%) know that private browsing only hides browser history from other users of that computer, while roughly half (49%) say they are unsure what private browsing does.

This survey consisted of 10 questions designed to test Americans' knowledge of a range of digital topics, such as cybersecurity or the business side of social media companies. The median number of correct answers was four. Only 20% of adults answered seven or more questions correctly, and just 2% got all 10 questions correct.

As was true in a previous Center survey, Americans' knowledge of digital topics varies substantially by educational attainment as well as by age. Adults with a bachelor's or advanced degree and those under the age of 50 tend to score higher on these questions. These are some of the key findings from a Pew Research Center survey of 4,272 adults living in the United States conducted June 3-17, 2019.

**3**
PEW RESEARCH CENTER

## Many Americans are unsure about a number of digital topics

*% of U.S. adults answering each question …*



| Question | Incorrectly | Correctly | Not sure |
|---|---|---|---|
| Phishing scams can occur on social media, websites, email or text messages | 18 | 67 | 15 |
| Cookies allow websites to track user visits and site activity | 9 | 63 | 27 |
| Advertising is largest source of revenue for most social media platforms | 9 | 59 | 32 |
| Privacy policies are contracts between websites and users about how those sites will use their data | 25 | 48 | 27 |
| Net neutrality describes principle that internet service providers should treat all traffic on their networks equally | 12 | 45 | 42 |
| "https://" in a URL means that information entered into the site is encrypted | 15 | 30 | 53 |
| WhatsApp and Instagram are both owned by Facebook | 22 | 29 | 49 |
| Can identify example of true two-factor authentication (set of images) | 55 | 28 | 17 |
| Private browsing mode only prevents someone using the same computer from seeing one's online activities | 25 | 24 | 49 |
| Can correctly identify picture of Jack Dorsey | 7 | 15 | 77 |

Note: Those who did not give an answer are not shown. All questions are multiple choice; for full question wording, see topline.
Source: Survey conducted June 3-17, 2019.
"Americans and Digital Knowledge"

**PEW RESEARCH CENTER**

## Americans are more knowledgeable about certain digitally focused topics than others

Americans' understanding of these topics varies drastically across the 10 questions presented in the Center's survey. To begin with, only three questions were answered correctly by a majority of adults. About two-thirds of U.S. adults (67%) know that phishing scams can occur across multiple platforms, including email, text messages, social media or websites. Some 63% of Americans understand that cookies are text files that allow websites to track users' site visits and activities.

Similarly, 59% know that advertising is the largest source of revenue for most social media sites, rather than things such as exclusive licensing deals (4%) or corporate consulting (2%).

Additionally, 48% of adults correctly answered that a privacy policy is a contract between websites and users regarding how their data will be used, while 45% know that net neutrality refers to the principle that internet service providers should treat all traffic on their networks equally.

Other concepts in the survey are far less familiar to the public. Only three-in-ten adults correctly answered that starting a URL with "https://" means that the information entered on that site is encrypted (30%). A similar share (28%) accurately identified an example of two-factor authentication. (This involves confirming individuals are who they claim to be in at least two of the following ways: inputting information only the user knows, like a password; using an outside source they possess, like a phone number or token key; or through something like a fingerprint.) A somewhat smaller share – 24% of Americans – is aware that "private browsing" or "incognito mode" only hides online activity from other individuals using the same computer. (It does not mean that the user's activities are masked and not being captured by the websites, the internet provider, or an employer if the browsing is being done on a work computer.)

Americans' knowledge of the business side of social media companies is also relatively low. Just 29% of Americans correctly named WhatsApp and Instagram as two companies owned by Facebook. And when presented with a photo of Twitter co-founder and CEO Jack Dorsey, only 15% of adults correctly identified him.

It is important to note that while the share of adults who can correctly answer questions about these issues varies across topics, Americans are more likely to express uncertainty about the topic than give inaccurate answers in most cases. Indeed, the two-factor authentication question is the only question answered incorrectly by more than half of respondents.

Nearly one-in-five adults (17%) say they are not sure how to identify an example of two-factor authentication, and 15% say they do not know where phishing scams occur. These shares, however, are relatively small when compared with a number of other questions in this survey where "not sure" responses are far more common than incorrect answers. For example, 49% of adults each indicate they are unsure which two companies from a list of options are owned by Facebook as well as say they do not understand what private browsing entails. Still, the largest share of "unsure" responses comes on the question in which respondents are presented with a photo of Jack Dorsey: 77% report being unsure of whom the photo depicts.

## Americans with higher levels of educational attainment are more likely to answer digital knowledge questions correctly

The public's knowledge of digital topics varies substantially by educational attainment. Adults with a bachelor's or advanced degree answered a median of six questions correctly, compared with four correct answers by those who have attended college but have not obtained a degree and three by those with a high school diploma or less. Roughly four-in-ten adults with at least a bachelor's degree accurately answered seven or more questions (37%), compared with 20% of those with some college experience and just 9% of those with a high school education or less.

For all 10 questions, there are double-digit gaps between those who have a bachelor's or advanced degree and those who have a high school education or less. And on five questions, the difference sits at roughly 30 percentage points. These include how cookies

### Digital knowledge varies by educational attainment

*% of U.S. adults answering each question correctly*



Note: All questions are multiple choice; for full question wording, see topline. "College+" includes those who have a bachelor's or advanced degree. "Some college" includes those who have an associate degree and who have attended college but have not obtained a degree. "High school or less" refers to those who have a high school diploma or its equivalent and those who did not complete high school.
Source: Survey conducted June 3-17, 2019.
"Americans and Digital Knowledge"

**PEW RESEARCH CENTER**

work (where there is a gap of 32 percentage points between those with at least a bachelor's degree and those with a high school education or less); what the largest source of revenue for social media sites is (32-point gap); what a privacy policy is (30-point gap); what "https://" means in a URL (30-point gap); and what net neutrality is (30-point gap).

## Younger adults generally score higher than older adults across digital knowledge questions

Beyond educational differences, digital knowledge also varies by age, though these gaps are less pronounced than those tied to education levels.

For example, 18- to 29-year-olds correctly answered a median of five out of 10 questions, compared with a median of three among those ages 65 and older.

The degree of these differences varies across the full set of questions. There are sizable gaps between the youngest and oldest age groups on knowing how private browsing functions



**Younger adults tend to have higher levels of digital knowledge, but these differences vary by question**

*% of U.S. adults answering each question correctly*

Note: All questions are multiple choice; for full question wording, see topline.
Source: Survey conducted June 3-17, 2019.
"Americans and Digital Knowledge"

**PEW RESEARCH CENTER**

**7**

PEW RESEARCH CENTER

(a 34-point difference); knowing that Facebook owns Instagram and WhatsApp (25 points) or being able to identify an example of two-factor authentication (23 points). But there are other questions with gaps that are far less pronounced – like identifying what "https://" means in a URL or knowing that advertising is the primary way social media companies generate revenue.

PRC 116

**8**
PEW RESEARCH CENTER

# Acknowledgments

This report is a collaborative effort based on the input and analysis of the following individuals. Find related reports online at pewresearch.org/internet.

**Primary researchers**

Emily A. Vogels, *Research Associate*
Monica Anderson, *Associate Director*

**Research team**

Aaron Smith, *Director, Data Labs*
Lee Rainie, *Director, Internet and Technology Research*
Skye Toor, *Data Science Assistant*
Brooke Auxier, *Research Associate*

**Editorial and graphic design**

Alissa Scheller, *Information Graphics Designer*
Margaret Porteus, *Information Graphics Designer*
David Kent, *Copy Editor*

**Communications and web publishing**

Shawnee Cohn, *Communications Manager*
Sara Atske, *Associate Digital Producer*

PRC 117

# Methodology

## The American Trends Panel survey methodology

The American Trends Panel (ATP), created by Pew Research Center, is a nationally representative panel of randomly selected U.S. adults. Panelists participate via self-administered web surveys. Panelists who do not have internet access at home are provided with a tablet and wireless internet connection. The panel is being managed by Ipsos.

Data in this report are drawn from the panel wave conducted June 3 to June 17, 2019. A total of 4,272 panelists responded out of 5,869 who were sampled, for a response rate of 73%. This does not include six panelists who were removed from the data due to extremely high rates of refusal or straightlining. The cumulative response rate accounting for nonresponse to the recruitment surveys and attrition is 5.1%. The break-off rate among panelists who logged onto the survey and completed at least one item is 1.7%. The margin of sampling error for the full sample of 4,272 respondents is plus or minus 1.9 percentage points.

### American Trends Panel recruitment surveys

| Recruitment dates | Mode | Invited | Joined | Active panelists remaining |
|---|---|---|---|---|
| Jan. 23 to March 16, 2014 | Landline/ cell RDD | 9,809 | 5,338 | 2,503 |
| Aug. 27 to Oct. 4, 2015 | Landline/ cell RDD | 6,004 | 2,976 | 1,464 |
| April 25 to June 4, 2017 | Landline/ cell RDD | 3,905 | 1,628 | 801 |
| Aug. 8 to Oct. 31, 2018 | ABS/web | 9,396 | 8,778 | 8,691 |
| | **Total** | **29,114** | **18,720** | **13,459** |

Note: Approximately once per year, panelists who have not participated in multiple consecutive waves or who did not complete an annual profiling survey are removed from the panel. Panelists also become inactive if they ask to be removed from the panel.

**PEW RESEARCH CENTER**

The subsample from the ATP was selected by grouping panelists into five strata so demographic groups that are underrepresented in the panel had a higher probability of selection than overrepresented groups:

- Stratum A consists of panelists who are non-internet users. They were sampled at a rate of 100%.
- Stratum B consists of panelists with a high school education or less. They were sampled at a rate of 98.9%.
- Stratum C consists of panelists that are Hispanic, unregistered to vote, or non-volunteers. They were sampled at a rate of 44.8%.

- Stratum D consists of panelists that are black or 18-34 years old. They were sampled at a rate of 18.2%.
- Stratum E consists of the remaining panelists. They were sampled at a rate of 13.5%.

The ATP was created in 2014, with the first cohort of panelists invited to join the panel at the end of a large, national, landline and cellphone random-digit-dial survey that was conducted in both English and Spanish. Two additional recruitments were conducted using the same method in 2015 and 2017, respectively. Across these three surveys, a total of 19,718 adults were invited to join the ATP, of which 9,942 agreed to participate.

In August 2018, the ATP switched from telephone to address-based recruitment. Invitations were sent to a random, address-based sample (ABS) of households selected from the U.S. Postal Service's Delivery Sequence File. In each household, the adult with the next birthday was asked to go online to complete a survey, at the end of which they were invited to join the panel. For a random half-sample of invitations, households without internet access were instructed to return a postcard. These households were contacted by telephone and sent a tablet if they agreed to participate. A total of 9,396 were invited to join the panel, and 8,778 agreed to join the panel and completed an initial profile survey. Of the 18,720 individuals who have ever joined the ATP, 13,459 remained active panelists and continued to receive survey invitations at the time this survey was conducted.

The U.S. Postal Service's Delivery Sequence File has been estimated to cover as much as 98% of the population, although some studies suggest that the coverage could be in the low 90% range.[1]

---

[1] AAPOR Task Force on Address-based Sampling. 2016. "AAPOR Report: Address-based Sampling."

**Weighting dimensions**

| Variable | Benchmark source |
|---|---|
| Gender | 2017 American Community Survey |
| Age | |
| Education | |
| Race/Hispanic origin | |
| Hispanic nativity | |
| Home internet access | |
| Region x Metropolitan status | 2018 CPS March Supplement |
| Volunteerism | 2017 CPS Volunteering and Civic Life Supplement |
| Voter registration | 2016 CPS Voting and Registration Supplement |
| Party affiliation | Average of the three most recent Pew Research Center telephone surveys. |

Note: Estimates from the ACS are based on non-institutionalized adults. Voter registration is calculated using procedures from Hur, Achen (2013) and rescaled to include the total U.S. adult population.

**PEW RESEARCH CENTER**

## Weighting

The ATP data were weighted in a multistep process that begins with a base weight incorporating the respondents' original survey selection probability and the fact that in 2014 and 2017 some respondents were subsampled for invitation to the panel. The next step in the weighting uses an iterative technique that aligns the sample to population benchmarks on the dimensions listed in the accompanying table.

Sampling errors and testing of statistical significance take into account the effect of weighting. Interviews are conducted in both English and Spanish, but the American Trends Panel's Hispanic sample is predominantly U.S. born and English speaking.

In addition to sampling error, one should bear in mind that question wording and practical difficulties in conducting surveys can introduce error or bias into the findings of opinion polls.

The following table shows the unweighted sample sizes and the error attributable to sampling that would be expected at the 95% level of confidence for different groups in the survey:

| Group | Unweighted sample size | Plus or minus … |
|---|---|---|
| Total sample | 4,272 | 1.9 percentage points |
| HS or less | 1,483 | 3.3 percentage points |
| Some college | 1,182 | 3.4 percentage points |
| College+ | 1,600 | 2.9 percentage points |
| Ages 18-29 | 671 | 4.8 percentage points |
| 30-49 | 1,314 | 3.3 percentage points |
| 50-64 | 1,308 | 3.4 percentage points |
| 65+ | 977 | 3.8 percentage points |

Sample sizes and sampling errors for other subgroups are available upon request.

© Pew Research Center, 2019

# Topline questionnaire

**2019 PEW RESEARCH CENTER'S AMERICAN TRENDS PANEL**
**WAVE 49 JUNE 2019**
**FINAL TOPLINE**
**JUNE 3-17, 2019**
**TOTAL N=4,272**

**THE QUESTIONS PRESENTED BELOW ARE PART OF A LARGER SURVEY CONDUCTED ON THE AMERICAN TRENDS PANEL. OTHER QUESTIONS ON THIS SURVEY HAVE EITHER BEEN PREVIOUSLY RELEASED OR HELD FOR FUTURE RELEASE.**

**[RANDOMIZE ORDER OF QUESTIONS KNOW1-KNOW10]**
Here's a different kind of question. (If you don't know the answer, select "Not sure.") As far as you know…

**ASK ALL:**
KNOW1　　　　　　If a website uses cookies, it means that the site… **[RANDOMIZE OPTIONS 1-4]**

| June 3-17, 2019 | |
|---|---|
| 5 | Can see the content of all the files on the device you are using |
| 2 | Is not a risk to infect your device with a computer virus |
| 2 | Will automatically prompt you to update your web browser software if it is out of date |
| 63 | Can track your visits and activity on the site {correct} |
| 27 | Not sure |
| 1 | No answer |

**ASK ALL:**
KNOW2　　　　　　Which of the following is the largest source of revenue for most major social media platforms? … **[RANDOMIZE OPTIONS 1-4]**

| June 3-17, 2019 | |
|---|---|
| 4 | Exclusive licensing deals with internet service providers and cellphone manufacturers |
| 59 | Allowing companies to purchase advertisements on their platforms {correct} |
| 2 | Hosting conferences for social media influencers |
| 2 | Providing consulting services to corporate clients |
| 32 | Not sure |
| 1 | No answer |

**ASK ALL:**
KNOW3　　　　　　When a website has a privacy policy, it means that the site… **[RANDOMIZE OPTIONS 1-4]**

| June 3-17, 2019 | |
|---|---|
| 48 | Has created a contract between itself and its users about how it will use their data {correct} |
| 17 | Will not share its users' personal information with third parties |
| 4 | Adheres to federal guidelines about deceptive advertising practices |
| 3 | Does not retain any personally identifying information about its users |

**13**

PEW RESEARCH CENTER

| | |
|---|---|
| 27 | Not sure |
| 1 | No answer |

**ASK ALL:**
KNOW4    What does it mean when a website has "https://" at the beginning of its URL, as opposed to "http://" without the "s"? **[RANDOMIZE OPTIONS 1-4]**

June 3-17, 2019

| | |
|---|---|
| 30 | Information entered into the site is encrypted {correct} |
| 1 | The content on the site is safe for children |
| 2 | The site is only accessible to people in certain countries |
| 12 | The site has been verified as trustworthy |
| 53 | Not sure |
| 1 | No answer |

**ASK ALL:**
KNOW5    Where might someone encounter a phishing scam? **[RANDOMIZE OPTIONS 1-4]**

June 3-17, 2019

| | |
|---|---|
| 12 | In an email |
| 2 | On social media |
| 1 | In a text message |
| 2 | On a website |
| 67 | All of the above {correct} |
| * | None of the above |
| 15 | Not sure |
| * | No answer |

**ASK ALL:**
KNOW6    Which two companies listed below are both owned by Facebook? **[RANDOMIZE OPTIONS 1-4]**

June 3-17, 2019

| | |
|---|---|
| 11 | Twitter and Instagram |
| 8 | Snapchat and WhatsApp |
| 29 | WhatsApp and Instagram {correct} |
| 3 | Twitter and Snapchat |
| 49 | Not sure |
| * | No answer |

**ASK ALL:**
KNOW7    The term "net neutrality" describes the principle that… **[RANDOMIZE OPTIONS 1-4]**

June 3-17, 2019

| | |
|---|---|
| 45 | Internet service providers should treat all traffic on their networks equally {correct} |
| 6 | Social media platforms must give equal visibility to conservative and liberal points of view |
| 2 | Online advertisers cannot post ads for housing or jobs that are only |

**14**

|  |  |
|---|---|
|  | visible to people of a certain race |
| 4 | The government cannot censor online speech |
| 42 | Not sure |
| 1 | No answer |

**ASK ALL:**
KNOW8            Many web browsers offer a feature known as "private browsing" or "incognito mode." If someone opens a webpage on their computer at work using incognito mode, which of the following groups will NOT be able to see their online activities? **[RANDOMIZE OPTIONS 1-4]**

June 3-17,
2019

| 4 | The group that runs their company's internal computer network |
|---|---|
| 3 | Their company's internet service provider |
| 24 | A coworker who uses the same computer {correct} |
| 18 | The websites they visit while in private browsing mode |
| 49 | Not sure |
| 1 | No answer |

**ASK ALL:**
KNOW9            Some websites and online services use a security process known as two-step or two-factor authentication. Which of the following images is an example of two-factor authentication? **[RANDOMIZE OPTIONS 1-4]**

June 3-17,
2019



28                                                                      {correct}



3

**15**

PEW RESEARCH CENTER

Confirm your Security Image and Keyword

Username:          Not Me
Security Image:

Keyword:
Enter Your Password

Password

Password is case-sensitive

Log In

4

Please answer your security questions.

These questions help us verify your identity.

Who was your best childhood friend?

Answer

In which city did your mother and father meet?

Answer

Forgot your answers? Send reset security info email to dxxx@mac.com ›

5

| 42 | All of the above |
| 17 | Not sure |
| * | No answer |

**ASK ALL:**
KNOW10                     Who is this technology leader? **[RANDOMIZE OPTIONS 1-4]**



Photo by Bret Hartman / TED

| June 3-17, 2019 | |
| 15 | Jack Dorsey, co-founder of Twitter {correct} |
| 3 | Sergey Brin, co-founder of Google |
| 2 | Elon Musk, co-founder of Tesla |
| 3 | Travis Kalanick, co-founder of Uber |
| 77 | Not sure |
| * | No answer |

# Exhibit E

NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD | NEWSLETTERS | PRESS | DONATE | MY ACCOUNT | CONTACTED BY US?

Read our research on: World Leaders | Internet & Technology | Family & Relationships

 **Pew Research Center**

Search pewresearch.org...

RESEARCH TOPICS ▾    ALL PUBLICATIONS    METHODS    SHORT READS    TOOLS & RESOURCES    EXPERTS    ABOUT

Home  >  Research Topics  >  Internet & Technology  >  Technology Policy Issues  >  Online Privacy & Security

PEW RESEARCH CENTER  |  NOVEMBER 15, 2019

# Americans and Privacy: Concerned, Confused and Feeling Lack of Control Over Their Personal Information

*Majorities think their personal data is less secure now, that data collection poses more risks than benefits, and believe it is not possible to go through daily life without being tracked*

BY BROOKE AUXIER, LEE RAINIE, MONICA ANDERSON, ANDREW PERRIN, MADHU KUMAR AND ERICA TURNER



(Garage Island Crew/Getty Images)



**Roughly six-in-ten Americans believe it is not possible to go through daily life without having their data collected**

*% of U.S. adults who say ...*

**COMPANIES**

It is not possible to go through daily life without companies collecting data about them — **62%** | 38% It is possible

**THE GOVERNMENT**

It is not possible to go through daily life without the government collecting data about them — **63%** | 36% It is possible

1% No answer

Note: Respondents were randomly assigned to answer a question about whether they think it is possible to go about daily life without having personal information collected from them by "companies" or "the government."
Source: Survey conducted June 3-17, 2019.
"Americans and Privacy: Concerned, Confused and Feeling Lack of Control Over Their Personal Information"

PEW RESEARCH CENTER

A majority of Americans believe their online and offline activities are being tracked and monitored by companies and the government with some regularity. It is such a common condition of modern life that roughly six-in-ten U.S. adults say they do not think it is possible to go through daily life *without having data collected about them* by companies or the government.

**Majority of Americans feel as if they have little control over data collected about them by companies and the government**

*% of U.S. adults who say ...*

| | | Companies | The government |
|---|---|---|---|
| **Lack of control** | They have very little/no control over the data ___ collect(s) | **81%** | **84%** |
| **Risks outweigh benefits** | Potential risks of ___ collecting data about them outweigh the benefits | **81%** | **66%** |
| **Concern over data use** | They are very/somewhat concerned about how ___ use(s) the data collected | **79%** | **64%** |
| **Lack of understanding about data use** | They have very little/no understanding about what ___ do/does with the data collected | **59%** | **78%** |

Note: Those who did not give an answer or who gave other responses are not shown.
Source: Survey conducted June 3-17, 2019.
"Americans and Privacy: Concerned, Confused and Feeling Lack of Control Over Their Personal Information"

PEW RESEARCH CENTER

Data-driven products and services are often marketed with the potential to save users time and money or even lead to better health and well-being. Still, large shares of U.S. adults are not convinced they benefit from this system of widespread data gathering. Some 81% of the public say that the potential risks they face because of data collection by companies outweigh the benefits, and 66% say the same about government data collection. At the same time, a majority of Americans report being concerned about the way their data is being used by companies (79%) or the government (64%). Most also feel they have little or no control over how these entities use their personal information, according to a new survey of U.S. adults by Pew Research Center that explores how Americans feel about the state of privacy in the nation.

Americans' concerns about digital privacy extend to those who collect, store and use their personal information. Additionally, majorities of the public are not confident that

corporations are good stewards of the data they collect. For example, 79% of Americans say they are not too or not at all confident that companies will admit mistakes and take responsibility if they misuse or compromise personal information, and 69% report having this same lack of confidence that firms will use their personal information in ways they will be comfortable with.

**What personal data does government collect and access?**

Several of the queries of this survey focus on public perceptions of what "the government" does related to personal data. For instance, respondents were asked: "As far as you know, how much of what you do online or on your cellphone is being tracked by the government?" Related questions focused on people's attitudes about the data the government collects about them.

It is difficult to determine how much personal data the government collects and otherwise can access through private company records. Administrative government agencies like the IRS, Census Bureau, Postal Service and social welfare departments gather various personal details about people. That includes their tax- and employment-related information, physical attributes if they get a government ID, financial circumstances if they get benefits from social, housing and employment training programs, health information if they participate in government health-insurance programs, addresses, household composition, property ownership if they own houses or cars and educational details if they get student loan or grant, for example. This list is not exhaustive.

Beyond that, national security organizations like the National Security Agency have authority to monitor phone traffic and people's movements. With subpoenas or court orders and warrants, law enforcement organizations can typically access and monitor people's phone and traffic records, health records (including genetic records), online and app browsing, search queries, texts and emails. Users' social media activities and their tech-based social networks are at least at times examined in investigations, according to "transparency reports" released by the companies.

It is important to note, that there are often limitations on the ways government agencies can share what they know with others, including those in other parts of the government.

There is also a collective sentiment that data security is more elusive today than in the past. When asked whether they think their personal data is less secure, more secure or about the same as it was five years ago, 70% of adults say their personal data is less secure. Only 6% report that they believe their data is more secure today than it was in the past.

But even as the public expresses worry about various aspects of their digital privacy, many Americans acknowledge that they are not always diligent about paying attention to the privacy policies and terms of service they regularly encounter. Fully 97% of Americans say they are ever asked to approve privacy policies, yet only about one-in-five adults overall say they always (9%) or often (13%) read a company's privacy policy before agreeing to it. Some 38% of all adults maintain they sometimes read such policies, but 36% say they never read a company's privacy policy before agreeing to it.

**About eight-in-ten Americans say they are asked to agree to a privacy policy at least monthly, including one-quarter who say this happens almost every day**

*% of U.S. adults who say they are asked to agree to the terms and conditions of a company's privacy policy ...*

| Almost daily | About once a week | About once a month | Less frequently | Never |
|---|---|---|---|---|
| 25 | 32 | 24 | 15 | 3 |

Note: Those who did not give an answer are not shown.
Source: Survey conducted June 3-17, 2019.
"Americans and Privacy: Concerned, Confused and Feeling Lack of Control Over Their Personal Information"

**PEW RESEARCH CENTER**

Moreover, the practice of reading privacy policies doesn't necessarily guarantee thoroughness. Among adults who say they ever read privacy policies before agreeing to their terms and conditions, only a minority – 22% – say they read them all the way through before agreeing to their terms and conditions.

There is also a general lack of understanding about data privacy laws among the general public: 63% of Americans say they understand very little or nothing at all about the laws and regulations that are currently in place to protect their data privacy.

These findings point to an overall wariness about the state of privacy these days, but there are some circumstances where the public sees value in this type of data-driven environment. For example, pluralities of adults say it is acceptable for poorly performing schools to share data about their students with a nonprofit group seeking to help improve educational outcomes or for the government to collect data about all Americans to assess who might be a potential terrorist.

These findings come from a survey of 4,272 U.S. adults conducted on Pew Research Center's American Trends Panel between June 3-17, 2019.

Here are some of the key takeaways:

**Prevalence of tracking:** 72% of Americans report feeling that all, almost all or most of what they do online or while using their cellphone is being tracked by advertisers, technology firms or other companies. Another 19% think some of what they do is being tracked. Close to half (47%) of adults believe at least most of their online activities are being tracked by the government.

When it comes to their offline behavior such as where they are or whom they talk with, 69% believe companies are tracking at least some of that activity. And 56% of Americans think the government is tracking at least some of their activities, like who they are talking to or their whereabouts.



**About half of Americans feel as if they have no control over who can access their online searches**

% who say they feel ___ control over who can access the following types of their information

| | A lot | A little | No |
|---|---|---|---|
| Their physical location | 18 | 54 | 28 |
| Their posts, activities on social media* | 16 | 50 | 35 |
| Private conversations online, text messaging | 13 | 49 | 37 |
| Purchases made online, in person | 12 | 43 | 45 |
| Websites they visit** | 10 | 44 | 41 |
| Search terms they use online** | 9 | 39 | 48 |

\* Based on social media users.
\*\* Based on internet users.
Note: Respondents were randomly assigned questions about how much control they feel they have over who can access different types of their information. Those who did not give an answer are not shown.
Source: Survey of U.S. adults conducted June 3-17, 2019.
"Americans and Privacy: Concerned, Confused and Feeling Lack of Control Over Their Personal Information"

**PEW RESEARCH CENTER**

**Not feeling in control of personal data:** Roughly eight-in-ten or more U.S. adults say they have very little or no control over the data that government (84%) or companies (81%) collect about them.

When it comes to different kinds of information, the picture varies by the specific type. While relatively few Americans feel as if they have a lot of control over who has access to everything from their physical location to their social media posts, there are experiences in which some Americans especially feel a lack of control. Roughly half of Americans (48%) say they feel as if they have no control over who can access the search terms they use, and 41% say the same about the websites they visit. By comparison, a smaller share of the public feels as if they do not have control over who can access their physical location.

**Risks vs. rewards of data collection and profiling:** 81% of Americans think the potential risks of data collection by companies about them outweigh the benefits, and 66% say the same about government data collection about them. Relatedly, 72% of adults say they personally benefit very little or none from company data collection about them, and 76% say this about the benefits they might get from government data collection.

One aim of the data collection done by companies is for the purpose of profiling customers and potentially targeting the sale of goods and services to them based on their traits and habits. This survey finds that 77% of Americans say they have heard or read at least a bit about how companies and other organizations use personal data to offer targeted advertisements or special deals, or to assess how risky people might be as customers. About 64% of all adults say they have seen ads or solicitations based on their personal data. And 61% of those who have seen ads based on their personal data say the ads accurately reflect their interests and characteristics at least somewhat well. (That amounts to 39% of all adults.)

**Data collection and sharing for specific purposes:** Despite their broad concerns about data collection and use by companies and the government, pluralities of U.S. adults say it is acceptable for data to be used in some ways. For instance, by a 49%-27% margin, more Americans find it acceptable than unacceptable for poorly performing schools to share data about their students with a nonprofit group seeking to help improve educational outcomes. Similarly, 49% say it is acceptable for government to collect data about all Americans to assess who might be a potential terrorist threat. That compares with 31% who feel it is unacceptable to collect data from all Americans for that purpose.

On the other hand, more find it unacceptable than acceptable for social media companies to monitor users' posts for signs of depression so they can identify people who are at risk of self-harm and connect them to counseling services (45% vs. 27%). The same pattern arises when it comes to companies that make smart speakers sharing audio recordings of customers with law enforcement to help with criminal investigations: 49% say this it is unacceptable, while 25% find it acceptable.

The public is more evenly divided when it comes to the acceptability of fitness tracking app makers sharing user data with medical researchers to better understand the link between exercise and heart disease.

**Americans are more accepting of using personal data to help improve schools or assess potential terrorist threats, but are more wary of some other data uses**

*% of U.S. adults who say the following uses of data or personal information are ...*

| | Not acceptable | Acceptable | Not sure |
|---|---|---|---|
| Poorly performing schools sharing student data with a nonprofit seeking to improve educational outcomes | 27 | 49 | 24 |
| The government collecting data about all Americans to assess potential terrorist threats | 31 | 49 | 19 |
| DNA testing companies sharing customers' genetic data with law enforcement to help solve crimes | 33 | 48 | 18 |
| Fitness tracking app makers sharing user data with medical researchers to better understand the link between exercise and heart disease | 35 | 41 | 22 |
| Social media companies monitoring users' posts for signs of depression to identify users at risk for self-harm and connect them to counselors | 45 | 27 | 27 |
| Smart speaker makers sharing users' audio recordings with law enforcement to help with criminal investigations | 49 | 25 | 25 |

Note: Those who did not give an answer are not shown.
Source: Survey conducted June 3-17, 2019.
"Americans and Privacy: Concerned, Confused and Feeling Lack of Control Over Their Personal Information"

**PEW RESEARCH CENTER**

**Concern about how data is used:** 79% of adults assert they are very or somewhat concerned about how companies are using the data they collect about them, while 64% say they have the same level of concern about government data collection.

Separately, Americans have mixed views about which groups concern them in getting access to their data: About four-in-ten are concerned a lot about the personal information social media sites (40%) or advertisers (39%) might know about them. But only 9% of Americans worry a lot about the information family and friends might know and 19% have similar concerns about what their employers might know.

Still, the majority of Americans are not confident about the way companies will behave when it comes to using and protecting their personal data. Roughly seven-in-ten or more say they are not too or not at all confident that companies will admit mistakes and take responsibility when they misuse or compromise data (79%), will be held accountable by government if they misuse data (75%), or will use customers' data in ways that people would feel comfortable with (69%).



**Most Americans are not confident that companies would publicly admit to misusing consumers' data**

*% of U.S. adults who say they are ___ confident that companies will ...*

| | Not too | Not at all | NET Not confident |
|---|---|---|---|
| Publicly admit mistakes and take responsibility when they misuse users' data | 46 | 32 | 79 |
| Be held accountable by govt if they misuse users' data | 43 | 32 | 75 |
| Use users' personal information in ways they feel comfortable with | 47 | 22 | 69 |
| Promptly notify users if their personal data has been misused or compromised | 41 | 24 | 65 |

Note: Those who did not give an answer or who gave other responses are not shown.
Source: Survey conducted June 3-17, 2019.
"Americans and Privacy: Concerned, Confused and Feeling Lack of Control Over Their Personal Information"

PEW RESEARCH CENTER

When it comes to data use for specific purposes, Americans have varying views depending on the purpose for the data use. For example, 57% of adults say they are very or somewhat comfortable with companies using their personal data to help companies improve their fraud prevention systems. But they are evenly split when the issue is their comfort with companies using their personal data in developing new products. About a third (36%) of adults say they are at least somewhat comfortable with companies sharing their personal data with outside groups doing research that might help them improve society, but a larger share (64%) say they would be uncomfortable with this practice.

**Lack of understanding:** 78% of U.S. adults say they understand very little or nothing about what the government does with the data it collects, and 59% say the same about the data companies collect. Only 6% of adults say they understand a great deal what companies do with the data collected, and a similar share (4%) say they know a great deal about what the government does with the data.

Some Americans also admit they struggle to understand the privacy laws that govern use of their data. Roughly six-in-ten Americans (63%) say they have very little or no understanding of the laws and regulations that are currently in place to protect their privacy. Only 3% of adults say they understand these laws a great deal, and 33% say they have some understanding.

**How Americans handle privacy policies:** Core parts of the current system of data collection and privacy protection are built on the idea that consumers are given notice about how firms collect and use data and ask for their consent to having their data used that way. Fully 97% say they are ever asked to approve privacy policies, yet only one-in-five adults overall say they always (9%) or often (13%) read these policies. Some 38% of U.S. adults maintain they sometimes read such policies, and 36% say they never read a company's privacy policy before agreeing to it. In all, about four-in-ten adults say they understand privacy policies great deal (8%) or some (33%).

In addition to the concerns cited above about how companies handle personal data, a majority of Americans (57%) say they are not too confident (40%) or not at all confident (17%) companies follow what their privacy policies say they will do with users' personal data.

Several other key findings in the survey:

- Roughly three-in-ten Americans (28%) say they have suffered at least one of three kinds of major identity theft problems in the previous 12 months at the

time of the survey: 21% have had someone put fraudulent charges on their credit or debit card; 8% have had someone take over their social media or email accounts without their permission; and 6% have had someone try to open a credit line or get a loan using their name.

- A majority of U.S. adults (57%) say they follow privacy news very closely (11%) or somewhat closely (46%).

**There are some differences by age on some privacy issues:** People in different age groups have varying views on some key privacy and surveillance issues. Americans ages 65 and older are less likely than those ages 18 to 29 to feel they have control over who can access things like their physical location, purchases made both online and offline and their private conversations. At the same time, older Americans are less likely to think they benefit from data collection: Just 17% of those 65 and older believing they benefit from the data government collects about them, and only 19% think the same about data collected by companies.

There are also age differences on the issue of how data gets used once obtained. Americans ages 65 and older are more likely than younger adults to say it is acceptable for law enforcement to use customers' genetic data to help solve crimes, approve data collection to assess terrorist threats, and have smart speaker makers share users' audio recordings in investigations. By contrast, young adults ages 18 to 29 are more likely than older adults to find acceptable the idea that social media companies monitor users for signs of depression and to allow fitness tracking user data to be shared with medical researchers.

In addition, two-thirds of adults ages 65 and older say they follow privacy news at least somewhat closely, compared with just 45% of those 18 to 29 who do the same.

**There are differences by race and ethnicity on some privacy issues:** Black Americans are more likely than white Americans to say they believe the government is tracking all or most of what they do online or on their cellphone (60% vs. 43%). Similar gaps are present in views about offline activities: 47% of black adults think all or most of their offline activities are tracked by the government, compared with just 19% of white adults.

In addition, black and Hispanic adults are more likely than white adults to say they are concerned to some degree about what law enforcement officials, employers and family and friends know about them.

When it comes to identity-theft issues, black adults (20%) are roughly three times as likely as their Hispanic (7%) or white counterparts (6%) to say someone has taken over their social media or email account in the past year. Black Americans are also more likely than white and Hispanic adults to say someone attempted to open a line of credit or applied for a loan using their name in the past 12 months.

At the same time, white adults also report feeling less control across several information types when compared with black and Hispanic adults. For example, 50% of white Americans feel they have control over who can access information about their on- and offline purchases, compared with 69% of black adults and 66% of Hispanic adults.

*CORRECTION: In the chart, "Majority of Americans feel as if they have little control over data collected about them by companies and the government," the explanatory text for the findings related to "Risks outweigh benefits" was transcribed incorrectly. The correct text is, "Potential risks of ____ (companies or the government) collecting data about them outweigh the benefits."*

Next: 1. How Americans think about privacy and the vulnerability of their personal data

← PREV PAGE     **1** 2 3 4 5 6 7     NEXT PAGE →

## Sign up for our Internet, Science and Tech newsletter

New findings, delivered monthly

| Enter email address... | Sign Up |

## REPORT MATERIALS

Complete Report PDF

Topline Questionnaire

American Trends Panel Wave 49 Dataset

## TABLE OF CONTENTS

**Americans and Privacy: Concerned, Confused and Feeling Lack of Control Over Their Personal Information**

How Americans think about privacy and the vulnerability of their personal data

Americans concerned, feel lack of control over personal data collected by both companies and the government

Public knowledge and experiences with data-driven ads

Americans' attitudes and experiences with privacy policies and laws

Acknowledgments

Methodology

## RELATED

SHORT READ | MAY 20, 2020

Roughly six-in-ten online daters in the U.S. are concerned about data collection

SHORT READ | MAY 4, 2020

How Americans see digital privacy issues amid the COVID-19 outbreak

SHORT READ | APR 14, 2020

Half of Americans have decided not to use a product or service because of privacy concerns

SHORT READ | FEB 4, 2020

About half of Americans are OK with DNA testing companies sharing user data with law enforcement

SHORT READ | JAN 27, 2020

Most Americans support right to have some personal info removed from online searches

## TOPICS

Emerging Technology

Online Privacy & Security

Privacy Rights

Political Issues

Tech Companies

Technology Policy Issues

MOST POPULAR

1   Majority of Americans continue to favor moving away from Electoral College

2   Black Americans' Experiences With News

3   Americans' Dismal Views of the Nation's Politics

4   Key facts about U.S. Latinos for National Hispanic Heritage Month

5   Women and Political Leadership Ahead of the 2024 Election

Pew Research Center ✴

1615 L St. NW, Suite 800
Washington, DC 20036
USA
(+1) 202-419-4300 | Main
(+1) 202-857-8562 | Fax
(+1) 202-419-4372 | Media Inquiries

RESEARCH TOPICS

| | |
|---|---|
| Politics & Policy | Family & Relationships |
| International Affairs | Economy & Work |
| Immigration & Migration | Science |
| Race & Ethnicity | Internet & Technology |
| Religion | News Habits & Media |
| Age & Generations | Methodological Research |
| Gender & LGBTQ | Full topic list |

FOLLOW US

✉ Email Newsletters
⊙ Instagram
🐦 Twitter
in LinkedIn
▶ YouTube
📶 RSS

**ABOUT PEW RESEARCH CENTER** Pew Research Center is a nonpartisan fact tank that informs the public about the issues, attitudes and trends shaping the world. It conducts public opinion polling, demographic research, media content analysis and other empirical social science research. Pew Research Center does not take policy positions. It is a subsidiary of The Pew Charitable Trusts.

Copyright 2023 Pew Research Center   About   Terms & Conditions   Privacy Policy   Cookie Settings   Reprints, Permissions & Use Policy   Feedback   Careers