Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br>   v.<br><br>PATREON, INC.,<br><br>           Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Civil L.R. 3-12, 7-11<br><br>Judge: Hon. Joseph C. Spero |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Brayden Stark and Judd Oostyen ("Plaintiffs") submit this administrative motion to consider whether *Stark et al. v. Meta Platforms, Inc.*, 3:23-mc-80326-SK (filed December 13, 2023) ("*Stark*") and *Bloom et al. v. Meta Platforms, Inc.*, 4:23-mc-80319-DMR (filed December 6, 2023) ("*Bloom*"), should be related to the action entitled *Stark et al. v. Patreon, Inc.* 3:22-cv-03131-JCS (filed May 27, 2022) ("*Patreon*"),

Civil Local Rule 3-12 provides that a case is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both elements are satisfied here.

The *Patreon* and *Stark* actions concern substantially the same parties, and the *Stark* and *Bloom* enforcement actions arise from a common course of conduct by a single adverse party—Meta Platforms, Inc. ("Meta"). The *Patreon* action asserts a claim against Patreon, Inc. under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, and alleges that Patreon programmed a tracking tool called the Meta Pixel ("Pixel") onto its website to send information to Meta about Patreon's subscribers. The underlying *Bloom* action—*Bloom v. Zuffa, LLC*, No. 2:22-cv-00412-RFB-BNW (D. Nev.) ("*Zuffa*")—brings substantially similar allegations against Zuffa. The *Patreon* Plaintiffs issued a subpoena to Meta on February 1, 2023, seeking production of documents and deposition testimony from Meta related to the Pixel. The *Zuffa* plaintiffs issued a similar subpoena to Meta on December 15, 2022, for production of documents and deposition testimony related to the Pixel. On December 6, 2023, the *Zuffa* plaintiffs filed the *Bloom* enforcement action to compel Meta to provide deposition testimony. On December 13, 2023, the *Patreon* Plaintiffs filed the *Stark* enforcement action to compel Meta's compliance with their subpoena for documents and deposition testimony. Thus, both *Stark* and *Bloom* arise from and concern the same adverse party (Meta) and substantially the same event (Meta's refusal to comply with similar subpoenas).

Based on the similarity of the parties in *Patreon* and *Stark* and the overlapping conduct by Meta in *Stark* and *Bloom*, separate assignment of these actions likely would create a duplication of labor and expenses and could lead to conflicting results. Relating these actions will conserve judicial resources

and promote consistency of adjudication. The parties and the Court are likely to benefit from these efficiencies should the Court deem the actions related. Thus, relating *Stark* and *Bloom* to *Patreon* will serve the interests of judicial economy and avoid the potential for conflicting results.

Accordingly, a finding that *Stark* and *Bloom* are related to *Patreon* is appropriate under Civil Local Rule 3-12(a).

Dated: December 21, 2023

By: */s/ Simon S. Grille*
Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

**CERTIFICATION OF SERVICE**

I hereby certify that on December 21, 2023, I electronically filed the foregoing document using CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

I also certify that the foregoing document was served *via electronic mail* on the following:

| | |
|---|---|
| Seth A. Safier<br>Anthony J. Patek<br>**GUTRIDE SAFIER LLP**<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 639-9090<br>Facsimile: (415) 449-6469<br>Email: seth@gutridesafier.com<br>Email: anthony@gutridesafier.com<br><br>*Counsel for Plaintiffs Everett Bloom, Jack Graham, and Dave Lindholm* | Fred Norton<br>Nathan Walker<br>Bree Hann<br>Gil Walton<br>**THE NORTON LAW FIRM PC**<br>299 Third Street, Suite 200<br>Oakland, CA 94607<br>Telephone: (510) 906-4900<br>Email: fnorton@nortonlaw.com<br>Email: nwalker@nortonlaw.com<br>Email: bhann@nortonlaw.com<br>Email: gwalton@nortonlaw.com<br><br>*Counsel for Patreon, Inc.* |

Laurie Edelstein
John L. Flynn
Jonathan Alexander Langlinais
Paige E. Zielinski
Hayley L. MacMillen
**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105-2453
Telephone: (415) 293-5943
Email: ledelstein@jenner.com
Email: JFlynn@jenner.com
Email: JALanglinais@jenner.com
Email: PZielinski@jenner.com
Email: HMacMillen@jenner.com

*Counsel for Meta Platforms, Inc.*

/s/ Simon S. Grille
Simon S. Grille