Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>   v.<br><br>PATREON, INC.,<br><br>             Defendant. | Case No.  3:22-cv-03131-JCS<br><br>**DECLARATION OF SIMON S. GRILLE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Civil L.R. 3-12, 7-11<br><br>Judge: Hon. Joseph C. Spero |

I, Simon S. Grille, declare as follows:

1.      I am a partner with the law firm Girard Sharp LLP and counsel for Plaintiffs in *Stark et al. v. Patreon, Inc.*, 3:22-cv-03131-JCS (filed May 27, 2022) ("*Patreon*") and *Stark et al. v. Meta Platforms, Inc.*, 3:23-mc-80326-SK (filed December 13, 2023) ("*Stark*"). I make this declaration based on personal knowledge. If called to do so, I could and would testify to the matters stated herein.

2.      I submit this declaration in support of Plaintiffs' administrative motion under Civil Local Rule 3-12 to consider whether *Patreon*, *Stark*, and *Bloom et al. v. Meta Platforms, Inc.*, 4:23-mc-80319-DMR (filed December 6, 2023) ("*Bloom*"), should be related pursuant to Civil Local Rule 3-12.

3.      *Patreon* is currently assigned to Magistrate Judge Spero. *Stark* is currently assigned to Magistrate Judge Kim. *Bloom* is currently assigned to Chief Magistrate Judge Ryu.

4.      *Patreon* and *Stark* have the same plaintiffs—Brayden Stark and Judd Oostyen—and *Stark* is an enforcement action to compel compliance with a subpoena issued to Meta Platforms, Inc. ("Meta") in *Patreon*.

5.      *Bloom* is also an enforcement action to compel compliance with a subpoena issued to Meta.

6.      The *Stark* and *Bloom* enforcement actions arise from a common course of conduct by a single adverse party—Meta.

7.      The *Patreon* action asserts a claim against Patreon, Inc. under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, and alleges that Patreon programmed a tracking tool called the Meta Pixel ("Pixel") onto its website to send information to Meta about Patreon's subscribers. The underlying *Bloom* action—*Bloom v. Zuffa, LLC*, No. 2:22-cv-00412-RFB-BNW (D. Nev.) ("*Zuffa*")—brings substantially similar allegations against Zuffa.

8.      The *Patreon* Plaintiffs issued a subpoena to Meta on February 1, 2023, seeking production of documents and deposition testimony from Meta related to the Pixel. The *Zuffa* plaintiffs issued a similar subpoena to Meta on December 15, 2022, for production of documents and deposition testimony related to the Pixel. On December 6, 2023, the *Zuffa* plaintiffs filed the *Bloom* enforcement action to compel Meta to provide deposition testimony. On December 13, 2023, the *Patreon* Plaintiffs

1

filed the *Stark* enforcement action to compel Meta's compliance with their subpoena for documents and deposition testimony.

9.      *Patreon*, *Stark*, and *Bloom* appear related within the meaning of Civil Local Rule 3-12. Treatment of these actions as related is likely to serve the interests of judicial economy and avoid the potential for conflicting results.

10.     I have conferred with counsel for the plaintiffs in *Bloom*, who consent to relatedness and concurs in the filing of this motion.

11.     I have conferred with counsel for Meta, who represented that it does not oppose the motion to relate the cases, although it disagrees with plaintiffs' statement that it has refused to comply with the subpoenas.

12.     On December 15, 2023, Plaintiffs advised counsel for Patreon, Inc. of Plaintiffs' intent to file the accompanying Administrative Motion to Consider Whether Cases Should Be Related and requested Patreon's position. Patreon's counsel has not responded.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of December 2023 in San Francisco, California.

By: */s/ Simon S. Grille*
Simon S. Grille

DECLARATION OF SIMON S. GRILLE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:22-cv-03131-JCS

1

**CERTIFICATION OF SERVICE**

2      I hereby certify that on December 21, 2023, I electronically filed the foregoing document

3 using CM/ECF system which will send notification of such filing to all counsel of record

4 registered in the CM/ECF system.

5      I also certify that the foregoing document was served *via electronic mail* on the following:

6

7  Seth A. Safier                          Fred Norton
   Anthony J. Patek                        Nathan Walker
8  **GUTRIDE SAFIER LLP**                  Bree Hann
   100 Pine Street, Suite 1250             Gil Walton
9  San Francisco, CA 94111                 **THE NORTON LAW FIRM PC**
   Telephone: (415) 639-9090               299 Third Street, Suite 200
10 Facsimile: (415) 449-6469               Oakland, CA 94607
   Email: seth@gutridesafier.com           Telephone: (510) 906-4900
11 Email: anthony@gutridesafier.com        Email: fnorton@nortonlaw.com
                                           Email: nwalker@nortonlaw.com
12                                         Email: bhann@nortonlaw.com
   *Counsel for Plaintiffs Everett Bloom, Jack*   Email: gwalton@nortonlaw.com
13 *Graham, and Dave Lindholm*

14 Laurie Edelstein                        *Counsel for Patreon, Inc.*
   John L. Flynn
15 Jonathan Alexander Langlinais
   Paige E. Zielinski
16 Hayley L. MacMillen
   **JENNER & BLOCK LLP**
17 455 Market Street, Suite 2100
   San Francisco, CA 94105-2453
18 Telephone: (415) 293-5943
19 Email: ledelstein@jenner.com
   Email: JFlynn@jenner.com
20 Email: JALanglinais@jenner.com
   Email: PZielinski@jenner.com
21 Email: HMacMillen@jenner.com
22
   *Counsel for Meta Platforms, Inc.*
23

24

25

26

27      */s Simon S. Grille*
        Simon S. Grille
28

DECLARATION OF SIMON S. GRILLE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:22-cv-03131-JCS