UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>PATREON, INC.,<br><br>        Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Civil L.R. 3-12, 7-11 |

1  This matter comes before the Court on Plaintiffs' Administrative Motion to Consider Whether
2  Cases Should Be Related Pursuant to Civil Local Rule 3-12. Upon consideration of the motion, the
3  papers submitted in support, and good cause appearing, the Court hereby **GRANTS** the motion.
4      **IT IS ORDERED** that *Stark et. al v. Patreon, Inc.*, No. 3:22-cv-03131-JCS (filed May 27,
5  2022), *Stark et. al v. Meta Platforms, Inc.*, No. 3:23-mc-80326-SK (filed December 13, 2023) ("*Stark*"),
6  and *Bloom et al. v. Meta Platforms, Inc.*, No. 4:23-mc-80319-DMR (filed December 6, 2023) ("*Bloom*"),
7  are deemed related pursuant to Civil Local Rule 3-12. The Clerk is directed to reassign *Stark* and *Bloom*
8  to this Court.

10  Dated: _____, 2023

11                                                        HON. JOSEPH C. SPERO
12                                                        UNITED STATES MAGISTRATE JUDGE