UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al.,<br>    Plaintiffs,<br>v.<br>PATREON, INC.,<br>    Defendant. | Case No. 22-cv-03131-JCS<br><br>**ORDER FOR RESPONSE** |

A Motion for Leave to File Amicus Brief has been filed by the Electronic Frontier Foundation, the Center for Democracy & Technology, the ACLU, and ACLU of Northern California ("Motion"). Dkt. no. 95. Any party (including Interested Party United States of America) that wishes to respond to the Motion may file a response, not to exceed ten pages, no later than **December 27, 2023**. No further briefing will be accepted. The briefing schedule set forth herein supersedes the briefing dates listed in the docket entry for docket no. 95.

**IT IS SO ORDERED.**

Dated: December 22, 2023

JOSEPH C. SPERO
United States Magistrate Judge