Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**PATREON'S NON-OPPOSITION TO PLAINTIFF'S MOTION TO RELATE CASES** |

1

On December 21, 2023, Plaintiffs filed a request to relate *Stark et al. v. Meta Platforms, Inc.,* 3:23-mc-80326-SK (filed December 13, 2023) and *Bloom et al. v. Meta Platforms, Inc.,* 4:23-mc-80319-DMR (filed December 6, 2023) to the above captioned case.  Dkt. No. 101.  Defendant Patreon does not oppose this request.

| | |
|---|---|
| Dated:  December 26, 2023 | Respectfully submitted,<br>THE NORTON LAW FIRM PC<br><br>*/s/ Fred Norton*<br>Fred Norton<br><br>Attorneys for Defendant<br>PATREON, INC. |