Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br>    v.<br><br>PATREON, INC.,<br><br>             Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**DEFENDANT PATREON, INC.'S RESPONSE TO DKT. NO. 99 – PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1

1
2

Pursuant to Local Rule 79-5(c), Patreon submits this response to Plaintiffs' Motion to Consider whether another party's material should be sealed.  *See* Dkt. No. 99.

3
4
5

As stated in Plaintiffs' motion (Dkt. No. 99), Exhibits C, D, E, F, G, H, and I are all either documents produced by Patreon and marked confidential in this litigation or excerpts of deposition transcripts marked confidential by Patreon.  Patreon does not move to seal these exhibits.

6
7
8

Further, Plaintiffs move to seal Exhibit I – which is a 790-page document detailing Plaintiffs' activity on Patreon.  *See* Dkt. No. 99 at ECF page 3.  Patreon does not take a position as to whether Plaintiffs' motion to seal Exhibit I should be granted, in whole or in part.

9
10
11

Dated:  December 28, 2023

Respectfully submitted,

THE NORTON LAW FIRM PC

12
13

*/s/ Fred Norton*

Fred Norton

14
15

Attorneys for Defendant
PATREON, INC.

16
17
18
19
20
21
22
23
24
25
26
27
28