UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PATREON, INC.,<br><br>　　　　Defendant. | Case No.  22-cv-03131-JCS<br><br>**ORDER GRANTING IN PART MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Re: Dkt. No. 95 |

　　　The Electronic Frontier Foundation, the Center for Democracy & Technology, the American Civil Liberties Union of Northern California, and the American Civil Liberties Union ("Amici") bring a motion for leave to file a brief as amici curiae ("Motion") in connection with Defendant Patreon's motion for summary judgment regarding the constitutionality of the Video Privacy Protection Act. Dkt. no. 95.  The Motion is GRANTED in part as follows.  Amici may file the brief attached to the Motion and Defendant Patreon may file a reply to that brief not to exceed 10 pages.  Patreon's reply to the amicus brief shall be filed by January 19, 2024 and may be combined with the reply it will be filing on the same date in response to the opposition briefs filed by Plaintiffs and the United States.  The Court declines to rule at this time on Patreon's request that certain footnotes in the amicus brief that cite to evidence outside of the record should be stricken.

　　　**IT IS SO ORDERED.**

Dated: December 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　 JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　 United States Magistrate Judge