1  Laurie Edelstein (Bar No. 164466)
   Paige Zielinski (Bar No. 318639)
2  JENNER & BLOCK LLP
   455 Market Street, Suite 2100
3  San Francisco, California 94105
   Telephone: (628) 267-6800
4  ledelstein@jenner.com
   pzielinski@jenner.com
5
   *Attorneys for Non-Party Meta Platforms, Inc.*
6

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
8  **SAN FRANCISCO DIVISION**

9

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendants. | Case No. 3:22-cv-03131-JCS<br><br>Hon. Joseph C. Spero<br><br>**NOTICE OF APPEARANCE OF LAURIE EDELSTEIN AS COUNSEL FOR NON-PARTY META PLATFORMS, INC.** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Laurie Edelstein, a member of the bar of this Court in good standing, hereby enters her appearance in this action as counsel on behalf of Non-Party Meta Platforms, Inc. The undersigned requests that all notices, orders, and other information in this case be served upon her at the address below:

>Laurie Edelstein (Bar No. 164466)
>JENNER & BLOCK LLP
>455 Market Street, Suite 2100
>San Francisco, CA 94105-2453
>Telephone: (628) 267-6800
>Facsimile: (628) 267-6859
>LEdelstein@jenner.com

Dated: December 28, 2023

Respectfully submitted,

JENNER & BLOCK LLP

By: */s/ Laurie Edelstein*

Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
pzielinski@jenner.com

*Attorneys for Non-Party Meta Platforms, Inc.*