Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
pzielinski@jenner.com

*Attorneys for Non-Party Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendants. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Joseph C. Spero |

**[PROPOSED] ORDER**

Having considered Plaintiffs' December 21, 2023 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion to Seal") and the Declaration of Laurie Edelstein in Support of the Motion to Seal filed by Meta Platforms, Inc., pursuant to Civil Local Rules 7-11 and 79-5, all materials submitted in support, and other records on file, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal is **GRANTED** as outlined below:

| ECF No. | Description | Designating Party | Motion to Seal Granted |
|---|---|---|---|
| ECF No. 100-17 | Exhibit V to Plaintiffs' Opposition to Defendant Patreon, Inc.'s Motion for Summary Judgment - META_STARK_002 | Non-Party Meta Platforms, Inc. | The document should be sealed because it includes Meta's non-public confidential business information, including confidential information regarding Meta's internal systems and processes related to the Meta Pixel, which if revealed would put Meta at a competitive disadvantage in the marketplace. |

The Clerk of Court is directed to maintain ECF No. 100-17, Exhibit V to Plaintiffs' Opposition to Defendant Patreon, Inc.'s Motion for Summary Judgment, under seal.

**IT IS SO ORDERED.**

Dated: _____

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105