Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 280145)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>PATREON, INC.,<br><br>            Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**NOTICE OF ERRATA**<br><br>Judge: Hon. Joseph C. Spero<br>Date: March 15, 2024<br>Time: 9:30 a.m. |

1    On December 21, 2023, Plaintiffs filed their Opposition to Patreon Inc.'s Motion for Summary
2  Judgment (Dkt. No. 100) and the Declaration of Trevor T. Tan in Support of Plaintiffs' Opposition
3  ("Tan Declaration") (Dkt. No. 100-1). Plaintiffs attached to the Tan Declaration excerpts from the
4  corrected transcript of the deposition of Jason Byttow as Exhibit H (Dkt. No. 99-9).[1] On December 26,
5  2023, Patreon advised Plaintiffs that a second corrected transcript of the deposition of Jason Byttow had
6  been issued by the court reporter and thus Exhibit H did not reflect the operative version of the
7  transcript. Patreon asked that Plaintiffs submit excerpts from the second corrected Byttow transcript.
8  Plaintiffs therefore file this Notice of Errata to submit an updated version of Exhibit H and an updated
9  version of Plaintiffs' Opposition citing the appropriate page and line numbers in the new Exhibit H.

11 Dated:  January 3, 2024                                  Respectfully submitted,

                                                            /s/  Trevor T. Tan
                                                            Adam E. Polk (SBN 273000)
                                                            Simon Grille (SBN 294914)
                                                            Trevor T. Tan (SBN 281045)
                                                            Reid Gaa (SBN 330141)
                                                            **GIRARD SHARP LLP**
                                                            601 California Street, Suite 1400
                                                            San Francisco, CA 94108
                                                            Telephone: (415) 981-4800
                                                            apolk@girardsharp.com
                                                            sgrille@girardsharp.com
                                                            ttan@girardsharp.com
                                                            rgaa@girardsharp.com

                                                            *Attorneys for Plaintiffs*

---

[1] Plaintiffs filed Exhibit H under seal in connection with their Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also certify that I caused the under seal documents to be served on counsel *via electronic mail*.

/s/ *Trevor T. Tan*
Trevor T. Tan