Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>PATREON, INC,<br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF SIMON GRILLE IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO ADD PLAINTIFFS TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:   Hon. Joseph C. Spero<br>Date:    February 16, 2024<br>Time:   9:30 a.m.<br>Courtroom: D – 15th Floor |

DECLARATION OF SIMON GRILLE IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO ADD PLAINTIFFS TO FIRST AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:22-cv-03131-JCS

I, Simon Grille, hereby declare under penalty of perjury:

1. I am a Partner at the law firm Girard Sharp LLP. I submit this declaration in support of Plaintiffs' Notice of Motion and Motion for Leave to Add Plaintiffs to First Amended Class Action Complaint. I am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called to do so, I could and would testify to the matters contained herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Proposed Second Amended Class Action Complaint ("SAC"), with all amendments to the First Amended Class Action Complaint (Dkt. 41) reflected in redline.

3. Attached hereto as Exhibit 2 is a true and correct copy of the clean version of the Proposed SAC.

4. Patreon subscribers can access prerecorded video content in several ways, such as by watching it from a list of content on a creator's "creator page" or on a dedicated video webpage that appears when a user clicks a specific video.

5. In November 2023, Patreon argued, for the first time, that the technical configuration of its website precluded the Meta Pixel from transmitting the title of prerecorded video content watched on a "creator page."

6. According to Patreon, subscribers who exclusively watched prerecorded video content on a "creator page" could not maintain a claim under the VPPA.

7. Patreon claims that its records indicate that Plaintiffs Brayden Stark and Judd Oostyen only watched prerecorded video content on "creator pages."

8. Plaintiffs contend the configuration of Patreon's website would not have prevented the Meta Pixel from transmitting the personal information and specific video materials Plaintiffs requested.

9. Plaintiffs intend to show that Patreon coded its website so that video titles could be clearly identified and transmitted to advertising platforms like Meta.

2

DECLARATION OF SIMON GRILLE IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO ADD PLAINTIFFS TO FIRST AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:22-cv-03131-JCS

1     10.     After Patreon raised its argument regarding the technical configuration of its website, Isaac Belenkiy, Laura Goodfield, Valerie Burton, and Denovias Mack ("Proposed New Plaintiffs") retained Plaintiffs' counsel on November 15, 2023, December 11, 2023, December 23, 2023, and January 8, 2024, respectively. These individuals allege they watched videos on a Patreon webpage dedicated to the individual video(s) they viewed.

11.     On January 8, 2024, Plaintiffs' counsel contacted Patreon's counsel via email to request Patreon's consent to amend the First Amended Complaint ("FAC") to name Isaac Belenkiy, Laura Goodfield, Valerie Burton, and Denovias Mack as plaintiffs in this litigation. Plaintiffs counsel also provided the full names and email addresses of the Proposed New Plaintiffs to Patreon at this time.

12.     On January 11, 2024, Patreon's counsel informed Plaintiffs' counsel that Patreon does not currently take a position on Plaintiffs' request for leave to amend and Plaintiffs therefore should proceed with filing the present motion. Patreon's counsel also advised it would discuss the matter further with Plaintiffs' counsel. Patreon's counsel further stated that Patreon was still investigating "the specific manner in which the four new proposed plaintiffs may have obtained video on the Patreon platform."

13.     On January 16, 2024, Plaintiffs' counsel informed Patreon's counsel that the Proposed New Plaintiffs would respond to Patreon's existing discovery requests within 14 days of an order granting Plaintiffs' motion for leave to amend the FAC and provide their availability for a deposition within 30 days of such an order.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January 2024 in San Francisco, CA.

*/s/ Simon Grille*
Simon Grille

3
DECLARATION OF SIMON GRILLE IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO ADD PLAINTIFFS TO FIRST AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:22-cv-03131-JCS

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

*/s/ Simon Grille*
Simon Grille

DECLARATION OF SIMON GRILLE IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO ADD PLAINTIFFS TO FIRST AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:22-cv-03131-JCS