UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PATREON, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-03131-JCS<br><br>**ORDER TO FILE OPPOSITION/RESPONSE**<br><br>Re: Dkt. No. 114 |

　　　Plaintiffs have filed a Motion for Leave to Add Plaintiffs to First Amended Class Action Complaint. IT IS HEREBY ORDERED that Defendant Patreon shall file an opposition brief by **January 26, 2024**. Plaintiff may not file a reply brief.  If a hearing is necessary, the Court will inform the parties.

　　　**IT IS SO ORDERED.**

Dated: January 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge