AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| BRAYDEN STARK, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-cv-03131-JCS |
| PATREON, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patreon, Inc.                                                                                                                                                   .

Date:   01/19/2024

/s/ Emily Kirk
*Attorney's signature*

Emily Kirk (348547)
*Printed name and bar number*

The Norton Law Firm PC
299 Third Street, Suite 200
Oakland CA 94607
*Address*

ekirk@nortonlaw.com
*E-mail address*

(510) 906-4900
*Telephone number*

*FAX number*