Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Emily Kirk (CA SBN 348547)
ekirk@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**PATREON, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO ADD PLAINTIFFS TO FIRST AMENDED COMPLAINT** |

On January 17, 2024, Plaintiffs filed a motion for leave to amend the First Amended Class Action Complaint to add four other individuals as named plaintiffs. Dkt. No. 114.

In their motion, Plaintiffs represent that the proposed new plaintiffs will "promptly respond to Patreon's existing discovery requests within 14 days of an order granting this motion, as well as provide their availability for a deposition within 30 days of such an order." Dkt. No. 114 at ECF 7. With that agreement, as well as with the understanding that the deadline for Plaintiffs' class certification motion (March 15, 2024) will not change as a result of adding these new plaintiffs, Patreon does not oppose the motion for leave to amend.

Dated:  January 26, 2024

Respectfully submitted,

THE NORTON LAW FIRM PC

*/s/ Fred Norton*
Fred Norton

Attorneys for Defendant
PATREON, INC.