1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>   v.<br><br>PATREON, INC.,<br><br>      Defendant. | Case No. 3:22-cv-03131-JCS<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO ADD PLAINTIFFS TO FIRST AMENDED CLASS ACTION COMPLAINT** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Plaintiffs' Motion for Leave to Add Plaintiffs to First Amended Class Action Complaint and finding good cause therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's' Motion for Leave to Add Plaintiffs to First Amended Class Action Complaint is GRANTED.
2. Plaintiffs shall file their Second Amended Class Action Complaint within seven days after the entry of this order.

**IT IS SO ORDERED.**

Dated: January 26, 2024

The Honorable Joseph C. Spero
United States Magistrate Judge