Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF REID GAA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CLASS CERTIFICATION SCHEDULE** |

I, Reid Gaa, hereby declare under penalty of perjury:

1.  I am an associate at the law firm Girard Sharp LLP. I submit this declaration in support of Plaintiffs' Administrative Motion to Continue Class Certification Schedule. I am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called to do so, I could and would testify to the matters contained herein.

2.  Pursuant to the Court's Order on Plaintiffs' Motion to Compel Meta's Compliance with Subpoena (Case No. 3:23-mc-80326-JCS, Dkt. 16), Plaintiffs and Meta are diligently negotiating the parameters of a coordinated deposition. Although Plaintiffs and Meta have made significant progress in light of the Court's guidance, the witness Meta intends to produce for a deposition will not be available by February 15. Instead, Plaintiffs and Meta are currently working to identify an alternative date for the consolidated deposition in conjunction with counsel for the defendants in the other Meta Pixel privacy actions to be included in the coordinated deposition.

3.  Plaintiffs and Meta are also negotiating the production of a sample of class-wide data. Through these negotiations, Meta has agreed to provide Plaintiffs with information necessary to facilitate a proposal for sampling consistent with the Court's Order (*see* Case No. 3:23-mc-80326-JCS, Dkt. 16). Meta is currently collecting this initial information, but Plaintiffs and Meta will need additional time to develop a mutually agreeable sampling proposal and obtain the necessary data.

4.  Plaintiffs and Meta are also negotiating productions of plaintiff and class-wide data related to the two other Meta Pixel privacy actions they intend to include in the coordinated deposition. Although Meta has produced plaintiff-specific data for one of these actions, Plaintiffs and Meta continue to work cooperatively to produce plaintiff-specific data for the other action and a sample of class-wide data in both.

5.  Plaintiffs have also contacted counsel for the defendants in the other Meta Pixel privacy actions to seek their consent to participate in a coordinated deposition. Counsel for the

1

DECLARATION OF REID GAA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CLASS CERTIFICATION SCHEDULE
CASE NO. 3:22-cv-03131-JCS

1 defendant in one of these actions has indicated their client is amenable to a coordinated deposition
2 but requested a complete production off all relevant data from Meta beforehand.

3      6.     Plaintiffs contacted Patreon, Inc. ("Patreon") to request its consent to a 90-day
4 extension of their deadline to file their motion for class certification on January 26. Plaintiffs
5 advised Patreon that they would seek a court order to extend the class certification schedule absent
6 Patreon's agreement in light of the Court's order on Plaintiffs' Motion to Compel Meta's
7 Compliance with Subpoena (Case No. 3:23-mc-80326-JCS, Dkt. 16) and the ongoing discovery
8 matters.

9      7.     Among other discovery issues, considerable party discovery has not been produced
10 or was only produced recently. In particular, Patreon has not indicated when it will produce
11 documents pertaining to the new Plaintiffs added in the Second Amended Complaint (Dkt. 121).
12 Further, on February 2, Patreon produced documents that Plaintiffs anticipate are responsive to their
13 most recent set of document requests and documents related to the additional search terms the
14 parties negotiated. Patreon also produced approximately 30,000 pages on February 1.

15      8.     In addition to these document productions, Plaintiffs have noticed four depositions
16 of Patreon witnesses to occur between February 2 and February 20.

17      9.     On January 29, Patreon informed Plaintiffs that it believed it was premature to take a
18 position on Plaintiffs' request, stating that it wished to revisit the issue after Plaintiffs' deposition of
19 Meta.

20     I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th
21 day of February 2024 in San Francisco, CA.

                             */s/ Reid Gaa*
                             Reid Gaa