1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

12
13
14

| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CLASS CERTIFICATION SCHEDULE** |
|---|---|

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Plaintiffs' Administrative Motion to Continue Class Certification Schedule and finding good cause therefore, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file their Motion for Class Certification no later than June 13, 2024.
2. All other dates in the Court's Pretrial Schedule (Dkt. 65) remain unchanged.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Joseph C. Spero
United States Magistrate Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE
CLASS CERTIFICATION SCHEDULE
Case No. 3:22-cv-03131-JCS