UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>    Defendant. | Case No. 22-cv-03131-JCS<br><br>**ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CLASS CERTIFICATION SCHEDULE**<br><br>Re: Dkt. No. 122 |

Plaintiffs' Administrative Motion to Continue Class Certification Schedule is **GRANTED in part**. Except as modified, the Court adopts Patreon's forty-five (45) day extension proposal listed in their opposition brief. ECF 123.

IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for class certification shall be filed on April 29, 2024.

2. Defendant's opposition to class certification shall be filed on June 12, 2024.

3. Plaintiffs' reply brief to class certification shall be filed on June 28, 2024.

4. The motion for class certification will be heard on **August 2, 2024, at 9:30 AM by Zoom webinar. Zoom Webinar ID: 161 926 0804. Passcode: 050855.**

5. Close of non-expert discovery is July 10, 2024 (unchanged).

6. Expert disclosure cut-off of August 24, 2024, is extended to September 3, 2024.

7. Expert rebuttal cut-off of September 9, 2024, is extended to September 20, 2024.

8. Expert discovery cut-off of October 14, 2024, is extended to October 25, 2024.

**IT IS SO ORDERED.**

Dated: February 12, 2024

JOSEPH C. SPERO
United States Magistrate Judge