Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

*[Additional Counsel Listed on signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al., | Case No. 3:22-cv-03131-JCS |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |
| PATREON, INC., | |
| Defendant. | |

WHEREAS, Plaintiffs filed and served their Second Amended Complaint ("SAC") on January 30, 2024.  Dkt. 121.

WHEREAS, Defendant Patreon, Inc.'s deadline to respond to the SAC is February 13, 2024, absent an extension of time;

WHEREAS, the parties agree that additional time is appropriate for Defendant Patreon to respond to the SAC;

WHEREAS, extending the deadline for Defendant Patreon to respond to the SAC by 30 days (*i.e.*, until March 14, 2024) will not alter the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED by the parties, pursuant to Civil L.R. 6-1(a), that the time for Defendant Patreon to respond to the SAC is extended to and through March 14, 2024.

By signature below, counsel for Defendant Patreon hereby attests that the other signatory below has concurred in the filing of this document.

Date:  February 14, 2024        THE NORTON LAW FIRM PC

*/s/ Nathan Walker*
Nathan Walker
Attorneys for Defendant
Patreon, Inc.

Date: February 14, 2024         GIRARD SHARP LLP

*/s/ Simon Grille*
Simon Grille
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

_____
Honorable Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE