**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>PATREON, INC.,<br><br>　　　　　Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby GRANTS the Motion and ORDERS that the following portions of the documents shall be sealed, as indicated below:

| Document | Description | Designating Party |
|---|---|---|
| Motion | Plaintiffs' Motion to Supplement the Summary Judgment Record; Memorandum of Points and Authorities in Support Thereof: <br><br> Page 1, lines 23-27; Page 2, lines 2-4; Page 4, lines 3-28; Page 5 lines 1-7, 10-12; Page 6, lines 8-9, 12 | Patreon, Inc. |
| Exhibit A | Deposition Transcript of Jared Smith | Patreon, Inc. |
| Exhibit B | Deposition Transcript of Jason Bilog | Patreon, Inc. |
| Exhibit C | PATREON_005600 | Patreon, Inc. |
| Exhibit D | PATREON_005931 | Patreon, Inc. |
| Exhibit E | PATREON_005845 | Patreon, Inc. |

**IT IS SO ORDERED.**

Dated: _____

The Honorable Joseph C. Spero
United States Magistrate Judge

1

[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:22-cv-03131-JCS