Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>PATREON, INC.,<br><br>             Defendant. | Case No.  3:22-cv-03131-JCS<br><br>**DECLARATION OF SIMON S. GRILLE IN SUPPORT OF PLAINTIFFS' MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD**<br><br>Judge: Hon. Joseph C. Spero<br>Date: March 29, 2024<br>Time: 9:30 a.m. |

**REDACTED**

**EXHIBITS A-E FILED UNDER SEAL**

DECLARATION OF SIMON S. GRILLE IN SUPPORT OF PLAINTIFFS' MOTION TO
SUPPLEMENT SUMMARY JUDGMENT RECORD
CASE NO. 3:22-CV-03131-JCS

I, Simon S. Grille, hereby declare as follows:

1.      I am an attorney at the law firm of Girard Sharp LLP.  I submit this declaration in support of Plaintiffs' Motion to Supplement the Summary Judgment Record.  I have personal knowledge of the information contained herein, and if called as a witness, could and would testify competently thereto.

2.      Since December 21, 2023, when Plaintiffs filed their opposition (Dkt. 99) to Patreon's motion for summary judgment, Plaintiffs have elicited additional facts and evidence relevant to Patreon's argument that the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA") violates the First Amendment.  Patreon argues in part that the VPPA's consent requirements are unduly burdensome and that Patreon could not have realistically complied with them.  *E.g.*, Dkt. 76 at 13; Dkt. 117 at 4, 26-27.

3.      Plaintiffs learned the additional facts at the depositions of Patreon's former senior engineering manager Jared Smith on January 12, 2024, and of Patreon's former data and marketing operations manager Jason Bilog on February 2, 2024.

4.      After learning that Patreon's counsel represented both Mr. Smith and Mr. Bilog, Plaintiffs on November 10, 2023 issued subpoenas for their testimony.

5.      On November 30, 2023, Patreon stated that Mr. Smith could be available for deposition January 12 or 26, 2024, and that Mr. Bilog could be available January 31 or February 3, 2024. Plaintiffs scheduled their depositions as soon as practicable given the availability of counsel and these witnesses.

6.      While documents introduced in those depositions had been produced earlier, the relevance of those documents became apparent only after the depositions were taken. In addition, the meaning and importance of terminology used in those documents were unclear to Plaintiffs until after the witnesses' testimony describing the terminology.

7.      Plaintiffs are seeking to supplement the record, as applicable to Patreon's pending summary judgment motion, promptly following the conclusion of these two depositions and prior to the July 10, 2024 close of discovery.  Dkt. 65.

DECLARATION OF SIMON S. GRILLE IN SUPPORT OF PLAINTIFFS' MOTION TO
SUPPLEMENT SUMMARY JUDGMENT RECORD
CASE NO. 3:22-CV-03131-JCS

8.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Smith deposition.

9.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Bilog deposition.

10.      Attached hereto as **Exhibit C** is a true and correct copy of a document produced by Patreon in this litigation with the beginning production number PATREON_005600.

11.      Attached hereto as **Exhibit D** is a true and correct copy of a document produced by Patreon in this litigation with the beginning production number PATREON_005931.

12.      Attached hereto as **Exhibit E** is a true and correct copy of a document produced by Patreon in this litigation with the beginning production number PATREON_005845.

13.      Attached hereto as **Exhibit F** is a true and correct copy of an email from Fred Norton, counsel for Patreon. Mr. Norton asked that we include this email with our motion.

*        *        *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of February, 2024, in San Francisco, California.


/s/ *Simon S. Grille*
Simon S. Grille

2

DECLARATION OF SIMON S. GRILLE IN SUPPORT OF PLAINTIFFS' MOTION TO
SUPPLEMENT SUMMARY JUDGMENT RECORD
CASE NO. 3:22-CV-03131-JCS