# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT A

# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT B

# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT C

# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT D

# (REDACTED)

# FILED UNDER SEAL

# EXHIBIT E