**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>PATREON, INC.,<br><br>　　　　Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD** |

Having considered Plaintiffs' Motion to Supplement the Summary Judgment Record and finding good cause therefore, IT IS HEREBY ORDERED that the Motion is GRANTED and the following materials, attached as Exhibits A-E of the Grille Declaration, will be considered in connection with Patreon's summary judgment motion:

- Smith Dep. at 19:8-11
- Smith Dep. at 105:21-106:13
- Smith Dep. at 106:16-107:1
- Smith Dep. at 106:23-107:3
- Smith Dep. at 110:21-111:3
- Bilog Dep. at 21:9-24
- Bilog Dep. at 32:18-33:5
- Bilog Dep. at 36:4-15
- Bilog Dep. at 93:3-5
- Bilog Dep. at 118:23-119:8
- Bilog Dep. at 119:10-13
- Bilog Dep. at 118:21-119:8
- Bilog Dep. at 122:6-124:22
- Bilog Dep. at 125:13-128:2
- PATREON_005600-01
- PATREON_005845
- PATREON_005931

**IT IS SO ORDERED.**

Dated: _____

                                                The Honorable Joseph C. Spero
United States Magistrate Judge