**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK and JUDD OOSTYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>[~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

Having considered Plaintiffs' December 21, 2023, Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby ORDERS as follows:

| Document | Description | Designating Party | Ruling on Sealing |
|---|---|---|---|
| Motion | Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Patreon Inc.'s Motion for Summary Judgment on First Amendment Grounds: Page 2, lines 16-22; Page 3, lines 2-8; Page 12, lines 8-12; Page 21, lines 6-12 | Patreon and Nonparty Meta Platforms, Inc. | Denied as to the material at page 2, lines 16-22; otherwise Granted |
| Exhibit C | PATREON_004271 | Patreon | Denied |
| Exhibit D | Deposition Transcript of Melissa Montgomery | Patreon | Denied |
| Exhibit E | PATREON_003728 | Patreon | Denied |
| Exhibit F | Deposition Transcript of John Principe | Patreon | Denied |
| Exhibit G | PATREON_005899 | Patreon | Denied |
| Exhibit H | Deposition Transcript of Jason Byttow | Patreon | Denied |
| Exhibit I | PATREON_019019 | Patreon | Granted |
| Exhibit V | META_STARK_002 | Nonparty Meta Platforms, Inc. | Granted |

**IT IS SO ORDERED.**

Dated: February 26, 2024

The Honorable Joseph C. Spero
United States Magistrate Judge

1

[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:22-cv-03131-JCS