United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAYDEN STARK, et al.,

    Plaintiffs,

v.

PATREON, INC.,

    Defendant.

Case No. 22-cv-03131-JCS

**ORDER FOR RESPONSE TO DOCKET NO. 128**

Plaintiffs have filed a motion for leave to supplement the summary judgment record ("Motion"). Patreon is requested to file a response to the Motion no later than **February 29, 2024**.

**IT IS SO ORDERED.**

Dated: February 26, 2024

                        JOSEPH C. SPERO
                        United States Magistrate Judge