Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Emily Kirk (CA SBN 348547)
ekirk@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PATREON'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD AND PORTIONS OF THE SUPPLEMENTARY DECLARATION OF JASON BYTTOW** |

This Court, having considered Defendant Patreon, Inc,'s administrative motion to file under seal, hereby ORDERS that the motion is GRANTED, and that the following documents shall be filed under seal as specified below:

| Document | Description | Portions Filed Under Seal |
|---|---|---|
| Opposition | Patreon's Opposition to Plaintiffs' Motion to Supplement the Summary Judgement Record | p. i:10-12<br>p. 2:8-12, 17-18, 24-25<br>p. 4:23-24<br>p. 5:16-18<br>p. 6: 25-26<br>p. 7:28-8:1<br>p. 8:25-26<br>p. 9:2-3, 8-10, 21-28<br>p. 10:1-14, 17-18 |
| Declaration | Supplemental Declaration of Jason Byttow in Support of Defendant Patreon, Inc.'s Motion for Summary Judgment on Plaintiffs' VPPA Claims on the Ground That the VPPA Violates the First Amendment | p. 1:18-20, 23-27<br>p. 2:1-25<br>p. 3:11-22 |

IT IS SO ORDERED.

Dated: _____

                                    Honorable Joseph C. Spero
                                    United States Magistrate Judge

[Proposed] Order Granting Defendant Patreon's Administrative Motion To Seal Portions Of Its Opposition To Plaintiffs' Motion To Supplement The Summary Judgment Record And Portions Of The Supplementary Declaration Of Jason Byttow
Case No. 3:22-cv-03131-JCS