1  Fred Norton (CA SBN 224725)
   fnorton@nortonlaw.com
2  Nathan Walker (CA SBN 206128)
   nwalker@nortonlaw.com
3  Bree Hann (CA SBN 215695)
   bhann@nortonlaw.com
4  Gil Walton (CA SBN 324133)
   gwalton@nortonlaw.com
5  Celine G. Purcell (CA SBN 305158)
   cpurcell@nortonlaw.com
6  Emily Kirk (CA SBN 348547)
   ekirk@nortonlaw.com
7  THE NORTON LAW FIRM PC
   299 Third Street, Suite 200
8  Oakland, CA 94607
   Telephone: (510) 906-4900
9
   Attorneys for Defendant
10 PATREON, INC.

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15 BRAYDEN STARK, JUDD OOSTYEN,        Case No. 3:22-CV-03131-JCS
   ISAAC BELENKIY, VALERIE BURTON,
16 LAURA GOODFIELD, and DENOVIAS       **SUPPLEMENTAL DECLARATION OF JASON**
   MACK, individually and on behalf of all   **BYTTOW IN SUPPORT OF DEFENDANT**
17 others similarly situated,          **PATREON, INC.'S MOTION FOR SUMMARY**
                                       **JUDGMENT ON PLAINTIFFS' VPPA CLAIMS**
                    Plaintiffs,        **ON THE GROUND THAT THE VPPA**
18                                      **VIOLATES THE FIRST AMENDMENT**
        v.
19                                      
   PATREON, INC.,                       **REDACTED**
20
                    Defendant.

21

22

23

24

25

26

27

28

---

Supplemental Declaration Of Jason Byttow In Support Of Defendant Patreon, Inc.'s Motion For Summary
Judgment On Plaintiffs' VPPA Claims On The Ground That The VPPA Violates The First Amendment
Case No. 3:22-CV-03131-JCS

I, Jason Byttow, declare as follows:

1.       I submit this supplemental declaration in support of Patreon, Inc.'s Motion for Summary Judgment.  Except as otherwise indicated, I make this declaration based on personal knowledge.  If called upon as a witness to testify to the truth of these statements, I could do so competently under oath.

2.       I have been employed by Patreon, Inc. ("Patreon") since February 2016.  I have held four titles at Patreon:  Software Engineer (February 2016 – October 2017); Engineering Manager (October 2017 – January 2019); Senior Engineering Manager (January 2019 – approximately January 2022); and Staff Engineer (approximately January 2022 – present).

3.       In my prior declaration in support of summary judgment (Dkt. 78), I explained that implementing a consent mechanism for the Patreon website (or for any video-distribution website) that would meet the VPPA-consent requirements would (1) require substantial engineering work – I would estimate a year of dedicated engineering work, and (2) degrade the user's experience on the website to such an extent that it would create business concerns in terms of users leaving the platform.

4.       I understand that in response to my initial declaration, Plaintiffs in this case have requested leave of Court to submit certain supplementary materials – namely, three documents and excerpts of deposition testimony about a third-party software that Patreon has used called "Ketch" (formerly known as "Switchbit").

5.       ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████████████████

6.       Ketch is data-privacy software supplied by a third-party company that goes by the same name, Ketch.

7.       ████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████

1

Doc ID: de4e757bf0eb2a042a203b65e3f2d01cb2f76e58



1
2
3
4       8.
5
6
7
8
9       a.
10
11
12
13
14
15
16       b.
17
18       c.
19
20
21       d.
22
23       9.
24
25       As set forth in my initial declaration, I understand that the VPPA states:

26 (2) A video tape service provider may disclose personally identifiable information
27 concerning any consumer--

28 ....

2

SUPPLEMENTAL DECLARATION OF JASON BYTTOW IN SUPPORT OF DEFENDANT PATREON, INC.'S MOTION FOR SUMMARY
JUDGMENT ON PLAINTIFFS' VPPA CLAIMS ON THE GROUND THAT THE VPPA VIOLATES THE FIRST AMENDMENT
CASE NO. 3:22-CV-03131-JCS

Doc ID: de4e757bf0eb2a042a203b65e3f2d01cb2f76e58

(B) to any person with the informed, written consent (including through an electronic means using the Internet) of the consumer that--

(i) is in a form distinct and separate from any form setting forth other legal or financial obligations of the consumer;

(ii) at the election of the consumer--

(I) is given at the time the disclosure is sought; or

(II) is given in advance for a set period of time, not to exceed 2 years or until consent is withdrawn by the consumer, whichever is sooner; and

(iii) the video tape service provider has provided an opportunity, in a clear and conspicuous manner, for the consumer to withdraw on a case-by-case basis or to withdraw from ongoing disclosures, at the consumer's election;

10. ██████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

11. ██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on February 28, 2024, in Brooklyn, New York.

Jason Byttow

3

Doc ID: de4e757bf0eb2a042a203b65e3f2d01cb2f76e58