Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Emily Kirk (CA SBN 348547)
ekirk@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br>　v.<br>PATREON, INC.,<br>　　　　Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**PATREON, INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE ANOTHER PARTY'S MATERIAL UNDER SEAL (DKT. 128)** |

On February 23, 2024, Plaintiffs filed an administrative motion to consider whether another party's material should be sealed, and file the following portions of their motion to supplement the summary judgment record and its exhibits, under seal:

| Document | Description | Designating Party |
| --- | --- | --- |
| Motion | Plaintiffs' Motion to Supplement the Summary Judgment Record, MP&A in Support<br><br>Page 1, lines 23-27; Page 2, lines 2-4; Page 4, lines 3-28; Page 5 lines 1-7, 10-12; Page 6, lines 8-9, 12 | Patreon, Inc. |
| Exhibit A | Deposition Transcript of Jared Smith | Patreon, Inc. |
| Exhibit B | Deposition Transcript of Jason Bilog | Patreon, Inc. |
| Exhibit C | PATREON_005600 | Patreon, Inc. |
| Exhibit D | PATREON_005931 | Patreon, Inc. |
| Exhibit E | PATREON_005845 | Patreon, Inc. |

Dkt. 128.

Patreon hereby states the material in the table above, which Plaintiffs identified in their Administrative Motion (Dkt. 128) as designated by Patreon as protected material under the Protective Order, may be filed be in the public record and need not be sealed.

Dated: March 1, 2024

Respectfully submitted,

THE NORTON LAW FIRM PC

*/s/ Bree Hann*
Bree Hann

Attorneys for Defendant
PATREON, INC.

1

PATREON, INC.'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE ANOTHER PARTY'S MATERIAL UNDER SEAL
CASE NO. 3:22-CV-03131-JCS