UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAYDEN STARK, et al.,

          Plaintiffs,

     v.

PATREON, INC.,

          Defendant.

Case No.  22-cv-03131-JCS

**ORDER FOR REPLY ON DOCKET NO. 128**

Plaintiffs are requested to file a Reply to Patreon's Opposition to their motion to supplement the record no later than March 6, 2024.

**IT IS SO ORDERED.**

Dated:  March 1, 2024

_____

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California