1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD and, DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, the Court hereby GRANTS the Motion and ORDERS that the following portions of the documents shall be sealed, as indicated below:

| Document | Description | Designating Party |
|---|---|---|
| Reply | Plaintiffs' Reply in Support of Motion to Supplement the Summary Judgment Record: Page 2, lines 27-28; Page 3, lines 6-7, 9, 11; Page 4, lines 2-4, 6, 15-16 | Patreon, Inc. |

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

1

[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:22-cv-03131-JCS