UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>PATREON, INC.,<br>　　　　Defendant. | Case No. 22-cv-03131-JCS<br><br>**ORDER GRANTING MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD AND CONTINUING MOTION HEARING**<br><br>Re: Dkt. No. 129 |

Plaintiffs have brought a motion seeking leave to supplement the summary judgment record ("Motion") and the parties have, at the Court's request, submitted briefs on an accelerated schedule. Having considered the parties' briefs, and good cause appearing, the Motion is GRANTED. Accordingly, the following materials, attached as Exhibits A-E of the Grille Declaration, will be considered in connection with Patreon's summary judgment motion:

- Smith Dep. at 19:8-11
- Smith Dep. at 105:21-106:13
- Smith Dep. at 106:16-107:1
- Smith Dep. at 106:23-107:3
- Smith Dep. at 110:21-111:3
- Bilog Dep. at 21:9-24
- Bilog Dep. at 32:18-33:5
- Bilog Dep. at 36:4-15
- Bilog Dep. at 93:3-5
- Bilog Dep. at 118:23-119:8
- Bilog Dep. at 119:10-13

- Bilog Dep. at 118:21-119:8
- Bilog Dep. at 122:6-124:22
- Bilog Dep. at 125:13-128:2
- PATREON_005600-01
- PATREON_005845
- PATREON_005931

Patreon may file a response, not to exceed five pages, addressing the significance of the evidence listed above, and may submit evidence to rebut the new evidence offered by Plaintiffs, no later than March 20, 2024. **The summary judgment motion hearing currently set for March 15, 2024 is continued to March 29, 2024 at 9:30 a.m. by Zoom webinar, id. 161 926 0804, password 050855.**

**IT IS SO ORDERED.**

Dated: March 6, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge