| | |
|---|---|
| 1 | Fred Norton (CA SBN 224725) |
| 2 | fnorton@nortonlaw.com<br>Nathan Walker (CA SBN 206128) |
| 3 | nwalker@nortonlaw.com<br>Bree Hann (CA SBN 215695) |
| 4 | bhann@nortonlaw.com<br>Gil Walton (CA SBN 324133) |
| 5 | gwalton@nortonlaw.com<br>Celine G. Purcell (CA SBN 305158) |
| 6 | cpurcell@nortonlaw.com<br>Emily Kirk (CA SBN 348547) |
| 7 | ekirk@nortonlaw.com<br>THE NORTON LAW FIRM PC |
| 8 | 299 Third Street, Suite 200<br>Oakland, CA 94607 |
| 9 | Telephone: (510) 906-4900 |
| 10 | Attorneys for Defendant<br>PATREON, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>    Defendant. | Case No. 3:22-CV-03131-JCS<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT PATREON'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD AND PORTIONS OF THE SUPPLEMENTARY DECLARATION OF JASON BYTTOW** |

---

[~~PROPOSED~~] ORDER GRANTING DEFENDANT PATREON'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD AND PORTIONS OF THE SUPPLEMENTARY DECLARATION OF JASON BYTTOW
CASE NO. 3:22-CV-03131-JCS

This Court, having considered Defendant Patreon, Inc.,'s administrative motion to file under seal, hereby ORDERS that the motion is GRANTED, and that the following documents shall be filed under seal as specified below:

| Document | Description | Portions Filed Under Seal |
|---|---|---|
| Opposition | Patreon's Opposition to Plaintiffs' Motion to Supplement the Summary Judgement Record | p. i:10-12<br>p. 2:8-12, 17-18, 24-25<br>p. 4:23-24<br>p. 5:16-18<br>p. 6: 25-26<br>p. 7:28-8:1<br>p. 8:25-26<br>p. 9:2-3, 8-10, 21-28<br>p. 10:1-14, 17-18 |
| Declaration | Supplemental Declaration of Jason Byttow in Support of Defendant Patreon, Inc.'s Motion for Summary Judgment on Plaintiffs' VPPA Claims on the Ground That the VPPA Violates the First Amendment | p. 1:18-20, 23-27<br>p. 2:1-25<br>p. 3:11-22 |

IT IS SO ORDERED.

Dated:  March 7, 2024

_____
Honorable Joseph C. Spero
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANT PATREON'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD AND PORTIONS OF THE SUPPLEMENTARY DECLARATION OF JASON BYTTOW
CASE NO. 3:22-CV-03131-JCS