UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PATREON, INC.,<br><br>    Defendant. | Case No. 22-cv-03131-JCS<br><br>**ORDER DENYING MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: Dkt. No. 128 |

Plaintiffs have brought an administrative motion pursuant to Civ.L.R. 79-5 to consider whether material designated by Patreon as confidential under the protective order in this case should be filed under seal. Patreon has filed a response stating that it does not object to the filing of the designated material in the public record. *See* dkt. no. 135. Accordingly, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: March 7, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge