UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAYDEN STARK, et al.,

    Plaintiffs,

v.

PATREON, INC.,

    Defendant.

Case No. 22-cv-03131-JCS

**ORDER TO SHOW CAUSE**

On March 6, 2024, Plaintiffs filed an administrative motion to consider whether another party's material should be seal based on confidentiality designations by Patreon under the protective order in this case. Dkt. no. 139 ("Motion to Seal"). Pursuant to Civil Local Rule 79-5(f), a designating party must file a response in support of sealing the designated material within seven days. As Patreon has failed to file a response and the deadline has now passed, it is ordered to show cause why the Motion to Seal should not be denied and the designated material filed in the public record. Patreon's response shall be filed by March 21, 2024.

**IT IS SO ORDERED.**

Dated: March 18, 2024

JOSEPH C. SPERO
United States Magistrate Judge