Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 280145)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**STATEMENT OF RECENT DECISION**<br><br>Civ. L.R. 7-3(d)(2)<br><br>Judge: Hon. Joseph C. Spero<br>Date: March 29, 2024<br>Time: 9:30 a.m. |

Pursuant to Civil Local Rule 7-3(d)(2), Plaintiffs submit this Statement of Recent Decision providing notice of a relevant judicial opinion published after the date on which Plaintiffs filed their opposition to Patreon, Inc.'s motion for summary judgment.

Attached as **Exhibit A** is a true and correct copy of the opinion in *Saunders, et al. v. Hearst Television, Inc.*, No. 1:23-cv-10998-RGS, --- F. Supp. 3d ----, 2024 WL 126186 (D. Mass. Jan. 11, 2024). Pages 12-15 address a constitutional challenge to the federal law at issue in this case.

Dated: March 20, 2024

Respectfully submitted,

*/s/ Simon Grille*

Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 280145)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*