Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Emily Kirk (CA SBN 348547)
ekirk@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>   Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PATREON, INC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF RESPONSE TO SUPPLEMENTAL EVIDENCE** |

Having considered Defendant Patreon, Inc's Administrative Motion to Seal Portions of Patreon, Inc.'s Response to Supplemental Evidence Offered By Plaintiffs In Connection With Patreon's Motion For Summary Judgment and declarations in support thereof, the Court hereby GRANTS the Motion and ORDERS that the following portions of the documents shall be sealed, as indicated below:

| Document | Description | Designating Party |
|---|---|---|
| Response | Patreon, Inc.'s Response to Supplemental Evidence Offered By Plaintiffs In Connection With Patreon's Motion For Summary Judgment<br>Page 1, lines 7-12<br>Page 2, lines 1, 5-6, 7-11, 14, 21, 28<br>Page 3, line 28<br>Page 4, lines 16-19, 23-28<br>Page 5, lines 1-4, 5-12, 14 | Patreon, Inc. |
| Declaration | Declaration of Jason Bilog<br>Page 1, lines 10-11, 14-15<br>Page 2, lines 5-16 | Patreon, Inc. |
| Declaration | Declaration of Jared Smith<br>Page 1, lines 11, 13-14<br>Page 2, lines 6-17, 19-26<br>Page 3, lines 5-10 | Patreon, Inc. |
| Declaration | Declaration of Christopher Eppstein<br>Page 1, lines 11-12<br>Page 2, lines 5-24<br>Page 3, lines 1-15, 17-23, 25<br>Page 4, lines 1-3, 5 | Patreon, Inc. |

Dated:                                      Honorable Judge Joseph C. Spero

1

[PROPOSED] ORDER GRANTING DEF. PATREON, INC'S ADMIN. MTN. TO SEAL PORTIONS RESPONSE TO SUPP. EVIDENCE
CASE NO. 3:22-CV-03131-JCS