Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gilbert Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF JASON BILOG IN SUPPORT OF DEFENDANT PATREON, INC.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' VPPA CLAIMS ON THE GROUND THAT THE VPPA VIOLATES THE FIRST AMENDMENT**<br><br>Hearing Date: March 29, 2024<br>Time: 9:30 a.m.<br>Judge: Hon. Joseph C. Spero |

**REDACTED**

Decl. Of Jason Bilog ISO Patreon's MSJ
Case No. 3:22-cv-03131-JCS

Doc ID: 02cf769795bd95196f47dff9ebfeac852e3bd543

I, Jason Bilog, declare as follows:

1. I submit this declaration in support of Patreon, Inc.'s Motion for Summary Judgment. Except as otherwise indicated, I make this declaration based on personal knowledge. If called upon as a witness to testify to the truth of these statements, I could do so competently under oath.

2. I am a former employee of Patreon, Inc. ("Patreon"). I was employed by Patreon from January 2020 through February 2022. At Patreon, my title at first was Marketing Operations Manager and it later changed to Data Operations Manager.

3. I understand that certain Patreon account holders – Brayden Stark and Judd Oostyen ("Plaintiffs") – are named plaintiffs in the above-captioned case against Patreon.

4. Plaintiffs' counsel took my deposition in this case in February 2024. In my deposition, Plaintiffs' counsel asked me the questions and I gave the testimony ███████████████████ ███████████████.

5. I understand that Plaintiffs allege that (1) Patreon violated the Video Privacy Protection Act ("VPPA") by disclosing user's video views to Meta though use of the Meta Pixel; and (2) Patreon could have ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████ I understand the VPPA states:

> (2) A video tape service provider may disclose personally identifiable information concerning any consumer--
> ….
> (B) to any person with the informed, written consent (including through an electronic means using the Internet) of the consumer that--
>
> > (i) is in a form distinct and separate from any form setting forth other legal or financial obligations of the consumer;
>
> > (ii) at the election of the consumer--
> >
> > > (I) is given at the time the disclosure is sought; or
> >
> > > (II) is given in advance for a set period of time, not to exceed 2 years or until consent is withdrawn by the consumer, whichever is sooner; and
> >
> > (iii) the video tape service provider has provided an opportunity, in a clear and conspicuous manner, for the consumer to withdraw on a case-by- case basis or to withdraw from ongoing disclosures, at the consumer's election;

6. I am not aware of Patreon ever disclosing any information protected by the VPPA, for which satisfying the foregoing VPAA consent requirements was or would be needed. I am not aware of Patreon ever disclosing a user's video viewing history to Meta through use of the Meta Pixel or by any other means.

7. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

8. ███████████████████████████████████████████████████████████████████████████████████ I am not aware of any off-the-shelf software solution that is capable of doing so.

9. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on  03 / 11 / 2024 , in San Francisco, California.

_____
Jason Bilog

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

2

DECL. OF JASON BILOG ISO PATREON'S MSJ

                                                                           Audit trail

| | |
|---|---|
| Title | Declaration for lawsuit - Jason Bilog |
| File name | DRAFT - Declarati...upport of MSJ.pdf |
| Document ID | 02cf769795bd95196f47dff9ebfeac852e3bc543 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT**  
03 / 11 / 2024  
22:53:32 UTC  
Sent for signature to Jason Bilog (jrbilog@gmail.com) from dabad@nortonlaw.com  
IP: 24.4.199.41

**VIEWED**  
03 / 12 / 2024  
03:41:04 UTC  
Viewed by Jason Bilog (jrbilog@gmail.com)  
IP: 73.93.244.210

**SIGNED**  
03 / 12 / 2024  
03:42:49 UTC  
Signed by Jason Bilog (jrbilog@gmail.com)  
IP: 73.93.244.210

**COMPLETED**  
03 / 12 / 2024  
03:42:49 UTC  
The document has been completed.

Powered by Dropbox Sign