Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gilbert Walton (CA SBN 324133)
gwalton@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, KEVIN BLACK, and MARYANN OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF JARED SMITH IN SUPPORT OF DEFENDANT PATREON, INC.'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' VPPA CLAIMS ON THE GROUND THAT THE VPPA VIOLATES THE FIRST AMENDMENT**<br><br>Hearing Date:  March 29, 2024<br>Time:  9:30 a.m.<br>Judge:  Hon. Joseph C. Spero |

<u>**REDACTED**</u>

Declaration of Jared Smith ISO Patreon's MSJ
Case No. 3:22-cv-03131-JCS

Doc ID: bfbf1aa5545484bcacffddb5b26d39762bfe93fe

I, Jared Smith, declare as follows:

1. I submit this declaration in support of Patreon, Inc.'s Motion for Summary Judgment. Except as otherwise indicated, I make this declaration based on personal knowledge. If called upon as a witness to testify to the truth of these statements, I could do so competently under oath.

2. I am a former employee of Patreon, Inc. ("Patreon"). I was employed by Patreon from approximately August 2020 to February 2022. At Patreon, my title was Senior Engineering Manager.

3. I understand that certain Patreon account holders – Brayden Stark and Judd Oostyen ("Plaintiffs") – are named plaintiffs in the above-captioned case against Patreon.

4. Plaintiffs' counsel took my deposition in this case in January 2024.

5. In my deposition, Plaintiffs' counsel asked me questions and I gave testimony related to ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

6. I understand that Plaintiffs have alleged that (1) Patreon violated the Video Privacy Protection Act ("VPPA") by disclosing user's video views to Meta though use of the Meta Pixel; and (2) Patreon could have ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ I understand the VPPA states:

> (2) A video tape service provider may disclose personally identifiable information concerning any consumer--
>
> ….
>
> (B) to any person with the informed, written consent (including through an electronic means using the Internet) of the consumer that--
>
> > (i) is in a form distinct and separate from any form setting forth other legal or financial obligations of the consumer;
> >
> > (ii) at the election of the consumer--
> >
> > > (I) is given at the time the disclosure is sought; or
> > >
> > > (II) is given in advance for a set period of time, not to exceed 2 years or until consent is withdrawn by the consumer, whichever is sooner; and
> >
> > (iii) the video tape service provider has provided an opportunity, in a clear and conspicuous manner, for the consumer to withdraw on a case-by-case basis or to withdraw from ongoing disclosures, at the consumer's election;

1

7. I am not aware of Patreon ever having disclosed any information protected by the VPPA, for which satisfying the foregoing VPAA consent requirements was or would be needed. I am not aware of Patreon ever having disclosed a user's video viewing history to Meta through use of the Meta Pixel or by any other means.

8. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

9. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ I am not aware of any off-the-shelf software solution that is capable of doing so.

10. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

11. In my deposition, Plaintiffs' counsel likewise did not ask me what would be required to implement a consent mechanism for the Patreon website that would meet the VPPA-consent

████████████████████████████████████████████████████████████████████████████████████████████████████████

2

DECLARATION OF JARED SMITH ISO PATREON'S MSJ
Case No. 3:22-cv-03131-JCS
Doc ID: bfbf1aa55454484bca0ffdcb5b2603976260fe93fe

requirements, if doing so were possible at all, or what impact such a mechanism would have on user's experience on the website.

12. Implementing a consent mechanism for the Patreon website (or for any video-distribution website) that would meet the VPPA-consent requirements detailed above would (1) require substantial engineering work, and (2) degrade the user's experience on the website, if it were possible at all. ▉

▉

▉

▉

▉ This overhead would extend to the point of requiring dedicated teams working on these systems on an ongoing basis in perpetuity.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on __03 / 20 / 2024__, in Vallejo, California.

*[signature]*

Jared Smith

3

DECLARATION OF JARED SMITH ISO PATREON'S MSJ
Case No. 3:22-cv-03131-JCS
Doc ID: bfbf1aa55454484bca0ffdcb5b260397620fe93fe

 Audit trail

| | |
|---|---|
| Title | Updated declaration for Stark lawsuit - J Smith |
| File name | 2024.03.20 - J Sm...6-4406-8270 v.pdf |
| Document ID | bfbf1aa5545484bcacffddb5b26d39762bfe93fe |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT**    **03 / 20 / 2024**    17:55:29 UTC    Sent for signature to Jared Smith (jared@smithprocess.com) from dabad@nortonlaw.com
IP: 24.4.199.41

**VIEWED**    **03 / 20 / 2024**    19:37:09 UTC    Viewed by Jared Smith (jared@smithprocess.com)
IP: 174.160.228.105

**SIGNED**    **03 / 20 / 2024**    19:37:19 UTC    Signed by Jared Smith (jared@smithprocess.com)
IP: 174.160.228.105

**COMPLETED**    **03 / 20 / 2024**    19:37:19 UTC    The document has been completed.

Powered by Dropbox Sign