Adam E. Polk (SBN 273000)
Jordan Elias (SBN 228731)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 280145)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br>PATREON, INC.,<br>　　　　Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**NOTICE OF APPEARANCE OF JORDAN ELIAS** |

**PLEASE TAKE NOTICE** that Jordan Elias of Girard Sharp LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiffs Brayden Stark, Judd Oostyen, Isaac Belenkiy, Valerie Burton, Laura Goodfield, and Denovias Mack. Plaintiffs respectfully request that all further pleadings, notices, documents, and other papers herein be provided to and served upon counsel via ECF or otherwise to:

> Jordan Elias
> GIRARD SHARP LLP
> 601 California Street, Suite 1400
> San Francisco, CA 94108
> Tel: (415) 981-4800
> jelias@girardsharp.com

Dated: April 3, 2024   Respectfully submitted,

By: /s/ *Jordan Elias*
Adam E. Polk (SBN 273000)
Jordan Elias (SBN 228731)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 280145)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
jelias@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*