Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> PATREON, INC. <br><br> Defendant. <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ <br> This Document Relates to: <br><br> *Stark, et al. v. Meta Platforms, Inc.,* Case No. 3:23-mc-80326-JCS | Case No. 3:22-cv-03131-JCS <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> **N.D. Cal. L.R. 7-11 and 79-5** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs will and hereby do move the Court to consider whether Plaintiffs' and nonparty Meta's Joint Discovery Letter and certain exhibits attached thereto designated as "Confidential" or "Highly Confidential," or that otherwise disclose potentially confidential, proprietary, or private information, should be sealed. Plaintiffs file this motion to comply with the Stipulated Protective Order (Dkt. No. 29) entered in *Stark, et al.* v. *Patreon, Inc.*, Case No. 3:22-cv-03131-JCS, as well as Civil Local Rules 7-11 and 79-5.

### Material to Be Filed Under Seal

Paragraph 13.3 of the Stipulated Protective Order requires materials designated as "Confidential" ("Protected Material") to be filed under seal. Protected Material includes information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c). Stipulated Protective Order, ¶¶ 2.3, 2.15, *Stark, et al.* v. *Patreon, Inc.*, Case No. 3:22-cv-03131-JCS (N.D. Cal.), Dkt. No. 29.

Portions of Plaintiffs' and nonparty Meta's Joint Discovery Letter and certain exhibits attached thereto contain, summarize or reflect the content of materials Meta has designated as Protected Material pursuant to the Stipulated Protective Order entered in this case or potentially reflect confidential, proprietary, or private information. Plaintiffs file this administrative motion to comply with the Stipulated Protective Order and Civil Local Rule 79-5.

Plaintiffs request that the Court consider whether the following documents should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Discovery Letter | Plaintiffs' and Meta's Joint Letter: Page 1, Lines 12-15, 20-26, 31-39, FN 1; Page 2, Lines 4-11, 14-19, 21-34, 40-47; Page 3, Lines 1-5, 39-41, 45-46; Page 4; Lines 1-2, 4-6, 8-15, 18-23, 26-36, 38-46; Page 5, Lines 1-4, 8-10, 12-17, 20-31 | Non-Party Meta |
| Exhibit A | Plaintiffs' Excerpts of Deposition Transcript of Amlesh Jayakumar | Non-Party Meta |

2

| Document | Description | Designating Party |
|----------|-------------|-------------------|
| Exhibit C | Meta's Excerpts of Deposition Transcript of Amlesh Jayakumar | Non-Party Meta |

Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that all of the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)(1)" of Local Rule 79-5. None of the information at issue was designated as confidential by Plaintiffs. Plaintiffs take no position at this time on whether the designated portions satisfy the requirements for sealing, and specifically reserve the right to challenge any designation under the Stipulated Protective Order as well as the sealability of these documents under Civil Local Rule 79-5.

This motion complies with Civil Local Rules 7-11 and 79-5, and the following attachments accompany this motion:

1. The Declaration of Simon S. Grille in support of this Motion;

2. A proposed order that lists in the table format each document sought to be sealed;

3. Unredacted Version of Plaintiffs' and Meta's Joint Discovery Letter; and

4. Unredacted Versions of Exhibits A and C.

Dated: April 9, 2024    By: */s/ Simon S. Grille*
            Adam E. Polk (SBN 273000)
            Simon S. Grille (SBN 294914)
            Reid Gaa (SBN 330141)
            **GIRARD SHARP LLP**
            601 California Street, Suite 1400
            San Francisco, California 94108
            Telephone: (415) 981-4800
            Facsimile: (415) 981-4800
            apolk@girardsharp.com
            sgrille@girardsharp.com
            rgaa@girardsharp.com

            *Attorneys for Plaintiffs*

3

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
CASE NO. 3:22-cv-03131-JCS

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also caused a copy of the under-seal documents to be served *via electronic mail* and on the following:

Laurie Edelstein
John L. Flynn
Jonathan Alexander Langlinais
Paige E. Zielinski
Hayley L. MacMillen
**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105-2453
Telephone: (415) 293-5943
Email: ledelstein@jenner.com
Email: JFlynn@jenner.com
Email: JALanglinais@jenner.com
Email: PZielinski@jenner.com
Email: HMacMillen@jenner.com

*Counsel for Meta Platforms, Inc.*

Fred Norton
Nathan Walker
Bree Hann
Gil Walton
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900
Email: fnorton@nortonlaw.com
Email: nwalker@nortonlaw.com
Email: bhann@nortonlaw.com
Email: gwalton@nortonlaw.com

*Counsel for Patreon, Inc.*

*/s/ Simon S. Grille*
Simon S. Grille

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
CASE NO. 3:22-cv-03131-JCS