1    Adam E. Polk (SBN 273000)
     Simon Grille (SBN 294914)
2    Reid Gaa (SBN 330141)
     **GIRARD SHARP LLP**
3    601 California Street, Suite 1400
     San Francisco, CA 94108
4    Telephone: (415) 981-4800
     Facsimile: (415) 981-4846
5    apolk@girardsharp.com
     sgrille@girardsharp.com
6    rgaa@girardsharp.com
7
8    *Attorneys for Plaintiffs*
9
10                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
12
13   BRAYDEN STARK, JUDD OOSTYEN,         Case No.  3:22-cv-03131-JCS
     ISAAC BELENKIY, VALERIE BURTON,
14   LAURA GOODFIELD, and DENOVIAS MACK   **DECLARATION OF SIMON S. GRILLE**
     on behalf of themselves and all others similarly   **IN SUPPORT OF PLAINTIFFS'**
15   situated,                           **ADMINISTRATIVE MOTION TO**
                                         **CONSIDER WHETHER ANOTHER**
16              Plaintiffs,              **PARTY'S MATERIAL SHOULD BE**
          v.                             **SEALED**
17
     PATREON, INC.,
18
                Defendant.
19
20   This Document Relates to:
21
22   *Stark, et al. v. Meta Platforms, Inc.*, Case No. 23-
     mc-80326-JCS
23
24
25
26
27
     _____
28   DECLARATION OF SIMON S. GRILLE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION
     TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
     CASE NO. 3:22-cv-03131-JCS

I, Simon S. Grille, hereby declare under penalty of perjury:

1.    I am a partner of the law firm of Girard Sharp LLP and represent Plaintiffs Brayden Stark, Judd Oostyen, Isaac Belenkiy, Valerie Burton, Laura Goodfield, and Denovias Mack ("Plaintiffs") in this action. I have personal knowledge of the facts stated in this declaration and, if called to do so, could and would testify competently thereto.

2.    I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

3.    Paragraph 13.3 of the Stipulated Protective Order requires materials designated as "Confidential" ("Protected Material") to be filed under seal. Protected Material includes information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c). Stipulated Protective Order, ¶¶ 2.3, 2.15, *Stark, et al.* v. *Patreon, Inc.*, Case No. 3:22-cv-03131-JCS (N.D. Cal.), Dkt. No. 29.

4.    Portions of the Plaintiffs' and nonparty Meta's Joint Discovery Letter and certain exhibits attached thereto contain, summarize or reflect the content of materials Meta has designated as Protected Material pursuant to the Stipulated Protective Order entered in this case or potentially reflect confidential, proprietary, or private information:

| Document | Description | Designating Party |
|---|---|---|
| Discovery Letter | Plaintiffs' and Meta's Joint Letter: Page 1, Lines 12-15, 20-26, 31-39, FN 1; Page 2, Lines 4-11, 14-19, 21-34, 40-47; Page 3, Lines 1-5, 39-41, 45-46; Page 4; Lines 1-2, 4-6, 8-15, 18-23, 26-36, 38-46; Page 5, Lines 1-4, 8-10, 12-17, 20-31 | Non-Party Meta |
| Exhibit A | Plaintiffs' Excerpts of Deposition Transcript of Amlesh Jayakumar | Non-Party Meta |
| Exhibit C | Meta's Excerpts of Deposition Transcript of Amlesh Jayakumar | Non-Party Meta |

5.    Plaintiffs take no position at this time on whether the designated portions satisfy the requirements for sealing, and specifically reserve the right to challenge any designation under the

2

Stipulated Protective Order as well as the sealability of these documents under Civil Local Rule 79-5.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April, 2024, in San Francisco, CA.

/s/ Simon S. Grille
Simon S. Grille

DECLARATION OF SIMON S. GRILLE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:22-cv-03131-JCS

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on April 9, 2024, I electronically filed the foregoing document with the

3   Clerk of the Court using the CM/ECF system, which will automatically send notification of the

4   filing to all counsel of record. I also caused a copy of the under-seal documents to be served *via*

5   *electronic mail* on the following:

6   Laurie Edelstein                               Fred Norton
    John L. Flynn                                  Nathan Walker
7   Jonathan Alexander Langlinais                  Bree Hann
    Paige E. Zielinski                             Gil Walton
8   Hayley L. MacMillen                            **THE NORTON LAW FIRM PC**
9   **JENNER & BLOCK LLP**                         299 Third Street, Suite 200
    455 Market Street, Suite 2100                  Oakland, CA 94607
10  San Francisco, CA 94105-2453                   Telephone: (510) 906-4900
    Telephone: (415) 293-5943                      Email: fnorton@nortonlaw.com
11  Email: ledelstein@jenner.com                   Email: nwalker@nortonlaw.com
    Email: JFlynn@jenner.com                       Email: bhann@nortonlaw.com
12  Email: JALanglinais@jenner.com                 Email: gwalton@nortonlaw.com
    Email: PZielinski@jenner.com
13  Email: HMacMillen@jenner.com                   *Counsel for Patreon, Inc.*

14  *Counsel for Meta Platforms, Inc.*

15

16                                                 /s/ Simon S. Grille
17                                                 Simon S. Grille

18

19

20

21

22

23

24

25

26

27                                          4