**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>PATREON, INC.<br><br>        Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**[PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| This Document Relates to:<br><br>*Stark, et al. v. Meta Platforms, Inc.*, Case No. 3:23-mc-80326-JCS | |

Having considered Plaintiffs' April 9, 2024, Administrative Motion to Consider Whether Another Party's Material Should be Sealed, the Court hereby GRANTS the Motion and ORDERS that the following portions of the documents shall be sealed, as indicated below:

| Document | Description | Designating Party |
|---|---|---|
| Discovery Letter | Plaintiffs' and Meta's Joint Letter: Page 1, Lines 12-15, 20-26, 31-39, FN 1; Page 2, Lines 4-11, 14-19, 21-34, 40-47; Page 3, Lines 1-5, 39-41, 45-46; Page 4; Lines 1-2, 4-6, 8-15, 18-23, 26-36, 38-46; Page 5, Lines 1-4, 8-10, 12-17, 20-31 | Non-Party Meta |
| Exhibit A | Plaintiffs' Excerpts of Deposition Transcript of Amlesh Jayakumar | Non-Party Meta |
| Exhibit C | Meta's Excerpts of Deposition Transcript of Amlesh Jayakumar | Non-Party Meta |

**IT IS SO ORDERED**.

Dated: _____, 2024

_____
Honorable Joseph C. Spero
United States Magistrate Judge