# EXHIBIT B

**JENNER & BLOCK** LLP

**Topics for March 8, 2024 Consolidated Deposition of Meta**
*Stark* v. *Patreon*, No. 22 Civ. 3131 (N.D. Cal.) and
*Jackson* v. *Fandom*, 22 Civ. 4423 (N.D. Cal.)

**General Topics for Consolidated Deposition**

1.  The types of data that Meta receives through the Meta Pixel, including Microdata, and the data fields reflected in the data Meta has produced.

2.  Meta's organization, storage, retention, and ability to query cookie data and data received via the Meta Pixel in the ordinary course of business.

3.  The process for matching Facebook IDs with Event data transmitted through the Meta Pixel, association of Pixel Event data with specific Facebook users, and Meta's ability to identify unique Facebook users whose data was transmitted to Meta through the Meta Pixel.

4.  Functionality and operation of the Meta Pixel since 2019.

5.  Tools that Meta provides for managing Pixel data, including Meta Business Manager, Meta Event Manager, Ad Manager, and the Meta Pixel Helper.

6.  Tools that Meta provides to Facebook users to manage data sharing, including off-Facebook activity and "Download your information."

7.  Functionality of Facebook/Meta cookies since 2019, insofar as they relate to the transmission of Event data and/or other user data.

8.  Whether and how a user's operating system and/or web browser setting affects the transmission of Event data and cookies to Meta.

9.  The reporting Meta provides using Event data received via the Meta Pixel.

10. Use of data transmitted by the Meta Pixel in connection with advertising, including retargeting, tracking conversions, and creating custom audiences.

11. Notices or warnings that Meta provides to website developers about the transmission of consumer information.

***Stark* v. *Patreon* Specific Topics**

1.  The time period during which Meta received information from Patreon's Pixel.

2.  Data that Meta received from Patreon's Pixel on or after June 19, 2021, including cookies, Event data, microdata, and data related to the Plaintiffs.

3.  Patreon's agreement to the Facebook Business Tools Terms.

**JENNER&BLOCK** LLP

**_Jackson_ v. _Fandom_ Specific Topics**

1. The time period during which Meta received information from Fandom's Pixel.

2. Data that Meta received from Fandom's Pixel on or after June 19, 2021, including cookies, Event data, microdata, and data related to the Plaintiffs.

3. Fandom's agreement to the Facebook Business Tools Terms.