# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| **Case No.:** 22-cv-03131-JCS | **Case Name:** Stark v. Patreon, Inc. | |
|---|---|---|
| **Magistrate Judge:** JOSEPH C. SPERO | **Date**: April 12, 2024 | **Time:** 1 H 46 M |

**Attorney for Plaintiff:** Jordan Elias, Simone Grill, Trevor Tan
**Attorney for Defendant:** Fred Norton, Nathan Walker
**Attorney for Interested Party USA:** Leslie Vigen

**Deputy Clerk:** Karen Hom                               **Court Reporter:** Kendra Steppler

## ZOOM WEBINAR PROCEEDINGS

1. Motion for Summary Judgment on Plaintiffs' VPPA Claims [dkt 76] – Held.
2. Further Case Mgmt Conference – Held (1 M)

## ORDERED AFTER HEARING

Oral arguments were heard. Court takes the matter under submission.

**SEALED Session (11:04-11:24 = 20 M)**
Court went into a Sealed Session to discuss sealed exhibits I and V.
Only counsel who made an appearance in the sealed session may obtain a copy of the sealed transcript:  Simon Grill, Trevor Tan, Jordan Elias, Fred Norton, Nathan Walker, and Leslie Vigen.

**Order to be prepared by:**
  [ ]  Plaintiff         [ ]  Defendant          [X] Court