UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al., <br>     Plaintiffs, <br> v. <br> PATREON, INC., <br>     Defendant. | Case No. 22-cv-03131-JCS <br><br> **ORDER RE JOINT DISCOVERY LETTER** <br><br> Re: Dkt. No. 156 |

The motion is DENIED without prejudice. Plaintiffs have not shown that the additional testimony they seek is relevant to class certification, or that its production is proportional to the needs of the case. After class certification is decided, Plaintiffs and Meta shall meet and confer again on these issues to narrow or resolve their disputes.

**IT IS SO ORDERED.**

Dated: April 15, 2024

JOSEPH C. SPERO
United States Magistrate Judge