Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Emily Kirk (CA SBN 348547)
ekirk@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>      v.<br><br>PATREON, INC.,<br><br>            Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PATREON, INC'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF (1) PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO SUPPLEMENT THE SUMMARY JUDGMENT RECORD AND (2) PATREON'S RESPONSE TO SUPPLEMENTAL EVIDENCE.** |

Having considered Defendant Patreon, Inc's Administrative Motion to Seal Portions of (1) Plaintiffs' Reply in Support of Their Motion to Supplement the Summary Judgment Record and (2) Patreon's Response to Supplemental Evidence and declarations in support thereof, the Court hereby GRANTS the Motion and ORDERS that the following portions of the documents shall be sealed, as indicated below:

| Document | Description | Designating Party |
|---|---|---|
| Reply | Plaintiffs' Reply in Support of Motion to Supplement the Summary Judgment Record: Page 2, lines 27-28; Page 3, lines 6-7, 9, 11; Page 4, lines 2-4, 6, 15-16 | Patreon, Inc. |
| Response | Patreon, Inc.'s Response To Supplemental Evidence Offered By Plaintiffs In Connection With Patreon's Motion For Summary Judgment Page 1, lines 7-12 Page 2, lines 1, 5-6, 7-11, 14, 21, 28 Page 3, line 28 Page 4, lines 16-19, 23-28 Page 5, lines 1-4, 5-12, 14 | Patreon, Inc. |
| Declaration | Declaration of Jason Bilog Page 1, lines 10-11, 14-15 Page 2, lines 5-16 | Patreon, Inc. |
| Declaration | Declaration of Jared Smith Page 1, lines 11, 13-14 Page 2, lines 6-17, 19-26 Page 3, lines 5-10 | Patreon, Inc. |
| Declaration | Declaration of Christopher Eppstein Page 1, lines 11-12 Page 2, lines 5-24 Page 3, lines 1-15, 17-23, 25 Page 4, lines 1-3, 5 | Patreon, Inc. |

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | Honorable Judge Joseph C. Spero |
| 4 |   |

2

[Proposed] Order Granting Patreon's Admin. Mtn to Seal
Case No. 3:22-CV-03131-JCS