Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone: (628) 267-6800
ledelstein@jenner.com
pzielinski@jenner.com

*Attorneys for Non-Party Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendants. | Case No. 3:22-cv-03131-JCS<br><br>Hon. Joseph C. Spero<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**[PROPOSED] ORDER**

Having considered Plaintiffs' April 9, 2023 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion to Seal") and the Declaration of Laurie Edelstein in Support of the Motion to Seal filed by Meta Platforms, Inc., pursuant to Civil Local Rules 7-11 and 79-5, all materials submitted in support, and other records on file, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal is **GRANTED** as outlined below:

| Document | Document Portions to Be Sealed | Designating Party | Reason for Sealing |
|---|---|---|---|
| April 9, 2024 Joint Discovery Letter Brief (ECF No. 156) | Plaintiffs' and Meta's Joint Letter: Page 1, Lines 12-15, 20-26, 31-39, FN 1; Page 2, Lines 4-11, 14-19, 21-34, 40-47; Page 3, Lines 1-5, 37-39, 43-44;[1] Page 4; Lines 1-2, 4-6, 8-15, 18-23, 26-36, 38-46; Page 5, Lines 1-4, 8-10, 12-17, 20-29[2] | Non-Party Meta Platforms, Inc. | The document should be sealed because it includes Meta's non-public confidential business information, including confidential information regarding Meta's internal systems and processes related to the Meta Pixel, which if revealed would put Meta at a competitive disadvantage in the marketplace. |
| Exhibit A (156-1) to April 9, 2024 Joint Discovery Letter Brief (ECF No. 156) | Entire Document | Non-Party Meta Platforms, Inc. | The document should be sealed because it includes Meta's non-public confidential business information, including confidential information regarding Meta's internal systems and processes related to the Meta Pixel, which if revealed would put Meta at a competitive disadvantage in the marketplace. |

---

[1] Plaintiffs' motion to seal (ECF No. 155) inadvertently identifies these lines as 39-41, 45-46.

[2] Plaintiffs' motion to seal (ECF No. 155) inadvertently identifies these lines as 20-31.

JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

| Document | Document Portions to Be Sealed | Designating Party | Reason for Sealing |
|---|---|---|---|
| Exhibit C (156-3) to April 9, 2024 Joint Discovery Letter Brief (ECF No. 156) | Entire Document | Non-Party Meta Platforms, Inc. | The document should be sealed because it includes Meta's non-public confidential business information, including confidential information regarding Meta's internal systems and processes related to the Meta Pixel, which if revealed would put Meta at a competitive disadvantage in the marketplace. |

The Clerk of Court is directed to maintain the above-identified portions of Plaintiffs' and Meta's joint letter (ECF No. 156); Exhibit A to Plaintiffs' and Meta's joint letter (ECF No. 156-1); and Exhibit C to Plaintiffs' and Meta's joint letter (ECF No. 156-3) under seal.

**IT IS SO ORDERED.**

Dated: _____

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE