Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
Trevor T. Tan (SBN 280145)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**DECLARATION OF SIMON S. GRILLE IN SUPPORT OF STIPULATION TO SUSPEND CASE DEADLINES AND SCHEDULE A STATUS CONFERENCE** |

I, Simon S. Grille, hereby declare under penalty of perjury:

1. I am a partner at the law firm Girard Sharp LLP, and one of the attorneys of record for Plaintiffs.

2. I submit this declaration in support of the Parties' Stipulation to Suspend Case Deadlines and Schedule a Status Conference. I make this declaration based on my own personal knowledge. If called to do so, I could testify to the matters contained herein.

3. On June 27, 2023, November 20, 2023, March 5, 2024, and April 16, 2024, the parties mediated before the Honorable Jeremy D. Fogel (Ret.).

4. The parties reached an agreement in principle on terms of a settlement to resolve this action but require additional time to prepare and execute a formal settlement agreement that embodies their agreement in principle. The parties anticipate executing a final settlement agreement and Plaintiffs anticipate filing their motion for preliminary approval of the settlement within 60 days.

5. On April 14, 2023, the Court entered an order setting July 10, 2024, as the close of fact discovery. Dkt. No. 65.

6. On February 12 and March 5, 2024, the Court entered orders setting: (1) an April 29, 2024 deadline for Plaintiffs to file their motion for class certification; (2) a June 12, 2024 deadline for Patreon to file its opposition; (3) a July 10, 2024 deadline for Plaintiffs to file their reply; (4) a hearing on Plaintiffs' motion for class certification on August 16, 2024; and (5) additional deadlines governing the designation of experts and expert discovery (Dkt. Nos. 124, 138).

7. Pursuant to Local Rule 6-2(a)(2), following scheduling modifications have occurred in this case:

    a. Pursuant to stipulation, the Court extended Patreon's time to respond to the complaint, from June 21, 2022, to August 5, 2022. Dkt. No. 13.

    b. Pursuant to stipulation, the Court extended the briefing schedule for Patreon's motion to dismiss the original Complaint. Dkt. No. 26.

    c. Pursuant to stipulation, the Court twice extended the time for the United States to decide whether to intervene in this case for the purpose of defending the constitutionality of the VPPA. Dkt. No. 34 and 43.

1

DECLARATION OF SIMON S. GRILLE IN SUPPORT OF STIPULATION TO SUSPEND CASE DEADLINES AND SCHEDULE A STATUS CONFERENCE
CASE NO. 3:22-cv-03131-JCS

      d.      Pursuant to stipulation, the Court extended Patreon's time to respond to the First Amended Complaint, extended the briefing schedule on Patreon's Motion to Dismiss the First Amended Complaint, and extended the time for the United States to decide whether to intervene in this case for the purpose of defending the constitutionality of the VPPA. Dkt. No. 45.

      e.      Pursuant to stipulation, the Court extended Patreon's time to file its reply brief in support of Patreon's Motion to Dismiss. Dkt. No. 53.

      f.      The Court granted Plaintiffs' Administration Motion to Continue Class Certification in part and extended the class certification schedule. Dkt. No. 124.

      g.      Pursuant to stipulation, the Court extended Patreon's time to respond to the Second Amended Complaint. Dkt. No. 126.

      h.      Pursuant to stipulation, the Court extended Plaintiffs' deadline to file a reply in support of their motion for class certification and continued the class certification hearing by two weeks. Dkt. No. 138.

8.      Pursuant to Local Rule 6-2(a)(3), if the Court grants the Parties' stipulation to suspend case deadlines, it will suspend existing case deadlines while the parties finalize a settlement agreement and undertake the approval process. The parties will execute a final settlement agreement and Plaintiffs will submit their motion for preliminary approval of the settlement within 60 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 29th day of April, 2024 at San Francisco, California.

      By:   /s/ *Simon S. Grille*
              Simon S. Grille