Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>     v.<br><br>PATREON, INC.,<br><br>          Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Date:  May 31, 2024<br>Time:  2:00 p.m.<br>Courtroom: D, 15th Floor<br><br>Judge: Hon. Joseph C. Spero |

Plaintiffs Brayden Stark, Judd Oostyen, Isaac Belenkiy, Valerie Burton, Laura Goodfield, and Denovias Mack ("Plaintiffs") and Defendant Patreon, Inc. ("Patreon") (collectively, "the Parties") hereby provide this Joint Statement to apprise the Court of settlement-related developments in advance of the Status Conference scheduled for May 31, 2024.

*First*, Plaintiffs have requested that Patreon provide certain information related to Patreon account holders that Plaintiffs represent they believe is relevant to any settlement in this case, and Patreon has represented it will endeavor to provide the requested information by May 28, 2024.

*Second*, Plaintiffs represent that after a competitive bidding process, Plaintiffs selected a settlement administrator on May 17. The administrator provided Patreon with a proposed, draft depositary agreement on May 20. Patreon will endeavor to return comments on the proposed draft depositary agreement by May 30.

Dated: May 24, 2024

By: */s/ Simon S. Grille*
Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

Dated: May 24, 2024

By: */s/ Nathan Walker*
Fred Norton (CA SBN 224725)
Nathan Walker (CA SBN 206128)
Bree Hann (CA SBN 215695)
Gil Walton (CA SBN 324133)
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, CA 94607

Telephone: (510) 906-4900
fnorton@nortonlaw.com
nwalker@nortonlaw.com
bhann@nortonlaw.com
gwalton@nortonlaw.com

*Attorneys for Defendant*
*PATREON, INC.*

## **FILER'S ATTESTATION**

I, Simon Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Simon Grille*
Simon Grille