Laurie Edelstein (Bar No. 164466)
Paige Zielinski (Bar No. 318639)
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105-2453
Telephone:     +1 628 267 6800
Facsimile:      +1 628 267 6859
LEdelstein@jenner.com
PZielinski@jenner.com

*Attorneys for Non-Party*
*Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL TO META PLATFORMS, INC.** |

**PLEASE TAKE NOTICE** that Laurie Edelstein and Paige Zielinski of Jenner & Block LLP, counsel for non-party Meta Platforms, Inc. ("Meta), have changed their office address for service of notices and documents in the above-captioned action. Effective immediately, their office address and other contact information are as follows:

> Laurie Edelstein
> Paige Zielinski
> JENNER & BLOCK LLP
> 525 Market Street, 29th Floor
> San Francisco, CA 94105
> Telephone: (628) 267-6800
> Facsimile: (628) 267-6859
> LEdelstein@jenner.com
> PZielinski@jenner.com

| | | |
|---|---|---|
| 1 | Dated: June 5, 2024 | JENNER & BLOCK LLP |
| 2 | | |
| 3 | | By: */s/ Laurie Edelstein*_____<br>Laurie Edelstein |
| 4 | | Paige Zielinski<br>525 Market Street, 29th Floor |
| 5 | | San Francisco, CA 94105<br>Telephone: (628) 267-6800 |
| 6 | | Facsimile: (628) 267-6859<br>LEdelstein@jenner.com |
| 7 | | PZielinski@jenner.com |
| 8 | | *Counsel for Non-Party Meta Platforms, Inc.* |

**JENNER & BLOCK LLP**
**525 Market Street, 29th Floor**
**San Francisco, CA 94105**

NOTICE OF CHANGE OF ADDRESS                                   CASE NO. 3:22-CV-03131-JCS

2