Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
Trevor T. Tan (SBN 280145)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>PATREON, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PRELIMINARY APPROVAL MOTION** |

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiffs Brayden Stark, Judd Oostyen, Isaac Belenkiy, Valerie Burton, Laura Goodfield, and Denovias Mack ("Plaintiffs") and Defendant Patreon, Inc. ("Patreon") jointly stipulate as follows:

WHEREAS, in light of the parties' agreement in principle to resolve this action, the Court set June 28 as the deadline for the Parties to execute any final settlement agreement and for Plaintiffs to submit a preliminary approval motion by June 28 (ECF Nos. 164, 168);

WHEREAS, the Court set a further Case Management Conference for August 2, with a case management statement due by July 26 (ECF No. 168);

WHEREAS, the parties have exchanged drafts of the settlement agreement and continue to work diligently to finalize the settlement;

WHEREAS, the parties report meaningful progress in their discussions but respectfully request an additional four weeks to finalize the settlement agreement, the notice and claim procedures, and supporting documentation;

WHEREAS, in light of this requested extension, the parties request that the Court continue the August 2 Case Management Conference to August 14, with the case management statement due by August 7;

NOW THEREFORE, the parties respectfully request that the Court order the following deadlines:

- The parties will endeavor to execute a final settlement agreement and Plaintiffs will submit their motion for preliminary approval of the settlement by July 26; and
- The Case Management Conference set for August 2 is continued to August 14, with a case management statement due by August 7.

A proposed Order granting the foregoing relief appears beneath the signature blocks.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 24, 2024 | Respectfully submitted, |
| | By: /s/ *Simon S. Grille* |
| | Adam E. Polk (SBN 273000) |
| | Simon S. Grille (SBN 294914) |
| | Trevor T. Tan (SBN 280145) |
| | Reid Gaa (SBN 330141) |
| | GIRARD SHARP LLP |
| | 601 California Street, Suite 1400 |
| | San Francisco, CA 94108 |
| | Telephone: (415) 981-4800 |
| | Facsimile: (415) 981-4846 |
| | apolk@girardsharp.com |
| | sgrille@girardsharp.com |
| | ttan@girardsharp.com |
| | rgaa@girardsharp.com |
| | |
| | *Counsel for Plaintiffs* |
| Dated: June 24, 2024 | By: /s/ *Nathan Walker* |
| | Fred Norton (CA SBN 224725) |
| | fnorton@nortonlaw.com |
| | Nathan Walker (CA SBN 206128) |
| | nwalker@nortonlaw.com |
| | Bree Hann (CA SBN 215695) |
| | bhann@nortonlaw.com |
| | Gil Walton (CA SBN 324133) |
| | gwalton@nortonlaw.com |
| | Celine G. Purcell (CA SBN 305158) |
| | cpurcell@nortonlaw.com |
| | Emily Kirk (CA SBN 348547) |
| | ekirk@nortonlaw.com |
| | THE NORTON LAW FIRM PC |
| | 299 Third Street, Suite 200 |
| | Oakland, CA 94607 |
| | Telephone: (510) 906-4900 |
| | |
| | Attorneys for Defendant |
| | *PATREON, INC.* |

**ATTESTATION**

I, Simon Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: June 24, 2024

/s/ Simon Grille
Simon Grille

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

- The parties will endeavor to execute a final settlement agreement and Plaintiffs will submit their motion for preliminary approval of the settlement by July 26, 2024; and
- The Case Management Conference set for August 2, 2024, is continued to August 14, with a case management statement due by August 7.

Dated: _____                    By: _____
                                         Honorable Joseph C. Spero
                                         United States District Magistrate Judge