BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

LESLIE COOPER VIGEN
Senior Trial Counsel (DC Bar No. 1019782)
CLAYTON L. BAILEY
Trial Attorney (DC Bar No. 1644867)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for United States*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| Brayden STARK, Judd OOSTYEN, Kevin BLACK, and Maryann OWENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | **No. 3:22-cv-03131-JCS**<br><br>**MOTION TO WITHDRAW APPEARANCE OF LESLIE COOPER VIGEN**<br><br>Hon. Joseph C. Spero |

In accordance with Local Rule 11-5, Leslie Cooper Vigen hereby moves to withdraw her appearance on behalf of the United States in the above-captioned case. Ms. Vigen's employment with the United States Department of Justice will end on July 26, 2024, and she will no longer have responsibility for this matter after that date. The United States will continue to be represented by Clayton L. Bailey, another attorney at the Department of Justice who previously entered his appearance in this case.

Dated: July 23, 2023

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General
        Civil Division

        LESLEY FARBY
        Assistant Branch Director
        Civil Division, Federal Programs Branch

        */s/ Leslie Cooper Vigen*
        LESLIE COOPER VIGEN
        Senior Trial Counsel (D.C. Bar No. 1019782)
        CLAYTON L. BAILEY
        Trial Attorney (DC Bar No. 1644867)
        Civil Division, Federal Programs Branch
        United States Department of Justice
        1100 L Street, NW, Washington, D.C. 20005
        Telephone: (202) 305-0727
        Email: leslie.vigen@usdoj.gov

        *Counsel for United States*