# EXHIBIT B

|  | *In re: MacBook Keyboard Litigation*, No. 5:18-cv-02813-EJD-VKD (N.D. Cal. May 25, 2023) | *Weeks v. Google LLC*, No. 5:18- cv-00801-NC, 2019 WL 8135563 (N.D. Cal. Dec. 13, 2019) | *In re: Lenovo Adware Litigation*, No. 4:15-md-02624-HSG (N.D. Cal. May 6, 2019) | *In re: U.S. Office Of Personnel Management Data Security Breach Litigation*, No. 1:15-mc-01394-ABJ (D.D.C. Oct. 26, 2022) |
|---|---|---|---|---|
| **Total Settlement Fund** | $50 million | $7.25 million | $8.3 million | $63 million |
| **Number of Class Members** | Approximately 15 million | Approximately 800,000 | Approximately 797,000 | 360,000 (estimated) |
| **Potential Class Members to Whom Notice Was Sent** | **Group 1:** 56,378<br><br>**Groups 2-3:** 692,316 | 596,361 | Approximately 500,000 | Approximately 3.6 million |
| **Method(s) of Notice** | Email, Mail, Online | Email, Mail, Online | Email, Mail, Online | Email, Mail, Print Publication, Online, Radio, Union and Association Targeting |
| **Number and Percentage of Claim Forms Submitted** | **Group 1**: not required to submit claim to receive payment<br><br>**Groups 2-3**: 81,683 / approximately 11% | 41,971 / 5.25% | 112,135 valid claims / approximately 14% | 28,154 / 7.7% |
| **Average Recovery Per Class Member** | Between $50 to $395 depending on the Group to which the Class Member belongs | $142.76 | $45 for short form claims<br><br>Out-of-pocket expenses up to $750 for Class Members with documented proof of loss | A minimum of $700 for valid claims and up to $10,000 with a documented loss exceeding $700 depending on the proof submitted |
| **Amounts Distributed to Cy Pres Recipients (if any)** | N/A | N/A | $85,627.15 *cy pres* award distributed to EPIC, a leading non-profit consumer privacy organization | Any funds remaining in the settlement fund will revert to the U.S. Treasury in 2025 |
| **Administrative Costs** | Not to exceed $1.4 million | $310,000 | $483,256.80 | Paid by US Government |

1

|  | *In re: MacBook Keyboard Litigation*, No. 5:18-cv-02813-EJD-VKD (N.D. Cal. May 25, 2023) | *Weeks v. Google LLC*, No. 5:18- cv-00801-NC, 2019 WL 8135563 (N.D. Cal. Dec. 13, 2019) | *In re: Lenovo Adware Litigation*, No. 4:15-md-02624-HSG (N.D. Cal. May 6, 2019) | *In re: U.S. Office Of Personnel Management Data Security Breach Litigation*, No. 1:15-mc-01394-ABJ (D.D.C. Oct. 26, 2022) |
|---|---|---|---|---|
| **Attorneys' Fees and Costs** | **Fees:** $15 million<br><br>**Costs:** $1,559,090.75 | **Fees:** $2.175 million<br><br>**Costs:** $364,855.97 | **Fees:** $2.49 million<br><br>**Costs:** $340,798.70 | **Fees:** $6,977,347.55<br><br>**Costs:** $133,333.06 |
| **Injunctive and Non-Monetary Relief (if any)** | **Injunctive:** N/A<br><br>**Non-Monetary:** Class Members remain eligible for 4 years for Apple program that provides for a new keyboard and replacement of other major components | **Injunctive:** N/A<br><br>**Non-Monetary:** N/A | **Injunctive:** N/A<br><br>**Non-Monetary:** Defendant Superfish, who settled prior to its co-defendant, agreed to provide substantial cooperation to Plaintiffs | **Injunctive:** N/A<br><br>**Non-Monetary:** N/A |