1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

12

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

13

**SAN FRANCISCO DIVISION**

14

15

BRAYDEN STARK, JUDD OOSTYEN,
ISAAC BELENKIY, VALERIE BURTON,
16
LAURA GOODFIELD, and DENOVIAS
MACK, individually and on behalf of all others
17
similarly situated,

18

Plaintiffs,

19

v.

20

PATREON, INC.,

21

Defendant.

22

23

Case No. 3:22-CV-03131-JCS

**DECLARATION OF SETTLEMENT
ADMINISTRATOR SIMPLURIS INC. IN
SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT**

24

25

26

27

28

**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.**

I, Meagan Brunner, declare as follows:

1.      Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2.      I am a Program Manager at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and claims administrator.

3.      Simpluris has been administering class action settlements for over fifteen years, in which time we have been appointed in over 9,000 cases and distributed over $7 billion in funds. Our leadership team has nearly 150 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Recent representative cases include *Cordova et al v. United Education Institute et al*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp.*, Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc*., Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

## PRIVACY AND SECURITY

### Overview

4.      Simpluris maintains robust data and cybersecurity practices, controls, and procedures. These include the use of layered, industry-leading software and hardware systems to prevent both external and internal unauthorized access to sensitive client and company data. Unique among other administrators, Simpluris has developed a comprehensive, integrated administration system, Cadence, which was designed specifically to provide the highest level of data privacy and anti-intrusion security.

**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.**

Our systems are monitored, tested, and constantly upgraded by a highly experienced team of IT professionals, and systemwide security is overseen directly by our CTO.

5.      Simpluris is SOC 2 Type 1 and Type 2 certified. SOC 2 is a standard developed by the American Institute of CPAs (AICPA) to ensure that customer data is handled in a way that meets strict security, availability, integrity, confidentiality, and privacy standards. Certification requires an extensive audit of all aspects of company data practices by a qualified independent CPA or accounting firm.

6.      As an approved Redress Administrator for the FTC, and approved Fund Administrator for the SEC, Simpluris maintains Federal Information Security Management Act ("FISMA") and National Institute of Standards and Technology ("NIST") certification for data security.

### Security and Access Controls

7.      In compliance with the above certifications, Simpluris maintains strict physical and electronic access controls. For physical infrastructure and equipment these include access logs, video monitoring, and alarm systems. For electronic systems, this includes comprehensive, constantly monitored and updated, best-in-class anti-intrusion and anti-exfiltration measures. Access privileges to all computers, including individual employee workstations, is limited to the minimum required. Requests for additional privileges must be approved by both the employee's manager and IT security.

### Administrative Policies

8.      All Simpluris employees undergo a pre-hire background check and screening process.

9.      All Simpluris employees enter into a non-disclosure agreement.

10.     All Simpluris employees are required to undergo HIPAA training.

11.     All Simpluris employees are held to the highest ethical standards, and expected behavior is codified in the Employee Handbook, as well as other written policies and procedures. Simpluris adheres to clearly defined disciplinary procedures, and violations of policy can result in consequences up to and including termination of employment.

12.     Only US-based employees have access to systems that contain class data.

13.     When employment ends, the former employee's access to all Simpluris physical locations and electronic systems is immediately terminated.

**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.**

14. Simpluris carefully reviews all vendors and third-party services and service providers, and engages only those who meet our high standards for security and reliability.

15. Simpluris has never experienced a data breach. However, should such an event take place, Simpluris maintains a detailed incident response plan. The plan includes specific internal procedures and responses, as well as external notifications to our general counsel and third-party stakeholders.

**Data Practices**

16. Simpluris will collect and maintain class data only to the extent required by the administration of this settlement.

17. In all situations in which Simpluris employees handle PII, including class member data, we do so solely for the purpose of carrying out our duties and responsibilities as a third-party administrator.

18. Class data is maintained and preserved only for as long as required for administration of the settlement and any relevant subsequent reporting required. Data maintained on Simpluris' systems, including backups, is then deleted using NIST/DOD standards. Any data existing on external drives or other media provided to Simpluris in the course of the administration are either securely returned to the party that provided them, or wiped using NIST/DOD standards and physically destroyed.

**Insurance**

19. Simpluris maintains an E & O insurance policy of five million dollars ($5,000,000.00) as well as a cybersecurity insurance policy of five million dollars ($5,000,000.00).

**<u>OVERVIEW</u>**

20. Simpluris has been selected by counsel in the captioned matter to serve as the class action Settlement Administrator in this case. Based on information provided by the parties to date, Simpluris anticipates notice and administration expenses in the range of $300,000-$350,000.

21. Per the terms of the Settlement Agreement, in the course of this administration Simpluris will be charged with, among other responsibilities:

(a)     Disseminating notice of the proposed Settlement in compliance with the

requirements of the Class Action Fairness Act, 28 U.S.C. Sec. 1711, et seq. ("CAFA"), to be

**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.**

served upon the appropriate State official in each State where a Class Member resides and the appropriate federal official;

(b)     Establishing and maintaining an Interactive Voice Response ("IVR") settlement toll-free telephone number that will be available 24 hours a day and offer answers to frequently asked questions ("FAQs");

(c)     Establishing and maintaining a settlement-specific email box which will be monitored for Class Member inquiries;

(d)     Developing and maintaining an interactive settlement website that will host relevant settlement documents; allow eligible Class Members to submit claims electronically and elect to receive their payments digitally or by check; and comply with data privacy requirements, including a detailed Privacy Policy;

(e)     Processing incoming claims, requests for exclusion, objections, and related class correspondence;

(f)     Sending an email notice of the Settlement to eligible Class Members to provide information on how to file a claim, the deadline to do so, and other relevant dates;

(g)     Sending three reminder email notices to eligible Class Members that have not submitted a claim, request for exclusion, or objection.

(h)     Establishing and maintaining a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund;

(i)     Calculating the amounts due to each Class Member pursuant to the Settlement;

(j)     Processing payments to Class Members who make valid claims;

(k)     Preparing and filing all applicable tax forms and tax returns with state and federal agencies; and

(l)     Reporting on the status of the claims and distribution as required by the parties and Court.

22.     Prior to sending direct email notice, Simpluris will confirm that all email addresses received are properly formatted and able to receive notice. If direct email notice is returned, or "bounced

**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.**

back," Simpluris will perform a public records search, commonly called a "skip trace," utilizing available class member information to locate a more current or another available email address. Simpluris will resend the email notice to Class Members where a new valid email address was located.

23.     The proposed notice plan, consisting of direct notice by email notification, interactive settlement website, and communication with Class Members via IVR, represents "the best notice that is practicable under the circumstances" and will fully comply with the requirements set forth in Fed. R. Civ. P. 23(c)(2)(B).

24.     The proposed administration as a whole will fully implement the Settlement Agreement reached by parties.

I declare under penalty of the perjury under the laws of the United States that the foregoing is true and correct. Executed on August 2, 2024, at Louisville, Kentucky.

_____
MEAGAN BRUNNER

**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.**