UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PATREON, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-03131-JCS<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 76 |

In light of the fact that the parties have entered into a settlement agreement and a motion for preliminary approval of the settlement is pending, the Court DENIES Defendant's Motion for Summary Judgment without prejudice.

**IT IS SO ORDERED.**

Dated: August 12, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge