UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDEN STARK, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>PATREON, INC.,<br>　　　　Defendant. | Case No.  22-cv-03131-JCS<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL AS MOOT**<br><br>Re: Dkt. Nos. 150, 159 |

Presently before the Court are pending administrative motions seeking to seal materials that were offered in connection with the briefing on Defendant's motion for summary judgment (dkt. nos. 150 and 159 ("Motions to Seal")).  In light of the parties' settlement, the Court has denied the motion for summary judgment without prejudice and did not consider the material sought to be sealed in the Motions to Seal.  Accordingly, the Motions to Seal are DENIED as moot.  The materials sought to be sealed in those motions shall remain under seal.

**IT IS SO ORDERED.**

Dated: August 13, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge