| | |
|---|---|
| 1 | Fred Norton (CA SBN 224725) |
| 2 | fnorton@nortonlaw.com |
|   | Nathan Walker (CA SBN 206128) |
| 3 | nwalker@nortonlaw.com |
|   | Bree Hann (CA SBN 215695) |
| 4 | bhann@nortonlaw.com |
|   | Gil Walton (CA SBN 324133) |
| 5 | gwalton@nortonlaw.com |
| 6 | Celine G. Purcell (CA SBN 305158) |
|   | cpurcell@nortonlaw.com |
| 7 | THE NORTON LAW FIRM PC |
|   | 300 Frank H. Ogawa Plaza, Suite 450 |
| 8 | Oakland, CA 94612 |
|   | Telephone: (510) 906-4900 |
| 9 | |
| 10 | Attorneys for Defendant |
|    | PATREON, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, AND DENOVIAS MACK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> PATREON, INC., <br><br> Defendant. | Case No. 3:22-cv-03131-JCS <br><br> **NOTICE OF FIRM ADDRESS CHANGE FOR FRED NORTON** |

1

NOTICE OF FIRM ADDRESS CHANGE

## **NOTICE OF ADDRESS CHANGE**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE, effective September 1, 2024, the address of The Norton Law Firm PC will change from:

>The Norton Law Firm PC
>299 Third Street, Suite 200
>Oakland, CA 94607

to:

>The Norton Law Firm PC
>300 Frank H. Ogawa Plaza, Suite 450
>Oakland, CA 94612

Please send all future notices and correspondence to the new address listed above.

Dated: August 27, 2024                     THE NORTON LAW FIRM PC

*/s/ Fred Norton*
Fred Norton

Attorneys for Defendant
PATREON, INC.