| | |
|---|---|
| 1 | Fred Norton (CA SBN 224725) |
| 2 | fnorton@nortonlaw.com |
|   | Nathan Walker (CA SBN 206128) |
| 3 | nwalker@nortonlaw.com |
|   | Bree Hann (CA SBN 215695) |
| 4 | bhann@nortonlaw.com |
|   | Gil Walton (CA SBN 324133) |
| 5 | gwalton@nortonlaw.com |
| 6 | Celine G. Purcell (CA SBN 305158) |
|   | cpurcell@nortonlaw.com |
| 7 | THE NORTON LAW FIRM PC |
|   | 300 Frank H. Ogawa Plaza, Suite 450 |
| 8 | Oakland, CA 94612 |
|   | Telephone: (510) 906-4900 |
| 9 | |
| 10 | Attorneys for Defendant |
|    | PATREON, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, AND DENOVIAS MACK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 3:22-cv-03131-JCS |
| | **NOTICE OF FIRM ADDRESS CHANGE FOR EMILY KIRK** |
| Plaintiffs, | |
| v. | |
| PATREON, INC., | |
| Defendant. | |

1

NOTICE OF FIRM ADDRESS CHANGE

# NOTICE OF ADDRESS CHANGE

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE, effective September 1, 2024, the address of The Norton Law Firm PC will change from:

> The Norton Law Firm PC
> 299 Third Street, Suite 200
> Oakland, CA 94607

to:

> The Norton Law Firm PC
> 300 Frank H. Ogawa Plaza, Suite 450
> Oakland, CA 94612

Please send all future notices and correspondence to the new address listed above.

Dated: August 27, 2024                                THE NORTON LAW FIRM PC

                                                     */s/ Emily Kirk*
                                                     Emily Kirk

                                                     Attorneys for Defendant
                                                     PATREON, INC.