Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, AND DENOVIAS MACK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>  v.<br><br>PATREON, INC.,<br><br>    Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**NOTICE OF FIRM ADDRESS CHANGE FOR CELINE G. PURCELL** |

## **NOTICE OF ADDRESS CHANGE**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE, effective September 1, 2024, the address of The Norton Law Firm PC will change from:

> The Norton Law Firm PC
> 299 Third Street, Suite 200
> Oakland, CA 94607

to:

> The Norton Law Firm PC
> 300 Frank H. Ogawa Plaza, Suite 450
> Oakland, CA 94612

Please send all future notices and correspondence to the new address listed above.

Dated: August 27, 2024                                THE NORTON LAW FIRM PC


*/s/ Celine G. Purcell*
Celine G. Purcell

Attorneys for Defendant
PATREON, INC.