Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>PATREON, INC.,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: September 18, 2024<br>Time: 9:30 a.m.<br>Courtroom: D, 15th Floor<br><br>Judge: Hon. Joseph C. Spero |

Plaintiffs Brayden Stark, Judd Oostyen, Isaac Belenkiy, Valerie Burton, Laura Goodfield, and Denovias Mack ("Plaintiffs") and Defendant Patreon, Inc. ("Patreon") (collectively, "the Parties") hereby provide this Joint Case Management Statement pursuant to the Court's July 29 Order (ECF No. 175).

Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement and supporting documents on August 2, 2024. ECF No. 176. The Motion is set for hearing on September 18. ECF No. 177. All other deadlines in this action have been suspended pursuant to the Court's April 30 Order. ECF No. 164. The parties have no further updates at this time and will be prepared to address any questions raised by the Court at the hearing.

Dated: September 3, 2024

By: /s/ Simon S. Grille
Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Trevor T. Tan (SBN 281045)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

Dated: September 3, 2024

By: /s/ Nathan Walker
Fred Norton (CA SBN 224725)
Nathan Walker (CA SBN 206128)
Bree Hann (CA SBN 215695)
Gil Walton (CA SBN 324133)
**THE NORTON LAW FIRM PC**
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Telephone: (510) 906-4900
fnorton@nortonlaw.com
nwalker@nortonlaw.com

bhann@nortonlaw.com
gwalton@nortonlaw.com

*Attorneys for Defendant*
*PATREON, INC.*

### FILER'S ATTESTATION

I, Simon Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Simon Grille*
Simon Grille