# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### ZOOM CIVIL MINUTE ORDER

| Case No.: 22-cv-03131-JCS | Case Name: Stark v. Patreon, Inc. | |
|---|---|---|
| **Magistrate Judge:** JOSEPH C. SPERO | **Date**: September 18, 2024 | **Time:** 11 M (9:35-9:46) |

**Attorney for Plaintiff:** Simon Grille, Reid Gaa
**Attorney for Defendant:** Fred Norton, Nathan Walker

**Deputy Clerk:** Karen Hom              **Court Reporter:** Teresa Johnson (Remote)

### ZOOM WEBINAR PROCEEDINGS

1. Motion for Preliminary Approval of Class Action Settlement [dkt 176] – Held.
2. Further case management conference – Not Held.

### ORDERED AFTER HEARING

Oral arguments were heard. Parties shall file a modified proposed order and class notice by 9/20/2024.

**Order to be prepared by:**
[ ] Plaintiff          [ ] Defendant          [X] Court