Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Simon Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
ttan@girardsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**NOTICE OF FILING OF AMENDED PROPOSED ORDER AND EXHIBITS TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

# NOTICE OF FILING OF AMENDED PROPOSED ORDER AND EXHIBITS

Following the Preliminary Approval hearing held on September 18, 2024 (ECF No. 188), and consistent with the Court's guidance, the parties respectfully submit the following documents for the Court's consideration in connection with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 176):

1. Amended Proposed Preliminary Approval Order, attached hereto as Exhibit A;

2. Amended Long Form Notice, attached hereto as Exhibit B;

3. Amended Email Notice, attached hereto as Exhibit C;

4. Redline Version of Amended Proposed Preliminary Approval Order, attached hereto as Exhibit D;

5. Redline Version of Amended Long Form Notice, attached hereto as Exhibit E; and

6. Redline Version of Amended Email Notice, attached hereto as Exhibit F.

Dated: September 20, 2024         By: */s/ Simon S. Grille*
Adam E. Polk (SBN 273000)
Trevor T. Tan (SBN 281045)
Simon S. Grille (SBN 294914)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4800
apolk@girardsharp.com
ttan@giradsharp.com
sgrille@girardsharp.com
rgaa@girardsharp.com

*Attorneys for Plaintiffs*

Dated: September 20, 2024         By: */s/ Nathan Walker*
Fred Norton (CA SBN 224725)
Nathan Walker (CA SBN 206128)
Bree Hann (CA SBN 215695)
Gil Walton (CA SBN 324133)
**THE NORTON LAW FIRM PC**

2

300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Telephone: (510) 906-4900
Email: fnorton@nortonlaw.com
Email: nwalker@nortonlaw.com
Email: bhann@nortonlaw.com
Email: gwalton@nortonlaw.com

*Attorneys for Defendant*
*PATREON, INC.*

## FILER'S ATTESTATION

I, Simon Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

                                     */s/ Simon Grille*
                                     Simon Grille