# EXHIBIT B



United States District Court for the Northern District of California

*Stark et al. v. Patreon, Inc.*

Case No. 3:22-CV-03131-JCS

# Class Action Notice

## *Authorized by the U.S. District Court for the Northern District of California*

**Did you have a Patreon account and access videos on Patreon.com while you had a Facebook account between April 2016 and [PRELIMINARY APPROVAL DATE]?**

*A class action Lawsuit and a Settlement of that Lawsuit could affect your rights.*

*You may be eligible to receive payment from this Settlement.*

**Your Options:**

**1. Submit a claim.** Get a payment.

**2. Do nothing.** You will be bound by the Settlement and the Lawsuit and you will get no payment.

**3. Opt out of the Settlement.**

**4. Object to the Settlement.**

**You are not being sued.**

*This notice explains the Lawsuit, the Settlement, and your legal rights and options.*

*Please read the entire notice carefully.*

Important things to know:

- You **must submit a claim** to receive money from the settlement

- You do nothing, you will still be bound by the Settlement and the Lawsuit and your rights will be affected.

- If you want to opt out or object you must do so by [DATE].

- You can learn more at: [website].

2

# Table of Contents

**Table of Contents** .................................................................................................................3

**Key Information** ....................................................................................................................5

   What is happening in this lawsuit? ..............................................................................5

   Why did I get this notice? .............................................................................................5

   What are my options? ...................................................................................................6

   What are the most important dates? ............................................................................6

**Learning About the Lawsuit** ................................................................................................6

   What is this lawsuit about? ...........................................................................................6

   Why is there a settlement? ...........................................................................................7

   What happens next in this lawsuit? .............................................................................7

**Important Facts About How the Settlement Might Affect You** ............................7

   How do I know if I am a member of the Settlement Class? .........................................7

   What if I'm still not sure if I'm included in the Settlement Class? ..............................8

   What are the benefits of the Settlement? ...................................................................8

   How can I verify or update my mailing address? .......................................................8

**Your Options as a Settlement Class Member** .........................................................8

   What are my options if I am a Settlement Class Member? ........................................8

   Do I need to do anything to get paid? ........................................................................9

   How do I submit a form? ..............................................................................................9

   How much will my payment be? ................................................................................10

   When will I get my payment? .....................................................................................11

   What do I give up by making a Settlement Claim? ...................................................11

   What are the consequences of doing nothing? .........................................................11

   What if I don't want to be a part of the Settlement Class? .......................................11

   How do I opt out? ........................................................................................................12

   What are the consequences of excluding myself? .....................................................12

   How do I tell the Court if I don't like the Settlement? ..............................................13

   How do I submit an objection to the Settlement? .....................................................13

   What information must be included in an objection? ...............................................14

What's the difference between objecting and excluding?........................................14

**The Final Approval Hearing** ................................................................................................15

When and where will the Court decide whether to approve the Settlement?.......15

Do I have to come to the Final Approval Hearing?......................................................15

May I speak at the hearing?................................................................................................15

**The Lawyers Representing You** .........................................................................................16

Do I have a lawyer in this lawsuit? ...................................................................................16

How will the lawyers be paid? ...........................................................................................16

Should I get my own lawyer?.............................................................................................17

**Key Resources** ........................................................................................................................17

How can I get more information? ....................................................................................17

## Key Information

### What is happening in this lawsuit?

A group of people (called Plaintiffs) filed a class action lawsuit against Patreon, Inc. ("Patreon")—the defendant in this lawsuit. These Plaintiffs claimed that Patreon disclosed its users' identities and video-viewing preferences without consent in violation of federal law. Patreon denies these allegations.

> **What is a class action lawsuit?**
>
> A class action is a lawsuit in which one or more people sue on behalf of a larger group, called the Class.

In April 2024, Patreon agreed to pay $7.25 million to settle the claims against it. The group of people that Patreon has agreed to pay is called the Settlement Class and it includes everyone who, between April 2016 and [PRELIMINARY APPROVAL DATE], requested or obtained video content on the Patreon website (patreon.com) while in the United States and at a time the person had a Facebook account and a Patreon account. If you are in this group and want to get paid, **you must submit a claim**. Details on how to submit a claim are provided below.

### Why did I get this notice?

A court authorized this Notice because you have the right to know about the proposed settlement in the class action lawsuit, *Stark et al. v. Patreon, Inc.* **You received this notice because you may be a member of the group of people whose rights are affected by the proposed settlement.** This notice gives you information about the case and tells you how to opt out if you don't want to be part of it.

It is an important legal document, and we recommend that you read all of it. If you have questions or need assistance, please go to [website] or call [phone number].

## What are my options?

| Submit A Claim Form | The only way to get a payment |
|---|---|
| Exclude Yourself by Opting Out | Get no payment.<br><br>This is the only option that allows you to keep your right to bring any other claim against Patreon related to the subject matter of the claims in this case. |
| Object to the Settlement and/or Attend a Hearing | You can write to the Court about why you like or do not like the Settlement. The Court cannot order a different settlement.<br>You can also speak to the Court at the hearing on _____, 2024 about the fairness of the Settlement, with or without your own attorney. |
| Do Nothing | Get no payment. Give up rights and be bound by the Settlement. |

## What are the most important dates?

> The deadline to submit a claim for a payment from the Settlement is [DATE].
>
> The deadline to opt out of the Settlement is [DATE].
>
> The deadline to object to the Settlement is [DATE].

# Learning About the Lawsuit

## What is this lawsuit about?

> Plaintiffs claim that Patreon violated the Video Privacy Protection Act ("VPPA") by disclosing its subscribers' identities and video-viewing preferences without lawful consent. The lawsuit contends that Patreon

6

transmitted this information to Meta Platforms, Inc. ("Meta")— the owner of Facebook—through use of a web tracking tool called the Meta Pixel. The case is *Stark et al. v. Patreon, Inc.*, Case No. 3:22-CV-03131-JCS (N.D. Cal.)

Patreon denies the allegations made in the lawsuit and denies that it did anything improper or unlawful.

The Court has not determined who is right.
The proposed settlement to resolve this case is not an admission of guilt or wrongdoing by Patreon.

**Where can I learn more?**

You can get a complete copy of the key documents in this lawsuit by visiting:
[website]

### Why is there a settlement?

The Court did not decide in favor of the Plaintiffs or the Defendant. Instead, both sides agreed to a Settlement. That way, they avoid the costs and risks of a trial, and the affected Class Members can get benefits or compensation. The class representatives and their attorneys think the Settlement is best for the Class.

### What happens next in this lawsuit?

The Court in charge of this case will decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeal is resolved

# Important Facts About How the Settlement Might Affect You

### How do I know if I am a member of the Settlement Class?

The Settlement Class includes all persons who, between April 1, 2016, to and through [Preliminary Approval date], requested or obtained video content on the Patreon website (patreon.com) while in the United States and at a time the person had a Facebook account and

> also had a Patreon account.
>
> If you are in this group, you are a member of the Settlement Class and you must submit a claim in order to receive payment.

## What if I'm still not sure if I'm included in the Settlement Class?

> If you are not sure whether you are included in the class, you can ask for free help by calling Simpluris (the Claims Administrator) at XXX-XXX-XXXX for more information. You can also visit www.XXXX.com.

## What are the benefits of the Settlement?

> Patreon will pay $7,250,000 into a Settlement Fund. Patreon has also agreed not to operate the Meta Pixel on any web page on the Patreon website that includes video content unless: (a) the VPPA is amended in relevant part, repealed, or otherwise invalidated; (b) Patreon obtains consent in the form required by the VPPA; or (c) the Meta Pixel on the relevant Patreon web page otherwise complies with the VPPA.
>
> Eligible claimants under the Settlement will receive a pro rata (or equal) portion of the Settlement Fund after deductions for administration expenses, attorneys' fees and costs, and service award payments to the Plaintiffs.

## How can I verify or update my mailing address?

> You can update your contact information by visiting www.XXXXX.com or emailing [email address].

# Your Options as a Settlement Class Member

## What are my options if I am a Settlement Class Member?

> You have three options as a member of the Settlement Class. You can:
>
> (1)  submit a claim to get paid from the Settlement;

8

(2) opt out of the Settlement Class and retain your right to sue Patreon; or

(3) do nothing and remain in the Settlement Class. If you do nothing and do not submit a claim, you will not receive a payment. You can also object to any part of the Settlement that you do not like, if you don't opt out of the Settlement Class.

## Do I need to do anything to get paid?

YES. To receive a payment from the Settlement you MUST submit a claim.

**The deadline to submit a claim is [DATE].**

## How do I submit a form?

If you are a class member (see pages 7-8) and you want to receive a payment, you can submit a claim by filling out and submitting the claim form available at www.XXXXX.com.

You must provide the link for your Facebook profile page on the claim form, so that the Claims Administrator can verify that you are a Class Member. The link you provide must correspond with a Facebook profile that includes your personal information. To find your Facebook profile page link, you can use the following steps:

**How to obtain your Facebook profile link on a web browser**

(1) **Log in to Facebook.** Open your web browser and go to Facebook. Log in with your username and password.

(2) **Go to your profile.** Click on your profile picture in the top right corner and then click your name to go to your profile page. If you are using a web browser on a mobile device, you must first click the three horizontal lines in the top right corner of the screen and then your name in the top left corner.

(3) **Identify the link.** Look at the address bar in your browser. The link for your Facebook profile page is located here. If you are using a

9

web browser on a mobile device, you will need to tap the address bar to see the full link. Below are examples of how the link may appear:

(a) https://www.facebook.com/profile.php?id=1234567890

**or**

(b) https://www.facebook.com/username

**How to obtain your Facebook profile link on the mobile phone Facebook App**

(1) **Open the Facebook app.** Open the Facebook app on your mobile device. If necessary, log in with your username and password.

(2) **Go to your profile.** Tap the three horizontal lines above the word "Menu" in the bottom right corner. Then click on your name or profile picture in the top left corner to go to your profile page.

(3) **Copy profile link.** Tap the button with three dots (it appears next to the "Edit profile" button). Scroll to the bottom of the list of options and tap "Copy profile link."

The Claim Form requires that you attest under oath that you accessed video content on Patreon.com while you had a Facebook account.

It is important to provide accurate information in the Claim Form because a sample of claims will be audited by the Claims Administrator. If the Claims Administrator cannot verify your claim based on your initial submission, you may be asked for more information. The Claims Administrator will provide you with further instructions in the event you are required to submit this information.

If you have questions, you can contact the Claims Administrator by telephone (XXX-XXX-XXXX) or email [insert email address].

**The deadline to submit a claim form is [DATE].**

## How much will my payment be?

After deduction of the costs of notice and settlement administration,

any Court-approved award of attorneys' fees (up to 30% of the Settlement Fund), litigation costs, and any service awards for the Class Representatives (up to $7,500 to each of the six individual Class Representatives), the Settlement Fund will be divided equally among eligible class members.

We will not know the final amount that each class member will receive until all claims are completed. Based on claims rates in similar cases, eligible class members may receive between $35 and $175 each. The actual amount that each class member receives will be determined once all claims are evaluated, and may be higher or lower than these estimates.

## When will I get my payment?

Payments will be made if the Court approves the Settlement after the Final Approval Hearing and there is no appeal from the order approving the Settlement. For updates please visit www.website.com or follow @GirardSharp on X (Twitter).

## What do I give up by making a Settlement Claim?

Unless you exclude yourself with an opt-out request (see page 12), you cannot sue, continue to sue, or be part of any other lawsuit against Patreon about the issues in this case. The "Releases" section in the Settlement Agreement describes the legal claims that you give up if you remain a Settlement Class Member.

The Settlement Agreement is available at www.XXXX.com.

## What are the consequences of doing nothing?

If you do nothing, you won't be able to start, continue, or be part of any other lawsuit against Patreon for alleged violation of the VPPA during the Class Period.

## What if I don't want to be a part of the Settlement Class?

You can opt out of the Settlement Class.

11

Information about how to opt out of the Settlement Class is on page 12.

## How do I opt out?

You can opt out of the Settlement Class by going to www.XXXX.com and filling out the online form, or by sending a letter via first class U.S. mail saying that you want to opt out of the Settlement in *Stark et al. v. Patreon, Inc.*, Case No. 3:22-CV-03131-JCS (N.D. Cal.) to the Claims Administrator at the below address:

> Simpluris Inc.
> 3194-C Airport Loop Drive
> Costa Mesa, CA 92626
> [Phone Number]

You must include your name, address, telephone number, and your signature. If you are under 18 years old and do not want your name included on the list of optouts filed with the Court, your letter must state that you are under 18. The deadline to opt out is [DATE].

## What are the consequences of excluding myself?

If you are a class member (see page 7-8 above), unless you opt out, you give up the right to sue Patreon for the claims resolved by the Settlement. If you are a class member and you want to pursue your own lawsuit, you must opt out. You will be responsible for the cost of any services provided by your lawyer.

This is your only opportunity to opt out of the Settlement Class.

**What happens if I opt out of the Settlement Class?**

If you opt out of the Settlement Class, you will:

- Not be eligible to receive payment from the Settlement;
- Not have any rights as a member of the class under the Settlement;
- Not be bound by any further orders or judgments in this case; and

- Keep the right, if any, to file a lawsuit against (or continue to sue) Patreon about the legal claims brought on behalf of the Settlement Class.

## How do I tell the Court if I don't like the Settlement?

If you are a Settlement Class Member and do not opt out of the Settlement, you have the right to object to the Settlement, the Plan of Allocation, or Class Counsel's request for attorneys' fees, expenses and service awards. You can't ask the Court to order a different settlement. The Court can only approve or reject the Settlement.

If the Court denies approval of the Settlement, no money will be paid to class members and the lawsuit will continue

## How do I submit an objection to the Settlement?

To object to the Settlement, you (or your lawyer if you have one) must submit a written objection to the Court and send the objection to the Claims Administrator at the addresses on page 12. You must submit your objection on or before [DATE]. Your objection can include any supporting materials, papers, or briefs that you want the Court to consider.

If you submit a timely written objection, you may (but are not required to) appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney.

All written objections and supporting papers must clearly identify the case name and number (Stark v. Patreon, No. 3:22-CV-03131-JCS (N.D. Cal.). You can file the objection electronically at https://www.cand.uscourts.gov/cm-ecf or mail the objection by First Class U.S. Mail, so that it is submitted electronically or postmarked no later than [DATE], to the following address:

> Clerk of the Court
> U.S. District Court for the
> Northern District of
> California
> 450 Golden Gate Avenue
> San Francisco, CA 94102
> Case No. 3:22-CV-03131-JCS

## What information must be included in an objection?

An objection must include:

(a) a written statement identifying your name, address, and signature, and, if represented by counsel, the name, address of counsel;

(b) a written statement that you had a Patreon account and a Facebook account between April 1, 2016 through [Preliminary Approval date] and requested or obtained video content on the Patreon website during that time;

(c) a written statement of your objection and the reasons for your objection;

(d) a written statement whether the objection applies only to you, to a specific subset of the Class, or to the entire Class; and

(e) any documentation or authorities in support of your objection.

If you do not mail or electronically file the objection, you must have it delivered in person to the above address, no later [DATE].

## What's the difference between objecting and excluding?

Objecting is telling the Court that you don't like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is opting out and telling the Court that you don't want to be part of the Settlement. If you opt out of the Settlement, you cannot object to it because it no longer affects you.

14

# The Final Approval Hearing

**When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing on _____, 2024 at ___, in Courtroom D on the 15th Floor of the San Francisco federal courthouse located at 450 Golden Gate Avenue, San Francisco, CA 94102.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to Class Members who speak at the hearing.

The Court will also decide how much Class Counsel should receive in fees, expense reimbursements and service awards. After the hearing, the Court will decide whether to approve the Settlement.

The Court may reschedule the Final Approval Hearing, or hold the hearing via Zoom Webinar, or change any of the deadlines described in this Notice. The date of the Final Approval Hearing may change without further notice to Class Members. Be sure to check the website, www._____.com, for news of any such changes. You can also access the case docket via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov.

**Do I have to come to the Final Approval Hearing?**

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish.

If you send an objection, you do not have to come to the hearing. If you submitted your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but that is not necessary.

**May I speak at the hearing?**

15

> You may speak at the Final Approval Hearing.

# The Lawyers Representing You

## Do I have a lawyer in this lawsuit?

Yes. In a class action, the court appoints class representatives and lawyers to work on the case and represent the interests of all the class members. For purposes of the case, the Court has appointed Simon Grille and Reid Gaa of Girard Sharp LLP to serve as Class Counsel for the Settlement Class.

>> Simon S. Grille
>> Reid Gaa
>> **Girard Sharp LLP**
>> 601 California Street, Suite 1400
>> San Francisco, CA 94108
>> Telephone: (415) 981-4800
>> patreonvppa@girardsharp.com

**You will not be charged for Class Counsel's services**, although their fees may be paid with the Court's approval from the settlement negotiated on behalf of the class.

Class Counsel does not represent you individually, only as a member of the Class.

If you want to be represented by your own lawyer, you may hire one at your own expense.

## How will the lawyers be paid?

Class Counsel, who have not been paid for their services in this case since it began, will ask the Court for an award of attorneys' fees of up to 30% of the Settlement Fund. Class Counsel will also seek reimbursement of costs and expenses (1) advanced in litigating the case and (2) for providing notice and administering the settlement, as well as service awards to the Class Representatives of up to $7,500 each.

All of these amounts, as well as the costs associated with notice and

16

administering the settlement, will be paid from the Settlement Fund.

All awards for attorneys' fees and expenses are subject to Court approval and will be paid from the Settlement Fund only after the Court approves them.

A copy of Class Counsel's Motion for Attorneys' Fees and Expenses and for Plaintiff Service Awards will be available at www.XXXX.com by [DATE].

You do not individually have to pay any attorneys' fees or expenses in connection with the lawsuit.

### Should I get my own lawyer?

You do not need to hire your own lawyer.

If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your own lawyer to appear in court if you want someone other than Class Counsel to speak for you.

You may also appear for yourself without a lawyer.

# Key Resources

### How can I get more information?

This Notice summarizes the proposed Settlement—more details are in the Settlement Agreement and other case documents. To get a copy of the case documents you can:

- contact the lawyers who represent the class (information below);
- visit the case website at [website];
- access the Court Electronic Records (PACER) system online at: https://ecf.cand.uscourts.gov; or
- by visiting the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations

17

> between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays (addresses below).

| Resource | Case Information |
|---|---|
| **Case website** | [website] |
| **Toll Free Number** | [phone number] |
| **Claims Administrator** | Simpluris Inc.<br>3194-C Airport Loop Drive<br>Costa Mesa, CA 92626<br>[Phone Number] |
| **Class Counsel** | Simon Grille<br>Reid Gaa<br>**Girard Sharp LLP**<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>patreonvppa@girardsharp.com |
| **Court (DO NOT CONTACT)** | PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS:<br><br>Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102<br><br>Robert F. Peckham Federal Building and United States Courthouse, 280 South 1st Street, San Jose, CA 95113<br><br>Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, Oakland, CA 94612<br><br>United States Courthouse, 3140 Boeing Avenue, McKinleyville, CA 95519 |