Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
Trevor T. Tan (SBN 280145)
Reid Gaa (SBN 330141)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>PATREON, INC.,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-03131-JCS<br><br>**JOINT NOTICE REGARDING CLASS ACTION SETTLEMENT** |

Plaintiffs Brayden Stark, Judd Oostyen, Isaac Belenkiy, Valerie Burton, Laura Goodfield, and Denovias Mack ("Plaintiffs") and Defendant Patreon, Inc. ("Patreon"), hereby respectfully notify the Court of recent developments related to the class action Settlement in this case, as set forth below:

**Background**:

On August 2, 2024, Plaintiffs filed their motion for preliminary approval of the class action Settlement in this case. *See* ECF No. 176. Plaintiffs' motion stated that (1) Patreon's records indicate that "approximately 6 million Patreon account holders accessed video content on patreon.com while in the United States during the Class Period." *Id.* at 12. Plaintiffs' motion further stated that, based on information provided by the parties, the Claims Administrator (Simpluris, Inc.) "anticipates notice and administration expenses in the range of $300,000-$350,000." *Id.* at 8.

On September 23, 2024, the Court granted preliminary approval of the class action Settlement and appointed Simpluris to serve as the Claims Administrator. *See* ECF No. 192.

**Developments**

On October 4, 2024, pursuant to section 6.1 of the Settlement Agreement (*see* ECF No. 176-1), Patreon provided Simpluris with the names and email addresses that Patreon has for all potential class Members (the "Potential Class List"). The Potential Class List contains information for a total of 8,653,241 Patreon account holders, of which, Simpluris has indicated, 8,168,662 have valid email addresses and will receive direct Notice of the Settlement.

The increase – from the "approximately 6 million" figure to the 8-million figures discussed above – is due to limitations in Patreon's records associated with the time periods when the Meta Pixel was operative on its website, and the parties wish to give notice to the broadest potential group of Class members.

Based on the 8,168,662 figure, Simpluris has provided a revised not-to-exceed estimate of $425,000, to perform notice and administration for the Settlement.

Plaintiffs and Patreon each continue to believe that the Settlement is fair, reasonable, and adequate for the Class.

Plaintiffs will arrange to have the Claims Administrator post this Notice on the Settlement Website.

Dated: October 13, 2024

Respectfully submitted,

By:  /s/ *Simon S. Grille*
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
Trevor T. Tan (SBN 280145)
Reid Gaa (SBN 330141)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
ttan@girardsharp.com
rgaa@girardsharp.com

*Counsel for Plaintiffs*

Dated:  October 13, 2024

By:  /s/ *Nathan Walker*
Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Emily Kirk (CA SBN 348547)
ekirk@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Defendant

*PATREON, INC.*

## ATTESTATION

I, Simon Grille, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated:  October 13, 2024                    /s/ Simon Grille
                                            Simon Grille