**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC. RE ADMINISTRATION** |

I, Meagan Brunner, declare as follows:

1. Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2. I am a Director of Client Services at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and claims administrator.

3. Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. AutoZone, Inc.* (US District Court, CA Central Division) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

4. Simpluris was approved by Counsel for both Parties and appointed by the Court in the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Providing for Notice ("Preliminary Approval Order") entered on September 23, 2024, to provide settlement administration services in this litigation. In this capacity, Simpluris was charged with the following:

a. establishing and maintaining a settlement-specific website (www.patreonsettlement.com);

b. establishing and maintaining a settlement-specific toll-free phone number (1-833-234-6281), offering the opportunity to listen to frequently-asked questions;

c. establishing a P.O. Box to receive requests for exclusion, objections to the proposed settlement, and any other correspondence submitted by all potential Class Members;

d. establishing and maintaining a settlement-specific email address (info@patreonsettlement.com);

e. emailing Notice to known potential Class Members;

f. receiving and processing Class Members' requests for exclusion from the proposed settlement and objections to the proposed settlement;

g. receiving, processing, and validating Claim Forms;

h. processing and issuing payments via electronic payment to eligible Class Members, and sending payments to the Settlement Class Representatives and Settlement Class Counsel;

i. providing counsel for the Parties with weekly status reports regarding the claims administration process; and

j. other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

**CAFA NOTIFICATION**

5. On August 12, 2024, pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, Simpluris completed a mailing that informed the appropriate state and federal Attorneys General about the Settlement on behalf of Defendant Patreon, Inc. Attached hereto as **Exhibit A** is a true and correct copy of the CAFA notice letter sent to the Attorneys General and the list of recipients.

6. As of December 10, 2024, Simpluris has only received one request from an Attorney General to re-send the CAFA exhibits, which Simpluris re-sent. Simpluris has not received any questions or indications of intention to intervene from any state or federal Attorney General.

**POTENTIAL CLASS LIST**

7. On October 3, 2024, Counsel for Defendant provided Simpluris with a data list containing the names and email addresses for each potential Class Member ("Potential Class List"). The Potential Class List contained records for 8,653,241 individuals identified as potential Class Members. Of the 8,653,241 records in the Class List, 8,168,662 records had valid email addresses.

8. The remaining 484,579 records contained invalid email addresses as outlined in the table below. Email addresses designated with an invalid status described below are excluded from mass email notification campaigns as a standard best practice. Ignoring invalid status designations may create a high risk for campaign failure due to the overwhelming likelihood of emails being flagged as abuse or spam.

| **Invalid Status** | **Description** | **Count** |
|---|---|---|
| Invalid Format | Email addresses which include foreign characters, incomplete domains, etc. are treated as invalid for mass email notifications. | 248,028 |

| | | |
|---|---|---|
| Abuse | Emails identified as part of abuse or unsubscribe lists which increases the likelihood of emails being reported as abuse or spam. | 110,843 |
| Unable to Authenticate | Emails that cannot be authenticated as valid due to specific server configurations related to those emails. | 87,139 |
| Do Not Mail | Emails associated with or correlated with global suppression lists, spam trap emails, abuse emails, and may contain emails associated with a position or a group of people. | 29,132 |
| Unknown | Emails that cannot be authenticated as valid due to a variety of server configurations such as the server not responding. | 8,951 |
| Spam Trap | Emails identified as potential trap to flag the email sender as spam. | 486 |
| **Total** | | **484,579** |

**WEBSITE AND TELEPHONE NUMBER**

9. Simpluris prepared and maintains a Settlement website, www.patreonsettlement.com, that includes important dates and deadlines, and Settlement-related documents, such as the Settlement Agreement, Plaintiffs' Notice of Motion and Motion for Preliminary Approval, the Preliminary Approval Order, a Joint Notice regarding the potential class list, a Joint Stipulation and Order regarding settlement deadlines, the Long Form Notice, and an Opt-Out Form. An online Claim Form module is also available to all potential Class Members. The website was made available to the public on October 12, 2024. Attached hereto as **Exhibit B and Exhibit** C, are the Long Form Notice and Opt-Out Form, respectfully. As of November 25, 2024, the website has been visited by 121,079 unique visitors with 391,195 page views.

10. A toll-free telephone number, (1-833-234-6281), was included in the Notice and on the Settlement website for the purpose of allowing all potential Class Members to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement process. This number is active and has been available to the public since

October 12, 2024. The Settlement-specific toll-free telephone number has received 509 calls between October 12, 2024, and December 8, 2024.

**EMAIL NOTICE**

11. As outlined in the Declaration of Settlement Administrator Simpluris, Inc. Re Notice (ECF No. 194-1), the initial email to 8,168,662 potential Class Members began on October 12, 2024, and was completed on October 31, 2024. Attached hereto as **Exhibit D** is a true and correct copy of the Initial Email Notice. The Initial Email Notice was successfully delivered to 8,097,092 potential Class Members.

12. On November 21, 2024, Simpluris initiated a reminder email to Class Members who had not submitted a claim form or a request for exclusion. Attached hereto as **Exhibit E** is a true and correct copy of the Reminder Email Notice.

13. A Settlement-specific email address, (info@patreonsettlement.com), was included in the Notice and on the Settlement website for the purpose of allowing the Class Members to make inquiries regarding the Settlement. This email is active and has been available to the public since October 12, 2024. As of December 8, 2024, Simpluris received 2,102 inquiries via email and responded to 2,037 emails.

**REQUESTS FOR EXCLUSION AND OBJECTIONS**

14. The postmark deadline for Class Members to submit a request for exclusion from the proposed settlement or object to the proposed settlement is January 15, 2025.

15. As of December 10, 2024, Simpluris has received 328 requests for exclusion from the proposed settlement and zero (0) objections to the proposed Settlement from Class Members.
Of the 328 requests for exclusion, seven (7) are deficient as the Class Member submitted both a request for exclusion and a claim form, and one (1) has been withdrawn as the Class Member confirmed their intention was to file a claim.

**CLAIM FORMS AND FRAUD PREVENTION METHODS**

16. The postmark deadline for Class Members to submit a Claim Form is January 15, 2025. As of December 10, 2024, Simpluris has received a total of 98,887 Claim Forms. Of that total, 98,542 valid claims have been submitted and 345 remain pending as of December 10.

17. Simpluris employs industry standard practices, procedures, and technology to minimize the submission of fraudulent claims and promote accurate and efficient review of all claims that are submitted. Simpluris' website includes industry standard protective measures to guard against and detect fraudulent submissions, including: (a) required two data point module login for Class Members (Unique ID and PIN); (b) an "auto-lock out" feature restricting users from continuously attempting to login and using invalid credentials; (c) the capture and review of various metadata elements used to determine if a login is attempted by a legitimate source or if the login was attempted by software programmed to obfuscate identity; and (d) industry standard reCAPTCHA verification.

18. Pursuant to Settlement Agreement paragraph 3.4, Simpluris is auditing claims to determine if a claim is adequately supported. As of December 10, 2024, Simpluris has identified six (6) Class Members who need to provide supporting documentation to demonstrate they requested or obtained video content on the Patreon website while in the United States. Additionally, Simpluris has identified 332 Class Members who need to provide supporting documentation for their Facebook profile page.

19. Claim Form validation is ongoing.

**ADMINISTRATION COSTS**

20. As of December 10, 2024, Simpluris has incurred $185,671.81 in Administration costs from case set up as well as the initial email campaign and reminder email campaign. At this time, an approximate additional $229,471.36 is expected to be incurred through the end of the claim intake and processing phase, the anticipated disbursement activities, and case closure. These amounts are within the Not-to-Exceed amount previously provided to the Court in the Joint Notice Regarding Class Action Settlement (ECF 193), and consistent with Simpluris' prior representation of cost for administration.

I declare under penalty of the perjury under the laws of the United States that the foregoing is true and correct. Executed on December 11, 2024, at Louisville, Kentucky.

Meagan Brunner

MEAGAN BRUNNER

# EXHIBIT A

simpluris
Technology Driven Legal Administration

Date: August 12, 2024

**Re:** ***Stark et al. v. Patreon, Inc.***
**Case Number: 3:22-CV-03131-JCS**
**United States District Court for the Northern District of California**
**Notice of Proposed Settlement**

Dear Mr./Madam Attorney General:

Defendant Patreon, Inc. provides this notice pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1715. The parties to the above-referenced class action have reached a proposed class settlement regarding individuals who, between April 1, 2016 and the Preliminary Approval date, requested or obtained video content on patreon.com while in the United States and at a time the person had a Facebook account and also had a Patreon account. In the class action, Plaintiffs allege that Patreon violated the Video Privacy Protection Act ("VPPA") by disclosing its subscribers' identities and video-viewing preferences without lawful consent. Patreon denies all of the allegations made in the lawsuit, denies that it violated the VPPA, and denies that Patreon did anything improper or unlawful.

Pursuant to 28 U.S.C. § 1715(b), please visit the website link listed below to view documents which contain of all the necessary information regarding the proposed Settlement. The documents available on the website are listed below.

**Document Site:** **https://transfer.simpluris.com/link/9siZRRyYLJ6Rk04sYJREPa**

**Available Documents:**
**Exhibit A – Class Action Complaint**
**Exhibit B – Second Amended Class Action Complaint**
**Exhibit C – Settlement Agreement and Exhibits**
**Exhibit D – Motion for Preliminary Approval and Supporting Documents**
**Exhibit E – [Proposed] Preliminary Approval Order**

The Preliminary Approval Hearing is scheduled for September 11, 2024, at 9:30 a.m. At this time, it is not feasible to identify the number of class members residing in each state.

For additional information about this Settlement, please contact:

| **Settlement Administrator:** | **Class Counsel:** | **Defense Counsel:** |
|---|---|---|
| Simpluris, Inc.<br>3194 Airport Loop Dr., Ste. C<br>Costa Mesa, CA 92663 | Adam E. Polk<br>Simon Grille<br>Trevor T. Tan<br>Reid Gaa<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108 | Fred Norton<br>Nathan Walker<br>Bree Hann<br>Gil Walton<br>**THE NORTON LAW FIRM PC**<br>299 Third Street, Suite 200<br>Oakland, CA 94607 |

simpluris
Technology Driven Legal Administration

Materials filed in this action can be obtained through PACER, which is accessible at https://www.pacer.uscourts.gov/file-case/court-cmecf-lookup.

Regards,

Meagan Brunner
Program Manager

| Name1 | Name2 | Address 1 | Address 2 | City | State | State / | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| Office of the Attorney General | Merrick Garland | U.S. Department of Justice | 950 Pennsylvania Avenue NW | Washington | District of Columbia | DC | 20530-0001 | |
| Office of the Attorney General | Steve Marshall | 501 Washington Avenue | P.O. Box 300152 | Montgomery | Alabama | AL | 36130-0152 | |
| Attorney General's Office | Fainu'ulelei Falefatu Ala'ilima-Utu | American Samoa Gov't, Exec. Ofc. Bldg. | Utulei, Territory of American Samoa | Pago Pago | American Samoa | AS | 96799 | |
| Office of the Attorney General | Kris Mayes | 2005 N. Central Avenue | | Phoenix | Arizona | AZ | 85004-2926 | |
| Office of the Attorney General | Tim Griffin | 323 Center Street, Suite 200 | | Little Rock | Arkansas | AR | 72201-2610 | |
| Office of the Attorney General | Rob Bonta | 1300 I Street, Suite 1740 | | Sacramento | California | CA | 95814 | |
| | CAFA Coordinator | Office of the Attorney General, Consumer Protection Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | California | CA | 94102 | |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | Colorado | CO | 80203 | |
| Office of the Attorney General | William Tong | 165 Capital Avenue | | Hartford | Connecticut | CT | 06106 | |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N. French Street | Wilmington | Delaware | DE | 19801 | |
| Office of the Attorney General | Brian Schwalb | 400 6th Street NW | | Washington | District of Columbia | DC | 20001 | |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | Georgia | GA | 30334-1300 | |
| Office of the Attorney General | Douglas Moylan | ITC Building | 590 S Marine Corps Drive, Ste. 706 | Tamuning | Guam | GU | 96913 | |
| Department of the Attorney General | Anne E. Lopez | 425 Queen St | | Honolulu | Hawaii | HI | 96813-2903 | |
| Office of the Attorney General | Raúl Labrador | 700 W. Jefferson Street, Ste. 210 | PO Box 83720 | Boise | Idaho | ID | 83720-1000 | |
| Indiana Attorney General's Office | Todd Rokita | Indiana Government Center South | 302 W. Washington Street, 5th Floor | Indianapolis | Indiana | IN | 46204 | |
| Iowa Attorney General | Brenna Bird | Hoover State Office Bldg | 1305 E.Walnut St. | Des Moines | Iowa | IA | 50319 | |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Avenue, 2nd Floor | | Topeka | Kansas | KS | 66612-1597 | |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Capitol Building, Suite 118 | Frankfort | Kentucky | KY | 40601 | |
| Office of the Attorney General | Jeff Landry | P.O. Box 94095 | | Baton Rouge | Louisiana | LA | 70804-4095 | |
| Office of the Attorney General | Aaron Frey | State House Station 6 | | Augusta | Maine | ME | 04333 | |
| Office of the Attorney General | Anthony G. Brown | 200 St. Paul Place | | Baltimore | Maryland | MD | 21202-2202 | |
| Office of the Attorney General | Andrea Campbell | ATTN: CAFA Coordinator/General Counsel's Office | One Ashburton Place | Boston | Massachusetts | MA | 02108 | |
| Department of the Attorney General | Dana Nessel | 525 W. Ottawa Street | P.O. Box 30212 | Lansing | Michigan | MI | 48909-0212 | |
| Office of the Attorney General | Keith Ellison | Suite 102, State Capital | 75 Dr. Martin Luther King, Jr. Blvd. | St. Paul | Minnesota | MN | 55155 | |
| MS Attorney General's Office | Lynn Fitch | Department of Justice | P.O. Box 220 | Jackson | Mississippi | MS | 39205 | |
| Missouri Attorney General's Office | Andrew Bailey | Supreme Ct Bldg. | 207 W. High Street | Jefferson City | Missouri | MO | 65101 | |
| Office of the Attorney General | Austin Knudsen | Justice Bldg. | 215 N. Sanders | Helena | Montana | MT | 59620-1401 | |
| Nebraska Attorney General | Mike Hilgers | State Capitol | PO Box 98920 | Lincoln | Nebraska | NE | 68509-8920 | |
| Office of the Attorney General | John Formella | 33 Capitol St. | | Concord | New Hampshire | NH | 03301 | |
| Office of the Attorney General | Matthew J. Platkin | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | New Jersey | NJ | 08625 | |
| Office of the Attorney General | Raul Torrez | PO Drawer 1508 | | Santa Fe | New Mexico | NM | 87504-1508 | |
| Attorney General's Office | Josh Stein | 9001 Mail Service Center | | Raleigh | North Carolina | NC | 27699-6400 | |
| Office of the Attorney General | Drew Wrigley | State Capitol | 600 E. Boulevard Ave. | Bismarck | North Dakota | ND | 58505-0040 | |
| Office of the Attorney General | Edward Manibusan | Administration Building | P.O. Box 10007 | Saipan | Northern Mariana Islands | MP | 96950-8907 | |
| Office of the Attorney General | Dave Yost | State Office Tower | 30 E. Broad Street, 14th Floor | Columbus | Ohio | OH | 43215 | |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st Street | | Oklahoma City | Oklahoma | OK | 73105 | |
| Office of the Attorney General | Ellen F. Rosenblum | Justice Bldg. | 1162 Court Street NE | Salem | Oregon | OR | 97301 | |
| Office of the Attorney General | Michelle A. Henry | Pennsylvania Office of Attorney General | 16th Floor, Strawberry Square | Harrisburg | Pennsylvania | PA | 17120 | |
| PR Department of Justice | Domingo Emanuelli Hernández | P.O. Box 9020192 | | San Juan | Puerto Rico | PR | 00902-0192 | |
| Office of the Attorney General | Peter F. Neronha | 150 S. Main Street | | Providence | Rhode Island | RI | 02903 | |
| Office of the Attorney General | Alan Wilson | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | South Carolina | SC | 29211-1549 | |
| Office of the Attorney General | Marty Jackley | 1302 E. Highway 14, Suite 1 | | Pierre | South Dakota | SD | 57501-8501 | |
| Office of the Attorney General | Jonathan Skrmetti | 425 5th Avenue North | | Nashville | Tennessee | TN | 37243 | |
| Office of the Attorney General | Ken Paxton | Capitol Station | P.O. Box 12548 | Austin | Texas | TX | 78711-2548 | |
| Office of the Attorney General | Sean Reyes | Utah State Capitol Complex | 350 North State Street, Suite 230 | Salt Lake City | Utah | UT | 84114-2320 | |
| Office of the Attorney General | Charity R. Clark | 109 State St | | Montpelier | Vermont | VT | 05609-1001 | |
| Office of the Attorney General | Carol Thomas-Jacobs | 34-38 Kronprindsens Gade | GERS Building, 2nd Floor | St Thomas | Virgin Islands | VI | 00802 | |
| Office of the Attorney General | Jason Miyares | 202 North Ninth Street | | Richmond | Virginia | VA | 23219 | |
| Office of the Attorney General | Patrick Morrisey | State Capitol | 1900 Kanawha Blvd. E. | Charleston | West Virginia | WV | 25305 | |
| Office of the Attorney General | Joshua Kaul | State Capitol, Room 114 East | P.O. Box 7857 | Madison | Wisconsin | WI | 53707-7857 | |
| Office of the Attorney General | Bridget Hill | 109 State Capitol | 200 W. 24th St. | Cheyenne | Wyoming | WY | 82002 | |
| Office of the Attorney General | Treg Taylor | 1031 West 4th Avenue, Suite 200 | | Anchorage | Alaska | AK | 99501-1994 | consumerprotection@alaska.gov |
| | | | | | | | | Patrick.crotty@myfloridalegal.com |
| Office of the Attorney General | Ashley Moody | The Capitol PL 01 | | Tallahassee | Florida | FL | 32399-1050 | madeline.harvey@myfloridalegal.com |
| Office of the Attorney General | Jasmine Ramos-Rojas | James R. Thompson Center | 100 W Randolph St | Chicago | Illinois | IL | 60601 | jasmine.ramosrojas@ilag.gov |
| Office of the Attorney General | Aaron D. Ford | Old Supreme Ct. Bldg. | 100 N. Carson St. | Carson City | Nevada | NV | 89701 | NVAGCAFAnotices@ag.nv.gov |
| Office of the Attorney General | Letitia James | CAFA Coordinator, Office of the Attorney General | 28 Liberty Street, 15th Floor | New York | New York | NY | 10005 | CAFA.Notices@ag.ny.gov |
| Office of the Attorney General | Bob Ferguson | 1125 Washington Street SE | P.O. Box 40100 | Olympia | Washington | WA | 98504-0100 | privatecpa@ATG.WA.GOV |

# EXHIBIT B

United States District Court for the Northern District of California

*Stark et al. v. Patreon, Inc.*

Case No. 3:22-CV-03131-JCS

# Class Action Notice

## *Authorized by the U.S. District Court for the Northern District of California*

**Did you have a Patreon account and access videos on Patreon.com while you had a Facebook account between April 1, 2016 and September 23, 2024?**

*A class action Lawsuit and a Settlement of that Lawsuit could affect your rights.*

*You may be eligible to receive payment from this Settlement.*

**Your Options:**

**1. Submit a claim.** Get a payment.

**2. Do nothing.** You will be bound by the Settlement and the Lawsuit and you will get no payment.

**3. Opt out of the Settlement.**

**4. Object to the Settlement.**

**You are not being sued.**

*This notice explains the Lawsuit, the Settlement, and your legal rights and options.*

*Please read the entire notice carefully.*

Important things to know:

- You **must submit a claim** to receive money from the settlement
- If you do nothing, you will still be bound by the Settlement and the Lawsuit and your rights will be affected.
- If you want to opt out or object you must do so by January 1, 2025.
- You can learn more at: www.patreonsettlement.com.

# Table of Contents

**Table of Contents** ..... **3**
**Key Information** ..... **5**
What is happening in this lawsuit? ..... 5
Why did I get this notice? ..... 5
What are my options? ..... 6
What are the most important dates? ..... 6
**Learning About the Lawsuit** ..... **6**
What is this lawsuit about? ..... 6
Why is there a settlement? ..... 7
What happens next in this lawsuit? ..... 7
**Important Facts About How the Settlement Might Affect You** ..... **7**
How do I know if I am a member of the Settlement Class? ..... 7
What if I'm still not sure if I'm included in the Settlement Class? ..... 7
What are the benefits of the Settlement? ..... 8
How can I verify or update my mailing address? ..... 8
**Your Options as a Settlement Class Member** ..... **8**
What are my options if I am a Settlement Class Member? ..... 8
Do I need to do anything to get paid? ..... 8
How do I submit a form? ..... 9
How much will my payment be? ..... 10
When will I get my payment? ..... 10
What do I give up by making a Settlement Claim? ..... 10
What are the consequences of doing nothing? ..... 11
What if I don't want to be a part of the Settlement Class? ..... 11
How do I opt out? ..... 11
What are the consequences of excluding myself? ..... 11
How do I tell the Court if I don’t like the Settlement? ..... 12
How do I submit an objection to the Settlement? ..... 12
What information must be included in an objection? ..... 13
What's the difference between objecting and excluding? ..... 13

**The Final Approval Hearing** .......... **14**
When and where will the Court decide whether to approve the Settlement? .......... 14
Do I have to come to the Final Approval Hearing? .......... 14
May I speak at the hearing? .......... 14
**The Lawyers Representing You** .......... **15**
Do I have a lawyer in this lawsuit? .......... 15
How will the lawyers be paid? .......... 15
Should I get my own lawyer? .......... 16
**Key Resources** .......... **16**
How can I get more information? .......... 16

# Key Information

## What is happening in this lawsuit?

A group of people (called Plaintiffs) filed a class action lawsuit against Patreon, Inc. ("Patreon")—the defendant in this lawsuit. These Plaintiffs claimed that Patreon disclosed its users' identities and video-viewing preferences without consent in violation of federal law. Patreon denies these allegations.

In April 2024, Patreon agreed to pay $7.25 million to settle the claims against it. The group of people that Patreon has agreed to pay is called the Settlement Class and it includes everyone who, between April 1, 2016 and September 23, 2024, requested or obtained video content on the Patreon website (patreon.com) while in the United States and at a time the person had a Facebook account and a Patreon account. If you are in this group and want to get paid, **you must submit a claim**. Details on how to submit a claim are provided below.

### What is a class action lawsuit?

A class action is a lawsuit in which one or more people sue on behalf of a larger group, called the Class.

## Why did I get this notice?

A court authorized this Notice because you have the right to know about the proposed settlement in the class action lawsuit, *Stark et al. v. Patreon, Inc.* **You received this notice because you may be a member of the group of people whose rights are affected by the proposed settlement.** This notice gives you information about the case and tells you how to opt out if you don't want to be part of it.

It is an important legal document, and we recommend that you read all of it. If you have questions or need assistance, please go to www.patreonsettlement.com or call (833) 234-6281.

## What are my options?

| | |
|---|---|
| Submit A Claim Form | The only way to get a payment |
| Exclude Yourself by Opting Out | Get no payment.<br><br>This is the only option that allows you to keep your right to bring any other claim against Patreon related to the subject matter of the claims in this case. |
| Object to the Settlement and/or Attend a Hearing | You can write to the Court about why you like or do not like the Settlement. The Court cannot order a different settlement.<br>You can also ask to speak to the Court at the hearing on February 5, 2025 about the fairness of the Settlement, with or without your own attorney. |
| Do Nothing | Get no payment. Give up rights and be bound by the Settlement. |

## What are the most important dates?

The deadline to submit a claim for a payment from the Settlement is January 1, 2025.

The deadline to opt out of the Settlement is January 1, 2025.

The deadline to object to the Settlement is January 1, 2025.

# Learning About the Lawsuit

## What is this lawsuit about?

Plaintiffs claim that Patreon violated the Video Privacy Protection Act ("VPPA") by disclosing its subscribers' identities and video-viewing preferences without lawful consent. The lawsuit contends that Patreon transmitted this information to Meta Platforms, Inc. ("Meta")— the owner of Facebook—through use of a web tracking

tool called the Meta Pixel. The case is *Stark et al. v. Patreon, Inc.*, Case No. 3:22-CV-03131-JCS (N.D. Cal.)

Patreon denies the allegations made in the lawsuit and denies that it did anything improper or unlawful.

The Court has not determined who is right. The proposed settlement to resolve this case is not an admission of guilt or wrongdoing by Patreon.

**Where can I learn more?**

You can get a complete copy of the key documents in this lawsuit by visiting: www.patreonsettlement.com

## Why is there a settlement?

The Court did not decide in favor of the Plaintiffs or the Defendant. Instead, both sides agreed to a Settlement. That way, they avoid the costs and risks of a trial, and the affected Class Members can get benefits or compensation. The class representatives and their attorneys think the Settlement is best for the Class.

## What happens next in this lawsuit?

The Court in charge of this case will decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeal is resolved

# Important Facts About How the Settlement Might Affect You

## How do I know if I am a member of the Settlement Class?

The Settlement Class includes all persons who, between April 1, 2016, to and through September 23, 2024, requested or obtained video content on the Patreon website (patreon.com) while in the United States and at a time the person had a Facebook account and also had a Patreon account.

If you are in this group, you are a member of the Settlement Class and you must submit a claim in order to receive payment.

## What if I'm still not sure if I'm included in the Settlement Class?

If you are not sure whether you are included in the class, you can ask for free help

by calling Simpluris (the Claims Administrator) at (833) 234-6281 for more information. You can also visit www.patreonsettlement.com.

### What are the benefits of the Settlement?

Patreon will pay $7,250,000 into a Settlement Fund. Patreon has also agreed not to operate the Meta Pixel on any web page on the Patreon website that includes video content unless: (a) the VPPA is amended in relevant part, repealed, or otherwise invalidated; (b) Patreon obtains consent in the form required by the VPPA; or (c) the Meta Pixel on the relevant Patreon web page otherwise complies with the VPPA.

Eligible claimants under the Settlement will receive a pro rata (or equal) portion of the Settlement Fund after deductions for administration expenses, attorneys' fees and costs, and service award payments to the Plaintiffs.

### How can I verify or update my mailing address?

You can update your contact information by visiting www.patreonsettlement.com or emailing info@patreonsettlement.com.

## Your Options as a Settlement Class Member

### What are my options if I am a Settlement Class Member?

You have four options as a member of the Settlement Class. You can:

(1) submit a claim to get paid from the Settlement;

(2) opt out of the Settlement Class and retain your right to sue Patreon;

(3) You can object to any part of the Settlement that you do not like, if you don't opt out of the Settlement Class; or

(4) do nothing and remain in the Settlement Class. If you do nothing and do not submit a claim, you will not receive a payment.

### Do I need to do anything to get paid?

YES. To receive a payment from the Settlement you MUST submit a claim.

**The deadline to submit a claim is January 1, 2025.**

## How do I submit a form?

If you are a class member (see page 7) and you want to receive a payment, you can submit a claim by filling out and submitting the claim form available at www.patreonsettlement.com.

You must provide the link for your Facebook profile page on the claim form, so that the Claims Administrator can verify that you are a Class Member. The link you provide must correspond with a Facebook profile that includes your personal information. To find your Facebook profile page link, you can use the following steps:

**How to obtain your Facebook profile link on a web browser**

(1) **Log in to Facebook.** Open your web browser and go to Facebook. Log in with your username and password.

(2) **Go to your profile.** Click on your profile picture in the top right corner and then click your name to go to your profile page. If you are using a web browser on a mobile device, you must first click the three horizontal lines in the top right corner of the screen and then your name in the top left corner.

(3) **Identify the link.** Look at the address bar in your browser. The link for your Facebook profile page is located here. If you are using a web browser on a mobile device, you will need to tap the address bar to see the full link. Below are examples of how the link may appear:

(a) https://www.facebook.com/profile.php?id=1234567890

**or**

(b) https://www.facebook.com/username

**How to obtain your Facebook profile link on the mobile phone Facebook App**

(1) **Open the Facebook app.** Open the Facebook app on your mobile device. If necessary, log in with your username and password.

(2) **Go to your profile.** Tap the three horizontal lines above the word “Menu” in the bottom right corner. Then click on your name or profile picture in the top left corner to go to your profile page.

(3) **Copy profile link.** Tap the button with three dots (it appears next to the "Edit profile" button). Scroll to the bottom of the list of options and tap "Copy profile link."

The Claim Form requires that you attest under oath that you accessed video content on Patreon.com while you had a Facebook account.

It is important to provide accurate information in the Claim Form because claims will be audited by the Claims Administrator. If the Claims Administrator cannot verify your claim based on your initial submission, you may be asked for more information. The Claims Administrator will provide you with further instructions in the event you are required to submit this information.

If you have questions, you can contact the Claims Administrator by telephone (833) 234-6281 or email info@patreonsettlement.com.

**The deadline to submit a claim form is January 1, 2025.**

## How much will my payment be?

After deduction of the costs of notice and settlement administration, any Court-approved award of attorneys' fees (up to 30% of the Settlement Fund), litigation costs, and any service awards for the Class Representatives (up to $7,500 to each of the six individual Class Representatives), the Settlement Fund will be divided equally among eligible class members.

We will not know the final amount that each class member will receive until all claims are completed. Based on claims rates in similar cases, eligible class members may receive between $35 and $175 each. The actual amount that each class member receives will be determined once all claims are evaluated, and may be higher or lower than these estimates.

## When will I get my payment?

Payments will be made if the Court approves the Settlement after the Final Approval Hearing and there is no appeal from the order approving the Settlement. For updates, please visit www.patreonsettlement.com or follow @GirardSharp on X (Twitter).

## What do I give up by making a Settlement Claim?

Unless you exclude yourself with an opt-out request (see page 11), you cannot sue,

continue to sue, or be part of any other lawsuit against Patreon about the issues in this case. The "Releases" section in the Settlement Agreement describes the legal claims that you give up if you remain a Settlement Class Member.

The Settlement Agreement is available at www.patreonsettlement.com.

## What are the consequences of doing nothing?

If you do nothing, you won't be able to start, continue, or be part of any other lawsuit against Patreon for alleged violation of the VPPA during the Class Period.

## What if I don't want to be a part of the Settlement Class?

You can opt out of the Settlement Class.

Information about how to opt out of the Settlement Class is on page 11.

## How do I opt out?

You can opt out of the Settlement Class by going to www.patreonsettlement.com and filling out the online form, or by sending a letter via first class U.S. mail saying that you want to opt out of the Settlement in *Stark et al. v. Patreon, Inc.*, Case No. 3:22-CV-03131-JCS (N.D. Cal.) to the Claims Administrator at the below address:

Stark et al. Patreon, Inc.
c/o Claims Administrator
PO Box 25413
Santa Ana, CA 92799
(833) 234-6281

You must include your name, address, telephone number, and your signature. If you are under 18 years old and do not want your name included on the list of optouts filed with the Court, your letter must state that you are under 18. The deadline to opt out is January 1, 2025.

## What are the consequences of excluding myself?

If you are a class member (see pages 7-8 above), unless you opt out, you give up the right to sue Patreon for the claims resolved by the Settlement. If you are a class

member and you want to pursue your own lawsuit, you must opt out. You will be responsible for the cost of any services provided by your lawyer.

This is your only opportunity to opt out of the Settlement Class.

**What happens if I opt out of the Settlement Class?**

If you opt out of the Settlement Class, you will:

- Not be eligible to receive payment from the Settlement;
- Not have any rights as a member of the class under the Settlement;
- Not be bound by any further orders or judgments in this case; and
- Keep the right, if any, to file a lawsuit against (or continue to sue) Patreon about the legal claims brought on behalf of the Settlement Class.

## How do I tell the Court if I don't like the Settlement?

If you are a Settlement Class Member and do not opt out of the Settlement, you have the right to object to the Settlement, the Plan of Allocation, or Class Counsel's request for attorneys' fees, expenses and service awards. You can't ask the Court to order a different settlement. The Court can only approve or reject the Settlement.

If the Court denies approval of the Settlement, no money will be paid to class members and the lawsuit will continue

## How do I submit an objection to the Settlement?

To object to the Settlement, you (or your lawyer if you have one) must submit a written objection to the Court and send the objection to the Claims Administrator at the addresses on page 11. You must submit your objection on or before January 1, 2025. Your objection can include any supporting materials, papers, or briefs that you want the Court to consider.

If you submit a timely written objection, you may (but are not required to) appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. If you wish to appear at the Settlement Hearing, you must also include a statement of intention to appear in your objection.

All written objections and supporting papers must clearly identify the case name and number (Stark v. Patreon, No. 3:22-CV-03131-JCS (N.D. Cal.). You can file the objection electronically at https://www.cand.uscourts.gov/cm-ecf or mail the objection by First Class U.S. Mail, so that it is submitted electronically or

postmarked no later than January 1, 2025, to the following address:

Clerk of the Court
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Case No. 3:22-CV-03131-JCS

## What information must be included in an objection?

An objection must include:

(a) a written statement identifying your name, address, and signature, and, if represented by counsel, the name, address of counsel;

(b) a written statement that you had a Patreon account and a Facebook account between April 1, 2016 through September 23, 2024 and requested or obtained video content on the Patreon website during that time;

(c) a written statement of your objection and the reasons for your objection;

(d) a written statement whether the objection applies only to you, to a specific subset of the Class, or to the entire Class; and

(e) any documentation or authorities in support of your objection.

If you do not mail or electronically file the objection, you must have it delivered in person to the above address, no later January 1, 2025.

## What's the difference between objecting and excluding?

Objecting is telling the Court that you don't like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is opting out and telling the Court that you don't want to be part of the Settlement. If you opt out of the Settlement, you cannot object to it because it no longer affects you.

# The Final Approval Hearing

## When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing on February 5, 2025 at 9:30 a.m. by Zoom webinar, id. 161 926 0804, password 050855.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to Class Members who have asked to speak at the hearing.

The Court will also decide how much Class Counsel should receive in fees, expense reimbursements and service awards. After the hearing, the Court will decide whether to approve the Settlement.

The Court may reschedule the Final Approval Hearing or change any of the deadlines described in this Notice. The date of the Final Approval Hearing may change without further notice to Class Members. Be sure to check the website, www.patreonsettlement.com, for news of any such changes. You can also access the case docket via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov.

## Do I have to come to the Final Approval Hearing?

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish.

If you send an objection, you do not have to come to the hearing. If you submitted your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but that is not necessary.

## May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must include a statement in your written objection (see pages 12-13) that you intend to appear at the hearing, with your name, address, and signature.

# The Lawyers Representing You

## Do I have a lawyer in this lawsuit?

Yes. In a class action, the court appoints class representatives and lawyers to work on the case and represent the interests of all the class members. For purposes of the case, the Court has appointed Simon Grille and Reid Gaa of Girard Sharp LLP to serve as Class Counsel for the Settlement Class.

Simon S. Grille
Reid Gaa
**Girard Sharp LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
patreonvppa@girardsharp.com

**You will not be charged for Class Counsel's services**, although their fees may be paid with the Court's approval from the settlement negotiated on behalf of the class.

Class Counsel does not represent you individually, only as a member of the Class.

If you want to be represented by your own lawyer, you may hire one at your own expense.

## How will the lawyers be paid?

Class Counsel, who have not been paid for their services in this case since it began, will ask the Court for an award of attorneys' fees of up to 30% of the Settlement Fund. Class Counsel will also seek reimbursement of costs and expenses (1) advanced in litigating the case and (2) for providing notice and administering the settlement, as well as service awards to the Class Representatives of up to $7,500 each.

All of these amounts, as well as the costs associated with notice and administering the settlement, will be paid from the Settlement Fund.

All awards for attorneys' fees and expenses are subject to Court approval and will be paid from the Settlement Fund only after the Court approves them.

A copy of Class Counsel's Motion for Attorneys' Fees and Expenses and for Plaintiff Service Awards will be available at www.patreonsettlement.com by November 29, 2024.

You do not individually have to pay any attorneys' fees or expenses in connection with the lawsuit.

## Should I get my own lawyer?

You do not need to hire your own lawyer.

If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your own lawyer to appear in court if you want someone other than Class Counsel to speak for you.

You may also appear for yourself without a lawyer.

# Key Resources

## How can I get more information?

This Notice summarizes the proposed Settlement—more details are in the Settlement Agreement and other case documents. To get a copy of the case documents you can:

- contact the lawyers who represent the class (information below);
- visit the case website at www.patreonsettlement.com;
- access the Court Electronic Records (PACER) system online at: https://ecf.cand.uscourts.gov; or
- by visiting the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays (addresses below).

| Resource | Case Information |
|---|---|
| **Case website** | www.patreonsettlement.com |
| **Toll Free Number** | (833) 234-6281 |
| **Claims Administrator** | Stark et al. v. Patreon, Inc.<br>c/o Claims Administrator<br>PO Box 25413<br>Santa Ana, CA 92799<br>(833) 234-6281 |
| **Class Counsel** | Simon Grille<br>Reid Gaa<br>**Girard Sharp LLP**<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>patreonvppa@girardsharp.com |
| **Court (DO NOT CONTACT)** | PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS:<br><br>Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102<br><br>Robert F. Peckham Federal Building and United States Courthouse, 280 South 1st Street, San Jose, CA 95113<br><br>Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, Oakland, CA 94612<br><br>United States Courthouse, 3140 Boeing Avenue, McKinleyville, CA 95519 |

# EXHIBIT C

# Opt-Out Form

*Stark et al. v. Patreon, Inc.*
Case No. 3:22-CV-03131-JCS

Please use this form to **opt out** of *Stark et al. v. Patreon, Inc.* If you opt out of the Settlement Class, you will:

- Not be eligible to receive payment from the Settlement;
- Not have any rights as a member of the class under the Settlement;
- Not be bound by any further orders or judgments in this case; and
- Keep the right, if any, to file a lawsuit against (or continue to sue) Patreon about the legal claims brought on behalf of the Settlement Class.

Name: ______________________________
Address: ______________________________
City, State, Zip: ______________________________
Phone Number: ______________________________
Email Address: ______________________________

____ I am under 18 years old and do not want my name included in the list of opt-outs filed with the Court.

I want to **opt out** of the Settlement in *Stark et al. v. Patreon, Inc.*, Case No. 3:22-CV-03131-JCS (N.D. Cal.).

Signature: ______________________________
Date: ______________________________

# EXHIBIT D

**To: [Class Member Email Address]**
**From: Stark v. Patreon Settlement Administrator**
**Subject: Stark v. Patreon Settlement**

# If you had a Patreon account and accessed videos on Patreon.com while you had a Facebook account, you may be eligible for payment from a class action settlement

| You may be a Settlement Class Member | | | |
|---|---|---|---|
| **Unique ID:** | **«ClaimLoginID»** | **PIN:** | **«PIN»** |

Dear «FirstName» «LastName»:

A Settlement has been reached with Patreon, Inc. ("Patreon") in a class action lawsuit alleging that Patreon violated the Video Privacy Protection Act ("VPPA") by disclosing its subscribers' identities and video-viewing preferences without lawful consent. The lawsuit contends that Patreon transmitted this information to Meta Platforms, Inc. ("Meta")— the owner of Facebook— through use of a web tracking tool called the Meta Pixel.

Patreon denies all of the allegations made in the lawsuit, denies that it violated the VPPA, and denies that Patreon did anything improper or unlawful. The proposed Settlement is not an admission of guilt or wrongdoing of any kind by Patreon. The United States District Court for the Northern District of California approved this notice.

## Why am I receiving this notice?

You might be a Settlement Class member. Patreon's records indicate that you had a Patreon account between April 1, 2016 and September 23, 2024 and accessed video content on Patreon.com. To be eligible for payment, you must demonstrate that you also had a Facebook account when you accessed video content on Patreon.com.

**You can submit a claim to be paid from the Settlement using the claim form available here.**

**For more information and to review the full notice, please visit** www.patreonsettlement.com.

## What does the Settlement provide?

Patreon will pay $7,250,000 into a Settlement Fund. Patreon has also agreed not to operate the Meta Pixel on any web page on the Patreon website that includes video content unless: (a) the VPPA is amended in relevant part, repealed, or otherwise invalidated; (b) Patreon obtains consent in the form required by the VPPA; or (c) the Meta Pixel on the relevant Patreon web page otherwise complies with the VPPA. For a full copy of the Settlement Agreement, including all other

Settlement terms, please visit www.patreonsettlement.com. For more information about how distributions will be made to Settlement Class Members, please visit www.patreonsettlement.com.

## What are the expected payments?

After deduction of the costs of notice and settlement administration, any Court-approved award of attorneys' fees (up to 30% of the Settlement Fund), litigation costs, and any service awards for the Class Representatives (up to $7,500 to each of the six individual Class Representatives), the Settlement Fund will be distributed *pro rata* to eligible class members. We will not know the final amount that each class member will receive until all claims are evaluated. Based on claims rates in similar cases, eligible class members might receive between $35 and $175 each. The actual amount that each class member receives will be determined once all claims are evaluated, and may be higher or lower than these estimates. Please be patient.

## How can I get a payment?

If you are a class member and you want to receive a payment, you can make a claim by filling out and submitting the claim form available at www.patreonsettlement.com.

You must provide the link for your Facebook profile page on the claim form, so that the Claims Administrator can verify that you are a Class Member. The link you provide must correspond with a Facebook profile that includes your personal information. Instructions for how you can find your Facebook profile page link are available at www.patreonsettlement.com.

The Claim Form will also ask you to attest under oath that you accessed video content on Patreon.com while you had an active Facebook account.

If you have questions, you can contact the claims administrator by telephone (833-234-6281) or email info@patreonsettlement.com.

## When is the deadline to submit a claim form?

To be eligible for payment, claim forms must be submitted no later than January 1, 2025.

## What are my other options?

You can do nothing, exclude yourself, or object. If you do nothing, your rights will be affected, and you won't get a payment.

If you don't want to be legally bound by the Settlement, you must exclude yourself from it by January 1, 2025. You may opt out online at www.patreonsettlement.com. Click on the "Opt Out" tab and provide the requested information. You may also opt out by mailing the Opt-Out form available at www.patreonsettlement.com to the Claims Administrator at:

Stark et al. v. Patreon, Inc.
c/o Claims Administrator
P.O. Box 25413
Santa Ana, CA 92799

Unless you exclude yourself, you won't be able to sue or continue to sue Patreon for any claim regarding the subject matter of the claims in this case.

If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or ask for permission for you or your own lawyer to appear and speak at the Final Approval Hearing—at your own cost—but you don't have to. Objections and requests to appear are due by January 1, 2025.

The Final Approval Hearing will be held on February 5, 2025, at 9:30 a.m., via Zoom Webinar.

More information about your options is in the detailed notice available at www.patreonsettlement.com, or you may contact Class Counsel with any questions:

- **Simon S. Grille.** Telephone: (415) 981-4800; email: patreonvppa@girardsharp.com

You may also access the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

**BY ORDER OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

To unsubscribe from this list, please click on the following link: Unsubscribe

# EXHIBIT E

**To: [Class Member Email Address]**
**From: Stark v. Patreon Settlement Administrator**
**Subject: Stark v. Patreon Settlement – Reminder Notice**

---

# If you had a Patreon account and accessed videos on Patreon.com while you had a Facebook account, you may be eligible for payment from a class action settlement

| You may be a Settlement Class Member | | | |
|---|---|---|---|
| **Unique ID:** | **«ClaimLoginID»** | **PIN:** | **«PIN»** |

*This is a reminder notice, if you have already submitted your claim, you may ignore this reminder.*

Dear «FirstName» «LastName»:

A Settlement has been reached with Patreon, Inc. ("Patreon") in a class action lawsuit alleging that Patreon violated the Video Privacy Protection Act ("VPPA") by disclosing its subscribers' identities and video-viewing preferences without lawful consent. The lawsuit contends that Patreon transmitted this information to Meta Platforms, Inc. ("Meta")— the owner of Facebook—through use of a web tracking tool called the Meta Pixel.

Patreon denies all of the allegations made in the lawsuit, denies that it violated the VPPA, and denies that Patreon did anything improper or unlawful. The proposed Settlement is not an admission of guilt or wrongdoing of any kind by Patreon. The United States District Court for the Northern District of California approved this notice.

## Why am I receiving this notice?

You might be a Settlement Class member. Patreon's records indicate that you had a Patreon account between April 1, 2016 and September 23, 2024 and accessed video content on Patreon.com. To be eligible for payment, you must demonstrate that you also had a Facebook account when you accessed video content on Patreon.com.

**You can submit a claim to be paid from the Settlement using the claim form available here.**

**For more information and to review the full notice, please visit** www.patreonsettlement.com.

## What does the Settlement provide?

Patreon will pay $7,250,000 into a Settlement Fund. Patreon has also agreed not to operate the Meta Pixel on any web page on the Patreon website that includes video content unless: (a) the VPPA is amended in relevant part, repealed, or otherwise invalidated; (b) Patreon obtains consent in the form required by the VPPA; or (c) the Meta Pixel on the relevant Patreon web page otherwise

complies with the VPPA. For a full copy of the Settlement Agreement, including all other Settlement terms, please visit www.patreonsettlement.com. For more information about how distributions will be made to Settlement Class Members, please visit www.patreonsettlement.com.

## What are the expected payments?

After deduction of the costs of notice and settlement administration, any Court-approved award of attorneys' fees (up to 30% of the Settlement Fund), litigation costs, and any service awards for the Class Representatives (up to $7,500 to each of the six individual Class Representatives), the Settlement Fund will be distributed *pro rata* to eligible class members. We will not know the final amount that each class member will receive until all claims are evaluated. Based on claims rates in similar cases, eligible class members might receive between $35 and $175 each. The actual amount that each class member receives will be determined once all claims are evaluated, and may be higher or lower than these estimates. Please be patient.

## How can I get a payment?

If you are a class member and you want to receive a payment, you can make a claim by filling out and submitting the claim form available at www.patreonsettlement.com.

You must provide the link for your Facebook profile page on the claim form, so that the Claims Administrator can verify that you are a Class Member. The link you provide must correspond with a Facebook profile that includes your personal information. Instructions for how you can find your Facebook profile page link are available at www.patreonsettlement.com.

The Claim Form will also ask you to attest under oath that you accessed video content on Patreon.com while you had an active Facebook account.

If you have questions, you can contact the claims administrator by telephone (833-234-6281) or email info@patreonsettlement.com.

## When is the deadline to submit a claim form?

To be eligible for payment, claim forms must be submitted no later than January 15, 2025.

## What are my other options?

You can do nothing, exclude yourself, or object. If you do nothing, your rights will be affected, and you won't get a payment.

If you don't want to be legally bound by the Settlement, you must exclude yourself from it by January 15, 2025. You may opt out online at www.patreonsettlement.com. Click on the "Opt Out" tab and provide the requested information. You may also opt out by mailing the Opt-Out form available at www.patreonsettlement.com to the Claims Administrator at:

Stark et al. v. Patreon, Inc.
c/o Claims Administrator
P.O. Box 25413
Santa Ana, CA 92799

Unless you exclude yourself, you won't be able to sue or continue to sue Patreon for any claim regarding the subject matter of the claims in this case.

If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or you or your own lawyer may appear and speak at the Final Approval Hearing—at your own cost—but you don't have to. Objections and requests to appear are due by January 15, 2025.

The Final Approval Hearing will be held on February 19, 2025, at 9:30 a.m., via Zoom Webinar, ID 161 926 0804, password 050855.

More information about your options is in the detailed notice available at www.patreonsettlement.com, or you may contact Class Counsel with any questions:

- **Simon S. Grille.** Telephone: (415) 981-4800; email: patreonvppa@girardsharp.com

You may also access the docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

PLEASE DO NOT CALL THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

**BY ORDER OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

To unsubscribe from this list, please click on the following link: Unsubscribe