# EXHIBIT F



If you have subscribed to patreon.com and watched videos, we'll evaluate your claim to see if you're eligible for an immediate cash payment.

Based on your answers to the following questions, we can check your eligibility for a lawsuit related to patreon.com.

Start Evaluation

## Why Choose Lexclaim Recovery Group US?

Lexclaim Recovery Group US LLC was founded to provide those with legal claims a reliable option to sell their claim for immediate cash. Lexclaim then partners with lawyers and other professionals to prosecute or settle those claims it has purchased. The process is very straightforward. Potential sellers like you simply submit proof of your possible claim, and Lexclaim then evaluates the possible claim. If it wishes to purchase the claim, Lexclaim will purchase the claim according to the contract terms you will see if eligible in exchange for an immediate cash payment. In this case, Lexclaim will also seek to maximize the value of any purchased legal claims and return additional money to any eligible seller down the line if there is a positive resolution of the claim.

## Disclaimer

This is an advertisement of Lexclaim Recovery Group US. It is not endorsed by Patreon.com. This webpage's content is provided for informational purposes only by Lexclaim Recovery Group US. Visit us at lexclaim-us.com.

This site contains general information that may not be up to date, assumes findings of fact, and is for illustrative purposes only. A more detailed analysis of your particular data may be required to determine if your claim is eligible to be sold. There is no guarantee that Lexclaim will purchase your claim or that you will receive payment. This webpage and process does not create a client-attorney relationship. It is not intended to provide legal advice. For legal advice, you will need to consult an attorney.

Lexclaim Recovery Group US is not a law firm. Contacting it by email or otherwise will not establish an attorney-client relationship. Transmission of information between Lexclaim Recovery Group US and you is not intended to, and will not create, an attorney-client relationship between Lexclaim Recovery Group US and you. As a result, you should not transmit any confidential or sensitive information to us. Lexclaim Recovery Group US does not agree to accept and/or maintain the secrecy of any unsolicited information you send to us. The information and content contained on this site is not intended to constitute legal advice, and you should contact an attorney before relying on any such information or content.



© 2025 Lexclaim Recovery Group US, LLC. All Rights Reserved. | Privacy Policy | Terms & Conditions



## PATREON

If you have subscribed to patreon.com and watched videos, we'll evaluate your claim to see if you're eligible for an immediate cash payment.

Based on your answers to the following questions, we can check your eligibility for a lawsuit related to patreon.com.



Start Evaulation











# PATREON

If you have subscribed to patreon.com and watched videos, we'll evaluate your claim to see if you're eligible for an immediate cash payment.

We believe that Patreon may have sent data about the videos you watched to Facebook in violation of federal and state privacy laws. A class action settlement has been reached regarding those laws, and based on your answers we think you might be a member of the class. Are you interested in opting-out of that class settlement and selling your right to bring an individual case against Patreon to us in exchange for a $10 payment now plus 20% of what we are able to recover on the claim?

○ Yes

○ Maybe

○ No

BACK     CONTINUE

9





# PATREON

If you have subscribed to patreon.com and watched videos, we'll evaluate your claim to see if you're eligible for an immediate cash payment.

Based on your answers you likely QUALIFY for an immediate cash payment. Please enter your contact information so that we can start the process. All information is confidential and will not be shared with unauthorized individuals.

| First Name * | Last Name * | Email Address * | Phone Number * |
|---|---|---|---|
| | | | |

| Address * | City * | State * | ZIP * |
|---|---|---|---|
| | | Select One | |

☐ By checking this box, I affirm that I have entered a true and accurate email address and phone number. I acknowledge that Lexclaim or its agents may use this information to contact me by email, phone, and text message. I understand that if I provided invalid or unmonitored contact information, my request to sell my claim may not be accepted and I may not receive a payment. I further affirm that this is my first and only time submitting this information for a potential claim assignment and purchase, and that I will not resubmit this information at a later date. *

☐ You agree to have a representative of Lexclaim Recovery Group US LLC potentially contact you. You affirm that you are 18 years or older and consent to receive automated marketing text/calls from this website and associated entities , and you understand that this authorization overrides any previous registrations on a federal or state Do Not Call registry. *

☐ By checking this box, I affirm that I have entered a true and accurate email address and phone number. I acknowledge that Lexclaim will use this information to contact me by email, phone, and text message. I understand that if I provided invalid or unmonitored contact information, my request to participate in this litigation may be revoked. I further affirm that this is my first and only time submitting this information for inclusion in this litigation, and that I will not resubmit this information at a later date. *

☐ As a potential claimant, Lexclaim Recovery Group LLC would like the option to purchase your claim. To begin the process, please review and sign the attached documents. Please note that filling out the attached form does not automatically entitle you to payment. Payment will only be made if Lexclaim reviews the materials and decides you are eligible to have your claim purchased. If payment is made, the claim no longer belongs to you, and you should not attempt to participate independently in any potential legal settlement about this claim. *

☐ I understand that, if Lexclaim determines I am not eligible or otherwise does not countersign the agreement, my claim will not be sold. I accordingly would maintain all right to any potential claim, including the right to participate in any settlement or litigation. Lexclaim Recovery Group US LLC is not responsible for any decision whether to participate in that event, and is not responsible for any losses that may occur for failure to submit a claim to any settlement *

CONTINUE



**PATREON**

If you have subscribed to patreon.com and watched videos, we'll evaluate your claim to see if you're eligible for an immediate cash payment.

Test, Thanks for providing your contact details, please click sign documents to continue.

SIGN DOCUMENTS

# PATREON

If you have subscribed to patreon.com and watched videos, we'll evaluate your claim to see if you're eligible for an immediate cash payment.

| 125% ∨ | Your progress has been saved. | ⬆ 1 of 4 ⬇ | NEXT FIELD (11/14) |
|---|---|---|---|

Form Checklist →

Client Name

How many videos

Sign Here

Client Name

Select Date

Client Name

Sign Here

Client Name

Select Date

Client Name

Client Name

Date Subscribed

Number of videos

Select Date

Sign Here

Client Name

### CLAIMS ASSIGNMENT AGREEMENT

WHEREAS, on September 23, 2024, the United States District Court for the Northern District of California granted preliminary approval to a class-action settlement resolving all claims related to video-privacy violations committed by Patreon Incorporated ("Patreon"), and

WHEREAS, the settlement resolves the claims of approximately 1,400,000 people against Patreon for that company's allegedly illegal transmission of video-viewing information to other companies, namely Facebook, in exchange for a payment of $7,250,000, which, after attorneys' fees and administration costs, would be approximately $4,165,000, and

WHEREAS, Assignor ___Test Test_____ established an account with Patreon between April 1, 2016, and September 23, 2024, and used Facebook during that time, and

WHEREAS, Assignor watched approximately ___5___ of videos on Patreon between April 1, 2016, and September 23, 2024, and

WHEREAS, at the same time as signing this agreement assignor is completing a form to opt-out of the class action settlement, and

WHEREAS, Lexclaim Recovery Group US LLC ("Lexclaim") intends to prosecute resolve claims against the Inquirer that are assigned to Lexclaim, and

WHEREAS, Assignor is advised that Lexclaim may or may not mail Assignor's signed opt-out form,

The parties to this agreement, Assignor on the one hand and Lexclaim on th other, agree that in exchange for a one-time payment by Lexclaim to Assignor of $10 and an agreement by Lexclaim to pay Assignor 20% of any money recovered o this claim, including court-awarded or agreed-to attorney's fees paid to Gerstein Harrow LLP by any defendant but excluding costs (if separately provided for), Assignor hereby irrevocable assigns, transfers, conveys, and sets over, without recourse, to Lexclaim all rights in, title to, and interest in any and all causes of action Assignor may now have, whether or known or unknown, discovered or undiscovered, against Patreon Incorporated related to any violation of the Video Privacy Protection Act, 18 U.S.C. § 2710 et seq., or any other applicable law (including, but not limited to, the privacy laws of Assignor's home state) relating t information privacy.

14

# PATREON

If you have subscribed to patreon.com and watched videos, we'll evaluate your claim to see if you're eligible for an immediate cash payment.

| ⤢ | 125% ∨ | Your progress has been saved. | ⬆ 2 of 4 ⬇ | NEXT FIELD (11/14) | Form Checklist → |

Assignor is also advised, and accepts, that Lexclaim has already engaged the law firm Gerstein Harrow LLP to represent it in the prosecution of any claims. As provided above, all attorney's fees payable to Gerstein Harrow LLP will be included in the calculation of Assignor's payment. Lexclaim may, in its discretion, choose to retain other counsel. If Lexclaim pays other counsel that amount shall be deducted from the amount used to calculate payment.

Attorneys at Gerstein Harrow LLP have assisted in the preparation of this agreement, in the creation of Lexclaim, and have a direct financial interest in the assigned claims. To simplify accounting and promote transparency, Lexclaim agrees to include any award of attorney's fees or costs authorized by a court or agreed to a settlement as part of any total money award used to calculate Assignor's share of the recovery. For the avoidance of any possible doubt, Gerstein Harrow does not represent Assignor in any legal matters related to this agreement or any claims subject to it.

Assignor understands, and accepts, that, depending on the outcome of the prosecution of any claims, Assignor may not obtain any money above the $10 payment guaranteed under this Agreement. Assignor understands and agrees that Lexclaim has no obligation to prosecute the assigned claims.

Assignor understands that, depending on the amount recovered, Assignor may be required to complete an additional, standardized form or forms to receive payment (including but not limited to federal and state tax forms). Lexclaim reserves the right to withhold payment if it does not timely receive completed form from Assignor.

Lexclaim is not responsible for advising Assignor of the tax consequences of any payment.

This agreement is effective only when it is signed by both parties. It may be signed in counterparts.

SIGNATURE

Assignor: Test Test

Date: February 04, 2025

Charles Gerstein
Lexclaim Recovery Group US LLC
Date:

Form Checklist items:
- Client Name
- How many videos
- Sign Here
- Client Name
- Select Date
- Client Name
- Sign Here
- Client Name
- Select Date
- Client Name
- Client Name
- Date Subscribed
- Number of videos
- Select Date
- Sign Here
- Client Name

a settlement as part of any total money award used to calculate Assignor's share of the recovery. For the avoidance of any possible doubt, Gerstein Harrow does not represent Assignor in any legal matters related to this agreement or any claims subject to it.



prosec
payme
Lexcla

may be
payme
reserve
from A



REQUEST FOR EXCLUSION

I, Test Test _____, hereby request to be excluded from

? Class certified on September 23, 2024, in *Stark v. Patreon Inc.,* No. 22-cv-03131-

S (N.D. Cal.).

Test Test

Date: February 04, 2025

# PATREON

If you have subscribed to patreon.com and watched videos, we'll evaluate your claim to see if you're eligible for an immediate cash payment.

| | | | | | |
|---|---|---|---|---|---|
| ⤢ | 125% ∨ | Your progress has been saved. | ⬆ ◢ 4 of 4 ⬇ | COMPLETE (14/14) | Form Checklist → |

**DECLARATION OF** Test Test

1. My name is Test Test_____ I am over 18 years old.

2. On or around February 04, 2020 I created a Patreon account.

3. I have a Facebook account, and I had that Facebook account at the same time I was a Patreon accountholder. To the best of my knowledge, I was logged into Facebook on my phone, computer, and/or other device at least once while accessing Patreon.

4. Since April 1, 2016, to the best of my recollection I have watched approximately 5_____ of videos on Patreon while in the United States.

5. To the best of my knowledge, when I watched videos on Patreon I did not enable any cookie-blocking features on my internet browner.

6. To the best of my knowledge, when I watched videos on Patreon I had not signed out of my Facebook account.

7. To the best of my knowledge, I never gave explicit written consent to Patreon allowing them to share my personal information with Facebook.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 04, 2025

les

Test Test

Client Name
How many videos
Sign Here
Client Name
Select Date
Client Name
Sign Here
Client Name
Select Date
Client Name
Client Name
Date Subscribed
Number of videos
Select Date
Sign Here
Client Name



f you have subscribed to patreon.com and watched videos, we'll evaluate your claim to see if you're eligible for an immediate cash payment.



