Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Emily Kirk (CA SBN 348547)
ekirk@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, CA 94612
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATREON, INC.,<br><br>Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**DECLARATION OF COLIN SULLIVAN IN SUPPORT OF DEFENDANT PATREON, INC.'S OBJECTION TO PUTATIVE OPT-OUTS SUBMITTED BY LEXCLAIM RECOVERY GROUP US, LLC** |

I, Colin Sullivan, hereby declare:

1. I submit this Declaration in support of Defendant Patreon, Inc.'s ("Patreon's") Objection to Putative Opt-outs Submitted by Lexclaim Recovery Group US, LLC. I have personal knowledge of the facts set forth herein, and, if called upon to testify, could and would testify competently thereto.

2. Patreon is a company that provides an online platform that allows individual fans, sometimes called "patrons," to provide financial support to their favorite artists, called "creators," on an ongoing basis.

3. I am General Counsel at Patreon, and I have been employed with Patreon since December 2015.

4. As General Counsel, I am familiar with the process by which prospective users set up Patreon accounts and accept the terms of the Patreon Terms of Use.

5. At all times since at least December 2015, all Patreon users, whether patrons or creators, have been required to affirmatively agree to Patreon's Terms of Use as a precondition to creating a Patreon account and using the Patreon platform.

6. Patreon periodically updates its Terms of Use. As part of my job at Patreon, I am familiar with current and past versions of Patreon's Terms of Use. I am also familiar with how Patreon archives historical versions of its Terms of Use in the ordinary course of business, and I understand how to retrieve historical versions of these documents.

7. Attached as **Exhibit 1** is a true and correct copy of Patreon's current Terms of Use, effective since December 14, 2023. A copy of the current Terms of Use is publicly available at https://www.patreon.com/policy/legal.

8. Attached as **Exhibit 2** is a true and correct copy of Patreon's Terms of Use, with an effective date of June 7, 2023.

9. Attached as **Exhibit 3** is a true and correct copy of Patreon's Terms of Use, with an effective date of March 20, 2023.

10. Attached as **Exhibit 4** is a true and correct copy of Patreon's Terms of Use, with an effective date of October 15, 2021.

11. Attached as **Exhibit 5** is a true and correct copy of Patreon's Terms of Use, with an effective date of December 16, 2020.

12. Attached as **Exhibit 6** is a true and correct copy of Patreon's Terms of Use, with an effective date of July 1, 2020.

13. Attached as **Exhibit 7** is a true and correct copy of Patreon's Terms of Use, with effective dates of December 20, 2019 (for new users) and January 1, 2020 (for existing users).

14. Attached as **Exhibit 8** is a true and correct copy of Patreon's Terms of Use, with effective dates of April 29, 2019 (for new users) and June 1, 2019 (for existing users).

15. Attached as **Exhibit 9** is a true and correct copy of Patreon's Terms of Use, with an effective date of November 1, 2016, and a last-updated date of December 18, 2018.

I declare under the laws of the United States that the statements in this declaration are true and correct to the best of my knowledge, and that this declaration was executed on February 26, 2025, in Sacramento, California.

Signed by:
Colin Sullivan
F48D213DB65C49A...
Colin Sullivan

# Exhibit 1

Log in

Get Started

Find a Creator

# Terms of Use

**Effective December 14, 2023**

Patreon is a membership platform that helps connect fans with creators they love. Our mission is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make this easy to get through. Above every section, we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text for a complete understanding of these terms.

Archive of Prior Terms

TOPICS

## Welcome to Patreon!

*To summarize: by using Patreon you agree to these terms.*

These are Patreon's Terms of Use, and they apply to all users of the Patreon platform. "We," "our," and "us" refer to Patreon, Inc. "Patreon" refers to this platform and the services offered by us, including the Patreon iOS app, the Patreon Android app, Patreon APIs, Patreon embeds, www.patreon.com, and Patreon's other websites. By using Patreon, you agree to these terms and to the other policies we post, including the

Privacy Policy, Community Guidelines, and Benefit Guidelines. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy and our Cookie Policy. We collect, use, and share information in accordance with those policies.

---

## Your account

*To summarize: You must be at least 13 years old to use Patreon. You are responsible for your account.*

When you create an account, you must provide us with accurate information, in good faith, and you agree to keep your information updated if it changes. To create an account or otherwise use Patreon, you must be at least 13 years old and you must also be old enough to consent to the processing of your personal data in your country (in some countries we may allow your parent or guardian to do so on your behalf). You must be at least 18 years old or have your parent's or legal guardian's permission to have a creator page on Patreon or to purchase an offering or subscription on Patreon. You must be at least 18 years old to subscribe to an Adult/18+ creator or purchase an offering related to such a creator. You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security in our Security Policy.

---

## Abusive conduct

*To summarize: Be responsible and don't violate our terms or policies.*

You are responsible for all activity on your account. If you violate our terms or policies, then we may terminate your account. Don't do anything illegal, abusive towards others, that abuses Patreon in a technical way, or that exploits Patreon in an unintended manner that is detrimental to us, like using Patreon as a storage platform. If you are a creator earning money on Patreon, we may be exposed to risk based on what you do with those

funds. As a result, we may also look at what you do outside of Patreon. You can find more detailed information in the Community Guidelines and Security Policy. These terms and our policies cover most issues, but, if you find a new and creative way to hurt Patreon or our community, we may take action to prevent it.

---

### All about being a creator

*To summarize: A creator is someone who creates a page on Patreon to engage with patrons who purchase memberships or offerings on Patreon to support the creator's creations. There are a lot of details below involving payments, fees, taxes, and restrictions that you should read in full if you are a creator.*

## Creator Page

To become a creator, simply launch your page to start your offering or membership. When you join Patreon, you become part of the Patreon community. You can use creator tools that we provide to, among other things, showcase your creations, engage with the Patreon community, and provide merchandise to patrons through our merch service. Memberships are for your most passionate fans. On Patreon, you can provide your patrons something exciting that gives them special benefits they want, including additional access, merchandise, exclusive creations, and engaging community experiences. In turn, you will receive loyal support from your patrons, and revenue from memberships and offerings that patrons have purchased on Patreon.

## Payments

As a creator, you may make offerings available on Patreon on a one-time basis and may make memberships available on Patreon on an automatically-renewing subscription basis. Where supported and as applicable, we automatically convert the prices of offerings and subscriptions into a patron's local currency based on a currency conversion rate that may be determined at our sole discretion. You can

learn more here. Also, where supported and subject to your controls as applicable, we may automatically increase the prices of offerings to patrons to account for the fees imposed by the platforms (like the App Store) on which the associated purchases were made in a manner that may be determined at our sole discretion. You can learn more here.

We typically handle payments issues such as fraud, chargebacks, and resolution of payments disputes, though, for purchases made through certain platforms (like the App Store), the associated platforms may handle these payments issues. We try to provide timely access to the funds you've earned on Patreon based on the level and type of Patreon service you select. Purchases made on certain platforms (like the App Store) and different levels and types of Patreon service may have different timelines associated with funds becoming accessible to you and/or may require that reserves of funds are withheld from becoming accessible to you. You can learn more here. You may, however, occasionally experience further delays in accessing these funds.

We may also block or withhold access to these funds for violations of our terms or policies or for compliance reasons, including collecting tax reporting information. When this happens, we try to communicate the reason to you promptly. If you have questions about access to funds being blocked or withheld, please reach out to us. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent. Sometimes activities like refunds to patrons and chargebacks from patrons can put your account balance into the negative and any fees you've incurred from Patreon or the platforms (like the App Store) on which the purchases were made, as described below, may not be refunded to you when such refunds and chargebacks are processed. If your balance becomes negative, we reserve the right to recover those funds from future payments.

To make sure Patreon is a safe community for everyone, we are required to have all creators sharing sexually explicit creations or creations that include nudity agree to certain additional requirements. If you are an Adult/18+ creator, then you agree to verify that you are over the age of 18 through the means requested by us, to verify that each person depicted in your creations is over the age of 18, and to obtain each such persons' written consent to participate in your creations. A consent form template that you may use for this purpose is located in our Help Center, where you

may get additional information about these requirements. You agree that you will promptly provide us with this proof of age verification and consent if we request it.

# Fees

As a creator, there are fees associated with your offerings and paid memberships on Patreon. The general nature of these fees is summarized below, but the most current information is found in our Help Center. These fees may increase with notice to you and may vary depending on the level and type of Patreon service you select, including whether you choose to use Patreon's paid membership service, free membership service, and/or service for facilitating one-time purchases:

- The platform fee, which may include a flat fee and/or is calculated as a percentage of successfully processed payments. For service levels and types that include merch, please note that, in addition to the platform fee for using the merch service, we also charge you for the cost of the merchandise itself based on the quantity and SKUs of the associated items;
- Feature-specific fees, which may arise from the use of particular Patreon features and may include a flat fee and/or are calculated as a percentage of successfully processed payments;
- The payment processing fee, which is calculated as a percentage of successfully processed payments and a flat fee per successfully processed payment and relates to the cost of processing payments from patrons, including recurring billing, recovering declined payments, and fighting fraud;
- The payout fee, which is a fee for transferring money you've earned on Patreon to your specified payout method and may vary based on your specified payout method; and
- The currency conversion fee, which is calculated as a percentage of successfully processed payments made in a currency other than your payout currency.

You can see the fees for any offerings and subscriptions on your creator dashboard, though please note that this dashboard does not list the payout

fee described above. Also, as described above, when offerings are purchased on certain platforms (like the App Store), those platforms may impose fees for those purchases. We endeavor to provide you with information about those fees in your creator dashboard and, where supported and subject to your controls as applicable, Patreon may automatically increase the prices of offerings to patrons to account for those fees.

"Founding creators" are creators whose creator pages were live before May 7th, 2019 and who have not since made disqualifying changes to their creator pages. "Founding creators" may have a legacy fee structure explained in our Help Center that is no longer available to other creators.

If a patron pays in a currency that is different from the currency associated with their payment instrument, then the financial institution associated with that payment instrument may charge them a foreign transaction fee for that payment. We are not applying this fee and have no control over it, have no knowledge of whether the fee is applied, and do not receive any of the funds from that fee.

Even if a patron pays in the same currency as the currency associated with their payment instrument, when a patron's payment is processed in a country different from the one associated with their payment instrument, then the financial institution associated with that payment instrument may charge them a foreign transaction fee for that payment. We are not applying this fee, have no knowledge of whether the fee is applied, and do not receive any of the funds from that fee, but our choices about payment processing may impact or otherwise give rise to this fee.

## Tax

In order to satisfy our tax obligations, we collect tax identification information and, in certain circumstances, report this information and earnings to tax authorities as legally required. For example, if you are located in the United States or are a United States citizen who has earned $600 or more, Patreon is required to issue you a Form 1099-K at year end. For purposes of Forms 1099-K, we treat all creator earnings as earned for the sales of goods or services. You are responsible for reporting any income, withholding, or other earnings-based taxes which may be due as a

result of money you've earned on Patreon. You can learn more in our Tax Help Center.

We are additionally responsible for a number of transactional taxes across the world. These include, but are not limited to, Valued Added Tax ("VAT"), Goods and Services Tax ("GST") and other local service or sales taxes in non-US locations (collectively referred to as "VAT"), as well as state sales tax in the United States. To learn more about how we handle transaction taxes, please check our VAT guide and other Help Center articles. In locales where we are required to collect transaction tax from patrons, invoices presented to and payments processed from patrons will include the tier or custom payment amount plus the applicable tax. Applicable tax will be charged in addition to the price of a relevant transaction based upon the benefits that you indicate that you will be offering. We will use the benefit categories that you assign to your membership or offering to calculate, collect, and remit the applicable taxes. You are responsible for ensuring that all of your benefits are properly categorized using good faith efforts and to the best of your ability using the available tools. You agree to provide accurate information when you are engaging with the tier tools, sales tax weighting tools and, generally, when listing and categorizing benefits transferred within membership tiers and offerings. Once settled, the tax amount will be automatically deducted, and we will remit directly to the applicable taxing authority. A record of the transaction tax portion of the payment will be available on your earnings details page.

Amounts payable under this agreement between a creator and Patreon may include VAT or sales tax where applicable. Please refer to our Tax Help Center in this regard. You agree that you will provide us with any information and documents for accurate tax determination and compliance, where and as we request or as otherwise required.

## Restrictions

We don't allow creations and benefits that violate our terms or policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A high level summary of those rules is that we don't allow:

- illegal creations or benefits;
- creations or benefits that are abusive towards other people;

- creations or benefits that are misleading or deceptive;
- creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected as fair use; or
- creations or benefits with real people engaging in sexual acts.

If you are an Adult/ 18+ creator, then certain features associated with the the level and type of Patreon service you select may not be available to you.

If your fans include people under the age of 18, then please remind them that they need their parent's or legal guardian's permission to purchase an offering or membership subscription on Patreon, and that those under the age of 13 cannot use Patreon. We are not required to allow any particular person or group of persons to access an offering, be a patron or otherwise access Patreon services.

As a creator, you are also responsible for keeping patron data safe. You agree to our Data Processing Agreement (DPA) that we sometimes refer to as the Creator Privacy Promise.

An account is tied to your creative output and cannot be sold or transferred for use by another creator.

We are constantly experimenting with product features to make Patreon better and may add, remove, or test features with a subset of creators. Access to these features is not guaranteed and may not be subject to your control. Instead, we may enable and disable these early-access, beta, or test features at our sole discretion. These features may also be subject to additional restrictions and limitations, including some that we describe in our Help Center.

---

## All about being a patron

*To summarize: A patron is someone who subscribes and/or makes a purchase on Patreon, which may come with special benefits from creators*

*they love. Through a subscription or offering on Patreon, patrons may receive benefits and directly interact with creators using tools supplied by us, and, through Patreon, have the opportunity to engage with a community of patrons and creators.*

As a patron, you're supporting a creator and may receive special benefits like shoutouts, exclusive creations, or merchandise. You pay on a one-time or automatically-renewing subscription basis as specified; Patreon is the billing entity that is associated with this charge. If your primary payment method fails and you've configured one or more backup payment methods, then we will charge those backup payment methods based on that configuration.

The timing and amount of each subscription or offering depends on the type of subscription or offering you select and the creator you support. You can see the details prior to purchasing the offering or starting the subscription and you can view all your active subscriptions and your billing history.

To become a patron, simply subscribe or purchase a paid subscription or other offering on Patreon. Subject to these terms and full payment of all applicable charges, to the extent a subscription or offering includes access to one or more of a creator's creations, you receive a non-exclusive, non-transferable, non-sublicensable, revocable, limited license to access and view those creations for your own private, personal, non-promotional, non-commercial use. Creations you gain access to in this manner will generally continue to be available to you, but may become unavailable at any time as described below.

In addition to one-time purchases, there are three types of paid, automatically renewing subscriptions offered on Patreon. One is a monthly subscription where you pay per month. The second is a per-creation subscription where you pay per-creation posted by the creator. You can set a limit on the number of creations you pay for in a single month under this per-creation subscription model. The third is an annual subscription, where you pay for a year of access up front, typically at a discounted rate. Not all types of membership subscriptions are offered by all creators and the then current subscription options for a given creator will be presented to you prior to entering into the membership.

Each type of paid subscription automatically renews monthly (for monthly and per-creation memberships) or annually (for annual memberships) until you cancel via your membership settings. If your subscription includes a free trial, then, unless you cancel via your membership settings before your free trial ends, you will be charged for the first time after the specified free trial period ends and you'll start an automatically renewing paid subscription on Patreon of the type you selected. Your recurring charge date may be earlier than the date you first subscribed for reasons including, for example, differences between your timezone and the timezone in which our billing systems operate and your most recent previous charge date being earlier due to variances in the length of months. The amount you are charged for a membership subscription may increase with notice to you. This enables creators to, for example, adjust membership prices to account for increased costs, new or different benefits, or other changed circumstances, just like any other business. Similarly, this enables Patreon to, for example, account for new currency exchange rates by refreshing the conversion rate applied when a patron pays in a currency different than the one chosen by the creator. Patreon does not control the applicable tax that you may be charged and this amount may increase without notice to you.

You may cancel your free trial or recurring payments at any time, as described above.  For monthly and annual memberships, canceling or lowering the tier support of your membership will impact your next recurring charge. For per-creation memberships, lowering the tier support of your membership will impact your next per-creation charge and canceling your membership will go into effect before your next per-creation charge. Annual memberships may be canceled or increased, but not lowered, and increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment during the current payment term, you may be credited for any payment already made in that term. For example, if you upgrade from a monthly membership to an annual membership, then the amount you already paid for that particular month may be credited toward, and thereby reduce the first year cost of, the annual membership.

Canceling your membership or lowering the tier support below the applicable threshold may result in your loss of access to membership subscription benefits, including a creator's patron-only posts and other benefits. You may also lose access to offerings you've purchased and

membership subscription benefits if, for example and as applicable, your payment method fails, we terminate your account, the creator blocks you, the creator stops making offerings and/or memberships available on Patreon, the creator deletes their Patreon account, the creator changes who has access to an offering and/or membership, the creator removes a post or offering from their Patreon account, we remove the creator from Patreon, we change who has access to an offering and/or membership, or we remove a post or offering from from a creator's Patreon account. We are not required to allow you to access an offering, be a patron of, or to otherwise interact with any particular creator.

Membership subscriptions and offerings vary and we have limited control over the quality and specific benefits. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep the Patreon community safe.

If you are located in a jurisdiction in which Patreon is required to charge and collect tax, for example VAT or sales tax, then this tax is added to the total charge. Except in limited circumstances, this tax is shown to you when purchasing an offering or starting a paid subscription. Patreon remits all tax collected to the applicable taxing authority. As tax is largely dependent on your location, you agree to keep your location complete and up to date in order to enable accurate collection of taxes.

If you pay in a currency that is different from the currency associated with your payment instrument, then the financial institution associated with that payment instrument may charge you a foreign transaction fee for that payment. We are not applying this fee and have no control over it, have no knowledge of whether the fee is applied, and do not receive any of the funds from that fee.

Even if you pay in the same currency as the currency associated with your payment instrument, when your payment is processed in a country different from the one associated with your payment instrument, then the financial institution associated with that payment instrument may charge you a foreign transaction fee for that payment. We are not applying this fee, have no knowledge of whether the fee is applied, and do not receive any of the funds from that fee, but our choices about payment processing may impact or otherwise give rise to this fee.

We are constantly experimenting with product features to make Patreon better and may add, remove, or test features with a subset of patrons. Access to these features is not guaranteed and may not be subject to your control. Instead, we may enable and disable these early-access, beta, or test features at our sole discretion. These features may also be subject to additional restrictions and limitations, including some that we describe in our Help Center.

**Refunds.** Our policy is not to provide refunds, including if you lose access to offerings and/or membership subscription benefits as described above, though we may allow for some exceptions where refunds are granted at our sole discretion. If you made a purchase on certain platforms (like the App Store), then Patreon may not be able to address any associated refund requests, and you may need to contact those platforms directly. You can learn more here.

---

## Patreon's role

*To summarize: We may look at some pages and posts on Patreon and review reported pages to identify potential violations of these terms and our policies.*

We look at some pages and posts on Patreon to enforce these terms and our policies, including our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and, primarily because Patreon may be exposed to risk based on what is done with funds earned on Patreon, may include reviewing activity outside of Patreon.

In most situations, we will work with creators and patrons to resolve any potential policy violations and allow the creator or patron to continue using Patreon. Patreon may terminate creator or patron accounts when we believe it is necessary to protect creators, patrons, Patreon, or the broader community, but it is not an action we take lightly.

Patreon reserves the right to remove a creator or patron from participating in annual memberships. Removing a creator from participation in annual

memberships will remove the option for further patrons to purchase annual subscriptions on Patreon for that creator. Removing a patron from participation in annual memberships will prohibit that patron from purchasing further annual membership subscriptions on Patreon for any creator. This will not, however, result in an automatic removal of the creator or patron from Patreon, unless there is an independent basis for that removal.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

As a global company based in the United States with operations in other countries, we must comply with economic sanctions and trade restrictions, including those implemented by the Office of Foreign Assets Control ("OFAC") of the United States Department of the Treasury. This means that we cannot take part in transactions that involve designated people, places, or items that originate from those places, as determined by agencies like OFAC. You can read our Sanctions Policy here.

---

## Account deletion

*To summarize: You can delete your account here. We can terminate or disable your account at our sole discretion.*

You can permanently delete your account at any time by going to our Privacy Center.

We can terminate or suspend your account at any time at our sole discretion. We can also cancel any membership subscriptions and remove any descriptions, posts, offerings, or benefits at our sole discretion. You may not bring a claim against us for suspending or terminating another person's account, and you agree you will not bring such a claim. If you try to bring such a claim, you are responsible for the damages caused, including attorneys' fees and costs. These terms remain in effect even if you no longer have an account.

---

## Your creations

*To summarize: Creators keep full ownership of their creations and patrons keep full ownership of what they post on Patreon, but give us permission to use them as part of Patreon's services. Make sure you have permission to post the creations that you make available on Patreon.*

Creators keep full ownership of their creations and patrons keep full ownership of what they post on Patreon, but we need licenses from you for this material in order to operate Patreon's services effectively. By making creations available on Patreon or otherwise posting on Patreon, you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license covering your creation or what you post in all formats and channels now known or later developed anywhere in the world to use, copy, reproduce, store, translate, transmit, distribute, perform, prepare derivative works, publicly display, and display in connection with any name, username, voice, or likeness provided in connection with it. If your creations contain any personal data, you also recognize Patreon's "legitimate interest" in it in accordance with the scope of this license.

This sounds like a lot, but it's important for us to operate our services, including hosting creations, providing and promoting memberships to your patrons, and enabling community features like post comments. For clarity, you keep full ownership over your creations and what you post on Patreon; we are not buying your intellectual property rights or leasing them from you for our gain. We will never try to steal your creations, use them in an exploitative way, or seek to profit off of them by any means other than facilitating memberships and offerings you've configured on Patreon.

You agree not to make available creations or otherwise make posts on Patreon that infringe others' intellectual property or proprietary rights. Patreon reserves the right to remove creations and other material that violate Patreon's terms and policies, including these Terms of Use and the Community Guidelines. We respond to compliant notifications of claimed copyright infringement and have adopted and reasonably implemented a policy for terminating, in appropriate circumstances, the accounts of creators and patrons who are the subject of repeated compliant notifications of claimed copyright infringement or other evidence that suggests a pattern of repeat infringement. Information regarding how this

policy is implemented as well as the process for reporting or responding to notifications of claimed copyright infringement can be found here.

Patrons may not use creations posted by creators in any way not authorized by the creator, including sharing those creations with others who have not purchased the offering or subscription through which those creations were made available.

---

## Third-party apps and services

*To summarize: You may grant third-party apps and services access to your Patreon account and you may grant Patreon access to third-party apps and services. You may also revoke this access.*

When you connect your Patreon account to other websites, apps, or services, you may be asked to give those websites, apps, or services access to information about your Patreon account and/or permission to perform actions within your Patreon account on your behalf. If you choose to take this authorization action, then we will follow your instructions and grant the access or permission that you've selected. You can learn more in our Privacy Policy.

---

## Patreon's creations

*To summarize: You agree that any bug reports or suggested improvements that you provide to Patreon will be fully owned by Patreon. Creators can use our copyrights or trademarks to promote their Patreon pages, but can't use them for anything else without our permission.*

Our creations are protected by copyright, trademark, patent, and trade secret laws. Some examples of our creations are the text on the www.patreon.com site, the text on Patreon's other websites, our iOS and Android apps, our APIs, our embeds, our logo, and our codebase. We grant creators a license to use our logo and other copyrights or trademarks to promote their Patreon pages. You can learn more about the correct use of our logo in our Brand Guidelines. You may not otherwise use,

reproduce, distribute, perform, publicly display, or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

We welcome your feedback on the performance of the Patreon product, including any early-access, beta, or test features to which you've been given access, and your help in identifying any problems, bugs, and defects. You agree that any suggestions, comments, ideas, bug reports, or suggested improvements that you provide to us will be fully owned by us so that we can use them to improve Patreon and thereby better help the community of creators and patrons.

---

## Indemnity

*To summarize: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.*

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right, then you will help us in our defense. Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents, and third-party service providers.

---

## Warranty disclaimer

*To summarize: We do our best to make sure Patreon works as expected, but stuff happens.*

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty, whether express or implied, is excluded and disclaimed to the greatest extent permitted by law. The disclaimers of warranty under this clause also apply to our**

**subsidiaries, affiliates, and third-party service providers.**

---

## Limitation of liability

*To summarize: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.*

**To the greatest extent permitted by law, we are not liable to you for any incidental, consequential, or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the greatest extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled offerings and benefits and from losses caused by conflicting contractual agreements. For this clause, "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents, and third-party service providers.**

---

## Dispute resolution

*To summarize: If you have a problem, please talk to us. Any disputes with us must be resolved in San Francisco under California law.*

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or in relation to your use of Patreon, then the dispute will be resolved in the federal or state courts located in San Francisco, California. Both parties consent to the exclusive jurisdiction and venue of the San Francisco courts for the purpose of resolving any such dispute. California law, excluding its conflict of law provisions, governs these terms, all other Patreon policies, and any dispute that arises between you and Patreon.

---

## Everything else

*To summarize: These terms are the final word on Patreon's policies and we will tell you if we make material changes to them.*

These terms and any referenced policies are the entire agreement between you and us, supersede all prior agreements, and don't create any partnership, joint venture, employee-employer or franchiser-franchisee relationship between you and us. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified to make it enforceable, then it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, then it does not waive the ability to enforce any rights in the future.

We may sometimes make changes to these terms. If we make a change to these terms that, in our sole discretion, is material, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means you accept the new terms or policies.

We are committed to accessibility for those with disabilities. You can find Patreon's accessibility policy here. If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com.

If you sign-up to receive text messages from us, you agree to receive recurring automated promotional and personalized marketing text (e.g., SMS and MMS) messages from us, including text messages that may be sent using an automatic telephone dialing system, to the mobile telephone number you provided when signing up or any other number that you designate. Consent to receive automated marketing text messages is not a condition of any purchase. Message and data rates may apply. Message frequency may vary. We reserve the right to alter the frequency of messages sent at any time, so as to increase or decrease the total number of sent messages. We also reserve the right to change the short code or phone number from which messages are sent. Not all mobile devices or handsets may be supported and our messages may not be deliverable in all areas. We, our service providers, and the mobile carriers supported by the program are not liable for delayed or undelivered messages.

The street address of Patreon's headquarters is Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA.

Archive of Prior Terms

Creators +

Features +

Pricing +

Resources +

Company +

GET IT ON Google Play

Download on the App Store

English (United States) (en-US)

South Korea (대한민국)

US Dollars

600 Townsend Street, Suite 500
San Francisco, CA 94103, USA

©Patreon

# Exhibit 2

written consent to participate in your creations. A consent form template that you may use for this purpose is located in our Help Center, where you may get additional information about these requirements. You agree that you will promptly provide us with this proof of age verification and consent if we request it.

**Fees**

As a creator, there are fees associated with your offerings and paid memberships on Patreon. The general nature of these fees is summarized below, but the most current information is found in our Help Center. These fees may increase with notice to you and may vary depending on the level and type of Patreon service you select, including whether you choose to use Patreon's paid membership service, free membership service, and/or service for facilitating one-time purchases:

- The platform fee, which may include a flat fee and/or is calculated as a percentage of successfully processed payments. For service levels and types that include merch, please note that, in addition to the platform fee for using the merch service, we also charge you for the cost of the merchandise itself based on the quantity and SKUs of the associated items;
- Feature-specific fees, which may arise from the use of particular Patreon features and may include a flat fee and/or are calculated as a percentage of successfully processed payments;
- The payment processing fee, which is calculated as a percentage of successfully processed payments and a flat fee per successfully processed payment and relates to the cost of processing payments from patrons, including recurring billing, recovering declined payments, and fighting fraud;
- The payout fee, which is a fee for transferring money you've earned on Patreon to your specified payout method and may vary based on your specified payout method; and
- The currency conversion fee, which is calculated as a percentage of successfully processed payments made in a currency other than your payout currency.

You can see the fees for any membership subscription on your creator dashboard, though please note that this dashboard does not list the payout fee described above.

"Founding creators" are creators whose creator pages were live before May 7th, 2019 and who have not since made disqualifying changes to their creator pages. "Founding creators" may have a legacy fee structure explained in our Help Center that is no longer available to other creators.

If a patron pays in a currency that is different from the currency associated with their payment instrument, then the financial institution associated with that payment instrument may charge them a foreign transaction fee for that payment. We are not applying this fee and have no control over it, have no knowledge of whether the fee is applied, and do not receive any of the funds from that fee.

Even if a patron pays in the same currency as the currency associated with their payment instrument, when a patron's payment is processed in a country different from the one associated with their payment instrument, then the financial institution associated with that payment instrument may charge them a foreign transaction fee for that payment. We are not applying this fee, have no knowledge of whether the fee is applied, and do not receive any of the funds from that fee, but our choices about payment processing may impact or otherwise give rise to this fee.

**Tax**

In order to satisfy our tax obligations, we collect tax identification information and, in certain circumstances, report this information and earnings to tax authorities as legally required. For example, if you are located in the United States or are a United States citizen who has earned $600 or more, Patreon is required to issue you a Form 1099-K at year end. For purposes of Forms 1099-K, we treat all creator earnings as earned for the sales of goods or services. You are responsible for reporting any income, withholding, or other earnings-based taxes which may be due as a result of money you've earned on Patreon. You can learn more in our Tax Help Center.

We are additionally responsible for a number of transactional taxes across the world. These include, but are not limited to, Valued Added Tax ("VAT"), Goods and Services Tax ("GST") and other local service or sales taxes in non-US locations (collectively referred to as "VAT"), as well as state sales tax in the United States. To learn more about how we handle transaction taxes, please check our VAT guide and other Help Center articles. In locales where we are required to collect transaction tax from patrons, invoices presented to and payments processed from patrons will include the tier or custom payment amount plus the applicable tax. Applicable tax will be charged in addition to the price of a relevant transaction based upon the benefits that you indicate that you will be offering. We will use the benefit categories that you assign to your membership or offering to calculate, collect, and remit the applicable taxes. You are responsible for ensuring that all of your benefits are properly categorized using good faith efforts and to the best of your ability using the available tools. You agree to provide accurate information when you are engaging with the tier tools, sales tax weighting tools and, generally, when listing and categorizing benefits transferred within membership tiers and offerings. Once settled, the tax amount will be automatically deducted, and we will remit directly to the applicable taxing authority. A record of the transaction tax portion of the payment will be available on your earnings details page.

Amounts payable under this agreement between a creator and Patreon may include VAT or sales tax where applicable. Please refer to our Tax Help Center in this regard. You agree that you will provide us with any information and documents for accurate tax determination and compliance, where and as we request or as otherwise required.

**Restrictions**

We don't allow creations and benefits that violate our terms or policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A high level summary of those rules is that we don't allow:

- illegal creations or benefits;
- creations or benefits that are abusive towards other people;
- creations or benefits that are misleading or deceptive;
- creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected as fair use; or
- creations or benefits with real people engaging in sexual acts.

If you are an Adult/ 18+ creator, then certain features associated with the the level and type of Patreon service you select may not be available to you.

If your fans include people under the age of 18, then please remind them that they need their parent's or legal guardian's permission to purchase an offering or membership subscription on Patreon, and that those under the age of 13 cannot use Patreon. We are not required to allow any particular person or group of persons to access an offering, be a patron or otherwise access Patreon services.

As a creator, you are also responsible for keeping patron data safe. You agree to our Data Processing Agreement (DPA) that we sometimes refer to as the Creator Privacy Promise.

An account is tied to your creative output and cannot be sold or transferred for use by another creator.

We are constantly experimenting with product features to make Patreon better and may add, remove, or test features with a subset of creators. Access to these features is not guaranteed and may not be subject to your control. Instead, we may enable and disable these early-access, beta, or test features at our sole discretion. These features may also be subject to additional restrictions and limitations, including some that we describe in our Help Center.

---

## All about being a patron

To summarize: A patron is someone who subscribes and/or makes a purchase on Patreon, which may come with special benefits from creators they love. Through a subscription or offering on Patreon, patrons may receive benefits and directly interact with creators using tools supplied by us, and, through Patreon, have the opportunity to engage with a community of patrons and creators.

As a patron, you're supporting a creator and may receive special benefits like shoutouts, exclusive creations, or merchandise. You pay on a one-time or automatically-renewing subscription basis as specified; Patreon is the billing entity that is associated with this charge.

The timing and amount of each subscription or offering depends on the type of subscription or offering you select and the creator you support. You can see the details prior to purchasing the offering or starting the subscription and you can view all your active subscriptions and your billing history.

To become a patron, simply subscribe or purchase a paid subscription or other offering on Patreon. Subject to these terms and full payment of all applicable charges, to the extent a subscription or offering includes access to one or more of a creator's creations, you receive a non-exclusive, non-transferable, non-sublicensable, revocable, limited license to access and view those creations for your own private, personal, non-promotional, non-commercial use. Creations you gain access to in this manner will generally continue to be available to you, but may become unavailable at any time as described below.

In addition to one-time purchases, there are three types of paid, automatically renewing subscriptions offered on Patreon. One is a monthly subscription where you pay per month. The second is a per-creation subscription where you pay per-creation posted by the creator. You can set a limit on the number of creations you pay for in a single month under this per-creation subscription model. The third is an annual subscription, where you pay for a year of access up front, typically at a discounted rate. Not all types of membership subscriptions are offered by all creators and the then current subscription options for a given creator will be presented to you prior to entering into the membership.

Each type of paid subscription automatically renews monthly (for monthly and per-creation memberships) or annually (for annual memberships) until you cancel via your membership settings. If your subscription includes a free trial, then, unless you cancel via your membership settings before your free trial ends, you will be charged for the first time after the specified free trial period ends and you'll start an automatically renewing paid subscription on Patreon of the type you selected. Your recurring charge date may be earlier than the date you first subscribed for reasons including, for example, differences between your timezone and the timezone in which our billing systems operate and your most recent previous charge date being earlier due to variances in the length of months. The amount you are charged for a membership subscription may increase with notice to you. This enables creators to, for example, adjust membership prices to account for increased costs, new or different benefits, or other changed circumstances, just like any other business. Similarly, this enables Patreon to, for example, account for new currency exchange rates by refreshing the conversion rate applied when a patron pays in a currency different than the one chosen by the creator. Patreon does not control the applicable tax that you may be charged and this amount may increase without notice to you.

You may cancel your free trial or recurring payments at any time, as described above. For monthly and annual memberships, canceling or lowering the tier support of your membership will impact your next recurring charge. For per-creation memberships, lowering the tier support of your membership will impact your next per-creation charge and canceling your membership will go into effect before your next per-creation charge. Annual memberships may be canceled or increased, but not lowered, and increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment during the current payment term, you may be credited for any payment already made in that term. For example, if you upgrade from a monthly membership to an annual membership, then the amount you already paid for that particular month may be credited toward, and thereby reduce the first year cost of, the annual membership.

Canceling your membership or lowering the tier support below the applicable threshold may result in your loss of access to membership subscription benefits, including a creator's patron-only posts and other benefits. You may also lose access to offerings you've purchased and membership subscription benefits if, for example and as applicable, your payment method fails, we terminate your account, the creator blocks you, the creator stops making offerings and/or memberships available on Patreon, the creator deletes their Patreon account, the creator changes who has access to an offering and/or membership, the creator removes a post or offering from their Patreon account, we remove the creator from Patreon, we change who has access to an offering and/or membership, or we remove a post or offering from from a creator's Patreon account. We are not required to allow you to access an offering, be a patron of, or to otherwise interact with any particular creator.

Membership subscriptions and offerings vary and we have limited control over the quality and specific benefits. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep the Patreon community safe.

If you are located in a jurisdiction in which Patreon is required to charge and collect tax, for example VAT or sales tax, then this tax is added to the total charge. Except in limited circumstances, this tax is shown to you when purchasing an offering or starting a paid subscription. Patreon remits all tax collected to the applicable taxing authority. As tax is largely dependent on your location, you agree to keep your location complete and up to date in order to enable accurate collection of taxes.

If you pay in a currency that is different from the currency associated with your payment instrument, then the financial institution associated with that payment instrument may charge you a foreign transaction fee for that payment. We are not applying this fee and have no control over it, have no knowledge of whether the fee is applied, and do not receive any of the funds from that fee.

# Exhibit 3



# Terms of Use

**Effective March 20, 2023**

Patreon is a membership platform that helps connect fans with creators they love. Our mission is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make this easy to get through. Above every section, we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text for a complete understanding of these terms.

Edit Cookie Preferences


TOPICS

Welcome to Patreon!
Your account
Abusive conduct
All about being a creator
All about being a patron
Patreon's role
Account deletion
Your creations
Third-party apps and services
Patreon's creations
Indemnity
Warranty disclaimer
Limitation of liability
Dispute resolution
Everything else

Back to Policy


## Welcome to Patreon!

To summarize: by using Patreon you agree to these terms.

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We," "our," and "us" refer to Patreon, Inc. "Patreon" refers to this platform and the services offered by us, including the Patreon iOS app, the Patreon Android app, Patreon APIs, Patreon embeds, www.patreon.com, and Patreon's other websites. By using Patreon, you agree to these terms and to the other policies we post, including the Privacy Policy, Community Guidelines, and Benefit Guidelines. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy and our Cookie Policy. We collect, use, and share information in accordance with those policies.

## Your account

To summarize: You must be at least 13 years old to use Patreon. You are responsible for your account.

When you create an account, you must provide us with accurate information, in good faith, and you agree to keep your information updated if it changes. To create an account or otherwise use Patreon, you must be at least 13 years old and you must also be old enough to consent to the processing of your personal data in your country (in some countries we may allow your parent or guardian to do so on your behalf). You must be at least 18 years old or have your parent's or legal guardian's permission to have a creator page on Patreon or to purchase an offering or subscription on Patreon. You must be at least 18 years old to subscribe to an Adult/18+ creator or purchase an offering related to such a creator. You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security in our Security Policy.

## Abusive conduct

To summarize: Be responsible and don't violate our terms or policies.

You are responsible for all activity on your account. If you violate our terms or policies, then we may terminate your account. Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator earning money on Patreon, we may be exposed to risk based on what you do with those funds. As a result, we may also look at what you do outside of Patreon. You can find more detailed information in the Community Guidelines and Security Policy. These terms and our policies cover most issues, but, if you find a new and creative way to hurt Patreon or our community, we may take action to prevent it.

## All about being a creator

To summarize: A creator is someone who creates a page on Patreon to engage with patrons who purchase memberships or offerings on Patreon to support the creator's creations. There are a lot of details below involving payments, fees, taxes, and restrictions that you should read in full if you are a creator.

**Creator Page**

To become a creator, simply launch your page to start your offering or membership. When you join Patreon, you become part of the Patreon community. You can use creator tools [illegible]

after the specified free trial period ends and you'll start an automatically renewing paid subscription on Patreon of the type you selected. Your recurring charge date may be earlier than the date you first subscribed for reasons including, for example, differences between your timezone and the timezone in which our billing systems operate and your most recent previous charge date being earlier due to variances in the length of months. The amount you are charged for a membership subscription may increase with notice to you. This enables creators to, for example, adjust membership prices to account for increased costs, new or different benefits, or other changed circumstances, just like any other business. Similarly, this enables Patreon to, for example, account for new currency exchange rates by refreshing the conversion rate applied when a patron pays in a currency different than the one chosen by the creator. Patreon does not control the applicable tax that you may be charged and this amount may increase without notice to you.

You may cancel your free trial or recurring payments at any time, as described above. For monthly and annual memberships, canceling or lowering the tier support of your membership will impact your next recurring charge. For per-creation memberships, lowering the tier support of your membership will impact your next per-creation charge and canceling your membership will go into effect before your next per-creation charge. Annual memberships may be canceled or increased, but not lowered, and increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment during the current payment term, you may be credited for any payment already made in that term. For example, if you upgrade from a monthly membership to an annual membership, then the amount you already paid for that particular month may be credited toward, and thereby reduce the first year cost of, the annual membership.

Canceling your membership or lowering the tier support below the applicable threshold may result in your loss of access to membership subscription benefits, including a creator's patron-only posts and other benefits. You may also lose access to membership subscription benefits if your payment method fails, we terminate your account, the creator blocks you, the creator stops making a membership available on Patreon, the creator deletes their Patreon account, or we remove the creator from Patreon. We are not required to allow you to be a patron of or to otherwise interact with any particular creator.

Membership subscriptions vary and we have limited control over the quality and specific benefits. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep the Patreon community safe.

If you are located in a jurisdiction in which Patreon is required to charge and collect tax, for example VAT or sales tax, then this tax is added to the total charge. Except in limited circumstances, this tax is shown to you when purchasing an offering or starting a paid subscription. Patreon remits all tax collected to the applicable taxing authority. As tax is largely dependent on your location, you agree to keep your location complete and up to date in order to enable accurate collection of taxes.

If you pay in a currency that is different from the currency associated with your payment instrument, then the financial institution associated with that payment instrument may charge you a foreign transaction fee for that payment. We are not applying this fee and have no control over it, have no knowledge of whether the fee is applied, and do not receive any of the funds from that fee.

Even if you pay in the same currency as the currency associated with your payment instrument, when your payment is processed in a country different from the one associated with your payment instrument, then the financial institution associated with that payment instrument may charge you a foreign transaction fee for that payment. We are not applying this fee, have no knowledge of whether the fee is applied, and do not receive any of the funds from that fee, but our choices about payment processing may impact or otherwise give rise to this fee.

We are constantly experimenting with product features to make Patreon better and may add, remove, or test features with a subset of patrons. Access to these features is not guaranteed and may not be subject to your control. Instead, we may enable and disable these early-access, beta, or test features at our sole discretion. These features may also be subject to additional restrictions and limitations, including some that we describe in our Help Center.

If you sign-up to receive text messages from us, you agree to receive recurring automated promotional and personalized marketing text (e.g., SMS and MMS) messages from us, including text messages that may be sent using an automatic telephone dialing system, to the mobile telephone number you provided when signing up or any other number that you designate. Consent to receive automated marketing text messages is not a condition of any purchase. Message and Data rates may apply. Message frequency may vary. We reserve the right to alter the frequency of messages sent at any time, so as to increase or decrease the total number of sent messages. We also reserve the right to change the short code or phone number from which messages are sent. Not all mobile devices or handsets may be supported and our messages may not be deliverable in all areas. We, our service providers, and the mobile carriers supported by the program are not liable for delayed or undelivered messages.

**Refunds.** Our policy is not to provide refunds, though we will allow for some exceptions where refunds are granted at our sole discretion. You can learn more here.

## Patreon's role

To summarize: We may look at some pages and posts on Patreon and review reported pages to identify potential violations of these terms and our policies.

We look at some pages and posts on Patreon to enforce these terms and our policies, including our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and, primarily because Patreon may be exposed to risk based on what is done with funds earned on Patreon, may include reviewing activity outside of Patreon.

In most situations, we will work with creators and patrons to resolve any potential policy violations and allow the creator or patron to continue using Patreon. Patreon may terminate creator or patron accounts when we believe it is necessary to protect creators, patrons, Patreon, or the broader community, but it is not an action we take lightly.

Patreon reserves the right to remove a creator or patron from participating in annual memberships. Removing a creator from participation in annual memberships will remove the option for further patrons to purchase annual subscriptions on Patreon for that creator. Removing a patron from participation in annual memberships will prohibit that patron from purchasing further annual membership subscriptions on Patreon for any creator. This will not, however, result in an automatic removal of the creator or patron from Patreon, unless there is an independent basis for that removal.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

As a global company based in the United States with operations in other countries, we must comply with economic sanctions and trade restrictions, including those implemented by the Office of Foreign Assets Control ("OFAC") of the United States Department of the Treasury. This means that we cannot take part in transactions that involve designated people, places, or items that originate from those places, as determined by agencies like OFAC. You can read our Sanctions Policy here.

## Account deletion

To summarize: You can delete your account here. We can terminate or disable your account at our sole discretion.

You can permanently delete your account at any time by going to our Privacy Center.

We can terminate or suspend your account at any time at our sole discretion. We can also cancel any membership subscriptions and remove any descriptions, posts, or benefits at our sole discretion. You may not bring a claim against us for suspending or terminating another person's account, and you agree you will not bring such a claim. If you try to bring such a claim, you are responsible for the damages caused, including attorneys' fees and costs. These terms remain in effect even if you no longer have an account.

## Your creations

To summarize: Creators keep full ownership of their creations and patrons keep full ownership of what they post on Patreon, but give us permission to use them as part of Patreon's services. Make sure you have permission to post the creations that you make available on Patreon.

Creators keep full ownership of their creations and patrons keep full ownership of what they post on Patreon, but we need licenses from you for this material in order to operate Patreon's services effectively. By making creations available on Patreon or otherwise posting on Patreon, you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license covering your creation or what you post in all formats and channels now known or later developed anywhere in the world to use, copy, reproduce, store, translate, transmit, distribute, perform, prepare derivative works, publicly display, and display in connection with any name, username, voice, or likeness provided in connection with it. If your creations contain any personal data, you also recognize Patreon's "legitimate interest" in it in accordance with the scope of this license.

This sounds like a lot, but it's important for us to operate our services, including hosting creations, providing and promoting memberships to your patrons, and enabling community features like post comments. For clarity, you keep full ownership over your creations and what you post on Patreon; we are not buying your intellectual property rights or leasing them from you for our gain. We will never try to steal your creations, use them in an exploitative way, or seek to profit off of them by any means other than facilitating memberships and offerings you've configured on Patreon.

You may not make available creations or otherwise make posts on Patreon that infringe others' intellectual property or proprietary rights. Patreon reserves the right to remove creations and other material that violate Patreon's terms and policies, including these Terms of Use and the Community Guidelines. We respond to compliant notifications of claimed copyright infringement and have adopted and reasonably implemented a policy for terminating, in appropriate circumstances, the accounts of creators and patrons who are the subject of repeated compliant notifications of claimed copyright infringement or other evidence that suggests a pattern of repeat infringement. Information regarding how this policy is implemented as well as the process for reporting or responding to notifications of claimed copyright infringement can be found here.

Patrons may not use creations posted by creators in any way not authorized by the creator, including sharing those creations with others who have not purchased the offering or subscription through which those creations were made available.

## Third-party apps and services

To summarize: You may grant third-party apps and services access to your Patreon account and you may grant Patreon access to third-party apps and services. You may also revoke this access.

When you connect your Patreon account to other websites, apps, or services, you may be asked to give those websites, apps, or services access to information about your Patreon account and/or permission to perform actions within your Patreon account on your behalf. If you choose to take this authorization action, then we will follow your instructions and grant the access or permission that you've selected. You can learn more in our Privacy Policy.

## Patreon's creations

To summarize: You agree that any bug reports or suggested improvements that you provide to Patreon will be fully owned by Patreon. Creators can use our copyrights or trademarks to promote their Patreon pages, but can't use them for anything else without our permission.

Our creations are protected by copyright, trademark, patent, and trade secret laws. Some examples of our creations are the text on the www.patreon.com site, the text on Patreon's other websites, our iOS and Android apps, our APIs, our embeds, our logo, and our codebase. We grant creators a license to use our logo and other copyrights or trademarks to promote their Patreon pages. You can learn more about the correct use of our logo in our Brand Guidelines. You may not otherwise use, reproduce, distribute, perform, publicly display, or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

We welcome your feedback on the performance of the Patreon product, including any early-access, beta, or test features to which you've been given access, and your help in identifying any problems, bugs, and defects. You agree that any suggestions, comments, ideas, bug reports, or suggested improvements that you provide to us will be fully owned by us so that we can use them to improve Patreon and thereby better help the community of creators and patrons.

## Indemnity

To summarize: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right, then you will help us in our defense. Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents, and third-party service providers.

## Warranty disclaimer

To summarize: We do our best to make sure Patreon works as expected, but stuff happens.

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty, whether express or implied, is excluded and disclaimed to the greatest extent permitted by law. The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates, and third-party service providers.**

## Limitation of liability

To summarize: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.

**To the greatest extent permitted by law, we are not liable to you for any incidental, consequential, or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the greatest extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements. For this clause, "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents, and third-party service providers.**

## Dispute resolution

To summarize: If you have a problem, please talk to us. Any disputes with us must be resolved in San Francisco under California law.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or in relation to your use of Patreon, then the dispute will be resolved in the federal or state courts located in San Francisco, California. Both parties consent to the exclusive jurisdiction and venue of the San Francisco courts for the purpose of resolving any such dispute. California law, excluding its conflict of law provisions, governs these terms, all other Patreon policies, and any dispute that arises between you and Patreon.

## Everything else

To summarize: These terms are the final word on Patreon's policies and we will tell you if we make material changes to them.

These terms and any referenced policies are the entire agreement between you and us, supersede all prior agreements, and don't create any partnership, joint venture, employee-employer or franchiser-franchisee relationship between you and us. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified to make it enforceable, then it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, then it does not waive the ability to enforce any rights in the future.

We may sometimes make changes to these terms. If we make a change to these terms that, in our sole discretion, is material, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means you accept the new terms or policies. You can find the old terms of use here.

We are committed to accessibility for those with disabilities. You can find Patreon's accessibility policy here. If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com.

The street address of Patreon's headquarters is Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA.

# Exhibit 4

# Terms of use

Patreon is a membership platform that enables creators to be paid by their fans. One of our core behaviors is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make this easy to get through. Above every section we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text if you have questions.

TOPICS

Welcome to Patreon!
Your account
Abusive conduct

## Welcome to Patreon!

To summarize: by using Patreon you agree to these terms.

All about being a creator
All about being a patron
Patreon's role
Account deletion
Your creations
Your third-party apps
Patreon's creations
Indemnity
Warranty disclaimer
Limit of liability
Dispute resolution
Everything else

Back to Policy

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We," "our" or "us" refers to Patreon Inc. and our subsidiaries. "Patreon" refers to this platform and the services offered by us. By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy. We can collect and use your information in accordance with those policies.

---

# Your account

## To summarize: You must be at least 13 years old to register for an account. You are responsible for your account.

When you create an account you must provide us with accurate information, in good faith, and you agree to keep your information updated if it changes. To create an account you must be at least 13 years old. To join a creator's membership as a patron, or provide a membership as a creator, you must be at least 18 years old or have your parent's permission. You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security on our Security

Policy page.

---

## Abusive conduct

### To summarize: Be responsible and don't violate our policies.

You are responsible for all activity on your account. If you violate our policies we may terminate your account. Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator raising funds on Patreon, we may be held accountable for what you do with those funds. As a result, we also look at what you do with your membership off our platform. You can find more detailed information in the Community Guidelines and Security Policy. These policies cover most issues, but if you find a new and creative way to hurt Patreon or our community we may take action to prevent it.

---

## All about being a creator

### To summarize: A creator is someone who creates a membership page on Patreon to engage with patrons who have purchased memberships from Patreon to support the creator's

creations. There are a lot of details below involving payments, fees, taxes and restrictions that you should read in full if you are a creator.

**Membership**

To become a creator, simply launch your page to start your membership. When you join Patreon, you become part of the Patreon community. You can use creator tools that Patreon provides, showcase your creations, provide merchandise to patrons through Patreon's Merch service, and receive recurring revenue from your page. Memberships are for your most passionate fans. On Patreon, you can provide your patrons something exciting that gives them unique benefits they want, like additional access, merchandise, exclusivity, and engaging experiences. In turn, you will receive loyal support from your patrons, and recurring revenue from memberships that patrons have purchased from Patreon.

**Payments**

As a creator you make your membership available on Patreon, and we provide membership to your patrons on a subscription basis. We also handle payments issues such as fraud, chargebacks and resolution of payments disputes. We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for

violations of our policies or for compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reason to you promptly. If you have questions about a payments block, please reach out to us. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent. Sometimes activities like refunds can put your account balance into the negative. If your balance becomes negative then we reserve the right to recover those funds from future payments. If you are a creator of 18+ content, to comply with payment processing rules you must verify that participants in your content are the age of majority, and you must store their consent to participate. A consent form template is located in our Help Center, where you may get additional information about these requirements.

**Fees**

As a creator there are two fees associated with your membership on Patreon. The first is the platform fee, which varies depending on the level of service you select. The second is the payment processing fee, which is dependent on the currency selected by the creator.

- The payment processing fee in US Dollars is 2.9% plus $0.30 per successful pledge for pledges over $3, and 5% fee plus $0.10 per successful pledge for pledges of $3 or less.PayPal payments from non-US patrons have an additional 1% fee. Founding creators have a

legacy platform fee and the legacy payment processing rate. The legacy payment processing rate varies depending on a number of factors, including the membership subscription amount, card type and number of other memberships joined by a patron.

- The payment processing fee in Euro is 3.4% plus €0.35 per successful pledge for pledges over €3, and 5% fee plus €0.15 per successful pledge for pledges of €3 or less.
- The payment processing fee in British Pounds is 3.4% plus £0.35 per successful pledge for pledges over £3, and 5% fee plus £0.15 per successful pledge for pledges of £3 or less.
- The payment processing fee in Canadian Dollars is 3.2% plus CA$0.35 per successful pledge for pledges over CA$3, and 5% fee plus CA$0.10 per successful pledge for pledges of CA$3 or less.
- The payment processing fee in Australian Dollars is 3.0% plus AU$0.30 per successful pledge for pledges over AU$3, and 5% fee plus AU$0.10 per successful pledge for pledges of AU$3 or less.

You can see how much processing fees are for any membership subscription on your creator dashboard.
Depending on your patrons' locations, some banks may charge your patron a foreign transaction fee for their membership subscription. Patreon does not control this charge, but it is typically around 3.0% .

### Tax

We collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any income or withholding taxes which may be due as a result of payments received. You can learn more in our Tax Help Center. We are additionally responsible for a number of transactional taxes across the world. These include but are not limited to VAT on payments for electronically supplied services to patrons in the EU, GST as an operator of an electronic distribution platform (EDP) within Australia, and state sales tax as a result of 'marketplace laws' within the United States. For the purpose of electronically-supplied services, creators make a supply of those services to us, and then we supply them to the patron. To learn more about how we handle transaction taxes, please check our VAT guide. In locales where Patreon is required to collect transaction tax from patrons, pledges processed from patrons will reflect the tier or custom pledge amount plus the applicable tax. Applicable tax will not be taken from a pledge, but rather will be charged in addition to the pledge. Once settled, the tax amount will be automatically deducted for remittance to the applicable taxing authority. A record of the transaction tax portion of the pledge will be available on your earnings details page. As a creator on our site, it is your responsibility to provide accurate information when you are engaging with the sales tax weighting tool and, generally, when listing benefits transferred within your tiers.

**Restrictions**

We don't allow creations and benefits that violate our policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A summary of those rules is that we don't allow:

- Illegal creations or benefits.
- Creations or benefits that are abusive towards other people.
- Creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.
- Creations or benefits with real people engaging in sexual acts.
- Benefits that involve raffles or prizes based on chance.

If your fans include people under the age of 18, then please remind them that they need permission to join your membership, and those under the age of 13 cannot use Patreon. We are not required to allow any particular person or group of persons to be your patron.
As a creator you are also responsible for keeping patron data safe. You can see what is required in our Data Processing Agreement. An account is tied to your creative output and cannot be sold or transferred for use by another creator.

---

# All about being a patron

To summarize: A patron is someone

who purchases memberships from Patreon to support their favorite creators' creations. Through a paid membership on Patreon, patrons directly interact with creators they support, using tools supplied by Patreon, and through our platform have the opportunity to engage with a greater community of patrons and creators.

As a patron, you're joining Patreon to be part of an exciting movement to support a creator's membership while you get special benefits, which may include access to your creator, merchandise (when offered), exclusivity, and engaging experiences with the creator and patron community. In exchange, you pay Patreon for membership programs, on a subscription basis, to access and support creators you like.

The timing and amount of each membership subscription depends on the type of membership agreement you enter into, and the creator you support. You can see the details as you join, as well as in the receipt sent to you after each successful payment. You can view all your active membership subscriptions and billing history on your membership page.

To become a patron, simply create an account, add your preferred payment method, and join a membership program on Patreon to start

supporting your creator! There are three types of membership subscriptions. One is a monthly subscription where you pay per month. The second is a per creation subscription where you pay based on the number of creations a creator posts in that month. You can set a limit on the number of creations you pay for in a single month under the per subscription model. The third membership option is an annual membership, where you pay for a year of access up front, at a discounted rate. Not all offerings allow for all three subscription types. Your options will be presented to you in the payment flow.

You may cancel your membership payments at any time. Annual memberships may be cancelled, or increased, but not lowered. Terminating or lowering the tier support of membership will go into effect in the subsequent (not current) payment term, except for annual memberships which can be terminated or increased but not lowered. Increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment for an annual membership during the term, you will get a credit for any payment already made in that term.

For monthly or per creation payments, canceling your support may result in your loss of access to a creator's patron-only posts and benefits.

These include when you cancel your membership subscription, your payment method fails, the creator blocks you, or the creator deletes their account. We are not required to allow you to be a

patron of any particular creator.

Creators' memberships vary and we have limited control over the quality and specific offerings. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep Patreon safe.

If you are located in the jurisdiction in which Patreon is required to charge and collect tax (e.g. VAT or, sales tax), then this tax is added to the total charge. Except in limited circumstances, this tax is shown when you set up the initial membership subscription. Patreon remits all tax collected to the applicable taxing authority. As tax is largely dependent on your location, you are responsible for keeping your address complete and up to date.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3% . Please contact your bank for more information.

**Refunds.** Our policy is No Refunds, though we will allow for some exceptions where refunds are granted in our sole discretion.

---

# Patreon's role

## To summarize: We proactively look at some pages and posts on Patreon

## and review reported pages to identify potential violations of our guidelines.

We proactively look at some pages and posts on Patreon to make sure creators follow our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and may include looking at what is supported by funds received through Patreon.

In most situations we will work with creators to resolve any potential violations and allow the creator to continue using Patreon. Terminating accounts is not an action we take lightly and is done in only the most extreme cases.

Patreon reserves the right to remove a creator or patron from participating in annual memberships. Removal of the creator or patron from participation in annual memberships will prohibit the creator from accepting new annual payments, and prohibit the patron from making new annual payments, but will not result in an automatic removal of the creator or patron from the platform, unless there is an independent basis for their removal from the platform.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

As a global company based in the United States with operations in other countries, we must comply with economic sanctions and trade restrictions, including those implemented by the

Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury. This means that Patreon cannot take part in transactions that involve designated people, places, or items that originate from those places, as determined by agencies like OFAC. You can read our Sanctions Policy here.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our community. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. You can learn more in our Privacy Policy.

---

## Account deletion

### To summarize: You can delete your account here. We can disable your account at our discretion.

You can permanently delete your account at any time by going to our Privacy Center. On that page you can also see what information is deleted and what we continue to store after the account is

deleted. We can terminate or suspend your account at any time at our discretion. We can also cancel any membership subscriptions and remove any descriptions, posts or benefits at our discretion. You may not bring a claim against us for suspending or terminating another person's account, and you agree you will not bring such a claim. If you try to bring such a claim, you are responsible for the damages caused, including attorneys fees and costs. These terms remain in effect even if you no longer have an account.

---

## Your creations

### To summarize: You keep complete ownership of all creations, but you give us permission to use them on Patreon. Make sure you have permission to use creations that you offer on Patreon.

You keep full ownership of all creations that you offer on Patreon, but we need licenses from you to operate Patreon effectively. By posting creations on Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your creation. The purpose of this license is strictly limited to allow us to provide and

promote memberships to your patrons. We will

never try to steal your creations or use them in an exploitative way. You may not post creations that infringe others' intellectual property or proprietary rights. We may ask you for consent verification for collaborators depicted in content funded through Patreon. Patrons may not use creations posted by creators in any way not authorized by the creator.

---

## Your third-party apps

### To summarize: You may grant Patreon permission to access third-party apps. You may also revoke that permission.

You may grant Patreon access to your third-party accounts, such as Google, YouTube, Facebook, Instagram, Twitter, and Twitch, in order for some Patreon features to operate. Each time you connect your third-party account, that third-party account will present a page that describes the information that Patreon can access. At any time, you can revoke Patreon's access to those accounts using the respective third party's security settings page. These are the links for each service:

| | | | |
|---|---|---|---|
| Google | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| YouTube | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| Facebook | Terms of Service | Privacy Policy | Revoke Patreon's Access |



CONFIDENTIAL PATREON_000069

| | | | |
|---|---|---|---|
| Instagram | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| Twitter | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| Twitch | Terms of Service | Privacy Policy | Revoke Patreon's Access |

## Patreon's creations

### To summarize: You can use our copyrights or trademarks to promote your Patreon page, but can't use them for anything else without our permission.

Our creations are protected by copyright, trademark and trade secret laws. Some examples of our creations are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page. You can learn more about the correct use of our logo in our Brand Guidelines. You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

## Indemnity

To summarize: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense. Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.

---

## Warranty disclaimer

To summarize: We do our best to make sure Patreon works as expected, but stuff happens.

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law. The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates and third party service providers.**

---

## Limit of liability

To summarize: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements. For this clause "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.**

---

## Dispute resolution

To summarize: If you have a problem please talk to us. Any disputes with us must be resolved in San Francisco under California law.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or in relation to your use of Patreon, then the dispute will be resolved in the federal or state courts located in San Francisco, California. Both parties consent to the exclusive jurisdiction and venue of the San Francisco courts for the purpose of resolving any such dispute. California law, excluding its conflict of law provisions, governs these terms, all other Patreon policies, and any dispute that arises between you and Patreon.

---

## Everything else

### To summarize: These terms are the final word on Patreon's policies and we will tell you if we change them.

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future. We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect.

Continuing to use Patreon after a change means you accept the new terms or policies. These terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com. Effective immediately for users on Patreon from October 15th, 2021 You can find the old terms of use here.

Language: English (United States)

United States

PRODUCT

Lite
Pro
Premium
Pricing

FOR CREATORS

Podcasters
Video Creators
Musicians
Visual Artists
Writers & Journalists
Communities
Gaming Creators
Nonprofits
Tutorials and Education
Local Businesses
Creators-of-all-kinds

RESOURCES

Blog
Patreon U
Creator Community
Help Center & FAQ
App Directory
Developers

COMPANY

About
Press
Careers
Privacy
Policy & Terms
Privacy Preferences
Accessibility
Impressum

## Your Privacy

Patreon determines the use of personal data collected on our media properties and across the internet. We may collect data that you submit to us directly or data that we collect automatically including from cookies (such as device information or IP address). Please read our Privacy Policy to learn about our privacy practices or click "Your Preferences" to exercise control over your data.

**Accept**

**Your Preferences**

# Exhibit 5

Pat

Log in Create on Patreon

Find a creator

Patreon is a membership platform that enables creators to be paid by their fans. One of our core behaviors is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make this easy to get through. Above every section we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text if you have questions.

# Welcome to Patreon!

## To summarize: By using Patreon you agree to these terms.

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We," "our" or "us" refers to Patreon Inc. and our subsidiaries. "Patreon" refers to this platform and the services offered by us.

By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy. We can collect and use your information in accordance with those policies.

---

# Your account

To summarize: You must be at least 13 years old to register for an account. You are responsible for your account.

When you create an account you must provide us with accurate information, in good faith, and you agree to keep your information updated if it changes.

To create an account you must be at least 13 years old. To join a creator's membership as a patron, or provide a membership as a creator, you must be at least 18 years old or have your parent's permission.

You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security on our Security Policy page.

---

## Abusive conduct

To summarize: Be responsible and don't violate our policies.

You are responsible for all activity on your account. If you violate our policies we may terminate your account.

Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator raising funds on Patreon, we may be held accountable for what you do with those funds. As a result, we also look at what you do with your membership off our platform.

You can find more detailed information in the Community Guidelines and Security Policy. These policies cover most issues, but if you find a new and creative way to hurt Patreon or our community we may take action to prevent it.

---

## All about being a creator

To summarize: A creator is someone who creates a membership page on Patreon to engage with patrons who have purchased memberships from Patreon to support the creator's creations. There are a lot of details below involving payments, fees, taxes and restrictions that you should read in full if you are a creator.

**Membership**

To become a creator, simply launch your page to start your membership. When you join Patreon, you become part of the Patreon community. You can use creator tools that Patreon provides, showcase your creations, provide merchandise to patrons through Patreon's Merch service, and receive recurring revenue from your page. Memberships are for your most passionate fans. On Patreon, you can provide your patrons something exciting that gives them unique benefits they want, like additional access, merchandise, exclusivity, and engaging experiences. In turn, you will receive loyal support from your patrons, and recurring revenue from memberships that patrons have purchased from Patreon.

**Payments**

As a creator you make your membership available on Patreon, and we provide membership to your patrons on a subscription basis. We also handle payments issues such as fraud, chargebacks and resolution of payments disputes.

We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for violations of our policies or for compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reason to you promptly. If you have questions about a payments block, please reach out to us. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent.

Sometimes activities like refunds can put your account balance into the negative. If your balance becomes negative then we reserve the right to recover those funds from future payments.

**Fees**

As a creator there are two fees associated with your membership on Patreon. The first is the platform fee, which varies depending on the level of service you select. The second is the payment processing fee, which is dependent on the currency selected by the creator.

- The payment processing fee in US Dollars is 2.9% plus $0.30 per successful pledge for pledges over $3, and 5% fee plus $0.10 per successful pledge for pledges of $3 or less.PayPal payments from non-US patrons have an additional 1% fee. Founding creators have a legacy platform fee and the legacy payment processing rate. The legacy payment processing rate varies depending on a number of factors, including the membership subscription amount, card type and number of other memberships joined by a patron.
- The payment processing fee in Euro is 3.4% plus €0.35 per successful pledge for pledges over €3, and 5% fee plus €0.15 per successful pledge for pledges of €3 or less.
- The payment processing fee in British Pounds is 3.4% plus £0.35 per successful pledge for pledges over £3, and 5% fee plus £0.15 per successful pledge for pledges of £3 or less.
- The payment processing fee in Canadian Dollars is 3.2% plus CA$0.35 per successful pledge for

pledges over CA$3, and 5% fee plus CA$0.10 per successful pledge for pledges of CA$3 or less.

You can see how much processing fees are for any membership subscription on your creator dashboard.

Depending on your patrons' locations, some banks may charge your patron a foreign transaction fee for their membership subscription. Patreon does not control this charge, but it is typically around 3.0% .

### Tax

We collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any income or withholding taxes which may be due as a result of payments received. You can learn more in our Tax Help Center.

We are additionally responsible for a number of transactional taxes across the world. These include but are not limited to VAT on payments for electronically supplied services to patrons in the EU, GST as an operator of an electronic distribution platform (EDP) within Australia, and state sales tax as a result of 'marketplace laws' within the United States. For the purpose of electronically-supplied services, creators make a supply of those services to us, and then we supply them to the patron. To learn more about how we handle transaction taxes, please check our VAT guide.

In locales where Patreon is required to collect transaction tax from patrons, pledges processed from patrons will reflect the tier or custom pledge amount plus the applicable tax. Applicable tax will not be taken from a pledge, but rather will be charged in addition to the pledge. Once settled, the tax amount will be automatically deducted for remittance to the applicable taxing authority. A record of the transaction tax portion of the pledge will be available on your earnings details page.

As a creator on our site, it is your responsibility to provide accurate information when you are engaging with the sales tax weighting tool and, generally, when listing benefits transferred within your tiers.

### Restrictions

We don't allow creations and benefits that violate our policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A summary of those rules is that we don't allow:

- Illegal creations or benefits.
- Creations or benefits that are abusive towards other people.
- Creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.
- Creations or benefits with real people engaging in sexual acts.
- Benefits that involve raffles or prizes based on chance.

If your fans include people under the age of 18, then please remind them that they need permission to join your membership, and those under the age of 13 cannot use Patreon. We are not required to allow

any particular person or group of persons to be your patron.

As a creator you are also responsible for keeping patron data safe. You can see what is required in our Data Processing Agreement.

An account is tied to your creative output and cannot be sold or transferred for use by another creator.

---

# All about being a patron

To summarize: A patron is someone who purchases memberships from Patreon to support their favorite creators' creations. Through a paid membership on Patreon, patrons directly interact with creators they support, using tools supplied by Patreon, and through our platform have the opportunity to engage with a greater community of patrons and creators.

As a patron, you're joining Patreon to be part of an exciting movement to support a creator's membership while you get special benefits, like access to your creator, merchandise (when offered), exclusivity, and engaging experiences with the creator and patron community. In exchange, you pay Patreon for membership programs, on a subscription basis, to access and support creators you like. To become a patron, simply create an account, add your preferred payment method, and join a membership program on Patreon to start supporting your creator!

There are three types of membership subscriptions. One is a monthly subscription where you pay per month. The second is a per creation subscription where you pay based on the number of creations a creator posts in that month. You can set a limit on the number of creations you pay for in a single month under the per subscription model. The third membership option is an annual membership, where you pay for a year of access up front, at a discounted rate. Not all offerings allow for all three subscription types. Your options will be presented to you in the payment flow.

The timing and amount of each membership subscription depends on the type of membership agreement you enter into, and the creator you support. You can see the details as you join, as well as in the receipt sent to you after each successful payment. You can view all your active membership subscriptions and billing history on your membership page.

You may cancel your membership payments at any time. Annual memberships may be cancelled, or increased, but not lowered. Terminating or lowering the tier support of membership will go into effect in the subsequent (not current) payment term, except for annual memberships which can be terminated or increased but not lowered. Increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment for an annual membership during the term, you will get a credit for any payment already made in that term.

For monthly or per creation payments, canceling your support may result in your loss of access to a creator's patron-only posts and benefits.

These include when you cancel your membership subscription, your payment method fails, the creator blocks you, or the creator deletes their account. We are not required to allow you to be a patron of any particular creator.

Creators' memberships vary and we have limited control over the quality and specific offerings. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep Patreon safe.

If you are located in the jurisdiction in which Patreon is required to charge and collect tax (e.g. VAT or, sales tax), then this tax is added to the total charge. Except in limited circumstances, this tax is shown when you set up the initial membership subscription. Patreon remits all tax collected to the applicable taxing authority. As tax is largely dependant on your location, you are responsible for keeping your address complete and up to date.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3% . Please contact your bank for more information.

**Refunds**. Our policy is No Refunds, though we will allow for some exceptions where refunds are granted in our sole discretion.

---

# Patreon's role

## To summarize: We proactively look at some pages and posts on Patreon and review reported pages to identify potential violations of our guidelines.

We proactively look at some pages and posts on Patreon to make sure creators follow our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and may include looking at what is supported by funds received through Patreon.

In most situations we will work with creators to resolve any potential violations and allow the creator to continue using Patreon. Terminating accounts is not an action we take lightly and is done in only the most extreme cases.

Patreon reserves the right to remove a creator or patron from participating in annual memberships. Removal of the creator or patron from participation in annual memberships will prohibit the creator from accepting new annual payments, and prohibit the patron from making new annual payments, but will not

result in an automatic removal of the creator or patron from the platform, unless there is an independent basis for their removal from the platform.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

As a global company based in the United States with operations in other countries, we must comply with economic sanctions and trade restrictions, including those implemented by the Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury. This means that Patreon cannot take part in transactions that involve designated people, places, or items that originate from those places, as determined by agencies like OFAC. You can read our Sanctions Policy here.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our community. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. You can learn more in our Privacy Policy.

---

## Account deletion

### To summarize: You can **delete your account here**. We can disable your account at our discretion.

You can permanently delete your account at any time by going to our Privacy Center. On that page you can also see what information is deleted and what we continue to store after the account is deleted.

We can terminate or suspend your account at any time at our discretion. We can also cancel any membership subscriptions and remove any descriptions, posts or benefits at our discretion.

You may not bring a claim against us for suspending or terminating another person’s account, and you agree you will not bring such a claim. If you try to bring such a claim, you are responsible for the damages caused, including attorneys fees and costs.

These terms remain in effect even if you no longer have an account.

---

## Your creations

### To summarize: You keep complete ownership of all creations, but you give us permission to use them on Patreon. Make sure you have permission to use creations that you offer on Patreon.

You keep full ownership of all creations that you offer on Patreon, but we need licenses from you to operate Patreon effectively.

By posting creations on Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your creation. The purpose of this license is strictly limited to allow us to provide and promote memberships to your patrons. We will never try to steal your creations or use them in an exploitative way.

You may not post creations that infringe others' intellectual property or proprietary rights.

Patrons may not use creations posted by creators in any way not authorized by the creator.

---

## Your third-party apps

### To summarize: You may grant Patreon permission to access third-party apps. You may also revoke that permission.

You may grant Patreon access to your third-party accounts, such as Google, YouTube, Facebook, Instagram, Twitter, and Twitch, in order for some Patreon features to operate. Each time you connect your third-party account, that third-party account will present a page that describes the information that Patreon can access.

At any time, you can revoke Patreon’s access to those accounts using the respective third party’s security settings page.

These are the links for each service:

| | | | |
|---|---|---|---|
| **Google** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **YouTube** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Facebook** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Instagram** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Twitter** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Twitch** | Terms of Service | Privacy Policy | Revoke Patreon's Access |

---

# Patreon's creations

## To summarize: You can use our copyrights or trademarks to promote your Patreon page, but can't use them for anything else without our permission.

Our creations are protected by copyright, trademark and trade secret laws. Some examples of our creations are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page. You can learn more about the correct use of our logo in our Brand Guidelines.

You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

---

# Indemnity

## To summarize: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense.

Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.

---

# Warranty disclaimer

## To summarize: We do our best to make sure Patreon works as expected, but stuff happens.

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law.**

**The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates and third**

**party service providers.**

---

## Limit of liability

To summarize: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements.**

**For this clause "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.**

---

## Dispute resolution

To summarize: If you have a problem please talk to us. Any disputes with us must be resolved in San Francisco under California law.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or in relation to your use of Patreon, then the dispute will be resolved in the federal or state courts located in San Francisco, California. Both parties consent to the exclusive jurisdiction and venue of the San Francisco courts for the purpose of resolving any such dispute.

California law, excluding its conflict of law provisions, governs these terms, all other Patreon policies, and any dispute that arises between you and Patreon.

---

## Everything else

## To summarize: These terms are the final word on Patreon's policies and we will tell you if we change them.

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future.

We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means you accept the new terms or policies.

If you are not in the European Union, then these terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you are located in the EU, then these terms are an agreement with Patreon Ireland Limited, Suite 3, One Earlsfort Centre, Lower Hatch Street, Dublin 2L, Ireland.

If you use accessibility tools and have questions or concerns, please contact us at [email protected].

Effective immediately for users on Patreon from December 16, 2020 You can find the old terms of use here.

Writers & Journalists

Communities

Gaming Creators

Nonprofits

Tutorials and Education

Local Businesses

Creators-of-all-kinds

**RESOURCES**

Blog

Patreon U

Help Center & FAQ

App Directory

Developers

**COMPANY**

About

Press

Careers

Privacy

Policy & Terms

Accessibility

Impressum

) Patreon Sitemap

*00 Townsend Street, Suite 500*
*San Francisco, CA 94103*
*USA*
*Phone: +1 (833) 972-8766*

# Exhibit 6

We use cookies to improve your experience using this site. More information



# Terms of use

Patreon is a membership platform that enables creators to be paid by their fans. One of our core behaviors is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make this easy to get through. Above every section we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text if you have questions.

TOPICS
Welcome to Patreon!
Your account
Abusive conduct
All about being a creator
All about being a patron
Patreon's role
Account deletion
Your creations
Your third-party apps
Patreon's creations
Indemnity
Warranty disclaimer
Limit of liability
Dispute resolution
Governing law
Everything else

Back to Policy

## Welcome to Patreon!

### TLDR: By using Patreon you agree to these terms.

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We," "our" or "us" refers to Patreon Inc. and our subsidiaries. "Patreon" refers to this platform and the services offered by us.

By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy. We can collect and use your information in accordance with those policies.

## Your account

### TLDR: You must be at least 13 years old to register for an account. You are responsible for your account.

When you create an account you must provide us with accurate information, in good faith, and you agree to keep your information updated if it changes.

To create an account you must be at least 13 years old. To join a creator's membership as a patron, or provide a membership as a creator, you must be at least 18 years old or have your parent's permission.

You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security on our Security Policy page.

## Abusive conduct

### TLDR: Be responsible and don't violate our policies.

You are responsible for all activity on your account. If you violate our policies we may terminate your account.

Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator raising funds on Patreon, we may be held accountable for what you do with those funds. As a result, we also look at what you do with your membership off our platform.

You can find more detailed information in the Community Guidelines and Security Policy. These policies cover most issues, but if you find a new and creative way to hurt Patreon or our community we may take action to prevent it.

## All about being a creator

### TLDR: A creator is someone who offers membership to patrons on Patreon. There are a lot of details here involving payments, fees, taxes and restrictions that you should read in full if you are a creator.

**Membership**

To become a creator simply launch your page to start your membership. Memberships are for your most passionate fans. You're inviting them to be part of something exciting that gives them unique benefits they want, like additional access, merchandise, exclusivity, and engaging experiences. In exchange, patrons pay on a subscription basis.

**Payments**

As a creator you make your membership available on Patreon, and we provide membership to your patrons on a subscription basis. We also handle payments issues such as fraud, chargebacks and resolution of payments disputes.

We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for violations of our policies or for compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reason to you promptly. If you have questions about a payments block, please reach out to us. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent.

Sometimes activities like refunds can put your account balance into the negative. If your balance becomes negative then we reserve the right to recover those funds from future payments.

**Fees**

As a creator there are two fees associated with your membership on Patreon. The first is the platform fee, which varies depending on the level of service you select. The second is the payment processing fee, which is dependent on the currency selected by the creator.

- The payment processing fee in U.S. Dollars is 2.9% plus $0.30 per successful pledge for pledges over $3, and 5% plus $0.10 per successful pledge for pledges of $3 or less. PayPal payments from non-US patrons have an additional 1% fee. Founding creators have a legacy platform fee and the legacy payment processing rate. The legacy payment processing rate varies depending on a number of factors, including the membership subscription amount, card type and number of other memberships joined by a patron.
- The payment processing fee in Euros is 3.4% plus €0.35 per successful pledge for pledges over €3, and 5% plus €0.15 per successful pledge for pledges of €3 or less.
- The payment processing fee in British Pounds is 3.4% plus £0.35 per successful pledge for pledges over £3, and 5% plus £0.15 per successful pledge for pledges of £3 or less.

You can see how much processing fees are for any membership subscription on your creator dashboard.

Depending on your patrons' locations, some banks may charge your patron a foreign transaction fee for their membership subscription. Patreon does not control this charge, but it is typically around 3%.

**Tax**

We collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any income or withholding taxes which may be due as a result of payments received. You can learn more in our Tax Help Center.

We are additionally responsible for a number of transactional taxes across the world. These include but are not limited to VAT on payments for electronically supplied services to patrons in the EU, GST as an operator of an electronic distribution platform (EDP) within Australia, and state sales tax as a result of 'marketplace laws' within the United States. For the purpose of electronically-supplied services, creators make a supply of those services to us, and then we supply them to the patron. To learn more about how we handle transaction taxes, please check our VAT guide.

In locales where Patreon is required to collect transaction tax from patrons, pledges processed from patrons will reflect the tier or custom pledge amount plus the applicable tax. Applicable tax will not be taken from a pledge, but rather will be charged in addition to the pledge. Once settled, the tax amount will be automatically deducted for remittance to the applicable taxing authority. A record of the transaction tax portion of the pledge will be available on your earnings details page.

As a creator on our site, it is your responsibility to provide accurate information when you are engaging with the sales tax weighting tool and, generally, when listing benefits transferred within your tiers.

**Restrictions**

We don't allow creations and benefits that violate our policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A summary of those rules is that we don't allow:

- Illegal creations or benefits.
- Creations or benefits that are abusive towards other people.
- Creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.
- Creations or benefits with real people engaging in sexual acts.
- Benefits that involve raffles or prizes based on chance.

If your fans include people under the age of 18, then please remind them that they need permission to join your membership, and those under the age of 13 cannot use Patreon. We are not required to allow any particular person or group of persons to be your patron.

As a creator you are also responsible for keeping patron data safe. You can see what is required in our Data Processing Agreement.

An account is tied to your creative output and cannot be sold or transferred for use by another creator.

## All about being a patron

### TLDR: A patron is someone who joins a creator's membership on Patreon. Depending on the creator's preference, you will be charged either a set amount per month or per creation. You can cancel your membership subscription at any time.

To become a patron simply create an account, add your preferred payment method and join a creator's membership!

There are three types of membership subscriptions. One is a monthly subscription where you pay per month. The second is a per creation subscription where you pay based on the number of creations a creator posts in that month. You can set a limit on the number of creations you pay for in a single month under the per subscription model. The third membership option is an annual membership, where you pay for a year of access up front, at a discounted rate. Not all offerings allow for all three subscription types. Your options will be presented to you in the payment flow.

The timing and amount of each membership subscription depends on the type of membership agreement you enter into, and the creator you support. You can see the details as you join, as well as in the receipt sent to you after each successful payment. You can view all your active membership subscriptions and billing history on your membership page.

You may cancel or lower the annual membership payments at any time. Terminating or lowering the tier support of an annual membership will go into effect in the subsequent (not current) payment term. Increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment during the term, you will get a credit for any payment already made in that term.

For monthly or per creation payments, canceling your support may result in your loss of access to a creator's patron-only posts and benefits.

These include when you cancel your membership subscription, your payment method fails, the creator blocks you, or the creator deletes their account. We are not required to allow you to be a patron of any particular creator.

Creators' memberships vary and we have limited control over the quality and specific offerings. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep Patreon safe.

If you are located in the jurisdiction in which Patreon is required to charge and collect tax (e.g. VAT or, sales tax), then this tax is added to the total charge. Except in limited circumstances, this tax is shown when you set up the initial membership subscription. Patreon remits all tax collected to the applicable taxing authority. As tax is largely dependant on your location, you are responsible for keeping your address complete and up to date.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3%. Please contact your bank for more information.

**Refunds.** Our policy is No Refunds, though we will allow for some exceptions where refunds are granted in our sole discretion.

## Patreon's role

### TLDR: We proactively look at some pages and posts on Patreon and review reported pages to identify potential violations of our guidelines.

[illegible]

## Account deletion

### TLDR: You can delete your account at any time. We can disable your account at our discretion.

[illegible]

## Your creations

### TLDR: You keep complete ownership of all creations, but you give us permission to use them on Patreon. Make sure you have permission to use creations that you offer on Patreon.

[illegible]

## Your third-party apps

### TLDR: You may grant Patreon permission to access third-party apps. You may also revoke that permission.

You may grant Patreon access to your third-party accounts, such as Google, YouTube, Facebook, Instagram, Twitter, and Twitch, in order for some Patreon features to operate. Each time you connect your third-party account, that third-party account will present a page that describes the information that Patreon can access.

At any time, you can revoke Patreon's access to those accounts using the respective third party's security settings page.

These are the links for each service:

| | | | |
|---|---|---|---|
| **Google** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **YouTube** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Facebook** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Instagram** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Twitter** | Terms of Service | Privacy Policy | Revoke Patreon's Access |
| **Twitch** | Terms of Service | Privacy Policy | Revoke Patreon's Access |

## Patreon's creations

### TLDR: You can use our copyrights or trademarks to promote your Patreon page, but can't use them for anything else without our permission.

Our creations are protected by copyright, trademark and trade secret laws. Some examples of our creations are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page. You can learn more about the correct use of our logo in our Brand Guidelines.

You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

## Indemnity

### TLDR: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense.

Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.

## Warranty disclaimer

### TLDR: We do our best to make sure Patreon works as expected, but stuff happens.

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law.**

**The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates and third party service providers.**

## Limit of liability

### TLDR: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements.**

**For this clause "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.**

## Dispute resolution

### TLDR: If you have a problem please talk to us, but you are limited in how you can resolve disputes. You waive your right to trial by jury and your right to participate in a class action proceeding.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or related to your use of Patreon, and it cannot be resolved after you talk with us, then it must be resolved by arbitration. This arbitration must be administered by JAMS under the JAMS Streamlined Arbitration Rules and Procedures, except as expressly provided below. Judgment on the arbitration may be entered in any court with jurisdiction. Arbitrations may only take place on an individual basis. No class arbitrations or other other grouping of parties is allowed. By agreeing to these terms you are waiving your right to trial by jury or to participate in a class action or representative proceeding; we are also waiving these rights.

For creators and patrons who are consumers, we also follow the JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness for consumer arbitrations done under these terms. For the purpose of an arbitration subject to the consumer standards, if any portion of these terms do not follow that standard, that portion is severed from these terms.

This clause does not limit either party's ability to file an action in a court with jurisdiction to seek injunctive or other equitable relief for disputes relating to intellectual property, proprietary data or to enforce this dispute resolution clause, including your agreement not to assert claims related to the suspension or termination of another person's account. In any such action, the court rather than an arbitrator must decide whether such a claim is arbitrable and must decide whether the party is entitled to the requested injunctive or other equitable relief.

## Governing law

### TLDR: Any disputes with us must be resolved in San Francisco under California law.

California law, excluding its conflict of law provisions, governs these terms and all other Patreon policies. If a lawsuit does arise, both parties consent to the exclusive jurisdiction and venue of the courts located in San Francisco, California.

## Everything else

### TLDR: These terms are the final word on Patreon's policies and we will tell you if we change them.

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future.

We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means you accept the new terms or policies.

If you are not in the European Union, then these terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you are located in the EU, then these terms are an agreement with Patreon Ireland Limited, Suite 3, One Earlsfort Centre, Lower Hatch Street, Dublin 2L, Ireland.

If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com.

Effective immediately for users on Patreon from July 1, 2020. You can find the old terms of use here.



© Patreon Sitemap

*600 Townsend Street, Suite 500*
*San Francisco, CA 94103*
*USA*
*Phone: +1 (833) 972-8766*

# Exhibit 7

We use cookies to improve your experience using this site. More information Accept

TOPICS

Welcome to Patreon!
Your account
Abusive conduct
All about being a creator
All about being a patron
Patreon's role
Account deletion
Your creations
Your third-party apps
Patreon's creations
Indemnity
Warranty disclaimer
Limit of liability
Dispute resolution
Governing law
Everything else
Back to Policy



# Terms of use

Patreon is a membership platform that enables creators to be paid by their fans. One of our core behaviors is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make this easy to get through. Above every section we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text if you have questions.

## Welcome to Patreon!

### TLDR: By using Patreon you agree to these terms.

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We," "our" or "us" refers to Patreon Inc. and our subsidiaries. "Patreon" refers to this platform and the services offered by us.

By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy, including our Cookie Policy. We can collect and use your information in accordance with those policies.

## Your account

### TLDR: You must be at least 13 years old to register for an account. You are responsible for your account.

When you create an account you must provide us with accurate information.

To create an account you must be at least 13 years old. To join a creator's membership as a patron, or provide a membership as a creator, you must be at least 18 years old or have your parent's permission.

You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security on our Security Policy page.

## Abusive conduct

### TLDR: Be responsible and don't violate our policies.

You are responsible for all activity on your account. If you violate our policies we may terminate your account.

Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator raising funds on Patreon, we may be held accountable for what you do with those funds. As a result, we also look at what you do with your membership off our platform.

You can find more detailed information in the Community Guidelines and Security Policy. These policies cover most issues, but if you find a new and creative way to hurt Patreon or our community we may take action to prevent it.

## All about being a creator

### TLDR: A creator is someone who offers membership to patrons on Patreon. There are a lot of details here involving payments, fees, taxes and restrictions that you should read in full if you are a creator.

**Membership**

To become a creator simply launch your page to start your membership. Memberships are for your most passionate fans. You're inviting them to be part of something exciting that gives them unique benefits they want, like additional access, merchandise, exclusivity, and engaging experiences. In exchange, patrons pay on a subscription basis.

**Payments**

As a creator you make your membership available on Patreon, and we provide membership to your patrons on a subscription basis. We also handle payments issues such as fraud, chargebacks and resolution of payments disputes.

We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for violations of our policies or for compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reason to you promptly. If you have questions about a payments block, please reach out to us. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent.

Sometimes activities like refunds can put your account balance into the negative. If your balance becomes negative then we may recover those funds from future payments.

**Fees**

As a creator there are two fees associated with your membership on Patreon. The first is the platform fee, which varies depending on the level of service you select. The second is the payment processing fee, which is dependent on the currency selected by the creator.

- The payment processing fee in U.S. Dollars is 2.9% plus $0.30 per successful pledge for pledges over $3, and 5% plus $0.10 per successful pledge for pledges of $3 or less. PayPal payments from non-US patrons have an additional 1% fee. Founding creators have a legacy platform fee and the legacy payment processing rate. The legacy payment processing rate varies depending on a number of factors, including the membership subscription amount, card type and number of other memberships joined by a patron.
- The payment processing fee in Euros is 3.4% plus €0.35 per successful pledge for pledges over €3, and 5% plus €0.15 per successful pledge for pledges of €3 or less.
- The payment processing fee in British Pounds is 3.4% plus £0.35 per successful pledge for pledges over £3, and 5% plus £0.15 per successful pledge for pledges of £3 or less.

You can see how much processing fees are for any membership subscription on your creator dashboard.

Depending on your patrons' locations, some banks may charge your patron a foreign transaction fee for their membership subscription. Patreon does not control this charge, but it is typically around 3%.

**Tax**

We do not handle most tax payments, but we collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any taxes, you can learn more in our Tax Help Center.

The one tax we do handle on your behalf is VAT payments for electronically supplied services to patrons in the EU. For the purpose of electronically supplied services, creators make a supply of those services to us, and then we supply them to the patron. To learn more about how we handle VAT, please check our VAT guide.

**Restrictions**

We don't allow creations and benefits that violate our policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A summary of those rules is that we don't allow:

- Illegal creations or benefits.
- Creations or benefits that are abusive towards other people.
- Creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.
- Creations or benefits with real people engaging in sexual acts.
- Benefits that involve raffles or prizes based on chance.

If your fans include people under the age of 18, then please remind them that they need permission to join your membership, and those under the age of 13 cannot use Patreon. We are not required to allow any particular person or group of persons to be your patron.

As a creator you are also responsible for keeping patron data safe. You can see what is required in our Data Processing Agreement.

An account is tied to your creative output and cannot be sold or transferred for use by another creator.

## All about being a patron

### TLDR: A patron is someone who joins a creator's membership on Patreon. Depending on the creator's preference, you will be charged either a set amount per month or per creation. You can cancel your membership subscription at any time.

To become a patron simply create an account, add your preferred payment method and join a creator's membership!

There are three types of membership subscriptions. One is a monthly subscription where you pay per month. The second is a per creation subscription where you pay based on the number of creations a creator posts in that month. You can set a limit on the number of creations you pay for in a single month under the per subscription model. The third membership option is an annual membership, where you pay for a year of access up front, at a discounted rate. Not all offerings allow for all three subscription types. Your options will be presented to you in the payment flow.

The timing and amount of each membership subscription depends on the type of membership agreement you enter into, and the creator you support. You can see the details as you join, as well as in the receipt sent to you after each successful payment. You can view all your active membership subscriptions and billing history on your membership page.

You may cancel or lower the annual membership payments at any time. Terminating or lowering the tier support of an annual membership will go into effect in the subsequent (not current) payment term. Increasing your payment to a higher tier level in an annual membership will go into effect in the current payment term. When you increase your payment for an annual membership during the term, you will get a credit for any payment already made in that term.

For monthly or per creation payments, canceling your support may result in your loss of access to a creator's patron-only posts and benefits.

These include when you cancel your membership subscription, your payment method fails, the creator blocks you, or the creator deletes their account. We are not required to allow you to be a patron of any particular creator.

Creators' memberships vary and we have limited control over the quality and specific offerings. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep Patreon safe.

If you are located in the EU, then VAT is added to the total charge. This is shown when you set up the initial membership subscription.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3%. Please contact your bank for more information.

**Refunds**. Our policy is No Refunds, though we will allow for some exceptions where refunds are granted in our sole discretion.

## Patreon's role

### TLDR: We proactively look at some pages and posts on Patreon and review reported pages to identify potential violations of our guidelines.

We proactively look at some pages and posts on Patreon to make sure creators follow our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and may include looking at what is supported by funds received through Patreon.

In most situations we will work with creators to resolve any potential violations and allow the creator to continue using Patreon. Terminating accounts is not an action we take lightly and is done in only the most extreme cases.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

As a global company based in the United States with operations in other countries, we must comply with economic sanctions and trade restrictions, including those implemented by the Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury. This means that Patreon cannot take part in transactions that involve designated people, places, or items that originate from those places, as determined by agencies like OFAC. You can read our Sanctions Policy here.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our community. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. You can learn more in our Privacy Policy.

## Account deletion

[illegible]

## Your creations

[illegible]

## Your third-party apps

[illegible]

## Patreon's creations

[illegible]

## Indemnity

[illegible]

## Warranty disclaimer

[illegible]

## Limit of liability

[illegible]

## Dispute resolution

[illegible] these terms or related to your use of Patreon, and it cannot be resolved after you talk with us, then it must be resolved by arbitration. This arbitration must be administered by JAMS under the JAMS Streamlined Arbitration Rules and Procedures, except as expressly provided below. Judgment on the arbitration may be entered in any court with jurisdiction. Arbitrations may only take place on an individual basis. No class arbitrations or other other grouping of parties is allowed. By agreeing to these terms you are waiving your right to trial by jury or to participate in a class action or representative proceeding; we are also waiving these rights.

For creators and patrons who are consumers, we also follow the JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness for consumer arbitrations done under these terms. For the purpose of an arbitration subject to the consumer standards, if any portion of these terms do not follow that standard, that portion is severed from these terms.

This clause does not limit either party's ability to file an action in a court with jurisdiction to seek injunctive or other equitable relief for disputes relating to intellectual property, proprietary data or to enforce this dispute resolution clause, including your agreement not to assert claims related to the suspension or termination of another person's account. In any such action, the court rather than an arbitrator must decide whether such a claim is arbitrable and must decide whether the party is entitled to the requested injunctive or other equitable relief.

## Governing law

### TLDR: Any disputes with us must be resolved in San Francisco under California law.

California law, excluding its conflict of law provisions, governs these terms and all other Patreon policies. If a lawsuit does arise, both parties consent to the exclusive jurisdiction and venue of the courts located in San Francisco, California.

## Everything else

### TLDR: These terms are the final word on Patreon's policies and we will tell you if we change them.

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future.

We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means you accept the new terms or policies.

If you are not in the European Union, then these terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you are located in the EU, then these terms are an agreement with Patreon Ireland Limited, Suite 3, One Earlsfort Centre, Lower Hatch Street, Dublin 2L, Ireland.

If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com.

Effective immediately for users joining Patreon on or after December 20th, 2019. Effective for existing users on, and applicable to claims not yet asserted by, January 1st, 2020. You can find the old terms of use here.

# Exhibit 8

We use cookies to improve your experience using this site. More information
Accept

# Terms of use

Patreon is a membership platform that enables creators to be paid by their fans. One of our core behaviors is to put creators first, and these terms attempt to do that. We know that most people skim through terms of use because they're boring, but we have done everything we can to make these easy to get through. Above every section we'll summarize the most important parts, but these summaries are not legally binding, so please look at the full version of the text if you have questions.

TOPICS

Welcome to Patreon
Your account
Abusive conduct
All about being a creator
All about being a patron
Patreon's role
Account deletion
Your creations
Patreon's creations
Indemnity
Warranty disclaimer
Limit of liability
Dispute resolution
Governing law
Everything else

Back to Policy

## Welcome to Patreon!

### TLDR: By using Patreon you agree to these terms.

These are Patreon's terms of use, and they apply to all users of the Patreon platform. "We," "our" or "us" refers to Patreon Inc. and our subsidiaries. "Patreon" refers to this platform and the services offered by us.

By using Patreon you agree to these terms and to the other policies we post. Please read them carefully and let us know if you have any questions. For information about our data practices, please see our Privacy Policy. We can collect and use your information in accordance with those policies.

## Your account

### TLDR: You must be at least 13 years old to register for an account. You are responsible for your account.

When you create an account you must provide us with accurate information.

To create an account you must be at least 13 years old. To join a creator's membership as a patron, or provide a membership as a creator, you must be at least 18 years old or have your parent's permission.

You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. Please contact us immediately if you believe your account is compromised. You can learn more about security on our Security Policy page.

## Abusive conduct

### TLDR: Be responsible and don't violate our policies.

You are responsible for all activity on your account. If you violate our policies we may terminate your account.

Don't do anything illegal, abusive towards others, or that abuses our site in a technical way. If you are a creator raising funds on Patreon, we may be held accountable for what you do with those funds. As a result, we also look at what you do with your membership off our platform.

You can find more detailed information in the Community Guidelines and Security Policy. These policies cover most issues, but if you find a new and creative way to hurt Patreon or our community we may take action to prevent it.

## All about being a creator

### TLDR: A creator is someone who offers membership to patrons on Patreon. There are a lot of details here involving payments, fees, taxes and restrictions that you should read in full if you are a creator.

**Membership**

To become a creator simply launch your page to start your membership. Memberships are for your most passionate fans. You're inviting them to be part of something exciting that gives them unique benefits they want, like additional access, merchandise, exclusivity, and engaging experiences. In exchange, patrons pay on a subscription basis.

**Payments**

As a creator you make your membership available on Patreon, and we provide membership to your patrons on a subscription basis. We also handle payments issues such as fraud, chargebacks and resolution of payments disputes.

We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for violations of our policies or for compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reason to you promptly. If you have questions about a payments block, please reach out to us. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent.

Sometimes activities like refunds can put your account balance into the negative. If your balance becomes negative then we may recover those funds from future payments.

**Fees**

As a creator there are two fees associated with your membership on Patreon. The first is the platform fee, which varies depending on the level of service you select. The second is the payment processing fee, which is dependent on the currency selected by the creator.

- The payment processing fee in U.S. Dollars is 2.9% plus $0.30 per successful pledge for pledges over $3, and 5% plus $0.10 per successful pledge for pledges of $3 or less. PayPal payments from non-US patrons have an additional 1% fee. Founding creators have a legacy platform fee and the legacy payment processing rate. The legacy payment processing rate varies depending on a number of factors, including the membership subscription amount, card type and number of other memberships joined by a patron.
- The payment processing fee in Euros is 3.4% plus €0.35 per successful pledge for pledges over €3, and 5% plus €0.15 per successful pledge for pledges of €3 or less.
- The payment processing fee in British Pounds is 3.4% plus £0.35 per successful pledge for pledges over £3, and 5% plus £0.15 per successful pledge for pledges of £3 or less.

You can see how much processing fees are for any membership subscription on your creator dashboard.

Depending on your patrons' locations, some banks may charge your patron a foreign transaction fee for their membership subscription. Patreon does not control this charge, but it is typically around 3%.

**Tax**

We do not handle most tax payments, but we collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any taxes, you can learn more in our Tax Help Center.

The one tax we do handle on your behalf is VAT payments for electronically supplied services to patrons in the EU. For the purpose of electronically supplied services, creators make a supply of those services to us, and then we supply them to the patron. To learn more about how we handle VAT, please check our VAT guide.

**Restrictions**

We don't allow creations and benefits that violate our policies. You can learn more by visiting our Community Guidelines and Benefit Guidelines. A summary of those rules is that we don't allow:

- Illegal creations or benefits.
- Creations or benefits that are abusive towards other people.
- Creations or benefits that use others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.
- Creations or benefits with real people engaging in sexual acts.
- Benefits that involve raffles or prizes based on chance.

If your fans include people under the age of 18, then please remind them that they need permission to join your membership, and those under the age of 13 cannot use Patreon.

As a creator you are also responsible for keeping patron data safe. You can see what is required in our Data Processing Agreement.

An account is tied to your creative output and cannot be sold or transferred for use by another creator.

## All about being a patron

### TLDR: A patron is someone who joins a creator's membership on Patreon. Depending on the creator's preference, you will be charged either a set amount per month or per creation. You can cancel your membership subscription at any time.

To become a patron simply create an account, add your preferred payment method and join a creator's membership!

There are two types of membership subscriptions. One is a monthly subscription where you pay per month. The other is a per creation subscription where you pay based on the number of creations a creator posts in that month. You can set a limit on the number of creations you pay for in a single month.

The timing and amount of each membership subscription depends on the creator you support. You can see the details as you join and in the receipt sent to you after each successful payment. You can view all your active membership subscriptions and billing history on your membership page.

You may cancel your membership subscription at any time. We may grant refunds at our sole discretion.

In certain situations you may lose access to a creator's patron-only posts and benefits. These include when you cancel your membership subscription, your payment method fails, the creator blocks you, or the creator deletes their account.

Creators' memberships vary and we have limited control over the quality and specific offerings. We attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help reporting suspicious creator pages so we can keep Patreon safe.

If you are located in the EU, then VAT is added to the total charge. This is shown when you set up the initial membership subscription.

Depending on your location, some banks may charge you a foreign transaction fee for your membership subscription. Patreon does not control this charge, but it is typically around 3%. Please contact your bank for more information.

## Patreon's role

### TLDR: We proactively look at some pages and posts on Patreon and review reported pages to identify potential violations of our guidelines.

We proactively look at some pages and posts on Patreon to make sure creators follow our Community Guidelines and Benefit Guidelines. We also investigate reports of potential violations. These investigations may take a while to resolve and may include looking at what is supported by funds received through Patreon.

In most situations we will work with creators to resolve any potential violations and allow the creator to continue using Patreon. Terminating accounts is not an action we take lightly and is done in only the most extreme cases.

Please let us know if you see potential violations of our Community Guidelines. You can learn how to report them here.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our community. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. You can learn more in our Privacy Policy.

## Account deletion

### TLDR: You can delete your account here. We can disable your account at our discretion.

You can permanently delete your account at any time by going to our Privacy Policy. On that page you can also see what information is deleted and what we continue to store after the account is deleted.

We can terminate or suspend your account at any time at our discretion. We can also cancel any membership subscriptions and remove any descriptions, posts or benefits at our discretion.

These terms remain in effect even if you no longer have an account.

## Your creations

### TLDR: You keep complete ownership of all creations, but you give us permission to use them on Patreon. Make sure you have permission to use creations that you offer on Patreon.

You keep full ownership of all creations that you offer on Patreon, but we need licenses from you to operate Patreon effectively.

By posting creations on Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your creation. The purpose of this license is strictly limited to allow us to provide and promote memberships to your patrons. We will never try to steal your creations or use them in an exploitative way.

You may not post creations that infringe others' intellectual property or proprietary rights.

Patrons may not use creations posted by creators in any way not authorized by the creator.

## Patreon's creations

### TLDR: You can use our copyrights or trademarks to promote your Patreon page, but can't use them for anything else without our permission.

Our creations are protected by copyright, trademark and trade secret laws. Some examples of our creations are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page. You can learn more about the correct use of our logo in our Brand Guidelines.

You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our creations unless we give you permission in writing. Please ask if you have any questions.

## Indemnity

### TLDR: If we are sued because of your use of or conduct on Patreon, you have to help pay for it.

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense.

Your obligation to indemnify under this clause also applies to our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.

## Warranty disclaimer

### TLDR: We do our best to make sure Patreon works as expected, but stuff happens.

**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law.**

**The disclaimers of warranty under this clause also apply to our subsidiaries, affiliates and third party service providers.**

## Limit of liability

### TLDR: If you lose money as a result of using Patreon, any payment to you is limited to the amount of money we have earned through your use of Patreon.

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with unfulfilled benefits and from losses caused by conflicting contractual agreements.**

**For this clause "we" and "our" is defined to include our subsidiaries, affiliates, officers, directors, employees, agents and third party service providers.**

## Dispute resolution

### TLDR: If you have a problem please talk to us, but you are limited in how you can resolve disputes. You waive your right to trial by jury and your right to participate in a class action proceeding.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or related to your use of Patreon, and it cannot be resolved after you talk with us, then it must be resolved by arbitration. This arbitration must be administered by JAMS under the JAMS Streamlined JAMS Streamlined Arbitration. Judgment on the arbitration award may be entered in any court with jurisdiction. Arbitrations may only take place on an individual basis. No class arbitrations or other grouping of parties is allowed. By agreeing to these terms you are waiving your right to trial by jury or to participate in a class action or representative proceeding; we are also waiving these rights.

We follow the JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness for all arbitrations done under these terms. If any portion of these terms do not follow that standard, that portion is severed from these terms.

This clause does not limit either party's ability to seek injunctive or other equitable relief for disputes relating to intellectual property or proprietary data.

## Governing law

### TLDR: Any disputes with us must be resolved in San Francisco under California law.

California law, excluding its conflict of law provisions, governs these terms and all other Patreon policies. If a lawsuit does arise, both parties consent to the exclusive jurisdiction and venue of the courts located in San Francisco, California.

## Everything else

### TLDR: These terms are the final word on Patreon's policies and we will tell you if we change them.

These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, then that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future.

We may sometimes make changes to these terms and policies. If we make material changes that adversely affect your rights, then we will let you know before the changes come into effect. Continuing to use Patreon after a change means you accept the new terms or policies.

If you are not in the European Union, then these terms are an agreement with Patreon, Inc., 600 Townsend Street Suite 500, San Francisco, CA. If you are located in the EU, then these terms are an agreement with Patreon Ireland Limited, Suite 3, One Earlsfort Centre, Lower Hatch Street, Dublin 2L, Ireland.

If you use accessibility tools and have questions or concerns, please contact us at accessibility@patreon.com.

Effective immediately for users joining Patreon on or after April 29th, 2019. Effective for existing users on June 1st, 2019.



© Patreon Sitemap

PATREON_019014

# Exhibit 9

PATREON | Log in

# Terms of Use

## Welcome to Patreon!

These are Patreon's terms of use (stick with us here). We know that most people skim through terms of use statements because they're boring and go right over our heads, but we have done everything we can to make this easy to get through. At the beginning of every section, you'll see the biggest takeaway of the following portion. By using Patreon, you agree to these terms and we will always tell you if we change them. These summaries are not legally binding, but they give you a short version of the terms. Summaries appear highlighted at the start of every section.

Patreon Inc. is a U.S. entity located at 600 Townsend Street Suite 500, San Francisco, CA. We also have a UK entity named Patreon DLC, Ltd. located at 18 Soho Square, London, Greater London, W1D 3QL, United Kingdom. We are a platform where patrons can support and engage with creators. These are Patreon's terms of use and apply to all users of the Patreon website and mobile applications. "We," "our" or "us" refers to Patreon Inc. and Patreon DLC, Ltd., collectively, "Patreon". Our use of "Patreon" here refers to this website and the services offered by us.




By using Patreon you agree to these terms. You acknowledge that you have read and understood these terms. You also agree to our **privacy policy**, **community guidelines** and any other policies we post on Patreon.

Patreon is a platform. We are not responsible for the quality, timing or legality of content or rewards.

We may sometimes make changes to these terms. If we make material changes that adversely affect your rights under these terms, then we will let you know by posting an announcement on the site or sending you an email prior to the changes coming into effect. Continuing to use Patreon after a change to these terms means you accept the new terms.

## Account Creation

You must be at least 13 years old to register for an account, and to pay or accept money there are other requirements. You are responsible for your account.



When you register for an account you must provide us with accurate information. If you don't provide us with accurate information then we may not be able to assist you with accessing your account.

To register for an account you must be at least 13 years old. To give or receive pledges you must be at least 18 years old or have your parent's permission. If you know a user is under the age of 13, please **report them** to us.

You are responsible for anything that occurs when anyone is signed in to your account, as well as the security of the account. If you believe your account is compromised, you must **contact us** immediately.



CONFIDENTIAL PATREON_000090

PATREON Log in

## User Conduct

Don't do bad stuff. Be responsible and use common sense.

You are responsible for all the activity on your account. If you do bad things we may terminate your account. For starters:



- **Illegal Activities** - Don't break the law or encourage others to break the law.
- **Abuse** - Don't harass or bully others, or promote violence or hatred towards others.
- **Personal Information** - Don't distribute others' personal information or otherwise abuse it. Creators with access to their patrons' personal information should not use it for anything unrelated to Patreon.
- **Fraud** - Don't post information that is false or otherwise misleading.
- **Impersonation** - Don't impersonate anyone. Don't use another's account, or allow others to use your account.
- **Username Squatting** - Don't create an account to prevent others from using the name or to sell the name.
- **Intellectual Property** - Don't infringe on others' intellectual property rights.
- **Spam** - Don't spam others or distribute unsolicited advertising material.
- **Malware** - Don't use Patreon to host or distribute, malicious or destructive software
- **Endorsement** - Don't claim endorsement by Patreon without our prior written approval.
- **Service Degradation** - Don't degrade others' use of Patreon.
- **Data Mining** - Don't crawl, scrape or otherwise index information on Patreon. If you are doing this to create a useful feature then we may allow it, but you must check with us first.
- **Reward Sharing** - Don't support a creator and then share their patron-only content without permission from the creator.
- **Reverse Engineering** - Don't take apart Patreon to figure out our secret sauce. If you want to do this as part of our bug bounty program, then please ask to be invited through **HackerOne** first.

Please also see our **community guidelines** for specific guidance in some of these areas. These guidelines are not meant to be exhaustive. If you find a new and creative way to hurt Patreon or our users we may take action to prevent it.

## All About Being a Patron

Patrons pledge money to creators for creating content. Depending on the creator's preference, you will be charged either a set amount per month or per creation. Patreon is not responsible for the quality, timing or legality of content or rewards.

To become a patron simply create an account, update your preferred payment method (either credit card or PayPal) and pledge to any creator!

There are two types of pledges. One is a monthly subscription where you pay creators per month. The other is a content subscription where you pay creators for certain creations.

If you support a creator on a per month basis, then you are charged on behalf of the creator immediately at the time of the pledge for the full amount of the subscription. Beginning in the month after the month in which you made your initial pledge, your payment is batched with your other existing pledges and charged at the start of the month.



month, following the month in which the creation was published. You can set a limit on the number of creations for which you may be charged in a single month.

For both per month and per creation support, you may cancel your pledge at any time.

Depending on your location, some banks may charge you a 3% foreign transaction fee for your pledge, which will be assessed in addition to the pledge amount. Patreon does not control this charge. Please contact your bank for information.

If you are located in the EU, then VAT is added to the total charge. This is shown when you set up the initial pledge amount.

We may grant refunds at our sole discretion.

In certain situations you may lose access to a creator's patron-only content, including rewards. These include when you cancel your pledge, your payment method fails, the creator blocks you, or the creator deletes their account.

We have no control over the quality, timing or legality of content or rewards. We do not grant refunds for failure to deliver rewards. We do attempt to screen for fraudulent creator pages, but cannot guarantee the identity of creators or the validity of any claims they make. We appreciate your help **reporting suspicious creator pages** so we can improve Patreon.

## All About Being a Creator

Creators launch a page that allows patrons to support them. You appoint us as your agent to collect and process payments on your behalf, and our fee is 5% of your pledges. You are responsible for any taxes you owe based on the payments you receive. You must also follow our rules about content and rewards.



To become a creator, you may convert your regular account to a creator account or directly make a creator account, and launch the page.

You may choose to charge patrons per month or per creation, in either case most payments are processed at the start of each month. In connection with your charges to patrons, you appoint us as your limited agent for the sole purpose of receiving, holding, and settling payments to you. As your agent, our receipt of funds from a patron on your behalf is the same as receipt of funds by you directly, and you will only have recourse against us, and not against any patron, for any failure by us to settle funds to you. We try to provide timely access to your funds, but you may occasionally experience delays in accessing your funds. We may also block or hold payments for violations of the terms or compliance reasons, including collecting tax reporting information. When payments are delayed or blocked we try to communicate the reasons to you promptly. In order to protect creators, we may block patrons' payments if we believe them to be fraudulent.

Our fee to process transactions on your behalf is 5% of processed pledges. Separate payment processing fees vary based on the pledge amount, but are typically under 5% of the total amount we process for you process across all patrons. Depending on your patrons' locations, some banks may charge your patron a 3% foreign transaction fee for their pledge, which will be assessed in addition to the pledge amount. Patreon does not control this charge.

We do not handle most tax payments, but we collect tax identification information and report this to tax authorities as legally required. You are responsible for reporting any taxes.

The one area of taxes where we handle payments on your behalf is VAT payments for electronically supplied services to patrons in the EU. For the purpose of electronically supplied services, creators make a supply of that content to us, and then we supply it to the patron. To learn more about how we handle VAT, please check our **VAT guide**.

- Create any content or reward with nudity, or realistic depictions of sexual or violent acts, unless you flag the page as Adult Content and make the posts only viewable by patrons.
- Use raffles, or any prizes based on chance, as a reward.
- Create content or rewards using others' intellectual property, unless you have written permission to use it, or your use is protected by fair use.

Please also see our **community guidelines** for specific guidance in some of these areas.

If your potential patrons are under the age of 18, please remind them that they need permission to pledge. Anyone under the age of 13 cannot have an account.

We are not party to the agreement between creators and patrons. If a patron requests a refund from us, at our sole discretion we may grant a refund. We deduct the refunded amount from future payments to you.

## Patreon's Role

While Patreon supports content creation, we do not legally endorse any content on our site. If content is reported we may remove it, but we do not take that action lightly.



We only provide a platform for creators and patrons to interact. We do not screen or endorse any content on Patreon. If you see content that violates these terms, then let us know and we may remove it.

Removing content or terminating accounts is not an action we take lightly and we may take a while to investigate or open the issue up to further discussion with the community.

We are constantly testing out new features with the goal of making Patreon better. We may add or remove features, and often test features with a random subset of our users. If we believe a feature is significantly different from these terms, then we explain those differences in the test.

With your permission, we may give other websites or services the ability to verify information about your Patreon account or perform actions on your behalf. This permission is asked for when you connect your Patreon account to these other websites or services. Information can include the existence of your account, pledge amounts and length of support. Actions can include creating, editing or deleting pledges and any other interaction with creators such as posting messages or liking posts.

## Account Disabling

You can disable your account manually. We can disable it at our discretion.

You can permanently disable your account at any time by heading to your account settings and selecting 'disable my account.' From there, follow the requested steps to confirm. You can see what information is deleted and what we continue to store after the account is disabled in our privacy policy.

We can terminate or suspend your account at any time at our discretion. We can also cancel any pledges and remove any content or rewards at our discretion.

These terms remain in effect after your account is disabled.

PATREON | Log in

## Your Content




You keep complete ownership of all content, but give us permission to use it on Patreon. Make sure you have permission to use content that you post on Patreon.



You keep full ownership of all content that you post on Patreon, but to operate we need licenses from you.

By posting content to Patreon you grant us a royalty-free, perpetual, irrevocable, non-exclusive, sublicensable, worldwide license to use, reproduce, distribute, perform, publicly display or prepare derivative works of your content. The purpose of this license is to allow us to operate Patreon, promote Patreon and promote your content on Patreon. We are not trying to steal your content or use it in an exploitative way.

You may not post content that infringes on others' intellectual property or proprietary rights.

Patrons may not use content posted by creators in any way not authorized by the creator.

## Patreon's Content

You can use our content as part of Patreon, but can't use it for anything else without our permission.

Content we create is protected by copyright, trademark and trade secret laws. Some examples of our content are the text on the site, our logo, and our codebase. We grant you a license to use our logo and other copyrights or trademarks to promote your Patreon page.

You may not otherwise use, reproduce, distribute, perform, publicly display or prepare derivative works of our content unless we give you permission in writing. Please ask if you have any questions.




## Copyright Infringement

If someone on Patreon is using your copyright without permission, then please send an email to **copyright@patreon.com**. This is complicated, so make sure to read the long version before you send us an email.



If you believe that any content on Patreon infringes your copyrights, please send written notice to:

Copyright Agent
Patreon, Inc.
600 Townsend Street
Suite 500
San Francisco, CA, USA 94103
**copyright@patreon.com**

You may also send a notice to:

Copyright Agent
Patreon DLC, Ltd.
18 Soho Square
Suite 500
London, Greater London, W1D 3QL, United Kingdom
**copyright@patreon.com**

This notice should include the following information:

- The electronic or physical signature of the copyright owner, or a person authorized to act on their behalf.
- A description of the copyrighted work that you claim has been infringed.
- A description of the exact location on Patreon of the content that you claim is infringing. This description must allow us to find and identify the content.
- Your name, address, telephone number and email address.
- A statement by you that: a) you believe in good faith that the use of the content that you claim to infringe your copyright is not authorized by law, the copyright owner, or the owner's agent, b) all information contained in your copyright notice is accurate, and c) under penalty of perjury, you are either the copyright owner, or authorized to act on their behalf.

If your content has been removed because of a DMCA notice, but you believe the content was not infringing on another's copyrights, then you may send a written counter-notice to have the content restored. Your counter-notice should include the following information:

- Your electronic or physical signature.
- A description of the content that was removed and the exact location of the content on Patreon before it was removed.
- Your name, address, telephone number and email address.
- A statement under penalty of perjury that you believe in good faith that the content was removed by mistake or misidentification.
- A statement that you consent to the jurisdiction of the U.S. Federal District Court for the judicial district in which you are located, or if you are outside the U.S., the Northern District of California, and that you will accept service of process from the party that originally sent us the DMCA notice.

In appropriate circumstances we may also terminate the accounts of repeat infringers.

For more information about DMCA notices please see our **DMCA guide**.

## Indemnity

You will indemnify us from all losses and liabilities, including legal fees, that arise from these terms or relate to your use of Patreon. We reserve the right to exclusive control over the defense of a claim covered by this clause. If we use this right then you will help us in our defense.

Your obligation to indemnify under this clause also applies to our affiliates, officers, directors, employees, agents and third party service providers.



## Warranty Disclaimer

We do our best to make sure Patreon works as expected, but stuff happens.



**Patreon is provided "as is" and without warranty of any kind. Any warranty of merchantability, fitness for a particular purpose, non-infringement, and any other warranty is excluded to the greatest extent permitted by law.**

**The disclaimers of warranty under this clause also apply to our affiliates and third party service providers.**

## Limit of Liability

**If you lose money as a result of using Patreon, any payment to you is limited to how much you have paid us, and we don't have to pay you if your loss is unexpected.**

**To the extent permitted by law, we are not liable to you for any incidental, consequential or punitive damages arising out of these terms, or your use or attempted use of Patreon. To the extent permitted by law, our liability for damages is limited to the amount of money we have earned through your use of Patreon. We are specifically not liable for loss associated with failure to deliver rewards and from losses caused by conflicting contractual agreements.**

**For this clause "we" and "our" is defined to include our affiliates, officers, directors, employees, agents and third party service providers.**



## Dispute Resolution

If you have a problem please talk to us, but you are limited in how you can resolve disputes. You waive your right to trial by jury and your right to participate in a class action proceeding.

We encourage you to contact us if you have an issue. If a dispute does arise out of these terms or related to your use of Patreon, and it cannot be resolved after you talk with us, then it must be



Procedures. Judgment on the arbitration award may be entered in any court with jurisdiction. Arbitrations may only take place on an individual basis. No class arbitrations or other grouping of parties is allowed. By agreeing to these terms you are waiving your right to trial by jury or to participate in a class action or representative proceeding, we are also waiving these rights.

We follow the **JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness** for all arbitrations done under these terms. If any portion of these terms do not follow that standard, that portion is severed from these terms.

This clause does not limit either party's ability to seek injunctive or other equitable relief for disputes relating to intellectual property or proprietary data.

## Governing Law

Any disputes with us must be resolved in San Francisco under California law.

California law, excluding its conflict of law provisions, governs these terms and all other Patreon policies. If a lawsuit does arise, both parties consent to the exclusive jurisdiction and venue of the courts located in San Francisco, California.




## Everything Else

These terms are the final word on Patreon's policies.



These terms and any referenced policies are the entire agreement between you and us, and supersede all prior agreements. If any provision of these terms is held to be unenforceable, that provision is modified to the extent necessary to enforce it. If a provision cannot be modified, it is severed from these terms, and all other provisions remain in force. If either party fails to enforce a right provided by these terms, it does not waive the ability to enforce any rights in the future.

If you have any questions, please email legal@patreon.com.

Effective November 1st, 2016. Last updated on December 18, 2018

**Prior policies**.

Illustrations by Li Chen of **Exocomics**.

PATREON

Log in

Privacy Policy

GET IT ON Google Play

Download on the App Store

© 2019 Patreon, Inc.