Fred Norton (CA SBN 224725)
fnorton@nortonlaw.com
Nathan Walker (CA SBN 206128)
nwalker@nortonlaw.com
Bree Hann (CA SBN 215695)
bhann@nortonlaw.com
Gil Walton (CA SBN 324133)
gwalton@nortonlaw.com
Celine G. Purcell (CA SBN 305158)
cpurcell@nortonlaw.com
Emily Kirk (CA SBN 348547)
ekirk@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, CA 94612
Telephone: (510) 906-4900

Attorneys for Defendant
PATREON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAYDEN STARK, JUDD OOSTYEN, ISAAC BELENKIY, VALERIE BURTON, LAURA GOODFIELD, and DENOVIAS MACK, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>PATREON, INC.,<br><br>        Defendant. | Case No. 3:22-CV-03131-JCS<br><br>**SUPPLEMENTAL DECLARATION OF NATHAN WALKER IN SUPPORT OF DEFENDANT PATREON, INC.'S OBJECTIONS TO PUTATIVE OPT-OUTS SUBMITTED BY LEXCLAIM RECOVERY GROUP US, LLC** |

I, Nathan L. Walker, declare as follows:

1. I am a partner at The Norton Law Firm PC and counsel of record for Patreon, Inc. I have personal knowledge of the facts set forth herein, and, if called upon to testify, could and would testify competently thereto.

2. On December 9, 2024, I received an email with two attachments from Jason Harrow. Attached as **Exhibit M** is a true and correct copy of that email and the attachments.

3. On February 19, 2025, the Court held a hearing on the fairness of the class action settlement in this case. I attended the hearing. On information and belief, on February 20, my law firm obtained a copy of the official transcript of the fairness hearing from the Court reporter for the hearing. Attached as **Exhibit N** is a true and correct copy of the following pages of the transcript, with yellow highlighting I have added on some of the text: 1-3, 23-26, and 48.

4. Attached as **Exhibit O** is a true and correct copy of the Introductory Note for Chapter 15 of the Restatement (Second) of Contracts (1981). I downloaded this document from Westlaw.com on February 26, 2025.

5. Attached as **Exhibit P** is a true and correct copy of Section 317 of the Restatement (Second) of Contracts (1981). I downloaded this document from Westlaw.com on February 26, 2025.

6. Attached as **Exhibit Q** is a true and correct copy of Section 652I of the Restatement (Second) of Torts (1977). I downloaded this document from Westlaw.com on February 26, 2025.

7. Attached as **Exhibit R** is a true and correct copy of the *Corpus Juris Secundum* article at 6A C.J.S. Assignments § 49. I downloaded this article from Westlaw.com on February 26, 2025.

8. Attached as **Exhibit S** is a true and correct copy of an article in the California Law Review by William L. Prosser, entitled *Privacy*, 48 Cal. L. Rev. 383, 408 (1960). I downloaded this article from the Berkeley Law Library Catalog at https://lawcat.berkeley.edu/record/1109651?ln=en&v=pdf, on February 26, 2025.

//
//
//

1

I declare under penalty of perjury and the laws of the United States that the statements in this declaration are true and correct to the best of my knowledge, and that this declaration was executed on February 26, 2025, in Palo Alto, California.

*Nathan Walker*

Nathan L. Walker

2

Supplemental Decl. of Nathan Walker ISO Defendant Patreon, Inc.'s
Objections to Putative Opt-Outs Submitted by Lexclaim
Case No. 3:22-CV-03131-JCS