# EXHIBIT 1

| Name (Initials if Under 18) |
|---|
| McDermid Marcia |
| Gold Les |
| David McNeely |
| Jared Del Prado |
| Ariannn Gonzalez |
| Reza Aliakbar |
| Nicole Druzhinsky |
| Ajahnae Johnson |
| Justin Shestok |
| Joan Carr |
| Charlie McManus |
| Stephen Braasch |
| Sandra Kascewicz |
| OConnor Mara |
| Nadine Mills |
| Anjalee Jadav |
| Patrick Dasher |
| Nathaniel Thornburg |
| G R |
| Melvin Padilla Rubio |
| m G |
| Maria Tonello |
| K C |
| Dave Veronick |
| Jo A. Gregg |
| R K |
| Meaghan Welch |
| Philip Member |
| L C |
| M S |
| Benny Bergle |
| Nichols Kyle |
| B G |
| Rinehart Simon |
| L K |
| Werth Bradley |
| Vickery Daniel |
| GTW Railfan |
| Member Class |
| Rayburn Gregg |
| Douglas Newman |
| Member Class |
| A A |
| Alyssa Sanchez |
| Terrell Koken |
| Brett Lilly |

| Name (Initials if Under 18) |
|:---:|
| Jason Stewart |
| James Cooper |
| Jaycee Santos |
| Libby Airspinner |
| Louis Mashado |
| Steve Gram |
| Laura Tyler |
| Anton Komarovsky |
| Amy Sullivan |
| Ryan Papai |
| W S |
| Jon-Luc Aragon |
| Thomas Howe |
| Christopher Papernik |
| Cedrick Wilson |
| A P |
| Chester Roberts |
| Russelle Steven |
| Jairus Pace |
| Art Gutierrez |
| Anderson Brian |
| Blake Christopher |
| Orion Contor |
| M L |
| Alden Gardner |
| Catherine Liptrot |
| Alex Eiser |
| Angelo Lecce |
| Tyrel Trainor |
| C S |
| L M |
| C Z |
| Y A |
| James Parmenter |
| Ho Peter |
| Brandenburg Barry |
| Marlon Elder |
| Daniel Keefe |
| Nguyen Jon |
| Oranda Dillard |
| k C |
| Katherine Bowen |
| Lubow Lindsey |
| Carol Tomaras |
| Christopher Favreau |
| Cathy Buckley |

| Name (Initials if Under 18) |
| --- |
| Michael Schwarz |
| Sophie Aguila |
| Kurtis Chuckulnaskit |
| V M |
| Melanie Zare |
| Tyrell Allen |
| Andrew Davis |
| Jason Knight |
| Mary Dundon |
| Noel Tripp |
| B M |
| Isaiah Comfort |
| Kelly Schreiber |
| Member Class |
| Ringham Jason |
| J C |
| B A |
| B G |
| Rose H |
| Tim Clements-Levin |
| M B |
| Karen D Stivers |
| S C |
| Aldo Reynaga |
| Michael Zink |
| Bobby Allen |
| Sen Onkur |
| Erin Erotokritos |
| Kirchhoffer Benjamin |
| Obando Mirka |
| Patron Christopher |
| Dulos Rachelle |
| Michael Baird |
| YiChin Sun |
| Member Class |
| Lasley Alexandra |
| Jim (James) Garrison |
| Mead Henry |
| Gingerich Conrad |
| Ryan Bleck |
| Andrew Member BusheyClass |
| Jonathan Cline |
| Daniel Taylor |
| Kyle Wright |
| Saul Lopez |
| Wenyan Fan |

| Name (Initials if Under 18) |
| --- |
| Devin Wong |
| Amelia Nguyen |
| The Metaworker Literary Magazine |
| Hannah Sockwell |
| C A |
| Anne Naugler |
| Michael Galati |
| Rodney Bailey |
| Gabriella DeBlasio |
| Arielle Thomas |
| John Slonaker |
| Nia Scarlet |
| Bravin Jeanne |
| Thunder Rahja |
| Carl Perry |
| CLARKE TERRON |
| Danielson Jaron |
| J P |
| Julie Tausend |
| Charles Rice |
| Beierle Nick |
| D B |
| Sean McCandless |
| J A |
| L A |
| Danielle Smith |
| Nancy Laforest |
| Nathanael Over |
| Johnson deangelo |
| Ashlyn English |
| Gilmore Brandon |
| jujuan swain |
| David Graham |
| Parks Andrew |
| Starzyk Stephen |
| S N |
| Edward Piotrowski |
| Thorpe John |
| John Courts |
| Eastwood Don |
| Tomas Balino |
| Christine Ebken |
| Egils Apelis |
| Jacquelyn Arena |
| Justin McLeod |
| Tim Jacobs |

| Name (Initials if Under 18) |
|:---:|
| V F |
| Bianco Brandon |
| Sebastian Contreras |
| Jerry Zoehler |
| Faczan David |
| Member Class |
| Luke Goodyear |
| Caleb Mattison |
| Timothy Ngo |
| L S |
| Preston Brooks |
| Jozef Hatala |
| Workman Justin |
| Aman Noelle |
| Danielle Halvorson |
| Jasmine Class |
| Michael Bird |
| Mary Murphy |
| Daniel Eddy |
| Jack Followay |
| Member Class |
| Jackson Randy |
| Pong Yang |
| Heather Malone |
| Curt KB9JQU |
| L T |
| Sitdikov Vildan |
| D M |
| Ryan Scheiderer |
| Eckstrom Mailee |
| Easter Brenna |
| S H |
| C C |
| Courtney Aloisi |
| Haakon Saxberg |
| Andrew Pucci |
| Melissa Bingham |
| Sauter Sunday |
| Hood Drew |
| Andrew Mackey |
| Samaher Radwan |
| Darlene Goodwin |
| George Holmes |
| Samuel Hammock |
| Merrell Tindle |
| Kristina Wands |

| Name (Initials if Under 18) |
|---|
| Dustin Marley |
| Joseph Smithwick |
| Aaron Weinberg |
| Lannon James |
| M Haddad |
| E P |
| EcoGeek LLC dba Complexly LLC |
| Ricardo Lara-Hernandez |
| Demetra Nichols |
| Jules Anderson |
| A A |
| Van Pelt Elizabeth |
| Bakkedahl Ethan |
| Cheryl Moser |
| Wendy Jones |
| Garman Chris |
| OKane James |
| Austin Oswalt |
| AbuHijleh Motaz |
| M G |
| Jonca Elizabeth |
| Braydn Petersen |
| Becky LeVine |
| Joseph Langley |
| Amira Payne |
| Jonathan Rubenstein |
| Logan Wise |
| Nathan Munson |
| Joseph Hennessee-Bresett |
| G B |
| Katz Alex |
| Soedharto Kevin |
| Renaud Janet |
| Hannah Lee |
| Nicolas Queen |
| Logan West |
| Lee Glasser |
| Siglar Jamie |
| Tim Gibson |
| Whitney Putman |
| Ginger Dillon |
| RAYMOND MENEFEE |
| Hannah Thorson |
| Lauren Beam |
| Matt Carlstrom |
| Aaron Mussack |

| Name (Initials if Under 18) |
|---|
| James Kastner |
| Dominique Szyrpallo |
| Branden Butella |
| Sierra Randolph |
| Jean Voss |
| Tucker Shaw |
| P C |
| R C |
| Jolina Rice |
| Sammy Chang |
| J Starke |
| C J |
| Robyn Harvard |
| I C |
| Brittney Compton |
| Aaron Adrignola |
| Free John |
| Carl Jackson |
| Gary Jackson |
| M P |
| Neishia Anthony |
| n O |
| Woodward Ethan |
| N M |
| Stephen Johnson |
| J S |
| Cunningham C |
| Seitzman Benjamin |
| Callahan Jamie |
| Osvaldo Lopez |
| 97 Joker |
| Paul Maliszewski |
| M F |
| Marquis Lisa |
| Wiliam Harris |
| McFarlane David |
| R L |
| Class Member |
| N M |
| Natalie Wycoff |
| Kelvin O |
| David Solimano |
| Jessica M |
| Gladys F |
| BRIAN SORENG |
| Corey Brown |

| Name (Initials if Under 18) |
| --- |
| Luke Grotewold |
| Racheal Stahulak |
| Mary Amber Ashford Moon |
| Danielle Lukes |
| K J |
| Martinez Francisco Martinez |
| Lee Maelstrom |
| Lisa Steelandt |
| Vincent Ballotta |
| Kelly Lester |
| Jay Stratton |
| Class Member |
| Lance Kimble |
| Ada Lai |
| Dave Barr |
| James Lafer |
| H |
| C |
| Froyke Dominguez |
| John Carungay |
| Julio Blanco |
| Conrad Theresa |
| Rettiysa Tarigan |
| PATRICK Joann |
| Wiemer Mark |
| Frank Jargstorff |
| Corradini Nicholas |
| Dakota R |
| Gary Thomas |
| G |
| Munoz Jeannette |
| Lynn Brewer |
| Abigail Coston |
| Jonathan Bernabe |
| Brown Chuck |